UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S.A. DE C.V., | § § § § | |
| Defendants. | § § | |

### CERTIFICATE OF NOTICE OF REMOVAL

The undersigned, being an attorney of record of Ford Motor Company, hereby certifies that on this _____ day of July, 2003, he has filed a Notice of Removal to District Clerk with the Clerk of the 357th Judicial District Court of Cameron County, Texas, and also mailed a copy of the Notice of Removal to District Clerk to Benigno (Trey) Martinez and Tony Martinez, MARTINEZ, BARRERA Y MARTINEZ, L.L.P., 1201 East Van Buren, Brownsville, TX 78520, counsel of record for Plaintiffs, by certified mail, return receipt requested. Copies of Ford Motor Company's Notice of Removal filed in the above-styled cause were attached to the Notice of Removal to District Clerk.

Respectfully submitted,

BROWN McCARROLL, L.L.P.

By: _Chris A. Blackerby_ w/ permission McCrostow
Chris A. Blackerby
Attorney in Charge
State Bar No. 00787091
Fed. I.D. No. 20016
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
Fax: (512) 479-1101

Jaime A. Saenz
State Bar No. 17514859
Federal Admissions No. 7630
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below by certified mail, return receipt requested, in compliance with the Federal Rules of Civil Procedure on this ___ day of July, 2003.

<u>Via Certified Mail,
Return Receipt Requested</u>

Benigno (Trey) Martinez
Tony Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, TX 78520

_Jaime A. Saenz_
Jaime A. Saenz

CAUSE NO. 2003-05-2715-E

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN, | § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| vs. | § § | 357th JUDICIAL DISTRICT |
| FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S.A. DE C.V., | § § § § | |
| Defendants. | § | CAMERON COUNTY, TEXAS |

## NOTICE OF REMOVAL TO DISTRICT CLERK

TO THE CLERK OF THIS HONORABLE COURT:

Please take notice that Ford Motor Company's Notice of Removal of the above-entitled action from the 357th Judicial District Court of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division, was duly filed this day in the United States District Court for the Southern District of Texas. A copy of which Notice (without exhibits) is attached hereto as Exhibit "A".

Respectfully submitted,

BROWN McCARROLL, L.L.P.

By: *Chris A. Blackerby*
Chris A. Blackerby w/ permission
Attorney in Charge
State Bar No. 00787091
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
Fax: (512) 479-1101

Jaime A. Saenz
State Bar No. 17514859
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below by certified mail, return receipt requested, in compliance with the Texas Rules of Civil Procedure on this _2nd_ day of July, 2003.

Via Certified Mail,
Return Receipt Requested

Benigno (Trey) Martinez
Tony Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, TX 78520


_____
Jaime A. Saenz