IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. § § § § Plaintiffs, § § VS. § FORD MOTOR COMPANY and § AUTOMOTRIZ DEL NORESTE, S.A. § DE C.V. § § Defendants. § | CIVIL ACTION NO. B-03-120 |

## CERTIFICATE OF FINANCIALLY INTERESTED ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs, Isabel Ennis Reynoso, Sally Payan, and Enrique Roberto Payan ("Plaintiffs") and, pursuant to paragraph 1 of this Court's Order Setting Conference, file this their Certificate of Financially Interested Entities.

1. The undersigned counsel of record for Plaintiffs certifies that the following listed persons or entities may have an interest in the outcome of this case:

| PERSON OR ENTITY | CONNECTION TO CASE |
|---|---|
| Isabel Ennis Reynoso | Plaintiff |
| Sally Payan | Plaintiff |
| Enrique Roberto Payan | Plaintiff |
| Estate of Betty Payan | Potential Plaintiff |
| Ford Motor Company | Defendant |
| Automotriz del Noreste, S.A. de C.V. | Defendant |
| Martinez, Barrera y Martinez, L.L.P. | Attorneys for Plaintiffs |
| Brown McCarroll, L.L.P. | Attorneys for Defendant, Ford Motor Company |

Autolatina Comercio e Participios Financerias Ltd.
Ford Motor Company of Australia Limited
Ford Motor Company (Belgium) N.V.
Ford Motor Company A/S
Ford Werke-Aktiengesellschaft
Ford Nederland B.V.
Ford Motor Company of Korea
Ford Motor Norge A.S.
Ford Motor Company of New Zealand Limited
Ford Motor Company Private Limited
Ford Motor Company (Switzerland) S.A.
Ford Vietnam Limited
The Hertz Corporation
Invercred Compania Financiera S.A.
Mazda Motors Corporation
Oy Ford Ab

Respectfully submitted,

**MARTINEZ, BARRERA & MARTINEZ, L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Tony Martinez
Federal I.D. No. 1943
State Bar No. 13139000

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record on this the 2͞2͞nd day of July, 2003.



Tony Martinez