UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN<br>　　　　Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V.<br>　　　　Defendants. | §§§§§§§§§§§ | CIVIL ACTION NO. B-03-120 |

**CERTIFICATE OF FINANCIALLY INTERESTED PERSONS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Ford Motor Company ("Ford") and, pursuant to paragraph 1 of this Court's Order Setting Conference, files this its Certificate of Financially Interested Persons.

1.   The undersigned counsel of record for Ford certifies that the following listed persons may have an interest in the outcome of this case:

| PERSON OR ENTITY | CONNECTION TO CASE |
|---|---|
| Isabel Ennis Reynoso | Plaintiff |
| Sally Payan | Plaintiff |
| Enrique Roberto Payan | Plaintiff |
| Ford Motor Company | Defendant |
| Automotriz del Noreste, S.A. De | Defendant |
| Martinez, Barrera Y Martinez, L.L.P. | Attorneys for Plaintiffs |

Brown McCarroll, L.L.P.                    Attorneys for Defendant
                                           Ford Motor Company

      2.    Ford Motor Company has no parent corporation. The following is a list of domestic and foreign companies in which Ford Motor Company owns an equity interest of at least 10%, but less than 100%:

Autolatina Comercio e Participacoes Financerias Ltd.
Ford Motor Company of Australia Limited
Ford Motor Company (Belgium) N.V.
Ford Motor Company A/S
Ford Werke-Aktiengesellschaft
Ford Nederland B.V.
Ford Motor Company of Korea
Ford Motor Norge A.S.
Ford Motor Company of New Zealand Limited
Ford Motor Company Private Limited
Ford Motor Company (Switzerland) S.A.
Ford Vietnam Limited
The Hertz Corporation
Invercred Compania Financiera S.A.
Mazda Motors Corporation
Oy Ford Ab

          Respectfully submitted,

          BROWN McCARROLL, L.L.P.
          111 Congress Avenue, Suite 1400
          Austin, Texas 78701
          (512) 472-5456
          (512) 479-1101 Telecopier

          By: _____
              Chris A. Blackerby
              State Bar No. 00787091

          ATTORNEY FOR DEFENDANT
          FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been forwarded via telefax and regular mail, to all counsel of record on this 21st day of July, 2003.

Benigno (Trey) Martinez
Tony Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, TX 78520

                                            Chris A. Blackerby