IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § § § | |
| Defendants, | § | |

United States District Court
Southern District of Texas
FILED

AUG 1 9 2003

Michael N. Milby
Clerk of Court

## MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION ONE DAY FOLLOWING THE DEADLINE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, the Plaintiff, ,Isabel Ennis Reynoso, Sally Payan, and Enrique Roberto Payan, herein ("Plaintiffs"), and moves this Honorable Court to allow them a one day extension regarding the filing of the Plaitniffs' Motions.

### I.

For the purpose of this motion the Plaintiffs' would show the following:

The Plaintffs' received a copy of the Motion to Dismiss for Lack of Personal Jurisdiciton on August 31, 2003. The response date was inadvertently believed to be August 19, 2003, 20 days after the date of delivery and was set as such. Due to this calendar error, Plaintiffs ask for this one day extension to file their opposition as it was due on August 18, 2003. This one day extension would in no way prejudice the Defendant Automotriz and is not requested for the purposes of delay.

WHEREFORE PREMISES CONSIDERED, Plaintiffs request this Honorable to grant a one day extension to file the following motion:

    A.    PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO

           DISMISS FOR LACK OF PERSONAL JURISDICTION

Respectfully submitted,
**MARTINEZ, BARRERA Y MARTINEZ, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

By: _____
      Benigno (Trey) Martinez
      State Bar No. 00797011
      Federal No.  23945

*ATTORNEY FOR PLAINTIFFS'*

## CERTIFICATE OF CONFERENCE

I, BENIGNO (TREY) MARTINEZ, hereby certify that I have not conferred with Mr. Jaime Saenz, regarding the foregoing Motion as I was unable to reach him.

_____
BENIGNO (TREY) MARTINEZ

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the ___19th___ day of August, 2003, a true and correct copy of the foregoing Motion has been forwarded to Mr. Jaime Saenz, Rodriguez, Colvin & Chaney, 1201 E. Van Buren, Brownsville, Texas 78520.

_____
BENIGNO (TREY) MARTINEZ

IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § § | |
| Defendants, | § | |

## ORDER

On this the _____ day of _____, 2003, came on to be considered MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION ONE DAY FOLLOWING THE DEADLINE is hereby **GRANTED**.

SIGNED this the ___ day of

_____
United States District Judge