11

## IN THE UNTIED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

|  |  |  |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § § | |
| Defendants, | § § | |

### ORDER

On this the 22ed day of August , 2003, came on to be considered MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION ONE DAY FOLLOWING THE DEADLINE is hereby **GRANTED**.

SIGNED this the 22ed day of August, 2003

_____

United States District Judge