IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. § § § § Plaintiffs, § § VS. § FORD MOTOR COMPANY and § AUTOMOTRIZ DEL NORESTE, S.A. § DE C.V. § § Defendants, § | CIVIL ACTION NO. B-03-120 |



## AGREED MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION ONE DAY FOLLOWING THE DEADLINE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, the Plaintiff, ,Isabel Ennis Reynoso, Sally Payan, and Enrique Roberto Payan, herein ("Plaintiffs"), and moves this Honorable Court to allow them a one day extension regarding the filing of the Plaitniffs' Motions.

### I.

For the purpose of this motion the Plaintiffs' would show the following:

The Plaintffs' received a copy of the Motion to Dismiss for Lack of Personal Jurisdiciton on August 31, 2003. The response date was inadvertently believed to be August 19, 2003, 20 days after the date of delivery and was set as such. Due to this calendar error, Plaintiffs ask for this one day extension to file their opposition as it was due on August 18, 2003. This one day extension would in no way prejudice the Defendant Automotriz and is not requested for the purposes of delay. Plaintiffs' attorney has spoken with Mr. Jamie Saenz and he has conveyed that he has no objections to the motion or the court's granting the motion to extend time.

WHEREFORE PREMISES CONSIDERED, Plaintiffs request this Honorable to grant a one day extension to file the following motion filed on August 19, 2003:

A. PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

>Respectfully submitted,
>**MARTINEZ, BARRERA Y MARTINEZ, L.L.P.**
>1201 East Van Buren
>Brownsville, Texas 78520
>Ph. (956) 546-7159
>Fax (956) 544-0602
>
>By: _____
>Benigno (Trey) Martinez
>State Bar No. 00797011
>Federal No. 23945
>
>*ATTORNEY FOR PLAINTIFFS'*

## CERTIFICATE OF CONFERENCE

I, BENIGNO (TREY) MARTINEZ, hereby certify that I have conferred with Mr. Jaime Saenz, regarding the foregoing Motion and he has no objections to the Motion.

_____
BENIGNO (TREY) MARTINEZ

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the __20th__ day of August, 2003, a true and correct copy of the foregoing Motion has been forwarded to Mr. Jaime Saenz, Rodriguez, Colvin & Chaney, 1201 E.Van Buren, Brownsville, Texas 78520.

_____
BENIGNO (TREY) MARTINEZ

IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § § § | |
| Defendants, | § | |

## **ORDER**

On this the _____ day of _____, 2003, came on to be considered MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION ONE DAY FOLLOWING THE DEADLINE is hereby **GRANTED**.

SIGNED this the ___ day of _____.

_____
United States District Judge

# Martinez, Barrera y Martinez, L.L.P.
*Attorneys at Law*

Tony Martinez *

Horacio L. Barrera

Benigno (Trey) Martinez

1201 E. Van Buren
Brownsville, TX 78520
(956) 546-7159
Fax (956) 544-0602

August 19, 2003

**VIA HAND DELIVERY**
Jamie A. Saenz
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 E. Van Buren St.
Brownsville, Texas 78522

Re:   Civil Action No. B-03-120; *Isabel Ennis Reynoso, Sally Payan and Enrique Roberto Payan vs. Ford Motor Company and Automotriz del Noreste, S.A. de C.v.*

Dear Mr. Saenz:

Pursuant to our conversation, I am writing to confirm that Defendant Automotriz Del Noreste, S.A. DE C.V., Mexico, has agreed to waive service and dismiss their defective service argument to the Court. However, Plaintiffs understand that this agreement does not waive any personal jurisdiction arguments this particular Defendant may present either to Federal or State Court. It is both parties' understanding that the instant agreement does not constitute a submission to personal jurisdiction by Automotriz Del Noreste, S.A. DE C.V., Mexico. Any actions taken by counsel or Defendant Automotriz Del Noreste, S.A. DE C.V., Mexico, other than this agreement may be used by counsel as argument regarding personal jurisdiction issues.

If this is your understanding of our agreement, please acknowledge this by signing below. Should you have any questions in the meantime, don't hesitate to contact me.

Sincerely,

Benigno (Trey) Martinez

Jaime Saenz