*13*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § § | |
| Defendants. | § § | |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(F)**
**FEDERAL RULES OF CIVIL PROCEDURE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COME NOW Plaintiffs and Defendants in the above entitled and numbered cause, and

subject to and without waiving relief previously requested of this Honorable Court, file this the

Joint Discovery/Case Management Plan.

1.  STATE WHERE AND WHEN THE MEETING OF THE PARTIES REQUIRED BY RULE 26(F) WAS HELD AND IDENTIFY THE COUNSEL WHO ATTENDED FOR EACH PARTY.

    Plaintiffs' counsel, Trey Martinez, and Defendants' counsel, Chris Blackerby, discussed this management plan via telephone on September 2, 2003, after earlier attempts to contact each other.

2.  LIST THE CASES RELATED TO THIS ONE THAT ARE PENDING IN ANY STATE OR FEDERAL COURT WITH THE CASE NUMBER AND COURT.

    Plaintiffs had originally filed suit in state court. The cause no. is 2003-05-2715-E and is pending in the 357th District Court in Cameron County, Texas.

1

3.   SPECIFY THE ALLEGATION OF FEDERAL JURISDICTION.

Plaintiffs believe that there is no federal jurisdiction.  Defendants believe that federal jurisdiction exists on the basis of diversity.

4.   NAME THE PARTIES WHO DISAGREE AND THE REASONS.

Plaintiffs and Defendants disagree as to whether federal jurisdiction applies.  Plaintiffs have alleged causes of action based in negligence, strict products liability, and breaches of warranties against the manufacturer and the dealership.  Defendants have filed a motion to dismiss based upon lack of personal jurisdiction against the dealership and alleged that federal jurisdiction does exist based upon diversity.

5.   LIST ANTICIPATED ADDITIONAL PARTIES THAT SHOULD BE INCLUDED, WHEN THEY CAN BE ADDED, AND BY WHOM THEY ARE WANTED.

None that Plaintiffs and Defendants are aware of at this time other than a cause of action on behalf of Betty Payan, individually and on behalf of her estate.

6.   LIST ANTICIPATED INTERVENTIONS.

None anticipated.

7.   DESCRIBE CLASS-ACTION ISSUES.

None involved in the instant case other than possible similarities in liability.

8.   STATE WHETHER EACH PARTY REPRESENTS THAT IT HAS MADE THE INITIAL DISCLOSURES REQUIRED BY RULE 26(A). IF NOT, DESCRIBE THE ARRANGEMENTS THAT HAVE BEEN MADE TO COMPLETE THE DISCLOSURES.

Plaintiffs and Defendants anticipate completing initial disclosure within the next 14 days.

9.   DESCRIBE THE PROPOSED AGREED DISCOVERY PLAN, INCLUDING:

A.   RESPONSES TO ALL THE MATTERS RAISED IN RULE 26(F)

Plaintiffs and Defendants have already engaged in setting up discovery and are currently in the process of setting up an investigation of the vehicle.

B.   WHEN AND TO WHOM THE PLAINTIFF ANTICIPATES IT MAY SEND INTERROGATORIES.

2

Plaintiffs and Defendants will be sending written discovery in the next 90 days.

C.    WHEN AND TO WHOM THE DEFENDANT ANTICIPATES IT MAY SEND INTERROGATORIES.

Plaintiffs and Defendants will be sending discovery to each other.

D.    OF WHOM AND BY WHEN THE PLAINTIFF ANTICIPATES TAKING ORAL DEPOSITIONS.

Plaintiffs anticipate taking the oral depositions of the named Defendants as well as any expert the Defendants intend on producing at trial by the end February of 2004.  Defendants anticipate taking the oral depositions of the Plaintiffs as well as their experts by March 2004.

E.    OF WHOM AND BY WHEN THE DEFENDANT ANTICIPATES TAKING ORAL DEPOSITIONS.

Defendants anticipate taking oral depositions of the parties by December 2003 and the experts by March of 2004.

F.    WHEN THE PLAINTIFF (OR THE PARTY WITH THE BURDEN OF PROOF ON AN ISSUE) WILL BE ABLE TO DESIGNATE EXPERTS AND PROVIDE THE REPORTS REQUIRED BY RULE 26(A)(2)(B) AND WHEN THE OPPOSING PARTY WILL BE ABLE TO DESIGNATE RESPONSIVE EXPERTS AND PROVIDE THEIR REPORTS.

Plaintiffs and Defendants are still currently in the process of investigating the vehicle.

G.    LIST EXPERTS DEPOSITIONS THE PLAINTIFF (OR THE PARTY WITH THE BURDEN OF PROOF ON AN ISSUE) ANTICIPATES TAKING AND THEIR ANTICIPATED COMPLETION DATE. *SEE* RULE 26(A)(2)(B) (EXPERT REPORT).

Plaintiffs and Defendants hope to complete depositions by March 2004.

H.    LIST EXPERT DEPOSITIONS THE OPPOSING PARTY ANTICIPATES TAKING AND THEIR ANTICIPATED COMPLETION DATE. *SEE* RULE 26(A)(2)(B) (EXPERT REPORT).

Plaintiffs and Defendants hope to complete depositions by March 2004.

3

10.    IF THE PARTIES ARE NOT AGREED ON A PART OF THE DISCOVERY PLAN,
       DESCRIBE THE SEPARATE VIEWS AND PROPOSALS OF EACH PARTY.

       The parties at this time are agreed on the discovery plan.

11.    SPECIFY THE DISCOVERY BEYOND INITIAL DISCLOSURES THAT HAS BEEN
       UNDERTAKEN TO DATE.

       None other than initial disclosures.

12.    STATE THE DATE THE PLANNED DISCOVERY CAN REASONABLY BE
       COMPLETED.

       Plaintiffs and Defendants anticipate a completion of date of March 2004.  However, both
       parties are still undergoing investigation.

13.    DESCRIBE THE POSSIBILITIES FOR A PROMPT SETTLEMENT OR
       RESOLUTION OF THE CASE THAT WERE DISCUSSED IN YOUR RULE 26(F)
       MEETING.

       Settlement possibilities will be discussed sometime after discovery.

14.    DESCRIBE WHAT EACH PARTY HAS DONE OR AGREED TO DO TO BRING
       ABOUT A PROMPT RESOLUTION.

       Each party agreed to mediate the case after significant discovery.

15.    FROM THE ATTORNEYS' DISCUSSION WITH THE CLIENT, STATE THE
       ALTERNATIVE DISPUTE RESOLUTION TECHNIQUES THAT ARE
       REASONABLY SUITABLE AND STATE WHEN SUCH A TECHNIQUE MAY BE
       EFFECTIVELY USED IN THIS CASE.

       Mediation would be the most appropriate method in this case.

16.    MAGISTRATE JUDGES MAY NOW HEAR JURY AND NON-JURY TRIALS.
       INDICATE THE PARTIES' JOINT POSITION ON A TRIAL BEFORE A
       MAGISTRATE JUDGE.

       Plaintiffs and Defendants both would like to have this case heard by the District Court
       should this case not be remanded to state court.

17.    STATE WHETHER A JURY DEMAND HAS BEEN MADE AND IF IT WAS MADE
       ON TIME.

4

A jury demand has been made.

18.    SPECIFY THE NUMBER OF HOURS IT WILL TAKE TO PRESENT THE
EVIDENCE IN THIS CASE.

Approximately 70-80 hours of record time for the Plaintiffs.

19.    LIST PENDING MOTIONS THAT COULD BE RULED ON AT THE INITIAL
PRETRIAL AND SCHEDULING CONFERENCE.

None at this time other than Plaintiffs motion to remand and Defendants motion to
dismiss for lack of personal jurisdiction on Defendant Automotriz..

20.    LIST OTHER MOTIONS PENDING.

None other than those previously mentioned.

21.    INDICATE OTHER MATTERS PECULIAR TO THIS CASE, INCLUDING
DISCOVERY, THAT DESERVE THE SPECIAL ATTENTION OF THE COURT AT
THE CONFERENCE.

None at this time.

22.    LIST THE NAMES, BAR NUMBERS, ADDRESSES AND TELEPHONE NUMBERS
OF ALL COUNSEL.


Mr. Benigno (Trey) Martinez
1201 E. Van Buren
Brownsville, Texas 78520
Ph. 956-546-7159
Bar Number: 00797011
Federal Bar Number: 23945


Mr. Tony Martinez
1201 E. Van Buren
Brownsville, Texas 78520
Ph. 956-546-7159
Bar Number: 13139000
Federal Bar Number: 1943

Mr. Chris Blackerby
111 Congress Ave.
Suite 1400
Austin, Texas 78701
Ph. 512-472-5456
Fax: 512-479-1101
Bar Number: 00787091
Federal Bar Number: 20016

Mr. Jaime Saenz
**RODRIGUEZ, COLVIN & CHANEY**
1201 E. Van Buren
Brownsville, Texas 78520
Bar Number: 17514859
Federal Bar Number: 7630

_____
Benigno (Trey) Martinez

_____
Chris A. Blackerby

_____
Jaime Saenz

9/2/02
_____
Date

9/2/03
_____
Date

9/2/03
_____
Date

6

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to wit:

> Mr. Chris Blackerby
> 111 Congress Ave.,Suite 1400
> Austin, Texas 78701
> Ph. 512-472-5456
> Fax: 512-479-1101
>
> **HAND DELIVERED**
> Mr. Jaime Saenz
> **RODRIGUEZ, COLVIN & CHANEY**
> 1201 E. Van Buren
> Brownsville, Texas 78520

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 2nd day of September, 2003.

Benigno (Trey) Martinez

7