# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 09 / 15 / 03 |
| TIME | 2:00 p.m.  —  2:30 p.m. |
| CIVIL ACTION | B / 03 / 120 |
| STYLE | REYNOSO, ET AL.<br>*versus*<br>FORD MOTOR COMPANY, ET AL. |



United States District Court
Southern District of Texas
FILED

SEP 15 2003

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;                (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):   Suzanne Schwarz appearing for Tony & Trey Martinez
Attorney(s) for Defendant(s): Ford Motor Co.: Chris A. Blackerby
                              Automotriz de Noreste SA de CV: Jaime Arturo Saenz

Comments: Court granted Ms. Schwarz' oral motion to appear on behalf of Tony and Trey Martinez.

*Saenz*: Motion to Dismiss: Ct. lacks personal jurisdiction because everything occurred in Mexico. No general or specific personal jurisdiction.

*Blackerby*:: Invoice indicated car was shipped from through TX and manufactured in MI.

*Saenz*: Motion to Remand - aliens on both sides so not complete diversity.

*Judge*: Motions taken under advisement. Court discussed mediation; to occur no later than April, 2004.