16

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

ISABEL ENNIS REYNOSO, ET AL § 

vs. § Civil Action No. B- 03-120

FORD MOTOR COMPANY, ET AL §

United States District Court
Southern District of Texas
ENTERED
OCT 2 2 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __10-12__ days.          ☐ Bench   ■ Jury

2. New parties must be joined by:                          N/A
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   2/16/2004

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                         3/31/2004
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

6. Parties to mediate case no later than:                  4/30/2004

***************************The Court will provide these dates***************************

7. Dispositive Motions will be filed by:                   5/31/2004

8. Joint pretrial order is due:                            8/20/2004

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:   9/2/2004

10. Jury Selection is set for 9:00 a.m. on:                9/7/2004
    *(The case will remain on standby until tried)*

Signed: __October 15__, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge