United States District Court
Southern District of Texas
FILED

MAR 0 3 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN <br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. <br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-120 |

### AGREED MOTION FOR CONTINUANCE AND MODIFICATION OF SCHEDULING ORDER SUBJECT TO THE COURT'S RULING ON PLAINTIFFS' MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Isabel Ennis Reynoso, Sally Payan, and Enrique Payan ("Plaintiffs"), and Ford Motor Company and Automotriz Del Noreste, S.A. DE C.V. ("Defendants"), and files this their Joint Motion for Continuance and Modification of Scheduling Order Subject to the Court's Ruling on Plaintiffs' Motion to Remand, and in support thereof will respectfully show unto the Court as follows:

**I.
Introduction and Current Scheduling Order**

This is a complex products liability case involving a January 11, 2003 motor vehicle accident that took place on a toll highway between Monterrey and Reynosa, Mexico. Plaintiffs allege that a 2000 Ford Explorer driven by Betty Payan traveled off the roadway and rolled several times before coming to a stop. As a result of the accident Betty Payan was seriously injured and ultimately died two months later from her injuries. The passenger, Sally Payan,

AUS:2132016.1
13486.95678

sustained only minor physical injuries.

On October 15, 2003 the Court entered a Scheduling Order that set a trial date of September 7, 2004. The Scheduling Order also set deadlines for designation of experts, discovery, and filing dispositive motions. A copy of the current Scheduling Order is attached for the Court's convenience.

## II.
## Grounds for Continuance

Despite the best efforts of the parties, the September 7, 2004 trial date, March 31, 2004 discovery cut-off, February 16, 2004 deadline for Plaintiffs' to designate and provide expert reports and the May 31, 2004 dispositive motion deadline are not attainable. The difficulty arises primarily from the sheer number of depositions and discovery remaining in this case. Although the parties have exchanged written discovery, all of the expert witnesses and fact witnesses still need to be deposed. Obtaining the testimony of these material witnesses is critical to the presentation of Plaintiffs' case and equally important to the Defendants in preparing a meaningful defense. The difficulty in scheduling and completing the depositions is compounded by the fact that many of the parties and fact witnesses are located in Mexico, the country where the accident from which the claims derive occurred.

Moreover, the time frame in which the parties must designate and produce expert reports, depose these experts and complete discovery is equally unattainable. Pursuant to the current Scheduling Order, Plaintiffs are required to designate their experts and furnish a report by February 16, 2004. Further, the Scheduling Order requires Defendants to designate and provide expert reports within 30 days of the deposition of Plaintiffs' experts. With a March 31, 2004 discovery cut-off, this leaves a mere 45 days within which: (1) Plaintiffs must designate and provide expert reports; (2) Defendants must schedule and conduct depositions of Plaintiffs'

experts; (3) Within 30 days of completing Plaintiffs experts' depositions, Defendants must designate and provide expert reports; and (4) Plaintiffs must depose Defendants' experts. This task is further complicated by the fact that the parties must also complete all written discovery and depose all fact witnesses within the same 45 day time-frame.

The parties to this action have been advised by their attorneys of record that this case has been set for trial on September 7, 2004. Further, the parties understand that their attorneys of record are requesting a continuance to have the trial reset to a later date; that said attorneys have explained the reasons why the delay is requested; and as evidenced by their signatures below, the parties consent to a continuance of the trial of this case.

The Joint Motion for Continuance is not sought for purposes of delay only, but so that justice may be served. The continuance of this case from its first trial setting will not unreasonably interfere with the other business of the Court.

The parties also ask that an amended scheduling order be entered. A proposed agreed amended scheduling order is attached as Exhibit B.

### III.
### Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Isabel Ennis Reynoso, Sally Payan, and Enrique Payan, and Defendants Ford Motor Company and Automotriz Del Noreste, S.A. DE C.V. pray that, Subject to the Court's Ruling on Plaintiffs' Motion to Remand, the Court grant their Joint Motion for Continuance and Modification of Scheduling Order; that the Court reset this case to a new trial date; that the Court sign and enter the attached proposed amended scheduling order; and for such other and further relief to which the parties may show themselves justly entitled.

Respectfully submitted,

BROWN McCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 Telecopier


By:_____
    Chris A. Blackerby
    State Bar No. 00787091
    Federal Admission No. 20016

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

and

FORD MOTOR COMPANY, Defendant


By:_____
Printed Name: _____
Title: _____

DULY AUTHORIZED AGENT FOR
FORD MOTOR COMPANY

4

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 Telecopier

By: _____
    Jaime A. Saenz
    State Bar No. 17514859
    Federal Admission No. 7630

ATTORNEYS FOR DEFENDANT,
AUTOMOTRIZ DEL NORESTE, S.A. DE C.V.

and

AUTOMOTRIZ DEL NORESTE, S.A. DE C.V.
Defendant

By: _____
Printed Name: _____
Title: _____

DULY AUTHORIZED AGENT FOR
AUTOMOTRIZ DEL NORESTE, S.A. DE C.V.

MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
(956) 546-7159
(956) 544-0602

By: _____
Benigno (Trey) Martinez
State Bar No. 00797011
Federal Admission No. 23945

ATTORNEY FOR PLAINTIFFS, ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN

and

PLAINTIFFS:


By:_____
Printed Name:_____

MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
(956) 546-7159
(956) 544-0602

By: _____
Benigno (Trey) Martinez
State Bar No. 00797011
Federal Admission No. 23945

ATTORNEY FOR PLAINTIFFS, ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN

and

PLAINTIFFS:

By: _Sally Payan_____
Printed Name: _Sally Payan_____

Respectfully submitted,

BROWN McCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 Telecopier

By: *Chris A. Blackerby*    by permission BDH
    Chris A. Blackerby
    State Bar No. 00787091
    Federal Admission No. 20016

**ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY**

and

FORD MOTOR COMPANY, Defendant


By: _____
Printed Name: Peter M. Tassie
Title: Managing Counsel

**DULY AUTHORIZED AGENT FOR
FORD MOTOR COMPANY**

4

AUS:2132016.1
13486.95678

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN<br>  Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V.<br>  Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-120 |

## AGREED AMENDED SCHEDULING ORDER

Pursuant to the agreement of the parties and the Federal Rules of Civil Procedure, the Court hereby amends the October 15, 2003 Scheduling Order, and establishes the following deadlines for the above-referenced action:

| | | |
|---|---|---|
| 1. | June 30, 2004 | The plaintiffs' will designate experts and furnish reports. |
| 2. | July 30, 2004 | The defendants' will designate experts and furnish reports. |
| 3. | October 22, 2004 | Discovery must be completed by this date. |
| 4. | September 30, 2004 | Mediation deadline. |
| 5. | November 11, 2004 | Dispositive Motions must be filed by this date. |
| 6. | _____ * | Joint pretrial order due by this date. |
| 7. | _____ * | Docket call and final pretrial conference is set for 1:30 p.m. |
| 8. | _____ * | Jury Selection is set for 9:00 a.m. |

* to be announced by the Court

SIGNED _____, 2004, at Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

2

**AGREED TO:**

BROWN McCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 Telecopier


By:_____
    Chris A. Blackerby
    State Bar No. 00787091
    Federal Admission No. 20016

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

3

**AGREED TO:**

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 Telecopier


By: _____
   Jaime A. Saenz
   State Bar No. 17514859
   Federal Admission No. 7630

ATTORNEYS FOR DEFENDANT,
AUTOMOTRIZ DEL NORESTE, S.A. DE C.V.

4

AUS:2133530.1
13486.95678

AGREED TO:

MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
(956) 546-7159
(956) 544-0602

By: _____
Benigno (Trey) Martinez
State Bar No. 00797011
Federal Admission No. 23945

ATTORNEYS FOR PLAINTIFFS, ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN