United States District Court
Southern District of Texas
ENTERED

APR 0 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN<br>        Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V.<br>        Defendants. | §§§§§§§§§§§ | CIVIL ACTION NO. B-03-120 |

## AGREED AMENDED SCHEDULING ORDER

Pursuant to the agreement of the parties and the Federal Rules of Civil Procedure, the Court hereby amends the October 15, 2003 Scheduling Order, and establishes the following deadlines for the above-referenced action:

1. June 30, 2004          The plaintiffs' will designate experts and furnish reports.

2. July 30, 2004          The defendants' will designate experts and furnish reports.

3. October 22, 2004       Discovery must be completed by this date.

4. September 30, 2004     Mediation deadline.

5. November 11, 2004      Dispositive Motions must be filed by this date.

6. February 18, 2005      Joint pretrial order due by this date.

7. March 3, 2005     *    Docket call and final pretrial conference is set for 1:30 p.m.

8. March 7, 2005     *    Jury Selection is set for 9:00 a.m.

   * to be announced by the Court

AUS:2133530.1
13486.95678

SIGNED April 6, 2004, at Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

2

**AGREED TO:**

BROWN McCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 Telecopier


By:_____
    Chris A. Blackerby
    State Bar No. 00787091
    Federal Admission No. 20016

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

**AGREED TO:**

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 Telecopier


By: _____
    Jaime A. Saenz
    State Bar No. 17514859
    Federal Admission No. 7630

ATTORNEYS FOR DEFENDANT,
AUTOMOTRIZ DEL NORESTE, S.A. DE C.V.

AGREED TO:

MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
(956) 546-7159
(956) 544-0602

By: /s/ Benigno (Trey) Martinez
Benigno (Trey) Martinez
State Bar No. 00797011
Federal Admission No. 23945

ATTORNEYS FOR PLAINTIFFS, ISABEL ENNIS
REYNOSO, SALLY PAYAN, AND ENRIQUE
ROBERTO PAYAN