

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § § | |
| Defendants. | § § | |

United States District Court
Southern District of Texas
FILED

JUN 1 8 2004

Michael N. Milby
Clerk of Court

**PLAINTIFF'S AND DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE EXPERT REPORTS AND REMAINING DEADLINES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COME NOW Plaintiffs and Defendants in the above entitled and numbered cause, and subject to and without waiving relief previously requested of this Honorable Court, file this the Plaintiff's and Defendant's Motion for Extension of Time to File Expert Reports, and Remaining Deadlines.

**I.**

Due to the complexity of this case, Plaintiffs and Defendants need additional time in which to obtain expert reports. Plaintiff is currently active in the process of the investigation of the vehicle and designating experts. In order to allow Plaintiffs and Defendants additional time to obtain the necessary reports, and in the interest of justice, Plaintiffs and Defendants request

request that this Court grants Plaintiffs and Defendants a 60 days extension of time in which to file expert reports and extend the remaining deadlines. Excluding the Joint Pretrial Order due by February 18, 2005.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants pray that this Court grant their Motion for Extension of Time to File Expert Reports and Remaining Deadlines, and for such other and further relief to which Plaintiffs and Defendants may be justly entitled.

Respectfully submitted,

MARTINEZ, BARRERA & MARTINEZ, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Tony Martinez
State Bar No. 13139000
Federal Admission No. 1943

**ATTORNEYS FOR PLAINTIFFS**

BROWN McCARROLL L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX 78701
Ph. (512) 472-5456
Fax (512) 479-1101

Chris A. Blackerby
State Bar No. 00787091
Federal Admission No. 20016

**ATTORNEYS FOR DEFENDANTS**