IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 2 4 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § § | |
| Defendants. | § § | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE EXPERT REPORTS AND REMAINING DEADLINES**

On this the 23rd day of _____June_____, 2004, came before me the foregoing Motion for Extension of Time to File Expert Reports and Remaining Deadlines, and the Court having reviewed same is of the opinion that said Motion should be granted.

It is, therefore, **ORDERED** that the Motion for Extension of Time to File Expert Reports and Remaining Deadlines, and the same is hereby, **GRANTED** in all things.

SIGNED on this the 23 day of _____June_____, 2004.

_____
JUDGE PRESIDING