| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

ISABEL ENNIS REYNOSO, ET AL §

vs. § Civil Action No. B- 03-120

FORD MOTOR COMPANY, ET AL §

**United States District Court
Southern District of Texas
ENTERED

JUN 2 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____**

### REVISED SCHEDULING ORDER

1. Trial: Estimated time to try: __10-12__ days.                     ☐ Bench   ■ Jury

2. New parties must be joined by:                                    6/30/2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: 8/30/2004

4. The defendant's experts must be named with a report furnished by: 9/30/2004

5. Discovery must be completed by:                                   12/22/2004
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Parties to mediate case no later than:                            12/29/2004

***************************The Court will provide these dates***************************

7. Dispositive Motions will be filed by:                             1/17/2005

8. Joint pretrial order is due:                                      4/14/2005

9. Docket Call and final pretrial conference is set for 1:30 p.m. on: 4/27/2005

10. Jury Selection is set for 9:00 a.m. on:                          5/9/2005
    *(The case will remain on standby until tried)*

Signed _____June 24_____, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge