IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § § | |
| Defendants. | § § § | |

## AGREED MOTION TO MODIFY SCHEDULING ORDER

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COME NOW Plaintiffs and Defendants in the above entitled and numbered cause, and subject to and without waiving relief previously requested of this Honorable Court, file this Agreed Motion to Modify Scheduling Order.

### I.

On June 18, 2004, Plaintiffs and Defendants filed an Agreed Motion for Extension of Time to File Expert Reports and Remaining Deadlines on the good faith belief that we could expedite the expert inspections and subsequent reports. Overly ambitious and unrealistic as it now appears the "summer" and "trial" combination schedule of the experts did not allow the deadlines to be met. Prior to the filing of such documents the following inspections had occurred:

On February 12, 2004, Kevan Granat, on behalf of the Ford expert conducted an inspection of the vehicle; Mr. Granat photographed and measured the components of the vehicle.

On March 4, 2004, Larry Ragan, on behalf of the Ford expert conducted an inspection of the vehicle; Mr. Ragan photographed and measured the components of the vehicle.

On April 20, 2004, Dean Jacobson, the forensic engineer on behalf of the Plaintiffs expert conducted an inspection of the interior and exterior of the vehicle; Mr. Jacobson photographed and measured the interior components of the vehicle and photographed the exterior components of the vehicle.

On April 24, 2004, Gerald Rosenbluth, the seatbelt analyst on behalf of the Plaintiffs expert conducted an inspection of the seatbelts; Mr. Rosenbluth photographed and measured the seatbelts of the vehicle.

## II.

After the filing of such documents on June 18, 2004, and the granting of the extension the following has occurred:

On June 17, 2004, Ronald Huston, the bio mechanic on behalf of the Plaintiffs expert conducted an inspection of the interior of the subject vehicle. Mr. Huston photographed and measured the vehicle and furnished his report on June 30, 2004, which is hereby attached. Exhibit (A)

On July 14, 2004, Donald F. Tandy, on behalf of the Ford expert inspected and photographed the undercarriage of the vehicle.

On July 26, 2004, Dean Jacobson measured and photographed the exterior components of the vehicle while the digitization was taking place.

On July 26 and 27, 2004, Ed Brown, from The Irwin Company likewise performed an inspection within their area of expertise of accident reconstruction on behalf of the Plaintiffs. In spite of all this activity we were unable to schedule the final phase, which require experts from both sides to be present.

### III.

Before reaching their ultimate respective opinions and conclusions, there remains an additional inspection requiring destructive procedures to occur. Although, we attempted to schedule this inspection as early as possible the first available date for all experts to be available could not occur until Oct. 26, 2004. We have confirmed said date with everyone as shown by Exhibit (B).

**WHEREFORE PREMISES CONSIDERED**, Plaintiffs and Defendants request this Honorable Court to modify the scheduling order, in order to fulfill and timely file their "Expert Reports."

Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Tony Martinez
State Bar No. 13139000
Federal Admission No. 1943

**ATTORNEYS FOR PLAINTIFFS**

**BROWN McCARROLL L.L.P.**
111 Congress Avenue, Suite 1400
Austin, TX 78701
Ph. (512) 472-5456
Fax (512) 479-1101

*[signature]*

Chris A. Blackerby
State Bar No. 00787091
Federal Admission No. 20016

**ATTORNEYS FOR DEFENDANTS**

# SINGLE VEHICLE ROLLOVER ACCIDENT INJURIES OF MARGARET PAYAN
## [40D Cadereyta-Reynosa, XIX Nuevo Leon, New China Monterrey, Mexico (1/11/03)]

— A report prepared for

Tony Martinez
Monica Polanco
MARTINEZ, BARRERA y MARTINEZ
1201 E. Van Buren
Brownsville, Texas 78520

— Report prepared by

Ronald L. Huston, Ph.D., P.E.
6242 Savannah Avenue
Cincinnati, Ohio 45224

June 30, 2004



This is a report summarizing findings and opinions reached based upon an investigation of the titled matter. In this investigation the following documents and items have been reviewed and inspected:

1) Federal Preventive Police Report

2) Accident Vehicle Photographs

3) Accident Site Photographs

4) Tandy Engineering Scene Inspection Notes

5) Tandy Engineering Vehicle Inspection Notes

6) Medical Records of Margaret E. (Betty) Payan

7) Accident Vehicle

Should additional documents or items become available for review or inspection, the opinions expressed could be modified and/or enhanced.

The report is divided into five parts with the following part providing a summary description of the accident. The next part lists the reported injuries of the vehicle operator. The third part documents the damage and findings of the accident vehicle inspection. The fourth part expresses opinions and concluding remarks. The final part summarizes investigation qualifications and fees.

1.  **ACCIDENT DESCRIPTION**

The Police report and the Tandy Engineering reports provide a summary description of the accident: It occurred on January 11, 2003 on 40D Highway Cadereyta-Reynosa between Los Ramones and Paraguay Bridge on Nuevo Leon, near China, Mexico. It was a single vehicle rollover accident: A 2000 Ford Explorer, operated by Margaret E. Payan, with right front passenger Sally Payan, was traveling West when water on the roadway caused the right wheels of the vehicle to hydroplane. The vehicle then went out of control and rolled over (passenger side leading) and came to rest on its roof across the roadway, partly on the shoulder and partly off onto the grass bordering the road.

At the time of the accident (approximately 8:00 PM) it was dark. It was also raining and the roadway was wet. The roadway itself was straight and level with two traffic lanes in each direction.

3

2. **INJURIES OF MARGARET PAYAN**

As a result of the accident Ms. Margaret (Peggy) Payan is reported to have received serious cervical and thoracic injuries which ultimately resulted in her death. Specifically, the medical records state that she received numerous injuries including:

1. C7 quadriplegia

2. C6, C7 cervical subluxation

3. Bilateral jumped facet of C6 and C7

4. Subdural hematoma

5. Blunt abdominal injury

6. Bruising of her right upper chest, right shoulder, right knee, and right forehead

7. Liver laceration

8. Duodenal hematoma

Ms. Payan is reported to have died on February 17, 2003.


3. **VEHICLE INSPECTION FINDINGS**

The accident vehicle was inspected on June 17, 2004 at a storage facility at 1117 West Jackson Street in Harlington, Texas. It was a white 2000 Ford Explorer XLS with Vehicle Identification Number (VIN) 1FMZU62E6YZC13643 and Mexico registration WZB-12-81. It had 50650 odometer miles.

The vehicle had overall damage consistent with a rollover and the accident description: There was significant roof damage, greatest on the driver side. The windshield was broken as were the left front, left rear, and right front door windows, and the rear window. Neither of the front doors would close and latch. The rear doors however, were still functional.

The driver side outside mirror was broken off. There was soil and debris still imbedded in the driver side A pillar. The front bumper was deformed, but the headlights and grill were still intact. The taillight lenses were broken. There were numerous scratches on the vehicle. The scratches on the hood were in at least three directions.

The passenger side tires were still inflated. The driver side tires however were deflated and the left front was off its rim.

4

In the vehicle interior, the driver's space was intruded with the head room reduced. The front passenger space however was relatively unintruded. The airbags were not deployed. The seats were firm (both bottoms and back rests) and the back rests had integral head restraints. There was broken glass scattered throughout the vehicle interior.

The steering wheel was still planar and the steering column was firm.

The driver's seat belt had evidence of usage. The webbing was cut. There were stretch marks on the webbing at 41 to 47 inches and at 64 inches from the floor anchor. There was D-ring scarring and latch plate loop scarring. The front passenger side seat belt was under tension in its stowed position.

There was an apparent witness mark on the interior roof over the middle rear of the driver's seat bottom. It was an area of depressed, rubbed fabric approximately 5 inches in diameter. It was centered approximately 11 inches inboard and approximately 4 inches in front of the front of the driver side B-pillar. The mark was approximately 29 inches above the seat bottom.

Finally, on the driver's side the roof was pushed downward to within approximately 4 inches of the top of the head restraint, 29 inches above the rear of the seat bottom and 21 inches above the front of the seat bottom, measured in the mid-plane of the driver's seat.

## 4. ANALYSIS, OPINIONS, AND CONCLUSIONS

The foregoing investigative findings, observations, and measurements lead to the following additional observations and conclusions:

1. The prominent loading marks on the driver's seat belt system are evidence that Ms. Payan was wearing her seat belt at the time of the accident and the vehicle rollover.

2. The depressed/rubbed fabric mark on the roof over the driver's sitting position is evidence of driver head contact with the downward deforming roof.

3. The medical records for Ms. Payan state that her stature was 167 cm and with mass: 75 kg. In English units this is 5 feet 7 3/4 inches with weight 165 lb. Anthropometric data for women* show that persons with stature of 5 ft 7 3/4 in have a sitting height of approximately 34 3/4 in.

4. The measured sitting height in the driver's sitting position after the roof deformation was only approximately 29 inches. Thus, during the rollover sequence Ms. Payan's sitting height would have been compressed approximately 5 inches or more.

---

\*   See for example: Anthropomentric Source Book, Volume I: Anthropometry for Designers, NASA Reference Publication 1024 National Aeronautics and Space Administration, 1978, pages III-87 and III-89.

5

5. The compressed, or shortened, sitting height of Ms. Payan is consistent with the reported cervical spine compression injury resulting in the C6/C7 subluxation with jumped facets of C6 and C7.

In summary, it is the opinion of this investigator that the injury producing forces on Ms. Payan were due to compressive forces on her body due to the intruding vehicle roof. It is also the opinion of this investigator that during the accident Ms. Payan was wearing her seat belt and therefore, had her head room been maintained, as with a non-deforming, or lesser deforming roof, the compressive injury producing forces would not have occurred.

5. **Qualifications and fees**

In investigating this matter, the general areas of biomechanics, accident reconstruction, human factors, and ergonomics were involved. My background and expertise in these areas are outlined in my resume. My qualifications include my education (BS, MS and PhD in engineering); my license and accreditations [Professional Engineer (Ohio #E-31105) and ACTAR (Accreditation Commission for Traffic Accident Reconstruction) Certification (#10240); and my research and professional experience. I have been actively engaged in teaching and research in the subject areas since 1970. My research has been supported by various government agencies including the Office of Naval Research (ONR), the National Science Foundation (NSF), the National Aeronautics and Space Administration (NASA), and the National Institute for Occupational Safety and Health (NIOSH). Results of this research have been published in peer review archived articles and books. In addition, I have investigated numerous accidents and issues involving the subject areas. I have testified in court on over 200 occasions and in depositions on over 500 occasions. Finally, I have been active in professional societies involving the subject areas. These include the American Society of Mechanical Engineers (ASME) (Fellow Member), Society of Automotive Engineers (SAE), the Human Factors and Ergonomics Society, and the American Society of Biomechanics. (I am a founding member of the Tri-State Chapter of the Human Factors and Ergonomics Society.)

My fee for this work is $220/hr plus expenses.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § § § | |
| Defendants. | § | |

STATE OF TEXAS                  §

COUNTY OF CAMERON         §

### AFFIDAVIT

"My name is <u>Monica Polanco</u>. I am over 21 years of age, of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated.

On August 11, 2004, Muriel Powell, (Paralegal for Ford Motor Company) verbally confirmed they will be present on October 26, 2004 at 1117 W. Jackson Harlingen, Texas to proceed with the destructive inspection on the subject vehicle on the above mentioned case.

_Monica Polanco_
Affiant

SUBSCRIBED AND SWORN TO before me on this 12th day of August, 2004.

_San Juanita Lopez_
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES: 1/14/06


SAN JUANITA LOPEZ
Notary Public, State of Texas
My Commission Expires
January 14, 2006



A DIVISION OF SCIENTIFIC ANALYSIS, INC

August 10, 2004

Tony Martinez
Martinez, Barrera and Martinez L.L.P.
1201 E. Van Buren
Brownsville, TX 78520

Dear Mr. Martinez,

*Re: MartinezT.04130 (Reynosa)*

This letter is to confirm attendance by Ed Downs of The Irwin Company on October 26, 2004 in Brownsville, Texas to complete the digitization of the 2000 Ford Explorer involved in the Reynosa matter.

If we can be of further assistance, please don't hesitate to call.

Sincerely,

Patty Lowell
The Irwin Company

5746 RICHMOND AVENUE

DALLAS, TEXAS 75206

PHONE  214 320-8686

FAX  214 320-1007



Dean Jacobson, Ph.D.
**FORENSIC ENGINEERING, INC.**
4747 S. Lakeshore Drive, Suite 203
Tempe, Arizona 85282-7196
(480) 491-1291
FAX (480) 491-2622

August 10, 2004

Mr. Tony Martinez
Martinez, Barrera y Martinez
1201 East Van Buren
Brownsville, Texas 78520

**Re: Payan v FMC**

Dear Mr. Martinez,

This letter serves as confirmation of the Payan inspection on October 26, 2004 at 9:00 a.m. If you should have any questions or concerns, please feel free to contact our office.

Sincerely,

Brandy Hepperle
Secretary to Dean Jacobson, Ph.D.

/bmh





**AUTOMOTIVE CONSULTING SERVICES, INC.**
4747 SOUTH LAKESHORE DRIVE, SUITE 101
TEMPE, ARIZONA 85282
(480) 890-1000
FACSIMILE (480) 456-3805

August 10, 2004

VIA FACSIMILE

Mr. Tony Martinez
Attorney at Law
Martinez, Barrera y Martinez, LLP
1201 E. Van Buren
Brownsville, Texas 78520

Re:   Reynoso v Ford Motor Co.
File: ACS 04-0420A

Dear Mr. Martinez:

    This letter will confirm that Mr. Rosenbluth will be traveling to Brownsville, Texas to further inspect the subject vehicle in this matter. It is my understanding that several experts will also be attending this subject vehicle inspection. Further details of this joint inspection will be discussed further in the near future.

Very truly yours,

*Patricia Simmes*
Patricia Simmes
For the firm

/pls

