IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 27 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § § | |
| Defendants. | § § | |

## ORDER

On this the 26th day of August, 2004, came before me the foregoing Agreed Motion to Modify Scheduling Order, and the Court having reviewed same is of the opinion that said Motion should be granted.

It is, therefore, **ORDERED** that the Agreed Motion to Modify Scheduling, and the same is hereby, **GRANTED** in all things.

**SIGNED** on this the 26th day of August, 2004.

_____
JUDGE PRESIDING