| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

ISABEL ENNIS REYNOSO, ET AL §

vs. § Civil Action No. B- 03-120

FORD MOTOR COMPANY, ET AL §

## SECOND REVISED SCHEDULING ORDER

*United States District Court*
*Southern District of Texas*
*ENTERED*

AUG 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

1. Trial: Estimated time to try: __10-12__ days.          ☐ Bench   ■ Jury

2. New parties must be joined by:                                   6/30/2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   12/23/2004

4. The defendant's experts must be named with a report furnished by:   1/24/2005

5. Discovery must be completed by:                                  3/1/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Parties to mediate case no later than:                           3/30/2005

**************************The Court will provide these dates**************************

7. Dispositive Motions will be filed by:                            4/15/2005

8. Joint pretrial order is due:                                     7/13/2005

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:   7/27/2005

10. Jury Selection is set for 9:00 a.m. on:                         8/8/2005
    *(The case will remain on standby until tried)*

Signed __August 26__, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge