CASE NO. _____
INSTRUMENT NO. _____

# SEALED RECORD

DESCRIPTION OF CONTENTS: Dr. Dean Jacobson Report ) Plaintiff's Designation of Expert Wtn

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT