The Irwin Company
5746 Richmond Road
Dallas, Texas 75206
Phone 214-320-8686
Fax 214-320-1007

# Accident Reconstruction Report

# Reynosa



*Date of Accident: January 11, 2003*
*Location: Nuevo Leon, Mexico*

# Accident Reconstruction

## Introduction

The accident took place on January 11, 2003 in Nuevo Leon, Mexico. Betty Payan was driving a white 2000 Ford Explorer along Mexico Highway 40-D when the vehicle experienced a rollover.

The Irwin Company has been requested to analyze the vehicle accident. The analysis has included:

- review of the police report;

- inspection, photography and measurement of the damaged Explorer pickup;

- inspection, photography and three-dimensional measurement of the scene;

- calculations relating to vehicle dynamics.

## Investigation

| | |
|---|---|
| Location | Nuevo Leon, Mexico |
| | Mexico Highway 40-D |
| Date/Time | January 11, 2003 / 8:00 P.M. |
| Driver 1 | Betty Payan |

Vehicle 1        2000 Ford Explorer

The investigating officer sketched the accident sequence. The depiction indicates the vehicle was headed westbound on Mexico Highway 40-D when the loss of control occurred. The sketch indicates that the vehicle rolled on the roadway and came to rest upside down on the pavement. The sketch indicates that in the area of the crash sequence, the roadway surface was marked with wheel ruts.

The Ford Explorer was inspected, measured and photographed. The photographs previously submitted reflect the condition of the vehicle during the vehicle inspection.

Grade rods, or stand alone measuring tapes, were used to locate specific evidence on the vehicle and to quantify their shapes. Those rods appear in the damage photographs.

The vehicle was measured and photographed. In general, the vehicle displayed rollover damage. The left front tire is off the rim. Otherwise the tires are intact and on the vehicle. The right rear tire has grass in the outside bead. The left rear tire is marked from contact with a hard surface.

Each side of the vehicle was scratched, so each side of the vehicle made contact with the ground during the roll sequence. The scratches revealed multiple contacts on both sides and the top of the vehicle.

The vehicle showed positive evidence for a passenger side leading roll.

Four families of scratches were identified.

The right front door was damaged from contact with a narrow object. The damage line extends from the bottom rear window

frame to the top rear corner of the right front wheel well. In addition, a contact mark was found on the right rear door. The mark is localized near the middle of the lower panel. Each mark appears in photographs taken prior to the inspection by The Irwin Company.

A low point was located above the driver position. Only one family of lateral scratches passed through that area.

The accident scene was inspected, measured and photographed. The inspection was conducted with the photographs taken by others. The scene was three-dimensionally measured with a Topcon total station. The measurements were eventually used to create a scaled accident scene diagram.

Painted numbers were placed on the road surface in 100 ft. increments. The roadway did not reveal evidence of this crash. In the area of the crash the roadway is posted at 110 kilometers per hour (kph). The roadway is a limited access multi-lane highway. In the area of the event noted by the police officer, the roadway is straight and level.

An accident scene diagram was created based on the three-dimensional measurements. The scene measurements allowed for the creation of a base diagram which depicted the accident scene as it was found on the day of the inspection.

Studies conducted by Orlowski, et al, and presented in Society of Engineers Technical Paper Series Number 890857, *"Reconstruction of Rollover Collisions"*, reveal conclusions related to rollover analysis. Additional papers have been written by Jones and Wilson, *"Techniques for the Reconstruction of Rollover Accidents Involving Sport Utility Vehicles, Light Trucks and*

*Vans"*, and Altman, et al, *"A Comparison of Rollover Characteristics for Passenger Cars, Light Duty Trucks and Sport Utility Vehicles"*.

The collection assists in understanding the analysis of a rollover. Relationships between number of rolls, roll distance and speed are developed.

In this case, the exact roll distance is unknown.

Evidence on the vehicle indicates four (4) families of scratches. As the vehicle was found upside down, that indicates at least three and one-half (3 ½ rolls). Comparison with the available research does not lead to a conclusion that the vehicle was exceeding the posted speed limit.



- The accident took place on January 11, 2003 in Nuevo Leon, Mexico.

- Betty Payan was driving a white 2000 Ford Explorer along Mexico Highway 40-D when the vehicle experienced a rollover.

- The accident scene inspection did not reveal evidence from this crash.

- Inspection of the vehicle revealed four families of scratches.

- As the vehicle was found upside down, the rest position and scratches indicates the vehicle experienced at least 3 ½ rolls.

- The evidence does not allow for a conclusion that the vehicle was exceeding the posted speed limit.

- The vehicle rolled multiple times.

- The passenger side led the initial roll sequence.

- A low point was located above the driver position. Only one family of lateral scratches passed through that area.

I received a Bachelor's degree in Civil Engineering from The University of Texas at Arlington (UTA).

While attending UTA, I was employed by Graham Associates, Inc. as a student engineer. I was also employed at Graham Associates, Inc. as a Design Engineer from 1985 through 1986. Graham Associates, Inc., was a street and highway engineering design company. I assisted the project manager in the production of roadway construction documents. Additional work included on-site inspection of the construction projects including pavement and drainage facilities, water and sewer utilities as well as resolving design conflicts.

In 1986, I transferred to G.D.I. and Associates, Inc. I worked as a project engineer through 1988. G.D.I. and Associates was a street and highway engineering design company. I was responsible for the production of roadway construction documents and the design of roadway configuration parameters such as horizontal and vertical alignments in accordance with federal, state and local requirements.

In 1988, I began working at Accident Reconstruction Lab. I investigated and reconstructed passenger and commercial vehicle and train accidents. I was responsible for on-site investigation, data collection and subsequent accident site diagrams. I assisted in the analysis of vehicle locations for points of perception-reaction, impact and rest.

In 1990, I founded The Irwin Company. I am responsible for accident investigation, reconstruction and analysis for passenger and commercial vehicles through employment of engineering and scientific disciplines. The company has worked on 1500 to 2000 vehicle accidents over that time span for both plaintiffs and defendants.

I am a member of the Society of Automotive Engineers (SAE), the Texas Association of Accident Reconstruction Specialists, the National

Association of Professional Accident Reconstruction Specialists, the New Jersey Association of Accident Reconstructionists, the American Congress on Surveying and Mapping, the American Cartographic Association, the National Society of Professional Surveyors, the American Society of Civil Engineers, the American Society for Photogrammetry and Remote Sensing, and the American Board of Forensic Examiners.

I have fifteen years of education, training and experience in the field of automotive accident reconstruction which includes accident investigation and reconstruction including: **University of Texas at Arlington: Arlington, Texas,** Bachelor of Science in Civil Engineering, **Northwestern University: Evanston, Illinois,** At-scene Accident Investigation, May 1989, Technical Accident Investigation, May 1988, Traffic Accident Reconstruction, December 1989, Traffic Accident Reconstruction II, November 1990, Traffic Control Devices, January 1993, **Texas A&M University: College Station, Texas,** Commercial Vehicle Accident Reconstruction, December 1991, Applied Physics in Accident Reconstruction, July 1994, Motorcycle Accident Reconstruction, February 1995, Conference on Reconstruction and Safety on the Highway, March 1997, Vehicle Trailer Under-rides, Low Speed Collisions, Night Vision, Conference on Reconstruction and Safety on the Highway, October 1998, Vehicle Crash Tests, Crash Algorithms and Crush Analysis, **Burlington Northern Railroad.,** Grade Crossing Accident Investigation, November 1990, **Texas Association of Accident Reconstruction Specialists,** Staged train crossing accident: train and passenger vehicle, Staged train crossing accident: train and school bus, Pedestrian and pedacyclist vehicle accident reconstruction, The Physics and Basics of Photography, Photogrammetry and Digital Cameras, **Society of Automotive Engineers,** Heavy Vehicle Roll-over, April 1993, **American Society of Civil Engineers,** HEC II Stream Analysis, 1985, Roadside Design: AASHTO Design Guide, January 1997.

I have been qualified as an expert witness in numerous federal and state courts around the United States on issues of accident reconstruction.

I have taught or lectured on the subject of accident reconstruction, including presentations to **National Transportation Safety Board,** "The Use of Total Stations on Accident Scenes", **Texas Association of Accident Reconstruction Specialists,** "The Physics and Basics of Photography, Photogrammetry and Digital Cameras", **Society of Automotive Engineers,** "Accident Reconstruction Using Conservation of Momentum and Energy", **Texas Department of Insurance, Course Number 17619CA030,** "Physics, Facts and Video Tape", **81st Annual Kansas Transportation Engineering Conference,** "Computer Animation of Traffic Accidents", **National Association of County Engineers: National Conference 2000**, "Computer Animation of Traffic Accidents", **Philadelphia Trial Lawyer's Association,** "Accident Investigation and Reconstruction", **Washington Association of Accident Reconstructionists and Texas Association of Accident Reconstruction Specialists,** "Computer Generated Measurement and Mapping of Accident Scenes", **National Association of Legal Investigators,** "Computer Generated Measurement and Mapping of Accident Scenes", **Bucks County Bench/Bar Conference,** "Accident Investigation and Computer Generated Measurements", **Canadian Insurance Claims Managers Association,** "Computer Generated Measurement and Mapping of Accident Scenes", **National Association of Fleet Administrators: New Jersey Chapter,** "Accident Reconstruction and Technology", **National Association of Fleet Administrators: Pennsylvania Chapter,** "Accident Reconstruction and Technology", **American Trial Lawyer's Association (Panel Discussion Group),** "Grade Crossing Accident Investigation and Reconstruction", **American Road and Transportation Builders Association,** "Accident Investigation and Reconstruction in Work Zones", **American Society of Mechanical Engineers,** "Accident Reconstruction", **Texas Trial Lawyers Association,** "Low Speed Accident Reconstruction", **Texas Bar Association,** "Accident Reconstruction and Physical Evidence",

and the **Texas Criminal Defense Lawyers Association** "Accident Reconstruction & Technology"

The disclosure above is intended to provide fair disclosure of the opinions to which I will testify at the time of trial, and the factual and scientific bases for those opinions.

I will further testify to details of my opinions, or to related and subsidiary opinions and related and subsidiary factual and scientific basis for my opinions in response to questions of counsel.

I may testify in response to any further document production made by defendants or in response to any further information disclosed by or issues raised by defendants or other witnesses, subsequent to the signing of this disclosure, which are within my knowledge, background, qualifications or expertise.

_____
Steve Irwin
The Irwin Company