IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 0 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN.  §§§§§<br><br>Plaintiffs,  §§<br>VS.  §<br>  §<br>FORD MOTOR COMPANY and  §<br>AUTOMOTRIZ DEL NORESTE, S.A.  §<br>DE C.V.  §§§<br>Defendants.  § | CIVIL ACTION NO. B-03-120 |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

Please take notice that Randolph K. Whittington, attorney, is appearing as Co-Counsel on behalf of the following parties in the above-referenced case: Isabel Ennis Reynoso, Sally Payan and Enrique Roberto Payan. Tony Martinez is to continue to be designated attorney in charge.

The Law Office of Randolph Kimble Whittington hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon his office addresses and telephone numbers set below in addition to other counsel for Plaintiffs:

Mr. Randolph K. Whittington
Law Office of Randolph Kimble Whittington
2014 E. Harrison
Harlingen, TX 78550
Ph:   956-423-7200
Fax: 956-423-7999
Federal ID: 1091

Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ, L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Tony Martinez
State Bar No.: 1313900
Federal ID: 1943


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, on this the 20th day of January, 2005.

**VIA FACSIMILE (512) 479-1101 AND REGULAR MAIL**
Mr. Chris Blackerby
**Brown McCarroll L.L.P.**
111 Congress Avenue, Suite 1400
Austin, Texas 78701

**VIA HAND DELIVER**
Mr. Jaime A. Saenz
**Rodriguez, Colvin, Chaney & Saenz L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520

_____
Tony Martinez