IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 4 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN | § § § § | |
| Plaintiffs | § | |
| vs. | § § | |
| FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A.DE C.V., MEXICO | § § § § § | CIVIL ACTION NO. B-03-120 |
| Defendant. | | |

## FORD MOTOR COMPANY'S EXPERT DESIGNATION

COMES NOW DEFENDANT FORD MOTOR COMPANY ("Ford") makes and files these initial expert designations in the above-styled and numbered cause.

Further, Ford supplements any and all previous discovery responses and responses to disclosures to reflect that the following persons may be called to give expert testimony at the trial of this case.

## I.
## RETAINED EXPERTS

1.  **Kevin Granat**
    TANDY ENGINEERING & ASSOCIATES, INC.
    25003 Pitkin Road
    Suite F-100
    Houston, Texas 77386
    (281) 363-0888

Mr. Granat will offer testimony about reconstruction and causation of the subject accident and render opinions as to the movement and path of the subject accident. Mr. Granat may also respond to issues raised by Plaintiffs' expert testimony as necessary.

AUS:2536426.1
13486.95678

A copy of Mr. Granat's Curriculum Vitae and report are being served under separate cover.

2.   **Donald F. Tandy, Jr.**
     TANDY ENGINEERING & ASSOCIATES, INC.
     25003 Pitkin Road
     Suite F-100
     Houston, Texas  77386
     (281) 363-0888

Mr. Tandy, a former Ford Employee, is expected to testify regarding the design, development and testing of the subject 2000 Explorer, including testimony relating to the handling and stability characteristics of the vehicle, and testing performed regarding the dynamic handling/stability characteristics of the Ford Explorer. Mr. Tandy is also expected to testify that the handling and stability characteristics of the Ford Explorer are reasonable and appropriate. Mr. Tandy may also respond to issues raised by Plaintiffs' expert testimony as necessary.

A copy of Mr. Tandy's Curriculum Vitae and report are being served under separate cover.

3.   **Edward Paddock**
     DESIGN RESEARCH ENGINEERING
     46475 DeSoto Court
     Novi, MI  48377
     (248) 668-3450

Mr. Paddock is expected to testify regarding the design, effectiveness, function, usage, operation and safety of the Ford Explorer's occupant restraint system. He is expected to testify that the design of the occupant restraint system provides a reasonable level of safety for occupants of the vehicle and that the occupant restraint system was appropriately designed,

2

manufactured and sold. Mr. Paddock will provide testimony regarding the use of the occupant restraint system in the accident. Mr. Paddock will also address any issues raised by Plaintiffs' expert testimony as necessary.

A copy of Mr. Paddock's curriculum vitae and report are being served under separate cover.

4. **Robert Piziali, Ph.D., P.E.**
   PIZIALI & ASSOCIATES
   655 Skyway Road, #202
   San Carlos, CA 94070
   (650) 802-5930

Dr. Piziali is expected to testify in the area of biomechanics and will render opinions on the application of general biomechanical principles, occupant kinematics and the injury mechanism of the occupants in the subject vehicle. Dr. Piziali may also provide opinions on the use of the subject vehicle's occupant restraint system in the accident, and may testify about any crashworthiness issues raised by Plaintiffs. Dr. Piziali will also address Plaintiffs' expert testimony as necessary.

A copy of Dr. Piziali's curriculum vitae and report are being served under separate cover.

5. **Larry F. Ragan**
   RAGAN RESEARCH CORPORATION
   45150 Polaris Court
   Plymouth, MI 48170
   (734) 451-6500

Mr. Ragan is expected to testify regarding roof design issues, including integrity and strength of the roof, and the roof structure of the subject Ford Explorer. Mr. Ragan will testify

that the roof structure on the subject vehicle is neither defective nor unreasonably dangerous.

Mr. Ragan may also express opinions on any issues raised by Plaintiffs' expert testimony.

A copy of Mr. Ragan's curriculum vitae and report are being served under separate cover.

6. **Michelle Vogler, Ph.D., P.E.**
   DESIGN RESEARCH ENGINEERING
   46475 DeSoto Court
   Novi, MI 48375
   (248) 668-3450

Dr. Vogler is expected to testify regarding risk analysis and offer opinions as to the difference in rollover rates and occupant injury rates among passenger vehicles and the factors that affect these differences. More specifically, she may offer opinions related to rates of accidents and rollovers for passenger vehicles, including the Ford Explorer, and the rates of injury in accidents and rollovers for occupants of passenger vehicles, including the Ford Explorer. Dr. Vogler may further express opinions on other issues raised by Plaintiffs' experts in the areas of statistics, risk analysis, human environmental and vehicular factors that can contribute to differences in accident rates or rollover rates among vehicles.

A copy of Dr. Vogler's curriculum vitae and report are being served under separate cover.

## II.

Ford reserves the right to call to testify and/or cross-examine the treating physicians identified by Plaintiffs; however, by making such designation, Ford does not identify such experts as Ford's retained experts nor does Ford necessarily adopt or concede the accuracy or correctness of all testimony by such individuals.

## III.

Ford may call to testify as expert witnesses in this case any and all custodians of records

4

for any and all records in question, who may testify as to the authenticity of any and all such records, and whose records will serve as their reports. None of these expert witnesses has been specifically retained by Ford.

### IV.

Ford reserves the right to call to testify or question any and all other experts or representatives who have been or may be designated by Plaintiffs regarding the accident in question, including the investigating officers. These

experts, however, have not specifically been retained by Ford nor does Ford

necessarily adopt or concede the accuracy of their facts, opinions or conclusions.

### V.

Ford reserves the right to supplement and amend this list up to and including the time of trial, and Ford expressly reserves the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial, and to re-designate same as a consulting expert only, who cannot be called by opposing counsel.

### VI.

Ford reserves whatever rights they may have with regard to experts, pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the case law construing same, the agreements of the parties and/or scheduling order in effect, and the rulings of the trial court.

Respectfully submitted,

BROWN McCARROLL, L.L.P
111 Congress Avenue, Suite 1400
Austin, Texas 78701-4043
(512) 472-5456 Telephone
(512) 479-1101 Facsimile

By: _____
Chris A. Blackerby w/ permission
State Bar No. 00787091 M Cantrell
SBOT 04631400

**ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below in compliance with the Federal Rules of Civil Procedure on this **24th day of January 2005**:

*Via Hand Delivery*

Benigno ("Trey") Martinez, Esquire
Tony Martinez, Esquire
Martinez, Barrera & Martinez, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
*Attorneys for Plaintiffs*

_____
Chris A. Blackerby        mcb