CASE NO. **B-03-cv-120**

INSTRUMENT NO. _____

United States District Court
Southern ...

JAN 26 2005

Michael N. Milby
Clerk of Court

# SEALED RECORD

DESCRIPTION OF CONTENTS: **SEALED Document** Corrected Expert Rpt under seal for Dr. Dean Jacobson

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT.