## IN THE U.S. DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS,
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN | § § § | |
| **Plaintiffs,** | § § | |
| | § | CIVIL ACTION NO. B-03-120 |
| **vs.** | § § | |
| | § | |
| FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § § | |
| **Defendants.** | § | |

## THIRD REVISED AGREED SCHEDULING ORDER

The parties agree to the following changes to the scheduling order:

1.    Trial: Estimated time to try: 10-12 days

2.    June 30, 2004:                    New parties must be joined

3.    December 23, 2004:            Plaintiff's experts will be named with a report

4.    January 24, 2005:              Defendant's experts must be named with a report

5.    June 1, 2005:                     Discovery Completed

6.    April 30, 2005:                  Deadline for Parties to mediate case

7.    June 15, 2005:                   Dispositive Motion Deadline

8.    July 13, 2005:                    Joint Pre-trial Order Due

9.    July 27, 2005:                    Docket Call and Final Pre-trial Conference at 1:30 p.m.

10.   August 8, 2005:                Jury Selection at 9:00 a.m.

SIGNED THIS _____ DAY OF _____, 2005.

_____
PRESIDING JUDGE

AUS:2543482.1
13486.95678