# Martinez, Barrera y Martinez, L.L.P.
### Attorneys at Law

Tony Martinez *

Horacio L. Barrera

Benigno (Trey) Martinez

1201 E. Van Buren
Brownsville, TX 78520
(956) 546-7159
fax (956) 544-0602

February 22, 2005

United States District Court
Southern District of Texas
FILED

FEB 2 2 2005

Michael N. Milby
Clerk of Court

**VIA HAND DELIVERY**
Mr. Michael N. Milby
United States District Clerk
United States Courthouse
600 E. Harrison Street
Brownsville, Texas 78520

Re:   Civil Action No. B-03-120; Isabel Ennis Reynosa, Sally Payan and Enrique Roberto Payan vs. Ford Motor Company and Automotriz del Noreste, S.A. de C.V.

Mr. Milby:

In addendum to our letter filed on February 17, 2005, please be advised that we have revised the deadline for Dispositive Motions, due to the fact that discovery deadline was extended to June 1, 2005 by agreement of both parties. I apologize that such issue was not explained in our prior letter. The pretrial dates and the trial date remain the same.

If you have any questions, please do not hesitate to contact our office. Thanking you for your kind attention to this matter, I remain

Very truly yours,

Tony Martinez

TM/mp

Enclosures

cc:   **VIA REGULAR MAIL**
Chris A. Blackerby
**BROWN, McCARROLL, L.L.P.**
Randolph K. Whittington
**LAW OFFICE OF RANDOLPH KIMBLE WHITTINGTON**

**VIA HAND DELIVER**
Jaime Saenz
**RODRIGUEZ, COLVIN, CHANEY & SAENZ**

www.martinezybarrera.com

* Board Certified Personal Injury Law Texas Board Of Legal Specialization