| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

MAR 0 4 2005

Michael N. Milby
Clerk of Court

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| | Brownsville | | B-03-120 |
|---|---|---|---|
| Isabel Ennis Reynoso, Sally Payan, and Enrique Roberto Payan | | | |
| Ford Motor Company, and Automotriz Del Noreste, S.A. DE C.V. | | | |

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| | Gerald F. Giordano, Jr.<br>Snell & Wilmer L.L.P.<br>One S. Church Ave., Ste. 1500<br>Tucson, AZ  85701<br>(520) 882-1200<br>Arizona, State Bar #019097<br>District of Arizona |
|---|---|

**Seeks to appear as the attorney for this party:**

Defendant Ford Motor Company
Attorney In Charge: Chris A. Blackerby, Brown McCarroll LLP

| Dated: 03/03/2005 | Signed: _____<br>Gerald F. Giordano, Jr. |
|---|---|

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, ____.    _____
                                   United States District Judge

SDTX (d_prohac.ord)
02/03/98