| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

MAR 0 7 2005

Michael N. Milby
Clerk of Court

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Brownsville | B-03-120 |
|---|---|
| Isabel Ennis Reynoso, et al. | |
| Ford Motor Company, et al. | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

|  | Matthew A. Goldstein, Esq.<br>Snell & Wilmer L.L.P.<br>One South Church Avenue, Suite 1500<br>Tucson, AZ 85701<br>(520) 882-1200<br>Arizona 022171<br>Arizona |
|---|---|

Seeks to appear as the attorney for this party:

| Defendant Ford Motor Company; Ronald D. Wamsted, Attorney-in-Charge |
|---|
| Dated: 3/4/05 | Signed: [signature] |

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, _____.    _____

United States District Judge

SDTX (d_prohac.ord)
02/03/98