UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAR 0 4 2005

Michael N. Milby
Clerk of Court

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

| Brownsville | B-03-120 |

Isabel Ennis Reynoso, Sally Payan, and Enrique Roberto Payan

Ford Motor Company, and Automotriz Del Noreste, S.A. DE C.V.

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

Gerald F. Giordano, Jr.
Snell & Wilmer L.L.P.
One S. Church Ave., Ste. 1500
Tucson, AZ  85701
(520) 882-1200
Arizona, State Bar #019090
District of Arizona

United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

Seeks to appear as the attorney for this party:

Defendant Ford Motor Company
Attorney In Charge: Chris A. Blackerby, Brown McCarroll LLP

| Dated: 03/03/2005 | Signed: _____ |
|  | Gerald F. Giordano, Jr. |

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on March 7, 2005

United States District Judge

SDTX (d_prohac.ord)
02/03/98