UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAR 0 7 2005

Michael N. Milby
Clerk of Court

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

| | Brownsville | | B-03-120 |
|---|---|---|---|
| Isabel Ennis Reynoso, et al. | | | |
| Ford Motor Company, et al. | | | |

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| | Matthew A. Goldstein, Esq. |
|---|---|
| | Snell & Wilmer L.L.P. |
| | One South Church Avenue, Suite 1500 |
| | Tucson, AZ 85701 |
| | (520) 882-1200 |
| | Arizona 022171 |
| | Arizona |

United States District Court
Southern District of Texas
ENTERED

MAR 0 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

**Seeks to appear as the attorney for this party:**

Defendant Ford Motor Company; Ronald D. Wamsted, Attorney-in-Charge

Dated: 3/4/05   Signed: _____

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on March 7, 2005.   _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98