## **EXHIBIT "A"**

"Document" shall mean the original and any non-identical copy of all written, printed, electronically recorded, recorded graphic or photographic matter or sound reproduction, however produced or reproduced, and any tangible thing in the actual or constructive possession, custody, care or control of the deponent, including, but not limited to, tests or crash tests, whether computer-aided or actual static or dynamic tests; letters; reports; contracts; drafts of contracts; agreements; drafts of agreements; journals; minutes; insurance policies; communications; telegrams; telexes; cables; facsimiles; microfilm; studies; surveys; notices; schedules; bulletins; inter-office communications; records of telephone or personal conversations or conferences; software; analyses; price sheets; any and all other written communications; memoranda; summaries; notations or records of personal conversation; logs; notes; diaries; calendars; appointment books; day books; books; charts; tape recordings; pamphlets; monthly, quarterly and annual statements; checks; vouchers; newspapers; notebooks; reports; annual reports; advertisements; commercials (however recorded); circulars; trade letters; press releases; resumes; drafts of any documents; revisions of drafts of any documents; purchase orders; catalogs; invoices; receipts; financial statements; accounting work papers; work sheets; promissory notes; news articles; ordinances; resolutions; statutes; photographs; slides; videotapes and/or films; including all video and film out-takes; or any other information or data, records, summaries or compilations (including all underlying, supporting or preparatory materials and drafts thereof) from which information can be obtained, or translated, if necessary, into reasonably usable form; and any and all papers and documents similar to any of the foregoing, however denominated or classified. If you have the right to secure the document or a copy from any person or public or private entity having possession (including your attorney), it is considered within your control and should be produced. The document is to be produced for inspection, examination and copying, together with the appropriate devices which will enable Plaintiffs to translate the information they contain into useable information. Handwritten, stamped, typed or any other notations of any kind on any copy of a document render it non-identical.