United States District Court
Southern District of Texas
FILED

MAR 2 2 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § |
| **Plaintiffs,** | § § |
| VS. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S. A. DE C.V. | § § § § |
| **Defendants.** | § |

## AMENDED NOTICE OF INTENTION TO TAKE ORAL AND VIDEOTAPED DEPOSITION AND SUBPOENA DUCES TECUM OF EDWARD PADDOCK

TO: Defendant, **FORD MOTOR COMPANY**, by and through its attorney of record,

Ms. Amy M. Samberg
**SNELL & WILMER**
One South Church Ave. Ste. 1500
Tucson, AZ 85701

Mr. Bill Mennucci
**THOMPSON COE**
701 Brazos Ste. 1500
Austin, TX 78701

You are hereby given notice that Plaintiff, Isabel Ennis Reynoso, Sally Payan and Enrique Roberto Payan, will take the oral and videotaped deposition of **Defendant's, FORD MOTOR COMPANY, Edward Paddock, expert relating to 2000 Ford Explorer Vehicle** on Monday, March 28, 2005 commencing at 10:00 a.m., and continuing from day to day thereafter. Said deposition will be taken at Courtyard Detroit Metro Airport Romulus, Meeting Room B, 30653 Flynn Road, Romulus, MI 48174, telephone number (734) 721-3200, before a certified court reporter from Hanson-Renaissance Court Reporters and will be videotaped. Said deposition may be used in the trial of this cause. You are cordially invited to attend and cross-examine the witness.

Pursuant to the Texas Rules of Civil Procedure, as amended, Plaintiff herewith issues a Subpoena Duces Tecum and requests that Edward Paddock, will bring with him and produce the items requested in the attached Exhibit A the time of deposition on Monday, March 28, 2005.

Respectfully submitted,
**MARTINEZ, BARRERA Y MARTINEZ L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Tony Martinez
State Bar No. 1313900
Federal ID: 1943

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been forwarded to counsel of record on this the 22nd day of March, 2005.

_____
Tony Martinez