UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN<br>　　　　Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V.<br>　　　　Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. B-03-120 |

EXHIBIT A

AFFIDAVIT OF _____, being duly sworn and personally appearing before the undersigned attesting officer, duly authorized by law to administer oaths, deposes and says that the within statements are true and correct:

1.

I have read the Protective Order attached hereto and I understand its terms and meanings.

2.

I agree that my signature below submits me to the jurisdiction of the United States District Court, Southern District of Texas, Brownville Division, in which the action of *Isabel Ennis Reynoso; Sally Payan; and Enrique Payan vs. Ford Motor Company, USA, and Automotriz Del Noreste, S.A. De C.V., Mexico;* **Civil Action No. B-03-120** is pending, and binds me to the provisions of the Protective Order, including to all promises undertaken in the Order, as if originally agreed by me.

FURTHER AFFIANT SAYETH NOT.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Affiant

Doc ID FORD-110322
08423-071

Sworn and subscribed to before me this _____ day of _____, 2005.

_____
NOTARY PUBLIC

My Commission Expires:

(SEAL)

Doc ID FORD-110322
08423-071