IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 5 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § |
| Plaintiffs, | § § |
| VS. | § § CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY | § § § |
| Defendants. | § |

### NOTICE OF INTENTION TO TAKE ORAL AND VIDEOTAPED DEPOSITION AND SUBPOENA DUCES TECUM OF KEVAN GRANAT

TO:   Defendant, **FORD MOTOR COMPANY**, by and through its attorney of record,

Ms. Amy M. Samberg
**SNELL & WILMER**
One South Church Ave. Ste. 1500
Tucson, AZ 85701

Mr. Bill Mennucci
**THOMPSON COE**
701 Brazos Ste. 1500
Austin, TX 78701

You are hereby given notice that Plaintiff, Isabel Ennis Reynoso, Sally Payan and Enrique Roberto Payan, will take the oral and videotaped deposition of **Defendant's, FORD MOTOR COMPANY, Kevan Granat, expert relating to 2000 Ford Explorer Vehicle** on Friday, April 29, 2005 commencing at 9:00 a.m., and continuing from day to day thereafter. Said deposition will be taken at Carlisle Reporting, Conference Room, 832 Tulane Street, Houston, TX 77007, telephone number (713) 864-4443, before a certified court reporter from Carlisle Reporting and will be videotaped. Said deposition may be used in the trial of this cause. You are cordially invited to attend and cross-examine the witness.

Pursuant to the Texas Rules of Civil Procedure, Plaintiff herewith issues a Subpoena Duces Tecum and requests that Kevan Granat, will bring with him and produce the items requested in the attached at the time of deposition on Friday, April 29, 2005. The witness is instructed to bring with him any and all records, documents, correspondence, invoices, orders, memoranda, photographs, brochures, and any other tangible objects of any kind, nature or description (see attached Exhibit "A") relating to any of the matters set forth in this Subpoena Duces Tecum.

Respectfully submitted,
**MARTINEZ, BARRERA Y MARTINEZ L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602



Tony Martinez
State Bar No. 1313900
Federal ID: 1943

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been forwarded to counsel of record on this the __15th__ day of April, 2005.

Tony Martinez