## **DUCES TECUM**

1. His entire file regarding the within cause;

2. A list of all cases in which he has testified in deposition or in trial in the past 4 years;

3. A list of all cases in which he has testified on behalf of this Defendant and/or has been retained by the law firm of Snell & Wilmer in the last four years;

4. Documentation of his time and expenses in the within cause, along with his related billing records. All documents setting forth any compensation agreement between Defendants and the expert including any engagement letter;

5. A current curriculum vitae;

6. All documents, matters, materials, literature, documents or other records reviewed by, considered, or summarized for him which he has reviewed or had summarized in the formulation of the opinions which he is prepared to express in the within cause;

7. Any and all documents, drawings, graphics, experiments, and/or exhibits prepared by him or any of his employees, servants, or agents concerning any and all tangible reports, physical models, compilations of data and other material prepared in anticipation of his trial and/or deposition testimony;

8. Any and all documents furnished to him by anyone, including Defendants' counsel, in anticipation of his trial and/or deposition testimony; and

9. Copies of all photographs, videotapes, films, charts, maps, diagrams, sketches and written or photographic documentation of any kind regarding the above-styled and numbered cause, the vehicle involved in such incident, the scene of the subject incident and/or any and all person(s) involved in such incident.

10. All documents including, but not limited to, final reports, preliminary notes and reports, prepared in whole or in part by the expert on the subject matter and in connection with those matters about which the expert is expected to testify at trial;

11. All documents sent to the expert by Defendants or their counsel in reference to this litigation;

12. All documents that contain, discuss, refer or relate to any written or oral communication between Defendants and/or their counsel and the expert including notes taken by the expert;

13. All documents provided or shown by the expert to Defendants or their counsel;

14. All notes prepared by the expert or anyone on his behalf that discuss, refer or relate to this action or his opinions;

15. All documents or tangible things containing the impressions or opinion of any other expert witness who has been consulted by Defendants who will not testify which form the basis either in whole or in part of the opinions of the expert;

16. Documents sufficient to identify all articles, treatises, papers, or other publication of whatever nature of the expert, or reviewed or relied upon by the expert;

17. All documents identifying the hardware and software on which you have stored or have access to information concerning or related to your opinion in this case;

18. All documents related to billing in this case;

19. All documents regarding how much the witness and/or his company have billed Ford Motor Company, or lawyers or agents acting on behalf of Ford Motor Company, for the last five years;

20. All documents regarding how much the witness and/or his company) have billed any automobile manufacturer (or component part manufacturer), or lawyers or agents acting on behalf of any such manufacturer, for any work or testing, whether or not related to litigation matters, for the last five years.