United States District Court
Southern District of Texas
FILED

APR 1 5 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY | § § § | |
| Defendants. | § | |

## NOTICE OF INTENTION TO TAKE ORAL AND VIDEOTAPED DEPOSITION AND SUBPOENA DUCES TECUM OF LARRY RAGAN

TO: Defendant, **FORD MOTOR COMPANY**, by and through its attorney of record,

Ms. Amy M. Samberg
**SNELL & WILMER**
One South Church Ave. Ste. 1500
Tucson, AZ 85701

Mr. Bill Mennucci
**THOMPSON COE**
701 Brazos Ste. 1500
Austin, TX 78701

You are hereby given notice that Plaintiff, Isabel Ennis Reynoso, Sally Payan and Enrique Roberto Payan, will take the oral and videotaped deposition of **Defendant's, FORD MOTOR COMPANY, Larry Ragan, expert relating to 2000 Ford Explorer Vehicle** on Thursday, May 26, 2005 commencing at 10:00 a.m., and continuing from day to day thereafter. Said deposition will be taken at The Westin Detroit Metropolitan Airport, DeSoto Room, 2501 Worldgateway Place, Detroit, MI 48242, telephone number (734) 942-6500, before a certified court reporter from Carlisle Reporting and will be videotaped by Hanson-Renaissance Court Reporters. Said deposition may be used in the trial of this cause. You are cordially invited to attend and cross-examine the witness.

Pursuant to the Texas Rules of Civil Procedure, Plaintiff herewith issues a Subpoena Duces Tecum and requests that Larry Ragan, will bring with him and produce the items requested in the attached at the time of deposition on Thursday, May 26, 2005. The witness is instructed to bring with him any and all records, documents, correspondence, invoices, orders, memoranda, photographs, brochures, and any other tangible objects of any kind, nature or description (see attached Exhibit "A") relating to any of the matters set forth in this Subpoena Duces Tecum.

Respectfully submitted,
**MARTINEZ, BARRERA Y MARTINEZ L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Tony Martinez
State Bar No. 1313900
Federal ID: 1943

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been forwarded to counsel of record on this the __15th__ day of April, 2005.

Tony Martinez