## DUCES TECUM

1. A curriculum vitae, personal history other similar documents of the witness;
2. All documents and tangible things, including reports, physical models, compilations of data, photographs, notes and other material prepared by the witness, or for the witness, or which forms the basis of any opinion of the witness, or which have been reviewed by the witness in preparation for his expert testimony in this case;

3. The witness' entire file pertaining to this lawsuit;

4. Any learned treatises or other documents upon which the expert relies;

5. The billing file of the witness for this case;

6. A list of all cases in which the witness has testified as an expert within the last four (4) years;

7. A list of all cases in which he has testified on behalf of this Defendant and/or has been retained by the law firm of Snell & Wilmer, L.L.P.