United States District Court
Southern District of Texas
FILED

APR 2 8 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY | § § § | |
| Defendants. | § | |

## AMENDED NOTICE OF INTENTION TO TAKE ORAL AND VIDEOTAPED DEPOSITION AND SUBPOENA DUCES TECUM OF KEVAN GRANAT

TO:   Defendant, **FORD MOTOR COMPANY**, by and through its attorney of record,

Ms. Amy M. Samberg
**SNELL & WILMER**
One South Church Ave. Ste. 1500
Tucson, AZ 85701

Mr. Bill Mennucci
**THOMPSON COE**
701 Brazos Ste. 1500
Austin, TX 78701

You are hereby given notice that Plaintiff, Isabel Ennis Reynoso, Sally Payan and Enrique Roberto Payan, will take the oral and videotaped deposition of **Defendant's, FORD MOTOR COMPANY, Kevan Granat, expert relating to 2000 Ford Explorer Vehicle** on Thursday, May 5, 2005 commencing at 9:00 a.m., and continuing from day to day thereafter. Said deposition will be taken at Hyatt Regency Houston Airport, Suite 518, Fifth Floor, 15747 John F. Kennedy Blvd., Houston, TX 77032, telephone number (281) 987-1234, before a certified court reporter from Carlisle Reporting and will be videotaped. Said deposition may be used in the trial of this cause. You are cordially invited to attend and cross-examine the witness.

Pursuant to the Texas Rules of Civil Procedure, Plaintiff herewith issues a Subpoena Duces Tecum and requests that Kevan Granat, will bring with him and produce the items requested in the attached at the time of deposition on Thursday, May 5, 2005. The witness is instructed to bring with him any and all records, documents, correspondence, invoices, orders, memoranda, photographs, brochures, and any other tangible objects of any kind, nature or description (see attached Exhibit "A") relating to any of the matters set forth in this Subpoena Duces Tecum.

Respectfully submitted,
**MARTINEZ, BARRERA Y MARTINEZ L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Benigno "Trey" Martinez
State Bar No. 797011
Federal ID: 23945

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been forwarded to counsel of record on this the __29th__ day of April, 2005.

Benigno "Trey" Martinez

## **DUCES TECUM**

1. His entire file regarding the within cause;

2. A list of all cases in which he has testified in deposition or in trial in the past 4 years;

3. A list of all cases in which he has testified on behalf of this Defendant and/or has been retained by the law firm of Snell & Wilmer in the last four years;

4. Documentation of his time and expenses in the within cause, along with his related billing records. All documents setting forth any compensation agreement between Defendants and the expert including any engagement letter;

5. A current curriculum vitae;

6. All documents, matters, materials, literature, documents or other records reviewed by, considered, or summarized for him which he has reviewed or had summarized in the formulation of the opinions which he is prepared to express in the within cause;

7. Any and all documents, drawings, graphics, experiments, and/or exhibits prepared by him or any of his employees, servants, or agents concerning any and all tangible reports, physical models, compilations of data and other material prepared in anticipation of his trial and/or deposition testimony;

8. Any and all documents furnished to him by anyone, including Defendants' counsel, in anticipation of his trial and/or deposition testimony; and

9. Copies of all photographs, videotapes, films, charts, maps, diagrams, sketches and written or photographic documentation of any kind regarding the above-styled and numbered cause, the vehicle involved in such incident, the scene of the subject incident and/or any and all person(s) involved in such incident.

10. All documents including, but not limited to, final reports, preliminary notes and reports, prepared in whole or in part by the expert on the subject matter and in connection with those matters about which the expert is expected to testify at trial;

11. All documents sent to the expert by Defendants or their counsel in reference to this litigation;

12. All documents that contain, discuss, refer or relate to any written or oral communication between Defendants and/or their counsel and the expert including notes taken by the expert;

13. All documents provided or shown by the expert to Defendants or their counsel;

14. All notes prepared by the expert or anyone on his behalf that discuss, refer or relate to this action or his opinions;

15. All documents or tangible things containing the impressions or opinion of any other expert witness who has been consulted by Defendants who will not testify which form the basis either in whole or in part of the opinions of the expert;

16. Documents sufficient to identify all articles, treatises, papers, or other publication of whatever nature of the expert, or reviewed or relied upon by the expert;

17. All documents identifying the hardware and software on which you have stored or have access to information concerning or related to your opinion in this case;

18. All documents related to billing in this case;

19. All documents regarding how much the witness and/or his company have billed Ford Motor Company, or lawyers or agents acting on behalf of Ford Motor Company, for the last five years;

20. All documents regarding how much the witness and/or his company) have billed any automobile manufacturer (or component part manufacturer), or lawyers or agents acting on behalf of any such manufacturer, for any work or testing, whether or not related to litigation matters, for the last five years.