UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § § | |
| Defendants. | § | |

### UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY IN CHARGE AND SUBSTITUTE COUNSEL

Chris A. Blackerby asks this court to allow him to withdraw as attorney in charge for Defendant Ford Motor Company.

I.

1. Plaintiffs are Isabel Ennis Reynoso, Sally Payan, and Enrique Roberto Payan.

2. Plaintiffs sued Defendants for product liability arising from a single-vehicle rollover accident.

II.

3. There is good cause for this court to grant Chris A. Blackerby's motion to withdraw as attorney in charge and substitute counsel. Ford Motor Company has hired a new law firm, Thompson, Coe, Cousins & Irons, L.L.P., to represent it in this matter. Mr. Blackerby does not practice in the Thompson Coe law firm.

4. William L. Mennucci of Thompson, Coe, Cousins & Irons, L.L.P. will be substituted as the attorney in charge for Defendants Ford Motor Company. His information is as follows:

> William L. Mennucci
> State Bar No. 00788042
> Federal Bar No. 18172
> THOMPSON, COE, COUSINS & IRONS, L.L.P.
> 701 Brazos, Suite 1500 Austin Centre
> Austin, Texas 78701
> (512) 708-8200 Telephone
> (512) 708-8777 Fax

5. Defendant Ford Motor Company approves the substitution. The withdrawal and substitution of attorney will not delay these proceedings.

## III.

6. Counsel for Plaintiffs has indicated that he is not opposed to this substitution.

7. For the reasons stated herein, Chris A. Blackerby asks this court to grant his motion to withdraw and substitute William L. Mennucci as attorney in charge for Defendant, Ford Motor Company.

Doc ID TOMPE-114065
08423-010

Respectfully submitted,

BROWN McCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Phone: (512) 472-5456
Fax: (512) 479-1101

By: _____ *William L. Mennucci*
                       *for Chris Blackerby*
Chris A. Blackerby (Attorney in Charge) *w/ permission*
State Bar No. 00787091
Federal I.D. No. 20016

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

**REPRESENTATION ACCEPTED:**

THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos
1500 Austin Centre
Austin, Texas 78701
(512) 708-8200 Telephone
(512) 708-8777 Fax

By: _____
William L. Mennucci (Attorney in Charge)
State Bar No. 24036759
Federal Bar No. 18172

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

Doc ID TOMPE-114065
08423-010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record as set forth below in compliance with the Federal Rules of Civil Procedure on this __12__ day of May, 2005.

Benigno (Trey) Martinez
Tony Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, TX 78520

_____
William L. Mennucci

Doc ID TOMPE-114065
08423-010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN | § § § | |
| Plaintiffs, | § § | |
| vs. | § | CIVIL ACTION NO. B-03-120 |
| | § | |
| FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § | |
| Defendants. | § § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

On this day the Court considered Chris A. Blackerby's Unopposed Motion to Withdraw as Attorney in Charge and Substitute Counsel for Defendant Ford Motor Company. The Court is of the opinion the Motion should be granted. It is therefore

ORDERED that Chris A. Blackerby's Motion to Withdraw as Attorney in Charge is GRANTED and that William L. Mennucci of the law firm of Thompson, Coe, Cousins & Irons, L.L.P., 701 Brazos, Suite 1500 Austin Centre, Austin, Texas, 78701, be hereby substituted as attorney in charge for Defendant Ford Motor Company.

SIGNED this _____ day of _____, 2005.

_____
PRESIDING JUDGE