UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN<br>   Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V.<br>   Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-120 |

### ORDER ON DEFENDANT FORD MOTOR COMPANY'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' HANDLING AND STABILITY DEFECT CLAIM

On this day, the Court considered Defendant Ford Motor Company's Motion for Partial Summary Judgment on Plaintiffs' Handling and Stability Defect Claim, and Supporting Brief. After considering the summary judgment evidence, arguments and authorities presented by the parties, the Court has determined that the motion should be granted.

It is, therefore, ORDERED that Defendant Ford Motor Company's Motion for Partial Summary Judgment on Plaintiffs' Handling and Stability Defect Claims is, in all things, GRANTED.

SIGNED this _____ day of _____, 2005.

                     _____
                     UNITED STATES DISTRICT COURT
                     JUDGE PRESIDING