UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § § | |
| Defendants. | § § | |

**ORDER ON DEFENDANT FORD MOTOR COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT –MANUFACTURING DEFECT CLAIMS**

On this day, the Court considered Defendant Ford Motor Company's Motion for Partial Summary Judgment – Manufacturing Defect Claims, and Supporting Brief. After considering the summary judgment evidence, arguments and authorities presented by the parties, the Court has determined that the motion should be granted.

It is, therefore, ORDERED that Defendant Ford Motor Company's Motion for Partial Summary Judgment – Manufacturing Defect Claims is, in all things, GRANTED.

SIGNED this _____ day of _____, 2005.


_____
UNITED STATES DISTRICT COURT
JUDGE PRESIDING