UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ISABEL ENNIS REYNOSO,        )(
SALLY PAYAN, AND ENRIQUE     )(
ROBERTO PAYAN                )(
    Plaintiffs              )(
                             )(
VS.                          )(   CIVIL ACTION NO. B-03-120
                             )(
FORD MOTOR COMPANY           )(
    Defendant               )(

---

ORAL AND VIDEOTAPED DEPOSITION OF
SALLY PAYAN
JANUARY 21, 2005

---

ORAL AND VIDEOTAPED DEPOSITION OF SALLY PAYAN, produced as a witness at the instance of the DEFENDANT, taken in the above styled and numbered cause on JANUARY 21, 2005, reported by DONNA McCOWN, Certified Court Reporter No. 6625, in and for the State of Texas, at the offices of Martinez, Barrera y Martinez, L.L.P., 1201 East Van Buren, Brownsville, Texas, pursuant to the Federal Rules of Civil Procedure.

**ORIGINAL**

BRYANT & STINGLEY, INC.
McAllen          Harlingen          Brownsville
(956)618-2366   (956)428-0755   (956)542-1020
(800)462-0253 (STATEWIDE)

APPEARANCES

    COUNSEL FOR PLAINTIFFS:

        RANDOLPH KIMBLE WHITTINGTON
        LAW OFFICE OF RANDOLPH KIMBLE WHITTINGTON
        2014 East Harrison Street
        Harlingen, Texas 78550

    COUNSEL FOR DEFENDANT:

        BRIAN D. HENSLEY
        BROWN McCARROLL, L.L.P.
        111 Congress Avenue, Suite 1400
        Austin, Texas 78701

    ALSO PRESENT:
        Rene Ortiz, Videographer
        Enrique Payan
        Stella Filizola
        Susana Reynoso
        Monica Polanco

INDEX

| | PAGE |
|---|---|
| Appearances ........................................ | 2 |
| SALLY PAYAN<br>Examination by Mr. Hensley ..................... | 3 |
| Errata Sheet/Signature Page .................... | 97 |
| Reporter's Certificate ......................... | 99 |

Attached to the end of the transcript: Stipulations

EXHIBITS

| NUMBER | DESCRIPTION | PAGE IDEN. |
|---|---|---|
| 1 | Drawing ................................ | 52 |

3

|  |  |
|---|---|
| 1 | SALLY PAYAN, |
| 2 | having been duly sworn, testified as follows: |
| 3 | EXAMINATION |
| 09:32:31  4 | BY MR. HENSLEY: |
| 09:32:31  5 |   Q.  Good morning, Ms. Payan. |
| 09:32:35  6 |   A.  Good morning. |
| 09:32:35  7 |   Q.  My name is Brian Hensley. I'm one of the |
| 09:32:38  8 | attorneys representing Ford Motor Company in the |
| 09:32:40  9 | lawsuit that you and your brother have brought against |
| 09:32:42 10 | Ford. Do you understand who I am and who I represent? |
| 09:32:44 11 |   A.  Yes. |
| 09:32:45 12 |   Q.  Okay. Have you ever been deposed before, |
| 09:32:47 13 | ma'am? |
| 09:32:48 14 |   A.  No. |
| 09:32:48 15 |   Q.  Okay. A few ground rules to make things go |
| 09:32:52 16 | real smooth, and I'm sure you've talked to your |
| 09:32:55 17 | attorneys about this beforehand, but I'm just going to |
| 09:32:56 18 | remind you of a few things. Okay? |
| 09:32:58 19 |       Number one, if you can answer orally. If |
| 09:33:01 20 | you shake your head, nod your head, it doesn't |
| 09:33:04 21 | transcribe very well for our court reporter over here. |
| 09:33:07 22 | Okay? |
| 09:33:07 23 |   A.  Okay. |
| 09:33:07 24 |   Q.  Okay. Thank you. |
| 09:33:09 25 |       Likewise, if you can answer "yes" or "no" |

| | | |
|---|---|---|
| 11:06:06 | 1 | couldn't get her out. |
| 11:06:07 | 2 | Q. There wasn't enough room to get her out. |
| 11:06:10 | 3 | A. Yes. |
| 11:06:10 | 4 | Q. Okay. How about you? Did you have any pain or |
| 11:06:25 | 5 | any injuries? |
| 11:06:25 | 6 | A. Nothing. |
| 11:06:26 | 7 | Q. Nothing? |
| 11:06:27 | 8 | A. No. |
| 11:06:27 | 9 | Q. No cuts? No bruises? |
| 11:06:29 | 10 | A. I had a seat belt burn. |
| 11:06:30 | 11 | Q. Where was that? |
| 11:06:31 | 12 | A. On my neck. |
| 11:06:32 | 13 | Q. Okay. Were you able to get in touch with |
| 11:06:44 | 14 | anybody in your family on the cell phone? |
| 11:06:46 | 15 | A. I was able to get in touch with a friend. |
| 11:06:49 | 16 | Q. Okay. Which friend was that? |
| 11:06:50 | 17 | A. Her name is Luly Salinas. |
| 11:06:53 | 18 | Q. Okay. A friend of the family or a friend of |
| 11:06:55 | 19 | yours? |
| 11:06:55 | 20 | A. A friend of mine. |
| 11:06:56 | 21 | Q. Okay. And what did you tell her? |
| 11:06:58 | 22 | A. To get in touch with my family because we had |
| 11:07:01 | 23 | been in an accident. |
| 11:07:02 | 24 | Q. Okay. Did anybody ask you what happened out at |
| 11:07:16 | 25 | the scene of the accident? |

99

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF TEXAS
 2                    BROWNSVILLE DIVISION

 3   ISABEL ENNIS REYNOSO,       )(
     SALLY PAYAN, AND ENRIQUE    )(
 4   ROBERTO PAYAN               )(
             Plaintiffs          )(
 5                               )(
     VS.                         )(   CIVIL ACTION NO. B-03-120
 6                               )(
     FORD MOTOR COMPANY          )(
 7           Defendant           )(

 8                     REPORTER'S CERTIFICATE

 9        I, Donna McCown, Certified Court Reporter, certify

10   that the witness, SALLY PAYAN, was duly sworn by me,

11   and that the deposition is a true and correct record of

12   the testimony given by the witness on JANUARY 21, 2005;

13   that the deposition was reported by me in stenograph

14   and was subsequently transcribed under my supervision.

15        I FURTHER CERTIFY that I am not a relative,

16   employee, attorney or counsel of any of the parties,

17   nor a relative or employee of such attorney or counsel,

18   nor am I financially interested in the action.

19        WITNESS MY HAND on this the  1st  day of

20   February      , 2005.

21

22
                  Donna McCown by V.J.
23              DONNA McCOWN, CSR NO. 6625
                Expiration Date: 12/31/05
24              Bryant & Stingley, Inc., CRN No. 41
                2010 East Harrison
25              Harlingen, Texas   78550
                (956)428-0755
```