UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, <br> SALLY PAYAN, AND <br> ENRIQUE ROBERTO PAYAN <br>     Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, AND <br> AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. <br>     Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-120 |

## ORDER ON DEFENDANT FORD MOTOR COMPANY'S MOTION FOR SUMMARY JUDGMENT -- PERSONAL INJURY CLAIMS OF PLAINTIFF SALLY PAYAN

On this day, the Court considered Defendant Ford Motor Company's Motion for Partial Summary Judgment – Personal Injury Claims of Plaintiff Sally Payan. After considering the summary judgment evidence, arguments and authorities presented by the parties, the Court has determined that the motion should be granted.

It is, therefore, ORDERED that Defendant Ford Motor Company's Motion for Partial Summary Judgment -- Personal Injury Claims of Plaintiff Sally Payan is, in all things, GRANTED.

SIGNED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT COURT
JUDGE PRESIDING