UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN<br>    Plaintiffs<br><br>VS.<br><br>FORD MOTOR COMPANY<br>    Defendant | )(<br>)(<br>)(<br>)(<br>)(<br>)(  CIVIL ACTION NO. B-03-120<br>)(<br>)(<br>)( |

ORAL AND VIDEOTAPED DEPOSITION OF
SALLY PAYAN
JANUARY 21, 2005

ORAL AND VIDEOTAPED DEPOSITION OF SALLY PAYAN, produced as a witness at the instance of the DEFENDANT, taken in the above styled and numbered cause on JANUARY 21, 2005, reported by DONNA McCOWN, Certified Court Reporter No. 6625, in and for the State of Texas, at the offices of Martinez, Barrera y Martinez, L.L.P., 1201 East Van Buren, Brownsville, Texas, pursuant to the Federal Rules of Civil Procedure.

ORIGINAL

APPEARANCES

   COUNSEL FOR PLAINTIFFS:

      RANDOLPH KIMBLE WHITTINGTON
      LAW OFFICE OF RANDOLPH KIMBLE WHITTINGTON
      2014 East Harrison Street
      Harlingen, Texas   78550

   COUNSEL FOR DEFENDANT:

      BRIAN D. HENSLEY
      BROWN McCARROLL, L.L.P.
      111 Congress Avenue, Suite 1400
      Austin, Texas  78701

   ALSO PRESENT:
      Rene Ortiz, Videographer
      Enrique Payan
      Stella Filizola
      Susana Reynoso
      Monica Polanco

### INDEX

|  | PAGE |
|---|---|
| Appearances | 2 |

SALLY PAYAN
| | |
|---|---|
| Examination by Mr. Hensley | 3 |
| Errata Sheet/Signature Page | 97 |
| Reporter's Certificate | 99 |

Attached to the end of the transcript:  Stipulations

### EXHIBITS

| NUMBER | DESCRIPTION | PAGE IDEN. |
|---|---|---|
| 1 | Drawing | 52 |

|   |   |
|---|---|
|  | 1        SALLY PAYAN, |
|  | 2   having been duly sworn, testified as follows: |
|  | 3              EXAMINATION |
| 09:32:31 | 4   BY MR. HENSLEY: |
| 09:32:31 | 5      Q.  Good morning, Ms. Payan. |
| 09:32:35 | 6      A.  Good morning. |
| 09:32:35 | 7      Q.  My name is Brian Hensley.  I'm one of the |
| 09:32:38 | 8   attorneys representing Ford Motor Company in the |
| 09:32:40 | 9   lawsuit that you and your brother have brought against |
| 09:32:42 | 10  Ford.  Do you understand who I am and who I represent? |
| 09:32:44 | 11     A.  Yes. |
| 09:32:45 | 12     Q.  Okay.  Have you ever been deposed before, |
| 09:32:47 | 13  ma'am? |
| 09:32:48 | 14     A.  No. |
| 09:32:48 | 15     Q.  Okay.  A few ground rules to make things go |
| 09:32:52 | 16  real smooth, and I'm sure you've talked to your |
| 09:32:55 | 17  attorneys about this beforehand, but I'm just going to |
| 09:32:56 | 18  remind you of a few things.  Okay? |
| 09:32:58 | 19         Number one, if you can answer orally.  If |
| 09:33:01 | 20  you shake your head, nod your head, it doesn't |
| 09:33:04 | 21  transcribe very well for our court reporter over here. |
| 09:33:07 | 22  Okay? |
| 09:33:07 | 23     A.  Okay. |
| 09:33:07 | 24     Q.  Okay.  Thank you. |
| 09:33:09 | 25         Likewise, if you can answer "yes" or "no" |

| | | |
|---|---|---|
| 09:56:38 | 1 | Q. Paul Lenz. |
| 09:56:43 | 2 | And where is he located? |
| 09:56:45 | 3 | A. Here in Brownsville. I don't know the address. |
| 09:56:47 | 4 | Q. Okay. Do you know what type of vehicle you -- |
| 09:57:07 | 5 | you were riding in when you were involved in the |
| 09:57:09 | 6 | accident? |
| 09:57:09 | 7 | A. Yes. |
| 09:57:09 | 8 | Q. What kind of vehicle was it? |
| 09:57:11 | 9 | A. An Explorer. |
| 09:57:11 | 10 | Q. Do you know what year that Explorer was? |
| 09:57:13 | 11 | A. I think a 2000. |
| 09:57:18 | 12 | Q. Okay. Whose vehicle was that? |
| 09:57:23 | 13 | A. My grandmother's. My aunt bought it for my |
| 09:57:27 | 14 | grandmother. |
| 09:57:28 | 15 | Q. Okay. So Betty Payan it would be. |
| 09:57:30 | 16 | A. Betty Reynoso. |
| 09:57:33 | 17 | Q. Betty Reynoso. I'm sorry. Excuse me. |
| 09:57:37 | 18 | Which aunt bought it for your -- |
| 09:57:41 | 19 | A. Susana. |
| 09:57:42 | 20 | Q. Susana. |
| 09:57:48 | 21 | Do you know where she bought it? |
| 09:57:49 | 22 | A. She bought it in Matamoros. In Matamoros. |
| 09:57:51 | 23 | Q. In Matamoros. |
| 09:57:53 | 24 | Do you know where she bought it from? |
| 09:57:54 | 25 | A. The Ford company in Matamoros. |

| | | |
|---|---|---|
| 09:57:56 | 1 | Q. Do you know the name of the Ford company in |
| 09:57:58 | 2 | Matamoros? |
| 09:57:58 | 3 | A. No. |
| 09:58:01 | 4 | Q. Okay. Were you there when the vehicle was |
| 09:58:04 | 5 | purchased? |
| 09:58:05 | 6 | A. No. |
| 09:58:09 | 7 | Q. Okay. Do you know when the vehicle was |
| 09:58:13 | 8 | purchased? |
| 09:58:14 | 9 | A. Probably in 2000. |
| 09:58:19 | 10 | Q. Okay. Do you know if it was purchased new or |
| 09:58:22 | 11 | used? |
| 09:58:23 | 12 | A. I think it was new. It was new. |
| 09:58:24 | 13 | Q. Okay. Would Susana or would your grandmother |
| 09:58:34 | 14 | be the best person to ask about -- |
| 09:58:34 | 15 | A. Susana. |
| 09:58:35 | 16 | Q. Okay. Was your grandmother present when the -- |
| | 17 | A. No. |
| 09:58:38 | 18 | Q. -- vehicle was purchased? |
| 09:58:42 | 19 | Do you know how many miles were on the |
| 09:58:52 | 20 | vehicle at the time of the accident? |
| 09:58:53 | 21 | A. I don't. |
| 09:58:53 | 22 | Q. Okay. Do you know if -- if your aunt or -- or |
| 09:59:01 | 23 | your grandmother put any optional equipment on that |
| 09:59:06 | 24 | Explorer? |
| 09:59:06 | 25 | A. My aunt put a -- I don't know -- a grille |

| | | |
|---|---|---|
| 09:59:11 | 1 | guard -- |
| | 2 | Q. Uh-huh. |
| 09:59:11 | 3 | A. -- on the front. |
| 09:59:12 | 4 | Q. Okay. Anything else? |
| 09:59:14 | 5 | A. No. |
| 09:59:14 | 6 | Q. What was the purpose of the grille guard? |
| 09:59:19 | 7 | A. Just because. |
| 09:59:20 | 8 | Q. Okay. Do you know where she had that |
| 09:59:26 | 9 | installed? |
| 09:59:26 | 10 | A. I don't know. Probably in Matamoros. |
| 09:59:29 | 11 | Q. At the Ford dealership or somewhere else? |
| 09:59:31 | 12 | A. At the Ford dealership. |
| 09:59:34 | 13 | Q. Okay. But again, Susana would be the person -- |
| | 14 | A. She would be the person to ask. |
| 09:59:38 | 15 | Q. -- to ask those questions. |
| 09:59:43 | 16 | Okay. How about the tires on the vehicle? |
| 09:59:44 | 17 | Do you know what kind of tires were on the vehicle? |
| 09:59:46 | 18 | A. Huh-uh. |
| 09:59:46 | 19 | Q. Okay. Do you know if the tires were ever |
| 09:59:48 | 20 | replaced? |
| 09:59:49 | 21 | A. I don't know. |
| 09:59:49 | 22 | Q. Okay. Any idea what condition the tires were |
| 09:59:52 | 23 | at the time of the accident? |
| 09:59:53 | 24 | A. I don't know. |
| 09:59:53 | 25 | Q. Okay. Let me ask you this: What kind of |

```
09:59:58   1  vehicle do you drive?
09:59:59   2       A.   A Touareg, Volkswagen Touareg.
10:00:04   3       Q.   Okay.  How long have you owned that vehicle?
10:00:05   4       A.   Five months.
10:00:06   5       Q.   Five months.  Okay.
10:00:08   6            Where did you purchase it?
10:00:10   7       A.   In Brownsville.
10:00:10   8       Q.   From a Volkswagen dealership?
10:00:14   9       A.   Yes.
10:00:14  10       Q.   You purchased it new?
10:00:16  11       A.   I'm leasing it here in Brownsville.
          12       Q.   Okay.
          13            THE COURT REPORTER:  I'm sorry.  Say that
          14  again.
          15            THE WITNESS:  I'm leasing it here in
10:00:19  16  Brownsville.
10:00:19  17       Q.   What about maintenance of your vehicle?  Do you
10:00:25  18  take it somewhere to get the --
          19       A.   I take it --
10:00:26  20       Q.   -- oil changed?
10:00:27  21       A.   -- to the dealership.
10:00:30  22       Q.   Okay.  So do you check the -- the tires or the
10:00:32  23  fluids in your vehicle or do --
10:00:33  24       A.   They check it.  They check it every 5,000
10:00:37  25  miles.
```

| | | |
|---|---|---|
| 10:00:37 | 1 | Q. Okay. So I take it you have the dealership |
| 10:00:44 | 2 | check your vehicle -- |
| 10:00:51 | 3 | COURT REPORTER: Okay. Wait a minute. |
| | 4 | Wait and let him finish. It will make -- that's why I |
| | 5 | keep asking you to repeat because I kind of miss your |
| | 6 | answers. Okay? |
| 10:00:52 | 7 | THE WITNESS: Okay. |
| 10:00:52 | 8 | Q. I'm sorry. I should have reminded you of that. |
| 10:00:54 | 9 | It's a lot easier if one of us talk at a time. She |
| | 10 | can't type what we're both saying. |
| 10:00:59 | 11 | Let me try that again. |
| 10:01:04 | 12 | You weren't responsible for the |
| 10:01:05 | 13 | maintenance on the Explorer, were you? |
| 10:01:07 | 14 | A. No. |
| 10:01:07 | 15 | Q. Okay. Did you ever look at the owner's manual |
| 10:01:19 | 16 | on the vehicle? |
| 10:01:20 | 17 | A. In -- |
| 10:01:20 | 18 | Q. In the Explorer? |
| 10:01:21 | 19 | A. No. |
| 10:01:21 | 20 | Q. Okay. Did you notice any warnings on the sun |
| 10:01:27 | 21 | visors or anywhere else in the vehicle? |
| 10:01:28 | 22 | A. No. |
| 10:01:29 | 23 | Q. Okay. Do you have any photographs of the |
| 10:01:33 | 24 | vehicle prior to the accident? |
| 10:01:36 | 25 | A. No. |

| | |
|---|---|
| 10:01:36  1 | Q. Are you aware if any photographs of the vehicle |
| 10:01:44  2 | prior to the accident exist? |
| 10:01:47  3 | A. No. |
| 10:01:49  4 | Q. Okay. Your grandmother or Susana would be |
| 10:01:55  5 | better to ask that question? |
| 10:01:56  6 | A. Yes. |
| 10:01:56  7 | Q. How about any prior damage to the vehicle? Are |
| 10:02:01  8 | you aware of any prior damage? |
| 10:02:02  9 | A. No. |
| 10:02:03 10 | Q. Do you know if the vehicle was ever involved in |
| 10:02:06 11 | an accident prior to the one in January of '03? |
| 10:02:08 12 | A. No. |
| 10:02:08 13 | Q. No, it wasn't or -- |
| 10:02:10 14 | A. No, it wasn't. |
| 10:02:14 15 | Q. -- no, you're not aware of. |
| 10:02:14 16 | A. Not that I'm aware of because I didn't live |
| 10:02:18 17 | here. |
| 10:02:18 18 | Q. You were in Austin? |
| 10:02:19 19 | A. Yes. |
| 10:02:20 20 | Q. Has your grandmother or any of your family |
| 10:02:27 21 | members told you one way or the other whether it was |
| 10:02:29 22 | involved in a prior -- |
| 23 | A. No. |
| 10:02:30 24 | Q. -- accident? |
| 10:03:01 25 | Do you know why -- did your grandmother |

```
10:03:03  1   want an Explorer?  Is that why your aunt bought it for
10:03:06  2   her?
10:03:06  3       A.  She didn't care.  That's what was more
10:03:09  4   convenient for her.
10:03:09  5       Q.  More convenient how?
10:03:11  6       A.  Because she needs it for the charity work that
10:03:14  7   she does -- that she did.
10:03:15  8       Q.  What charity work is that?
10:03:17  9       A.  Taking milk to poor families or taking toys to
10:03:25 10   poor families.
10:03:25 11       Q.  Okay.  So she needed room to --
10:03:25 12       A.  Yes.
10:03:25 13       Q.  -- fit items in the back?
10:03:29 14       A.  Yes.
10:03:29 15       Q.  Okay.  Do you know whether or not your -- your
10:03:35 16   grandmother was happy with the vehicle?
10:03:38 17       A.  She was fine with it.  She didn't have a
10:03:40 18   problem with it.
10:03:41 19       Q.  Okay.  She never mentioned any problems to you?
10:03:44 20       A.  No.
10:03:44 21       Q.  Anybody else in the family mention any problems
10:03:50 22   with the vehicle prior to the accident?
10:03:51 23       A.  No.
10:03:51 24       Q.  Okay.  What kind of vehicle did your mother
10:04:01 25   drive?
```

| | | |
|---|---|---|
| 10:04:02 | 1 | A.   A Grand Marquis. |
| 10:04:04 | 2 | Q.   Okay.  How about your father? |
| 10:04:05 | 3 | A.   He had an Explorer. |
| 10:04:10 | 4 | Q.   Okay.  Does he still have the Explorer? |
| 10:04:14 | 5 | A.   No. |
| 10:04:15 | 6 | Q.   What year was his Explorer? |
| 10:04:17 | 7 | A.   My guess would be a '93. |
| 10:04:22 | 8 | Q.   Okay.  How often would your mother drive your |
| 10:04:37 | 9 | grandmother's Explorer? |
| 10:04:38 | 10 | A.   Not very often. |
| 10:04:40 | 11 | Q.   Okay.  Did she drive any other SUVs? |
| 10:04:47 | 12 | A.   The car that I had before. |
| 10:04:49 | 13 | Q.   Which was? |
| 10:04:50 | 14 | A.   A Tahoe. |
| 10:04:52 | 15 | Q.   Okay.  How often would she drive the Tahoe? |
| 10:04:56 | 16 | A.   Not very often either. |
| 10:04:57 | 17 | Q.   Okay.  Did your mother ever own an SUV, or was |
| 10:05:05 | 18 | it all sedans? |
| 10:05:06 | 19 | A.   She had a van for about a year, I think. |
| 10:05:09 | 20 | Q.   When was that? |
| 10:05:10 | 21 | A.   1985. |
| 10:05:15 | 22 | Q.   Okay.  Do you know how much your aunt paid for |
| 10:05:31 | 23 | that Explorer? |
| 10:05:32 | 24 | A.   I don't know. |
| 10:05:32 | 25 | Q.   Okay.  And do you know if the owner's manual |

| | | |
|---|---|---|
| 10:05:37 | 1 | was supplied in the Explorer? |
| 10:05:38 | 2 | A. I don't know. |
| 10:05:39 | 3 | Q. Okay. Do you know what -- what I mean when I |
| 10:05:42 | 4 | refer to an owner's manual? |
| 10:05:44 | 5 | A. Yes. |
| 10:05:44 | 6 | Q. Okay. Who is the primary driver of the |
| 10:05:58 | 7 | Explorer? |
| 10:05:59 | 8 | A. The driver at my grandmother's house. |
| 10:06:03 | 9 | Q. Oh. Your grandmother had a driver? |
| 10:06:05 | 10 | A. Yes. |
| 10:06:05 | 11 | Q. Okay. And what is his or her name? |
| 10:06:07 | 12 | A. The current driver, his name is Antonio. I |
| 10:06:11 | 13 | don't know his last name. |
| 10:06:11 | 14 | Q. Okay. Who was the driver back in the late part |
| 10:06:15 | 15 | of '02 or early '03? |
| 10:06:18 | 16 | A. His name was Nacho. |
| 10:06:23 | 17 | Q. Nacho? |
| 10:06:24 | 18 | A. Yes. |
| 10:06:25 | 19 | Q. Do you know -- he's no longer employed by your |
| | 20 | mother -- |
| | 21 | A. No. |
| 10:06:30 | 22 | Q. -- your grandmother? |
| 10:06:31 | 23 | A. No. |
| 10:06:31 | 24 | Q. Did your grandmother ever drive the vehicle? |
| 10:06:35 | 25 | A. No. |

| | |
|---|---|
| 10:06:36  1 | Q. Anybody besides Nacho who would regularly drive |
| 10:06:43  2 | the vehicle? |
| 10:06:43  3 | A. I mean, my aunt Susana would drive it or my |
| 10:06:52  4 | cousin would drive it, but not often at all. |
| 10:06:54  5 | Q. Okay. And which cousin is that? |
| 10:06:55  6 | A. Betty. |
| 10:06:56  7 | Q. Betty's last name is? |
| 10:06:58  8 | A. Filizola. |
| 10:07:00  9 | Q. Is the Explorer the only vehicle your |
| 10:07:12 10 | grandmother owned? |
| 10:07:13 11 | A. At the time, yes. |
| 10:07:14 12 | Q. Okay. So if she needed-just to run errands, |
| 10:07:20 13 | that's the vehicle she would take? |
| 10:07:21 14 | A. Yes. |
| 10:07:22 15 | Q. Okay. Likewise, if she needed to deliver |
| 10:07:26 16 | something to poor family, that's the vehicle she would |
| 10:07:28 17 | take? |
| 10:07:28 18 | A. Yes. |
| 10:07:28 19 | Q. Okay. Was it -- was the Explorer -- did your |
| 10:07:31 20 | grandmother take it on a long trip? |
| 10:07:33 21 | A. She never took it on a long trip. |
| 10:07:35 22 | Q. Okay. Anybody else in the family take it on a |
| 10:07:38 23 | trip? |
| 10:07:38 24 | A. We had taken it before to Monterrey. |
| 10:07:41 25 | Q. Just once to Monterrey? |

| | | |
|---|---|---|
| 10:07:44 1 | A. | That I remember, yes, once. |
| 10:07:47 2 | Q. | Okay. And you were in the vehicle on that |
| 10:07:57 3 | trip? | |
| 10:07:57 4 | A. | Yes. |
| 10:07:58 5 | Q. | Is this the trip where the accident occurred? |
| 10:08:00 6 | A. | No. |
| 10:08:00 7 | Q. | Okay. It was a different trip. |
| 10:08:01 8 | A. | A different trip. |
| 10:08:02 9 | Q. | Okay. When was this trip? |
| 10:08:03 10 | A. | Sometime in 2001. |
| 10:08:11 11 | Q. | Okay. Was it just -- it was you and who else? |
| 10:08:15 12 | A. | My brother and my cousin. |
| 10:08:17 13 | Q. | Okay. And what was the purpose of the trip? |
| 10:08:19 14 | A. | To see friends. |
| 10:08:21 15 | Q. | Okay. Who drove? |
| 10:08:23 16 | A. | My cousin. |
| 10:08:26 17 | Q. | Okay. Notice any problems with the Explorer on |
| 10:08:31 18 | that trip? | |
| 10:08:32 19 | A. | No. |
| 10:08:32 20 | Q. | Okay. Is that the same road -- |
| 10:08:38 21 | A. | Yes. |
| 10:08:39 22 | Q. | Okay. One more thing, a lot of the questions I |
| 10:08:42 23 | ask you, you probably anticipate what they're going to | |
| 10:08:46 24 | be. If you'll just let me finish my entire question, | |
| 10:08:48 25 | that way we'll have a clear record. Okay? | |

10:08:50  1    A.  Okay.
10:08:51  2    Q.  But I think you know where I'm going.  That's
10:08:53  3 the same road where this accident occurred; is that
10:08:55  4 correct?
10:08:56  5    A.  Yes.
10:08:56  6    Q.  Okay.  Thank you.
10:09:05  7        So you're -- you're not aware of anybody
10:09:08  8 complaining about the vehicle prior to the accident.
10:09:10  9    A.  No.
10:09:10 10    Q.  Okay.  Not aware of any service work done on
10:09:15 11 the vehicle prior to the accident?
10:09:16 12    A.  No.
10:09:16 13    Q.  To the best of your knowledge, the vehicle was
10:09:20 14 not in any prior accidents.
10:09:21 15    A.  Correct.
10:09:22 16    Q.  Okay.  When the vehicle needed servicing, do
10:09:28 17 you know where your grandmother took it?
10:09:29 18    A.  I think they took it to a dealership.
10:09:32 19    Q.  To a dealership.  Okay.
10:09:37 20        Do you know whether or not your
10:09:38 21 grandmother kept written records of service?
10:09:40 22    A.  My aunt did.
10:09:42 23    Q.  Susana kept written records?
10:09:44 24    A.  Yes.
10:09:44 25    Q.  Okay.  Of all the services to the vehicle?

```
10:09:46  1        A.  Yes.
10:09:46  2        Q.  Okay.  Did the seat belts work on the vehicle?
10:09:53  3        A.  Yes.
10:09:54  4        Q.  Okay.  So they would -- they would click and
10:09:57  5   stay in?
10:09:57  6        A.  Yes.
10:09:58  7        Q.  Okay.  Was it your custom to wear your seat
10:10:02  8   belt in the vehicle?
10:10:03  9        A.  Yes.
10:10:03 10        Q.  All vehicles you ride in or drive?
10:10:05 11        A.  All vehicles.
10:10:06 12        Q.  Okay.  Why is that?
10:10:07 13        A.  Because it's safe.
10:10:09 14        Q.  Okay.  What about now?  If -- if you're driving
10:10:26 15   and you have somebody in your vehicle with you, do you
10:10:28 16   make them wear their seat belt?
10:10:29 17        A.  Yes.
10:10:30 18        Q.  Okay.  When the vehicle did need servicing, the
10:10:43 19   Explorer, would Susana take it in for servicing or
10:10:48 20   would your grandmother?
10:10:49 21        A.  The driver would.
10:10:50 22        Q.  The driver would.  Okay.
10:10:50 23            And then your aunt would keep the
10:10:51 24   paperwork on it?
10:10:51 25        A.  Yes.
```

| Time | # | |
|---|---|---|
| 10:10:52 | 1 | Q. Okay. Do you know how to get in touch with |
| 10:11:01 | 2 | Nacho? |
| 10:11:01 | 3 | A. No. |
| 10:11:02 | 4 | Q. Do you know who would? |
| 10:11:02 | 5 | A. My grandmother might, but I don't know. |
| 10:11:06 | 6 | Q. Okay. Had your mother ever been in an accident |
| 10:11:36 | 7 | prior to this, in motor a vehicle accident? |
| 10:11:38 | 8 | A. No. |
| 10:11:38 | 9 | Q. Okay. She ever receive a moving violation or a |
| 10:11:43 | 10 | ticket? |
| 10:11:43 | 11 | A. Not that I know of, but maybe she did and I |
| 10:11:46 | 12 | didn't know. |
| 10:11:46 | 13 | Q. Okay. Did your mother wear glasses or |
| 10:11:59 | 14 | contacts? |
| 10:11:59 | 15 | A. Yes. |
| 10:11:59 | 16 | Q. Which one? |
| 10:12:00 | 17 | A. She wears glasses. |
| 10:12:01 | 18 | Q. Okay. Nearsighted? Farsighted? Did she need |
| 10:12:15 | 19 | them for reading, or did she need them for driving? |
| 10:12:16 | 20 | A. She needed them for everything. |
| 10:12:17 | 21 | Q. Okay. Did your mother have any other physical |
| 10:12:28 | 22 | problems? |
| 10:12:28 | 23 | A. No. |
| 10:12:29 | 24 | Q. Okay. Her hearing was fine? |
| 10:12:31 | 25 | A. Yes. |

99

```
                    UNITED STATES DISTRICT COURT
 1                   SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION
 2

 3   ISABEL ENNIS REYNOSO,     )(
     SALLY PAYAN, AND ENRIQUE  )(
 4   ROBERTO PAYAN             )(
            Plaintiffs         )(
 5                             )(
     VS.                       )(   CIVIL ACTION NO. B-03-120
 6                             )(
     FORD MOTOR COMPANY        )(
 7        Defendant            )(

 8                      REPORTER'S CERTIFICATE

 9      I, Donna McCown, Certified Court Reporter, certify

10   that the witness, SALLY PAYAN, was duly sworn by me,

11   and that the deposition is a true and correct record of

12   the testimony given by the witness on JANUARY 21, 2005;

13   that the deposition was reported by me in stenograph

14   and was subsequently transcribed under my supervision.

15      I FURTHER CERTIFY that I am not a relative,

16   employee, attorney or counsel of any of the parties,

17   nor a relative or employee of such attorney or counsel,

18   nor am I financially interested in the action.

19         WITNESS MY HAND on this the 1st day of

20   February, 2005.

21

22         Donna McCown by Y.J.
           DONNA McCOWN, CSR NO. 6625
23         Expiration Date: 12/31/05
           Bryant & Stingley, Inc., CRN No. 41
24         2010 East Harrison
           Harlingen, Texas  78550
25         (956)428-0755
```

BRYANT & STINGLEY, INC.
McAllen          Harlingen          Brownsville
(956)618-2366   (956)428-0755      (956)542-1020
         (800)462-0253 (STATEWIDE)