1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN<br>    Plaintiffs | )(<br>)(<br>)(<br>)(<br>)( |
| VS. | )(   CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY<br>    Defendant | )(<br>)(<br>)( |

ORAL AND VIDEOTAPED DEPOSITION OF
ENRIQUE PAYAN
JANUARY 21, 2005

ORAL AND VIDEOTAPED DEPOSITION OF ENRIQUE PAYAN, produced as a witness at the instance of the DEFENDANT, taken in the above styled and numbered cause on JANUARY 21, 2005, reported by DONNA McCOWN, Certified Court Reporter No. 6625, in and for the State of Texas, at the offices of Martinez, Barrera y Martinez, L.L.P., 1201 East Van Buren, Brownsville, Texas, pursuant to the Federal Rules of Civil Procedure.

ORIGINAL

BRYANT & STINGLEY, INC.
McAllen          Harlingen          Brownsville
(956)618-2366   (956)428-0755   (956)542-1020
(800)462-0253 (STATEWIDE)

APPEARANCES

COUNSEL FOR PLAINTIFFS:

    RANDOLPH KIMBLE WHITTINGTON
    LAW OFFICE OF RANDOLPH KIMBLE WHITTINGTON
    2014 East Harrison Street
    Harlingen, Texas  78550

    TONY MARTINEZ
    MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
    1201 East Van Buren
    Brownsville, Texas

COUNSEL FOR DEFENDANT:

    BRIAN D. HENSLEY
    BROWN McCARROLL, L.L.P.
    111 Congress Avenue, Suite 1400
    Austin, Texas  78701

ALSO PRESENT:
    Rene Ortiz, Videographer
    Susana Reynoso
    Monica Polanco

### INDEX

|  | PAGE |
|---|---|
| Appearances .................................... | 2 |
| **ENRIQUE PAYAN** | |
| Examination by Mr. Hensley ..................... | 3 |
| Errata Sheet/Signature Page .................... | 36 |
| Reporter's Certificate ......................... | 38 |

Attached to the end of the transcript:  Stipulations

### EXHIBITS

| NUMBER | DESCRIPTION | PAGE IDEN. |
|---|---|---|
| (No Exhibits Marked) | | |

BRYANT & STINGLEY, INC.
McAllen    Harlingen    Brownsville
(956)618-2366  (956)428-0755  (956)542-1020
(800)462-0253 (STATEWIDE)

|  |  |
|---|---|
|  | 1    ENRIQUE PAYAN, |
|  | 2  having been duly sworn, testified as follows: |
|  | 3    EXAMINATION |
| 13:27:29 | 4  BY MR. HENSLEY: |
| 13:27:29 | 5    Q.  Good morning, sir -- or afternoon, I should |
| 13:27:34 | 6  say. |
| 13:27:34 | 7    A.  Afternoon. |
| 13:27:35 | 8    Q.  My name is Brian Hensley, and I'm one of the |
| 13:27:41 | 9  attorneys representing Ford.  I think you understand |
| 13:27:43 | 10 that; is that correct? |
| 13:27:44 | 11   A.  Yes, I do. |
| 13:27:44 | 12   Q.  Okay.  And you were here for your sister's |
| 13:27:48 | 13 deposition this morning, correct? |
| 13:27:49 | 14   A.  Yes, I was. |
| 13:27:51 | 15   Q.  Okay.  And just in case, I'm going to go over |
| 13:27:55 | 16 some ground rules again.  I know you heard them |
| 13:27:57 | 17 earlier, but I'm going to go over a few; that is, if |
| 13:27:59 | 18 you can answer orally for the court reporter, avoid |
| 13:28:04 | 19 saying "uh-huh" or "huh-uh."  If you'll use "yes" and |
| 13:28:07 | 20 "no," it transcribes a lot better.  Okay? |
| 13:28:09 | 21   A.  Okay. |
| 13:28:09 | 22   Q.  Okay.  Again, if you'll let me finish my -- my |
| 13:28:14 | 23 question before you try to answer, and I'll try to let |
| 13:28:15 | 24 you finish your answer before I start another question. |
| 13:28:18 | 25 That way we'll have a clear record.  Okay? |

```
13:49:33  1   to New York for New Year's that December before the
13:49:37  2   accident, so not in the immediate future, no.
13:49:40  3        Q.  Okay.  Do you know of any places that she'd
13:49:44  4   never been that she wanted to go or she was hoping to
13:49:47  5   go some day?
13:49:48  6        A.  She always wanted to go see the Panama Canal,
13:49:52  7   so I guess that -- that was always on her mind.
13:49:56  8        Q.  Are you familiar with the vehicle that was
13:50:16  9   involved in the accident?
13:50:17 10        A.  Yes.
13:50:17 11        Q.  Okay.  Had you ever ridden in it before?
13:50:20 12        A.  Yes, I have.
13:50:20 13        Q.  Okay.  And what kind of vehicle was that?
13:50:22 14        A.  It's a Ford.  A white Ford Explorer.
13:50:26 15        Q.  White Ford Explorer.
13:50:26 16             And do you know what year that Explorer
13:50:29 17   is?
13:50:29 18        A.  I believe it's a 2000.
13:50:31 19        Q.  And it was your grandmother's vehicle, correct?
13:50:34 20        A.  That is correct.
13:50:34 21        Q.  Okay.  Did you have anything to do with the
13:50:36 22   purchase of the vehicle?
13:50:38 23        A.  None at all.
13:50:38 24        Q.  You -- you weren't present?
13:50:40 25        A.  Not at all.
```

| Time | Line | |
|---|---|---|
| 13:50:41 | 1 | Q. Did you ever discuss the purchase of the |
| 13:50:42 | 2 | vehicle with your aunt or your grandmother? |
| 13:50:44 | 3 | A. No. |
| 13:50:45 | 4 | Q. Okay. Do you know where the vehicle was |
| 13:50:49 | 5 | purchased? |
| 13:50:49 | 6 | A. In Matamoros. |
| 13:50:50 | 7 | Q. Okay. Do you know what dealership it was |
| 13:50:52 | 8 | purchased from? |
| 13:50:52 | 9 | A. The Ford dealership. |
| 13:50:54 | 10 | Q. Okay. Does it have a name, or is that the only |
| 13:51:01 | 11 | Ford dealership in Matamoros? |
| 13:51:02 | 12 | A. I believe it's the only Ford dealership. I |
| 13:51:05 | 13 | believe it's called Automotriz -- |
|  | 14 | Q. Okay. |
| 13:51:08 | 15 | A. -- something, but -- |
| 13:51:08 | 16 | Q. Okay. How many times did you ride in the |
| 13:51:14 | 17 | Explorer? |
| 13:51:15 | 18 | A. How many times did I? |
| 13:51:16 | 19 | Q. Did you ride in that Explorer, yeah. |
| 13:51:18 | 20 | A. If I had to count them, I'd say 20. |
| 13:51:30 | 21 | Q. Did you ever drive it? |
| 13:51:31 | 22 | A. Yes, I did. |
| 13:51:32 | 23 | Q. What was your personal opinion of the Explorer |
| 13:51:38 | 24 | prior to the accident? |
| 13:51:38 | 25 | A. I thought it was okay. Nothing spectacular but |

| | | |
|---|---|---|
| 13:51:44 | 1 | okay. |
| 13:51:44 | 2 | Q. Did you notice any problems with it? |
| 13:51:46 | 3 | A. No, no problems. |
| 13:51:47 | 4 | Q. The steering, the handling of it was okay? |
| 13:51:50 | 5 | A. Yeah. |
| 13:51:51 | 6 | Q. Okay. |
| 13:51:52 | 7 | A. I think it was fine. |
| 13:51:53 | 8 | Q. Did your grandmother or anybody complain about |
| 13:52:01 | 9 | the vehicle prior to the accident? |
| 13:52:04 | 10 | A. Not to my knowledge, no. |
| 13:52:05 | 11 | Q. Okay. Do you know whether the vehicle was ever |
| 13:52:08 | 12 | involved in an accident? |
| 13:52:11 | 13 | A. No, it wasn't. Not before the accident, no. |
| 13:52:13 | 14 | Q. I'm flipping through -- through my outline |
| 13:52:41 | 15 | because a lot of these questions don't pertain to you |
| 13:52:44 | 16 | since you were not involved in the accident. Let's |
| 13:52:47 | 17 | speed through here. |
| 13:52:52 | 18 | Let's go right to it. How did you -- when |
| 13:52:54 | 19 | did you first hear about the accident? |
| 13:52:56 | 20 | A. I heard about it the -- the night of the |
| 13:53:01 | 21 | accident. I was in my apartment in New York, and I got |
| 13:53:05 | 22 | a call from my cousin Ricardo Filizola. And he just |
| 13:53:12 | 23 | mentioned that my mom and my sister were in an |
| 13:53:15 | 24 | accident, that my sister was fine and that he didn't |
| 13:53:19 | 25 | know about my mom. |

| | | |
|---|---|---|
| 14:16:17 | 1 | Q. Anything about how your mother responded when |
| 14:16:20 | 2 | the -- when the vehicle started leaving the road? |
| 14:16:21 | 3 | A. No. |
| 14:16:22 | 4 | Q. Okay. And finally, in terms of the vehicle |
| 14:16:26 | 5 | itself, who's the best person to ask questions about |
| 14:16:31 | 6 | the vehicle to? |
| 14:16:32 | 7 | A. I would say my aunt Susana who purchased the |
| 14:16:39 | 8 | vehicle for my grandmother. I think she would be -- |
| 14:16:42 | 9 | she would be the best person to speak to -- |
| 14:16:44 | 10 | Q. Okay. |
| 14:16:45 | 11 | A. -- about anything pertaining to the vehicle |
| 14:16:47 | 12 | itself. |
| 14:16:51 | 13 | MR. HENSLEY: Okay. Well, sir, that's all |
| 14:16:52 | 14 | the questions I have. I want to say thank you for |
| 14:16:55 | 15 | coming down here and -- and giving your time. |
| 14:16:58 | 16 | I wish you the best of luck, and I -- I am |
| 14:17:00 | 17 | truly sorry for your loss, sir. |
| 14:17:03 | 18 | That's all I have. Pass the witness. |
| 14:17:04 | 19 | MR. WHITTINGTON: Reserve our questions. |
| 14:17:05 | 20 | (Deposition concluded) |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

38

```
 1                UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF TEXAS
 2                    BROWNSVILLE DIVISION

 3   ISABEL ENNIS REYNOSO,      )(
     SALLY PAYAN, AND ENRIQUE   )(
 4   ROBERTO PAYAN              )(
             Plaintiffs         )(
 5                              )(
     VS.                        )(   CIVIL ACTION NO. B-03-120
 6                              )(
     FORD MOTOR COMPANY         )(
 7          Defendant           )(

 8                     REPORTER'S CERTIFICATE

 9        I, Donna McCown, Certified Court Reporter, certify

10   that the witness, ENRIQUE PAYAN, was duly sworn by me,

11   and that the deposition is a true and correct record of

12   the testimony given by the witness on JANUARY 21, 2005;

13   that the deposition was reported by me in stenograph

14   and was subsequently transcribed under my supervision.

15        I FURTHER CERTIFY that I am not a relative,

16   employee, attorney or counsel of any of the parties,

17   nor a relative or employee of such attorney or counsel,

18   nor am I financially interested in the action.

19        WITNESS MY HAND on this the  1st  day of

20    February        , 2005.

21

22             Donna McCown by V.J.
23   DONNA McCOWN, CSR NO. 6625
     Expiration Date: 12/31/05
     Bryant & Stingley, Inc., CRN No. 41
24   2010 East Harrison
     Harlingen, Texas  78550
25   (956)428-0755
```