CIVIL ACTION NO. B-03-120

**DEFENDANT FORD MOTOR COMPANY'S OPPOSED MOTION TO EXCLUDE TESTIMONY OF RONALD HUSTON UNDER RULES 402, 403, AND 702 OF THE FEDERAL RULES OF EVIDENCE AND *DAUBERT V. MERRELL DOW PHARMACEUTICALS***

**APPENDIX**

A. Plaintiffs' Designation of Experts

B. Report of Dr. Ronald Huston

C. Excerpts from Transcript of March 15, 2005 Deposition of Dr. R. Huston

D. Resume of Ronald L. Huston, PhD, P.E.

E. Rosenbluth Surrogate Testing Data