IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S. A. DE C.V. | § § § § § | |
| Defendants. | § § | |

## PLAINTIFF'S DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN, Plaintiffs in the above-entitled and number cause and files their Designation of Expert and furnished reports, in support thereof would show this Honorable Court the following:

I.

Plaintiffs hereby designates the following experts who may be called to testify at trial, and attached are their reports hereto:

> Dr. Dean Jacobson
> **Forensic Engineering, Inc.**
> 4747 South Lakeshore Drive, Suite 203
> Tempe, Arizona 85282
> Tel: (480) 491-1291
> Fax: (480) 491-2622

Dr. Jacobson examined the structure components of the vehicle.

Mr. Stephan Irwin
**The Irwin Company**
5746 Richmond Avenue
Dallas, Texas 75206
Tel: (214) 320-8686
Fax: (214) 320-1007

Mr. Irwin is the Accident Reconstruction Expert for this case.

Mr. Gerald Rosenbluth
**Automotive Consulting Services, Inc.**
4747 South Shoreline Drive, Suite 101
Tempe, Arizona 85208
Tel: (480) 890-1000
Fax: (480) 456-3805

Mr. Rosenbluth is the Seat Belt Analyst Expert for this case.

Dr. Ronald L. Huston
**R.L. Huston & Associates, Inc.**
6242 Savannah Avenue
Cincinnati, Ohio 45224
Tel: (513) 542-1921
Fax: (513) 542-1919

Dr. Huston is the Bio Mechanic Expert for this case. Dr. Huston was designated as our Bio Mechanic Expert on August 13, 2004.

Respectfully Submitted,

**MARTINEZ Y BARRERA Y MARTINEZ L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520
Tel: (956) 546-7159
Fax: (956) 544-0602

Antonio Martinez
State Bar No. 13139000
Federal Admission No. 1943

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2004 a copy o f the foregoing document was forward to counsel of record.

**VIA CERTIFIED MAIL**
Chris Blackerby
**BROWN McCARROLL L.L.P.**
111 Congress Avenue, Suite 1400
Austin, TX 78701

**VIA HAND DELIVER**
Jaime Saenz
**Rodriguez, Colvin, Chaney & Saenz**
1201 E. Van Buren Street
Brownsville, TX 78520

_____
Antonio Martinez