# RESUME

## OF

## RONALD L. HUSTON, Ph.D., P.E.



DEFENDANT'S
EXHIBIT
4

# TABLE OF CONTENTS

**SECTION**                                                                **PAGE**

Personal Data ................................................................ 1

Experience ................................................................... 2

Professional and Society Affiliations ......................................... 4

Awards, Honor Societies ...................................................... 5

Major University Appointments ................................................ 7

Consulting Activities ........................................................ 10

Editorial Activities ......................................................... 12

Journal Articles and Publications ............................................ 14

Conference Papers and Presentations .......................................... 24

Books ........................................................................ 36

Published Book Reviews ....................................................... 37

Reports ...................................................................... 42

Research Grants and Contracts ................................................ 45

Patents ...................................................................... 47

# RONALD L. HUSTON

**PROFESSOR OF MECHANICS**
**DISTINGUISHED RESEARCH PROFESSOR**
  Department of Mechanical,
    Industrial and Nuclear Engineering
  P.O.Box 210072
  University of Cincinnati
  Cincinnati, Ohio 45221-0072
  (513) 556-6133
  FAX (513) 556-4999

**DIRECTOR**
  Institute for Applied
    Interdisciplinary Research
  P.O. Box 210072
  University of Cincinnati
  Cincinnati, Ohio 45221-0072
  (513) 556-6133

**Home Address:**

  6242 Savannah Avenue
  Cincinnati, OH 45224
  (513) 542-1921

**Education:**

| | | | |
|---|---|---|---|
| BS | Mechanical Engineering | (1959) | University of Pennsylvania Philadelphia, Pennsylvania |
| MS | Engineering Mechanics | (1961) | University of Pennsylvania Philadelphia, Pennsylvania |
| PhD | Engineering Mechanics | (1962) | University of Pennsylvania Philadelphia, Pennsylvania |
| PE | Licensed Professional Engineer, Ohio Registration Number  E-31105 | | |

**Fields of Interest:**

  Mechanics, Kinematics, Dynamics, Multibody Systems, Gear Design, Robotics, Biomechanics, Safety Engineering, Accident Reconstruction,  Human Factors

## Experience:

| | |
|---|---|
| 2002-Current | Interim Head, Department of Chemical and Materials Engineering, Administered Department of 29 faculty members |
| 2002-Current | Interim Head, Department of Material Science and Engineering, Administered Department of 15 faculty members |
| 1998 - 2002 | Director, Engineering Design Clinic, Mechanical, Industrial and Nuclear Engineering, University of Cincinnati |
| 1996 - Current | Distinguished Research Professor, University of Cincinnati |
| 1995 - 2001 | Director, Mechanical Engineering Program, University of Cincinnati |
| 1991 - Current | Member, Board of Directors, Monarch Foundation, Conduct research on osteoporosis. |
| 1978 - Current | Professor of Mechanics, Department of Mechanical, Industrial and Nuclear Engineering, University of Cincinnati. Teach courses and conduct research in Mechanics, Mechanical and Industrial Engineering. |
| 1991 - 1993 | Director, Industrial Engineering Program, Department of Mechanical, Industrial and Nuclear Engineering. Administer the Industrial Engineering Program. |
| 1985 - December | Visiting Lecturer, Department of Mechanical Engineering, Tianjin University, Tianjin, Peoples Republic of China. |
| | Visiting Lecturer, Department of Mechanical Engineering, Chongqing University, Chongqing, Sichuan, Peoples Republic of China. |
| 1982 | Acting Senior Vice President and Provost, University of Cincinnati. Administrative officer of all academic programs on the Clifton Campus with a budget of $54 million (1982 dollars). |
| 1978 - Current | Director, Institute of Applied Interdisciplinary Research. Administer a research institute. |
| 1979 | Division Director, Division of Civil and Mechanical Engineering, National Science Foundation, Washington, DC. Administered a research budget of $18 million (1979 dollars) and 9 staff members. |
| 1978 | Section Head, Mechanics, National Science Foundation, Washington, DC. Administered a research budget of $15 million (1978 dollars) and 7 staff members. |
| 1970 - 77 | Professor of Engineering Analysis, University of Cincinnati. Taught courses in Engineering Science and Mathematics. |
| 1977 | Visiting Professor of Applied Mechanics, Stanford University. Conducted research and participated in seminars in mechanics and computer engineering. |

Case 1:03-cv-00120     Document 54-6     Filed in TXSD on 05/13/2005     Page 5 of 49

| | |
|---|---|
| 1976 - 1988 | Adjunct Professor of Orthopaedic Surgery Research, University of Cincinnati. Conduct research in Biomechanics. |
| 1971 - 78 | Director, Institute of Space Sciences, University of Cincinnati. Administered a Research Institute. |
| 1969 - 75 | Head, Department of Engineering Analysis, University of Cincinnati. Administered a department with 18 faculty members and a budget of $300,000 (1975 dollars). |
| 1968 - 70 | Associate Professor of Engineering Science, University of Cincinnati. Taught courses in Engineering Science. |
| 1968 - 69 | Director, Engineering Science Program Unit, University of Cincinnati. Administered the teaching of Engineering Science courses in the College of Engineering. |
| 1966 - 68 | Associate Professor of Mechanics, Mechanics, University of Cincinnati. Taught courses in mathematics and mechanics. |
| 1962 - 66 | Assistant Professor of Mechanics, Department of Mathematics and Mechanics, University of Cincinnati. Taught courses in mathematics and mechanics. |
| 1961 | Instructor, Department of Mechanical Engineering, University of Pennsylvania, Philadelphia, PA. Taught course in mechanics. |
| 1961 - 62 | Research Assistant, SKF Industries, Philadelphia, PA. Performed engineering research on ball and ring elasticity. |
| 1960 | Research Assistant, Scott Paper Co., Chester, PA. Performed engineering research on rubber covered rolls. |
| 1959 | Instructor, Department of Mechanical Engineering, Virginia Polytechnic Institute, Blacksburg, Virginia. Taught courses in mechanisms and thermal sciences. |
| 1957 - 58 | Research Assistant, Sharples Corporation, Philadelphia, PA. Performed engineering research on tank vent valves. |

## Professional and Society Affiliations:

American Society for Mechanical Engineers – Gear Synthesis Committee 1982 -

American Institute of Aeronautics and Astronautics – Dayton-Cincinnati Section Secretary 1968-69

American Society of Biomechanics

American Society of Engineering Education

American Association of University Professors

Gear Research Institute - Charter Member

Human Factors Society – Board of Directors, Tri-State Chapter 1983-90

Institute of Diagnostic Engineers - Founding Fellow

International Society of Biomechanics

Society of Automotive Engineers – Chair, Recreational Vehicles Committee, 1983-86;
    Vice Chair, Student Activities, Cincinnati Section, 1983-86

Society of Engineering Science

Society for Industrial and Applied Mathematics

Society for Natural Philosophy

Tensor Society of Great Britain

Ohio Academy of Sciences – Member, Board of Governance 1996-97

National Society of Professional Engineers

Institute of Industrial Engineers

National Association of Professional Accident Reconstruction Specialists

U.S. Association for Computational Mechanics

Society for Manufacturing Engineers

System Safety Society

Case 1:03-cv-00120     Document 54-6     Filed in TXSD on 05/13/2005     Page 7 of 49

**Awards, Honor Societies**:

BP Faculty Excellence Award, 2002

Elected Fellow, The Ohio Academy of Science, 1998

Named Herman Schneider Professor, 1997

Faculty Achievement Award, University of Cincinnati, 1996

Named Distinguished Research Professor, University of Cincinnati, 1996

Distinguished Engineer, Technical and Scientific Societies Council of Cincinnati, 1992

Elected Fellow, American Society of Mechanical Engineers, 1987

Wandmacher Teaching Award, University of Cincinnati, College of Engineering, 1986

Certificate of Appreciation - National Society of Black Engineers at University of Cincinnati, 1986

Best Paper Award - AIAA 11th Annual Mini Symposium on Aerospace Science and Technology, WPAFB, Ohio, 1986

Advisory Professor, Chongqing University, Chongqing, Sichuan, Peoples Republic of China, 1985-Current

Visiting Professor, Northern Jiaotong University, Beijing, Peoples Republic of China, 1985

Visiting Professor, Tianjin University, Tianjin, Peoples Republic of China, 1985

Danforth Associate, 1968 - Current

Elected to Graduate Fellows, University of Cincinnati, 1983

Bendix Award, Outstanding SAE Chapter, 1980 (Advisor)

Professional Accomplishment Award, Technical and Scientific Societies Council of Cincinnati, 1978

Ralph R. Teetor Award, Society of Automotive Engineers, 1978

Tribunal Excellence in Teaching Award, College of Engineering, 1972

Alpha Sigma Lambda, Evening College Honorary Society

Alpha Pi Mu, Industrial Engineering Honor Society

Tau Beta Pi, Engineering Honor Society

Sigma Xi, Research Honor Society

American Academy of Mechanics (Founding Member)

National Defense Fellow, 1960-62

**Listed in:**

*American Men of Science*

*Outstanding Educators in America*

*Who's Who in Aviation*

*Who's Who in the Midwest*

*Who's Who in North America*

*Who's Who in Engineering*

*Community Leaders and Noteworthy Americans*

*International Who's Who in Community Service*

*Noteworthy American's in the West and Midwest*

*International Who's Who in Engineering*

*Jane's Who's in Aviation and Aerospace (US Edition)*

*Who's Who in Robotics*

*Personalities of the West and Midwest*

*Who's Who in Frontier Science and Technology*

*Who's Who Biographical Directory of the Computer Graphics Industry*

*Men of Achievement*

*Who's Who in Technology Today*

*Personalities in America*

*International Directory of Distinguished Leadership*

*International Who's Who in Contemporary Achievement*

*International Directory of Engineering Analysts*

*International Directory*

*Who's Who in Society*

## Major University Appointments:

Faculty Representative to Board of Trustees, 1997-99

Member, College of Engineering Dean Search Committee 1998-1999

Representative to Chancellor's Advirosry Committee 1996-98

Chair, Graduate Fellows 1994-96

Chair, AAUP Bargaining Council 1992-93

Chair, All-University Faculty, 1986-88

Member, College of Engineering Dean's Advisory Committee, 1988-92

Member American Association of University Professors (AAUP) Bargaining Team, 1986

Member - Conference Steering Committee, DAAP Economic Development Conference, 1986

Member - Honor's Committee, 1984-86

Member - Chancellor's Screening Committee, State of Ohio, Eminent Scholar Proposal, 1985

Chair - Evening College Review Committee for Engineering, 1985

Member - American Association of University Professors (AAUP) Board, 1984-86, 1988-93

Chair - Faculty Senate Planning Committee 1984-85

Member - Search Committee for Director of Campus Services, 1984

Chair - Search Committee for Associate Vice President and Associate University Dean, 1984

Member - Herman Schneider Research Committee, 1982-83

Chair - Search Committee, Endowed Geier Chair of Robotics, 1982

Member - University Planning Implementation Committee, 1981-82

Member - College of Engineering, Junior Morrow Research Chair Selection Committee, 1980-82

Chair - Headship Search Committee, Electrical and Computer Engineering, 1980-81

Member - Rieveschl Awards Committee, 1980

Member - College of Engineering, Minority Recruitment Committee, 1978

Member - Headship Search Committee, Physics, 1978

Chair - College of Engineering, Review, Promotion and Tenure Committee, 1987-88.

Member - College of Engineering, Review, Promotion and Tenure Committee, 1977-78, 1979-80, 1981-83, 1987-92

Case 1:03-cv-00120    Document 54-6    Filed in TXSD on 05/13/2005    Page 10 of 49

Member - Review Committee, Research Council Policy, 1977

Chair - President's Task Force on University Computing, 1976

Chair - Academic Computer Services, 1973-75

Senator - Ohio Faculty Senate, 1973-74

Member - Headship Search Committee, Aerospace Engineering, 1973

Member - Southwest Ohio Regional Computing Center Policy Committee 1972-75

Member - Academic Computer Services, 1972-75

Member - University Research Council, 1972-74, 1982-83

Member - Provost's Budget Review Committee, 1972-73

Vice-Chair - All University Faculty, 1972-73

Chair - Overhead Policy Committee, 1972

Senator - Faculty Senate, 1971-75, 1983-85, 1988-92, 1994-97, 1998-01

Member - Administrative Board, College of Engineering, 1969-75

Member - College of Engineering Committee on Graduate Programs and Research, 1969-71

Member - Headship Search Committee, Chemical and Nuclear Engineering, 1969

Member - Faculty Executive Committee, 1967-69

Member - Curriculum Committee, College of Engineering, 1963-67

Case 1:03-cv-00120    Document 54-6    Filed in TXSD on 05/13/2005    Page 11 of 49

**Teaching Experience (Courses Taught):**

| | |
|---|---|
| Statics | Linear Algebra |
| Dynamics | Partial Differential Equations |
| Advanced Dynamics | Numerical Analysis |
| Analytical Mechanics | Complex Variables |
| Theory of Vibrations | Probability and Statistics |
| Strength of Materials | Statistical Quality Control |
| Advanced Strength of Materials | Vector and Tensor Analysis |
| Theory of Elasticity | Biomechanics |
| Nonlinear Elasticity | Differential Geometry |
| Finite Element Theory | Thermodynamics |
| Nonlinear Theory of Continuous Media | System Safety and Product Liability |
| Fluid Mechanics | Machine Design |
| Flight Mechanics | Analytical Methods |
| Technical Mechanics | Advanced Mathematics for Engineers |
| Engineers' License Review | Injury Mechanics |
| Computer Programming | Introduction to Metallurgy |
| Descriptive Geometry | |
| College Algebra | |
| Calculus | |
| Differential Equations | |

## Consulting Activities:

SKF Industries, Philadelphia, PA, 1962

AVCO, Middletown, OH, 1970

General Electric Co., Cincinnati, OH, 1974

National Science Foundation Panelist to Evaluate Engineering Research Initiation Grant Proposals, Washington, DC, 1974

Raven's Metal Products Co., Huntington, WV, 1975

Economy Fire and Casualty Co., 1977

NASA, Lewis Research Center, Cleveland, OH, 1977

National Academy of Sciences, Washington, DC, 1978

National Research Council - Proposal Reviewer, Washington, DC, 1978

National Science Foundation Panelist to evaluate Division of Applied Research Proposals, Washington, DC, 1979-80

Hoffman-LaRoche, Inc., Nutley, NJ, 1978-81

Outboard Marine Corp., Waukegan, IL, 1978-81

Hamilton County Sheriff's Department, Hamilton County, OH, 1982

NLO, Inc., Cincinnati, OH, 1982

Technical Advisory Service for Attorneys, Ft. Washington, PA, 1982

National Sciences and Engineering Research Council of Canada -- Proposal Reviewer, Ottawa, Ontario, Canada, 1983

Formica Corporation, Cincinnati, OH, 1984

PBC Piezotronics Inc., Buffalo, NY, 1984

Professional Resource Group, Cincinnati, OH, 1984, 1985, 1986

Transmission Research Inc., Cleveland, OH, 1984

Synapse Corp., Buffalo, NY, 1984

Michael Dobbs and Associates, Santa Monica, CA, 1985

Butterworth Publishers, 1985, 1986

National Science Foundation, Research Grant Proposal Reviewer, Washington, DC, 1975-Current

Army Research Office, Durham, NC, Proposal Reviewer, 1986

Pedco, Inc., Cincinnati, OH 1986

Ethicon, Inc., Cincinnati, OH 1987, 1992

Kuwait University, Kuwait, 1986

AMF Bowling Products Group, Westburg, NY, 1986

Council of Graduate Schools (Clarkson University) 1987

National Science Foundation, Panelist (Chair) to review Small Business Innovation Research (SBIR)
    proposals Washington, DC, August, 1988

Strategic Innovations International, Plainfield, NJ, 1988

Leland Electronics Corporation, Dayton, OH, 1988

Hong Kong University, Hong Kong, 1989

Prentice Hall, 1991

R. L. Huston & Assoc., 1991

Indian Institute of Technology, Madras, India, 1991

Hong Kong Research Grants Council, 1993, 2001

John Wiley & Sons

NASA, Johnson Space Center, 1995

Manta Corporation, 1995

Foundation for Research Science and Technology, Wellington, New Zealand

Hansen Gardner Publications, 1999

AllState Insurance Co, 1994 –

Various Legal Firms and Insurance Companies

Indian Institute of Technology, West Bengal, India, 2000

**Editorial Activities**:

*Reviewer for:*

Marcel Dekker

Institute for Electrical and Electronic Engineers

*Journal of Dynamic Systems, Measurement and Control*

*Journal of Applied Mechanics*

*Applied Mechanics Reviews*

*Journal of Spacecraft and Rockets*

McGraw Hill Book Co.

TATA McGraw Hill (India)

Butterworth Publishers

Springer-Verlag Publishers

*AIAA Journal*

*Zentralblatt fur Mathematik*

*International Journal of Nonlinear Mechanics*

Society of Automotive Engineers

American Physiological Society

*The International Society for Ecological Psychology*

American Society of Mechanical Engineers

*Journal of Mechanical Design*

*Journal of Biomechanical Engineering*

*Human Factors*

*Engineering Fracture Mechanics*

*Journal of Mechanisms, Transmissions and Automation in Design*

*International Journal for Numerical Methods in Engineering*

*Journal of the Astronautical Sciences*

*International Journal of Industrial Ergonomics*

*Klumer Academic Publishers*

*International Journal of Production Research*

*Journal of Vibrations, Stress and Reliability in Design*

Cornell Theory Center

*Production Research*

*Journal of Fluids Engineering*

*Computer Methods in Applied Mechanics and Engineering*

Klumer Academic Publishers

Finite Elements in Analysis and Design

*International Journal of Solids and Structures*

*International Journal of Robotics Research*

*Computing Systems in Engineering*

*International Journal of Industrial Ergonomics*

*Journal of Tribology*

*International Journal for Production Research*

*Communications in Numerical Methods in Engineering*

*Technology and Health Care*

*Sports Engineering*

**Associate Editor of:**

*Mechanics of Structures and Machines*, Marcel Dekker    1986-90

*Applied Mechanics Reviews 1994–*

*International Journal of Industrial Engineering-Applications and Practice*    1995-

*Journal of Applied Mechanics*    1986-1994

## Journal Articles and Publications:

J-001    "An Addition to the Theory of Gyroscopic Stabilization" (with T.R. Kane), Transactions of the
         ASME, *Journal of Applied Mechanics*, Vol. 29, 1962, pp. 213-215.

J-002    "Gyroscopic Stabilization of Space Vehicles," *AIAA Journal*, Vol. 1, No. 7, 1963, pp. 1964-69.

J-003    "Wave Propagation in Rotating Elastic Media," *AIAA Journal*, Vol. 2, No. 3, 1964, p. 575.

J-004    "Gyroscopic Attitude Stabilizations," *Journal of Spacecraft and Rockets*, Vol. 1, 1964, pp.
         562-563.

J-005    "On Nonhomogeneous Elastic Spheres," *Zeitschrift fur Angewandte Mathematik und
         Mechanik*, Vol. 44, 1964, pp. 573-577.

J-006    "In-plane Vibrations of Spinning Disks," *AIAA Journal*, Vol. 3, No. 8, 1965, pp. 1519-1520.

J-007    "Nonlinear Stress-Strain Equations," *International Journal of Solid and Structures*, Vol. 1,
         1965, pp. 460-463.

J-008    "Twin Gyro Attitude Control Systems," *Journal of Spacecraft and Rockets*, Vol. 3, No. 7,
         1966, pp. 1136-1138.

J-009    "Note on the Krylov-Bogoliubov Method Applied to Linear Differential Equations," (L.F. Doty)
         *SIAM Journal of Applied Mathematics*, 1966, pp. 424-428.

J-010    "Nonlinear Stress-Strain Equations for Incompressible Elastic Media," *International Journal of
         Nonlinear Mechanics*, Vol. 4, 1969, pp. 269-276.

J-011    "On the Physical Components of Vectors," *Matrix and Tensor Quarterly*, Vol. 18, No. 2, 1969,
         pp. 133-136.

J-012    "Nonlinear Vibration of a Pendulum in a Viscous Stream," (with O. Elnan) *Zeitschrift fur
         Angewandte Mathematik und Physik*, Vol. 20, No. 4, pp. 547-553.

J-013    "Krylov-Bogoliubov Method with Difference Equations," *SIAM Journal of Applied
         Mathematics*, Vol. 19, No. 2, 19, pp. 334-339.

J-014    "Human Attitude Control," (with C.E. Passerello) Journal of Biomechanics, Vol. 4, 1971, pp.
         369-378.

J-015    "Design of Social Systems Models," (with A.M. Strauss) *Simulation in the Service of Society*,
         Vol. 2, No. 11, 1972, pp. 3.

J-016    "Design of Social Systems Models," (with A.M. Strauss) Journal of Interdisciplinary Cycle
         Research, Vol.4, No. 2, 1972.

J-017    "Analysis of Swimming Motions," (with J. Gallenstein) *Human Factors*, Vol. 15, No. 1, 1973,
         pp. 91-98.

J-018     "A Topological Theory for Constitutive Equations," (with D.C. Stouffer) *Tensor*, Vol. 23, 1972, pp. 351-361.

J-019     "On the Dynamics of a Human Body Model," (with C.E. Passerello) *Journal of Biomechanics*, Vol. 4, 1971, pp. 95-102.

J-020     "Another Look at Nonholonomic Systems," (with C.E. Passerello) *Journal of Applied Mechanics*, Vol. 40, March 1973, pp. 101-104.

J-021     "On Lagrange's Form of D'Alembert's Principle," (with C.E. Passerello) *The Matrix and Tensor Quarterly*, Vol. 23, No. 3, March 1973, pp. 109-111.

J-022     "On Constraint Equations - A New Approach," (with C.E. Passerello) *Journal of Applied Mechanics*, Vol. 41, December 1974, pp. 1130-1131.

J-023     "A Note on Matrix Inversion," (with C.E. Passerello) Matrix and Tensor Quarterly, Vol. 24, No. 4, June 1974, pp. 136-138.

J-024     "Dynamics of a Crash Victim -A Finite Segment Model," (with R.E. Hessel, and J.M. Winget) AIAA Journal, Vol. 13, No. 2, February 1976, pp. 173-178.

J-025     "On Human Body Mechanics," (with C.E. Passerello, R.E. Hessel, and M.W. Harlow, *Annals of Biomedical Engineering*, Vol. 4, 1976, pp. 25-43.

J-026     "Cable Dynamics -A Finite Segment Approach," (with J.M. Winget) *Computers and Structures*, Vol. 6, 1976, pp. 475-480.

J-027     "Eliminating Singularities in Governing Equations of Mechanical Systems," (with C.E. Passerello) *Mechanics Research Communications*, Vol. 3, No. 5, 1976, pp. 361-365.

J-028     "Nonholonomic Systems with Non-Linear Constraint Equations," (with C.E. Passerello) *International Journal of Non-Linear Mechanics*, Vol. 11, 1976, pp. 331-336.

J-029     "New Approaches in Naval Safety Research," *Naval Research Reviews*, Vol. 3, No. 4, April 1977, pp. 21-27.

J-030     "A Summary of Three-Dimensional, Gross-Motion, Crash-Victim Simulators," *Structural Mechanics Software Series,* Vol. I, University Press of Virginia, 1977, pp. 611-622.

J-031     "A Biodynamic Model of a Parachutist," (with J.M. Winget and M.W. Harlow) *Aviation, Space and Environmental Medicine*, Vol. 49, January 1978, pp. 178-182.

J-032     "A Comprehensive, Three-Dimensional Head-Neck Model for Impact and High Acceleration Studies," (with J.C. Huston and M.W. Harlow) *Aviation, Space and Environmental Medicine*, Vol. 49, January 1978, pp. 205-210.

J-033     "UCIN Vehicle-Occupant/Crash-Victim Simulation Model," (with C.E. Passerello and M.W. Harlow) published in *Structural Mechanics Software Series*, Vol. II, University Press of Virginia, 1978, pp. 131-150.

J-034     "Dynamics of Multi-Rigid-Body Systems," (with C.E. Passerello and M.W. Harlow) *Journal of Applied Mechanics*, Vol. 45, December 1978, pp. 889-894.

J-035    "On Multi-Rigid Body-Systems Dynamics," (with C.E. Passerello) *Computers and Structures*, Vol. 10, 1979, pp. 439-446.

J-036    "An Evaluation of Computer Subroutines in Solving Stiff Differential Equations," (with D.C. Krinke) *Computers and Structures*, Vol. 11, 1980, pp. 69-74.

J-037    "On the Dynamics of a Weighted Bowling Ball," (with C.E. Passerello, J.M. Winget, and J. Sears) *Journal of Applied Mechanics* Vol. 46, No. 4, December 1979, pp. 937-943.

J-038    "Effect of Protective Helmet Mass on Head Neck Dynamics," (with J. Sears) *Journal of Biomechanical Engineering* Transactions ASME, Vol. 103, No. 1, 1981, pp. 18-23.

J-039    "NSF Reorganization - Opportunities for Research Support in Engineering Science," *Engineering Science Perspective*, Society of Engineering Science, Vol. 4, No. 3, 1979, pp. 66-69.

J-040    "Multibody Structural Dynamics Including Translation Between the Bodies," (with C.E. Passerello) *Computers and Structures*, Vol. 11, 1980, pp. 713-720.

J-041    "A Comparison of Computer Subroutines with Stiff Differential Equation Systems," (with D.C. Krinke) published in *Structural Mechanics Software Series III*, 1980, pp. 137-162.

J-042    "A New Approach to Surface Geometry of Spiral Bevel Gears - Part I:  Ideal Gears," (with J.J. Coy) *Journal of Mechanical Design*, Transactions ASME, Vol. 103, No. 4, 1981, pp. 117-132.

J-043    "On Parachutist Dynamics," (with J.W. Kamman), *Journal of Biomechanics*, Vol. 13, No. 9, 1981, pp. 645-652.

J-044    "Flexibility Effects in Multibody System Dynamics," *Mechanics Research Communications*, Vol. 7, No. 4, 1980, pp. 261-268.

J-045    "Multi-Body Dynamics Including the Effects of Flexibility and Compliance," *Computers and Structures*, Vol. 13, No. 5-6, 1981, pp. 443-451.

J-046    "A Representation of Fluid Forces in Finite Segment Cable Models," (with J.W. Kamman) *Computers and Structures*, Vol. 13, No. 3-4, 1981, pp. 281-287.

J-047    "Dynamic Response and Protection of the Human Body and Skull in Impact Situations," (with N. Perrone) Perspectives in Biomechanics, Part B, (Edited by H. Reul, D.N. Ghista, and G. Rau) Harwood Academic Publishers, New York, 1980, pp. 531-571.

J-048    "Mechanics of Some Human Body Motions," (with C.E. Passerello) Section X, Chapter 1, *Human Body Dynamics:  Impact, Occupational and Athletic Aspects*, Oxford University Press, 1981, (D.H. Ghista, Editor).

J-049    "Surface Geometry of Circular Cut Spiral Bevel Gears," (with J.J. Coy) *Transactions ASME, Journal of Mechanical Design*, Vol. 104, No. 4, 1982, pp. 743- 748.

J-050    "The Development of Equations of Motion for Single Arm Robots," (with F.A. Kelly), *IEEE Transactions on Systems, Man, and Cybernetics*, Vol. SMC-11, No. 3, May/June 1982, pp. 259-266.

J-051    "Validation of Finite Segment Cable Models," (with J.W. Kamman), *Computers and Structures*, Vol. 15, No. 6, 1982, pp. 653-660.

J-052    "A Discussion of Constraint Equations in Multibody Dynamics," (with J.W. Kamman) *Mechanics Research Communication*, Vol. 9, 1982, pp. 251-256.

J-053    "Tooth Profile Analysis of Circular-Cut, Spiral Bevel Gears," (with Y. Lin and J.J. Coy) *Transactions ASME, Journal of Mechanisms, Transmissions, and Automation in Design*, Vol. 105, 1983, pp. 132-137.

J-054    "A Finite Element Stress Analysis of Spur Gears Including Fillet Radii and Rim Thickness Effects," (with S.H. Chang and J.J. Coy) *Transactions ASME, Journal of Mechanisms, Transmissions and Automation in Design*, Vol. 105, 1983, pp. 327-330.

J-055    "Constrained Multibody System Dynamics -An Automated Approach," (with J.W. Kamman) *Computers and Structures*, Vol. 18, No. 6, pp. 999-1003, 1984.

J-056    "Contact Stresses in Locking Rings of Pipeline Closures -An Iterative Finite-Element Approach," (with C.D. Liu) *Computers and Structures*, Vol. 19, No. 3, 1984, pp. 467-473.

J-057    "Gear Design and Analysis," *Automotive Engineering and Litigation*, Garland, New York, 1988 (G.A. Peters and B.J. Peters, Editors), Chapter 22.

J-058    "Dynamics of Constrained Multibody Systems," (with J.W. Kamman),  Journal of Applied Mechanics, Vol. 51, No. 4, 1984, pp. 899-904.

J-059    "Modeling of Submerged Cable Dynamics" (with J.W. Kamman) *Computers and Structures* Vol. 20, No. 1-3, 1985, pp. 623-629.

J-060    "Dynamic Analysis of Straight and Involute Tooth Forms" (with H.H. Lin and J.J. Coy) *Gear Technology*, July/August, 1985, pp. 6-11.

J-061    "Collaborative Techniques in Modal Analysis" (with M.L. Amirouche) *Journal of Guidance, Control, and Dynamics*, Vol. 8, No. 6, 1985, pp. 782-785.

J-062    "UCIN-Gear:  A Finite-Element Computer Program for Determining Stresses in Spur Gears" (with S.H. Chang) *Advances in Surface Treatments*, Niku-Lari, Editor, Permagon Press, Oxford, 1986, pp. 249-256.

J-063    "Pressure Angle Change in the Transverse Plane for Circular Cut Spiral Bevel Gears" (with J.J. Coy) Gear Technology, Vol. 5., No. 3., 1986, pp. 42-48.

J-064    "Dynamics of Redundant Robots -Inverse Solutions" (with T.P. King) *Robotica*, Vol. 4, 1986, pp. 263-267.

J-065    "Computer Modelling of the Effects of Cyclic Loading on a Viscoelastic Slab" (with M. Pourazady and M.L. Brown) Computers and Structures, Vol. 25, No. 2, 1987, pp. 235-240.

J-066    "Frequency Response of the Human Body -An Application of Multibody Dynamics and Fourier Analysis" (with Y. Liu) *Journal of Vibration and Shock*, Shanghai, China, Vol. 5, No. 2, 1986, pp. 32-39.

J-067    "Computing Angular Velocity in Multibody Systems," *Engineering-Computations*, Vol. 3, No. 3, 1986, pp. 223-230.

J-068    "Kane's Equations with Undetermined Multipliers -Application with Constrained Multibody Systems" (with J.T. Wang) *Journal of Applied Mechanics*, Vol. 54, No. 2, 1987, pp. 424-429.

J-069    "Numerical Advances in Gross-Motion Simulations of Head/Neck Dynamics" (with C.S. Tien) *Journal of Biomechanical Engineering*, Vol. 109, 1987, pp. 162-168.

J-070    "Crash Victim Simulation:  Use of Computer Models" *International Journal of Industrial Ergonomics* Vol. 1, 1987, pp. 285-291.

J-071    "On the Equivalence of Kane's Equations and Gibbs' Equations in Multibody Dynamics" *Mechanics Research Communications*, Vol. 13, No. 2, 1987, pp. 113-131.

J-072    "An Overview of Safety Engineering in Human Factors," Ergonomics and Human Factors (L.S. Mark, J.S. Warm and R.L. Huston, Eds.) Springer, 1987, pp. 180-187.

J-073    "Comment on Relationship Between Kane's Equation and the Gibbs-Appell Equations," *Journal of Guidance Control and Dynamics*, Vol. 11., No. 2, March-April, 1988, pp. 191.

J-074    "Analysis of Opening Shock of a Chest Mounted Reserve Parachute," (with G. Khader) *Journal of Biomechanical Engineering*, Vol. 109, 1987, pp. 111-115.

J-075    "Modelling of a Carpet Installer Knee Kicker" (with Y.S. Liu and A. Bhattacharya) *International Journal of Industrial Ergonomics* Vol. 2, 1988, pp. 179-182.

J-076    "Computer Modeling of the Effects of Cyclic Loading on a Viscoplastic Rod" (with M. Pourzady and M. Brown) *Computers and Structures*, Vol. 28., No. 2., 1988, pp. 275-282.

J-077    "Dynamics of Large Constrained Flexible Structures" (with F.M.L. Amirouche) *Journal of Dynamic Systems Measurement and Control*, Vol. 110., No. 1, 1988, pp. 78-83.

J-078    "Analysis of Sulky Dynamics:  Implications in Harness Racing" (with R.A. Adelman) to be published in *1986 SAE Transactions*, 1987.

J-079    "Computational Methods in Constrained Multibody Dynamics: Matrix Formalisms" (with J.T. Wang), *Computers and  Structures*, Vol. 29, No. 2, 1988, pp. 331-338.

J-080    "Critical Frequencies of a Dynamically Loaded Viscoelastic Rod," (with H. Krishnamurthy and M. Pourazady), to be published in *Computers and Structures*, Vol. 29, No. 4, 1988, pp. 657-660.

J-081    "On Dynamic Loads in Parallel Shaft Transmissions: Part 1, Modeling and Analysis" (with H.H. Lin and J.J. Coy) *Journal of Mechanisms, Transmissions, and Automation in Design*, 1988, pp. 221-225.

J-082    "On Dynamic Loads in Parallel Shaft Transmissions:  Part 2, Parameter Study" (with H.H. Lin and J.J. Coy) *Journal of Mechanisms, Transmissions, and Automation in Design*, 1988, Vol. 110, 1988, pp. 226-229.  Also in:  *Gear Technology*, 1990, pp. 18-27.

J-083    "Dynamics of Redundant Robots -Application with Obstacle Avoidance," *Structural Analysis Systems* (Niku-Lari, Ed.) Permagon Books, Ltd. Oxford, Vol. 7, 1988, pp. 205-213.

J-084    "The Seatbelt Defense -Analysis of Several Accident Scenarios" (with T.P. King) *Forensic Reports 1988*, Vol. 1, 1988, pp. 219-228..

J-085    "Human Modelling for Rehabilitation" *Ergonomics in Rehabilitation* (A. Mital and W. Karwowski, Eds.) Taylor & Francis, Ltd., London, 1988, pp. 137-160.

J-086    "Methods of Analysis of Constrained Multibody Systems," *Mechanics of Structures and Mechanics*, Vol. 17, No. 2, 1989, pp. 135-134.

J-087    "Finite-Element Grid Improvement by Minimization of Stiffness Matrix Trace" (with M. Kittur and F.B. Oswald) *Computers and Structures*, Vol. 31., No. 6, 1989, pp. 891-896.

J-088    "A Comparison of Analysis Methods of Redundant Multibody Systems" (with J.T. Wang), *Mechanics Research Communications*, Vol. 16, No. 3, 1989, pp. 175-182.

J-089    "Finite Element Mesh Refinement for Stress Analysis" (with M.G Kittur) to be published in *Computers and Structures*, 1989.

J-090    "Analysis of Nonlinearly Constrained Multibody Systems" (with M. Xu and C. Liu) *International Journal of Non-Linear Mechanics*, Vol. 25., No. 5, 1990, pp. 511-519.

J-091    "Improvement in Finite Element Meshes:  Heat Transfer in an Infinite Cylinder"  (with M.G. Kittur and F.B. Oswald) *Computers and Structures*, Vol. 33, No. 5,1989, pp. 1115-1121.

J-092    "UCIN-DYNOCOMBS -Software for the Dynamic Analysis of Constrained Multibody Systems" (with J.W. Kamman and T.P.King) *Multibody Systems Handbook* (W. Schielen, Ed.) Springer-Verlag, 1990, pp. 103-111.

J-093    "Multibody Dynamics Formulations via Kane's Equations *Mechanics and Control of Large Flexible Structures* (J.L. Junkins, Ed.) Vol. 119, of *Progress in Aeronautics and Astronautics*, American Institute of Aeronautics and Astronautics, 1990, pp. 71-86.

J-094    "Dynamic Analysis of Elastic Beam-Like Mechanism Systems" (with W. Ying) *Journal of Mechanism, Transmissions, and Automation in Design*, Vol. 111, No.4.,1989, pp. 626-629.

J-095    "Dynamic Analysis of Biosystems -Future Trends and Research Opportunities" (with C.Q. Liu), *Mechanics and Practice*, Beijing, P. R. China, 1990.

J-096    "Multibody Dynamics-Modeling and Analysis Methods," Feature Article, *Applied Mechanics Reviews*, Vol. 44, No. 3, 1991, pp 109-117.

J-097    "Another Look at Orthogonal Curvilinear Coordinates in Kinematic and Dynamic Analysis" (with C.Q. Liu), *Journal of Applied Mechanics*, Vol. 59, No. 4, 1992, pp. 1033-1035.

J-098   "Computer Methods in Flexible Multibody Dynamics," *International Journal for Numerical Methods in Engineering*, Vol. 32, 1991, pp. 1657-1668.

J-099   "Finite Element Analysis of Pedestrian Head Impact Onto Automobile Hoods," with (D.R. Lemmon, M.Y. Wu, and D. Zuby), *Visions*, Issue 5.2, 1992, pp. 11-15.

J-100   "The Skelton Connection" (with R. Bozian, *Nautilus*, Oct/Nov 1992, pp. 30, 62, 63.

J-101   "Explicit Dynamical Equations for Constrained and Unconstrained Planar Multibody Systems" (with Y. Wang), *Computational Mechanics*, Vol. 11, 1993, pp. 233-244.

J-102   "A Basis for Solid Modeling of Gear Teeth with Applications in Design and Manufacture" (with D. Mavriplis, F.B. Oswald, and Y.S. Liu) *Mechanism and Machine Theory*, Vol. 29., No. 5, 1994, pp. 713-725.

J-103   "The Dynamics of Flexible Multibody Systems:  A Finite Segment Approach.  Part I: Theoretical Aspects and Part II:  Example Problems" (with J. Connelly) *Computers and Structures*, Vol. 50, No. 2, 1994, pp. 255-262.

J-104   "Use of Absolute Coordinates in Computational Multibody Dynamics" (Y. S. Liu and C. Q. Liu) *Computers and Structures*, Vol. 52, No. 1, 1994, pp. 17-26.

J-105   "An Energy Theorem for Developing Testing Functions for Numerical Simulation of Dynamic Systems" (with C. Q. Liu) *Journal of Dynamic Systems, Measurement, and Control*, Vol. 117, 1995, pp. 193-198.

J- 106   "Head Injury Reduction in Automobile/Pedestrian Impact" (with D. R. Lemmon and M. Wu) *Shock and Vibration*, Vol. 1, No. 6, 1994, pp. 559-568.

J-107   "Flexibility Effects in Multibody Systems" (with Y. Wang) *Computer-Aided Analysis of Rigid and Flexible Mechanical Systems*, Edited by M.F.O.S. Pereira and J.A.C. Ambrosio, NATO ASI Series E:  Applied Sciences-Vol. 286, Klumer Academic Publishers, 1994, pp. 351-376.

J-108   "On the Dynamics of an Arbitrary Flexible Body with Large Overall Motion–An Integrated Approach" (with D. Zhang and C.Q. Lui) *Mechanics of Structures and Machines*, Vol. 23 No. 2, 1995, pp. 419-438.

J-109   "Computational Methods for studying Impact in Multibody Systems" (with C. C. Chang) *Computers and Structures*, Vol. 57, No. 3, 1995, pp.421-425.

J-110   "A Lumped Parametric Method in the Nonlinear Analysis of Flexible Multibody Systems", *Computers and Structures*, Vol. 50, No. 3, 1994, pp. 421-432.

J-111   "Occupational Biomechanics of the Neck:  A Review and Recommendations" (with J. A. Hidalgo, A. M. Genaidy, and J. Arantes) *Journal of Human Ergology*, Vol 21, 1992, pp. 171-187.

J-112   "Impact Dynamics of Constrained Multibody Systems" (with C.C. Chang) *Shock and Vibration Computer Programs* (Edited by Walter and Barbara Pilley) Shock and Vibration Analysis Center, Booz Allen and Hamilton, Arlington, VA 22202, 1995, pp 717-730.

J-113   "On Dynamic Stiffening of Flexible Bodies Having High Angular Velocity" (with D. Zhang) *Mechanics of Structures and Machines*, Vol. 24, No. 3, 1996, pp 313-329.

J-114   "A Cross-Validation of the NIOSH Limits for Manual Lifts," (with J. Hildalgo, A. Genaidy, W. Karwowski, D. Christensen, R. Huston and J. Stambough), *Ergonomics*, Vol. 38, No. 12, 1995, pp 2455-2464.

J-115   "Multibody Dynamics since 1990", *Applied Mechanics Review*, Vol. 49, No. 10, 1996, pp 535-540.

J-116   "Motion Trajectories of Space Robots with Nonholonomic Constraints", (with X. Wang, D. Zhang, and Y. Liu), to be published in *Space Technology*, 1997.

J-117   "Dynamic Stiffening Model of Flexible Structures and Variable Structure Control", (with D. Zhang, X. Wang, C.Li and Y. Liu), *Space Technology*, Vo. 16, No. 5/6.

J-118   "A General Procedure to Capture the Dynamic Stiffness" (with D. Zhang, H. Zhang, and Y. Liu, *Transactions of Tianjin University*, Vol. 1., No.1, 1995, pp. 20-25.

J-119   Optimal Human Posture – Analysis of a Waitperson Holding a Tray", (with V.S. Liu), *The Ohio Journal of Science*, Vol. 96., No. 4/5, 1996, pp. 93-96.

J-120   Industrial Training in Manufacturing Industries", (with A. Pennathur, A. Mital, and D. Thompson) to be published in *International Journal of Computer Integrated Manufacturing*, 1997.

J-121   "Robot Cleaning of Underground Liquid Storage Tanks - Feasibility and Design Considerations", (with A. Mital, M. Kulkarni, and S. Amand) *Robots and Autonomous Systems*, Vol. 20, 1997, pp. 49-60.

J-122   "Biomechanical Assessment of Titanium and Stainless Steel Posterior Spinal Constructs and Effects of of Absolute/Relative Loading and Frequency on Fatigue Life and Determination of Failure Modes" (with J.L. Stambough, H.M. Genaidy, H. Serhan, F. El-Katib and E.H.Sabri) *Journal of Spinal Disorders*, Vol. 10, No. 6, 1997, pp 473-481.

J-123   "A Comprehensive Lifting Model: Beyond the NIOSH Lifting Equation", (with J. Hidalgo, A. Genaidy, W. Karwowski, D. Christensen, and J. Stambough), *Ergonomics*, Vol. 40, 1997, pp. 916-927.

J-124   "Effects of Cross-Linkage on Fatigue Life and Failure Modes of Stainless Steel Posterior Spinal Constructs" (with J.L. Stambough, E.H. Sabri, A.M. Genaidy, F. El-Khatib, and H. Serhan), *Journal of Spinal Disorders,* Vol. 11, No. 3, 1998, pp 221-226.

J-125   "Validation of an Analytical Model of a Right-Angle Collision between a Vehicle and a Fixed, Rigid Object" (with C.A. Grau), *International Journal of Crashworthiness*, Vol. 3, No. 3, 1998, pp. 249-264.

J-126   "The Need for Worker Training in Advanced Manufacturing Technology (AMT),Environments: A White Paper" (with A. Mital, A. Pennathur et al., *International Journal of Industrial Ergonomics*, Vol. 24, No. 3, Sept. 1999.

J-127    "A Framework for Training Workers in Contemporary Manufacturing Environments" (with A. Mital, A. Pennathur, et.al.) *International Journal of Computer Integrated Manufacturing*, Vol. 12, No. 4., 1999, pp 291-310.

J-128    "Modeling and Equations of Motion of Variable Length Towed and Tethered Cable Systems" (with J. W. Kamman), *Journal of Guidance Control and Dynamics*, Vol. 22, No. 4, 1999, pp 602-608..

J-129    "Strength and Fatigue Resistance of Thoracolumbar Spine Implants - An Experimental Study of Selected Spinal Devices" (with J. Stambough, A. Genaidy, F. El-Khalib, et.al.), *Journal of Spinal Disorders*, Vol. 12, No. 5, 1999, pp. 410-414.

J-130    "Accident Investigation: Motor Vehicle Accidents", Industrial and *Occupational Ergonomics: User's Encyclopedia (Encyclopedia of Ergonomics)*, (A. Mital, et.al. Eds.) (On CD-ROM), *International Journal of Industrial Engineering*, ISBN 0-9654506-0-0, 1999.

J-131    "Accident Investigation: Slip and Fall Accidents", *Industrial and Occupational Ergonomics: User's Encyclopedia (Encyclopedia of Ergonomics)*, (A. Mital, et.al., Eds.) (On CD-ROM), *International Journal of Industrial Engineering*, ISBN 0-9654506-0-0, 1999.

J-132    "Risk of Injury: Assessment, Affordance and Risk (Benefit Analyses)", *Industrial Engineering Applications and Practice: User's Encyclopedia*, (A. Mital, et.al., Eds.) (On CD-ROM), *International Journal of Industrial Engineering*, 1999.

J-133    "Use of Elliptic Functions to Study Skip-Lock Automobile Seat Belt Retractors", *International Journal of Non-Linear Mechanics*, Vol. 35, No. 2, 1999, pp 325-331.

J-134    "What I Learned in 25 Years of Teaching Introductory Biomechanics" *International Journal Engineering Education*, Vol. 15, No. 4, 1999, pp 240-242.

J-135    "Constraint Forces and Undetermined Multipliers in Constrained Multibody Systems", *Multibody System Dynamics*, Vol. 3, 1999, pp. 381-389.

J-136    "Multibody Dynamics Modeling of Variable Length Cable Systems", with J. Kamman, to be published in *Multibody System Dynamics*, 2000.

J-137    "Beware of Dimension Reduction in Computational Mechanics Software", *Mechanics Research Communications*, Vol. 27., No.2, 2000, pp 131-136.

J-138    "Testing the Accuracy of Numerical Simulations of Multibody Systems", (with J. Kamman), *Mechanics Research Communications*, Vol. 28, No. 1, 2001, pp 1-6.

J-139    "Collisions of Multibody Systems" (with C. Chang) *Computational Mechanics*, Vo. 27, No. 5, 2001, pp 436-444.

J-140    "A Review of the Effectiveness of Seat Belt Systems: Design and Safety Considerations", *International Journal of Crashworthiness*, Vol. 6, No. 2, 2001, pp 243-252.

J-141    "A Model for Human Vibration Studies and for Predicting Response to Jolting and Jarring", (with S.C. Huang) *Journal of Mechanics in Medicine and Biology*, Vol. 2, No. 1, 2002, pp. 37-52.

J-142    "Dynamics of Multibody Systems Subjected to Impulsive Constraints" (with C. C. Chang and C.Q. Liu), *Multibody System Dynamics*, vol. 8,  2002, pp 161-184.

J-143    "An Expert Cognitive Approach to Evaluate Physical Effort and Injury Risk in Manual Lifting – a Brief Report of a Pilot Study, (with S. Yeung, A.M. Genaidy, and W. Karwowski), *Human Factors and Ergonomics in Manufacturing*, Vol. 12, No. 2, 2002, pp. 227-234.

J-144    "Equivalent Control of Constrained Multibody Systems", (with C.Q. Liu, and FiLi) *Multibody System Dynamics*, vol. 9, 2003.0

J-145    "Basketball Shooting Strategies–FreeThrow, Direct Shot and Lay Up" (with C. A. Grau) *Sports Engineering, Vol. 6, No.1, 2003, pp. 44-63.*

## Conference Papers and Presentations:

P-001    "Dynamics of an Annular Disk Rolling on It's Inner Rim on a Circular Cylinder," presented at the Third Southeastern Conference on Theoretical and Applied Mechanics, Columbia, SC, 1966. Published in *Developments in Theoretical and Applied Mechanics*, Vol. III, pp. 505-513.

P-002    "Time-Dependent Release of Fission Products from Small Defects in Fuel Elements," (L.E. Eckart and J.H. Leonard) Annual Meeting - American Nuclear Society, 1971 - *Transactions of American Nuclear Society* Vol. 13, No. 1.

P-003    "Behavioral Model of Labor-Management Relations for Decision Making," (with A.M. Strauss and B.A. Raymond) published in the *Proceedings of the 1972 American Institute of Decision Sciences Midwest Conference*

P-004    "Design of Social System Models," (with A.M. Strauss) American Society for Engineering Education, *Engineering Design Committee Newsletter*, No. 3, June 1972, pp. 21-23.

P-005    "Analysis of Social Systems," (with S.A. Glantz and A.M. Strauss) presented at the 1972 West Virginia Academy of Sciences Meeting and Published in *Proceedings of the West Virginia Academy of Science*, 1972, pp. 182- 197.

P-006    "International Conflict - A Basis for Prediction and System Analysis," (with A.M. Strauss) *West Virginia Academy of Sciences Meeting*, Fairmont, WV, April 6, 1973.

P-007    "A New Experimental Method of Stress Measurements in the Interior of an Elastic Body," (with J.C. Huston) *West Virginia Academy of Sciences Meeting*, Fairmont, WV, April 6, 1973.

P-008    "A Three-Dimensional Vehicle-Man Model for Collision and High Acceleration Studies," (with R.E. Hessel and C.E. Passerello) Paper No. 740274 *SAE Automotive Engineering Congress and Exposition*, Detroit, MI, February 28, 1974.

P-009    "On Dynamics of Chain Systems," (with C.E. Passerello) ASME Paper No. 74-Wa/Aut. 11, presented at the ASME Winter Annual Meeting, New York, NY, November 21, 1974.

P-010    "The UCIN 3-Dimensional Aircraft Occupant 32 Multisegment Model," (with C.E. Passerello, M.W. Harlow, and J.M. Winget) presented at the Symposium on Aircraft Crashworthiness, Cincinnati, OH, October 1975, and published in *Aircraft Crashworthiness*, University Press of Virginia, 1975, pp. 311-324.

P-011    "Dynamics of a Crash Victim - A Finite Segment Model" (with R.E. Hessel and J.M. Winget) AIAA-ASME-SAE Structures Structural Dynamics and Materials Conference, Denver, CO, May 1975.

P-012    "Cable Dynamics - a Finite Segment Approach," (with J.M. Winget) presented at the National Symposium on Computerized Structural Analysis and Design, George Washington University, Washington, DC, March 1976.

P-013    "An Analytical Analysis of Walking," (with T.A. Abdelnour, and C.E. Passerello) ASME Paper No. 75-WA/BIO-4, presented at the 1975 ASME Winter Annual Meeting, Houston, TX.

P-014    "Biodynamics of Deformable Human Body Motion," (with A.M. Strauss) Advances in
         Engineering Science, Vol. 1 Proceedings, 13th Annual Meeting of the Society of
         Engineering Science November 1976, NASA, pp. 309-318.

P-015    "Numerical Prediction of Head/Neck Response to Shock- Impact," (with J.C. Huston and C.E.
         Passerello) presented at the ASME Winter Annual Meeting, 1976, and published in
         *Measurement and Prediction of Structural and Biodynamic Crash-Impact Response*,
         ASME, 1976, pp. 137-150.

P-016    "Crash-Victim Simulation," (with C.E. Passerello, M.W. Harlow, R.E. Hessel, J.E. Winget,
         and J.C. Huston) presented at the First Biomedical Engineering Symposium, Cincinnati,
         OH, May 22, 1976.

P-017    "Simulation of 3D Response of a Human Model Subjected to an Arbitrary Shock Pulse," (with
         M.W. Harlow and C.E. Passerello) presented at the National Symposium on
         Computerized Structural Analysis and Design, George Washington University,
         Washington, DC, March 1976.

P-018    "On the Kinematics of Large Mechanical Systems," Proceedings, NSF Workshop on New
         Directions in Kinematics Research, Stanford University, August 2-3, 1976.

P-019    "A Biodynamic Model of a Parachutist," (with  J.M. Winget and M.W. Harlow) presented at
         the Symposium on Bio-Dynamic Models and Their Applications, WPAFB-AMRL, February
         1977.

P-020    "A Comprehensive, Three-Dimensional Head-Neck Model for Impact and High Acceleration
         Studies," (with J.C.Huston and M.W. Harlow) presented at the Symposium on Biodynamic
         Models and Their Applications, WPAFB-AMRL, February 1977.

P-021    "The UCIN Head-Neck Computer-Simulation Model," (with J. Sears and J.C. Huston) 9th
         Annual Neuroelectric Society Meeting, Marco Beach, FL, December 1977.

P-022    "Crash Victim Simulation," AIAA Fourth Annual Mini-Symposium on Aerospace Technology
         Present and Future, AFIT, W PAFB, March 1978.

P-023    "The UCIN Three-Dimensional Crash-Victim Simulation Codes," Motor Vehicle
         Manufacturers Association Seminar, Detroit, MI, February 1978.

P-024    "Dynamic Stress Analysis of Complex Bodies Experiencing Large Deformations," (with A.M.
         Strauss) presented at the 8th US National Congress on Applied Mechanics, UCLA, Los
         Angeles, CA, June 1978.

P-025    "Effects of Helmet Inertia and Restraining Collars on Head/Neck Dynamics," (with J. Sears)
         presented at the 1978 Meeting of the American Society of Biomechanics, Ann Arbor, MI,
         October 26, 1978.

P-026    "An Evaluation of Computer Subroutines in Solving Stiff Differential Equations," (with D.C.
         Krinke) presented at the Second International Conference on Computational Methods in
         Nonlinear Mechanics, The Texas Institute for Computational Mechanics, March 1978.

P-027    "On Dynamics of a Weighted Bowling Ball," (with C.E. Passerello, J.M. Winget, and J. Sears)
         ASME Paper No. 79-WA/A PM-17, presented at the ASME Winter Annual Meeting, 1979.

Case 1:03-cv-00120    Document 54-6    Filed in TXSD on 05/13/2005    Page 28 of 49

P-028    "Effect of Protective Helmet Mass on Head/Neck Dynamics," (with J. Sears) presented at the 1979 ASME/CSME Applied Mechanics-Fluids Engineering-Bioengineering Conference, Niagara Falls, NY, June 1979, published in ASME *1979 Biomechanics Symposium AMD*, Vol. 32, pp. 227-229.

P-029    "The Impact of Federal Energy Policies on Engineering Education and Research," 87th Annual Conference, American Society for Engineering Education, Louisiana State University, Baton Rouge, LA, 1979.

P-030    "UCIN Human Body Accident Simulation Model," presented at National Bureau of Standards Seminar, Washington, DC, August 1979.

P-031    "Recent Advances in Robotics Research," (with F. Kelly) SAE Paper 800303, presented at the 1980 Society of Automotive Engineers Annual Congress and Exposition, Detroit, MI, February 1980.

P-032    "Compliance in Manipulator Links and Joints," NSF Workshop on Robotics Research, Kingston, RI, April 1980.

P-033    "On Parachutist Dynamics," (with J.W. Kamman) presented at the Fourth Annual Conference of the American Society of Biomechanics, Burlington, VT, October 1980.

P-034    "A Basis for the Analysis of Surface Geometry of Spiral Bevel Gears," (with J.J. Coy) Symposium of Advanced Power Transmission Technology, NASA Lewis Research Center, June 9-11, 1981.

P-035    "Flexibility Effects in a Robot Arm," (with F.A. Kelly) presented at the 1981 Joint Automatic Controls Conference, Charlottesville, VA, June 1981, published in the *Proceedings 1981 JACC* Vol. 1, p. WP-2C, 1981.

P-036    "Computerized Simulation of Whole Body Dynamics:  Aspects of Human Movement Modelling," (with R.F. Zernicke) presented at the Second International Symposium of Biomechanics Cinematography and High Speed Photography, August 1981, San Diego, CA.

P-037    "Biomathematical Modelling of Athletic Maneuvers," presented at the Third International Conference on Mathematical Modelling, University of Southern California, Los Angeles, CA, July 1981.

P-038    "Surface Geometry of Circular Cut Spiral Bevel Gears," (with J.J. Coy) ASME Paper No. 81-DET-113, presented at the ASME Design Engineering Technical Conference, Hartford, CT, September 1981.

P-039    "Constrained Multibody System Dynamics -An Automated Approach," (with J.W. Kamman) presented at the Symposium on Advances and Trends in Structural and Solid Mechanics, Washington, DC, 1982.

P-040    "Effect of Restraining Belts in Preventing Vehicle- Occupant/ Steering-System Impact," (with M.W. Harlow and R.F. Zernicke) presented at the 1982 Society of Automotive Engineers International Congress and Exposition, SAE Paper No. 820471, Detroit, MI, 1982.

P-041    "Multibody Dynamics: Analysis of Flexibility Effects," Invited Symposium Paper, Ninth US
          National Congress of Applied Mechanics, Cornell University, Ithaca, NY, 1982,
          Proceedings, ASME, pp. 265-271.

P-042    "New Approaches in Robot Dynamics and Control," (with F.A. Kelly) presented at the ASME
          Second International Computer Engineering Conference, (Published in the Proceedings),
          San Diego, CA, 1982.

P-043    "Tooth Profile Analysis of Circular Cut Spiral Bevel Gears" (with Y. Lin and J.J. Coy) ASME
          Paper No. 82- DET-79, presented at the ASME Design and Production Engineering
          Technical Conference, Arlington, VA, 1982.

P-044    "A Finite Element Stress Analysis of Spur Gears Including Fillet Radii and Rim Thickness
          Effects," (with S.H. Chang and J.J. Coy) ASME Paper No. 82-WA/DE-35, presented at
          the ASME Winter Annual Meeting, Phoenix, AZ, 1982.

P-045    "Modelling of Submerged Cable Dynamics," (with J.W. Kamman) presented at the
          Symposium on Advances and Trends in Structures and Dynamics, Washington, DC,
          1984.

P-046    "Unicycle Dynamics and Stability," presented at the 1984 Society of Automotive Engineers
          Annual Congress and Exposition, Detroit, MI.

P-047    "Contact Stresses in Locking Rings of Pipeline Closures -An Iterative Finite-Element
          Approach," (with C.D. Liu) presented at the ASME Pressure Vessel and Piping
          Conference, San Antonio, TX, June 1984.

P-048    "Dynamics of Constrained Multibody Systems," (with J.W. Kamman) presented at the Winter
          Annual Meeting, ASME Paper No. 84 - WA/APM-25, American Society of Mechanical
          Engineers, New Orleans, LA, 1984.

P-049    "Biodynamic Modelling of the Head/Neck System," (with J. Tien) First Mid-Central
          Ergonomics/Human Factors Conference, Cincinnati, OH, 1984. Published in *TRENDS in
          Ergonomics: Human Factors I* A. Mital, Editor, Elsevier Science Publishers (North
          Holland), 1984, pp. 45-50.

P-050    "Modelling of Human Body Vibration," (with M. Amirouche) First Mid-Central
          Ergonomics/Human Factors Conference, Cincinnati, OH, 1984. Published in *TRENDS in
          Ergonomics: Human Factors I* A. Mital, Editor, Elsevier Science Publishers (North
          Holland), 1984, pp. 65-70.

P-051    "Analysis of Human Body Dynamics in the Frequency Domain," (with Y. Liu) First Mid-Central
          Ergonomics/Human Factors Conference, Cincinnati, OH, 1984. Published in *TRENDS in
          Ergonomics: Human Factors I*, A. Mital, Editor, Elsevier Science Publishers (North
          Holland), 1984, pp. 71-75.

P-052    "Electrogoniometer Measuring System for Human, Gait," (with M.A. Carpenter) First
          Mid-Central Ergonomics/Human Factors Conference, Cincinnati, OH, 1984. Published in
          TRENDS in Ergonomics: Human Factors I, A. Mital, Editor, Elsevier Science Publishers
          (North Holland), 1984, pp. 77-81.

P-053    "A Computer Aided Design Procedure for Generating Gear Teeth" (with S.H. Chang) presented at the Fourth International Power Transmission and Gearing Conference, Paper No. 84-Det-184, Boston, MA, 1984.

P-054    "Flexibility and Transient Effects of a Multiarm Robot," (with M. Amirouche) presented at the 7th Symposium on Engineering Applications of Mechanics, University of Toronto, Toronto, Ontario, Canada, 1984, pp. 7-11.

P-055    "Use of Finite-Segment Modelling in Computer Aided Engineering (CAE)," (with M. Amirouche) presented at the 1980 ASME Modelling and Simulation Conference, Minneapolis, MN, 1984.

P-056    "Frequency Domain Analysis of Human Body Dynamics - A Parameter Study," (with Y. Liu and T.P. King) presented at the ASME Winter Annual Meeting, New Orleans, LA, 1984.Published in *1984 Advances in Bioengineering*, ASME, 1984, pp. 135-136.

P-057    "Need for Supercomputers in Multibody Systems Analysis," NSF Conference on Supercomputers in Mechanical Systems Research, Lawrence Livermore Laboratories, Livermore, CA, 1984.

P-058    "University - Industry - Government Cooperative Graduate Program in Robotics," (with E.L. Hall, W.G. Wee, and T.R. McKnight) IEEE/ASEE Frontiers in Education Conference, Philadelphia, PA, 1984.

P-059    "Biodynamic Modelling of the Head/Neck System," (with C.S. Tien) presented at the 1985 SAE Annual Congress and Exposition, Detroit, MI.  Society of Automotive Engineers Paper No. 850438.  Published in *Field Accidents:  Data Collection, Analysis, Methodologies and Crash Injury Reconstructions.* SAE P-159, pp. 359-364.

P-060    "Collaborative Techniques in Model Analysis," (with M. Amirouche) to be presented at the AIAA/ASME/ASCE/AHS 26th Structures, Structural Dynamics, and Materials Conferences, Paper No. 41AA-85-0632-CP, Orlando, FL, 1985.

P-061    "Dynamic Analysis of Straight and Involute Tooth Forms," (with H.H. Lin and J.J. Coy), Presented at the Fourth International Power Transmission and Gearing  Conference, ASME, Boston, 1984.

P-062    "Solution of the Inverse Problem in Robot Control," 94th Annual Meeting, Ohio Academy of Science, Cincinnati, OH, April 1985.

P-063    "Dynamic Load Factor in Transmission Systems," (with E. Lin) Army/NASA Workshop on Rotorcraft Drivetrain and Gearing, Lewis Research Center, Cleveland, OH, June 1985.

P-064    "Analysis of Simple Throwing," (with T.P. King) Second Annual Mid-Central Ergonomics and Human Factors Conference, Purdue University, June 1985, published  in *Trends in Ergonomics/ Human Factors II*, Eberts and Eberts Editors, North Holland, 1985, pp. 265-271.

P-065    "Statics and Dynamics of a Flexible Manipulator," (with  F.A. Kelly) *Proceedings 1985 ASME International Computers in Engineering Conference*, Boston, 1985, pp. 87-94.

P-066   "Useful Procedures in Multibody Dynamics," presented at the Symposium on Dynamics of
        Multibody Systems, Sponsored by the International Union of Theoretical and Applied
        Mechanics (IUTAM) Udine, Italy, September, 1985.  Published in *Dynamics of Multibody
        Systems* (G. Bianchi and W. Schiehlen, Eds.) Springer, 1986, pp. 69-77.

P-067   "Modelling and Parameter Identification of Vibrating Systems in Dynamic Space" (with M. Xu)
        presented at the 4th International Modal Analysis Conference, Los Angles, CA, February,
        1986, published in the Proceedings, pp. 422-426, Union College, Schnechtady, NY.

P-068   "Evaluation of Constraint Forces in Multibody System Dynamics" (with J.T. Wang) presented
        at the Tenth US National Congress of Applied Mechanics, Austin, TX, 1986.

P-069   "A New Method for Linear Feedback Robotic Control" (with Y. Stepanenko) presented at the
        1986 ASME International Computers in Engineering Conference and Exhibition, Chicago,
        IL, 1986, published in *Computers in Engineering - 1986* - Volume One (G. Gupta, Ed.)
        ASME, pp. 107-111.

P-070   "Procedures for Studying Throwing Motion" (with T.P. King) presented at the Third
        Mid-Central Ergonomics/Human Factors Conference, Oxford, OH, 1986.

P-071   "Modelling of a Carpet Layer's Knee-Kicker" (with Y.S. Liu and A. Bhattacharya) presented at
        the Third Mid-Central Ergonomics/Human Factors Conference, Oxford, OH, 1986.

P-072   "A New Approach to the Control of Redundant Space Manipulators" presented at the AIAA
        11th Annual Mini-Symposium on Aerospace Science and Technology, Wright-Patterson
        Air Force Base, OH, 1986.

P-073   "China Reconstructs," presented at the Economic Development Conference, Cincinnati, OH,
        1986.

P-074   "A New Approach to Swimming Analysis" (with M. Khaledi) presented at the 1986 Ohio
        Academy of Science Meeting, Toledo, OH, April, 1986.

P-075   "Biodynamic Modelling of Carpetlayer Dynamics" (with A. Bhattacharya, T.P. King, and P.B.
        Patel) presented at the Annual International Industrial Ergonomics and Safety Conference
        '86, Louisville, KY, 1986, published in *Trends in Ergonomics/Human Factors III* (W.
        Karwaski, Ed.) Elsevier Science Publishers B.V. (North Holland), 1986, pp. 759-764.

P-076   "A Modified Form of Kane's Equations for Automated Analyses of Multibody Systems" (with
        J.T. Wang) U.S. Army Workshop on Kinematics, Dynamics and Control of Mechanisms
        and Manipulators, Troy, NY, 1986.

P-077   "New Directions in Redundant Robot Dynamics," SME Robotics International Conference,
        Scotsdale, AZ, 1986.

P-078   "Analysis of Sulky Dynamics:  Implications in Harness Racing" (with R.A. Adelman) SAE
        Paper No. 861365, presented at the Society of Automotive Engineers Passenger Car
        Meeting and Exposition, Dearborn, Michigan, 1986.

P-079    "Parametric and Nonparametric Methods for System Dynamic Analysis" (with Y. Liu and L. Li) presented at the Ninth International Conference on Production Research, Cincinnati, OH, 1987: published in the *Proceedings*, pp. 785-881.

P-080    "Determination of Cutting Tool Wear Using Pattern Recognition Technology" (with L. Li, Y. Liu, and Z. Chen) presented at the Ninth International Conference on Production Research, Cincinnati, OH, 1987; published in the *Proceedings*, pp. 516-521.

P-081    "Modal Analysis Investigation of Robot Manipulators" (with Y. Liu, T. Zang, and R. Kao) presented at the Ninth International Conference on Production Research, Cincinnati, OH, 1987; published in the *Proceedings*, pp. 1081-1086.

P-082    "Design and Analysis of Double Circular Arc Profile Spiral Bevel Gears" (with J. Li) presented at the Ninth International Conference on Production Research, Cincinnati, OH, 1987; published in the *Proceedings*, pp. 1551-1557.

P-083    "Kane's Equations with Undetermined Multipliers -Application to Constrained Multibody Systems" (with J.T. Wang) presented at ASME Applied Mechanics, Bioengineering and Fluids Engineering Summer Conference, Cincinnati, OH, 1987.

P-084    "Fundamentals of Throwing Analyses" (with T.P. King) presented at ASME Applied Mechanics, Bioengineering and Fluids Engineering Summer Conference, Cincinnati, OH, 1987.

P-085    "Application of Passerello-Huston's Equations to the Dynamic Analysis of Constrained Redundant Robots" (with G. Kan) presented at the 1987 Symposium on Advanced Manufacturing, Lexington, KY.  Published in the *Proceedings*, pp. 91-94.

P-086    "Kinematic and Kinetic Patterns of Carpet Stretching Task" (with A. Bhattacharya, B. Clayton, H.K. Ramakrishanan, V. Srivastava, and T.P. King), presented at the ASME Applied Mechanics, Bioengineering and Fluids Engineering Summer Conference, Cincinnati, OH, 1987.

P-087    "Redundant and Constrained Multibody Systems:  Modeling and Computational Methods," SDIO/NASA Workshop on Multibody Simulation, Pasadena, CA, 1987.

P-088    "Optimization of Basketball Foul Shot Technique" (with T.R. King) presented at the Biomechanics in Sport Conference, ASME Winter Annual Meeting, Boston, 1987, published in *Biomechanics in Sport -A 1987 Update*, BED Vol. 6, pp. 101-106.

P-089    "Analysis of the 3-Point Restraint Systems," (with T.P. King) presented at the 1988 Society of Automotive Engineers Annual Congress and Exposition, Detroit, MI, published in *Automatic Occupant Protection Systems*, SP-736, pp. 55-60, 1988.

P-090    "Analysis of Nonlinearly Constrained Nonholonomic Multibody Systems" (with M. Xu and C. Liu) presented at the second Conference on Non-Linear  Vibrations,  Stability, and Dynamics of Structures and Mechanics, Army Research Office, Virginia Polytechnic Institute and State University, Blacksburg, VA, 1988.

P-091    "Procedures for the Analysis of Constrained Multibody Systems" (with Y. Liu) presented at the International Conference of Machine Dynamics and Engineering (ICMDEA), Xi'an,

People's Republic of China, 1988. Published in *Proceedings ICMDEA*, Xi'an Jiaotong University Press, 1988, pp. F6-F8.

P-092    "The Use of Kane's Method in the Modelling and Simulations of Robotic Systems," presented at the IMACS Symposium on System Modelling and Simulation, Cetraro, Italy, 1988.

P-093    "Dynamic Analysis of Elastic Beam Like Mechanism Systems (with W. Ying) presented at the 1988 ASME Design Technology Conferences, Orlando, FL, 1988, published in *Trends and Developments in Mechanisms, Machines and Robotics*, 1988, ASME, DE-Vol. 15-2, pp. 457-460.

P-094    "Research Needs and Opportunities in Machine Dynamics -An NSF-ASME Study" (with A.H. Soni, E.J. Haug, B. Paul, K.J. Waldron, T. Bejezy, and A.G. Edrman), 1988 ASME Design Technologies Conferences, Orlando, FL, 1988, Published in *Trends and Developments in Mechanism Machines and Robotics*, 1988, ASME, DE-Vol 15-1, pp. 15-26.

P-095    "Design and Manufacture of Gear Teeth Using I-DEAS" (with D. Mavriplis) SDRC 1988 I-DEAS/CAEDS User's Conference Series *Instructional Proceedings*, pp. 47-56.

P-096    "Computer Aided Design of Bevel Gear Tooth Surface" (with S.H. Chang and J.J. Coy) ASME 5th International Power Transmission and Gearing Conference, Chicago, IL, April, 1989, published in *Proceedings* (ASME), pp. 585-592.

P-097    "Effect of Fitting Parameters on Spur Gear Stresses" (with P. Somprakit and M. Pourazady) ASME 5th International Power Transmission and Gearing Conference, Chicago, IL, April, 1989, published in *Proceedings* (ASME), pp. 815-821.

P-098    "Comparison of Boundary Element and Finite Element Methods in Spur Gear Root Stress Analysis" (with H. Sun, D. Mavriplis, and F.B. Oswald) ASME 5th International Power Transmission and Gearing Conference, Chicago, IL, April, 1989, published in *Proceedings* (ASME), pp. 163-166.

P-099    "Computer Aided Design of Spur Gear Teeth" (with D. Mavriplis and F.B. Oswald) ASME 5th International Power Transmission and Gearing Conference, Chicago, IL, April, 1989, published in *Proceedings* (ASME), pp. 539-545.

P-100    "Analysis of Impact in Multibody Systems" (with C.C. Chang) 1989 Modeling and Simulation Conference, Pittsburgh, PA, May, 1989.

P-101    "Computer Graphic Simulation of Industrial Accident Victim Dynamics" (with J.K. Tzou) Annual Industrial Ergonomics and Safety Conference '89, Cincinnati, OH, 1989 published in *Advances in Industrial Ergonomics and Safety I* (A. Mital, Ed.) Taylor & Francis, 1989, pp. 133-150.

P-102    "Use of Kane's Equations in Multibody Dynamics" Twenty-first Midwestern Mechanics Conference, Houghton, Michigan, 1989, published in *Developments in Mechanics*, Vol. 15, (Ed. by J.B. Ligon, et al.), Michigan Technological University, 1989, pp. 95-101.

P-103    "How to Use an Expert and Win in Product Liability Litigation," Cincinnati Bar Association Seminar on Product Liability, Cincinnati, OH, 1989.

P-104    "Multibody Dynamics Formulation via Kane's Equations" AIAA Dynamics Specialist Conference Paper No. AIAA-90-1134, Long Beach, CA, 1990, published in *Proceedings*, Publication CP903, American Institute of Aeronautics and Astronautics, Washington, D.C., 1990, pp. 424-430.

P-105    "Engineering Perspective:  Defective Seatbelts and Seatbelt Defense," Northern Kentucky Bar Association Seminar, Northern Kentucky University, Covington, KY, 1990.

P-106    "How Does the Waiter Hold the Tray -Optimal Human Posture and Motion" (with Y. S. Liu) Fifth Mid-Central Ergonomics and Human Factors Meeting, University of Dayton, Dayton, OH, 1990.

P-107    "Recent Computational Advances in Multibody Dynamics," International Conference on Dynamics, Vibrations and Control, Beijing, P. R. China, 1990.

P-108    "A Study on Finite Segment Modelling in Flexible Multibody Systems" (with D. Zhang and Y. Liu) International Conference on Dynamics Vibration and Control, Beijing, P. R. China, 1990.

P-109    "An Automatic Incrementation Technique of the Boundary Element Method for Two-Dimensional Contact Problems with Friction" (with H. Sun) *Computational Engineering with Boundary Elements* (A.H.D. Chang, C.A. Brebbia, S. Grilli, Eds.) Computational Mechanics Publishers, Boston, 1990, pp. 19-35.

P-110    "Monitoring of Contact Stresses in Advanced Propulsion Systems" (with P. Somprakit and J.E. Wade, II), Second Annual Health Monitoring for Space Propulsion Systems, Cincinnati, Ohio, 1990, *Proceedings*, pp. 334-360.

P-111    "Control of Redundant Robot Manipulators" (with T.P. King) Twenty-Second Annual Modeling and Simulation Conference, Pittsburgh, 1991, Published in *Modeling and Simulation* (with W.G. Vogt and M.H. Mickle Eds.) Part 4, University of Pittsburgh Press, 1991, pp 1888-1894.

P-112    "A Personal Computer Software for Dynamic Modeling of Crash" (with S.C. Huang) presented at the Eighth International Conference on Mathematical  and Computer Modeling, College Park, Maryland, 1991.

P-113    "Contact Stresses in Gear Teeth -A New Method of Analysis" (with P. Somprakit and F.B. Oswald) presented at the AIAA 27th Joint Propulsion Conference, Sacramento, CA, 1991.

P-114    "Finite Element Modelling of Pedestrian Head Impact onto Automobile Hoods" (with D.R. Lemmon, R.S. Ballinger, J. Kessler, J. Elias, and D. Zuby) Thirteenth International Technical Conference on Experimental Safety Vehicles, Paris, France, 1991.

P-115    "Automobile Crash-Victim Modelling and Simulation -A Comprehensive Analysis," (with Ming-Yi Wu) presented at the Twenty-Third Annual Pittsburgh Conference on Modelling and Simulation, Pittsburgh, Pennsylvania, 1992.  Published in *Proceedings*, pp 1001-1008.

P-116    "Kinematic Synthesis of Gripper Jaws Profile for the Cylindrical Components," (with M.Y. Wu and C.H. Li) Second National Applied Mechanics and Robotics Conference, Cincinnati, Ohio, 1991.

P-117    "Optimization of Involute Gear Tooth Profile Modifications for Tooth Scaring Reduction" (with P. Sroda and S. Arand) ASME 1992 Design Technical Conferences, Scotsdale Arizona, 1992.

P-118    "Effects of Helmet Mass on Neck Dynamics During Impact in Sports," (with G.A. Khader), ASTM Symposium on Head and Neck Injuries in Sports, Atlanta, GA, 1993.

P-119    "Passive Restraint Litigation:  Issues, Analysis and Action" (with L.E. Coben and R.C. Roberts) Kentucky Academy of Trial Attorneys Annual Convention, Louisville, 1993.

P-120    "Flexibility Effects in Multibody Systems" (with Y. Wang) NATO Advanced Study Institute on Computer Aided Analysis of Rigid and Flexible Mechanical Systems, Troia, Portugal, July 1993 published in *Proceedings*, Vol. I, pp 261-286 (M.S. Pereira and J.A.C. Ambro'sio-Editors).

P-121    "Human Factors and Affordances in Product Design -Implications for System Safety" (with B. Huston), Eleventh International System Safety Conference, Cincinnati, OH, July, 1993, *Proceedings*, pp. 2-A-2-1.

P-122    "Analysis of Locking Dynamics of 'Windowshade' Comfort Retractors in Three-Point Automobile Seat Belts," Eleventh International System Safety Conference, Cincinnati, OH, July 1993, *Proceedings*, pp. 3-B-2-1.

P-123    "Analysis of Vehicle Dynamics in Side Impact Collisions -Occupant Safety Considerations," Eleventh International System Safety Conference, Cincinnati, OH, July 1993, *Proceedings*, pp. 3-B-3-1.

P-124    "Automobile Hood Design for Pedestrian Safety" (with D. Lemmon), Eleventh International System Safety Conference, Cincinnati, OH, July 1993, *Proceedings*, pp. 3-B-4-1.

P-125    "Computational Methods for Studying Impact in Multibody Systems," (with C.C. Chang), Second U.S. National Congress on Computational Mechanics, Washington, D.C., 1993.

P-126    "Optimal Configuration of Multiarm Robots" (with G.A. Khader) ISRAM '94 Conference, Maui, Hawaii, 1994, published in:  *Intelligent Automation and Soft Computing*, Vol. 2 (Edited by M. Jamshidi, et al.) TSI Press, 1994, pp. 247-255.

P-127    "On the Dynamics of Multiarm Robots" (with Y. Liu, S. Wang, and D. Zhang) ISRAM '94 Conference Proceedings, 1994.

P-128    "Analysis of Temporomandibular Joint Forces During Whiplash" (with D.R. Lemon and C. Brady) ASME Winter Annual Meeting, Chicago, 1994.

P-129    "SUPERCRASH–A Three-dimensional Crash Victim Simulation Program" (with D.R. Lemmon and M.Y. Wu) ASME Winter Annual Meeting, Chicago, 1994.

P-130    "Recent Advance in Modeling Flexible Multibody Systems" (with D. Zhang) AAS/AIAA Dynamic Specialists Meeting, Halifax, Nova Scotia, 1995.

Case 1:03-cv-00120    Document 54-6    Filed in TXSD on 05/13/2005    Page 36 of 49

P-131   "Motion Trajectory of Space Robots with Nonholonamic Constraints" (with X. Wang, D.Zhang, and C. Li) International Conference on Intelligent Autonomous Control in Aerospace 95, Beijing, P R China, 1995, published in *Proceedings* (L. Liu, Editor) pp. 29-35.

P-132   "Dynamic Stiffness Model of Flexible Structures and Variable Structure Control" (with D. Zhang, X. Wang, C. Li, and Y. Liu) International Conference on Intelligent Autonomous Control in Aerospace 95, Beijing, P R China, 1995, published in *Proceedings* (L. Liu, Editor) pp 348-355.

P-133   "Fundamentals of Motor Vehicle Accident Reconstruction and Analysis", Canadian Society of Medical Evaluators Conference, Toronto, Ontario, March, 1996.

P-134   "Impact Responses of Lower-Limbs of Vehicle Occupants in Frontal Crashes" (with D. Zhang and C. Li) International Conference on Pelvic and Lower Extremity Injuries, National Highway Traffic Safety Administration (NHTSA) Washington, D.C., December, 1995.

P-135   "Design Paramters for Comfortable and Safe Vehicle Seats", (with A. Genaidy and W.A. Shapton), SAE International Congress and Exposition, Detroit, 1997, published in *Progress with Human Factors in Automated Design, Seating Comfort, Visibility and Safety,* Society of Automotive Engineers, Warrendale, PA, SP-1242, pp 179, SAE Paper 771132.

P-136   "Optimal Posture for Burden Bearing – Geometric Limitations", 1997 Joint ASME, ASCE, and SES Summer Meeting, Northwestern University, Evanston, IL, 1997.

P-137   "Optimal Basketball Strategies from a Mechanics Perspective:, 1997 Joint ASME, ASCE, and SES Summer Meeting, Northwestern University, Evanston, IL, 1997.

P-138   "Validation of a Mathematical Model of a Right-Angle, Side-Impact Collision", (with C.A. Grau),Ohio Academy of Sciences Annual Meeting, Middleton, Ohio, 1998.

P-139   "On the Computational Mechanics of Crash Victim Simulation" (with F. El-Khatib) Society of Experimental Mechanics Annual Conference and Exposition on Theoretical, Experimental and Computational Mechanics, Cincinnati, Ohio 1999

P-140   "Spine Implants: Transverse Rod Connectors: A Delicate Balance Between Stability and Fatigue Performance" (with H.A. Serhou, F. El-Khatib, J.L. Stambough, A.M. Genaidy, and M. Funk) 1998 Annual Fall Meeting of the Biomedical Engineering Society, Cleveland, OH, October 1998.

P-141   "Development of the Quantitative Model for Application of Workers' Expertise in Evaluating Manual Lifting Tasks" (with W. Karwowski, A. Genaidy, S. Yeung, and J. Beltram) Human Factors and Ergonomics Society 43rd Annual Meeting, Houston, TX, 1999 published in Proceedings, pp 647-655.

P-142   "Optimal Basketball Strategies for the Free Throw, the Layup and the Rebound", (with C. Grau) Ohio Academy of Sciences Annual Meeting, Ada, Ohio 2000

P-143   "University/Industry Design Clinic - A Report of Over a Decade of Experience with an Innovative Capstone Design Course" (with S. Anand and G.E. Seidman) Sixth Interamerican Conferences on Engineering and Technology Education (INTERTECH 2000), Cincinnati, Ohio, 2000 Published on Proceedings Disk.

P-144    "Musculoskeletal Dynamics of Heavy Equipment Operators" (with F. Li and T. Waters) International Conference on Computer-Aided Ergonmics and Safety CAES 2001, Maui, Hawaii, 2001.

P-145    "Simulation of Accident Vehicle Occupant Motion Under Varying Constraint Conditions" (with F. El-Khatib) International Conference on Computer-Aided Ergonomics and Safety CAES 2001, Maui, Hawaii, 2001.

P-146    "Multibody Dynamics" (a short course), CDC-NIOSH, Morgantown, WV, 2001.

P-147    "The Teacher and the Book: Teaching in the English Language Department of Engineering of the Technical University of Sofia;" (with L. Dimitrov) Bulgarian Fulbright Commission Conference on Knowledge, Power, and Freedom in a Changing World, Sofia, Bulgaria, May, 2002.

P-148    "Biomechanical Modeling of Spinal Loading Due to Jarring and Jolting for Heavy Equipment Operators" with T.R. Waters, F. Li, and N.K. Kittusamy) XV[th] Congress of International Ergonomics Association,Seoul, Korea, August 2003.

## Books:

B-001   *Aircraft Crashworthiness* (Editor with co-Editors, K. Saczalski, G.T. Singley, III, W. Pilkey) University Press of Virginia, 1975.

B-002   *Dynamics of Wheeled Recreational Vehicles* (Editor) Society of Automotive Engineers, SP-443, Warrendale, PA, 1979.

B-003   *Recreational Vehicle Dynamics* (Editor) Society of Automotive Engineers, SP-463, Warrendale, PA, 1980.

B-004   *Introduction to Finite Element Methods* (with C.E. Passerello), Marcel Dekker, NY, 1984.

B-005   *Ergonomics and Human Factors* (Editor with L. Mark and J. Warm) Springer-Verlag, NY, 1987.

B-006   *Multibody Dynamics Part 1* (with Y. Liu), Tianjin University Press, Tianjin, People's Republic of China, 1988.

B-007   *Multibody Dynamics*, Butterworth-Heinemann, Stoneham, MA, 1990.

B-008   *Multibody Dynamics* (with S. Huang), National Institute for Compilation and Translation, Taipei, TAIWAN, R.O.C., 1995.

B-009   *Formulas for Dynamic Analysis* (with C.Q. Liu) Marcel Dekker, NY, 2001.

B-010   *Dynamics of Mechanical Systems* (with H. Josephs) CRC Press, Boca Raton, FL, 2002.

## Published Book Reviews:

V-001    *Numerical Solutions of Elliptic Problems* by G. Birkoff and R.E. Lynch, SIAM Studies in Applied Mathematics, Philadelphia, PA, 1984. Review to be published in *Applied Mechanics Reviews*, 1985.

V-002    *Developments in Thin-Walled Structures 1 and 2*, Edited by J. Rhodes and A.C. Walker, Applied Science Publishers, London, 1982 and 1984. Review published in *Experimental Techniques*, Vol. 9, No. 9, 1985, p. 18.

V-003    *Behavior of Thin Walled Structures*, Edited by J. Rhodes and J. Spence, Elsevier Applied Science Publishers, London, 1984. Review published in *Experimental Techniques*, Vol. 9, No. 8, 1985, p. 11.

V-004    Thin-Walled Structures, Edited by J. Rhodes, Applied Science Publishers, Ltd., London, 1983. Review published in *Experimental Techniques*, Vol. 9, No. 8, 1985, p. 11.

V-005    *Applied Finite Element Analysis* by L.J. Segerlind, Second Edition, John Wiley and Sons, Inc., New York, 1984. Review published in *Finite Elements in Analysis and Design*, Vol. 1, No. 2, 1985.

V-006    *The Engineering of Numerical Software* by W. Miller, Prentice Hall Series in Computational Mathematics, Englewood Cliffs, NJ, 1984. Review published in *Applied Mechanics Reviews*, Vol. 38, No. 5, 1985, p. 548.

V-007    *Computer Aided Analysis and Optimization of Mechanical System Dynamics*, Edited by E.J. Haug, Verlog, New York, 1984. Review published in *Journal of Applied Mechanics*, Vol. 52. No. 1, 1985, p. 243.

V-008    *Space Dynamics* by T.R. Kane, P.W. Likins, and D.A. Levinson, McGraw Hill, New York, 1982. Review published in *Journal of Applied Mechanics*, Vol. 50, No. 2, 1983, p. 477.

V-009    *Kinematics and Dynamics of Planer Machinery*, by B. Paul, Prentice Hall, Inc., Englewood Cliffs, NJ, 1979. Review published in *Journal of Applied Mechanics*, Vol. 47, No. 2, p. 459.

V-010    *Theoretical Kinematics*, O. Bottema and B. Roth, North Holland Publishing Co., Amsterdam, Netherlands, 1979. Review published in, *Applied Mechanics Reviews*, Vol. 32, No. 11, p. 1369, 1979.

V-011    *Principles of Structural Stability*, by H. Ziegler, Second Edition, Birkhauser Verlog, Basel and Stuttgart, 1977. Review published in *Zentralblatt fur Mathematik*.

V-011    *Constitutive Laws for Engineering Materials with Emphasis on Geologic Materials*, Prentice Hall, Inc. Englewood Cliffs, NJ, 1984. Review published in *Zentralblatt fur Mathematik*.

V-013    *Mathematical Theory of Nonlinear Elasticity*, by A. Hanyga, Ellis Horwood, Ltd. Publishers, Chichester, 1985. Review to be published in *Zentralblatt-fur-Mathematik*.

V-013    *Finite Element Primer* by B. Irons and N. Shrive, John Wiley & Sons, Halsted Press, 1983. Review published in *Experimental Techniques*, Vol. 8, No. 11, p. 16, 1984.

V-015    *Introduction to the Theory of Thin Shells* by H. Mollman, John Wiley & Sons, Ltd., 1981. Review published in *Experimental Techniques*, Vol. 8, No. 11, p. 16.

V-016    *Mathematical Theory of Elasticity*, 2nd Ed. by I.S. Sokolnikoff (Reprint of the 1956 Original Publication by McGraw Hill) Robert E. Kieger Publishing Co., Malabar, Florida, 1983. *Zentralblatt fur Mathematik*, 1983.

V-017    *Numerical Solutions of Elliptic Problems* by G. Birkoff R.E. Lynch, SIAM Studies in Applied Mathematics, 1984.  Review published in *Applied Mechanics Reviews*, Vol. 39, No. 3, p. 380, 1986.

V-018    *Human Reliability with Human Factors* by B.S. Dhillon, Permagon Press 1986. Published in *Applied Mechanics Reviews*, Vol. 40, No. 2, 1987, p. 192.

V-019    *Human Factors Design Handbook* by Wesley E. Woodson, McGraw Hill, 1981.  Published in *Applied Mechanics Reviews*, Vol. 40, No. 4, 1987, p. 474.

V-020    *Engineered Work Measurement* by Delmar W. Karger and Franklin H. Bayha 4th Edition, Industrial Press Inc., 1987.  Review to be published in *Applied Mechanics Reviews*, Vol. 40, No. 8., 1987, pp. 1968-69.

V-021    *Designing the User Interface - Strategies for Effective Human Computer Interaction* by B. Shneiderman, Addison Wesley, 1987.  Published in *Applied Mechanics Reviews*, Vol. 40, No.7, 1987, p. 909.

V-022    *Theory of Asymmetric Elasticity* by W. Nowacki, Permagon Press PWN-Polish Scientific Publishers, 1986.  Review to be published in *Zentralblatt fur Mathematik*, 1987.

V-023    *Finite Element Methods in CAD:  Electrical and Magnetic Fields*, by J.C. Sabonnadiere and J.L. Coulomb, Springer Verlag, 1987, Review to be published in *Applied Mechanics Reviews*, 1988.

V-024    *Designing for Humans: The Human Factors in Engineering*, by J.H. Burgess, Petrocelli, 1986, *Applied Reviews*, Vol. 41, No. K, 1988, p. B73.

V-025    *Introduction to Sobolev Spaces and Finite Element Solution of Elliptic Boundary Value Problems* by J.T. Matri, Academic Press 1986.  *Applied Mechanics Reviews*, Vol. 41, No. 7, 1988, p. B113.

V-026    *Transforms for Engineers -A Guide to Signal Processing* by K.G. Beauchamp, Oxford, 1987. *Applied Mechanics Reviews*, Vol. 41, No. 8, 1988, p. B137.

V-027    *Boundary Element Methods in Mechanics* edited by D.E. Beskos, Elsevier Science Publishers, 1987.  Review to be published in *Applied Mechanics Reviews*.

V-028    *Mathematical and Physical Aspects of Stachastic Mechanics* by P. Blanchard, P. Combe, and W. Zheng, Springer-Verlag, 1987.  *Applied Mechanics Reviews*, 1988, Vol. 41, No. 10,1988, p. B177.

V-029    *Classical Mechanics of Particles and Rigid Bodies* by K.P. Gupta, Wiley, 1988 *Applied Mechanics Reviews*, Vol. 42, No. 4, 1989, pp. B50-B51.

V-030    *Dynamics of Multibody Systems* by R.E. Roberson and R. Schwertassek Springer-Verlag, 1988. *Journal of Applied Mechanics*, Vol. 56 1989, pp. 235-236.

V-031    *Finite Element Approximation for Optimal Shape Design* by J. Haslinger and P. Neittaanmaki, Wiley, 1988, *Applied Mechanics Reviews*, Vol. 42, No.11, 1989, pp. B207-B208.

V-032   *Concepts and Applications of Finite Element Analysis* by R.D. Cook, D.S. Malkus, and M.E. Plesha, Wiley, 1989, *Applied Mechanics Reviews*, Vol. 42, No. 10, 1989, pp. B169-B170.

V-033   *Mechanical Vibration Analysis and Computations* by D.E. Newland, Wiley, 1989, *Applied Mechanics Reviews*, Vol. 43, No. 6, 1990, p. B131.

V-034   *Biomechanics and Motor Control of Human Movement*, 2nd Edition by D.A. Winter, Wiley, 1990, *Applied Mechanics Review*, Vol. 43, No. 9, 1990, p. B240.

V-035   *Human Factors Handbook*, 2nd Edition, by W. E. Woodson, B. Tillman, and P. Tillman, McGraw Hill, 1992, *Applied Mechanics Review*, Vol. 45, No. 3, 1992, P. B39.

V-036   *Finite Element Method:  Basic Concepts and Applications* by Darrell Pepper and Juan Heinrich, Hemisphere Publishing, 1992, *Applied Mechanics Reviews*, Vol. 45, No. 8, 1992, pp. B103.

V-037   *Solving Geometric Constraint Systems:  A Case Study in Kinematics* by Glenn A. Kramer, MIT Press, 1992,  *Applied Mechanics Reviews*, Vol. 45, No. 11, 1992, pp. B152.

V-038   *Industrial Brake and Clutch Design* by Alan K. Baker, Pentech Press, London, 1992, *Applied Mechanics Reviews*, Vol. 46, No. 4, 1993, pp. B61.

V-039   *The Measure of Man and Woman-Human Factors in Design* by Alvin R. Tilley, Whitney Library of Design, New York, 1993, *Ergonomics in Design*, 1994, pp. 37, 39.

V-040   *Manufacturing Facilities:  Location, Planning, and Design*-Second Edition by D.R. Suk, PWS Publishing, Boston, MA, 1994 review to be published in *International Journal of Industrial Engineering*, 1994.

V-041   *Discrete Systems Simulations* by B. Khoshnevis, McGraw Hill, 1994 *International Journal of Industrial Engineering*, Vol. 1., Nov. 2, 1994, pp. 175.

V-042   *Essential Engineering Equations* by S.A. Nasar and C.R. Paul, CRC Press, Boca Raton, FL, 1991, *Applied Mechanics Reviews*, Vol. 47, No. 10, 1994, P. B100,

V-043   *Robot Evaluation:  The Development Arthrobotics* by M.E. Rosheim, Wiley, NY, 1994, *Applied Mechanics Reviews*, Vol. 48, No. 1, 1995, P. B4.

V-044   *Anthropometric Methods:  Designing to fit the Human Body*, by J. A. Roebuck, Jr. Human Factors and Ergonomics Society 1995, *Ergonomics in Design*, July 1995, pp. 29-30.

V-045   *Engineering Vibration* by D. J. Inman, Prentice-Hall, 1994, *Applied Mechanics Reviews*, Vol. 48,. No. 6., 1995, pp. B73-74.

V-046   *Introduction to Simulation Using Siman (2nd Ed.)*, by C. D. Pegden, R. E. Shannon, and R. P. Sadowski, McGraw Hill, 1995, *International Journal of Industrial Engineering*, Vol. 2., No. 1, 1995, p. 65.

V-047   *Advanced Theories of Hypoid Gears* by X. C. Wang and S. K. Ghosh, Elsevier, 1994, *Applied Mechanics Reviews*, Vol. 48, No. 10, 1995, p. B144.

V-048   *Ergonomics in Back Pain-A Guide to Prevention and Rehabilitation* by T.M. Khalil, E.M. Abdel-Moty, R.S. Rosomoff and H.L. Rosomoff, Van Nostrand, 1995, *International Journal of Industrial Engineering*, Vol. 17, 1996, p. 299.

V-049    *Managing Scientists - Leadership Strategies in Research and Development* by A.M.
         Sapienza, Wiley 1995, *International Journal of Industrial Engineering*, Vol. 3, 1996, p. 67.

V-050    *Precision Manufacturing Costing* by E. Ralph Sims, Marcel Dekker, 1995, *International
         Journal of Industrial Engineering*, Vol. 3, 1996, pp. 67-68.

V-051    *Green's Functions in Applied Mechanics* by U.A. Melnikau, Comput. Mech., Billerica, MA,
         1995, *Applied Mechanics Review*, Vol. 49, No. 2, 1996, p. B19.

V-052    *Project Management in Manufacturing and High Technology Operations* by A.B. Badira,
         Wiley-Interscience, 1996, *International Journal of Industrial Engineering*, Vol. 3, No. 3,
         1996, pp. 208.

V-053    *Vibration for Engineers* by A. Dimarogonas, Prentice Hall, 1996, *Applied Mechanics Reviews*,
         Vol. 49, No. 10, 1996, p. B107.

V-054    *Fundamentals of Robotic Mechanical Systems: Theory, Methods and Algorithms*, Springer,
         New York, 1997, *Applied Mechanics Reviews*, Vol. 50, No. 7, 1997, p. B69.

V-055    *Achieving Stretch Goals - Best Practices for the New Millennium*, by J. J. Golovin, Prentice
         Hall, 1997, *International Journal of Industrial Engineering*, Vol. 4, 1997, p. 284.

V-056    *System Engineering Management*, by B.S. Blanchard, John Wiley, 1998, *International
         Journal of Industrial Enginnering*, Vol. 5, 1998, p. 176.

V-057    *Force Control of Robotics Systems* by D.M. Gorinevsky, A.M. Formalksy, andA.Y.Schneider,
         CRC Press, 1997, to be published in *Zentralblatt fur Mathmatik*, 1998.

V-058    *TETROBOT. A Modular Approach to Reconfigurable Parallel Robotics*, By G.J. Howlin and
         A.C. Sanderson, Klawer International Series in Engineering and Computer Science, 1998,
         to be published in *Zentralblatt fur Mathmatik*, 1999.

V-059    *Statistical Control by Monitoring and Feedback Adjustment* by G. Box and A. Luceno, John
         Wiley, 1997, *International Journal of Industrial Engineering*, Vol. 6, 1999, p.184.

V-060    *Multibody Dynamics with Unilateral Contacts* by F. Pfeiffer and C. Glocker, John Wiley, 1996,
         to be published in *Zentralblatt fur Mathmatik*, 1999.

V-061    *Basics of Robotics - Theory and Components of Manipulators and Robots*, Edited by A.
         Morecki and J. Knapezyk, Springer Wien, New York, 1999 to be published in *Zentralblatt
         fur Mathematik, 2000.*

V-062    *Influence Functions and Matrices*, Y.A., Malnikov, Marcel Debker, NV, 1999, *Applied
         Mechanics Reviews*, Vo. 52, No. 11, 1999, pp B121-B122.

V-063    *Practical Motion Planning in Robotics*, Edited by K. Gupta and a.P. Del Pobil, J. Wiley and
         Sons, NY, 1998, to be published in *Zentralblatt fur Mathematik*, 2000.

V-064    *The Art of Modeling in Science and Engineering*, by D. Basmadjian, Chapman and Hall, NY
         1999, Applied Mechanics Review, Vol. 53, No. 7, 2000, p. 863.

V-065    *Introduction to Composite Materials Design* by E.J. Barbero, Taylor and Francis, 1999,
         *International Journal of Industrial Engineering*, Vol. 9, No. 1, 2001, p. 73

V-066    *Product Design and Development* (Second Edition) by K. T. Ulrich and S.D. Eppinger, McGraw Hill, 2000, *International Journal of Industrial Engineering*, Vol. 8, No. 1, 2001, pp 73-74.

V-067    *Engineering Design - A Materials and Processing Approach* by G.E. Dieter, McGraw Hill, 2000, *International Journal of Industrial Engineering*, Vol. 8, No. 1, 2001, p. 74.

V-068    *The New Dynamics Project Management - Winning Through the Competitive Advantage* by D.S. Kezsbom and K. A. Edward, 2001, *International Journal of Industrial Engineering*, Vol. 8, No. 2, 2001, p 169.

V-069    *Multi-Criteria Decision Making Methods: A Comparative Study* by E. Triantophyllou, 2000, *International Journal of Industrial Engineering*, Vol. 8., No. 3, 2001, p. 264.

V-070    *Dynamics Simulations of Multibody Systems* by M.G. Coutinho, Springer 2001, *Applied Mechanics Reviews*, 2002.

V-071    *Nonlinear Ineraction - Analytical, Computational, and Experimental Methods,* by A.H. Nagfeh, *Wiley Interscience*, 2002, Zenholblatt for Mathematik, 2002.

V-072    *Models of Oculomotor Control*, by G.K. Hung, World Scientific, 2001, *Applied Mechanics Reviews*, 2002, PB119

V-073    Handbook of Industrial Engineering - Technology and Operation Management, Edited by G. Salvendy, J. Wiley & sons, 2002, *International Journal of Industrial Engineering*, Vol. 9, No.1, 2002, p.104.

V-074    *Fundamentals of Modern Manufacturing - Materials, Processes, and Systems* by M.P. Groover, J. Wiley & Sons, 2002, *International Journal of Industrial Engineering*, Vol.9, No.1, 2002, pp.104-5.

V-075    *Introduction to Bioengineering*, Edited by Y.C. Fang, World Science Publishers, Singapore, 2001, Applied Mechanics Reviews, Vo. 55, No.2, 2002, p.B39.

Case 1:03-cv-00120    Document 54-6    Filed in TXSD on 05/13/2005    Page 44 of 49

## Reports:

R-001   "On the Vibrations of Elastic Bodies in the Presence of Rigid Body Motion," PhD Dissertation, 1962, University of Pennsylvania.

R-002   "On the Action of Rubber Covered Rolls – A Review of Technical Literature," Report No. 342, 1960, Scott Paper Company.

R-003   "Circumferential Strains, Roll Slip and Paper Creeping in the Nip Area," Report No. 341, 1960, Scott Paper Company.

R-004   "A Study of Elastic Vibrations of the Outer Race of Rolling Element Bearing,' SKF Industries Report AL61I02, 1961.

R-005   "X-rays Passing Between Two Identical Spheres," SKF Industries Report AK62L0202, 1962.

R-006   "User's Manual for UCIN CRASH Vehicle-Occupant Crash-Study Model," (with C.E. Passerello) ONR-UC-EA-050174-2, 1974.

R-007   "An Analysis of General Chain Systems," (with C.E. Passerello) N72-30532, NASA-CR-1124, 1972.

R-008   "User's Manual for UCIN CRASH Vehicle-Occupant Crash Study Model – Version II," (with C.E. Passerello and M.W. Harlow) ONR-UC-EA-110174, 1974.

R-009   "User's Manual for UCIN-SUPER:  CHAIN SYSTEMS," (with C.E. Passerello, M.W. Harlow, J.M. Winget) National Technical Information Service, Report No. PB2459, 1975.

R-010   "Dynamics of General Chain Systems," (with C.E. Passerello) NTIS Report PB257184, Report No. EA-0176-5, August 1976.

R-011   "Multi-Rigid Body System Dynamics with Application to Human-Body Models and Finite-Segment Cable Models," with C.E. Passerello) Report No. ONR-UC-ES-0177-4.

R-011   "Dynamics of Multibody Systems with Translation Between the Bodies," (with C.E. Passerello) National Technical Information Service (NTIS) Report No. PB284711/AS, 1978.

R-013   "Multibody Dynamics Including Translation Between the Bodies -with Application to Head-Neck Systems," (with C.E. Passerello) ONR-UC-ES-091378-7.

R-013   "A Critical Evaluation of Computer Subroutines for Solving Stiff Differential Equations," (with D.C. Krinke) ONR-UC-ES-101578-8.

R-015   "Ideal Spiral Bevel Gears -A New Approach to Surface Geometry," (with J.J. Coy) NASA Technical Memorandum 81346 and AVRADCOM Technical Report 80-C-5, February 1980.

R-016   "Multi-Body Dynamics Including the Effects of Flexibility and Compliance,"  Report No. ONR-UC-ES-040180-8, April 1980.

R-017   "A Representation of Fluid Forces in Finite Segment Models," (with J.W. Kamman) ONR-UC-MIE-090180-10, October, 1980.

R-018    "On Parachutist Dynamics," (with J.W. Kamman) Report No. ONR-UC-MIE-100180-10,
         October, 1980.

R-019    "Surface Geometry of Circular Cut Spiral Bevel Gears," (with J.J. Coy) submitted to NASA
         Lewis Research Center, 1980.

R-020    "A Basis for the Analysis of Surface Geometry of Spiral Bevel Gears," (with J.J. Coy)
         submitted to NASA Lewis Research Center, 1981.

R-021    "Tooth Profile Analysis of Circular-Cut Spiral Bevel Gears," (with Y. Lin and J.J. Coy)
         submitted to Lewis Research Center, 1981.

R-022    "Validation of Finite Segment Cable Models," (with J.W. Kamman) Report No.
         ONR-UC-MIE-041581-11, April 1981.

R-023    "User's Manual for UCIN-CABLE," (with J.W. Kamman) Report No.
         ONR-UC-MIE-101581-13, October 1981.

R-024    "A Finite Element Analysis of Spur Gears Including Fillet Radii and Rim Thickness Effects,"
         (with S.H. Chang and J.J. Coy) NASA Technical Memorandum 82865, AVRADCOM
         Technical Report 82-C-8, 1982.

R-025    "Multibody System Dynamics with Constraints:  The 'Closed Loop' Problem" (with J.W.
         Kamman) Report No. ONR-UC-MIE-080181-11, 1981.

R-026    "User's Manual for UCIN-INERTIA, A Computer Program for Computing Inertia Properties of
         Arbitrarily Shaped Robot Links," National Technical Information Service (NTIS) Report
         No. PB82-137885, 1982.

R-027    "On Finite Element Stress Analysis of Spur Gears," (with S.H. Chang) NASA Contractor
         report 167938, July 1982.

R-028    "User's Manual for UCIN-EULER A Multipurpose, Multibody Systems Dynamics Computer
         Program," (with M.W. Harlow and N.L. Gausewitz) ONR-UC-MIE-090182-13, 1982 NTIS
         AD-A110403.

R-029    "User's Manual for CABLE -A Three-Dimensional Finite Segment Computer Code for
         Submerged and Partially Submerged Cable Systems," (with J.W. Kamman)
         ONR-UC-MIE-050183-15.

R-030    "Geometrical Analysis of Circular -Cut Spiral Bevel Gears," NASA Contractor Report, No.
         168226, July 1983.

R-031    "Modelling of Submerged Cable Dynamics," (with J.W. Kamman) Report No.
         ONR-UC-MIE-070183-16, 1983.

R-032    "Modelling of Large Structural Systems," Report No. UC-MIE-041584-17, 1984.

R-033    "User's Manual for UCIN-CABLE III -A Two-Dimensional Finite Segment Computer Code for
         Submerged and Partially Submerged Cable Systems," (with J.W. Kamman) Naval
         Coastal Systems Center Contractor Report 105-84.

R-034    "User's Manual for UCIN DYNOCOMBS" (with J.W. Kamman) NSF-UC-MIE-080585-18,
         NTIS Acc. No. PB85-240075/AS.

R-035   "Dynamic Loading on Parallel Shaft Gears" (with H.H. Lin) NASA Contractor Report 179473
         UC-MIE-051586-19 July, 1986.

R-036   "User's Manual for UCIN DYNOCOMBS -II" (with J.W. Kamman) NTIS Acc. No. PB87-
         216594/A05, 1987.

R-037   "On Dynamic Loads in Parallel Shaft Transmissions I  Modelling and Analysis" (with H.H. Lin
         and J.J. Coy) NASA Technical Memorandum 100180 and AVSCOM  Memorandum
         100255 and AVSCOM Technical Report 87-C-2, 1987.

R-038   "Finite Element Grid Improvement by Minimization of Stiffness Matrix Trace," (with M.G,
         Kittur and F.A. Oswald) NASA Technical Memorandum 100255 and AVSCOM Technical
         Report 87-C-4, 1987.

R-039   "Improvement in Finite Element Meshes:  Heat Transfer in an Infinite Cylinder" (with M.G.
         Kittur and F.A. Oswald) NASA Technical Memorandum 101310 and AVSCOM Technical
         Report 88-C-021, 1988.

R-040   "Computer-Aided Design of Bevel Gear Tooth Surfaces," (with S.H. Chang and J.J. Coy),
         NASA Technical Memorandum 101349 and AVSCOM Technical Memorandum 88-C-005,
         1989.

R-041   "Mesh Refinement in Finite Element Analysis by Minimization of the stiffness Matrix Trace"
         (with M.G. Kittur), NASA Contractor Report 185170, USAAVSCOM Technical Report 89-
         C-019, November, 1989.

R-042   "Computer Simulation of Gear Tooth Manufacturing Processes" (with D. Mavriplis) NASA
         Contractor Report 185200, AVSCOM Technical Memorandum 90-C003, February 1990.

R-043   "A New Procedure for Calculating Contact Stresses in Gear Teeth" (with P. Somprakit) NASA
         Contract Report187094, U.S. Army AVSCOM Technical Report 91-C-011, April, 1991.

R-044   "Contact Stresses in Gear Teeth--A New Method of Analysis" (with P. Somprakit and F.B.
         Oswald) NASA Technical Memorandum 104397, AVSCOM Technical Report 91-C-001,
         AIAA 91-2022, 1991.

R-045   "A Basis for Solid Modelling of Gear Teeth with Application in Design and Manufacture" (with
         D. Mavriplis, F.B. Oswald, and Y.S. Liu) NASA Technical Memorandum 105392,
         AVSCOM Technical Report 91-C-044, 1992.

R-046   "Contact Stresses in Meshing Gear Spur Gear Teeth: Use of an Incremental Finite Element
         Procedure," NASA Technical Memorandum 105388, AVSCOM Technical Report 90-C-
         029, 1992.

R-047   "Computation of Gearing Mechanics," NASA Contractor Report 191117, Army Research
         Laboratory Contractor Report ARL-CR-43, 1993.

## Research Grants and Contracts:

G-001    Principal Investigator: "On the Attitude, Stability and Control of a Man in Space," University of Cincinnati, Institute of Space Sciences, NGR 37-004-013 1968-72. $15,000.

G-002    Administrator: "Multidisciplinary Space Related Research in the Physical, Engineering, Life and Social Sciences," National Aeronautics and Space Administration, NGR 36-004-013, 1970-72. $75,000.

G-003    Principal Investigator: "Investigation into Material Properties and Applications," National Aeronautics and Space Administration, NGR-36-004-104, 1971-72. $20,000.

G-004    Principal Investigator: "Dynamics of General Chain Systems," National Science Foundation, Grant 41172, 1974-76. $50,000.

G-005    Administrator: "Symposium on Aircraft Crashworthiness," Sponsored by: Office of Naval Research-Eustis Directorate, Army Air Mobility Research and Development Lab, Air Force 6570th Aerospace Medical Research Lab, 1975. $30,000.

G-006    Principal Investigator: "Dynamics Analysis of Complex Mechanical Systems," National Science Foundation Grant, ENG 75-21037, 1976-78. $80,000.

G-007    Principal Investigator: "Analysis of Colic Motility Data," Hoffman-LaRoche, Inc., 1976-81. $25,000.

G-008    Principal Investigator: "Investigations into the Geometry of Straight and Spiral Bevel Gears," National Aeronautics and Space Administration, NSG 3188, 1980-88. $300,000.

G-009    Principal Investigator: "Dynamics of General Chain Structural Systems," Office of Naval Research, Contract N00013-76C-0134, 1974-83. $308,000.

G-010    Principal Investigator: "Multibody Dynamics Including the Effects of Flexibility and Compliance," National Science Foundation Grant MEA 8101110, 1981-83. $100,000.

G-011    Principal Investigator: "Dynamics of Constrained Multibody Systems," National Science Foundation, MEA 8313439, 1984-86. $137,000.

G-011    Principal Investigator, "Lower Extremity Joint Forces in Repetitive Occupational Movements," National Institute for Occupational Safety and Health, NIOSH Contract 85-35521, 1985. $2200.

G-013    Principal Investigator, "Use of Supercomputers in Constrained Multibody Systems Analysis," National Science Foundation, Grant Supplement MSM-8313439, 1985. $26,400.

G-013    Recipient, "International Travel Grant to Italy," National Science Foundation, Grant No. MSM-8513801, 1985. $1750.

G-015    Recipient, "Supplement for Support of Undergraduate Minorities," National Science Foundation, Grant No. MSM-8513801, 1986, $10,000.

G-016    Principal Investigator, "Dynamics of Redundant Multibody Systems," National Science Foundation, Grant No. MSM-8611970, 1987-89. $150,000.

G-017    Director, "Training Grant for James E. Wade," National Aeronautics and Space Administration, NTG-70047, 1987-90, $54,000.

G-018    Director, "Training Grant for Phyllis Majors, Mark Thomas, " National Aeronautics and Space Administration, NTG-70048, 1987-90, $54,000.

G-019    Principal Investigator, "Computational Procedures in the Design and Analysis of Gearing Systems," NSG 3188, 1988-90, $110,000.

G-020    Unido Grants, $15,000 (for support of Visiting Chinese Scholars (United Nations International Development Organization).

G-021    Collaborating Investigator (with T. Kimball), "Ventricular Wall Stress in Oncology Patients," American Heart Association, 1989-90, $20,000.

G-022    Principal Investigator (with R. Ballinger), Automobile Hood, Fender and Cowl Design to Reduce Head Impact Injury," Transportation Research Center (NHTSA) 1989-1990, $58,500.

G-023    Principal Investigator, "Development of a Nonlinear Dynamic Head/Neck Model," Cray Research and Development Grant, Ohio Supercomputer Center, 1989-90, $31,300.

G-024    Principal Investigator, "Computational Methods in Multibody Systems Dynamics," National Science Foundation Grant MSS8911521, 1989-1992, $240,000.

G-025    Faculty Coordinator, "Increasing Sensitivity to Cultural Diversity in the Engineering School Environment," National Science Foundation Grant EID-9119636, 1992-93 (Grant to National Action Council for Minorities in Engineering).

G-026    Co-Administrator "A Workshop on the Role of Ergonomics in Designing for Manufacturability and Humans in General in Advanced Manufacturing Technology," National Science Foundation, 1993, $10,000.

G-027    Principal Investigator, "Comparative Analysis of Hook/Screw Linkages: Determination of Failure Modes and Fatigue Lives," DePuy–Motech Corp., $23,000, 1997..

G-028    Co-Investigator (with A.G. Genaidy), "Additional Job Characterization for Identification of Essential Job Elements," Dept. Of Energy (DOE), $25,000, 1997.

G-029    Co-Investigator (with Y. Liu and E. Berger), "Analysis of Shaft Couplings", X-Tek, Inc. Cincinnati, OH, $50,000, 1998-99.

G-030    Co-Investigator (with D.B. Melvin), "A Device for Geometric Remodeling of the LeftVentricle", Edison BioTechnology Center, $96,000, 1998-99.

G-031    Principal Investigator, "Musculoskeletal Disorders of Heavy Equipment Operators", DHHS PHS CDC NIOSH, $25,000, 2000-01.

G-032    Principal Investigator, "Development of a Two-Worker Lifting Model for the Human Body", DHHS PHS CDC NIOSH, $10,000, 2001.

**Patents:**

PT-1     "Method and Apparatus for Palletizing Randomly Arriving Mixed Size and Content Parcels" (with A. K. Mazouz, G.D. Slutzky, E.L. Hall, and R.L. Huston), United States Patent No. 5,175,692, December 29, 1992.