IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. <br><br> Plaintiffs, <br><br> VS. <br><br> FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. <br><br> Defendants, | § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. B-03-120 |

### ORDER ON PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF FORD'S PROFFERED EXPERT MICHELLE VOGLER

CAME ON TO BE HEARD this _____ day of _____, 2005, the Plaintiffs' Motion to Exclude the Testimony of Ford's Proffered Expert Michelle Vogler. After reviewing the motion and the response thereto, the Court finds that the motion is well taken and should be granted. It is, therefore,

ORDERED that the opinions and evidence of Ms. Michelle Vogler in this case shall be excluded.

_____