

**DESIGN RESEARCH ENGINEERING**

46475 Desoto Court
Novi, Michigan 48377
Tel: (248) 668 - 3450
Fax: (248) 668 - 3460

January 21, 2005

Amy Samberg, Esquire
Snell & Wilmer
One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630

RE: Reynoso, Isabel v. Ford Motor Company

Dear Ms. Samberg:

At your request, I have prepared the following preliminary report summarizing analytical results and my opinions concerning the case referenced above. At this time I have formed several conclusions based on the researched data discussed below, general and case specific material review, and my education, background, and experience in data analysis, automotive design/testing, and field accident investigation.

My background and qualifications are provided on my attached curriculum vitae (Attachment 1). Briefly, I hold a Ph.D. in Mechanical Engineering from Stanford University and I am a registered Professional Engineer in the States of California and Michigan. My educational background includes advanced courses in mathematics and statistics. Further, applied statistics and statistical reasoning underlies much of the empirical and applied engineering studies associated with my undergraduate, graduate, and Ph.D. course work and dissertation research. During my professional work experience, I have routinely performed and relied on statistical studies as a method to evaluate material characteristics and product field performance. My evaluation of the field performance and risks associated with the 1995-2001 Ford Explorer has involved the application of standard descriptive and regression statistics.

**Accident Information**

> The vehicle involved in the subject case was a 2000 Ford Explorer 4x2 (VIN: 1FMZU62E6YZC13643). The accident occurred on January 11, 2003, at 8:00 p.m. on the Cadereyta-Reynosa Highway in Mexico. The posted speed limit at the time of the accident was 110 kph (68 mph). According to the police report, the Explorer was headed westbound toward Monterrey as the driver (Jean Margaret Payan) was traveling over the speed safely permitted by highway conditions. The Explorer encountered long puddles of water, causing the tires to hydroplane and result in a loss of control. The Explorer subsequently rolled over, coming to rest on its roof.



**Accident Data Sources**

In forming my opinions, I have utilized motor vehicle accident databases maintained by several individual states and the National Highway Traffic Safety Administration (NHTSA). In summary, these databases are comprised of many individual police accident reports from the United States as a whole (FARS and NASS/GES) and several states (state data). NHTSA's Fatality Analysis Reporting System (FARS) database is comprised of police reported automobile accidents from across the United States (U.S.) that involved an occupant fatality. NHTSA's National Automotive Sampling System/General Estimates System (NASS/GES) database contains a nationally representative sample from police reported accidents that occur annually in the U.S. The state databases contain police reported automobile accidents that occur in specific states (Alabama, Florida, Maryland, North Carolina, and Pennsylvania). NASS/GES and state data contain all levels of occupant injury severity, including fatalities.

All states use police accident reports to collect information on motor vehicle accidents, although the report format and content varies from state-to-state.[1] Police officers primarily collect report information from direct observation and evidence collected at the scene. As noted in a 1999 report, "Police are unique in their ability to collect on-scene crash data shortly after the crash occurs, as well as the transient data that may erode (i.e., tire marks) or be removed from the scene. In addition, police collect crash data from a wider spectrum of crashes compared with [NHTSA] special investigation teams".[2] Data derived from police accident reports are reasonably relied upon by the federal government and researchers in the field of motor vehicle accident research.

A database does not exist that contains all motor vehicle accidents, both fatal and nonfatal, that occur across the United States. The NASS/GES database contains "…a nationally representative probability sample from all police-reported crashes that occur annually".[3] NHTSA restricted NASS/GES data to police-reported crashes to concentrate on "…those crashes of greatest concern to the highway safety community and the general public".[4] NHTSA utilizes the NASS/GES database to compile the annual "Traffic Safety Facts" publication.

---

[1] National Highway Safety Administration, United States Department of Transportation, "State Accident Report Forms Catalog: 1995 Update", DOT HS 808 322, December 1995.
[2] Calspan (Veridian Engineering), "Crash Data Collection, Final Report", prepared for Office of Safety and Traffic Operations R&D, Federal Highway Administration, FHWA-RD-99-052, Contract No. DTFH61-95-C-0007, 1999.
[3] GES Manual, DOT/NHTSA
[4] Ibid



State data is derived from police-reported accidents that include fatalities, injuries, and/or property damage accidents. This study utilizes data from the states of Alabama, Florida, Maryland, North Carolina, and Pennsylvania. These state databases were chosen because they include the Vehicle Identification Number (VIN) that allows for the identification of a vehicle's specific make/model, as well as data elements that include information about the accident, the vehicles, and the people involved. According to NHTSA, state accident data "...is a valuable source of information about the characteristics of the crash, vehicle(s), and persons involved in a crash that can enhance decision making for highway safety, traffic safety and injury control activities."[5] NHTSA uses state data for various studies, including "...Investigating the relative risk of subject and peer vehicles to support NHTSA's defect investigation program."[6] A list of selected published studies utilizing state accident databases is provided in Attachment 2.

The FARS database includes motor vehicle traffic accidents, reported by police officers from across the United States, that result in fatality to a vehicle occupant or non-motorist, within 30 days of the accident. NHTSA developed FARS to "...assist the traffic safety community in identifying traffic safety problems, developing and implementing vehicle and driver countermeasures, and evaluating motor vehicle safety standards and highway safety initiatives... FARS data can be used to answer many questions on the safety of vehicles, drivers, traffic situations, and roadways."[7]

In addition to accident data, an appropriate accident risk assessment requires a measure of exposure. My risk calculations incorporate vehicle exposure data to make accident rates relative to population size during a specific time period. This produces a rate that reflects vehicle risk and allows for the comparison of specific rates among vehicle model groups with different size populations.[8] Vehicle exposure varies among model groups due to variations in the length of production period (model years), varying sales volumes, and usage patterns that may influence a vehicle's useful life. My accident studies used registered vehicle years (RVYs), calculated from annual vehicle registration data compiled by R.L. Polk, as a measure of vehicle exposure. A registered vehicle year is equivalent to a single vehicle registered for one calendar year. Traffic safety researchers employ different methods and sources of data when normalizing accident data for exposure levels. For more then a decade, NHTSA researchers have used registered vehicle data (R.L. Polk data) as an estimate of vehicle exposure, at the make/model level, in numerous reports and regulatory analyses.

---

[5] *State Data System: A Summary of Motor Vehicle Traffic Crashes from the State Crash Data Files*, NHTSA, DOT HS 808 626, 1997, p. 1.
[6] Ibid, p. 8.
[7] U. S. Department of Transportation, National Highway Traffic Safety Administration, "NCSA Databases, Fatal Analysis Reporting System", cited July 2001, http://www.nhtsa.dot.gov/people/ncsa/fars.html
[8] Background information, and related terminology, largely derived from: *Statistical Analysis of Epidemiologic Data* by Steve Selvin, New York: Oxford University Press, 1996.



### Risk Analyses – Methodology

The statistical evidence prepared in this case is based on a systematic application of reliable, reproducible scientific methods that are well accepted in the field of motor vehicle accident and injury risk analysis. These generally accepted methods involve many inter-related components: the population under study, time frame, and analytical methodology.[9] These applied methods are a set of logical steps that include formulating research issues and hypotheses, identifying quantitative indicators, and collecting/processing and analyzing data in a consistent and systematic manner.[10] A detailed description of key methodologies follows.

Vehicle Identification: The Vehicle Identification Number (VIN)[11] decoding methodology used in these studies is based on sound and reproducible scientific methods using the commercially available software VINDICATOR[12]. Consistent and objective vehicle groupings were developed, by category and model group, using each vehicle's (VIN), in concert with VINDICATOR classifications and relevant industry documentation about the vehicle base design and re-design changes.[13] The two primary commercial VIN decoding programs, VINDICATOR and VINA®,[14] have been in existence for many years. These software programs use a modest digit substitution subroutine, on a vehicle specific basis, to correct VIN transcription errors (e.g., "S" for a "5", "1" for a "I"). VIN decoding for this study also used supplemental substitution routines to maximize utilization of vehicle records while yielding reliable vehicle identification.[15] A list of selected published studies related to vehicle category and model group identification, Vehicle Identification Number (VIN) specifications and analysis is provided in Attachment 3.

Analytical Techniques: Standard analytical techniques were applied to assess the relationship of exposure to risk (e.g.: using a motor vehicle for one year, being an occupant in an accident vehicle) to a specified outcome (e.g.: motor vehicle accident, occupant injury). Vehicle risk assessment uses accident and occupant injury rates as an indicator of field performance for a specific vehicle model group. Analytical methods include (1) calculating accident and occupant injury rates from the above-referenced motor vehicle accident data, and (2) comparing accident and occupant injury rates for a specific model group to other model groups. This comparison includes the calculation of confidence intervals and

---

[9] Last, John M., ed., *A Dictionary of Epidemiology, Fourth Edition*, New York: Oxford University Press, 2001, p. 158.
[10] Kaplan, Abraham, *The Conduct of Inquiry*, San Francisco, Chandler, 1964. In McGraw, Dickinson and Watson, George, *Political and Social Inquiry*, New York: Wiley, 1976, p. 4.
[11] Since 1981, the Vehicle Identification Number (VIN) has been a 17-character alphanumeric code.
[12] VINDICATOR can be purchased from the Highway Loss Data Institute (HLDI).
[13] VINDICATOR classifies passenger cars are based on curb weight and overall length and width. Pickup trucks and utility vehicles are classified based on curb weight only.
[14] Vehicle Identification Number Analysis® (VINA®) can be purchased from The Polk Company.
[15] "Enhanced Vehicle Identification in Motor Vehicle Accident Databases" SAE 2004-01-1186



critical ratio ($z$ statistic), at the 95 percent confidence level, to determine the statistical significance of any observed differences in risk between different vehicles, and an objective analysis of the observed trends in the risk analyses. Linear regression analyses were also performed, which is a standard statistical technique used for evaluating the predictive value of a variable or set of variables. These techniques have been used and tested by a variety of researchers, including NHTSA and the Insurance Institute of Highway Safety (IIHS). A list of selected published studies utilizing 95 percent confidence level or intervals is provided in Attachment 4.

Risk Assessment: The average rate is a measure of risk over a specific period of time that incorporates both the number of occurrences during that time period and the population at risk during that same period of time. Making a rate relative to population size, during a specific time period, produces a numeric value that reflects risk and allows for the comparison of specific rates among groups with different size populations.[16] Accident rates are calculated by dividing the number of accident involved vehicles (numerator) by the estimated number of vehicles "exposed" to the possibility of being involved in an accident (denominator). Similarly, injury rates are calculated by dividing the number of occupants that sustained fatal or severe injuries in the accidents (numerator) by the number of occupants "exposed" to the possibility of being injured in the accidents (denominator).[17] The numerator data is derived from a count of occurrences in the GES, FARS, or combined state data, depending on the analytical question under study. The denominator data is derived from (1) vehicle exposure data (i.e., RVYs) for accident rates, or (2) count of occupants involved in accidents, from combined state data, for occupant injury rates.

Injury Classification: The KABCO injury scale levels "K–killed" and "A–incapacitating" were used to identify fatal and severe injuries. Guidelines for KABCO injury classification are described in the National Safety Council's "Manual on Classification of Motor Vehicle Traffic Accident, Sixth Edition" and the American National Standard Institute (ANSI).[18] The KABCO scale, as well as other injury scales, has been used by NHTSA and other researchers to evaluate injury issues. A list of selected published studies utilizing KABCO data is provided in Attachment 5.

Comparative Risk Analysis: The principal function of a rate is to provide a measure of risk that can be directly compared among a series of causes or

---

[16] Background information, and related terminology, largely derived from: *Statistical Analysis of Epidemiologic Data* by Steve Selvin, New York: Oxford University Press, 1996. pp. 2
[17] For the state and NASS/GES datasets, the number of occupant injuries are for occupants sustaining a fatal or incapacitating, or severe, injury, as recorded by the reporting police officer using the KABCO ordinal categorical injury scale (K=killed and A=incapacitating).
[18] National Safety Council, "American National Standard – Manual of Classification of Motor Vehicle Traffic Accidents, Sixth Edition", (ANSI D16.1-1996, Revision of ANSI D16.1-1989), prepared by the National Safety Council, Committee on Motor Vehicle Traffic Accident Classification, under the direction of the Traffic Records Committee of the National Safety Council Highway Traffic Safety Division, 1996.



groups.[19] This comparative risk assessment for a specific make/model includes three analytical components: (1) comparing the specific model group's risk to all other model groups (overall analysis), (2) classifying the specific model group into a vehicle type and comparing the vehicle type's risk to all other vehicle types (between vehicle type analysis), and (3) comparing the specific model group's risk to other model groups within the same vehicle type (within vehicle type analysis). These three types of analyses are integral components of vehicle risk assessment: (a) the overall analysis provides a general perspective, or frame of reference, on a specific model group's risk relative to all other model groups on the road, (b) the second (between vehicle type) analysis provides a relative perspective of the risk for each vehicle type, and (c) the third (within vehicle type) analysis provides a more discrete, or introspective, comparison that helps understand a model group's risk relative to other model groups within the same vehicle type. Comparative risk analysis has been employed by NHTSA and other researchers to evaluate field performance of subject and peer vehicles, specifically in support of NHTSA's defect investigations.[20] A list of selected published studies related to risk calculation and motor vehicle accident studies utilizing comparative vehicle risk is provided in Attachment 6.

**Accident Risk Analyses - Results**

The NASS/GES data (used to project national accident levels) and registration data were used to determine the yearly risk of involvement in a motor vehicle accident. Results indicate that the risk of involvement in a motor vehicle accident in the year 2001 was approximately 5 percent. The risk of having a rollover accident is less than 1 percent. Furthermore, the risk of having a rollover accident that involves a severe or fatal injury is very low (approximately 0.03 percent). Conversely, this means that the likelihood of not being involved in a rollover accident with a severe or fatal injury is approximately 99.97 percent.

A study was conducted using state databases and the FARS database to establish the comparative risk of rollover accidents for a wide variety of vehicles, including sport utility vehicles, pickups, vans, and passenger cars (approximately 740 different make/models of vehicles). The combined state databases utilized for this study were Alabama, Florida, Maryland, North Carolina, and Pennsylvania. It should be noted that the FARS data, which was used to estimate the risk of being in a motor vehicle accident that results in a fatality (fatal accident risk), is comprised of only fatal accidents (which are not representative[21] of all accidents

---

[19] Selvin, Steve, *Statistical Analysis of Epidemiologic Data.*, New York: Oxford University Press, 1996. p.7.
[20] State Data System: A Summary of Motor Vehicle Traffic Crashes from the State Crash Data Files, NHTSA, DOT HS 808 626, 1997, p. 1.
[21] When a sample or subset of a population are used as the basis for analysis, "representative" refers to the research assumption that the selected objects under study have approximately the same distribution of the characteristics we are measuring as the population from which it was drawn and want to make inferences. A representative sample is said to provide external validity of the study's findings – meaning that the results can be used to draw conclusions about the characteristics of the population as a whole.



by the very nature of their severity[22]) and has significant limitations for comparing accident involvement risks among different vehicle designs. The substantial limitation is, by definition, that a fatality must occur for the accident to be included in the database. Factors not related to vehicle design (e.g., occupants not wearing a seatbelt significantly increase their risk of fatal/severe injury, and, by logical extension, increase the likelihood that the accident would be included the FARS database) can affect fatal accident risks. In addition, the overall risk of being involved in a fatal accident is extremely rare and, therefore, the difference in the calculated accident involvement risks between vehicles is also extremely small.

Rollover accident risks for any type of vehicle are significantly lower than other modes of accidents (i.e., frontal, side, rear). While infrequent, rollover accidents occur in all types of vehicles (i.e., sport utility vehicles, pickups, vans, and passenger cars). Results indicate that the 1995-2001 Ford Explorer rollover accident risks are comparable to other sport utility vehicles. Further, any observed differences in the calculated rollover accident risks between vehicles are extremely small. The risk of not being in a Ford Explorer rollover accident that results in a severe or fatal injury (based on the combined state database) is approximately 99.96%.

A study of a vehicle's rollover accident risk is only one component of the total risk associated with that vehicle. Frontal, side and rear collisions are much more frequent modes of accidents. Although the rollover risk of sport utility vehicles as a class are higher than passenger cars, sport utility vehicle accident risks (including specifically the 1995-2001 Ford Explorer) are lower than many passenger cars in other modes of collisions.

A combination and/or interaction of accident specific characteristics contribute to whether or not a motor vehicle accident involves a rollover event, including:
- non-crash factors (rural/urban, posted speed limit, driver attributes, vehicle design)
- pre-crash factors (driver condition/behavior, vehicle traveling speed, vehicle component contributing factors, environmental conditions)
- at-crash factors (single vehicle/multiple vehicle, on road/off road)

A study was undertaken using the FARS database to evaluate the effect on the occurrence of rollover events when such factors are present. Results indicate that

---

[22] NHTSA researchers support this premise. For example, in a 1990 paper, Harwin Brewer (NHTSA) wrote that: "The selection of a database for the statistical study of accidents is a critical first step in the analysis process. This is because the choice of a database may influence or obscure the outcome of the study. For example, the FARS database which consists solely of fatal accidents, is not ideally suited for the analysis of rollover rate, due to the extreme bias of this file toward crashworthiness, e.g.: roof crush, restraint usage, etc. Although the FARS database has been used to estimate rollover rates the results may be questioned for this obvious reason. A more suitable database would be any, or a combination of, the large police automated accident files." See *Harwin, E., Brewer, H., NHTSA "Analysis of the relationship between vehicle rollover stability and rollover risk using NHTSA CARDfile Accident Database", Journal of Traffic Medicine, 1990*

the presence or absence of specific accident characteristics can significantly affect the occurrence of a rollover event regardless of the vehicle type.

It has been alleged that a correlation exists between a "static stability factor" and a rollover occurrence. The "static stability factor" of a vehicle has been defined as the track width divided by twice the height of the center of gravity (i.e., T/2H). A linear regression of this data indicates a low correlation between the factor "T/2H" and accident risks. Comparisons made of accident rollover risks for vehicles with different body styles of the same model as well as vehicles with similar T/2H values demonstrates the inability to use T/2H to predict a vehicle accident rollover risk. In addition, a comparison of vehicles with similar rollover accident risks but different T/2H values demonstrates that applying an acceptance limit criteria to T/2H (such as 1.2 or greater) would eliminate classes of vehicles such as pickup trucks, sport utility vehicles, and small vans, but leave vehicles on the road that pose similar risks of rollover accidents.

**Occupant Injury Risk Analyses – Results**

Studies were conducted using state databases to establish occupant injury risks. The combined state databases utilized were Florida, Maryland, North Carolina, and Pennsylvania. These state databases are comprised of police reported automobile accidents involving all levels of occupant injury severity, and include a consistent coding of occupant injury severity using the KABCO scale.[23]

State databases were used to determine the fatal/severe occupant injury rates for the 1995-2001 Ford Explorer in comparison to peer vehicles (i.e., sport utility vehicles) as well as other types of vehicles (i.e., pickups, vans, and passenger cars). Results indicate that the Ford Explorer fatal/severe occupant injury rates are comparable to other sport utility vehicles. Also, the Ford Explorer and sport utility vehicles as a class have lower fatal/severe occupant injury risks than other types of vehicles.

These studies were also used to assess the risks of fatal/severe injury associated with seat belt usage. Results consistently indicate that belted occupants have significantly lower risks of fatal/severe injury than unbelted occupants do in all modes of accidents.

The opinions expressed in this report are based on a reasonable degree of engineering certainty and on information currently available. These opinions may be supplemented if further information, data, or analyses become available. Analysis of motor vehicle

---

[23] Alabama injury data is not included in the state-level injury analyses. Alabama's KABCO definition differs from the other states: the term 'incapacitating' or 'severe' are not used in the description in any manner, and the description of "visible [injury] or carried from scene" allows the inclusion of what other states would consider less than severe or incapacitating (e.g.: "bleeding wound" without mention of extent of blood loss [e.g. NC-"massive loss of blood"] defines categorization as "A" for a less than incapacitating injury).

accident data is continually underway, as data is updated. The most current accident data analysis will be provided at the time of deposition and/or trial.

Design Research Engineering currently charges $300 per hour for my services. I have provided a list of cases in which I have given deposition or trial testimony during the past four years (Attachment 8). Please contact me if you have any questions concerning the above findings.

Respectfully submitted,

*Michelle M. Vogler*

Michelle M. Vogler, Ph.D., P.E.
Principal Engineer

