SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN BERNARDINO

FORD MOTOR COMPANY,                )
                                   )
            Plaintiff,             )
                                   )
    vs.                            )  Case No. BCV04208
                                   )
STATE OF CALIFORNIA, et al.,       )
                                   )
            Defendants.            )
                                   )

DEPOSITION OF GERALD ROSENBLUTH

VOLUME II
(Pages 134 through 287)

Taken on TUESDAY, OCTOBER 2, 2001 at 9:33 A.M.

247171.1

(ROSENBLUTH, VOL. II)

1     Deposition of GERALD ROSENBLUTH, taken before

2 Alejandria S. Vargas, a Certified Shorthand Reporter

3 for the State of California, with principal office in

4 the County of Orange, commencing at 9:33 a.m., Tuesday,

5 October 2, 2001, in the law offices of

6 MARDIROSSIAN & ASSOCIATES, 6311 Wilshire Boulevard,

7 Los Angeles, California.

8

9 APPEARANCES OF COUNSEL:

10

    For the Plaintiff:

11

       MARDIROSSIAN & ASSOCIATES
12    Attorneys at Law
       6311 Wilshire Boulevard
13    Los Angeles, California  90048
       (323) 653-6311
14    BY:  GARO MARDIROSSIAN, ESQ.

15

       LAW OFFICES OF O'REILLY
16    Attorney at Law
       4720 Lincoln Boulevard
17    Suite 250
       Marina del Rey, California  90292
18    (310) 306-0063
       BY:  CHARLES B. O'REILLY, ESQ.
19

20    For the Defendant:  MACPHERSON FORD

21    HOLLINS, SCHECHTER & CONDAS
       Attorneys at Law
22    505 South Main Street
       12th Floor
23    Orange, California  92856
       (714) 558-9119
24    BY:  BRUCE LEE SCHECHTER, ESQ.

25

(ROSENBLUTH, VOL. II)

1        (A lunch recess was taken from 12:09 p.m.
2        until 1:45 p.m.)
3   BY MR. RODMAN:
4        Q.   Mr. Rosenbluth, while we were off the record,
5   you provided me with a copy of your current CV, a list
6   of your closed cases and a list of -- is it insurance
7   cases that you've worked on?
8        A.   Insurance company investigations.
9        Q.   Okay.  Those insurance company
10  investigations, are any or all of those cases, did they
11  result in lawsuits?
12       A.   If they result in a lawsuit, theoretically
13  they are taken off of the insurance case log.  And when
14  they're resolved, they go on the resolved case log.
15       MR. RODMAN:  Okay.  We're going to mark those
16  collectively as Exhibit 20, and then your office is
17  faxing over for us a list of the cases in which you
18  provided testimony in the last four years.  And when
19  that arrives, we'll mark that as Exhibit 21.
20       Q.   What was your undergraduate degree in?
21       A.   Arizona State University, School of
22  Education, Division of Industrial Design and
23  Technology, with a specialization in automotive
24  technology and a minor in physical sciences.
25            (An off-the-record discussion was held.)

(ROSENBLUTH, VOL. II)

1        MR. RODMAN:  Back on the record.

2            We had some duplication of exhibit numbers,

3   so to clarify, Exhibit 21 should be the CV, the list of

4   resolved cases, and the insurance investigations.  And

5   then Exhibit 22 will be the list of cases in which

6   Mr. Rosenbluth has provided testimony in the last four

7   years.

8            (Defendant's Exhibit 21 and 22 marked for

9            identification.)

10  BY MR. RODMAN:

11       Q.   Your bachelor degree, was that a bachelor of

12  arts?

13       A.   Yes, sir.

14       Q.   And what is industrial design and technology,

15  can you describe what that means?

16       A.   Essentially, the study of man and machine and

17  how they interrelate with each other.

18       Q.   As part of that bachelor's degree, did you

19  take engineering courses?

20       A.   No, it was -- although some of the courses

21  were concurrent, offered in industrial design and

22  engineering.

23       Q.   And your CV lists you have a master of arts

24  degree from Arizona State, as well; is that correct?

25       A.   That's correct.

(ROSENBLUTH, VOL. II)

1    Q.    And what was that master's --

2    A.    Same subject area.

3    Q.    And to obtain the master's degree, did you

4  have to take any engineering courses?

5    A.    Some of the courses were concurrent.  For the

6  master's degree, I had the comprehensive examination.

7    Q.    Did you take any engineering courses as part

8  of your graduate study work at Arizona State

9  University?

10    A.    Other than what I've referred to, no.

11    Q.    What specific courses in engineering did you

12  take at ASU?

13    A.    There were several concurrent courses.

14  Probably your physics, chemistry, that kind of thing.

15    Q.    What do you mean by "concurrent course"?

16    A.    Where they were offered for students in

17  industrial design and technology as well as

18  engineering.

19    Q.    Okay.  You mentioned physics, chemistry?

20    A.    Courses of that nature.

21    Q.    Okay.  Did you take any courses that

22  emphasized mechanical engineering?

23    A.    Well, there were a number of courses that

24  emphasized the mechanics of design, the features of

25  those mechanics, as well as the application thereof.

225

DOKICH COURT REPORTERS, INC.
(949) 574-8900    (800) 720-9679

247171.1

(ROSENBLUTH, VOL. II)

```
 1     Q.   Do you have the names of any of those
 2  courses?
 3     A.   I believe there was one entitled "Industrial
 4  Design," and there was several others -- I mean, you're
 5  talking 30-something years ago --
 6     Q.   Do you hold --
 7     A.   -- so I don't have a clear recollection of
 8  the course names.
 9     Q.   Do you hold a degree in any area of
10  engineering?
11     A.   No.
12     Q.   It mentions here a graduate study at ASU from
13  '67 to '72.  Can you explain what that study was in?
14     A.   Essentially, the same area.
15     Q.   Industrial design?
16     A.   That is correct.
17     Q.   And the graduate study of Northern Arizona
18  University in 1976, what was that graduate study in?
19     A.   That would be the same area again.
20     Q.   Have you ever been employed by an automobile
21  manufacturer?
22     A.   Outside of litigation?
23     Q.   Yes.
24     A.   No.
25     Q.   Which, if any, automotive manufacturers have
```

(ROSENBLUTH, VOL. II)

1  retained you for purposes of litigation?

2      A.   Rolls Royce, Maserati, Mercedes Benz.  I
3  think there's a couple others in there.

4      Q.   Would those be identified in your list of
5  closed cases?

6      A.   Yes.

7      Q.   Okay.  Have you ever been retained by an auto
8  manufacturer to work on a rollover case?

9      A.   No.

10     Q.   Are you currently retained by any automotive
11 manufacturer to provide testimony for litigation?

12     A.   Not that I can think of at this time.

13     Q.   Okay.  And how much of your current practice
14 would you say is working on behalf of injured
15 plaintiffs versus working for defendants?

16     A.   Approximately 60 percent plaintiff and
17 40 percent defense.

18     Q.   Have you ever designed an automobile
19 suspension?

20     A.   Yes, multiple times.

21     Q.   Okay.  Have you ever designed an automobile
22 suspension on a vehicle that was sold to the public?

23     A.   The answer is "yes," but it could be
24 misleading.

25     Q.   Can you explain?

(ROSENBLUTH, VOL. II)

```
 1      A.   I think perhaps your question is:  Did I
 2  design a suspension that became incorporated in
 3  production automobile, and the answer is "no."  As far
 4  as other suspensions for off-road vehicles, racing
 5  vehicles, that kind of thing, Baja 500 vehicles, yes.
 6  And those vehicles were sold to the consuming public,
 7  but not as production vehicles, and I think that's what
 8  your question was after.
 9      Q.   They weren't sold in a mass market sense?
10      A.   Correct.
11      Q.   All right.  Have you ever designed any brake
12  components that were incorporated into a production
13  vehicle sold to the mass public?
14      A.   No.
15      Q.   Okay.  Have you ever designed any seat belt
16  components that were incorporated into a vehicle sold
17  to the public?
18      A.   No, only for the specialty vehicles that we
19  previously talked about.
20      Q.   Off-road vehicles, dune buggies?
21      A.   They are called specialty vehicles.
22      Q.   Do you hold any patents?
23      A.   No.
24      Q.   How much do you charge for your testimony at
25  trial per hour?
```