

**AUTOMOTIVE CONSULTING SERVICES, INC.**
4747 SOUTH LAKESHORE DRIVE, SUITE 101
TEMPE, ARIZONA 85282
(480) 890-1000
FACSIMILE (480) 456-3805

## CURRICULUM VITAE

Mr. Gerald Rosenbluth has had a combination of over 40 years experience in the various facets of the automotive industry ranging from the practice of the auto mechanics trade to post-graduate university study. The emphasis of university study was in the division of Industrial Design and Technology with a specialization in Automotive Technology and a minor in Physical Sciences. Mr. Rosenbluth's expert witness courtroom testimony has been a significant factor in numerous cases dealing with the mechanical elements of automotive consumer fraud and product liability including but not limited to trade practice, industry comparative theoretical function, static and dynamic testing failure analysis. Mr. Rosenbluth has consulted and/or testified on behalf of both plaintiffs and defendants with representative clients being insurance companies, automobile dealerships, automobile manufacturers, private attorneys, federal and state governmental agencies such as the National Highway Traffic Safety Administration, the Federal Trade Commission, the Arizona Attorney General's Office [Criminal, Consumer Fraud, Racketeering and Organized Crime Divisions] and the Arizona Department of Public Safety.

### EDUCATION BACKGROUND

- Northern Arizona University    Flagstaff, AZ    1976       Graduate Study
- Arizona State University       Tempe, AZ        1967-72    Graduate Study
- Arizona State University       Tempe, AZ        1965-67    Master of Arts
- Arizona State University       Tempe, AZ        1963-65    Bachelor of Arts
- New York University            New York, NY     1960-62    Undergrad Study

### INDUSTRY TECHNICAL SCHOOLS

- General Motors Corporation        Engine Tune-up                 1967
- Volkswagen of America             Multiple Carburetion           1967
- Ford Motor Company                Drivetrain Diagnosis           1968
- Chrysler Corporation              Emission Control               1972
- Ford Motor Company                Air Conditioning Seminar       1977
- Dana Corporation                  Internal Comb. Eng. Theory     1978
- State of Arizona                  Vehicle Emission Seminar       1978
- General Motors Corporation        Emission Control Systems       1979
- General Motors Corporation        Fuel Injection Systems         1979
- General Motors Corporation        Ignition System [HEI]          1979
- General Motors Corporation        Carburetion Systems            1979
- Robert Bosch Corporation          Fuel Injection Systems         1980
- Robert Bosch Corporation          Fuel Injection "K" Systems     1983
- Robert Bosch Corporation          Fuel Injection "L" Systems     1983
- Society of Automotive Engineers   Truck Braking Systems          1986
- Az Auto Theft Investigators Assn  Vehicle Theft Investigation    1986

### PROFESSIONAL AFFILIATIONS

- Society of Automotive Engineers------------------------Active Membership
- American Arbitration Association------------National Panel of Arbitrators
- Nat'l Assoc. of University Automotive Instructors----------Membership
- Maricopa Technical College-------Auto. Technology Program Adv. Committee
- National Center for Auto Safety-------------------------------Membership
- Insurance Institute for Highway Safety-----------------------Membership
- Automotive Service Council of Arizona------------------------Membership
- International Association of Arson Investigators------------Membership
- Arizona Association of Arson and Theft Investigators--------Membership
- Nat'l Fire Protection Association-Engineering Section-------Membership
- American Board of Forensic Examiners-Board Certified--------Membership

Rev. 07/04

EXHIBIT "A"



**AUTOMOTIVE CONSULTING SERVICES, INC.**
4747 SOUTH LAKESHORE DRIVE, SUITE 101
TEMPE, ARIZONA 85282
(480) 890-1000
FACSIMILE (480) 456-3805

## PROFESSIONAL RECORD

| | |
|---|---|
| Automotive Consulting Services, Inc.<br>Tempe, Arizona | POSITION: President; Expert Consultant<br>DATE:    1979 to Present |
| American Arbitration Association<br>New York, New York | POSITION: National Panel of Arbitrators<br>DATE:    1978 to Present |
| Arizona Attorney General's Office<br>Phoenix, Arizona | POSITION: Automotive Expert Consultant<br>DATE:    1977 to Present |
| Technical Advisory Service for Attorneys<br>Ft. Washington, PA./Phoenix, AZ | POSITION: Automotive Expert Consultant<br>DATE:    1977 to Present |
| Center for Auto Safety<br>Washington, D.C. | POSITION: Automotive Expert Consultant<br>DATE:    1981 to Present |
| Technical Advisory Bureau, Inc.<br>Washington, D.C. | POSITION: Automotive Expert Consultant<br>DATE:    1980 to Present |
| Alliance Import Automotive Supply, Ltd.<br>Mesa, Arizona | POSITION: Corporation President<br>DATE:    1982 to 1987 |
| Machine Engineering, Inc.<br>Mesa, Arizona | POSITION: Corporate Vice-President<br>DATE:    1982 to 1985 |
| Mesa Community College<br>Mesa, Arizona | POSITION: Automotive Instructor<br>DATE:    1982 to 1983 |
| Automotive Technical Services, Inc.<br>Mesa, Arizona | POSITION: CVP; Service Advisor; Mechanic<br>DATE:    1979 to 1982 |
| Northern Arizona University<br>Flagstaff, Arizona | POSITION: Automotive Seminar Director<br>DATE:    1976 to 1982 |
| Maricopa Technical College<br>Phoenix, Arizona | POSITION: Automotive Instructor<br>DATE:    1974 to 1978 |
| East Phoenix High School<br>Phoenix, Arizona | POSITION: Automotive Instructor<br>DATE:    1967 to 1982 |
| Armstrong Automotive Service<br>Scottsdale, Arizona | POSITION: Mechanic; Service Manager<br>DATE:    1967 to 1969 |
| Howard's Texaco Service<br>Santa Ana, California | POSITION: Mechanic; Service Manager<br>DATE:    1965 to 1967 |
| Santa Ana Valley High School<br>Santa Ana, California | POSITION: Automotive/Metals Instructor<br>DATE:    1965 to 1967 |
| Harris Tempe Shell Service<br>Tempe, Arizona | POSITION: Mechanic<br>DATE:    1963 to 1965 |
| Broward Chevrolet<br>Ft. Lauderdale, Florida | POSITION: Service Advisor; Mechanic; Sales<br>DATE:    1962 to 1963 |
| Sports Car Company<br>Pompano Beach, Florida | POSITION: Mechanic<br>DATE:    1962 |

gr_curriculum_vitae.doc
Rev. 07/04