IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ISABEL ENNIS REYNOSO, )
SALLY PAYAN AND ENRIQUE )
ROBERTO PAYAN )
    Plaintiffs )
 )
 )
 )
vs. ) CASE NO. B-03-120
 )
FORD MOTOR COMPANY and )
AUTOMOTRIZ DEL NORESTE, )
S.A. DE C.V. )
    Defendants. )

**ORAL VIDEOTAPED DEPOSITION OF**

**EDWARD M. PADDOCK**

March 28, 2005

ORAL DEPOSITION OF EDWARD M. PADDOCK, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 28th day of March, 2005, from 9:55 a.m. to 2:34 p.m., before Laurie Carlisle, Certified Shorthand Reporter in and for the State of Texas, reported by computerized machine shorthand at the offices of Courtyard Detroit Metro Airport Romulus, Romulus, MI, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

COPY

*Carlisle Reporting*
(713) 864-4443

*Edward M. Paddock - March 28, 2005*
*Examination by Mr. Martinez*

1  Q.   All right.  Let's go through his testing.
2  Okay?
3  A.   Okay.  If we start out on the front page.
4  Q.   Why don't we -- how extensive is that
5  you're talking about?
6  A.   Well, you know, he's got a lot of photos.
7  Q.   I'm not talking about the photos.  I'm just
8  talking about --
9  A.   We can probably do it in --
10 Q.   Let's go ahead and do it.  How many pages
11 are you --
12 A.   Four pages.
13 Q.   Why don't we make a copy of that so that I
14 don't have to keep looking over your shoulder.
15 A.   Sure.
16 Q.   Let's make a copy of that.
17      THE VIDEOGRAPHER:  Off the record
18 1:14:56.
19      (Recess taken)
20      THE VIDEOGRAPHER:  We're back on the
21 record at 1:17:32.
22 Q.   (By Mr. Martinez) Let's go ahead and, for
23 the purposes of identification, you are looking at
24 Automotive Consulting Services, Inc.?
25 A.   Right.

*Carlisle Reporting*
(713) 864-4443

1  something like that -- there is an old engineering
2  principle, and since Mr. Rosenbluth isn't an
3  engineer, I would presume that, you know, he didn't
4  understand this principle.  But if you're given a
5  page of data, when I started out at Ford Motor
6  Company and I gave my boss a set of data, he would go
7  like this.  (gesturing)  "Prove it."  Then he would
8  go, "prove it."  And if he found one set of errors in
9  there, it put the whole thing in question.
10          And that's sort of what I did.  I went
11 it doesn't make sense.  All of a sudden everything is
12 in question.  Maybe it will all work out, but right
13 now in my mind everything is in question.  We'll
14 figure that out later.  As soon as this deposition is
15 done.
16          The next page is simply my notes,
17 what I attempted to do without relying on his
18 information.  I attempted to go through and make my
19 own set of notes, and what you see is each and every
20 evaluation that he conducted.  And behind it you see
21 the -- I looked at his photograph and said if I had
22 to look at that photograph, what would I say that the
23 webbing length was.  Well, in the first one I said it
24 was 37 1/2.  He said it was 37 1/2.  We sort of
25 agreed.  I looked at picture 1053.  And I did that

1  for every dimension that I could find in here.
2  I tried to figure out where --
3    Q.    What picture did -- oh, 1053?
4    A.    That was his photo 1053.
5    Q.    Okay.
6    A.    And that's what I -- I went through that.
7  Then when I got to the last page -- like I said, he
8  said we tested an exemplar seat, but this isn't an
9  exemplar seat so we'll have to look into that. He's
10 got an exemplar vehicle -- well, it can't be an
11 exemplar vehicle. Maybe he's got an exemplar vehicle
12 with a non-exemplar seat. I don't know.
13           There's this thing called H point.
14 It's called H point seat back. And I look at it and
15 he said the H point is 28.5 inches. You know, in
16 engineering terminology, that would not be the
17 H point. He's measuring something else. Again, I'm
18 looking at this fourth page. I've got it circled.
19 It says 28.5. Where did that come from? It's got
20 nothing to do with an H point. An H point is a
21 prescribed dimension in every vehicle built in the
22 United States. You just go to a book and you look it
23 up. I can tell you I went to a book, I looked it up
24 and it's not that. I went to -- and it's not 37.50
25 either. It so happens that it's 39.9 for a

1  2000 model year Explorer.  And that H point is in the
2  notes area that I have in here.
3      Q.    And where would that be?
4      A.    Some place.  I have a section called Notes.
5      Q.    Is that in Exhibit 6?
6      A.    It is.  And these are all the notes that I
7  have.
8      Q.    Let's go ahead and make copies of those in
9  that particular section.  We'll make that 6B.
10     A.    Did you want everything in this section?
11     Q.    No, no.  Just the first part.
12              THE VIDEOGRAPHER:  Off the record
13  1:26:29.
14              (Recess taken)
15              THE VIDEOGRAPHER:  Back on the record
16  at 1:32:32.
17              (Exhibit 6B marked)
18     Q.    (By Mr. Martinez) Mr. Paddock, Exhibit 6B,
19  this says "Project Issues".  Is that right?
20     A.    Where are --
21     Q.    Says "Project Issues" on top.
22     A.    Oh, yes.  Yes.
23     Q.    Anyway, obviously -- are these your notes?
24     A.    The notes are usually when a project comes
25  in, there's one of the non-technical people in the

 1  office that just takes whatever information they can
 2  and sort of puts it in a summary.  And then usually
 3  what I do is as I go through a project and pieces of
 4  information come in, I may add or -- I usually add
 5  comments to it.  So most of the -- not most of.  All
 6  of the pencil marks that you see, the chicken
 7  scratching, that's my chicken scratching.
 8      Q.    So all the ABC, complaint summary, all that
 9  stuff is done by some clerical person?
10      A.    Yes.
11      Q.    They also, they put down January 1, 2003?
12      A.    Yes, they did.  Should be January 11th,
13  2003, as we know.  You can't imagine how much that
14  writing the month first or writing the date first
15  goofs things up.  But anyway --
16      Q.    That's the way we do it down --
17      A.    I know.
18      Q.    In any event, the -- you've indicated that
19  the pencil marks are what you actually had input into
20  these project issues, I guess as it is termed here?
21      A.    Yes.
22      Q.    Do you have any earthly idea who this
23  clerical person might be?
24      A.    Sure, Jennifer Hall.
25      Q.    Jennifer Hall with -- works for --

1  A.    Design Research Engineering.
2  Q.    Are you part owner of that group?
3  A.    No.  No, I'm just an employee.
4  Q.    Okay.  Now, tell me how this information
5  with regards to Exhibit 6B plays into what we were
6  talking about, 6A?
7  A.    Well, if you look at this particular
8  diagram --
9  Q.    Which would be --
10 A.    Says Dimensional Data Explorer.
11 Q.    One, two, three, four, five, six, seven --
12 there's eight pages in Exhibit 6B.  And this will be
13 page No. 7.  That's the dimensional data of the
14 Explorer four-door?
15 A.    Yes.
16 Q.    Okay.
17 A.    And that thing you see there, SGRB right in
18 the middle of the sort of front driver's seat, it's
19 this little circle with the points in the circle and
20 it's got a little box on it -- seating reference
21 point SGRB.
22 Q.    Why don't you mark it here.
23 A.    I did have a yellow pencil when I started
24 out today, I was going to make it a little easier
25 here.

*Edward M. Paddock - March 28, 2005*
*Examination by Mr. Martinez*

1  Q.    Let the record reflect that you have
2  indicated on page 7, H61 and SGRP.
3  A.    Right.  SGRP is really theoretically the
4  seating reference point as defined by the Society of
5  Automotive Engineers.  Did I get one back?  Thank
6  you.  And that's really the H point.  And you can see
7  that the dimension of H61 is the distance from the
8  H point to the roof, which is listed on the next page
9  as H61 as head room front.  That's 39.8.
10 Q.    Would that be 39.9?
11 A.    I'm sorry, 39.9.  And so when
12 Mr. Rosenbluth starts using some of his dimensions
13 like 2 inches difference at least in his exemplar
14 vehicle, that sort of tells me something is not
15 right.  I don't know what's not right, but something
16 is not right.  And so it just puts everything into
17 question, and maybe some of it will be cleared up
18 later on.
19          And you don't know if it's the seat
20 because the seat is different, you don't know if the
21 seat's in the right position.  You know, because what
22 he does is like we talked about earlier, there is the
23 seat belt buckle support, and in all of the photos,
24 I wasn't able to get a picture of that, so I don't
25 know where the seat is fore and aft in the vehicle

1  compared to the case vehicle or the subject vehicle.
2  Maybe there's a photo in there someplace, I just
3  didn't see it.
4      Q.   Okay.  So you -- are you questioning where
5  the seat is located?  Is that -- or you just don't
6  know?
7      A.   I'm questioning the whole thing and what he
8  did of what merit it has.
9      Q.   Sure.  And of course, that's, you know --
10 you're an expert for Ford, have been many times,
11 right?
12     A.   I'm an expert for Ford and have testified
13 on their behalf many times.
14     Q.   And certainly you're not going to be
15 accepting of anything that the plaintiff's experts
16 have because they're going to differ in their
17 opinions, correct?
18          MS. SAMBERG:  Object to form.
19     A.   Oh, no.  Absolutely not.  No.  If he tells
20 me what that is and I agree, I don't have any problem
21 agreeing with that.
22     Q.   (By Mr. Martinez) He was of the opinion
23 that she was belted from day 1.
24     A.   Okay.
25     Q.   Okay.  And you weren't sure?