

# DIMENSIONAL DATA
## EXPLORER, 2 DR/4DR — 4X2/4X4

Page 67  EXPLORER

| CODE | DESCRIPTION | 2-DR | 4-DR |
|---|---|---|---|
| H61 | HEADROOM — FRONT | | 1013 [39.9] |
| H63 | HEADROOM — REAR | | 998 [39.3] |
| H106 | APPROACH ANGLE FRONT BUMPER (4x4)(1) | | 26.0°/26.3° |
| H106 | APPROACH ANGLE FRONT BUMPER (4x2)(1) | | 26.0°/26.3° |
| H107 | DEPARTURE ANGLE REAR BUMPER (4x4)(1) | | 17.6°/18.0° |
| H107 | DEPARTURE ANGLE REAR BUMPER (4x2)(1) | | 17.6°/18.0° |
| H147 | RAMP ANGLE (4x4) | | 17.9°/16.4° |
| H147 | RAMP ANGLE (4x2) | | 17.9°/16.4° |
| H202 | REAR OPENING HEIGHT | | 856 [33.7] |
| H504 | WHEELHOUSE HEIGHT | | 150 [5.9] |
| H701 | FRONT BUMPER HEIGHT | 300 [11.8] | 297 [11.7] |
| — | FRONT BUMPER WIDTH (NOT SHOWN) | | 1699 [66.9] |
| H705 | REAR BUMPER HEIGHT | 333 [13.1] | 343 [13.5] |
| — | REAR BUMPER WIDTH (NOT SHOWN) | | 1674 [65.9] |
| H706 | BOTTOM OF BUMPER TO TOP OF HITCH PLATE | | 35 [1.4] |
| H708 | Z DATUM LINE TO TOP OF FLOOR (AT REAR) | 358 [14.1] | 363 [14.3] |
| H709 | ¢ OF REAR AXLE TO BOTTOM OF AXLE HOUSING | | NA |
| H710 | REAR LIFTGATE OPENING FROM FLOOR TO OPEN LIFTGATE | | 1166 [45.9] |
| H711 | Z DATUM LINE TO BOTTOM OF FRONT BUMPER * | | −20 [−0.8] |
| H712 | Z DATUM LINE TO BOTTOM OF REAR BUMPER | +28 [+1.1] | +33 [+1.3] |
| H776 | ¢ FRONT AXLE TO BOTTOM OF AXLE HOUSING (4x4 ONLY) | | 140 [5.5] |
| TL23 | FORWARD SEAT TRACK | | 229 [9.0] |
| L34 | LEG ROOM — FRONT | | 1077 [42.4] |
| L50 | COUPLING DISTANCE FRONT TO REAR | 818 [32.2] | 853 [33.6] |

(1) At curb weight.
* Includes lower valance panel.

| CODE | DESCRIPTION | 2-DR | 4-DR |
|---|---|---|---|
| L51 | LEG ROOM — REAR | 876 [34.5] | 935 [36.8] |
| L101 | WHEELBASE | 2583 [101.7] | 2835 [111.6] |
| L103 | OVERALL LENGTH | 4592 [180.8] | 4844 [190.7] |
| L104 | FRONT OVERHANG | | 891 [35.1] |
| L105 | REAR OVERHANG | | 1118 [44.0] |
| L202 | CARGO LENGTH @ FLOOR — RR SEAT FOLDED DOWN | 1750 [68.9] | 1999 [78.7] |
| L203 | CARGO LENGTH @ FLOOR — RR SEAT UP | 993 [39.1] | 1082 [42.6] |
| L204 | CARGO LENGTH @ BELT — RR SEAT FOLDED DOWN | 1562 [61.5] | 1813 [71.4] |
| L205 | CARGO LENGTH @ BELT — RR SEAT UP | 780 [30.7] | 983 [38.7] |
| W3 | SHOULDER — FRONT | | 1440 [56.7] |
| W4 | SHOULDER — REAR | 1473 [58.0] | 1443 [56.8] |
| W5 | HIP — FRONT | | 1318 [51.9] |
| W6 | HIP — REAR | 1107 [43.6] | 1318 [51.9] |
| W20 | SgRP (Y) | | −366 [−14.4] |
| W25 | SgRP 2ND — 2 DOOR (LH POSITION) / 4 DOOR (LH POSITION) (Y) | 300 [11.8] | 432 [17.0] |
| W103 | VEHICLE WIDTH | | 1783 [70.2] |
| W201 | WHEELHOUSE — CARGO WIDTH | | 1064 [41.9] |
| W410 | OVERALL WIDTH WITH STANDARD MIRRORS | | 2057 [81.0] |
| W500 | CARGO WIDTH @ FLOOR | | 1336 [52.6] |
| W706 | ¢ OF VEHICLE TO ¢ OF FRONT AXLE HOUSING (4x4 ONLY) | | 236 [9.3] |
| W707 | ¢ OF VEHICLE TO ¢ REAR AXLE HOUSING | | 30 [1.2] |

NOTES — [ ] DIMENSIONS ARE IN INCHES.
— SgRP X AND Z LOCATIONS, PAGE 24
— TIRE DATA, PAGE 65