IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

ISABEL ENNIS REYNOSO, SALLY PAYAN, )
and ENRIQUE ROBERTO PAYAN,            )
                                      )
           Plaintiffs,                )
                                      )
    -vs-                              )   Civil Action
                                      )   No. B-03-120
FORD MOTOR COMPANY,                   )
                                      )
           Defendant.                 )
_____)

Phoenix, Arizona
March 25, 2005
10:00 a.m.

DEPOSITION OF DEAN JACOBSON

REPORTED BY:
CATHY E. HOFF, RPR, CSR, CCR
Certified Court Reporter                (COPY)
CCR No. 50101
                              HOLIDAY & ASSOCIATES
                     Registered Professional Reporters
                   2025 North Third Street, Suite B-173
                            Phoenix, Arizona 85004
                   (602) 712-9700   Fax (602) 712-9701
PREPARED FOR:
GERALD GIORDANO, ESQ.

1  test, correct?
2      A.   Yes, I would pick a drop test.
3      Q.   Have you generated any particular number for
4  the performance criterion that a roof would have to
5  meet in a drop test from a particular height?
6      A.   I can give you a range.  I would like to
7  see -- for example, if you choose -- as Ford did in
8  their experimental safety vehicle program, they dropped
9  a modified vehicle from 2 feet.  And just so that I
10 don't misquote, let me look that up real quickly.
11          They dropped -- they did a 2-foot drop, and
12 the maximum static intrusion in that test was 6.5
13 inches.  And there's a particular area where that was
14 measured, but it's in the area of where you normally
15 get the maximum intrusion.
16          There were a number of different
17 modifications to the 19 -- I believe it was 1971
18 vehicle that they used with a 2-foot drop test.  And
19 they were able to achieve in that test what I would
20 consider a very good intrusion number, 6-1/2 inches
21 from 2 feet.
22          I think that in a drop test you have a
23 dynamic test which simulates what you're really
24 concerned about in a rollover, and that is an impact.
25 And I think whether you do a drop test from 2 feet or

1  from 1 foot, that probably just really thoroughly
2  digesting all the literature you could come up with a
3  reasonable intrusion number.  Maybe at 1 foot it's
4  3 inches, at 2 feet maybe it's 6 inches.  Those
5  shouldn't be linear because acceleration is not linear,
6  but you could come up with a number of that region.
7           I think the first thing you have to do is you
8  have to recognize that you have a survival space, an
9  occupant survival space in a vehicle, which clearly is
10 defined as 29.4 to 29.5 inches from the H point.  And
11 Ford has provided a document from the past where they
12 have specified 29.4.  The literature says 29.5.  Any
13 way you look at it, you need to stay out of that space.
14          And so for a given vehicle, depending upon
15 what your head space is, then I think you have to go in
16 and design for that vehicle with a -- whether you're
17 going to talk about a 1-foot drop or a 2-foot drop, you
18 have to design it to stay out -- to stay out of the
19 headspace -- to stay out of the occupant survival
20 space.  And I think what you need to do -- in my
21 opinion, part of that design really has to identify the
22 number of Gs or the G loading that the vehicle is going
23 to see.
24          And, in my opinion, you should have a --
25 should be able to survive a 6 to 7 G load in a rollover

1  accident without encroaching into the occupant survival
2  space.  I think it's best to design all this into a
3  drop test and have a specified drop height.  One foot
4  has been used repeatedly.  In our tests of the
5  Explorer, we used a one-foot drop height, and I think
6  we ended up with a little less than -- I'd have to
7  again look -- in the high 3- to 4-inch category, which
8  keeps you out of the survival space with the ...
9          Let me check the number.  I don't remember
10 exactly what it was.  Let me do that before I ...
11         But anyway, I would use the drop test, and
12 you'd have to do a little bit of testing to make sure
13 that you establish all of the criteria, keeping in mind
14 the kind of forces you're likely to see in a rollover.
15         In the old Malibu tests, they found that
16 vehicles will see something on the order of three Gs in
17 a rollover.  Well, if you know you're going to have 3
18 Gs in a rollover, any engineer worth his salt is going
19 to apply a safety factor to that.  So if you have 3 to
20 3-1/2 Gs in a rollover, then you'd better -- because
21 you're talking about safety, then you should have a
22 safety factor of 2, let's say.
23         So that puts you at 6 to 7 Gs.  And I've said
24 in other depositions I think 5 is an absolute minimum
25 requirement, but I think that you should be able to see

```
 1   6 to 7 Gs.  And we know we can build them to that.
 2           Now, in the tests that we did with the
 3   modified reinforced vehicle, the --
 4      Q.   I don't mean to interrupt you, but I'm going
 5   to come back to ask you about that.
 6      A.   Okay.
 7      Q.   You can feel free to finish if you'd like,
 8   but you're getting a little ahead of me.
 9      A.   Okay.  I'll just say, because I want to
10   correct one thing that I said, the A-pillar
11   displacement was 2.97 inches.  I knew it was around 3
12   something.  2.97 inches was the maximum A-pillar
13   displacement.
14      Q.   And that was in the modified vehicle?
15      A.   That was in the modified vehicle.  And that
16   compares to the Ford case, where it dropped from 2 feet
17   and had 6.5 inches.
18      Q.   For the ESV?
19      A.   For the ESV, right.  So anyway, those are
20   just a range for 1-foot to a 2-foot drop where I think
21   those numbers are reasonable.
22      Q.   Is it fair to say that you don't have a
23   particular drop height that you think vehicles need to
24   be tested from?  There's not one drop height that you
25   advocate?
```