IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN, | § § § |
| Plaintiffs, | § § |
| vs. | § § **CIVIL ACTION NO. B-03-120** |
| FORD MOTOR COMPANY, et al. | § § |
| Defendants. | § § |

## ORDER

Upon consideration of Ford Motor Company's Opposed Motion to Exclude Testimony of Gerald Rosenbluth under Rules 402, 403 and 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals*,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Ford's Motion is granted and the testimony of Gerald Rosenbluth is hereby excluded from admission at trial.

DONE this ___ day of _____, 2005, at Brownsville, Texas.

_____
Honorable Hilda G. Tagle
United States District Judge