United States District Court
Southern District of Texas
FILED

MAY 1 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN, | § § § § | |
| Plaintiffs, | § | |
| vs. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY, et al. | § § | |
| Defendants. | § § § | |

### CERTIFICATE OF CONFERENCE IN SUPPORT OF:

### DEFENDANT FORD MOTOR COMPANY'S OPPOSED MOTION TO EXCLUDE TESTIMONY OF DR. RONALD HUSTON UNDER RULES 402, 403, AND 702 OF THE FEDERAL RULES OF EVIDENCE AND *DAUBERT V. MERRELL DOW PHARMACEUTICALS*

TO THE HONORABLE JUDGE OF THE COURT:

Undersigned counsel, Matthew Goldstein, for Ford Motor Company ("Ford"), certifies that counsel for Ford has conferred with respondent and, after personal consultation and good faith efforts to do so, counsel cannot agree on the disposition of Ford's Opposed Motion to Exclude Testimony of Dr. Ronald Huston Under Rules 402, 403, and 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals*.

. . .

. . .

. . .

Respectfully submitted,

SNELL & WILMER L.L.P.
One South Church Avenue
Suite 1500
Tucson, Arizona 85701
(520) 882-1218 Telephone
(520) 884-1294 Fax

By: _____
Matthew A. Goldstein
Admitted Pro Hac Vice

- and -

William L. Mennucci
State Bar No. 00788042
Michael W. Eady
State Bar No. 06332400
THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos Street, Suite 1500 Austin Centre
(512) 708-8200 Telephone
(512) 708-8777 Fax

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the foregoing has been served on all counsel of record via facsimile and regular mail on this 13th day of May, 2005:

Tony Martinez, Esq.
Martinez, Barrera & Martinez, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

Attorneys for Plaintiffs

_____
Matthew Goldstein, Esq.

370269                                    3