United States District Court
Southern District of Texas
ENTERED

MAY 1 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN <br>     Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. <br>     Defendants. | § § § § § § § § § § § CIVIL ACTION NO. B-03-120 |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

On this day the Court considered Chris A. Blackerby's Unopposed Motion to Withdraw as Attorney in Charge and Substitute Counsel for Defendant Ford Motor Company. The Court is of the opinion the Motion should be granted. It is therefore

ORDERED that Chris A. Blackerby's Motion to Withdraw as Attorney in Charge is GRANTED and that William L. Mennucci of the law firm of Thompson, Coe, Cousins & Irons, L.L.P., 701 Brazos, Suite 1500 Austin Centre, Austin, Texas, 78701, be hereby substituted as attorney in charge for Defendant Ford Motor Company.

SIGNED this 16th day of May, 2005.

_____
PRESIDING JUDGE