United States District Court
Southern District of Texas
FILED

MAY 17 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN | § § § § | |
| Plaintiffs | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY | § § | |
| Defendant. | § § § | |

## FORD MOTOR COMPANY'S NOTICE OF DE-DESIGNATION OF EXPERT WITNESS DR. MICHELLE VOGLER

COMES NOW DEFENDANT FORD MOTOR COMPANY ("Ford"), makes and files this Notice of De-Designation of Dr. Michelle Vogler as an expert witness in the above-styled and numbered cause.

DATED this 16th day of May, 2005

SNELL & WILMER, L.L.P.

By _____
Amy M. Samberg, Esq.
Matthew A. Goldstein, Esq.
One South Church Avenue
Suite 1500
Tucson, AZ 85701-1630
(520) 882-1200

And

THOMPSON, COE, COUSINS &
IRONS, L.L.P.
William L. Mennucci, Esq.
701 Brazos Street
Austin Centre, Suite 1500
Austin, Texas 78701
(512) 708-8200

**ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the foregoing document has been served on all counsel of record via facsimile and Regular Mail on this **16th** day of May 2005:

Beningo (Trey) Martinez, Esquire
Tony Martinez, Esquire
Martinez, Barrera & Martinez, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

**Attorneys for Plaintiffs**

_____