IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAY 3 1 2005
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, | § | |
| SALLY PAYAN, AND | § | |
| ENRIQUE ROBERTO PAYAN | § | |
| | § | |
| *Plaintiffs* | § | |
| VS. | § | CIVIL ACTION NO. B-03-120 |
| | § | |
| FORD MOTOR COMPANY, AND | § | (JURY REQUESTED) |
| AUTOMOTRIZ DEL NORESTE, S.A. DE | § | |
| C.V. | § | |
| | § | |
| *Defendants* | § | |

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiffs Isabel Ennis Reynoso, Sally Payan, and Enrique Roberto Payan ("Plaintiffs") file this Motion To Exceed Page Limit. In support of their motion, Plaintiffs show the Court a follows:

On May 13, 2005, Defendant Ford Motor Company filed the following motions for summary judgment:

(1) Defendant Ford Motor Company's Motion For Summary Judgment on Plaintiffs' Handling and Stability Defect Claim;
(2) Defendant Ford Motor Company's Motion For Partial Summary Judgment -- Misrepresentation Claims;
(3) Defendant Ford Motor Company's Motion For Partial Summary Judgment -- Manufacturing Defect Claims;
(4) Defendant Ford Motor Company's Motion For Partial Summary Judgment -- Marketing Defect Claims;
(5) Defendant Ford Motor Company's Motion For Summary Judgment – Personal Injury Claims Of Plaintiff Sally Payan;

      (6) Defendant Ford Motor Company's Motion For Partial Summary Judgment – Deceptive Trade Practices Act Claims; and

      (7) Defendant Ford Motor Company's Motion For Summary Judgment On Plaintiffs' Defective Seatbelt System Claim.

These seven motions for summary judgment or partial summary judgment are approximately forty-eight pages long when combined. Plaintiffs intend to file a consolidated response. Therefore, Plaintiffs request permission to exceed the twenty five pages allowed under this Court's rules. Plaintiff's request permission to file a response not to exceed forty-eight pages, the number of pages used by Defendant Ford Motor Company.

                                  Respectfully submitted,
                                  **MARTINEZ, BARRERA Y MARTINEZ L.L.P.**
                                  1201 E. Van Buren Street
                                  Brownsville, Texas 78520
                                  Ph. (956) 546-7159
                                  Fax (956) 544-0602

                                  Tony Martinez
                                  State Bar No. 1313900
                                  Federal ID: 1943

## CERTIFICATE OF CONFERENCE

Pursuant to the Southern District of Texas Local Rules, I hereby certified that I conferred with opposing counsel and they are unopposed to the foregoing.

_____
Tony Martinez

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been forwarded to counsel of record on this the 31st day of May, 2005.

_____
Tony Martinez