IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN<br><br>*Plaintiffs*<br>VS.<br><br>FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V.<br><br>*Defendants* | CIVIL ACTION NO. B-03-120<br><br>(JURY REQUESTED) |

**ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT**

BE IT REMEMBERED that on this day, the Court considered Plaintiffs' Motion To Exceed Page Limit. Having considered the motion and arguments therein, the Court hereby **GRANTS** the motion. Plaintiffs may file response brief no longer than forty-eight pages.

DONE at Brownsville, Texas, on this _____ day of June 2005.

                                                    Hilda G. Tagle
                                                  United States District Judge