IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 3 1 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ISABEL ENNIS REYNOSO, § <br> SALLY PAYAN, AND § <br> ENRIQUE ROBERTO PAYAN § <br> § <br> *Plaintiffs* § <br> VS. § <br> § <br> FORD MOTOR COMPANY, AND § <br> AUTOMOTRIZ DEL NORESTE, S.A. DE § <br> C.V. § <br> § <br> *Defendants* § | CIVIL ACTION NO. B-03-120 <br><br> (JURY REQUESTED) |

**PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINES TO RESPOND TO DEFENDANT FORD MOTOR COMPANY'S MOTIONS FOR SUMMARY JUDGMENT AND DAUBERT MOTIONS**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiffs Isabel Ennis Reynoso, Sally Payan, and Enrique Roberto Payan ("Plaintiffs") file this Motion For Extension Of Deadlines to Respond To Defendant Ford Motor Company's Motions For Summary Judgment And Daubert Motions. In support of their motion, Plaintiffs show the Court a follows:

On May 13, 2005, Defendant Ford Motor Company filed the following motions for summary judgment:

(1) Defendant Ford Motor Company's Motion For Summary Judgment on Plaintiffs' Handling and Stability Defect Claim;
(2) Defendant Ford Motor Company's Motion For Partial Summary Judgment -- Misrepresentation Claims;
(3) Defendant Ford Motor Company's Motion For Partial Summary Judgment -- Manufacturing Defect Claims;

*Plaintiffs' Motion For Extension Of Deadlines To Respond
To Defendant Ford Motor Company's
Motions For Summary Judgment And Daubert Motions*

1

(4) Defendant Ford Motor Company's Motion For Partial Summary Judgment -- Marketing Defect Claims;

(5) Defendant Ford Motor Company's Motion For Summary Judgment – Personal Injury Claims Of Plaintiff Sally Payan;

(6) Defendant Ford Motor Company's Motion For Partial Summary Judgment – Deceptive Trade Practices Act Claims; and

(7) Defendant Ford Motor Company's Motion For Summary Judgment On Plaintiffs' Defective Seatbelt System Claim.

On the same day, Defendant Ford Motor Company also filed two *Daubert* motions:

(1) Defendant Ford Motor Company's Opposed Motion To Exclude Testimony of Gerald Rosenbluth Under Rules 402, 403, and 702 of the Federal Rules Of Evidence and *Daubert v. Merrell Dow Pharmaceuticals*; and

(2) Defendant Ford Motor Company's Opposed Motion To Exclude Testimony of Ronald Huston Under Rules 402, 403, and 702 of the Federal Rules Of Evidence and *Daubert v. Merrell Dow Pharmaceuticals*.

Plaintiffs are currently scheduled to respond to all nine motions on Friday June 3, 2005. Plaintiffs hereby request the Court extend the deadline by which to respond to all nine motions to June 17, 2005. Plaintiffs make this request not for delay or other dilatory purpose. Rather, the requested extension is necessary because of the volume of motions filed and the time necessary to respond to so many motions. Moreover, the motions are complex and dispositive of Plaintiffs' case requiring significant responses.

*Plaintiffs' Motion For Extension Of Deadlines To Respond To Defendant Ford Motor Company's Motions For Summary Judgment And Daubert Motions*

2

For the foregoing reasons, Plaintiffs request the Court extend the deadlines by which they are required to respond to Defendants motions for summary judgment and *Daubert* motions to June 17, 2005.

Respectfully submitted,
**MARTINEZ, BARRERA Y MARTINEZ L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Tony Martinez
State Bar No. 1313900
Federal ID: 1943

## CERTIFICATE OF CONFERENCE

Pursuant to the Southern District of Texas Local Rules, I hereby certified that I conferred with opposing counsel and they are unopposed to the foregoing.

_____
Tony Martinez

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been forwarded to counsel of record on this the 31st day of May, 2005.

_____
Tony Martinez