IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, <br> SALLY PAYAN, AND <br> ENRIQUE ROBERTO PAYAN | § <br> § <br> § <br> § | |
| *Plaintiffs* <br> VS. | § <br> § <br> § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY, AND <br> AUTOMOTRIZ DEL NORESTE, S.A. DE <br> C.V. | § <br> § <br> § <br> § <br> § | (JURY REQUESTED) |
| *Defendants* | § | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINES TO RESPOND TO DEFENDANT FORD MOTOR COMPANY'S MOTIONS FOR SUMMARY JUDGMENT AND DAUBERT MOTIONS**

BE IT REMEMBERED that on this day, the Court considered Plaintiffs' Motion For Extension Of Deadlines To Respond To Defendant Ford Motor Company's Motions For Summary Judgment And Daubert Motions. Having considered the motion and arguments therein, the Court hereby **GRANTS** the motion and **ORDERS** the deadline for responding to motions for summary judgment and *Daubert* motions extended to June 17, 2005.

DONE at Brownsville, Texas, on this _____ day of June 2005.

                  _____
                  Hilda G. Tagle
                  United States District Judge

*Plaintiffs' Motion For Extension Of Deadlines To Respond To Defendant Ford Motor Company's Motions For Summary Judgment And Daubert Motions*

5