```
                                              United States District Court
                                               Southern District of Texas
                                                         FILED
            UNITED STATES DISTRICT COURT        JUN 0 1 2005
             SOUTHERN DISTRICT OF TEXAS
                BROWNSVILLE DIVISION            Michael N. Milby
                                                  Clerk of Court
```

| | |
|---|---|
| ISABEL ENNIS REYNOSO, § | |
| SALLY PAYAN, AND § | |
| ENRIQUE ROBERTO PAYAN § | |
| Plaintiffs, § | |
| § | |
| vs. § | CIVIL ACTION NO. B-03-120 |
| § | |
| FORD MOTOR COMPANY, AND § | |
| AUTOMOTRIZ DEL NORESTE, S.A. DE § | |
| C.V. § | |
| Defendants. § | |

**DEFENDANT FORD MOTOR COMPANY'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF FORD'S PROFFERED EXPERT MICHELLE VOGLER**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

In accordance with Rule 56, Fed.R.Civ.P., Defendant Ford Motor Company ("Ford") responds in opposition to Plaintiffs' Motion to Exclude the Testimony of Ford's Proffered Expert Michelle Vogler. The Motion must be denied as moot because Dr. Vogler was de-designated by Ford on May 16, 2005 and will not be offered as a witness at trial.

                                              Respectfully submitted,

                                              SNELL & WILMER L.L.P.
                                              One South Church Avenue, Suite 1500
                                              Tucson, AZ 85701-1630
                                              (520) 882-1200 Telephone
                                              (520) 884-1294 Fax

                         By: _____
                               Amy M. Samberg, Esq.

372312.1

Matthew A. Goldstein, Esq.
SNELL & WILMER L.L.P.
One South Church Avenue, Suite 1500
Tucson, AZ 85701-1630

- and -

William L. Mennucci, Esq.
State Bar No. 00788042
Michael W. Eady, Esq.
State Bar No. 06332400
THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos Street, Suite 1500 Austin Centre
(512) 708-8200 Telephone
(512) 708-8777 Fax


ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing instrument has been forwarded as set forth below to the following attorney(s) on this 31st day of May, 2005:

Benigno (Trey) Martinez, Esq.
Tony Martinez, Esq.
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, TX 78520

_____
Matthew A. Goldstein, Esq.