United States District Court
Southern District of Texas
ENTERED

JUN 0 2 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN § § § § | | |
| *Plaintiffs* § | | |
| VS. § | CIVIL ACTION NO. B-03-120 | |
| § | | |
| FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. § § § | (JURY REQUESTED) | |
| § § | | |
| *Defendants* § | | |

## ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT

BE IT REMEMBERED that on this day, the Court considered Plaintiffs' Motion To Exceed Page Limit. Having considered the motion and arguments therein, the Court hereby **GRANTS** the motion. Plaintiffs may file response brief no longer than forty-eight pages.

DONE at Brownsville, Texas, on this 2nd day of June 2005.

Hilda G. Tagle
United States District Judge