UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN | § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § § | |
| Defendants. | § | |

## DEFENDANT FORD MOTOR COMPANY'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Ford Motor Company ("Ford") moves the Court for leave to exceed the 25 page limit under Local Rule 5(h) for motions, and to separately file certain supporting briefs.

### REQUEST FOR LEAVE TO EXCEED PAGE LIMIT, AND SEPARATELY FILE BRIEFS

This Court's Local Rule 5(h) limits motions filed with the Court to 25 pages. The rule, however, provides that the Court may authorize the filing of a motion in excess of this limit. Submitted with this Motion for Leave is Ford's Motion *in Limine,* and certain supporting briefs on particular legal issues. Given the complexity of certain specific evidentiary issues to which this motion is directed, the nature of the issues discussed, the complexity of the legal issues, as well as the amount of authority cited, the motion refers to six separate supporting briefs. Whereas none of the individual briefs exceeds the 25 page limit, collectively the briefs exceed that limit. For this reason, Ford asks the Court for leave to exceed the 25-page limit, and allow Ford to file separate briefs on designated topics identified in its Motion *in Limine..*

1

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/ Michael W. Eady
William L. Mennucci (Attorney in Charge)
State Bar No. 00788042
Federal Bar I.D. 18172
bmennucci@thompsoncoe.com
Michael W. Eady (Of Counsel)
State Bar of Texas No. 06332400
Federal Bar I.D.14591
meady@thompsoncoe.com
701 Brazos Street
Suite 1500 Austin Centre
Austin, Texas 78701
(512) 708-8200 Telephone
(512) 708-8777 Fax

OF COUNSEL:

Gerald Giordano
SNELL & WILMER, L.L.P.
One South Church Tower
Suite 1500
Tucson, Arizona 85701
(520) 882-1214 (telephone)
(520) 884-1294 (fax)

Jaime A. Saenz
State Bar No. 17514859
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

## CERTIFICATE OF CONFERENCE

Counsel Matt Goldstein conferred by telephone with opposing counsel, Trey Martinez, on June 9, 2005. Mr. Martinez indicated he did not oppose this Motion.

Date: June 10, 2005                    _____
                                                         Michael W. Eady

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been forwarded as set forth below to the following attorney(s) on this 10th day of June, 2005:

Benigno (Trey) Martinez
Tony Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

_____
Michael W. Eady