| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | BROWNSVILLE | Case Number | Civil B-03-120 |
|---|---|---|---|
| ISABEL ENNIS REYNOSO; SALLY PAYAN; AND ENRIQUE ROBERTO PAYAN, ||||
| *versus* ||||
| FORD MOTOR COMPANY, ET AL., ||||

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | Vaughn A. Crawford |
|---|---|
| Firm | Snell & Wilmer, LLP |
| Street | 400 East Van Buren |
| City & Zip Code | Phoenix, AZ 85004-2202 |
| Telephone | (602) 382-6000 |
| Licensed: State & Number | AZ (006324), NV (007665) |
| Admitted U.S. District Court for: | Arizona and Nevada |

Seeks to appear as the attorney for this party:

FORD MOTOR COMPANY

Dated: 6/7/05    Signed: [signature]

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on _____, _____.    _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98