United States District Court
Southern District of Texas
ENTERED

JUN 1 6 2005

Michael N. Milby, Clerk of Court

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

ISABEL ENNIS REYNOSO, ET AL    §

vs.    §    Civil Action No. B- 03-120

FORD MOTOR COMPANY, ET AL    §

## AMENDED SCHEDULING ORDER

1. Joint pretrial order is due:   9/13/2005

2. Docket Call and final pretrial conference is set for 1:30 p.m. on:   9/28/2005

3. Jury Selection is set for 9:00 a.m. on:   10/12/2005
   *(The case will remain on standby until tried)*

Signed _June 16_____, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge