United States District Court
Southern District of Texas
FILED

JUN 1 6 2005

Michael N. Milby
Clerk of Court

RECEIVED
JUN 1 6 2005
CHAMBERS OF
HILDA G. TAGLE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSA, | * | |
| SALLY PAYAN, AND | * | |
| ENRIQUE ROBERTO PAYAN | * | |
| | * | |
| *Plaintiffs* | * | |
| VS. | * | CIVIL ACTION NO. B-03-120 |
| | * | |
| FORD MOTOR COMPANY, AND | * | (JURY REQUESTED) |
| AUTOMOTRIZ DEL NORESTE, S.A. DE | * | |
| C.V. | * | |
| | * | |
| *Defendants* | * | |

## PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINES TO RESPOND TO DEFENDANT FORD MOTOR COMPANY'S MOTIONS FOR SUMMARY JUDGMENT AND DAUBERT MOTIONS

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiffs ISABEL ENNIS REYNOSO, SALLY PAYAN AND ENRIQUE ROBERTO PAYAN ("Plaintiffs") file this Motion For Extension Of Deadlines to Respond To Defendant Ford Motor Company's Motions For Summary Judgment And Daubert Motions. In support of their motion, Plaintiffs show the Court a follows:

On May 13, 2005, Defendant Ford Motor Company filed the following motions for summary judgment:

(1) Defendant Ford Motor Company's Motion For Summary Judgment on Plaintiffs' Handling and Stability Defect Claim;
(2) Defendant Ford Motor Company's Motion For Partial Summary Judgment -- Misrepresentation Claims;
(3) Defendant Ford Motor Company's Motion For Partial Summary Judgment -- Manufacturing Defect Claims;

*Plaintiffs' Motion For Extension Of Deadlines To Respond
To Defendant Ford Motor Company's
Motions For Summary Judgment And Daubert Motions*

1

  (4) Defendant Ford Motor Company's Motion For Partial Summary Judgment -- Marketing Defect Claims;

  (5) Defendant Ford Motor Company's Motion For Summary Judgment – Personal Injury Claims Of Plaintiff Sally Payan;

  (6) Defendant Ford Motor Company's Motion For Partial Summary Judgment – Deceptive Trade Practices Act Claims; and

  (7) Defendant Ford Motor Company's Motion For Summary Judgment On Plaintiffs' Defective Seatbelt System Claim.

On the same day, Defendant Ford Motor Company also filed two *Daubert* motions:

  (1) Defendant Ford Motor Company's Opposed Motion To Exclude Testimony of Gerald Rosenbluth Under Rules 402, 403, and 702 of the Federal Rules Of Evidence and *Daubert v. Merrell Dow Pharmaceuticals*; and

  (2) Defendant Ford Motor Company's Opposed Motion To Exclude Testimony of Ronald Huston Under Rules 402, 403, and 702 of the Federal Rules Of Evidence and *Daubert v. Merrell Dow Pharmaceuticals*.

Plaintiffs were initially scheduled to respond to all the motions on Friday June 3, 2005. Plaintiffs filed an unopposed motion for a two week continuance which the Court granted. Plaintiffs are currently scheduled to respond by June 17, 2005.

Plaintiffs hereby request an additional week – to June 24, 2005 – to respond to all motions. Plaintiffs make this request not for delay or other dilatory purpose. Rather, the requested extension is necessary because of the volume of motions filed and the time necessary to respond to so many motions. Plaintiffs' counsel concedes they underestimated the amount of time necessary to respond to the number of motions on file. Moreover, the motions are complex and dispositive of Plaintiffs' case requiring significant responses. Finally, this continuance will not delay the schedule in this case since the Court has continued the trial setting to its October docket.

*Plaintiffs' Motion For Extension Of Deadlines To Respond
To Defendant Ford Motor Company's
Motions For Summary Judgment And Daubert Motions*

2

For the foregoing reasons, Plaintiffs request the Court extend the deadlines by which they are required to respond to Defendants motions for summary judgment and *Daubert* motions to June 24, 2005.

Respectfully submitted,

Martinez, Barrera & Martinez, LLP
1201 E. Van Buren
Brownsville, TX 78520
(956) 546-7159

BY: _____
Tony Martinez
State Bar No. 13139000
Federal I.D. No. 1943

## CERTIFICATE OF CONFERENCE

Pursuant to the Southern District of Texas Local Rules, I hereby certified that I attempted confer with opposing counsel. Not having heard back I assume that they are opposed to the foregoing.

Tony Martinez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been properly forwarded to all known counsel of record via certified mail, return receipt requested, in compliance with all applicable rules of civil process.

SIGNED this the _____ day of June, 2005.

Tony Martinez

Tony Martinez