IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSA, | * | |
| SALLY PAYAN, AND | * | |
| ENRIQUE ROBERTO PAYAN | * | |
| | * | |
| *Plaintiffs* | * | |
| VS. | * | CIVIL ACTION NO. B-03-120 |
| | * | |
| FORD MOTOR COMPANY, AND | * | (JURY REQUESTED) |
| AUTOMOTRIZ DEL NORESTE, S.A. DE | * | |
| C.V. | * | |
| | * | |
| *Defendants* | * | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINES TO RESPOND TO DEFENDANT FORD MOTOR COMPANY'S MOTIONS FOR SUMMARY JUDGMENT AND DAUBERT MOTIONS**

BE IT REMEMBERED that on this day, the Court considered Plaintiffs' Motion For Extension Of Deadlines To Respond To Defendant Ford Motor Company's Motions For Summary Judgment And Daubert Motions. Having considered the motion and arguments therein, the Court hereby **GRANTS** the motion and **ORDERS** the deadline for responding to motions for summary judgment and *Daubert* motions extended to June 24, 2005.

DONE at Brownsville, Texas, on this ___ day of June 2005.

_____
Hilda G. Tagle
United States District Judge