United States District Court
Southern District of Texas
ENTERED

JUN 17 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSA, <br> SALLY PAYAN, AND <br> ENRIQUE ROBERTO PAYAN <br><br> *Plaintiffs* <br> VS. <br><br> FORD MOTOR COMPANY, AND <br> AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. <br><br> *Defendants* | * * * * * * * * * * * * | CIVIL ACTION NO. B-03-120 <br><br> (JURY REQUESTED) |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINES TO RESPOND TO DEFENDANT FORD MOTOR COMPANY'S MOTIONS FOR SUMMARY JUDGMENT AND DAUBERT MOTIONS**

BE IT REMEMBERED that on this day, the Court considered Plaintiffs' Motion For Extension Of Deadlines To Respond To Defendant Ford Motor Company's Motions For Summary Judgment And Daubert Motions. Having considered the motion and arguments therein, the Court hereby **GRANTS** the motion and **ORDERS** the deadline for responding to motions for summary judgment and *Daubert* motions extended to June 24, 2005.

DONE at Brownsville, Texas, on this 16 day of June 2005.

Hilda G. Tagle
United States District Judge

*Plaintiffs' Motion For Extension Of Deadlines To Respond
To Defendant Ford Motor Company's
Motions For Summary Judgment And Daubert Motions*

5