**ELECTRONICALLY**
**FILED:** _6/16/05_

**Doc. No.** _77_

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | BROWNSVILLE | Case Number | Civil B-03-120 |
|---|---|---|---|
| ISABEL ENNIS REYNOSO; SALLY PAYAN; AND ENRIQUE ROBERTO PAYAN, | | | |
| *versus* | | | |
| FORD MOTOR COMPANY, ET AL., | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| **Name** | Vaughn A. Crawford |
| **Firm** | Snell & Wilmer, LLP |
| **Street** | 400 East Van Buren |
| **City & Zip Code** | Phoenix, AZ 85004-2202 |
| **Telephone** | (602) 382-6000 |
| **Licensed: State & Number** | AZ (006324), NV (007665) |
| **Admitted U.S. District Court for:** | Arizona and Nevada |

United Sta*   District Court
Souther District of Texas
ENTERED

JUN 1 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Seeks to appear as the attorney for this party:

| FORD MOTOR COMPANY | |
|---|---|
| Dated: _6/7/05_ | Signed: _____ |

---

### ORDER

This lawyer is admitted *pro hac vice.*

Signed on _6/17/2005_.          _____
United States District Judge