IN THE UNITED STATES DISTRICT COURT §
FOR THE SOUTHERN DISTRICT OF TEXAS §
BROWNSVILLE DIVISION §
§
ISABEL INNIS REYNOSA, SALLY §
PAYAN, and ENRIQUE ROBERTO PAYAN §
    Plaintiffs §
VS. § CIVIL ACTION NO. B-03-120
§
§
FORD MOTOR COMPANY and §
AUTOMOTRIZ DEL NORESTE, S.A. de C.V. §
    Defendants §

**PROPOSED ORDER DENYING DEFENDANT'S
MOTION AND SUPPLEMENTAL MOTION FOR
SUMMARY JUDGMENT**

On this _____ day of _____ 2005, came on to be heard Defendant's motions for summary judgment. Considering the motions and arguments of counsel, the Court hereby:

DENIES / GRANTS Defendant Ford Motor Company's Motion For Summary Judgment on Plaintiffs' Handling and Stability Defect Claim;

DENIES / GRANTS Defendant Ford Motor Company's Motion For Partial Summary Judgment -- Misrepresentation Claims;

DENIES / GRANTS Defendant Ford Motor Company's Motion For Partial Summary Judgment -- Manufacturing Defect Claims;

DENIES / GRANTS Defendant Ford Motor Company's Motion For Partial Summary Judgment -- Marketing Defect Claims;

DENIES / GRANTS Defendant Ford Motor Company's Motion For Summary Judgment – Personal Injury Claims Of Plaintiff Sally Payan;

DENIES / GRANTS Defendant Ford Motor Company's Motion For Partial Summary Judgment – Deceptive Trade Practices Act Claims; and

DENIES / GRANTS Defendant Ford Motor Company's Motion For Summary Judgment On Plaintiffs' Defective Seatbelt System Claim.

DONE at Brownsville, Texas, this _____ day of February 2005.

_____<br>
Hilda G. Tagle<br>
UNITED STATES DISTRICT JUDGE