```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF TEXAS
 3                 BROWNSVILLE DIVISION
 4
 5   ----------------------------------------
                                             :
 6   ISABEL ENNIS REYNOSO, SALLY PAYAN        :
     and ENRIQUE ROBERTO PAYAN,               :
 7                                            :
         Plaintiffs,                          :
 8                                            :
         vs.                                  :CIVIL ACTION NO.
 9                                            :   B-03-120
     FORD MOTOR COMPANY and AUTOMOTRIZ        :
10   DEL NORESTE, S.A. DE C.V.,               :
                                              :
11       Defendants.                          :
                                              :
12   ----------------------------------------
13
14
15
16       Deposition of:   RONALD L. HUSTON, Ph.D., P.E.
17       Taken:           By the Defendants
                          Pursuant to Notice
18
         Date:            March 15, 2005
19
         Time:            Commencing at 9:10 a.m.
20
         Place:           Marriott Cincinnati Airport
21                        2395 Progress Drive
                          Hebron, Kentucky  41048
22
         Before:          Kimberly L. Wilson, CSR
23                        Notary Public - State of Ohio
24
25                                              COPY
```

**Ace Reporting Services (513) 241-3200**
**30 Garfield Place, Suite 620   Cincinnati, Ohio  45202**

Page 50

1  know the answer to that. There again, Mr. Rosenbluth
2  will have inspected the belts and looked at the
3  lockup marks and would be able to answer that.
4      Q.  And what were the results of that test
5  again? I'm sorry.
6      A.  Oh, I'm sorry. Yeah, there the headroom
7  was reduced to three quarters of an inch.
8      Q.  So if it was reduced to three quarters of
9  an inch and it started at 5 1/2, you had about what,
10 four --
11     A.  Four and three-quarter inch of headroom
12 was consumed.
13     Q.  Okay. Just slightly above the two to four
14 range we've been talking about --
15     A.  Right.
16     Q.  -- that's commonly found in all vehicles?
17     A.  Yes, that's right.
18     Q.  What conclusions do you draw from the
19 surrogate testing that was conducted?
20     A.  Well, the conclusions that I made were
21 that with a restraint system that keeps the occupant
22 away from the roof, and without the roof of course
23 coming toward the occupant, that then the significant
24 loading which was experienced in this accident would
25 have been avoided.

Page 51

1      Q.  Can you say to a reasonable degree of
2  scientific certainty that had this vehicle been
3  equipped with the integrated seat belt, all other
4  things remaining the same, that Mrs. Payan would not
5  have received a paralyzing neck injury in this
6  accident?
7      A.  No, I don't believe so.
8      Q.  No, you can't say that?
9      A.  That's correct. I believe that -- that in
10 this accident she still would have received these
11 injuries.
12     Q.  Okay. Let me ask a different question.
13 Can you say to a reasonable degree of scientific
14 certainty that had this vehicle been equipped with
15 pretensioners that Mrs. Payan would not have suffered
16 a paralyzing neck injury in this accident?
17     A.  No, I can't say that. I don't know if it
18 would have been as bad as it was, and there's some
19 qualitative words there like paralyzing. But, no, it
20 appears to me from the measurements that I have in
21 this surrogate testing that even with the better seat
22 belt system, there was still a significant amount of
23 roof damage which would have come into her occupant
24 space.
25     MS. SAMBERG: Let's take a quick break.

Page 52

1      (A recess was taken from 10:16 to 10:30.)
2      MS. SAMBERG: We're back on the record.
3  BY MS. SAMBERG:
4      Q.  Is it fair to say that in order to address
5  the issue of mechanism of injury, you have to have an
6  understanding of the reconstruction of the accident?
7      A.  Yes.
8      Q.  And I think we've established you've not
9  attempted to independently reconstruct the accident;
10 is that correct?
11     A.  That's right.
12     Q.  When and how did you get information on
13 the accident reconstruction for use in your report?
14     A.  What I did was when I inspected the
15 vehicle, I could -- I had -- I was able to observe on
16 the vehicle that it had rolled over approximately
17 three times or two and a half times. And I also then
18 had information from the police report so that
19 whereas I did not know what the specific speeds were,
20 I did have a general understanding of the accident
21 sequence and the -- and the -- what kind of accident
22 it was, the number of rolls that it did.
23     Q.  And you included in your report all of the
24 information you found to be pertinent to your
25 biomechanical analysis, is that correct, in terms of

Page 53

1  the accident reconstruction?
2      A.  I think that's probably right. Let me see
3  what I did say on that. Yes, I think -- I believe
4  that I did. I believe that I did.
5      Q.  Tell me your understanding of how the
6  accident occurred.
7      A.  All right. This was on -- it occurred in
8  Mexico in the evening. It was about 8:00, wet
9  roadway. It was on January 11th, 2003, single
10 vehicle rollover accident. It was a 2000 Ford
11 Explorer. The operator was Betty Payan. Right front
12 passenger was Sally Payan. And that the -- for some
13 unknown cause the vehicle went out of control so that
14 the -- presumably from water on the roadway, but when
15 the vehicle went out of control, it began to roll
16 along the roadway and across the roadway with the
17 passenger side leading. It rolled over two and a
18 half times, which means it came to rest upside down
19 on its roof.
20     Q.  Could it have been as many as three and a
21 half times?
22     A.  Well, I didn't see evidence of three and a
23 half times, but I suppose that's possible. I believe
24 one of the defendants -- Mr. --
25     Q.  Granat?