Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
ISABEL ENNIS REYNOSO,      )(
SALLY PAYAN, AND ENRIQUE   )(
ROBERTO PAYAN              )(
        Plaintiffs         )(
                           )(
VS.                        )(   CIVIL ACTION NO. B-03-120
                           )(
FORD MOTOR COMPANY         )(
        Defendant          )(
```

_____

ORAL AND VIDEOTAPED DEPOSITION OF
SALLY PAYAN
JANUARY 21, 2005

_____

        ORAL AND VIDEOTAPED DEPOSITION OF SALLY PAYAN,

produced as a witness at the instance of the DEFENDANT,

taken in the above styled and numbered cause on JANUARY

21, 2005, reported by DONNA McCOWN, Certified Court

Reporter No. 6625, in and for the State of Texas, at

the offices of Martinez, Barrera y Martinez, L.L.P.,

1201 East Van Buren, Brownsville, Texas, pursuant to

the Federal Rules of Civil Procedure.

Page 2

APPEARANCES
COUNSEL FOR PLAINTIFFS:
   RANDOLPH KIMBLE WHITTINGTON
   LAW OFFICE OF RANDOLPH KIMBLE WHITTINGTON
   2014 East Harrison Street
   Harlingen, Texas 78550

COUNSEL FOR DEFENDANT:

   BRIAN D. HENSLEY
   BROWN McCARROLL, L.L.P.
   111 Congress Avenue, Suite 1400
   Austin, Texas 78701
ALSO PRESENT:
   Rene Ortiz, Videographer
   Enrique Payan
   Stella Filizola
   Susana Reynoso
   Monica Polanco

INDEX

                               PAGE
Appearances ....................................   2
SALLY PAYAN
   Examination by Mr. Hensley ...................   3

Errata Sheet/Signature Page ....................  97

Reporter's Certificate ........................  99

Attached to the end of the transcript: Stipulations

EXHIBITS
                               PAGE
NUMBER  DESCRIPTION                    IDEN.
   1  Drawing .................................  52

---

Page 3

1            SALLY PAYAN,
2    having been duly sworn, testified as follows:
3            EXAMINATION
4    BY MR. HENSLEY:
5       Q. Good morning, Ms. Payan.
6       A. Good morning.
7       Q. My name is Brian Hensley. I'm one of the
8    attorneys representing Ford Motor Company in the
9    lawsuit that you and your brother have brought against
10   Ford. Do you understand who I am and who I represent?
11      A. Yes.
12      Q. Okay. Have you ever been deposed before,
13   ma'am?
14      A. No.
15      Q. Okay. A few ground rules to make things go
16   real smooth, and I'm sure you've talked to your
17   attorneys about this beforehand, but I'm just going to
18   remind you of a few things. Okay?
19          Number one, if you can answer orally. If
20   you shake your head, nod your head, it doesn't
21   transcribe very well for our court reporter over here.
22   Okay?
23      A. Okay.
24      Q. Okay. Thank you.
25          Likewise, if you can answer "yes" or "no"

---

Page 4

1    instead of saying "uh-huh," "huh-uh." Again, that's
2    hard to transcribe, and we're just trying to get a
3    clear record here.
4       A. Okay.
5       Q. Great. Great.
6          If I ask you a question and you don't
7    understand it, will you please let me know? Can we
8    agree to that?
9       A. Yes.
10      Q. Okay. If you answer a question, I'll assume
11   you understood my question. Is that fair?
12      A. That's fair.
13      Q. Okay. If you need a break at any time for any
14   reason, just let me know. We're not here to keep you
15   captive. Okay?
16      A. Okay.
17      Q. Okay. Can you please state your full name for
18   the record, ma'am?
19      A. Sally Payan.
20      Q. Okay. And your date of birth?
21      A. September 7th, 1978.
22      Q. Okay. And where were you born, ma'am?
23      A. Brownsville, Texas.
24      Q. Brownsville.
25          And your parents' names?

---

Page 5

1       A. Jean Margaret Elizabeth and Enrique Payan.
2       Q. Brothers and sisters, ma'am?
3       A. Enrique Payan.
4       Q. That's your only sibling?
5       A. Yes.
6       Q. Okay. And your current address?
7       A. 3125 Central Boulevard, Brownsville, Texas.
8       Q. Okay. How long have you lived there, ma'am?
9       A. Well, that's my — that's my mailing address.
10   I live in Mexico.
11      Q. Okay. Okay. Where in Mexico do you live?
12      A. Here in Matamoros.
13      Q. Okay. And the address in Matamoros?
14      A. Rosas No. 44, Colonia Jardin.
15      Q. Okay. And what's the purpose of having a
16   mailing address in Brownsville?
17      A. Just because.
18      Q. Okay. Let me ask you it this way. Are you a
19   student or employed?
20      A. I'm employed.
21      Q. Okay. And where do you work, ma'am?
22      A. Long Chilton.
23      Q. Okay. And what do you do there?
24      A. I'm a CPA. And how long have you been a CPA?
25      Q. Okay. And how long have you been a CPA?

BRYANT & STINGLEY, INC.
McAllen (956)618-2366    Harlingen (956)428-0755 Brownsville (956)542-1020

c8940465-0283-43aa-99b9-454eca005db0

Page 6

1    A. For -- a CPA for a year.
2         THE COURT REPORTER: A year?
3         THE WITNESS: A year.
4    Q. How do you like your job?
5    A. I like it.
6    Q. Okay. Did you go to school in Brownsville or
7  in Mexico?
8    A. Brownsville.
9    Q. Okay. What high school did you graduate from?
10   A. St. Joseph Academy.
11   Q. Okay. And what year did you graduate?
12   A. 1997.
13   Q. And did you go to college?
14   A. Yes.
15   Q. Where, ma'am?
16   A. UT Austin.
17   Q. UT Austin.
18        And majored in accounting, I guess?
19   A. Yes.
20   Q. Okay. What year did you graduate from
21 University of Texas?
22   A. 2002.
23   Q. Okay. And then moved back to the Valley, back
24 to Brownsville?
25   A. Yes.

Page 7

1    Q. Okay. Any other degrees, or is it just
2  accounting?
3    A. Just accounting. It's a bachelor's in business
4  administration and a master's in accounting.
5    Q. Oh, Okay. It's the five-year program?
6    A. Yes.
7    Q. Okay. And then you took a CPA exam as well?
8    A. Yes.
9    Q. Okay. When did you take that?
10   A. I took it in May of '02 and November of '02.
11   Q. Okay. And I assume you successfully completed
12 that exam?
13   A. Yes.
14   Q. Ma'am, are you married?
15   A. No.
16   Q. Ever been married?
17   A. No.
18   Q. Okay. And do you have any children?
19   A. No.
20   Q. Okay. Ma'am, we're here today to find out
21 about an accident you were involved in in January of
22 '03; is that correct?
23   A. Yes.
24   Q. Okay. And as result of that accident, your
25 mother passed away; is that correct?

Page 8

1    A. Yes.
2    Q. Okay. Okay. I'd like start off by just
3  getting a little information about your mother. Okay?
4    A. Okay.
5    Q. Okay. Do you know your mother's date of birth?
6    A. November 17th, 1951.
7    Q. Okay. And where was she born, ma'am?
8    A. She was born in Brownsville.
9    Q. Brownsville. Okay.
10        Did she complete high school?
11   A. Yes.
12   Q. Do you know where she graduated from?
13   A. Villa Maria.
14   Q. Okay. Any college or secondary education?
15   A. Here at Texas Southmost College.
16   Q. I'm sorry. What --
17   A. Texas Southmost College.
18   Q. Okay. Do you know what she received the degree
19 in or --
20   A. Finance.
21   Q. Finance. Okay.
22        A business family, I guess.
23   A. Yes.
24   Q. Okay. What's your mother's full legal name?
25   A. Jean Margaret Elizabeth Reynoso.

Page 9

1    Q. Okay. Did she have any nicknames or --
2    A. Yes. She had Betty.
3    Q. Betty?
4    A. And Tita.
5    Q. Tita?
6    A. Uh-huh.
7    Q. Okay. Any other names she went by that you're
8  aware of?
9    A. Jean in school, but that's her first name.
10   Q. Okay. Okay. Your father -- was she married to
11 your father?
12   A. Yes.
13   Q. Okay. When were they married?
14   A. Where were they married?
15   Q. When?
16   A. 1976. April of 1976.
17   Q. Okay. And is your father still living?
18   A. Yes.
19   Q. Okay. Where does he live?
20   A. In Matamoros.
21   Q. Matamoros.
22        Were your parents married when your mother
23 passed?
24   A. Yes.
25   Q. Okay. Is your father a part of this lawsuit?

3 (Pages 6 to 9)

Page 10

1    A. No.
2    Q. Okay. Does he know about this lawsuit?
3    A. He doesn't.
4    Q. He doesn't know about it?
5    A. No.
6    Q. Do you still speak to your father?
7    A. Yes.
8    Q. Okay. How often do you see him?
9    A. Every day. I live with him.
10    Q. You live with him. Okay.
11        Any reason you didn't mention the lawsuit
12 to him?
13    A. No.
14    Q. Okay. And your father was born in Matamoros or
15 in Brownsville?
16    A. He was born, I think, in Torreon. I don't
17 know.
18    Q. In Torreon? Okay.
19        Is your father working?
20    A. Yes.
21    Q. Where does he work?
22    A. In Mexico.
23    Q. What does he do, ma'am?
24    A. He works with the water company.
25    Q. Okay. How long has he worked for the water

Page 11

1 company?
2    A. Three years.
3    Q. Okay. What did he do prior to that?
4    A. He worked at a -- with a school in Mexico, in
5 Matamoros.
6    Q. Okay. As a teacher?
7    A. University.
8    Q. Oh.
9    A. In administration.
10    Q. Okay. Did your mother -- did she work outside
11 the home, or was she a --
12    A. She worked at JP Morgan.
13    Q. JP Morgan. Okay.
14        And what did she do at JP Morgan?
15    A. She was in private banking.
16    Q. Do you know the name of her boss or any of her
17 supervisors?
18    A. Tom Flory (ph).
19    Q. Say that one more time.
20    A. Tom Flory.
21    Q. Anybody else at JP Morgan you know?
22    A. I know a name, but I don't know a last name.
23    Q. Okay. Well, just give me --
24    A. Santiago. Santiago was his first name.
25    Q. And she worked for the JP Morgan offices in

Page 12

1 Brownsville?
2    A. In Brownsville.
3    Q. Okay. How long did she work there?
4    A. 25 years.
5    Q. 25 years.
6        Any idea how much she was making before
7 she left work?
8    A. $100,000, I think. I don't -- I don't -- I'm
9 not sure.
10    Q. Okay. It's just a guess on your part then.
11    A. It's a guess.
12    Q. Did your mother have any plans on retiring
13 anytime soon?
14    A. Not anytime soon.
15    Q. Okay. How about doing something different, a
16 different position within JP Morgan or a different
17 company altogether?
18    A. She didn't.
19    Q. Okay. She was happy with her job?
20    A. She was happy.
21    Q. Okay. I'm sorry. I think I already asked you
22 this, but growing up, you lived in Brownsville,
23 correct?
24    A. I lived in Matamoros.
25    Q. You lived in Matamoros. Okay.

Page 13

1        Have you ever lived in Brownsville?
2    A. No.
3    Q. Okay. Has any of your family ever lived in
4 Brownsville?
5    A. No. My -- my cousin lives in Brownsville,
6 but --
7    Q. Your cousin lives here.
8        What were some of your -- your mother's
9 hobbies?
10    A. She sewed. She likes watching TV and reading.
11 That's it.
12    Q. Okay. Did she like to exercise or walk or --
13    A. No.
14    Q. Okay. What about -- I know growing up in my
15 house, Dad did the lawn work and worked on the cars and
16 Mom did all the cooking and cleaning.
17        Was it the same at your house, or was it a
18 little different the way chores were split up?
19    A. Well, they had a -- they have a maid.
20    Q. Okay. Okay. Did a maid take care of --
21    A. Yes.
22    Q. -- all the chores?
23        Okay. Does your dad still have a maid?
24    A. Yes.
25    Q. What kind of things did y'all like to do as a

4 (Pages 10 to 13)

Page 14

1  family?
2      A. With my mom? I mean --
3      Q. Right.
4          Or let me -- let me make it an easier
5  question for you. Anything special you and your mom
6  liked to do together, just the two of y'all?
7      A. Talk, go out to eat, go shopping.
8      Q. Okay. How about holidays? Did y'all spend
9  holidays together?
10     A. Yes.
11     Q. Okay. Whole family?
12     A. The whole family.
13     Q. Okay. Would it be at your house? At a
14 relative's house?
15     A. At a relative's house.
16     Q. What relative is that?
17     A. My mom's sister.
18     Q. How many sisters does she have?
19     A. She has two sisters right here.
20     Q. And they're both in the room with us today.
21     A. Yes.
22     Q. Okay. Was your mom the -- the eldest or the
23 youngest?
24     A. No. She was -- there were five children. She
25 was number four.

Page 15

1      Q. Okay. Well, you kind of told me a little bit
2  about what your mom liked to do -- watch TV, read. Any
3  other things you can think of the way she liked to
4  spend her free time?
5      A. With her sisters.
6      Q. With her sisters.
7          They like to visit and --
8      A. Yes.
9      Q. And they'd go shopping?
10     A. Yes.
11     Q. Out to eat?
12     A. Yes.
13     Q. Okay. You and Enrique are her -- are your
14 mom's only children; is that correct?
15     A. Yes.
16     Q. Okay. And she was only married once --
17     A. Yes.
18     Q. -- and that was to your father, correct?
19     A. Yes.
20     Q. Okay. Can you give me the names of your
21 mother's other siblings besides your two aunts who are
22 in the room with us today?
23     A. Pedro Reynoso and Tomas Reynoso.
24     Q. And where do they live?
25     A. In Mexico City.

Page 16

1      Q. Okay. How about your mother's parents? Are
2  they still alive?
3      A. Her mother is.
4      Q. Okay. What's her mother's name?
5      A. Betty Reynoso.
6      Q. And she lives in Matamoros; is that correct?
7      A. Yes.
8      Q. Does she live with you or --
9      A. No. She lives with my aunt.
10     Q. Okay. Which aunt does she live with?
11     A. Susana Reynoso.
12     Q. This accident happened in January of 2003?
13     A. Yes.
14     Q. And you had already graduated UT by then?
15     A. Yes.
16     Q. And successfully completed the CPA exam by
17 then?
18     A. Yes.
19     Q. Okay. Were you employed by -- at that time?
20     A. Yes.
21     Q. Okay. Were you still living at home --
22     A. Yes.
23     Q. -- then?
24         Okay. Is that out of convenience or out
25 of necessity?

Page 17

1      A. Everything.
2      Q. Okay.
3      A. Just --
4      Q. If you -- if you wanted to -- to find your own
5  place, could you afford it based on your salary and
6  your financial conditions?
7      A. Not a nice place, probably not.
8      Q. Okay. Do you -- do you pay rent?
9      A. No.
10     Q. Do you help out with any of the bills around
11 the house or --
12     A. No.
13     Q. Okay. After you graduated from UT and -- and
14 started working, did you rely on your parents for any
15 money?
16     A. Yes.
17     Q. Okay. So they kind of supplemented your --
18 your wages?
19     A. Yes.
20     Q. Okay. That's something you asked them to do or
21 something that just --
22     A. No. It's just how it was.
23     Q. Okay. How much, roughly, would they give you?
24     A. All I pay was for my car, so for eating and --
25 I mean, I don't know. It wasn't a set amount. It was

5  (Pages 14 to 17)

Page 18

1  just whatever I needed.
2      Q. Okay. Have you ever been a party to a lawsuit
3  before, ma'am?
4      A. No.
5      Q. Okay. And your mother, was she ever —
6      A. No.
7      Q. — in a lawsuit?
8          Anybody in your family that you're aware
9  of?
10      A. Not that I'm aware of.
11      Q. Okay. Your father, have you noticed any
12  changes in him since the accident?
13      A. He's sadder.
14      Q. He's sadder. Okay.
15          What about his — his activities? Is his
16  activities the same as they were before the accident or
17  have they changed?
18      A. They changed because there's nobody home when
19  he goes home anymore.
20      Q. Okay. How does he spend his evenings when he
21  comes home from work?
22      A. He watches TV.
23      Q. Okay. By himself?
24      A. By himself.
25      Q. Okay. Does he visit friends or —

Page 19

1      A. He has friends that sometimes go see him, or
2  he'll go bowling with them.
3          THE COURT REPORTER: He'll go what? I'm
4  sorry.
5          THE WITNESS: Go bowling with them.
6      Q. What about his work? He still has the same job
7  he had before?
8      A. The job he had before was at the university,
9  and now he works at the water company.
10      Q. Right. Well, I guess I'm just trying to figure
11  out when did he make that switch?
12      A. Right — right when everything happened.
13      Q. Right after the accident?
14      A. Yes.
15      Q. Okay. And did he make that switch because of
16  the accident?
17      A. No. Because the term of the person or whoever
18  gave him that job was over.
19      Q. Okay. Is he happy working for the water
20  company?
21      A. I don't — he's — it's a job. He's happy he
22  has a job, I guess.
23      Q. Okay. Do you know if he's making about the
24  same or more —
25      A. I don't know.

Page 20

1      Q. Okay. How about you and your work? You feel
2  you've been doing pretty good?
3      A. I think I've done average.
4      Q. Done average?
5      A. Yes.
6      Q. Okay. Do you have, like, monthly or yearly
7  reviews or evaluations?
8      A. Yearly reviews.
9      Q. When was your last review?
10      A. In May.
11      Q. May of '04?
12      A. May of '04.
13      Q. How was that review?
14      A. They told me things that I should concentrate
15  on to try to improve and things that I was doing well.
16      Q. Okay. Did — did they warn you about —
17      A. No.
18      Q. — possible — you might not be around here
19  much longer if you don't —
20      A. No.
21      Q. — shape up or — okay. So would it be fair to
22  characterize you as a good employee?
23      A. Yes.
24      Q. Okay. You work full-time, ma'am?
25      A. Yes.

Page 21

1      Q. Other than the — the job at JP Morgan, did
2  your mom make money any other way?
3      A. No.
4      Q. Okay. Did the — did you receive any insurance
5  benefits —
6      A. Yes.
7      Q. — after her death?
8          Okay. How much did you receive?
9      A. I think about 400, $500,000.
10      Q. Okay. That was a life insurance policy?
11      A. Yes.
12      Q. Okay. Any other death benefits through her —
13  through her employment?
14      A. I think she had stock options.
15      Q. Okay.
16      A. My aunt took care of all that, so I don't know
17  everything.
18      Q. Okay. Which aunt took care of all that?
19      A. Susana.
20      Q. Susana.
21          Did your mother have — have friends that
22  she would spend time with?
23      A. Yes.
24      Q. Okay. Can you give me some of their names.
25      A. Elsi Ibarra.

BRYANT & STINGLEY, INC.
McAllen (956)618-2366   Harlingen (956)428-0755 Brownsville (956)542-1020

c8940465-0283-43aa-99b9-454eca005db0

Page 22

1     THE COURT REPORTER:  Say that one more
2  time.
3        THE WITNESS:  Elsi Ibarra, Blanca Perez.
4  Well, she had a lot of friends.  I don't know.
5     Q.  Okay.  I guess I'm just asking for the two or
6  three closest friends.
7     A.  Elsi Ibarra and Blanca Perez.
8     Q.  Okay.  What kind of things did they do
9  together?
10    A.  Go out to eat, talk, get together at my mom's
11 house.
12    Q.  The family ever take any vacations or any
13 trips?
14    A.  Yes.
15    Q.  When was the last vacation you took as a family
16 before your mother passed?
17    A.  I think we went -- the last big vacation I
18 remember is going to Europe in 2000.
19    Q.  Okay.  And that was -- who all went?
20    A.  My mom, my aunts, my cousins, and my brother.
21    Q.  Your father didn't make the trip?
22    A.  No.
23    Q.  Okay.  Was your mother responsible for any of
24 the chores around the house, or did the maid take care
25 of that?

Page 23

1     A.  She would oversee the chores.
2     Q.  Okay.
3     A.  She didn't do them herself.
4     Q.  Make sure everything was going --
5     A.  Yes.
6     Q.  -- going okay.
7        Did she do any of the shopping or --
8     A.  Yes.  The groceries.
9     Q.  Groceries.  Okay.
10       Has -- I assume your father makes the
11 house payments?  Pays the bills?
12    A.  Yes.
13    Q.  Has he had any trouble doing that since your
14 mother passed?
15    A.  I don't think so.
16    Q.  Okay.  Is that something you and your father
17 would talk about?
18    A.  No, we don't talk about it.
19    Q.  Okay.  Did your mother ever spend any time in
20 the hospital prior to the accident?
21    A.  No.
22    Q.  Okay.  Any other illnesses, major illnesses you
23 know of?
24    A.  She had -- she had breast cancer ten years ago.
25    Q.  Ten years ago.  Okay.

Page 24

1        Where was she treated for that?
2     A.  In Houston.
3     Q.  M.D. Anderson?
4     A.  M.D. Anderson.
5     Q.  And I take it she was successfully treated?
6     A.  Yes.
7     Q.  Okay.  Any other lengthy illnesses?
8     A.  No.
9     Q.  Okay.  How was her overall health?  Was she --
10    A.  She was very healthy.
11    Q.  Was -- was she fit?  Was she in shape?
12    A.  She was fit.
13    Q.  Okay.  Was she on any medication at the time of
14 the accident?
15    A.  No.
16    Q.  Okay.  Any other previous injuries that --
17 broken arm?
18    A.  No.
19    Q.  Sprained ankle?  Nothing?
20    A.  No.
21    Q.  Okay.  Did she have a regular family physician
22 she would see?
23    A.  Yes.  Paul Lenz.
24    Q.  I'm sorry?
25    A.  Paul Lenz.

Page 25

1     Q.  Paul Lenz.
2        And where is he located?
3     A.  Here in Brownsville.  I don't know the address.
4     Q.  Okay.  Do you know what type of vehicle you --
5  you were riding in when you were involved in the
6  accident?
7     A.  Yes.
8     Q.  What kind of vehicle was it?
9     A.  An Explorer.
10    Q.  Do you know what year that Explorer was?
11    A.  I think a 2000.
12    Q.  Okay.  Whose vehicle was that?
13    A.  My grandmother's.  My aunt bought it for my
14 grandmother.
15    Q.  Okay.  So Betty Payan it would be.
16    A.  Betty Reynoso.
17    Q.  Betty Reynoso.  I'm sorry.  Excuse me.
18       Which aunt bought it for your --
19    A.  Susana.
20    Q.  Susana.
21       Do you know where she bought it?
22    A.  She bought it in Matamoros.  In Matamoros.
23    Q.  In Matamoros.
24       Do you know where she bought it from?
25    A.  The Ford company in Matamoros.

7 (Pages 22 to 25)

Page 26

1    Q. Do you know the name of the Ford company in
2  Matamoros?
3    A. No.
4    Q. Okay. Were you there when the vehicle was
5  purchased?
6    A. No.
7    Q. Okay. Do you know when the vehicle was
8  purchased?
9    A. Probably in 2000.
10   Q. Okay. Do you know if it was purchased new or
11 used?
12   A. I think it was new. It was new.
13   Q. Okay. Would Susana or would your grandmother
14 be the best person to ask about --
15   A. Susana.
16   Q. Okay. Was your grandmother present when the --
17   A. No.
18   Q. -- vehicle was purchased?
19      Do you know how many miles were on the
20 vehicle at the time of the accident?
21   A. I don't.
22   Q. Okay. Do you know if -- if your aunt or -- or
23 your grandmother put any optional equipment on that
24 Explorer?
25   A. My aunt put a -- I don't know -- a grille

Page 27

1  guard --
2    Q. Uh-huh.
3    A. -- on the front.
4    Q. Okay. Anything else?
5    A. No.
6    Q. What was the purpose of the grille guard?
7    A. Just because.
8    Q. Okay. Do you know where she had that
9  installed?
10   A. I don't know. Probably in Matamoros.
11   Q. At the Ford dealership or somewhere else?
12   A. At the Ford dealership.
13   Q. Okay. But again, Susana would be the person --
14   A. She would be the person to ask.
15   Q. -- to ask those questions.
16      Okay. How about the tires on the vehicle?
17 Do you know what kind of tires were on the vehicle?
18   A. Huh-uh.
19   Q. Okay. Do you know if the tires were ever
20 replaced?
21   A. I don't know.
22   Q. Okay. Any idea what condition the tires were
23 at the time of the accident?
24   A. I don't know.
25   Q. Okay. Let me ask you this: What kind of

Page 28

1  vehicle do you drive?
2    A. A Touareg, Volkswagen Touareg.
3    Q. Okay. How long have you owned that vehicle?
4    A. Five months.
5    Q. Five months. Okay.
6       Where did you purchase it?
7    A. In Brownsville.
8    Q. From a Volkswagen dealership?
9    A. Yes.
10   Q. You purchased it new?
11   A. I'm leasing it here in Brownsville.
12   Q. Okay.
13      THE COURT REPORTER: I'm sorry. Say that
14 again.
15      THE WITNESS: I'm leasing it here in
16 Brownsville.
17   Q. What about maintenance of your vehicle? Do you
18 take it somewhere to get the --
19   A. I take it --
20   Q. -- oil changed?
21   A. -- to the dealership.
22   Q. Okay. So do you check the -- the tires or the
23 fluids in your vehicle or do --
24   A. They check it. They check it every 5,000
25 miles.

Page 29

1    Q. Okay. So I take it you have the dealership
2  check your vehicle --
3       COURT REPORTER: Okay. Wait a minute.
4  Wait and let him finish. It will make -- that's why I
5  keep asking you to repeat because I kind of miss your
6  answers. Okay?
7       THE WITNESS: Okay.
8    Q. I'm sorry. I should have reminded you of that.
9  It's a lot easier if one of us talk at a time. She
10 can't type what we're both saying.
11      Let me try that again.
12      You weren't responsible for the
13 maintenance on the Explorer, were you?
14   A. No.
15   Q. Okay. Did you ever look at the owner's manual
16 on the vehicle?
17   A. In --
18   Q. In the Explorer?
19   A. No.
20   Q. Okay. Did you notice any warnings on the sun
21 visors or anywhere else in the vehicle?
22   A. No.
23   Q. Okay. Do you have any photographs of the
24 vehicle prior to the accident?
25   A. No.

8 (Pages 26 to 29)

Page 30

1    Q. Are you aware if any photographs of the vehicle
2  prior to the accident exist?
3    A. No.
4    Q. Okay. Your grandmother or Susana would be
5  better to ask that question?
6    A. Yes.
7    Q. How about any prior damage to the vehicle? Are
8  you aware of any prior damage?
9    A. No.
10   Q. Do you know if the vehicle was ever involved in
11 an accident prior to the one in January of '03?
12   A. No.
13   Q. No, it wasn't or --
14   A. No, it wasn't.
15   Q. -- no, you're not aware of.
16   A. Not that I'm aware of because I didn't live
17 here.
18   Q. You were in Austin?
19   A. Yes.
20   Q. Has your grandmother or any of your family
21 members told you one way or the other whether it was
22 involved in a prior --
23   A. No.
24   Q. -- accident?
25      Do you know why -- did your grandmother

Page 31

1  want an Explorer? Is that why your aunt bought it for
2  her?
3    A. She didn't care. That's what was more
4  convenient for her.
5    Q. More convenient how?
6    A. Because she needs it for the charity work that
7  she does -- that she did.
8    Q. What charity work is that?
9    A. Taking milk to poor families or taking toys to
10 poor families.
11   Q. Okay. So she needed room to --
12   A. Yes.
13   Q. -- fit items in the back?
14   A. Yes.
15   Q. Okay. Do you know whether or not your -- your
16 grandmother was happy with the vehicle?
17   A. She was fine with it. She didn't have a
18 problem with it.
19   Q. Okay. She never mentioned any problems to you?
20   A. No.
21   Q. Anybody else in the family mention any problems
22 with the vehicle prior to the accident?
23   A. No.
24   Q. Okay. What kind of vehicle did your mother
25 drive?

Page 32

1    A. A Grand Marquis.
2    Q. Okay. How about your father?
3    A. He had an Explorer.
4    Q. Okay. Does he still have the Explorer?
5    A. No.
6    Q. What year was his Explorer?
7    A. My guess would be a '93.
8    Q. Okay. How often would your mother drive your
9  grandmother's Explorer?
10   A. Not very often.
11   Q. Okay. Did she drive any other SUVs?
12   A. The car that I had before.
13   Q. Which was?
14   A. A Tahoe.
15   Q. Okay. How often would she drive the Tahoe?
16   A. Not very often either.
17   Q. Okay. Did your mother ever own an SUV, or was
18 it all sedans?
19   A. She had a van for about a year, I think.
20   Q. When was that?
21   A. 1985.
22   Q. Okay. Do you know how much your aunt paid for
23 that Explorer?
24   A. I don't know.
25   Q. Okay. And do you know if the owner's manual

Page 33

1  was supplied in the Explorer?
2    A. I don't know.
3    Q. Okay. Do you know what -- what I mean when I
4  refer to an owner's manual?
5    A. Yes.
6    Q. Okay. Who is the primary driver of the
7  Explorer?
8    A. The driver at my grandmother's house.
9    Q. Oh. Your grandmother had a driver?
10   A. Yes.
11   Q. Okay. And what is his or her name?
12   A. The current driver, his name is Antonio. I
13 don't know his last name.
14   Q. Okay. Who was the driver back in the late part
15 of '02 or early '03?
16   A. His name was Nacho.
17   Q. Nacho?
18   A. Yes.
19   Q. Do you know -- he's no longer employed by your
20 mother --
21   A. No.
22   Q. -- your grandmother?
23   A. No.
24   Q. Did your grandmother ever drive the vehicle?
25   A. No.

9 (Pages 30 to 33)

BRYANT & STINGLEY, INC.
McAllen (956)618-2366    Harlingen (956)428-0755 Brownsville (956)542-1020

c8940465-0283-43aa-99b9-454eca005db0

Page 34

1    Q. Anybody besides Nacho who would regularly drive
2  the vehicle?
3    A. I mean, my aunt Susana would drive it or my
4  cousin would drive it, but not often at all.
5    Q. Okay. And which cousin is that?
6    A. Betty.
7    Q. Betty's last name is?
8    A. Filizola.
9    Q. Is the Explorer the only vehicle your
10  grandmother owned?
11    A. At the time, yes.
12    Q. Okay. So if she needed just to run errands,
13  that's the vehicle she would take?
14    A. Yes.
15    Q. Okay. Likewise, if she needed to deliver
16  something to poor family, that's the vehicle she would
17  take?
18    A. Yes.
19    Q. Okay. Was it — was the Explorer — did your
20  grandmother take it on a long trip?
21    A. She never took it on a long trip.
22    Q. Okay. Anybody else in the family take it on a
23  trip?
24    A. We had taken it before to Monterrey.
25    Q. Just once to Monterrey?

Page 35

1    A. That I remember, yes, once.
2    Q. Okay. And you were in the vehicle on that
3  trip?
4    A. Yes.
5    Q. Is this the trip where the accident occurred?
6    A. No.
7    Q. Okay. It was a different trip.
8    A. A different trip.
9    Q. Okay. When was this trip?
10    A. Sometime in 2001.
11    Q. Okay. Was it just — it was you and who else?
12    A. My brother and my cousin.
13    Q. Okay. And what was the purpose of the trip?
14    A. To see friends.
15    Q. Okay. Who drove?
16    A. My cousin.
17    Q. Okay. Notice any problems with the Explorer on
18  that trip?
19    A. No.
20    Q. Okay. Is that the same road —
21    A. Yes.
22    Q. Okay. One more thing, a lot of the questions I
23  ask you, you probably anticipate what they're going to
24  be. If you'll just let me finish my entire question,
25  that way we'll have a clear record. Okay?

Page 36

1    A. Okay.
2    Q. But I think you know where I'm going. That's
3  the same road where this accident occurred; is that
4  correct?
5    A. Yes.
6    Q. Okay. Thank you.
7       So you're — you're not aware of anybody
8  complaining about the vehicle prior to the accident.
9    A. No.
10    Q. Okay. Not aware of any service work done on
11  the vehicle prior to the accident?
12    A. No.
13    Q. To the best of your knowledge, the vehicle was
14  not in any prior accidents.
15    A. Correct.
16    Q. Okay. When the vehicle needed servicing, do
17  you know where your grandmother took it?
18    A. I think they took it to a dealership.
19    Q. To a dealership. Okay.
20       Do you know whether or not your
21  grandmother kept written records of service?
22    A. My aunt did.
23    Q. Susana kept written records?
24    A. Yes.
25    Q. Okay. Of all the services to the vehicle?

Page 37

1    A. Yes.
2    Q. Okay. Did the seat belts work on the vehicle?
3    A. Yes.
4    Q. Okay. So they would — they would click and
5  stay in?
6    A. Yes.
7    Q. Okay. Was it your custom to wear your seat
8  belt in the vehicle?
9    A. Yes.
10    Q. All vehicles you ride in or drive?
11    A. All vehicles.
12    Q. Okay. Why is that?
13    A. Because it's safe.
14    Q. Okay. What about now? If — if you're driving
15  and you have somebody in your vehicle with you, do you
16  make them wear their seat belt?
17    A. Yes.
18    Q. Okay. When the vehicle did need servicing, the
19  Explorer, would Susana take it in for servicing or
20  would your grandmother?
21    A. The driver would.
22    Q. The driver would. Okay.
23       And then your aunt would keep the
24  paperwork on it?
25    A. Yes.

10 (Pages 34 to 37)

Page 38

1    Q. Okay. Do you know how to get in touch with
2  Nacho?
3    A. No.
4    Q. Do you know who would?
5    A. My grandmother might, but I don't know.
6    Q. Okay. Had your mother ever been in an accident
7  prior to this, in motor a vehicle accident?
8    A. No.
9    Q. Okay. She ever receive a moving violation or a
10  ticket?
11    A. Not that I know of, but maybe she did and I
12  didn't know.
13    Q. Okay. Did your mother wear glasses or
14  contacts?
15    A. Yes.
16    Q. Which one?
17    A. She wears glasses.
18    Q. Okay. Nearsighted? Farsighted? Did she need
19  them for reading, or did she need them for driving?
20    A. She needed them for everything.
21    Q. Okay. Did your mother have any other physical
22  problems?
23    A. No.
24    Q. Okay. Her hearing was fine?
25    A. Yes.

Page 39

1    Q. Okay. Where did this accident take place?
2    A. About half an hour away from Monterrey, 45
3  minutes away from Monterrey.
4    Q. Okay. It was just you and your mother in the
5  vehicle?
6    A. Yes.
7    Q. Which direction were you headed, to Monterrey
8  or to Matamoros?
9    A. To Matamoros.
10    Q. Okay. So you spent some time in Monterrey.
11    A. Yes.
12    Q. Okay. How long were you in Monterrey?
13    A. About four hours.
14    Q. Okay. I guess let's go back. When did -- what
15  date did you leave from Monterrey?
16    A. January 11th.
17    Q. January 11th?
18    A. Yes.
19    Q. Okay. Do you remember what time you left?
20    A. 5:00.
21    Q. In the morning?
22    A. In the afternoon.
23    Q. Okay.
24        MR. WHITTINGTON: He's asking what time
25  you left to go to Monterrey.

Page 40

1    Q. Yeah. I'm sorry. We were not clear?
2    A. Yes. I understood what time I left Monterrey.
3    Q. Okay. I'm sorry. That's my fault.
4        What time did you leave Matamoros for
5  Monterrey?
6    A. 8:30.
7    Q. In the morning?
8    A. In the morning.
9        MR. HENSLEY: Thank you, Counselor.
10    Q. And the purpose of the trip to Monterrey was
11  what?
12    A. We were going to go see a dermatologist.
13    Q. Okay. Did you see a dermatologist?
14    A. Yes.
15    Q. Did y'all do anything else in Monterrey?
16    A. We ate and we went to a jewelry store.
17    Q. Okay. What time was the doctor's appointment?
18    A. 1:00.
19    Q. How long does it take to get from Matamoros to
20  Monterrey?
21    A. Three and a half hours.
22    Q. Okay. And that's driving at what speed?
23    A. 70.
24    Q. 70 miles per hour?
25    A. 70 miles per hour.

Page 41

1    Q. Did you spend time with your mom the night
2  before?
3    A. Yes.
4    Q. What did y'all do the night before?
5    A. Well, we were at home, and she was watching TV.
6  I went to eat with my friends, and I came back, and she
7  was asleep.
8    Q. What time did you come back?
9    A. 11:30.
10    Q. Okay. Do you know what time she actually went
11  to bed?
12    A. I don't know. I left at 9:00. When I came
13  back she was asleep, so --
14    Q. So sometime between 9 p.m. and 11:30 p.m. she
15  went to bed.
16    A. Yes.
17    Q. What time did you wake up the next morning, the
18  morning of the trip?
19    A. 8:00.
20    Q. How about your mother? Do you know what time
21  she woke up?
22    A. I don't know. I don't know. Probably 7:00.
23    Q. Okay. Is this a Saturday or --
24    A. Saturday.
25    Q. Okay. Is it typical -- was it typical for your

11 (Pages 38 to 41)

Page 42

1    mother to wake up around 7:00?
2        A. Yes.
3        Q. Okay. Do you know what she did that morning?
4    She eat breakfast?
5        A. She took a shower and she had breakfast.
6        Q. Okay. And I believe you previously testified
7    that y'all spent about four hours in Monterrey that
8    day?
9        A. Yes.
10       Q. Okay. And you left from Monterrey to come back
11   home at what time?
12       A. At about 5:00 in the afternoon.
13       Q. Okay. What was the weather like that day?
14       A. It was raining.
15       Q. Okay. Was it raining on your way to Monterrey
16   as well?
17       A. To Monterrey it was drizzly; on the way back,
18   it was more rainy.
19       Q. Okay. How about the day before? Was it
20   raining the day before as well?
21       A. Not that I remember.
22       Q. Okay. Who drove to Monterrey?
23       A. My mother.
24       Q. Okay. And she was also the driver coming
25   back --

Page 43

1        A. Yes.
2        Q. -- to Matamoros?
3            Did y'all make any stops between the time
4    you left Monterrey and the time the accident occurred?
5        A. No.
6        Q. Okay. What road were you traveling on back to
7    Matamoros?
8        A. It was the superhighway.
9        Q. Okay. Does it have a name or --
10       A. It's called the superhighway in Spanish.
11       Q. Okay. Had your mom driven that stretch of road
12   before?
13       A. Yes.
14       Q. How many times?
15       A. At least ten times.
16       Q. Okay. Can you describe the road for me? Was
17   it two lanes? Four lanes?
18       A. It's two lanes. Two lanes going from one side
19   to another and two lanes on the other side.
20       Q. Okay. So two lanes traveled in one direction,
21   two lanes traveled in another direction, and it's
22   divided by -- or is it divided at all?
23       A. It's divided by a -- well, there's grass in --
24   in the middle.
25       Q. Okay. A grass median?

Page 44

1        A. Yes.
2        Q. Okay. Does the road have -- does it have a
3    shoulder?
4        A. Yes.
5        Q. Okay. Is it an improved shoulder? Is it a
6    paved shoulder, or is it just gravel?
7        A. It's a paved shoulder.
8        Q. Okay. And then outside of the paved shoulder,
9    is it grass? Dirt? Do you recall?
10       A. It was grass.
11       Q. Grass. Okay.
12           Was it flat? Was it an incline?
13       A. No. It's flat.
14       Q. What about the stretch where the accident
15   occurred? Is it -- is it -- is it straight? Is there
16   a curve?
17       A. It's straight.
18       Q. Okay. No hills?
19       A. No.
20       Q. Okay. How long were y'all in the vehicle from
21   the time you left Monterrey until the time the accident
22   occurred?
23       A. About 45 minutes.
24       Q. Okay. And what were y'all doing?
25       A. I was asleep and she was driving.

Page 45

1        Q. Okay. Did you go to sleep immediately upon
2    leaving Monterrey?
3        A. Ten minutes after we left.
4        Q. Where were you seated?
5        A. In the passenger seat.
6        Q. Okay. Seat belt on?
7        A. Yes.
8        Q. Okay. Did you have your seat reclined, or was
9    it --
10       A. No, I didn't have it reclined.
11       Q. Okay. Did you have your head leaning against
12   the window or --
13       A. No.
14       Q. Okay. So you were just -- feet flat on the
15   floor?
16       A. Yes.
17       Q. Okay. You were asleep with your head back,
18   with your chin on your chest? How were you?
19       A. I don't remember.
20       Q. Okay. Fair enough.
21           Do you recall if the radio was on?
22       A. Yes, it was.
23       Q. Okay. Was it a radio station? Was it a CD?
24       A. It was a radio station.
25       Q. Okay. Who chose the radio station, you or your

12 (Pages 42 to 45)

Page 46

1  mother?
2      A. My mother.
3      Q. Okay. Did you have anything to drink in the
4  car? Soda or water or coffee?
5      A. No.
6      Q. Okay. How about anything to snack on? Some
7  fruit or nuts?
8      A. No.
9      Q. Nothing? Okay.
10         Were y'all bringing anything back from
11  Monterrey with you?
12     A. Medicine from the dermatologist.
13     Q. Okay. Nothing from the jewelry store?
14     A. No.
15     Q. Okay. Was it raining hard when you left
16  Monterrey? Was it still drizzly?
17     A. More than drizzly, but was it was not raining
18  very hard.
19     Q. Would it be fair to describe it as just kind of
20  steady rain?
21     A. Yes.
22     Q. Okay. How about the road itself? Did you
23  notice any puddles on the road before you went to
24  sleep?
25     A. Any puddles?

Page 47

1      Q. Uh-huh.
2      A. I didn't notice any.
3      Q. Okay. You're not sure if water was
4  accumulating on the roadway itself?
5      A. I'm not sure, but I don't remember seeing
6  anything.
7      Q. Okay. How about on the side of the road in the
8  grass? Was there puddles forming there or an
9  accumulation?
10     A. I didn't notice.
11     Q. Okay. What was the traffic like when y'all
12  left Monterrey?
13     A. There was not much traffic.
14     Q. Okay. So it was light?
15     A. Yes.
16     Q. Was the sun still out when you left?
17     A. Yes.
18     Q. Okay. Was it overcast or --
19     A. Well, it was raining, so I guess it was.
20     Q. Okay. I'm just trying to find out as much as I
21  can. I know some of these questions might seem
22  insignificant, but it is by no means a memory contest.
23  Just -- if you don't know, just let me know. Okay?
24     A. Okay.
25     Q. All right. You're doing a good job.

Page 48

1         Did you notice anything out of -- anything
2  strange about the vehicle? Anything alarming to you?
3      A. No.
4      Q. Okay. Seem to ride fine on the way down there?
5      A. Yes.
6      Q. Okay. Did your mother complain about the
7  vehicle at all driving down there?
8      A. No.
9      Q. Okay. Did you have plans that evening?
10     A. No.
11     Q. You weren't going to meet with any friends or
12  go out to dinner?
13     A. No.
14     Q. Okay. Were you asleep up until -- until the
15  time of the accident?
16     A. Yes.
17     Q. Did you stop on the way to Monterrey to fill up
18  with gas, or do you know if you stopped before the
19  accident?
20     A. I know we stopped on the way to Monterrey to
21  get gas. I don't remember -- on the way back, we
22  didn't stopped. I don't know if we did get gas in
23  Monterrey.
24     Q. Okay. How was it decided that your mother was
25  going to drive home?

Page 49

1      A. That's just the way it was always.
2      Q. Okay. Did your mother ever complain about
3  being tired or --
4      A. No.
5      Q. Okay. Any complaints about her health or how
6  she was feeling that day?
7      A. No.
8      Q. Okay.
9         MR. WHITTINGTON: You doing okay?
10        THE WITNESS: Yes.
11     Q. What was the first moment you noticed something
12  was wrong?
13     A. When the car started to swerve.
14     Q. Okay. Did the motion of the car wake you up?
15     A. Yes.
16     Q. Okay. What's the first thing you remember upon
17  waking up?
18     A. We were turning to the left.
19     Q. To the left.
20        Okay. Was your mother turning the wheel
21  to the left, or was it -- I'm just trying to get a
22  clear picture what you mean by you were turning to the
23  left.
24     A. Well, we were swerving to the left.
25     Q. Okay.

13 (Pages 46 to 49)

**BRYANT & STINGLEY, INC.**

c8940465-0283-43aa-99b9-454eca005db0

Page 50

1    A. I don't know if she was turning it or --
2    Q. Okay. Were your mother's hands on the wheel?
3    A. Yes.
4    Q. Okay. Both of them or just one?
5    A. I think both.
6    Q. Okay. Did you notice if she put any input into
7  the steering wheel one way or the other?
8    A. I didn't notice.
9    Q. Where were your eyes when you woke up? What
10  were you looking at?
11    A. On the highway.
12    Q. Okay. So did you -- did you first notice with
13  eyes, or did you feel the vehicle turning left?
14  Which -- which came first?
15    A. I had to -- I had to have felt it because I was
16  asleep, so I guess no.
17    Q. Which way was the vehicle facing? Was it
18  facing, I guess, the grass median when you woke up, or
19  was it somewhere --
20    A. It was barely starting to swerve.
21    Q. Okay.
22    A. So it was still facing the highway starting to
23  turn towards the median.
24    Q. Okay. So somewhat left to the lanes of travel
25  when you first woke up. Is that a fair way of saying

Page 51

1  it?
2    A. I didn't --
3    Q. If -- if you say my notepad represents a lane
4  of travel, and you're going this way, and this is the
5  vehicle, this is your normal lane of travel, something
6  like that when you woke up?
7    A. Yes.
8    Q. Okay. Did your mother say anything?
9    A. She didn't. She said, "Sorry," I think.
10    Q. Let's do -- let's do it this way, if it's okay
11  with you. If you can just walk me through what you
12  remember about the accident, and then I'll come back
13  and try to ask you some more specific questions. Is
14  that fair?
15    A. Yes.
16    Q. Okay.
17    A. I remember waking up when we were swerving to
18  the left. Then we started going on the grass median,
19  and that's where it rolls over, and I guess I kind of
20  black out.
21      And I opened my eyes, and we are on the
22  other side of the highway, on the other lanes, on the
23  lanes that are going to Monterrey. And we're almost on
24  the shoulder. And I just -- I wake up and we're
25  backwards. The roof is on the floor and -- do you want

Page 52

1  me to go further or --
2    Q. That's fine. That's fine.
3    MR. HENSLEY: Let's take a quick break. I
4  want to get some things together. All right?
5    MR. WHITTINGTON: Okay. Sure.
6    (Brief recess)
7    Q. All right, ma'am. We just took a short break
8  which allowed me time to draw this very crude map which
9  I've marked Exhibit 1. I'm going to hand it to you
10  now.
11      I know it's not a masterpiece, but does
12  that kind of fairly depict the lanes of travel --
13    A. Yes.
14    Q. -- that day?
15    MR. WHITTINGTON: I don't know that the
16  directions -- if the N and S indicate north and south,
17  I don't know that that's accurate.
18    MR. HENSLEY: Is it east, west?
19    THE WITNESS: West and the other one is
20  east.
21    Q. Okay. Can you -- can you mark it in there?
22    MR. WHITTINGTON: It's actually kind of in
23  between, but --
24    MR. HENSLEY: Okay.
25    Q. Well, with that red pen, ma'am, can you just

Page 53

1  show me -- you've already briefly described from the
2  moment you woke up the vehicle was pointed to the left
3  and where the -- all the way to where the vehicle is
4  ending up. Can you do the best you can to depict on
5  that map --
6    A. Where the car was?
7    Q. -- where you were initially and then kind of
8  show the path of the vehicle.
9    MR. WHITTINGTON: Where she was when she
10  woke up?
11    MR. HENSLEY: Right.
12    MR. WHITTINGTON: Where the car was when
13  she woke up?
14    MR. HENSLEY: Right.
15    THE WITNESS: This is where the car was
16  when I woke up.
17    Q. Can you put a "1" inside there.
18      Thank you, ma'am.
19    A. Then we came over the median.
20    Q. Okay.
21    A. And I think it started rolling over, if not on
22  the median, right after the median. And this is where
23  we ended up.
24    Q. Okay. Facing -- just put an arrow the way the
25  vehicle was facing, the front of the vehicle was

14 (Pages 50 to 53)

Page 54

1 facing.
2    A. Well, okay.
3    Q. Okay. Okay. And you think that the vehicle
4 began to roll either in the median or just outside the
5 median in the other lanes of travel?
6    A. Yes.
7    Q. Okay. Can I see that, please.
8       Okay. Thank you, ma'am.
9       Now, you mentioned you heard your mother
10 say, "Sorry," at some point. Was that right after you
11 woke up?
12    A. Yes.
13    Q. Okay. Do you know what she was talking about
14 or why she said, "Sorry"?
15    A. Because I woke up because of the movement.
16    Q. What happened right after she said, "Sorry"?
17    A. We went onto the median and then rolled over.
18    Q. Okay. Did your mom ever hit the accelerator?
19 Hit the brakes?
20    A. I don't think so.
21    Q. Okay. Do you know how fast you were traveling
22 at the time you woke up?
23    A. I didn't.
24    Q. You don't know?
25    A. I didn't check.

Page 55

1    Q. Okay. And do you know whether, at any time
2 during, I guess, we can call this the accident
3 sequence, Exhibit 1, did your mother make any steering
4 inputs at any time?
5    A. I don't know.
6    Q. Where were you looking? Were you
7 looking out the windshield? Were you looking at your
8 mother?
9    A. I was looking out the windshield.
10    Q. Okay. Were there any vehicles around you? Did
11 you —
12    A. No.
13    Q. — notice any vehicles?
14    A. No.
15    Q. Were the windshield wipers on?
16    A. I didn't notice them, but I would think they
17 would be since it was raining.
18    Q. Okay. It was still just a steady rain?
19    A. Yes.
20    Q. Okay. Was your mother a smoker? Did she smoke
21 cigarettes?
22    A. No, not — not very often. Socially, yes.
23    Q. Okay. Was she smoking in the Explorer that
24 day?
25    A. No.

Page 56

1    Q. Okay. How was your — well, strike that.
2       Let me ask it this way. In your vehicle
3 you have now, do you have a certain way you like your
4 seat when you're driving, correct? You have it
5 positioned a certain way that's comfortable for you?
6    A. Yes.
7    Q. Okay. Have you ever had the occasion when you
8 drove somebody else's car and you had to adjust the
9 seat to the way you liked it, make it comfortable so
10 you could drive?
11    A. Yes.
12    Q. Okay. Did your mother have to do that when she
13 started driving the Explorer that day?
14    A. That day, no, because we — we had the car
15 since the day before.
16    Q. Okay.
17    A. So maybe she adjusted it the day before.
18    Q. Okay. How did your mother have her seat
19 positioned? Was it all the way up? Was it tilted
20 back? Was it somewhere in between? Do you recall?
21    A. Straight — straight up.
22    Q. Straight up. Okay.
23       And some people like to drive with — with
24 a foot up on the dashboard or even cross legs or all
25 kinds of ways. How were your mom's feet?

Page 57

1    A. Both feet on the floor.
2    Q. Both feet on the floor. Okay.
3       Do you know if the Explorer had a cruise
4 control?
5    A. Did it have it?
6    Q. Uh-huh.
7    A. Did it have it on?
8    Q. No. Did the Explorer itself have a cruise
9 control as an option on the vehicle?
10    A. I don't know.
11    Q. Okay. So if I asked you whether the cruise
12 control was on or not —
13    A. It probably wasn't.
14    Q. And why do you say it probably wasn't?
15    A. Because I don't remember her using cruise
16 control much.
17    Q. In that vehicle or —
18    A. In general. In general.
19    Q. Okay. The speed limit on the road is 70 miles
20 per hour?
21    A. Yes.
22    Q. Okay. Or I guess it's based in kilometers; is
23 that right?
24    A. It's in kilometers. I don't know.
25    Q. Did your mother usually drive the speed limit?

15 (Pages 54 to 57)

Page 58

1    A. Yes.
2    Q. Okay. She ever go above the speed limit?
3    A. No.
4    Q. Okay. Did she drive the speed limit on the way
5  down there, or did she drive a different speed?
6    A. She drove the speed limit.
7    Q. Okay. So on the way to Monterrey, she drove
8  the speed limit.
9    A. Yes.
10    Q. And correct me if I'm wrong, but your testimony
11  is you don't know how fast she was driving or what
12  speed she was driving at at the time of the accident
13  because you were asleep. You just woke up; is that
14  true?
15    A. That's true.
16    Q. Okay. Do you recall if your mother tried to do
17  anything to — I guess for lack of a better word —
18  regain control of the vehicle once y'all started going
19  left?
20    A. I remember her both hands on the wheel, but I
21  don't know if she was trying — I don't know what she
22  was trying to do.
23    Q. Okay. And that's because your focus was —
24    A. Yes.
25    Q. — through the windshield. Okay.

Page 59

1        What about the vehicle itself? Did it
2  feel like y'all were sliding? Skidding? Were you kind
3  of bumping along? What — what was your sense of what
4  the vehicle was doing?
5    A. Turning and rolling.
6    Q. Okay. Did the vehicle feel the same
7  while you were on the pavement as it did when you were
8  in the grass median, or was there a different situation
9  inside the vehicle?
10    A. It was more bumpy on the median.
11    Q. Okay. Was there an event or a sensation you
12  remember just before the vehicle started to roll over?
13  Anything stick out in your mind?
14    A. No.
15    Q. Okay. Feel like the wheels were digging in or
16  catching on anything?
17    A. No.
18    Q. Okay. Was the vehicle slowing down as you're
19  going through the median or sliding on the pavement?
20    A. I guess it was slowing down because it was on
21  the median —
22    Q. Uh-huh.
23    A. — but I don't remember a very — a very big
24  difference in the speed.
25    Q. So correct me if I'm wrong, but logic tells you

Page 60

1  it was probably slowing down, but you don't have any —
2  you don't remember a sensation of slowing down.
3    A. Correct.
4    Q. Okay. That's fair.
5        Other than, "Sorry," did your mother say
6  anything else before or during the course of the
7  accident sequence?
8    A. No.
9    Q. Okay. Did you say anything to your mother?
10    A. No.
11    Q. Okay. Did you — did you move at all? Did you
12  try to brace yourself? Did you — or did you just
13  maintain your position?
14    A. I maintained my position.
15    Q. Okay. And that's feet on the floor, bottom in
16  the seat, back against the back of the seat, correct?
17    A. Yes.
18    Q. Okay. You know, I think I forgot to ask you
19  this question, but was your mom wearing her seat belt?
20    A. Yes.
21    Q. Okay. And it was her normal practice to wear a
22  seat belt.
23    A. Yes.
24    Q. Okay. The rollover itself, did you — any part
25  of your body hit anything in vehicle during the

Page 61

1  rollover?
2    A. Not that I remember.
3    Q. Okay. Did anything inside the vehicle hit you
4  during the rollover?
5    A. No.
6    Q. Okay. Do you remember any details about the
7  rollover itself?
8    A. No. I think I kind of blacked out during the
9  rollover, because I remember opening my eyes and we
10  were already on the other side.
11    Q. Okay. Did you hear any noises? Anybody — did
12  your mom say anything during the rollover?
13    A. No.
14    Q. Okay. Did you get a feel or a sensation how
15  many times the vehicle rolled?
16    A. I think once.
17    Q. You think once. Okay.
18        Which side of the vehicle began to roll?
19  Was it the driver's side or the passenger's side?
20    A. The driver's side.
21    Q. Okay. And was it — usually I have a toy to
22  bring with me, but I forgot it this time. But they use
23  some terms, a barrel roll or an end-over-end roll.
24  Does that make sense to you?
25    A. No, it doesn't.

16 (Pages 58 to 61)

Page 62

1    Q.  Okay.  Let's pretend this is our vehicle.
2  Okay?  I guess, with this being the driver's side, this
3  being the passenger's side, the vehicle can roll like
4  that.  The vehicle can also roll front — end over end
5  or some kind of combination of — of the two.  Did you
6  get a sensation of kind of how the vehicle was rolling?
7    A.  It was on the side.
8    Q.  So kind of like — like that.
9    A.  Yes.
10    Q.  Okay.  And you testified it felt like one
11  complete roll?
12    A.  Yes.
13    Q.  But you ended up on the roof of the vehicle,
14  right?
15    A.  Yes.
16    Q.  Okay.  So it had been — do you think it was
17  more than one complete roll or a little bit less than a
18  complete roll?
19    A.  Probably a little bit less.
20    Q.  Okay.  And when you say you were — you think
21  you may have blacked out during the rollover sequence,
22  is that just shutting your eyes or is that
23  physically —
24    A.  I don't remember —
25    Q.  — unconscious?

Page 63

1    A.  — seeing anything.
2    Q.  Okay.
3    A.  I don't remember anything during that time.
4    Q.  Okay.  Do you know how — how long after the
5  rollover sequence that you opened your eyes and you
6  started remembering things?
7    A.  20 seconds?
8    Q.  Okay.  What was the first thing that you
9  noticed when you opened your eyes?
10    A.  I noticed that we were with the roof on the
11  floor.
12    Q.  Uh-huh.
13    A.  And that I started talking to my mom, and she
14  didn't answer.
15    Q.  She didn't answer?
16    A.  She didn't.
17    Q.  Okay.  Was the seat belt holding you in your
18  seat?
19    A.  Yes.
20    Q.  Okay.  Was your head touching the — the roof
21  of the vehicle at all?
22    A.  I don't remember.
23    Q.  Okay.  Do you remember what you said to your
24  mother?
25    A.  I would say, "Mom, Mom," but she wouldn't

Page 64

1  answer.
2    Q.  Okay.  So what did you do right after that?
3    A.  I took off my seat belt, opened the door, and
4  ran to her side.
5    Q.  Okay.  Any problems opening the door?
6    A.  No.
7    Q.  Okay.  Was the glass still in inside your door,
8  the passenger side door?
9    A.  I don't remember any shattered glass around me
10  or anything, so I think it was there.
11    Q.  Okay.  What about the windshield?  Was the
12  windshield still intact, or was it broken out?
13    A.  It didn't shatter.  It was there.  I don't know
14  if it was broken in some place.
15    Q.  Okay.  And so you take off your seat belt, you
16  run around to your mother's side of the vehicle, right?
17    A.  Yes.
18    Q.  Okay.  And what do you do next?
19    A.  I start calling out to her.
20    Q.  Okay.  Are you standing?
21    A.  Standing.
22    Q.  Are you kneeling?
23    A.  Standing, starting to kneel down.
24    Q.  Okay.  Any response from your mother?
25    A.  Not for about 30 seconds.

Page 65

1    Q.  Okay.  Did you do anything other than call her
2  name and stand beside her during those 30 seconds?
3    A.  No.
4    Q.  Okay.  And then after about 30 seconds, how did
5  she respond to you?
6    A.  She told me, "If I die, tell your brother that
7  I love him."
8    Q.  What was your response to that?
9    A.  "You're not going to die."  I told her she
10  wasn't going to die.
11    Q.  Okay.  Ma'am, I'm going to remind you again
12  that if you need to take a break for any reason, you
13  just let me know.  Okay?
14    A.  I think I need a break.
15    Q.  You want to take a break?
16        Sure.  Let's go ahead and do that.
17        (Brief recess)
18    Q.  We just took a short break, ma'am.  I'll try to
19  push through and get this finished, but again, if you
20  need a break, if you want to just take a few moments,
21  just let us know.  Okay?
22    A.  Okay.
23    Q.  Okay.  After, I guess, that initial exchange
24  with your mother that you just described for us, what
25  happened next?  Do you recall?

17 (Pages 62 to 65)

Page 66

1    A. People started stopping to try to help us.
2    Q. Okay. Do you remember the names of anybody who
3  stopped?
4    A. No.
5    Q. Okay. Did you have any conversations with
6  anybody who stopped?
7    A. I remember telling them to please call an
8  ambulance.
9    Q. Okay. And somebody did call an ambulance?
10   A. Yes.
11   Q. Okay. Do you know who called the ambulance?
12   A. I don't know the person.
13   Q. Okay. How long did it take the ambulance to
14 arrive?
15   A. 25 minutes.
16   Q. Okay. Any other emergency personnel arrive
17 before the ambulance?
18   A. No.
19   Q. No police officers or —
20   A. No.
21   Q. Okay. When you first saw your mother, was she
22 still in the vehicle?
23   A. Yes.
24   Q. Okay. Seat belt still on her?
25   A. Yes.

Page 67

1    Q. Holding her in her seat or how was she?
2    A. Her — her head was on the — on the roof with
3  her seat belt on. She had her seat belt on.
4    Q. Okay. Let me ask you this question first. Was
5  she inside or outside the vehicle?
6    A. She was inside.
7    Q. Okay. And her head was touching the inside of
8  the roof?
9    A. Her head was touching something. I don't know
10 what it was.
11   Q. Okay. I guess I'm just — the best you can in
12 terms of description — and I know this is difficult,
13 ma'am, but, you know, you could — was her — was
14 her — was her neck straight? Was it bent somehow?
15 Was her head bent one direction or the other?
16   A. Her head was a little bit to a side.
17   Q. Which side, ma'am?
18   A. To the right side.
19   Q. So away from the — the window or towards the
20 window?
21   A. Towards the window.
22   Q. Okay. So towards you.
23   A. It was — well, it was her right side.
24   Q. Okay.
25   A. Towards me, yes.

Page 68

1    Q. Okay. And did you notice any — was there any
2  visual injuries that you noticed when you saw your
3  mother?
4    A. She had blood on her forehead.
5    Q. Okay. And again, which side of her head? The
6  side you just pointed to?
7    A. Yes. Her right side.
8    Q. Okay. Any other visual injuries that you saw,
9  that you noticed right away?
10   A. No.
11   Q. Okay. Did she complain of anything? Any pain?
12   A. She said she didn't have feeling in her legs.
13   Q. Didn't have feeling in her legs?
14   A. Uh-huh.
15   Q. Okay. What about her — her arms and her
16 hands? Did she — was she moving them?
17   A. She could move her hands.
18   Q. Okay. Was she complaining of any pain or any
19 discomfort?
20   A. No.
21   Q. Okay. Did you try to get her out of the
22 vehicle, or did you leave her in the vehicle?
23   A. They tried to get her out of the vehicle, but
24 it was very hard to get her out.
25   Q. Okay. Who is "they"?

Page 69

1    A. A lot of the people that — that stopped to
2  help us. One of them was a doctor. And she said —
3  since she said that she couldn't feel her legs, he
4  right away said that he would try and not anybody else
5  touch her because there was a problem.
6    Q. Okay. Did he do anything to try to immobilize
7  her so she wouldn't move her neck?
8    A. He didn't.
9    Q. He didn't?
10   A. No.
11   Q. Okay. What was done to try to get your mother
12 out?
13   A. Well, they were trying to take off her seat
14 belt.
15   Q. Okay.
16   A. First of all.
17   Q. "They" being people besides the doctor.
18   A. Well, him and the people that were helping him.
19   Q. And what prevented them from taking off the
20 seat belt?
21   A. I think it was stuck or something because they
22 had to end up cutting it.
23   Q. Okay. What did they use to cut the seat belt?
24   A. I didn't — I didn't look.
25   Q. Okay. Were you standing next to the vehicle,

18  (Pages 66 to 69)

Page 70

1  or were you some distance away at this point?
2      A. A little bit to the side with a cell phone
3  trying to call my family.
4      Q. Okay. Were these passersby, these witnesses,
5  were they able to get her out of the vehicle at all or
6  not?
7      A. No.
8      Q. Okay. Were they able to get her partially out
9  of the vehicle?
10     A. They were able to take the seat belt off. They
11 weren't able to take her out of the vehicle.
12     Q. Okay. Did they move her at all once they got
13 the seat belt off?
14     A. They tried to move her, but they -- they didn't
15 move her from where she was, no.
16     Q. Okay. And I'm just trying to be clear here,
17 and you probably told me this, but as best you can
18 tell, was it -- was it the configuration of the vehicle
19 or was it the way your mother was in there or was it
20 the pain or something? What prevented them from
21 actually moving her or pulling her out?
22     A. The way -- the door wouldn't open.
23     Q. Uh-huh.
24     A. And they couldn't get her out through the
25 window. Well, it was so crushed on that side that they

Page 71

1  couldn't get her out.
2      Q. There wasn't enough room to get her out.
3      A. Yes.
4      Q. Okay. How about you? Did you have any pain or
5  any injuries?
6      A. Nothing.
7      Q. Nothing?
8      A. No.
9      Q. No cuts? No bruises?
10     A. I had a seat belt burn.
11     Q. Where was that?
12     A. On my neck.
13     Q. Okay. Were you able to get in touch with
14 anybody in your family on the cell phone?
15     A. I was able to get in touch with a friend.
16     Q. Okay. Which friend was that?
17     A. Her name is Luly Salinas.
18     Q. Okay. A friend of the family or a friend of
19 yours?
20     A. A friend of mine.
21     Q. Okay. And what did you tell her?
22     A. To get in touch with my family because we had
23 been in an accident.
24     Q. Okay. Did anybody ask you what happened out at
25 the scene of the accident?

Page 72

1      A. No. They tried. I couldn't talk much.
2      Q. Okay. Because you were, obviously, upset,
3  correct?
4      A. Yes.
5      Q. Okay. Did you speak to your mom at all during
6  the course of time the people were trying to help her
7  get out of the vehicle?
8      A. I was -- she was telling me to get her purse,
9  get her glasses, get her cell phone.
10     Q. Were you able to find her purse?
11     A. I found her purse.
12     Q. How about her glasses and her cell phone?
13     A. I didn't find the glasses, and I didn't find
14 her cell phone.
15     Q. Okay. Was she wearing her glasses at the time
16 of the accident?
17     A. Yes.
18     Q. Okay. But they had come off?
19     A. Uh-huh, yes.
20     Q. Okay. Did your mother seem coherent? Did she
21 seem to understand what was going on?
22     A. She did.
23     Q. Okay. So I believe you testified that it took
24 about 20 or 25 minutes for an ambulance to arrive; is
25 that correct?

Page 73

1      A. Correct.
2      Q. Okay. And were the -- were they able to get
3  your mother out of the vehicle?
4      A. Yes.
5      Q. Okay. How were they able to get her out of the
6  vehicle?
7      A. They put her on a stretcher.
8      Q. Okay. Well, let me back up. When -- when the
9  ambulance first arrived, what did they do?
10     A. They started to look for a way to get her out.
11     Q. Okay. Did they talk to her?
12     A. Yes.
13     Q. Did they take any vital stats or maybe they
14 checked her pulse or her breathing?
15     A. Right there at the site of the accident, I
16 don't think so.
17     Q. Okay. But she was still talking.
18     A. Yes.
19     Q. Were they able -- were they talking to her?
20     A. Yes.
21     Q. Do you know what they said to her?
22     A. No.
23     Q. Okay. Did you hear what your mother said to
24 them?
25     A. I don't remember.

BRYANT & STINGLEY, INC.
McAllen (956)618-2366    Harlingen (956)428-0755 Brownsville (956)542-1020

c8940465-0283-43aa-99b9-454eca005db0

Page 74

1    Q. Okay. Do you recall how they were able to
2  remove her from the vehicle?
3    A. No.
4    Q. Okay. So it could have been -- strike that.
5        And once they did get her out of the
6  vehicle, they had her on a -- a backboard? Is that
7  what you said?
8    A. Yes.
9    Q. Okay. Did they do anything to immobilize her
10  neck? Put a neck brace on or a cervical collar?
11    A. They did.
12    Q. Okay. Before or after they put her in the
13  ambulance?
14    A. I don't remember. I remember seeing her with a
15  neck brace on the ambulance.
16    Q. Okay. Did they try to treat her at the scene
17  of the accident, or did they immediately load her up
18  and put her in the ambulance?
19    A. They immediately put her -- put her in the
20  ambulance.
21    Q. Okay. And did you go in the ambulance with
22  them?
23    A. Yes.
24    Q. Okay. Did anybody ask you if you were okay or
25  if you needed any treatment?

Page 75

1    A. They did.
2    Q. And you --
3    A. I said I didn't.
4    Q. Okay. Was your mom still conscious, still
5  awake at this point when they put her in the ambulance?
6    A. Yes.
7    Q. Is she talking?
8    A. Yes.
9    Q. Okay. Do you remember anything that she said?
10    A. She was talking to me.
11    Q. What was she telling me?
12    A. Telling me that she loved me and to pray.
13    Q. Okay. The entire time you were at the scene of
14  the accident, did a police officer ever show up?
15    A. I don't remember seeing any police officers.
16    Q. Okay. Did you see anybody there taking
17  pictures or --
18    A. I didn't see anybody taking pictures.
19    Q. Okay. Was there a large crowd of people there
20  by the time you left?
21    A. Yes.
22    Q. Okay. And you don't know the names of any of
23  those folks?
24    A. Nobody.
25    Q. Okay. Any of those folks ever try to contact

Page 76

1  you or talk to you since that time?
2    A. No.
3    Q. Okay. What hospital did they take your mother
4  to or take both of y'all to?
5    A. They took her to a little clinic in China,
6  Nuevo Leon.
7    Q. I'm sorry. Where?
8    A. A little clinic in China, Nuevo Leon.
9    Q. Okay.
10        MR. WHITTINGTON: It might not even be on
11  the map.
12        MR. HENSLEY: I'm not finding it.
13    Q. Okay. How far away -- how long did it take
14  y'all to get there?
15    A. 20 minutes.
16    Q. Okay. And once y'all got there, the paramedics
17  unloaded your mother and took her inside?
18    A. Yes.
19    Q. Okay. Were you in the same room when they were
20  working on her or --
21    A. Yes.
22    Q. Okay. Did they give her any medications?
23    A. No.
24    Q. Okay. What -- do you remember what they did
25  for your mother?

Page 77

1    A. They were -- they were asking her questions
2  about the feeling in her legs. They probably took her
3  pulse, but besides that, they didn't do much.
4    Q. Okay. Did they ask her anything, any details
5  about the accident?
6    A. No.
7    Q. Okay. And at this point, your mother still
8  didn't have feeling in her legs?
9    A. She didn't.
10    Q. Okay. Do you remember any of the doctors'
11  names or the nurses' names who you spoke with there?
12    A. I don't. Maybe my aunts do.
13    Q. Okay. Now, up until this point when you're at
14  the clinic, have you spoken to any of your family
15  members yet?
16    A. Not yet.
17    Q. Okay. And how long did y'all spend at the
18  clinic?
19    A. Half an hour.
20    Q. Okay. And y'all -- after the clinic, you went
21  to where?
22    A. To McAllen.
23    Q. Okay. Did the clinic suggest you go to
24  McAllen, or is that --
25    A. My mother did.

20  (Pages 74 to 77)

Page 78

1  Q. Okay. And where in McAllen did she want to go?
2  A. A hospital. I don't remember the name.
3  McAllen Hospital.
4  Q. Okay. How did y'all -- or how was she
5  transported to the hospital in McAllen?
6  A. In the ambulance.
7  Q. Okay. The same ambulance that took you to the
8  clinic?
9  A. It probably was the same one.
10  Q. Okay. And you -- you rode with your mother
11  to --
12  A. Yes.
13  Q. How long did it take you to get from the clinic
14  to the hospital?
15  A. An hour.
16  Q. And again, when the -- did the -- did the
17  paramedics do anything for your mother on the trip from
18  the clinic to the hospital?
19  A. No.
20  Q. Okay. Is she still on the backboard? Still
21  has the collar on?
22  A. Yes.
23  Q. Okay. Do you and your mother talk at all
24  during that trip?
25  A. Yes.

Page 79

1  Q. Do you recall the conversation?
2  A. The same things. Talking about what she felt,
3  if she felt her legs. "No, I don't."
4  Q. Okay. Did y'all talk about the accident at all
5  on that trip up?
6  A. No.
7  Q. Okay. When you arrived in McAllen -- when you
8  arrived in McAllen, had you spoken to your family at
9  that point?
10  A. In the ambulance, somehow they were able to get
11  in touch with the -- the doctor called them from his
12  cell phone.
13  Q. Okay.
14  A. He gave me the cell phone, and I talked to
15  them.
16  Q. Okay. Who? Which family member did you talk
17  to?
18  A. Probably Susana, but I don't remember.
19  Q. Okay. Do you remember what you told her?
20  A. I don't remember exactly, but I'm sure I told
21  her we were going to McAllen to the hospital.
22  Q. Okay. Did you tell her anything about the
23  accident itself?
24  A. Just that we were in an accident.
25  Q. Okay. Did she ask you any questions about the

Page 80

1  accident?
2  A. If my mom was hurt very badly, and I told her
3  yes.
4  Q. Okay. Did you speak to any other family
5  members on your way to McAllen?
6  A. No.
7  Q. Okay. Was your family at the hospital in
8  McAllen when you arrived?
9  A. Yes. Yes.
10  Q. Okay. Which family members were there? Do you
11  recall?
12  A. My aunts, my cousin, and my father.
13  Q. Okay. And your mom was admitted at the
14  hospital in McAllen, correct?
15  A. Correct.
16  Q. Okay. Did the doctors ask you any questions
17  about what happened or the nurses?
18  A. They -- they took me into one room and her into
19  another room to check me, so, I mean, they just asked
20  me if I felt anything wrong with my -- with me.
21  Q. And your answer was?
22  A. No.
23  Q. Okay. How long -- how long did it take them
24  to, I guess, kind of check you out?
25  A. 15 minutes.

Page 81

1  Q. Okay. And then -- then where did you go?
2  A. I waited outside for -- for my mother.
3  Q. Outside?
4  A. Outside in the waiting room and outside of the
5  hospital.
6  Q. Okay. With your family?
7  A. Yes.
8  Q. Okay. Did you and your family speak about the
9  accident while y'all were waiting to hear news of your
10  mother?
11  A. Yes.
12  Q. What did y'all talk about?
13  A. I told them what happened.
14  Q. What did you tell them?
15  A. That we rolled over and that the ambulance got
16  there, picked us up and took us to the hospital.
17  Q. Okay. Anybody ask you how you rolled over?
18  A. No.
19  Q. Or what caused you to roll over?
20  A. Well, they knew it was raining. No, they
21  didn't ask me.
22  Q. You think they assumed it was because of the
23  water and rain?
24  A. Yes.
25  Q. Let me ask you this: Why do you think you

BRYANT & STINGLEY, INC.
McAllen (956)618-2366    Harlingen (956)428-0755  Brownsville (956)542-1020

Page 82

1 rolled over?
2 A. I don't know. I would -- my guess would be
3 because of the rain.
4 Q. Were there puddles of water on the road where
5 you were?
6 A. Not that I remember.
7 Q. Okay. Was there some point in time when the
8 doctors came out and said -- to give the family a
9 report on -- on how your mother was doing?
10 A. Yes.
11 Q. Okay. Do you remember which doctor came and
12 talked to you?
13 A. No.
14 Q. Okay. Do you remember what the doctor told
15 y'all?
16 A. He told me that she wasn't going to be able to
17 walk again.
18 Q. Okay. Did he tell you what her injuries were?
19 A. He told me that she had broken a bone in her
20 neck that caused her to be paralyzed from the neck
21 down.
22 Q. From the neck down?
23 A. Yes.
24 Q. Okay. So no movement in -- in hands or arms
25 or --

Page 83

1 A. I remember that she could move her hands a
2 little bit, but just a little bit.
3 Q. Okay. Was there a point in time when the
4 family got to go see your mother?
5 A. Yes.
6 Q. Okay. Was it the same day or the next day?
7 A. The same day.
8 Q. Okay. How was she doing when you went to see
9 her?
10 A. She was the same.
11 Q. Okay.
12 A. Just -- she was calm.
13 Q. She was -- she was awake, though? She was
14 conscious?
15 A. Yes.
16 Q. Okay. Did she say whether or not she was in
17 pain or --
18 A. Well, she felt she was going to die, but I
19 don't think she felt, "Oh, my arm hurts," or something,
20 because she didn't feel anything.
21 Q. Oh, she felt like she was going to die?
22 A. Yes.
23 Q. She thought she was going to die?
24 A. Yes.
25 Q. Okay. Did the -- the police in Mexico ever

Page 84

1 contact you to ask you any questions?
2 A. No.
3 Q. Do you know if they ever contacted your mother?
4 A. No.
5 Q. Okay. Do you know if they contacted any of
6 your family members about the vehicle, about the
7 accident?
8 A. They probably did contact my family members.
9 Q. Okay. But you don't have any knowledge of
10 that? You don't have any firsthand knowledge of that?
11 A. No.
12 Q. Okay. Have you seen the vehicle since the
13 accident?
14 A. No.
15 Q. Okay. Were you able to -- I assume you had a
16 purse or something when you were on the trip?
17 A. Yes.
18 Q. Okay. Did you bring that with you, or did you
19 recover it some other -- later time?
20 A. I kept it with me.
21 Q. Okay. Do you have any knowledge about how the
22 vehicle was removed from the scene of the accident?
23 A. I don't know.
24 Q. Okay. Do you have any idea where it was taken?
25 A. I don't know.

Page 85

1 Q. Okay. Have you been by where the accident
2 occurred since January of 2003?
3 A. I pass by, but I don't know exactly where it
4 was, so I wouldn't know exactly where it is.
5 Q. But you travel that stretch of road.
6 A. Yes.
7 Q. You -- I think you previously testified that
8 you weren't hurt or you weren't injured after the
9 accident. What about the next couple of days? Next
10 couple of weeks? Any pain? Any soreness from the
11 accident?
12 A. Nothing.
13 Q. Nothing. Okay.
14 Feel like the seat belt did a pretty good
15 job of saving you from injuries?
16 A. Yes.
17 Q. Okay. Were you given any kind of medications
18 for -- whether it be physical pain or just emotional
19 stress of the event?
20 A. No.
21 Q. Okay. Have you ever been prescribed
22 medications because of the stress of that event?
23 A. No.
24 Q. Okay. Are you on any medications today?
25 A. No.

BRYANT & STINGLEY, INC.
McAllen (956)618-2366    Harlingen (956)428-0755 Brownsville (956)542-1020

c8940465-0283-43aa-99b9-454eca005db0

Page 86

1    Q. Okay. How long did your mother — or let me
2  ask you this: Your mother was in and out of the
3  hospital in McAllen; is that true?
4    A. True.
5    Q. Okay. Her first day at the hospital in McAllen
6  was how long?
7    A. In McAllen, we were there about two hours and
8  then went to Harlingen.
9    Q. She was transferred to Harlingen?
10    A. Yes.
11    Q. Okay. And what was the basis for transferring
12  her to Harlingen?
13    A. The surgery that they were going to do on her
14  neck wasn't done in McAllen.
15    Q. Okay. So I assume the whole family went to —
16  from McAllen to Harlingen with your mother?
17    A. Yes.
18    Q. Okay. And do you know what the surgery — what
19  surgery was performed on your mother?
20    A. On her neck bone.
21    Q. Okay. They were trying to fix the fracture
22  or —
23    A. Yes.
24    Q. Okay. Did the doctors come and talk to the
25  family again after the surgery was completed?

Page 87

1    A. Yes.
2    Q. And what did they tell y'all?
3    A. He said that the surgery went fine, that she
4  might regain movement in her hands or maybe even more,
5  but he didn't know.
6    Q. Okay. It was kind of a waiting process, wait
7  and see?
8    A. Yes.
9    Q. Okay. And then how long did your mother stay
10  in the hospital after — after that surgery?
11    A. In Harlingen, about five days.
12    Q. Okay. And then was she able to go home after
13  five days, or was she transferred somewhere else?
14    A. We went to the — the place for physical
15  therapy in Houston.
16    Q. Okay. She went from the clinic to McAllen,
17  Harlingen for five days, and do you recall where in
18  Houston you went for physical therapy?
19    A. It's TIRR, T-I-R-R.
20    Q. Did the whole family accompany your mother up
21  there or —
22    A. My aunt went with her on the air ambulance, and
23  the rest of us went separately.
24    Q. Okay. Susana?
25    A. Stella.

Page 88

1    Q. Stella.
2    Okay. How long was your mom in Houston
3  for physical therapy?
4    A. We were at the physical therapy clinic for
5  about four hours.
6    Q. Okay.
7    A. And then we went to Hermann Memorial.
8    Q. Okay.
9    THE COURT REPORTER: Hermann what?
10    THE WITNESS: Hermann Memorial.
11    Q. So she was staying at Hermann Memorial doing
12  physical therapy at TIRR.
13    A. They sent us to TIRR because they said that she
14  was fine now and she could start the therapy. And at
15  TIRR, they told us that she wasn't fine, that she
16  needed to go to the emergency room.
17    Q. What was wrong? What did TIRR say was wrong
18  with your mother?
19    A. They found water in her lungs.
20    Q. Okay. Do you remember what doctor at TIRR —
21    A. No.
22    Q. — you dealt with?
23    A. No.
24    Q. Okay. Did they say what the cause was — the
25  cause was for the water in the lungs?

Page 89

1    A. Well, they knew we came from an accident, so he
2  said it was from the accident.
3    Q. Okay. So four hours there, and then they send
4  y'all to the emergency room at Hermann?
5    A. Yes.
6    Q. Okay. Any surgeries? Any procedures at
7  Hermann?
8    A. There they found that she was bleeding
9  internally, so they did a procedure to have to do with
10  that. And they tried to take the water out of her
11  lungs.
12    MR. HENSLEY: Take a quick break. Let's
13  go off the record for a second.
14    (Brief recess)
15    Q. All right, ma'am. We've got a little bit more
16  left for you.
17    We left off talking about your mother
18  being at Hermann Memorial Hospital in Houston.
19    A. Yes.
20    Q. And she was sent there by the doctors at TIRR
21  because they found some fluid in her lungs, correct?
22    A. Correct.
23    Q. Okay. And then the doctor — do you remember
24  the doctor at TIRR?
25    A. Not from the emergency room.

BRYANT & STINGLEY, INC.
McAllen (956)618-2366    Harlingen (956)428-0755    Brownsville (956)542-1020

Page 90

1    Q. Okay. What about at Hermann? Do you remember
2  what doctor treated her there?
3    A. Oh, no.
4    Q. Okay. And they performed a procedure to stop
5  the internal bleeding and to clear the fluid out of
6  your mother's lungs. Is that what they did?
7    A. Yes.
8    Q. Did the doctor tell you whether they were
9  successful or not in doing that?
10   A. He told my aunts that he was.
11   Q. He was?
12   A. He was.
13   Q. Okay. And how long did y'all spend or did your
14  mother spend at Hermann?
15   A. We were at the emergency room for about 20
16  hours, then they transferred her to a room in the
17  intensive care -- semi-intensive care.
18   Q. Okay. And how long did she spend in
19  semi-intensive care?
20   A. 30 days.
21   Q. 30 days?
22   A. Semi-intensive care probably 10 days and 15 in
23  intensive care.
24   Q. Okay. Were you in Houston the whole time?
25   A. Yes.

Page 91

1    Q. How about -- who else in your family was in
2  Houston with you?
3    A. The whole time, every single day, my aunt
4  Stella and my father.
5    Q. Okay. And visiting your mother?
6    A. My brother was 75 percent of the time.
7  My aunt Susana was there 75 percent of the time. My
8  cousins, my other uncles.
9    Q. Okay. Was your mother eventually released from
10  Hermann Hospital?
11   A. No.
12   Q. Okay. Is that where she passed?
13   A. Yes.
14   Q. Okay. Do you recall how long after the
15  accident she passed away?
16   A. It was 30 days.
17   Q. 30 days after the accident?
18   A. Yes.
19   Q. Okay.
20   A. A little more than 30 days, maybe 35 days.
21   Q. I know this is difficult, ma'am, but I'm
22  just trying to figure out, apparently, the events
23  leading up to your mom passing away.
24       Was there a point in time when her
25  condition got worse while staying in Hermann?

Page 92

1    A. It got worse and worse.
2    Q. From the time of the surgery on, or was there
3  some point after that it got worse?
4    A. After those two procedures, there was about
5  four other major surgeries done.
6    Q. What other surgeries were done?
7    A. Her duodenum in her abdomen, it was bleeding,
8  and they had to stop that. She had a tracheotomy. She
9  had a procedure done in her leg. They were trying to
10  put a catheter in her leg, and they amputated her leg.
11   Q. Which leg?
12   A. Her right leg.
13   Q. Was it below the knee, or was it at the -- the
14  hip? Do you remember?
15   A. Above the knee.
16   Q. Above the knee. Okay.
17       Did they tell you what the purpose was?
18   A. They had noticed that it was -- there was no
19  blood running through it.
20   Q. Okay.
21   A. I don't know what you call it. The leg was
22  dead.
23   Q. I understand.
24       Let me ask you this: Did the doctors tell
25  you what your mom -- the reason your mom passed away?

Page 93

1    A. They always told me that they didn't know, that
2  they had never had something like this, so they were
3  never really sure. At the end, they said that it was
4  something to do with her esophagus.
5    Q. Okay. Did they give you any detail about what
6  it was with her esophagus that --
7    A. There was a hole in her esophagus, that was a
8  problem. I can't explain exactly what.
9    Q. Did they say -- were they able to determine
10  what caused the hole in her esophagus?
11   A. I think they said it happened when -- when they
12  did a tracheotomy.
13   Q. Okay. Okay. Were you at the hospital when
14  your mother passed away?
15   A. Yes.
16   Q. Were you in her room or --
17   A. Yes.
18   Q. Okay. Did -- did y'all know it was coming, or
19  were you warned it was coming, or --
20   A. They told us four days before that they
21  couldn't do anything anymore.
22   Q. Okay. So was the entire family able to make it
23  up there --
24   A. Yes.
25   Q. -- and be with her?

24 (Pages 90 to 93)

Page 94

1    Was she still conscious and able to speak
2  to y'all during those four days?
3    A.  No.  When they told us that, she asked for a
4  sedative.
5    Q.  Okay.
6    A.  Or something that would make her go to sleep,
7  so we never talked to her anymore.
8    Q.  Was it -- was it to deal with pain or --
9    A.  To deal with pain, being uncomfortable, knowing
10 that she was going to die.
11   Q.  Okay.  Did you get an opportunity to tell her
12 good-bye?
13   A.  Yes.
14   Q.  Did your -- did your father get an opportunity?
15   A.  Yes.
16   Q.  And your brother, I guess, as well?
17   A.  Yes.
18   Q.  Did it make you feel a little bit better that
19 you had a chance to tell her good-bye and how you felt?
20   A.  I guess.
21   Q.  I understand that you lost your mother, and
22 that's a difficult thing to deal with.
23      Did y'all have a funeral?
24   A.  Yes.
25   Q.  Was that in Matamoros?

Page 95

1    A.  In Matamoros.
2    Q.  Okay.  Is she buried in Matamoros?
3    A.  She was cremated.
4    Q.  Okay.  Do you remember your mother being at any
5  other hospitals besides -- we discussed the clinic
6  in -- and I can't say the name.  You'll have to say it
7  for me.
8    A.  China.
9    Q.  The hospital in McAllen.  And you're not sure
10 of the name of it.  You just know it's the hospital in
11 McAllen, right?
12   A.  Yes.
13   Q.  Okay.  The TIRR physical therapy in -- in
14 Houston, and then Hermann Memorial in Houston?
15   A.  And Valley Baptist in Harlingen.
16   Q.  And Valley Baptist in Harlingen.  Okay.
17      Let me ask you this:  Do you know what
18 name she was admitted under at those hospitals?
19   A.  Betty Payan.
20   Q.  Okay.  Would she be admitted under any other
21 names?
22   A.  Jean Payan.
23   Q.  Okay.  Jean or Betty Payan?
24   A.  Yes.
25   Q.  And -- can you think of any other name that

Page 96

1  someone would have admitted her under?
2    A.  No.
3    Q.  Okay.  This happens -- strike that.
4      Is there -- is there anything -- strike
5  that.
6      MR. HENSLEY:  I think I've asked all my
7  questions.
8      Ma'am, I want to tell you that I'm very
9  sorry for your loss and your family's loss.  And I
10 appreciate you taking the time to come and speak to me
11 today.  I wish you the best of luck in your career and
12 with your family and everything.  Okay?
13      THE WITNESS:  Thank you.
14      MR. HENSLEY:  Okay.  I have no more
15 further questions.  I'll pass the witness.
16      MR. WHITTINGTON:  We'll reserve our
17 questions.
18      MR. HENSLEY:  Thank you, ma'am.
19      (Deposition concluded)
20
21
22
23
24
25

Page 97

1          SALLY PAYAN - ERRATA SHEET
2  Reasons for changes:  (1) Clarify the record
3                        (2) Conform to the facts
4                        (3) Correct transcription errors
4  PAGE LINE  CHANGE FROM/CHANGE TO          REASON
5  ___ ___  _____  ___
6  ___ ___  _____  ___
7  ___ ___  _____  ___
8  ___ ___  _____  ___
9  ___ ___  _____  ___
10 ___ ___  _____  ___
11 ___ ___  _____  ___
12 ___ ___  _____  ___
13 ___ ___  _____  ___
14 ___ ___  _____  ___
15 ___ ___  _____  ___
16 ___ ___  _____  ___
17 ___ ___  _____  ___
18 ___ ___  _____  ___
19 ___ ___  _____  ___
20 ___ ___  _____  ___
21 ___ ___  _____  ___
22 ___ ___  _____  ___
23 ___ ___  _____  ___
24
25          SALLY PAYAN

25 (Pages 94 to 97)

c8940465-0283-43aa-99b9-454eca005db0

Page 98

```
 1          SIGNATURE OF SALLY PAYAN
 2     I have read the foregoing transcript of my
 3  deposition and it is a true and accurate record of my
 4  testimony given on JANUARY 21, 2005, except as to any
 5  corrections I have listed on page 97 herein.
 6     _____
            SALLY PAYAN
 7
 8
 9  THE STATE OF TEXAS
10  COUNTY OF CAMERON
11       SUBSCRIBED AND SWORN TO BEFORE ME, the
12  undersigned authority on this the _____ day of
13  _____, 2005.
14
15     _____
            Notary Public in and for
16            The State of Texas
17  My commission expires:
    _____
18
19
20
21
22
23
24
25
```

Page 99

```
 1          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF TEXAS
 2             BROWNSVILLE DIVISION
 3  ISABEL ENNIS REYNOSO,   )(
    SALLY PAYAN, AND ENRIQUE )(
 4  ROBERTO PAYAN           )(
       Plaintiffs     )(
 5                     )(
    VS.           )( CIVIL ACTION NO. B-03-120
 6                     )(
    FORD MOTOR COMPANY     )(
 7     Defendant    )(
 8       REPORTER'S CERTIFICATE
 9    I, Donna McCown, Certified Court Reporter, certify
10  that the witness, SALLY PAYAN, was duly sworn by me,
11  and that the deposition is a true and correct record of
12  the testimony given by the witness on JANUARY 21, 2005;
13  that the deposition was reported by me in stenograph
14  and was subsequently transcribed under my supervision.
15    I FURTHER CERTIFY that I am not a relative,
16  employee, attorney or counsel of any of the parties,
17  nor a relative or employee of such attorney or counsel,
18  nor am I financially interested in the action.
19       WITNESS MY HAND on this the _____ day of
20  _____, 2005.
21
22     _____
            DONNA McCOWN, CSR NO. 6625
23            Expiration Date: 12/31/05
            Bryant & Stingley, Inc., CRN No. 41
24            2010 East Harrison
            Harlingen, Texas 78550
25            (956)428-0755
```

26  (Pages 98 to 99)