**RESUME**

**OF**

**RONALD L. HUSTON, Ph.D., P.E.**

# TABLE OF CONTENTS

| SECTION | PAGE |
|---|---|
| Personal Data | 1 |
| Experience | 2 |
| Professional and Society Affiliations | 4 |
| Awards, Honor Societies | 5 |
| Major University Appointments | 7 |
| Consulting Activities | 10 |
| Editorial Activities | 12 |
| Journal Articles and Publications | 14 |
| Conference Papers and Presentations | 24 |
| Books | 36 |
| Published Book Reviews | 37 |
| Reports | 42 |
| Research Grants and Contracts | 45 |
| Patents | 47 |

# RONALD L. HUSTON

**PROFESSOR OF MECHANICS**
**DISTINGUISHED RESEARCH PROFESSOR**
  Department of Mechanical,
    Industrial and Nuclear Engineering
  P.O.Box 210072
  University of Cincinnati
  Cincinnati, Ohio 45221-0072
  (513) 556-6133
  FAX (513) 556-4999

**DIRECTOR**
  Institute for Applied
    Interdisciplinary Research
  P.O. Box 210072
  University of Cincinnati
  Cincinnati, Ohio 45221-0072
  (513) 556-6133

**Home Address:**

  6242 Savannah Avenue
  Cincinnati, OH 45224
  (513) 542-1921

**Education:**

| | | | |
|---|---|---|---|
| BS | Mechanical Engineering | (1959) | University of Pennsylvania<br>Philadelphia, Pennsylvania |
| MS | Engineering Mechanics | (1961) | University of Pennsylvania<br>Philadelphia, Pennsylvania |
| PhD | Engineering Mechanics | (1962) | University of Pennsylvania<br>Philadelphia, Pennsylvania |
| PE | Licensed Professional Engineer, Ohio Registration Number  E-31105 | | |

**Fields of Interest:**

  Mechanics, Kinematics, Dynamics, Multibody Systems, Gear Design, Robotics, Biomechanics, Safety
    Engineering, Accident Reconstruction,  Human Factors

Case 1:03-cv-00120     Document 83-6     Filed in TXSD on 06/24/2005     Page 4 of 31

## Experience:

| | |
|---|---|
| 2002-Current | Interim Head, Department of Chemical and Materials Engineering, Administered Department of 29 faculty members |
| 2002-Current | Interim Head, Department of Material Science and Engineering, Administered Department of 15 faculty members |
| 1998 – 2002 | Director, Engineering Design Clinic, Mechanical, Industrial and Nuclear Engineering, University of Cincinnati |
| 1996 – Current | Distinguished Research Professor, University of Cincinnati |
| 1995 – 2001 | Director, Mechanical Engineering Program, University of Cincinnati |
| 1991 – Current | Member, Board of Directors, Monarch Foundation, Conduct research on osteoporosis. |
| 1978 – Current | Professor of Mechanics, Department of Mechanical, Industrial and Nuclear Engineering, University of Cincinnati. Teach courses and conduct research in Mechanics, Mechanical and Industrial Engineering. |
| 1991 – 1993 | Director, Industrial Engineering Program, Department of Mechanical, Industrial and Nuclear Engineering. Administer the Industrial Engineering Program. |
| 1985 – December | Visiting Lecturer, Department of Mechanical Engineering, Tianjin University, Tianjin, Peoples Republic of China. |
| | Visiting Lecturer, Department of Mechanical Engineering, Chongqing University, Chongqing, Sichuan, Peoples Republic of China. |
| 1982 | Acting Senior Vice President and Provost, University of Cincinnati. Administrative officer of all academic programs on the Clifton Campus with a budget of $54 million (1982 dollars). |
| 1978 – Current | Director, Institute of Applied Interdisciplinary Research. Administer a research institute. |
| 1979 | Division Director, Division of Civil and Mechanical Engineering, National Science Foundation, Washington, DC. Administered a research budget of $18 million (1979 dollars) and 9 staff members. |
| 1978 | Section Head, Mechanics, National Science Foundation, Washington, DC. Administered a research budget of $15 million (1978 dollars) and 7 staff members. |
| 1970 – 77 | Professor of Engineering Analysis, University of Cincinnati. Taught courses in Engineering Science and Mathematics. |
| 1977 | Visiting Professor of Applied Mechanics, Stanford University. Conducted research and participated in seminars in mechanics and computer engineering. |

| | |
|---|---|
| 1976 - 1988 | Adjunct Professor of Orthopaedic Surgery Research, University of Cincinnati. Conduct research in Biomechanics. |
| 1971 - 78 | Director, Institute of Space Sciences, University of Cincinnati. Administered a Research Institute. |
| 1969 - 75 | Head, Department of Engineering Analysis, University of Cincinnati. Administered a department with 18 faculty members and a budget of $300,000 (1975 dollars). |
| 1968 - 70 | Associate Professor of Engineering Science, University of Cincinnati. Taught courses in Engineering Science. |
| 1968 - 69 | Director, Engineering Science Program Unit, University of Cincinnati. Administered the teaching of Engineering Science courses in the College of Engineering. |
| 1966 - 68 | Associate Professor of Mechanics, Mechanics, University of Cincinnati. Taught courses in mathematics and mechanics. |
| 1962 - 66 | Assistant Professor of Mechanics, Department of Mathematics and Mechanics, University of Cincinnati. Taught courses in mathematics and mechanics. |
| 1961 | Instructor, Department of Mechanical Engineering, University of Pennsylvania, Philadelphia, PA. Taught course in mechanics. |
| 1961 - 62 | Research Assistant, SKF Industries, Philadelphia, PA. Performed engineering research on ball and ring elasticity. |
| 1960 | Research Assistant, Scott Paper Co., Chester, PA. Performed engineering research on rubber covered rolls. |
| 1959 | Instructor, Department of Mechanical Engineering, Virginia Polytechnic Institute, Blacksburg, Virginia. Taught courses in mechanisms and thermal sciences. |
| 1957 - 58 | Research Assistant, Sharples Corporation, Philadelphia, PA. Performed engineering research on tank vent valves. |

## Professional and Society Affiliations:

American Society for Mechanical Engineers  – Gear Synthesis Committee 1982 –

American Institute of Aeronautics and Astronautics – Dayton-Cincinnati Section Secretary 1968-69

American Society of Biomechanics

American Society of Engineering Education

American Association of University Professors

Gear Research Institute – Charter Member

Human Factors Society – Board of Directors, Tri-State Chapter 1983-90

Institute of Diagnostic Engineers – Founding Fellow

International Society of Biomechanics

Society of Automotive Engineers – Chair, Recreational Vehicles Committee, 1983-86;
    Vice Chair, Student Activities, Cincinnati Section, 1983-86

Society of Engineering Science

Society for Industrial and Applied Mathematics

Society for Natural Philosophy

Tensor Society of Great Britain

Ohio Academy of Sciences – Member, Board of Governance 1996-97

National Society of Professional Engineers

Institute of Industrial Engineers

National Association of Professional Accident Reconstruction Specialists

U.S. Association for Computational Mechanics

Society for Manufacturing Engineers

System Safety Society

## Awards, Honor Societies:

BP Faculty Excellence Award, 2002

Elected Fellow, The Ohio Academy of Science, 1998

Named Herman Schneider Professor, 1997

Faculty Achievement Award, University of Cincinnati, 1996

Named Distinguished Research Professor, University of Cincinnati, 1996

Distinguished Engineer, Technical and Scientific Societies Council of Cincinnati, 1992

Elected Fellow, American Society of Mechanical Engineers, 1987

Wandmacher Teaching Award, University of Cincinnati, College of Engineering, 1986

Certificate of Appreciation - National Society of Black Engineers at University of Cincinnati, 1986

Best Paper Award – AIAA 11th Annual Mini Symposium on Aerospace Science and Technology, WPAFB, Ohio, 1986

Advisory Professor, Chongqing University, Chongqing, Sichuan, Peoples Republic of China, 1985-Current

Visiting Professor, Northern Jiaotong University, Beijing, Peoples Republic of China, 1985

Visiting Professor, Tianjin University, Tianjin, Peoples Republic of China, 1985

Danforth Associate, 1968 – Current

Elected to Graduate Fellows, University of Cincinnati, 1983

Bendix Award, Outstanding SAE Chapter, 1980 (Advisor)

Professional Accomplishment Award, Technical and Scientific Societies Council of Cincinnati, 1978

Ralph R. Teetor Award, Society of Automotive Engineers, 1978

Tribunal Excellence in Teaching Award, College of Engineering, 1972

Alpha Sigma Lambda, Evening College Honorary Society

Alpha Pi Mu, Industrial Engineering Honor Society

Tau Beta Pi, Engineering Honor Society

Sigma Xi, Research Honor Society

American Academy of Mechanics (Founding Member)

National Defense Fellow, 1960-62

**Listed in:**

*American Men of Science*

*Outstanding Educators in America*

*Who's Who in Aviation*

*Who's Who in the Midwest*

*Who's Who in North America*

*Who's Who in Engineering*

*Community Leaders and Noteworthy Americans*

*International Who's Who in Community Service*

*Noteworthy American's in the West and Midwest*

*International Who's Who in Engineering*

*Jane's Who's in Aviation and Aerospace (US Edition)*

*Who's Who in Robotics*

*Personalities of the West and Midwest*

*Who's Who in Frontier Science and Technology*

*Who's Who Biographical Directory of the Computer Graphics Industry*

*Men of Achievement*

*Who's Who in Technology Today*

*Personalities in America*

*International Directory of Distinguished Leadership*

*International Who's Who in Contemporary Achievement*

*International Directory of Engineering Analysts*

*International Directory*

*Who's Who in Society*

## Major University Appointments:

Faculty Representative to Board of Trustees, 1997-99

Member, College of Engineering Dean Search Committee 1998-1999

Representative to Chancellor's Advirosry Committee 1996-98

Chair, Graduate Fellows 1994-96

Chair, AAUP Bargaining Council 1992-93

Chair, All-University Faculty, 1986-88

Member, College of Engineering Dean's Advisory Committee, 1988-92

Member American Association of University Professors (AAUP) Bargaining Team, 1986

Member - Conference Steering Committee, DAAP Economic Development Conference, 1986

Member - Honor's Committee, 1984-86

Member - Chancellor's Screening Committee, State of Ohio, Eminent Scholar Proposal, 1985

Chair - Evening College Review Committee for Engineering, 1985

Member - American Association of University Professors (AAUP) Board, 1984-86, 1988-93

Chair - Faculty Senate Planning Committee 1984-85

Member - Search Committee for Director of Campus Services, 1984

Chair - Search Committee for Associate Vice President and Associate University Dean, 1984

Member - Herman Schneider Research Committee, 1982-83

Chair - Search Committee, Endowed Geier Chair of Robotics, 1982

Member - University Planning Implementation Committee, 1981-82

Member - College of Engineering, Junior Morrow Research Chair Selection Committee, 1980-82

Chair - Headship Search Committee, Electrical and Computer Engineering, 1980-81

Member - Rieveschl Awards Committee, 1980

Member - College of Engineering, Minority Recruitment Committee, 1978

Member - Headship Search Committee, Physics, 1978

Chair - College of Engineering, Review, Promotion and Tenure Committee, 1987-88.

Member - College of Engineering, Review, Promotion and Tenure Committee, 1977-78, 1979-80, 1981-83, 1987-92

Member – Review Committee, Research Council Policy, 1977

Chair – President's Task Force on University Computing, 1976

Chair – Academic Computer Services, 1973-75

Senator – Ohio Faculty Senate, 1973-74

Member – Headship Search Committee, Aerospace Engineering, 1973

Member – Southwest Ohio Regional Computing Center Policy Committee 1972-75

Member – Academic Computer Services, 1972-75

Member – University Research Council, 1972-74, 1982-83

Member – Provost's Budget Review Committee, 1972-73

Vice-Chair – All University Faculty, 1972-73

Chair – Overhead Policy Committee, 1972

Senator – Faculty Senate, 1971-75, 1983-85, 1988-92, 1994-97, 1998-01

Member – Administrative Board, College of Engineering, 1969-75

Member – College of Engineering Committee on Graduate Programs and Research, 1969-71

Member – Headship Search Committee, Chemical and Nuclear Engineering, 1969

Member – Faculty Executive Committee, 1967-69

Member – Curriculum Committee, College of Engineering, 1963-67

**Teaching Experience (Courses Taught):**

| | |
|---|---|
| Statics | Linear Algebra |
| Dynamics | Partial Differential Equations |
| Advanced Dynamics | Numerical Analysis |
| Analytical Mechanics | Complex Variables |
| Theory of Vibrations | Probability and Statistics |
| Strength of Materials | Statistical Quality Control |
| Advanced Strength of Materials | Vector and Tensor Analysis |
| Theory of Elasticity | Biomechanics |
| Nonlinear Elasticity | Differential Geometry |
| Finite Element Theory | Thermodynamics |
| Nonlinear Theory of Continuous Media | System Safety and Product Liability |
| Fluid Mechanics | Machine Design |
| Flight Mechanics | Analytical Methods |
| Technical Mechanics | Advanced Mathematics for Engineers |
| Engineers' License Review | Injury Mechanics |
| Computer Programming | Introduction to Metallurgy |
| Descriptive Geometry | |
| College Algebra | |
| Calculus | |
| Differential Equations | |

## Consulting Activities:

SKF Industries, Philadelphia, PA, 1962

AVCO, Middletown, OH, 1970

General Electric Co., Cincinnati, OH, 1974

National Science Foundation Panelist to Evaluate Engineering Research Initiation Grant Proposals, Washington, DC, 1974

Raven's Metal Products Co., Huntington, WV, 1975

Economy Fire and Casualty Co., 1977

NASA, Lewis Research Center, Cleveland, OH, 1977

National Academy of Sciences, Washington, DC, 1978

National Research Council - Proposal Reviewer, Washington, DC, 1978

National Science Foundation Panelist to evaluate Division of Applied Research Proposals, Washington, DC, 1979-80

Hoffman-LaRoche, Inc., Nutley, NJ, 1978-81

Outboard Marine Corp., Waukegan, IL, 1978-81

Hamilton County Sheriff's Department, Hamilton County, OH, 1982

NLO, Inc., Cincinnati, OH, 1982

Technical Advisory Service for Attorneys, Ft. Washington, PA, 1982

National Sciences and Engineering Research Council of Canada —  Proposal Reviewer, Ottawa, Ontario, Canada, 1983

Formica Corporation, Cincinnati, OH, 1984

PBC Piezotronics Inc., Buffalo, NY, 1984

Professional Resource Group, Cincinnati, OH, 1984, 1985, 1986

Transmission Research Inc., Cleveland, OH, 1984

Synapse Corp., Buffalo, NY, 1984

Michael Dobbs and Associates, Santa Monica, CA, 1985

Butterworth Publishers, 1985, 1986

National Science Foundation, Research Grant Proposal Reviewer, Washington, DC, 1975-Current

Army Research Office, Durham, NC, Proposal Reviewer, 1986

Pedco, Inc., Cincinnati, OH 1986

Ethicon, Inc., Cincinnati, OH 1987, 1992

Kuwait University, Kuwait, 1986

AMF Bowling Products Group, Westburg, NY, 1986

Council of Graduate Schools (Clarkson University) 1987

National Science Foundation, Panelist (Chair) to review Small Business Innovation Research (SBIR)
      proposals Washington, DC, August, 1988

Strategic Innovations International, Plainfield, NJ, 1988

Leland Electronics Corporation, Dayton, OH, 1988

Hong Kong University, Hong Kong, 1989

Prentice Hall, 1991

R. L. Huston & Assoc., 1991

Indian Institute of Technology, Madras, India, 1991

Hong Kong Research Grants Council, 1993, 2001

John Wiley & Sons

NASA, Johnson Space Center, 1995

Manta Corporation, 1995

Foundation for Research Science and Technology, Wellington, New Zealand

Hansen Gardner Publications, 1999

AllState Insurance Co, 1994 –

Various Legal Firms and Insurance Companies

Indian Institute of Technology, West Bengal, India, 2000

**Editorial Activities:**

*Reviewer for:*

Marcel Dekker

Institute for Electrical and Electronic Engineers

*Journal of Dynamic Systems, Measurement and Control*

*Journal of Applied Mechanics*

*Applied Mechanics Reviews*

*Journal of Spacecraft and Rockets*

McGraw Hill Book Co.

TATA McGraw Hill (India)

Butterworth Publishers

Springer-Verlag Publishers

*AIAA Journal*

*Zentralblatt fur Mathematik*

*International Journal of Nonlinear Mechanics*

Society of Automotive Engineers

American Physiological Society

*The International Society for Ecological Psychology*

American Society of Mechanical Engineers

*Journal of Mechanical Design*

*Journal of Biomechanical Engineering*

*Human Factors*

*Engineering Fracture Mechanics*

*Journal of Mechanisms, Transmissions and Automation in Design*

*International Journal for Numerical Methods in Engineering*

*Journal of the Astronautical Sciences*

*International Journal of Industrial Ergonomics*

*Klumer Academic Publishers*

*International Journal of Production Research*

*Journal of Vibrations, Stress and Reliability in Design*

Cornell Theory Center

*Production Research*

*Journal of Fluids Engineering*

*Computer Methods in Applied Mechanics and Engineering*

Klumer Academic Publishers

Finite Elements in Analysis and Design

*International Journal of Solids and Structures*

*International Journal of Robotics Research*

*Computing Systems in Engineering*

*International Journal of Industrial Ergonomics*

*Journal of Tribology*

*International Journal for Production Research*

*Communications in Numerical Methods in Engineering*

*Technology and Health Care*

*Sports Engineering*

**Associate Editor of:**

*Mechanics of Structures and Machines*, Marcel Dekker    1986-90

*Applied Mechanics Reviews 1994–*

*International Journal of Industrial Engineering-Applications and Practice*    1995–

*Journal of Applied Mechanics*    1986-1994

## Journal Articles and Publications:

J-001   "An Addition to the Theory of Gyroscopic Stabilization" (with T.R. Kane), Transactions of the
        ASME, *Journal of Applied Mechanics*, Vol. 29, 1962, pp. 213-215.

J-002   "Gyroscopic Stabilization of Space Vehicles," *AIAA Journal*, Vol. 1, No. 7, 1963, pp. 1964-69.

J-003   "Wave Propagation in Rotating Elastic Media," *AIAA Journal*, Vol. 2, No. 3, 1964, p. 575.

J-004   "Gyroscopic Attitude Stabilizations," *Journal of Spacecraft and Rockets*, Vol. 1, 1964, pp.
        562-563.

J-005   "On Nonhomogeneous Elastic Spheres," *Zeitschrift fur Angewandte Mathematik und
        Mechanik*, Vol. 44, 1964, pp. 573-577.

J-006   "In-plane Vibrations of Spinning Disks," *AIAA Journal*, Vol. 3, No. 8, 1965, pp. 1519-1520.

J-007   "Nonlinear Stress-Strain Equations," *International Journal of Solid and Structures*, Vol. 1,
        1965, pp. 460-463.

J-008   "Twin Gyro Attitude Control Systems," *Journal of Spacecraft and Rockets*, Vol. 3, No. 7,
        1966, pp. 1136-1138.

J-009   "Note on the Krylov-Bogoliubov Method Applied to Linear Differential Equations," (L.F. Doty)
        *SIAM Journal of Applied Mathematics*, 1966, pp. 424-428.

J-010   "Nonlinear Stress-Strain Equations for Incompressible Elastic Media," *International Journal of
        Nonlinear Mechanics*, Vol. 4, 1969, pp. 269-276.

J-011   "On the Physical Components of Vectors," *Matrix and Tensor Quarterly*, Vol. 18, No. 2, 1969,
        pp. 133-136.

J-012   "Nonlinear Vibration of a Pendulum in a Viscous Stream," (with O. Elnan) *Zeitschrift fur
        Angewandte Mathematik und Physik*, Vol. 20, No. 4, pp. 547-553.

J-013   "Krylov-Bogoliubov Method with Difference Equations," *SIAM Journal of Applied
        Mathematics*, Vol. 19, No. 2, 19, pp. 334-339.

J-014   "Human Attitude Control," (with C.E. Passerello) Journal of Biomechanics, Vol. 4, 1971, pp.
        369-378.

J-015   "Design of Social Systems Models," (with A.M. Strauss) *Simulation in the Service of Society*,
        Vol. 2, No. 11, 1972, pp. 3.

J-016   "Design of Social Systems Models," (with A.M. Strauss) Journal of Interdisciplinary Cycle
        Research, Vol.4, No. 2, 1972.

J-017   "Analysis of Swimming Motions," (with J. Gallenstein) *Human Factors*, Vol. 15, No. 1, 1973,
        pp. 91-98.

J-018   "A Topological Theory for Constitutive Equations," (with D.C. Stouffer) *Tensor*, Vol. 23, 1972, pp. 351-361.

J-019   "On the Dynamics of a Human Body Model," (with C.E. Passerello) *Journal of Biomechanics*, Vol. 4, 1971, pp. 95-102.

J-020   "Another Look at Nonholonomic Systems," (with C.E. Passerello) *Journal of Applied Mechanics*, Vol. 40, March 1973, pp. 101-104.

J-021   "On Lagrange's Form of D'Alembert's Principle," (with C.E. Passerello) *The Matrix and Tensor Quarterly*, Vol. 23, No. 3, March 1973, pp. 109-111.

J-022   "On Constraint Equations - A New Approach," (with C.E. Passerello) *Journal of Applied Mechanics*, Vol. 41, December 1974, pp. 1130-1131.

J-023   "A Note on Matrix Inversion," (with C.E. Passerello) Matrix and Tensor Quarterly, Vol. 24, No. 4, June 1974, pp. 136-138.

J-024   "Dynamics of a Crash Victim -A Finite Segment Model," (with R.E. Hessel, and J.M. Winget) AIAA Journal, Vol. 13, No. 2, February 1976, pp. 173-178.

J-025   "On Human Body Mechanics," (with C.E. Passerello, R.E. Hessel, and M.W. Harlow, *Annals of Biomedical Engineering*, Vol. 4, 1976, pp. 25-43.

J-026   "Cable Dynamics -A Finite Segment Approach," (with J.M. Winget) *Computers and Structures*, Vol. 6, 1976, pp. 475-480.

J-027   "Eliminating Singularities in Governing Equations of Mechanical Systems," (with C.E. Passerello) *Mechanics Research Communications*, Vol. 3, No. 5, 1976, pp. 361-365.

J-028   "Nonholonomic Systems with Non-Linear Constraint Equations," (with C.E. Passerello) *International Journal of Non-Linear Mechanics*, Vol. 11, 1976, pp. 331-336.

J-029   "New Approaches in Naval Safety Research," *Naval Research Reviews*, Vol. 3, No. 4, April 1977, pp. 21-27.

J-030   "A Summary of Three-Dimensional, Gross-Motion, Crash-Victim Simulators," *Structural Mechanics Software Series*, Vol. I, University Press of Virginia, 1977, pp. 611-622.

J-031   "A Biodynamic Model of a Parachutist," (with J.M. Winget and M.W. Harlow) *Aviation, Space and Environmental Medicine*, Vol. 49, January 1978, pp. 178-182.

J-032   "A Comprehensive, Three-Dimensional Head-Neck Model for Impact and High Acceleration Studies," (with J.C. Huston and M.W. Harlow) *Aviation, Space and Environmental Medicine*, Vol. 49, January 1978, pp. 205-210.

J-033   "UCIN Vehicle-Occupant/Crash-Victim Simulation Model," (with C.E. Passerello and M.W. Harlow) published in *Structural Mechanics Software Series*, Vol. II, University Press of Virginia, 1978, pp. 131-150.

J-034   "Dynamics of Multi-Rigid-Body Systems," (with C.E. Passerello and M.W. Harlow) *Journal of Applied Mechanics*, Vol. 45, December 1978, pp. 889-894.

J-035   "On Multi-Rigid Body-Systems Dynamics," (with C.E. Passerello) *Computers and Structures*, Vol. 10, 1979, pp. 439-446.

J-036   "An Evaluation of Computer Subroutines in Solving Stiff Differential Equations," (with D.C. Krinke) *Computers and Structures*, Vol. 11, 1980, pp. 69-74.

J-037   "On the Dynamics of a Weighted Bowling Ball," (with C.E. Passerello, J.M. Winget, and J. Sears) *Journal of Applied Mechanics* Vol. 46, No. 4, December 1979, pp. 937-943.

J-038   "Effect of Protective Helmet Mass on Head Neck Dynamics," (with J. Sears) *Journal of Biomechanical Engineering* Transactions ASME, Vol. 103, No. 1, 1981, pp. 18-23.

J-039   "NSF Reorganization - Opportunities for Research Support in Engineering Science," *Engineering Science Perspective*, Society of Engineering Science, Vol. 4, No. 3, 1979, pp. 66-69.

J-040   "Multibody Structural Dynamics Including Translation Between the Bodies," (with C.E. Passerello) *Computers and Structures*, Vol. 11, 1980, pp. 713-720.

J-041   "A Comparison of Computer Subroutines with Stiff Differential Equation Systems," (with D.C. Krinke) published in *Structural Mechanics Software Series III*, 1980, pp. 137-162.

J-042   "A New Approach to Surface Geometry of Spiral Bevel Gears – Part I:  Ideal Gears," (with J.J. Coy) *Journal of Mechanical Design*, Transactions ASME, Vol. 103, No. 4, 1981, pp. 117-132.

J-043   "On Parachutist Dynamics," (with J.W. Kamman), *Journal of Biomechanics*, Vol. 13, No. 9, 1981, pp. 645-652.

J-044   "Flexibility Effects in Multibody System Dynamics," *Mechanics Research Communications*, Vol. 7, No. 4, 1980, pp. 261-268.

J-045   "Multi-Body Dynamics Including the Effects of Flexibility and Compliance," *Computers and Structures*, Vol. 13, No. 5-6, 1981, pp. 443-451.

J-046   "A Representation of Fluid Forces in Finite Segment Cable Models," (with J.W. Kamman) *Computers and Structures*, Vol. 13, No. 3-4, 1981, pp. 281-287.

J-047   "Dynamic Response and Protection of the Human Body and Skull in Impact Situations," (with N. Perrone) Perspectives in Biomechanics, Part B, (Edited by H. Reul, D.N. Ghista, and G. Rau) Harwood Academic Publishers, New York, 1980, pp. 531-571.

J-048   "Mechanics of Some Human Body Motions," (with C.E. Passerello) Section X, Chapter 1, *Human Body Dynamics: Impact, Occupational and Athletic Aspects*, Oxford University Press, 1981, (D.H. Ghista, Editor).

J-049   "Surface Geometry of Circular Cut Spiral Bevel Gears," (with J.J. Coy) *Transactions ASME, Journal of Mechanical Design*, Vol. 104, No. 4, 1982, pp. 743-748.

J-050    "The Development of Equations of Motion for Single Arm Robots," (with F.A. Kelly), *IEEE Transactions on Systems, Man, and Cybernetics*, Vol. SMC-11, No. 3, May/June 1982, pp. 259-266.

J-051    "Validation of Finite Segment Cable Models," (with J.W. Kamman), *Computers and Structures*, Vol. 15, No. 6, 1982, pp. 653-680.

J-052    "A Discussion of Constraint Equations in Multibody Dynamics," (with J.W. Kamman) *Mechanics Research Communication*, Vol. 9, 1982, pp. 251-256.

J-053    "Tooth Profile Analysis of Circular-Cut, Spiral Bevel Gears," (with Y. Lin and J.J. Coy) *Transactions ASME, Journal of Mechanisms, Transmissions, and Automation in Design*, Vol. 105, 1983, pp. 132-137.

J-054    "A Finite Element Stress Analysis of Spur Gears Including Fillet Radii and Rim Thickness Effects," (with S.H. Chang and J.J. Coy) *Transactions ASME, Journal of Mechanisms, Transmissions and Automation in Design*, Vol. 105, 1983, pp. 327-330.

J-055    "Constrained Multibody System Dynamics -An Automated Approach," (with J.W. Kamman) *Computers and Structures*, Vol. 18, No. 6, pp. 999-1003, 1984.

J-056    "Contact Stresses in Locking Rings of Pipeline Closures -An Iterative Finite-Element Approach," (with C.D. Liu) *Computers and Structures*, Vol. 19, No. 3, 1984, pp. 467-473.

J-057    "Gear Design and Analysis," *Automotive Engineering and Litigation*, Garland, New York, 1988 (G.A. Peters and B.J. Peters, Editors), Chapter 22.

J-058    "Dynamics of Constrained Multibody Systems," (with J.W. Kamman),  Journal of Applied Mechanics, Vol. 51, No. 4, 1984, pp. 899-904.

J-059    "Modeling of Submerged Cable Dynamics" (with J.W. Kamman) *Computers and Structures* Vol. 20, No. 1-3, 1985, pp. 623-629.

J-060    "Dynamic Analysis of Straight and Involute Tooth Forms" (with H.H. Lin and J.J. Coy) *Gear Technology*, July/August, 1985, pp. 6-11.

J-061    "Collaborative Techniques in Modal Analysis" (with M.L. Amirouche) *Journal of Guidance, Control, and Dynamics*, Vol. 8, No. 6, 1985, pp. 782-785.

J-062    "UCIN-Gear:  A Finite-Element Computer Program for Determining Stresses in Spur Gears" (with S.H. Chang) *Advances in Surface Treatments*, Niku-Lari, Editor, Permagon Press, Oxford, 1986, pp. 249-256.

J-063    "Pressure Angle Change in the Transverse Plane for Circular Cut Spiral Bevel Gears" (with J.J. Coy) Gear Technology, Vol. 5., No. 3., 1986, pp. 42-48.

J-064    "Dynamics of Redundant Robots -Inverse Solutions" (with T.P. King) *Robotica*, Vol. 4, 1986, pp. 263-267.

J-065    "Computer Modelling of the Effects of Cyclic Loading on a Viscoelastic Slab" (with M. Pourazady and M.L. Brown) Computers and Structures, Vol. 25, No. 2, 1987, pp. 235-240.

J-066    "Frequency Response of the Human Body -An Application of Multibody Dynamics and
            Fourier Analysis" (with Y. Liu)  *Journal of Vibration and Shock*, Shanghai, China, Vol. 5,
            No. 2, 1986, pp. 32-39.

J-067    "Computing Angular Velocity in Multibody Systems," *Engineering-Computations*, Vol. 3, No.
            3, 1986, pp. 223-230.

J-068    "Kane's Equations with Undetermined Multipliers -Application with Constrained Multibody
            Systems" (with J.T. Wang) *Journal of Applied Mechanics*, Vol. 54, No. 2, 1987, pp.
            424-429.

J-069    "Numerical Advances in Gross-Motion Simulations of Head/Neck Dynamics" (with C.S. Tien)
            *Journal of Biomechanical Engineering*, Vol. 109, 1987, pp. 162-168.

J-070    "Crash Victim Simulation:  Use of Computer Models" *International Journal of Industrial
            Ergonomics* Vol. 1, 1987, pp. 285-291.

J-071    "On the Equivalence of Kane's Equations and Gibbs' Equations in Multibody Dynamics"
            *Mechanics Research Communications*, Vol. 13, No. 2, 1987, pp. 113-131.

J-072    "An Overview of Safety Engineering in Human Factors," Ergonomics and Human Factors
            (L.S. Mark, J.S. Warm and R.L. Huston, Eds.) Springer, 1987, pp. 180-187.

J-073    "Comment on Relationship Between Kane's Equation and the Gibbs-Appell Equations,"
            *Journal of Guidance Control and Dynamics*, Vol. 11., No. 2, March-April, 1988, pp. 191.

J-074    "Analysis of Opening Shock of a Chest Mounted Reserve Parachute," (with G. Khader)
            *Journal of Biomechanical Engineering*, Vol. 109, 1987, pp. 111-115.

J-075    "Modelling of a Carpet Installer Knee Kicker" (with Y.S. Liu and A. Bhattacharya) *International
            Journal of Industrial Ergonomics* Vol. 2, 1988, pp. 179-182.

J-076    "Computer Modeling of the Effects of Cyclic Loading on a Viscoplastic Rod" (with M.
            Pourzady and M. Brown) *Computers and Structures*, Vol. 28., No. 2., 1988, pp. 275-282.

J-077    "Dynamics of Large Constrained Flexible Structures" (with F.M.L. Amirouche) *Journal of
            Dynamic Systems Measurement and Control*, Vol. 110., No. 1, 1988, pp. 78-83.

J-078    "Analysis of Sulky Dynamics:  Implications in Harness Racing" (with R.A. Adelman) to be
            published in *1986 SAE Transactions*, 1987.

J-079    "Computational Methods in Constrained Multibody Dynamics: Matrix Formalisms" (with J.T.
            Wang), *Computers and  Structures*, Vol. 29, No. 2, 1988, pp. 331-338.

J-080    "Critical Frequencies of a Dynamically Loaded Viscoelastic Rod," (with H. Krishnamurthy and
            M. Pourazady), to be published in *Computers and Structures*, Vol. 29, No. 4, 1988, pp.
            657-660.

J-081    "On Dynamic Loads in Parallel Shaft Transmissions: Part 1, Modeling and Analysis" (with
            H.H. Lin and J.J. Coy) *Journal of Mechanisms, Transmissions, and Automation in Design*,
            1988, pp. 221-225.

J-082    "On Dynamic Loads in Parallel Shaft Transmissions:  Part 2, Parameter Study" (with H.H. Lin and J.J. Coy) *Journal of Mechanisms, Transmissions, and Automation in Design*, 1988, Vol. 110, 1988, pp. 226-229. Also in:  *Gear Technology*, 1990, pp. 18-27.

J-083    "Dynamics of Redundant Robots -Application with Obstacle Avoidance," *Structural Analysis Systems* (Niku-Lari, Ed.) Permagon Books, Ltd. Oxford, Vol. 7, 1988, pp. 205-213.

J-084    "The Seatbelt Defense -Analysis of Several Accident Scenarios" (with T.P. King) *Forensic Reports 1988*, Vol. 1, 1988, pp. 219-228..

J-085    "Human Modelling for Rehabilitation" *Ergonomics in Rehabilitation* (A. Mital and W. Karwowski, Eds.) Taylor & Francis, Ltd., London, 1988, pp. 137-160.

J-086    "Methods of Analysis of Constrained Multibody Systems," *Mechanics of Structures and Mechanics*, Vol. 17, No. 2, 1989, pp. 135-134.

J-087    "Finite-Element Grid Improvement by Minimization of Stiffness Matrix Trace" (with M. Kittur and F.B. Oswald) *Computers and Structures*, Vol. 31., No. 6, 1989, pp. 891-896.

J-088    "A Comparison of Analysis Methods of Redundant Multibody Systems" (with J.T. Wang), *Mechanics Research Communications*, Vol. 16, No. 3, 1989, pp. 175-182.

J-089    "Finite Element Mesh Refinement for Stress Analysis" (with M.G Kittur) to be published in *Computers and Structures*, 1989.

J-090    "Analysis of Nonlinearly Constrained Multibody Systems" (with M. Xu and C. Liu) *International Journal of Non-Linear Mechanics*, Vol. 25., No. 5, 1990, pp. 511-519.

J-091    "Improvement in Finite Element Meshes:  Heat Transfer in an Infinite Cylinder"  (with M.G. Kittur and F.B. Oswald) *Computers and Structures*, Vol. 33, No. 5,1989, pp. 1115-1121.

J-092    "UCIN-DYNOCOMBS -Software for the Dynamic Analysis of Constrained Multibody Systems" (with J.W. Kamman and T.P.King) *Multibody Systems Handbook* (W. Schielen, Ed.) Springer-Verlag, 1990, pp. 103-111.

J-093    "Multibody Dynamics Formulations via Kane's Equations *Mechanics and Control of Large Flexible Structures* (J.L. Junkins, Ed.) Vol. 119, of *Progress in Aeronautics and Astronautics*, American Institute of Aeronautics and Astronautics, 1990, pp. 71-86.

J-094    "Dynamic Analysis of Elastic Beam-Like Mechanism Systems" (with W. Ying) *Journal of Mechanism, Transmissions, and Automation in Design*, Vol. 111, No.4.,1989, pp. 626-629.

J-095    "Dynamic Analysis of Biosystems -Future Trends and Research Opportunities" (with C.Q. Liu), *Mechanics and Practice*, Beijing, P. R. China, 1990.

J-096    "Multibody Dynamics-Modeling and Analysis Methods," Feature Article, *Applied Mechanics Reviews*, Vol. 44, No. 3, 1991, pp 109-117.

J-097    "Another Look at Orthogonal Curvilinear Coordinates in Kinematic and Dynamic Analysis" (with C.Q. Liu), *Journal of Applied Mechanics*, Vol. 59, No. 4, 1992, pp. 1033-1035.

J-098    "Computer Methods in Flexible Multibody Dynamics," *International Journal for Numerical Methods in Engineering*, Vol. 32, 1991, pp. 1657-1668.

J-099    "Finite Element Analysis of Pedestrian Head Impact Onto Automobile Hoods," with (D.R. Lemmon, M.Y. Wu, and D. Zuby), *Visions*, Issue 5.2, 1992, pp. 11-15.

J-100    "The Skelton Connection" (with R. Bozian, *Nautilus*, Oct/Nov 1992, pp. 30, 62, 63.

J-101    "Explicit Dynamical Equations for Constrained and Unconstrained Planar Multibody Systems" (with Y. Wang), *Computational Mechanics*, Vol. 11, 1993, pp. 233-244.

J-102    "A Basis for Solid Modeling of Gear Teeth with Applications in Design and Manufacture" (with D. Mavriplis, F.B. Oswald, and Y.S. Liu) *Mechanism and Machine Theory*, Vol. 29., No. 5, 1994, pp. 713-725.

J-103    "The Dynamics of Flexible Multibody Systems: A Finite Segment Approach. Part I: Theoretical Aspects and Part II: Example Problems" (with J. Connelly) *Computers and Structures*, Vol. 50, No. 2, 1994, pp. 255-262.

J-104    "Use of Absolute Coordinates in Computational Multibody Dynamics" (Y. S. Liu and C. Q. Liu) *Computers and Structures*, Vol. 52, No. 1, 1994, pp. 17-26.

J-105    "An Energy Theorem for Developing Testing Functions for Numerical Simulation of Dynamic Systems" (with C. Q. Liu) *Journal of Dynamic Systems, Measurement, and Control*, Vol. 117, 1995, pp. 193-198.

J-106    "Head Injury Reduction in Automobile/Pedestrian Impact" (with D. R. Lemmon and M. Wu) *Shock and Vibration*, Vol. 1, No. 6, 1994, pp. 559-568.

J-107    "Flexibility Effects in Multibody Systems" (with Y. Wang) *Computer-Aided Analysis of Rigid and Flexible Mechanical Systems*, Edited by M.F.O.S. Pereira and J.A.C. Ambrosio, NATO ASI Series E: Applied Sciences-Vol. 286, Klumer Academic Publishers, 1994, pp. 351-376.

J-108    "On the Dynamics of an Arbitrary Flexible Body with Large Overall Motion--An Integrated Approach" (with D. Zhang and C.Q. Lui) *Mechanics of Structures and Machines*, Vol. 23 No. 2, 1995, pp. 419-438.

J-109    "Computational Methods for studying Impact in Multibody Systems" (with C. C. Chang) *Computers and Structures*, Vol. 57, No. 3, 1995, pp. 421-425.

J-110    "A Lumped Parametric Method in the Nonlinear Analysis of Flexible Multibody Systems", *Computers and Structures*, Vol. 50, No. 3, 1994, pp. 421-432.

J-111    "Occupational Biomechanics of the Neck: A Review and Recommendations" (with J. A. Hidalgo, A. M. Genaidy, and J. Arantes) *Journal of Human Ergology*, Vol 21, 1992, pp. 171-187.

J-112    "Impact Dynamics of Constrained Multibody Systems" (with C.C. Chang) *Shock and Vibration Computer Programs* (Edited by Walter and Barbara Pilley) Shock and Vibration Analysis Center, Booz Allen and Hamilton, Arlington, VA 22202, 1995, pp 717-730.

J-113    "On Dynamic Stiffening of Flexible Bodies Having High Angular Velocity" (with D. Zhang)
         *Mechanics of Structures and Machines*, Vol. 24, No. 3, 1996, pp 313-329.

J-114    "A Cross-Validation of the NIOSH Limits for Manual Lifts," (with J. Hildalgo, A. Genaidy, W.
         Karwowski, D. Christensen, R. Huston and J. Stambough), *Ergonomics*, Vol. 38, No. 12,
         1995, pp 2455-2464.

J-115    "Multibody Dynamics since 1990", *Applied Mechanics Review*, Vol. 49, No. 10, 1996, pp
         535-540.

J-116    "Motion Trajectories of Space Robots with Nonholonomic Constraints", (with X. Wang, D.
         Zhang, and Y. Liu), to be published in *Space Technology*, 1997.

J-117    "Dynamic Stiffening Model of Flexible Structures and Variable Structure Control", (with D.
         Zhang, X. Wang, C.Li and Y. Liu), *Space Technology*, Vo. 16, No. 5/6.

J-118    "A General Procedure to Capture the Dynamic Stiffness" (with D. Zhang, H. Zhang, and Y.
         Liu, *Transactions of Tianjin University*, Vol. 1., No.1, 1995, pp. 20-25.

J-119    Optimal Human Posture – Analysis of a Waitperson Holding a Tray", (with V.S. Liu), *The
         Ohio Journal of Science*, Vol. 96., No. 4/5, 1996, pp. 93-96.

J-120    Industrial Training in Manufacturing Industries", (with A. Pennathur, A. Mital, and D.
         Thompson) to be published in *International Journal of Computer Integrated
         Manufacturing*, 1997.

J-121    "Robot Cleaning of Underground Liquid Storage Tanks - Feasibility and Design
         Considerations", (with A. Mital, M. Kulkarni, and S. Amand) *Robots and Autonomous
         Systems*, Vol. 20, 1997, pp. 49-60.

J-122    "Biomechanical Assessment of Titanium and Stainless Steel Posterior Spinal Constructs and
         Effects of of Absolute/Relative Loading and Frequency on Fatigue Life and Determination
         of Failure Modes" (with J.L. Stambough, H.M. Genaidy, H. Serhan, F. El-Katib and
         E.H.Sabri) *Journal of Spinal Disorders*, Vol. 10, No. 6, 1997, pp 473-481.

J-123    "A Comprehensive Lifting Model: Beyond the NIOSH Lifting Equation", (with J. Hidalgo, A.
         Genaidy, W. Karwowski, D. Christensen, and J. Stambough), *Ergonomics*, Vol. 40, 1997,
         pp. 916-927.

J-124    "Effects of Cross-Linkage on Fatigue Life and Failure Modes of Stainless Steel Posterior
         Spinal Constructs" (with J.L. Stambough, E.H. Sabri, A.M. Genaidy, F. El-Khatib, and H.
         Serhan), *Journal of Spinal Disorders*, Vol. 11, No. 3, 1998, pp 221-226.

J-125    "Validation of an Analytical Model of a Right-Angle Collision between a Vehicle and a Fixed,
         Rigid Object" (with C.A. Grau), *International Journal of Crashworthiness*, Vol. 3, No. 3,
         1998, pp. 249-264.

J-126    "The Need for Worker Training in Advanced Manufacturing Technology
         (AMT),Environments: A White Paper" (with A. Mital, A. Pennathur et al., *International
         Journal of Industrial Ergonomics*, Vol. 24, No. 3, Sept. 1999.

J-127    "A Framework for Training Workers in Contemporary Manufacturing Environments" (with A. Mital, A. Pennathur, et.al.) *International Journal of Computer Integrated Manufacturing*, Vol. 12, No. 4., 1999, pp 291-310.

J-128    "Modeling and Equations of Motion of Variable Length Towed and Tethered Cable Systems" (with J. W. Kamman), *Journal of Guidance Control and Dynamics*, Vol. 22, No. 4, 1999, pp 602-608..

J-129    "Strength and Fatigue Resistance of Thoracolumbar Spine Implants – An Experimental Study of Selected Spinal Devices" (with J. Stambough, A. Genaidy, F. El-Khalib, et.al.), *Journal of Spinal Disorders*, Vol. 12, No. 5, 1999, pp. 410-414.

J-130    "Accident Investigation: Motor Vehicle Accidents", Industrial and *Occupational Ergonomics: User's Encyclopedia (Encyclopedia of Ergonomics)*, (A. Mital, et.al. Eds.) (On CD-ROM), *International Journal of Industrial Engineering*, ISBN 0-9654506-0-0, 1999.

J-131    "Accident Investigation: Slip and Fall Accidents", *Industrial and Occupational Ergonomics: User's Encyclopedia (Encyclopedia of Ergonomics)*, (A. Mital, et.al., Eds.) (On CD-ROM), *International Journal of Industrial Engineering*, ISBN 0-9654506-0-0, 1999.

J-132    "Risk of Injury: Assessment, Affordance and Risk (Benefit Analyses", *Industrial Engineering Applications and Practice: User's Encyclopedia*, (A. Mital, et.al., Eds.) (On CD-ROM), *International Journal of Industrial Engineering*, 1999.

J-133    "Use of Elliptic Functions to Study Skip-Lock Automobile Seat Belt Retractors", *International Journal of Non-Linear Mechanics*, Vol. 35, No. 2, 1999, pp 325-331.

J-134    "What I Learned in 25 Years of Teaching Introductory Biomechanics" *International Journal Engineering Education*, Vol. 15, No. 4, 1999, pp 240-242.

J-135    "Constraint Forces and Undetermined Multipliers in Constrained Multibody Systems", *Multibody System Dynamics*, Vol. 3, 1999, pp. 381-389.

J-136    "Multibody Dynamics Modeling of Variable Length Cable Systems", with J. Kamman, to be published in *Multibody System Dynamics*, 2000.

J-137    "Beware of Dimension Reduction in Computational Mechanics Software", *Mechanics Research Communications*, Vol. 27., No.2, 2000, pp 131-136.

J-138    "Testing the Accuracy of Numerical Simulations of Multibody Systems", (with J. Kamman), *Mechanics Research Communications*, Vol. 28, No. 1, 2001, pp 1-6.

J-139    "Collisions of Multibody Systems" (with C. Chang) *Computational Mechanics*, Vo. 27, No. 5, 2001, pp 436-444.

J-140    "A Review of the Effectiveness of Seat Belt Systems: Design and Safety Considerations", *International Journal of Crashworthiness*, Vol. 6, No. 2, 2001, pp 243-252.

J-141    "A Model for Human Vibration Studies and for Predicting Response to Jolting and Jarring", (with S.C. Huang) *Journal of Mechanics in Medicine and Biology*, Vol. 2, No. 1, 2002, pp. 37-52.

J-142    "Dynamics of Multibody Systems Subjected to Impulsive Constraints" (with C. C. Chang and
         C.Q. Liu), *Multibody System Dynamics*, vol. 8, 2002, pp 161-184.

J-143    "An Expert Cognitive Approach to Evaluate Physical Effort and Injury Risk in Manual Lifting –
         a Brief Report of a Pilot Study, (with S. Yeung, A.M. Genaidy, and W. Karwowski), *Human
         Factors and Ergonomics in Manufacturing*, Vol. 12, No. 2, 2002, pp. 227-234.

J-144    "Equivalent Control of Constrained Multibody Systems", (with C.Q. Liu, and FiLi) *Multibody
         System Dynamics*, vol. 9, 2003.0

J-145    "Basketball Shooting Strategies–FreeThrow, Direct Shot and Lay Up" (with C. A. Grau)
         *Sports Engineering, Vol. 6, No.1, 2003, pp. 44-63.*

## Conference Papers and Presentations:

P-001  "Dynamics of an Annular Disk Rolling on It's Inner Rim on
a Circular Cylinder," presented at the Third Southeastern Conference on Theoretical and
Applied Mechanics, Columbia, SC, 1966. Published in *Developments in Theoretical and
Applied Mechanics*, Vol. III, pp. 505-513.

P-002  "Time-Dependent Release of Fission Products from Small Defects in Fuel Elements," (L.E.
Eckart and J.H. Leonard) Annual Meeting - American Nuclear Society, 1971 –
*Transactions of American Nuclear Society* Vol. 13, No. 1.

P-003  "Behavioral Model of Labor-Management Relations for Decision Making," (with A.M. Strauss
and B.A. Raymond) published in the *Proceedings of the 1972 American Institute of
Decision Sciences Midwest Conference*

P-004  "Design of Social System Models," (with A.M. Strauss) American Society for Engineering
Education, *Engineering Design Committee Newsletter*, No. 3, June 1972, pp. 21-23.

P-005  "Analysis of Social Systems," (with S.A. Glantz and A.M. Strauss) presented at the 1972
West Virginia Academy of Sciences Meeting and Published in *Proceedings of the West
Virginia Academy of Science*, 1972, pp. 182– 197.

P-006  "International Conflict - A Basis for Prediction and System Analysis," (with A.M. Strauss)
*West Virginia Academy of Sciences Meeting*, Fairmont, WV, April 6, 1973.

P-007  "A New Experimental Method of Stress Measurements in the Interior of an Elastic Body,"
(with J.C. Huston) *West Virginia Academy of Sciences Meeting*, Fairmont, WV, April 6,
1973.

P-008  "A Three-Dimensional Vehicle-Man Model for Collision and High Acceleration Studies," (with
R.E. Hessel and C.E. Passerello) Paper No. 740274 *SAE Automotive Engineering
Congress and Exposition*, Detroit, MI, February 28, 1974.

P-009  "On Dynamics of Chain Systems," (with C.E. Passerello) ASME Paper No. 74-Wa/Aut. 11,
presented at the ASME Winter Annual Meeting, New York, NY, November 21, 1974.

P-010  "The UCIN 3-Dimensional Aircraft Occupant 32 Multisegment Model," (with C.E. Passerello,
M.W. Harlow, and J.M. Winget) presented at the Symposium on Aircraft Crashworthiness,
Cincinnati, OH, October 1975, and published in *Aircraft Crashworthiness*, University
Press of Virginia, 1975, pp. 311-324.

P-011  "Dynamics of a Crash Victim - A Finite Segment Model" (with R.E. Hessel and J.M. Winget)
AIAA-ASME-SAE Structures Structural Dynamics and Materials Conference, Denver, CO,
May 1975.

P-012  "Cable Dynamics - a Finite Segment Approach," (with J.M. Winget) presented at the
National Symposium on Computerized Structural Analysis and Design, George
Washington University, Washington, DC, March 1976.

P-013  "An Analytical Analysis of Walking," (with T.A. Abdelnour, and C.E. Passerello) ASME Paper
No. 75-WA/BIO-4, presented at the 1975 ASME Winter Annual Meeting, Houston, TX.

P-014    "Biodynamics of Deformable Human Body Motion," (with A.M. Strauss) Advances in
              Engineering Science, Vol. 1 Proceedings, 13th Annual Meeting of the Society of
              Engineering Science November 1976, NASA, pp. 309-318.

P-015    "Numerical Prediction of Head-/Neck Response to Shock- Impact," (with J.C. Huston and C.E.
              Passerello) presented at the ASME Winter Annual Meeting, 1976, and published in
              *Measurement and Prediction of Structural and Biodynamic Crash-Impact Response*,
              ASME, 1976, pp. 137-150.

P-016    "Crash-Victim Simulation," (with C.E. Passerello, M.W. Harlow, R.E. Hessel, J.E. Winget,
              and J.C. Huston) presented at the First Biomedical Engineering Symposium, Cincinnati,
              OH, May 22, 1976.

P-017    "Simulation of 3D Response of a Human Model Subjected to an Arbitrary Shock Pulse," (with
              M.W. Harlow and C.E. Passerello) presented at the National Symposium on
              Computerized Structural Analysis and Design, George Washington University,
              Washington, DC, March 1976.

P-018    "On the Kinematics of Large Mechanical Systems," Proceedings, NSF Workshop on New
              Directions in Kinematics Research, Stanford University, August 2-3, 1976.

P-019    "A Biodynamic Model of a Parachutist," (with  J.M. Winget and M.W. Harlow) presented at
              the Symposium on Bio-Dynamic Models and Their Applications, WPAFB-AMRL, February
              1977.

P-020    "A Comprehensive, Three-Dimensional Head-Neck Model for Impact and High Acceleration
              Studies," (with J.C.Huston and M.W. Harlow) presented at the Symposium on Biodynamic
              Models and Their Applications, WPAFB-AMRL, February 1977.

P-021    "The UCIN Head-Neck Computer-Simulation Model," (with J. Sears and J.C. Huston) 9th
              Annual Neuroelectric Society Meeting, Marco Beach, FL, December 1977.

P-022    "Crash Victim Simulation," AIAA Fourth Annual Mini-Symposium on Aerospace Technology
              Present and Future, AFIT, W PAFB, March 1978.

P-023    "The UCIN Three-Dimensional Crash-Victim Simulation Codes," Motor Vehicle
              Manufacturers Association Seminar, Detroit, MI, February 1978.

P-024    "Dynamic Stress Analysis of Complex Bodies Experiencing Large Deformations," (with A.M.
              Strauss) presented at the 8th US National Congress on Applied Mechanics, UCLA, Los
              Angeles, CA, June 1978.

P-025    "Effects of Helmet Inertia and Restraining Collars on Head/Neck Dynamics," (with J. Sears)
              presented at the 1978 Meeting of the American Society of Biomechanics, Ann Arbor, MI,
              October 26, 1978.

P-026    "An Evaluation of Computer Subroutines in Solving Stiff Differential Equations," (with D.C.
              Krinke) presented at the Second International Conference on Computational Methods in
              Nonlinear Mechanics, The Texas Institute for Computational Mechanics, March 1978.

P-027    "On Dynamics of a Weighted Bowling Ball," (with C.E. Passerello, J.M. Winget, and J. Sears)
              ASME Paper No. 79-WA/A PM-17, presented at the ASME Winter Annual Meeting, 1979.

P-028    "Effect of Protective Helmet Mass on Head/Neck Dynamics," (with J. Sears) presented at the 1979 ASME/CSME Applied Mechanics-Fluids Engineering-Bioengineering Conference, Niagara Falls, NY, June 1979, published in ASME *1979 Biomechanics Symposium AMD*, Vol. 32, pp. 227-229.

P-029    "The Impact of Federal Energy Policies on Engineering Education and Research," 87th Annual Conference, American Society for Engineering Education, Louisiana State University, Baton Rouge, LA, 1979.

P-030    "UCIN Human Body Accident Simulation Model," presented at National Bureau of Standards Seminar, Washington, DC, August 1979.

P-031    "Recent Advances in Robotics Research," (with F. Kelly) SAE Paper 800303, presented at the 1980 Society of Automotive Engineers Annual Congress and Exposition, Detroit, MI, February 1980.

P-032    "Compliance in Manipulator Links and Joints," NSF Workshop on Robotics Research, Kingston, RI, April 1980.

P-033    "On Parachutist Dynamics," (with J.W. Kamman) presented at the Fourth Annual Conference of the American Society of Biomechanics, Burlington, VT, October 1980.

P-034    "A Basis for the Analysis of Surface Geometry of Spiral Bevel Gears," (with J.J. Coy) Symposium of Advanced Power Transmission Technology, NASA Lewis Research Center, June 9-11, 1981.

P-035    "Flexibility Effects in a Robot Arm," (with F.A. Kelly) presented at the 1981 Joint Automatic Controls Conference, Charlottesville, VA, June 1981, published in the *Proceedings 1981 JACC* Vol. 1, p. WP-2C, 1981.

P-036    "Computerized Simulation of Whole Body Dynamics: Aspects of Human Movement Modelling," (with R.F. Zernicke) presented at the Second International Symposium of Biomechanics Cinematography and High Speed Photography, August 1981, San Diego, CA.

P-037    "Biomathematical Modelling of Athletic Maneuvers," presented at the Third International Conference on Mathematical Modelling, University of Southern California, Los Angeles, CA, July 1981.

P-038    "Surface Geometry of Circular Cut Spiral Bevel Gears," (with J.J. Coy) ASME Paper No. 81-DET-113, presented at the ASME Design Engineering Technical Conference, Hartford, CT, September 1981.

P-039    "Constrained Multibody System Dynamics -An Automated Approach," (with J.W. Kamman) presented at the Symposium on Advances and Trends in Structural and Solid Mechanics, Washington, DC, 1982.

P-040    "Effect of Restraining Belts in Preventing Vehicle- Occupant/ Steering-System Impact," (with M.W. Harlow and R.F. Zernicke) presented at the 1982 Society of Automotive Engineers International Congress and Exposition, SAE Paper No. 820471, Detroit, MI, 1982.

P-041    "Multibody Dynamics: Analysis of Flexibility Effects," Invited Symposium Paper, Ninth US National Congress of Applied Mechanics, Cornell University, Ithaca, NY, 1982, Proceedings, ASME, pp. 265-271.

P-042    "New Approaches in Robot Dynamics and Control," (with F.A. Kelly) presented at the ASME Second International Computer Engineering Conference, (Published in the Proceedings), San Diego, CA, 1982.

P-043    "Tooth Profile Analysis of Circular Cut Spiral Bevel Gears" (with Y. Lin and J.J. Coy) ASME Paper No. 82– DET-79, presented at the ASME Design and Production Engineering Technical Conference, Arlington, VA, 1982.

P-044    "A Finite Element Stress Analysis of Spur Gears Including Fillet Radii and Rim Thickness Effects," (with S.H. Chang and J.J. Coy) ASME Paper No. 82-WA/DE-35, presented at the ASME Winter Annual Meeting, Phoenix, AZ, 1982.

P-045    "Modelling of Submerged Cable Dynamics," (with J.W. Kamman) presented at the Symposium on Advances and Trends in Structures and Dynamics, Washington, DC, 1984.

P-046    "Unicycle Dynamics and Stability," presented at the 1984 Society of Automotive Engineers Annual Congress and Exposition, Detroit, MI.

P-047    "Contact Stresses in Locking Rings of Pipeline Closures -An Iterative Finite-Element Approach," (with C.D. Liu) presented at the ASME Pressure Vessel and Piping Conference, San Antonio, TX, June 1984.

P-048    "Dynamics of Constrained Multibody Systems," (with J.W. Kamman) presented at the Winter Annual Meeting, ASME Paper No. 84 - WA/APM-25, American Society of Mechanical Engineers, New Orleans, LA, 1984.

P-049    "Biodynamic Modelling of the Head/Neck System," (with J. Tien) First Mid-Central Ergonomics/Human Factors Conference, Cincinnati, OH, 1984. Published in *TRENDS in Ergonomics: Human Factors I* A. Mital, Editor, Elsevier Science Publishers (North Holland), 1984, pp. 45-50.

P-050    "Modelling of Human Body Vibration," (with M. Amirouche) First Mid-Central Ergonomics/Human Factors Conference, Cincinnati, OH, 1984. Published in *TRENDS in Ergonomics: Human Factors I* A. Mital, Editor, Elsevier Science Publishers (North Holland), 1984, pp. 65-70.

P-051    "Analysis of Human Body Dynamics in the Frequency Domain," (with Y. Liu) First Mid-Central Ergonomics/Human Factors Conference, Cincinnati, OH, 1984. Published in *TRENDS in Ergonomics: Human Factors I*, A. Mital, Editor, Elsevier Science Publishers (North Holland), 1984, pp. 71-75.

P-052    "Electrogoniometer Measuring System for Human, Gait," (with M.A. Carpenter) First Mid-Central Ergonomics/Human Factors Conference, Cincinnati, OH, 1984. Published in TRENDS in Ergonomics: Human Factors I, A. Mital, Editor, Elsevier Science Publishers (North Holland), 1984, pp. 77-81.

P-053    "A Computer Aided.Design Procedure for Generating Gear Teeth" (with S.H. Chang) presented at the Fourth International Power Transmission and Gearing Conference, Paper No. 84-Det-184, Boston, MA, 1984.

P-054    "Flexibility and Transient Effects of a Multiarm Robot," (with M. Amirouche) presented at the 7th Symposium on Engineering Applications of Mechanics, University of Toronto, Toronto, Ontario, Canada, 1984, pp. 7-11.

P-055    "Use of Finite-Segment Modelling in Computer Aided Engineering (CAE)," (with M. Amirouche) presented at the 1980 ASME Modelling and Simulation Conference, Minneapolis, MN, 1984.

P-056    "Frequency Domain Analysis of Human Body Dynamics – A Parameter Study," (with Y. Liu and T.P. King) presented at the ASME Winter Annual Meeting, New Orleans, LA, 1984.Published in *1984 Advances in Bioengineering*, ASME, 1984, pp. 135-136.

P-057    "Need for Supercomputers in Multibody Systems Analysis," NSF Conference on Supercomputers in Mechanical Systems Research, Lawrence Livermore Laboratories, Livermore, CA, 1984.

P-058    "University – Industry – Government Cooperative Graduate Program in Robotics," (with E.L. Hall, W.G. Wee, and T.R. McKnight) IEEE/ASEE Frontiers in Education Conference, Philadelphia, PA, 1984.

P-059    "Biodynamic Modeling of the Head/Neck System," (with C.S. Tien) presented at the 1985 SAE Annual Congress and Exposition, Detroit, MI. Society of Automotive Engineers Paper No. 850438. Published in *Field Accidents: Data Collection, Analysis, Methodologies and Crash Injury Reconstructions*. SAE P-159, pp. 359-364.

P-060    "Collaborative Techniques in Model Analysis," (with M. Amirouche) to be presented at the AIAA/ASME/ASCE/AHS 26th Structures, Structural Dynamics, and Materials Conferences, Paper No. 41AA-85-0632-CP, Orlando, FL, 1985.

P-061    "Dynamic Analysis of Straight and Involute Tooth Forms," (with H.H. Lin and J.J. Coy), Presented at the Fourth International Power Transmission and Gearing Conference, ASME, Boston, 1984.

P-062    "Solution of the Inverse Problem in Robot Control," 94th Annual Meeting, Ohio Academy of Science, Cincinnati, OH, April 1985.

P-063    "Dynamic Load Factor in Transmission Systems," (with E. Lin) Army/NASA Workshop on Rotorcraft Drivetrain and Gearing, Lewis Research Center, Cleveland, OH, June 1985.

P-064    "Analysis of Simple Throwing," (with T.P. King) Second Annual Mid-Central Ergonomics and Human Factors Conference, Purdue University, June 1985, published in *Trends in Ergonomics/ Human Factors II*, Eberts and Eberts Editors, North Holland, 1985, pp. 265-271.

P-065    "Statics and Dynamics of a Flexible Manipulator," (with F.A. Kelly) *Proceedings 1985 ASME International Computers in Engineering Conference*, Boston, 1985, pp. 87-94.

P-066    "Useful Procedures in Multibody Dynamics," presented at the Symposium on Dynamics of
         Multibody Systems, Sponsored by the International Union of Theoretical and Applied
         Mechanics (IUTAM) Udine, Italy, September, 1985. Published in *Dynamics of Multibody*
         *Systems* (G. Bianchi and W. Schiehlen, Eds.) Springer, 1986, pp. 69-77.

P-067    "Modelling and Parameter Identification of Vibrating Systems in Dynamic Space" (with M. Xu)
         presented at the 4th International Modal Analysis Conference, Los Angles, CA, February,
         1986, published in the Proceedings, pp. 422-426, Union College, Schnechtady, NY.

P-068    "Evaluation of Constraint Forces in Multibody System Dynamics" (with J.T. Wang) presented
         at the Tenth US National Congress of Applied Mechanics, Austin, TX, 1986.

P-069    "A New Method for Linear Feedback Robotic Control" (with Y. Stepanenko) presented at the
         1986 ASME International Computers in Engineering Conference and Exhibition, Chicago,
         IL, 1986, published in *Computers in Engineering - 1986* - Volume One (G. Gupta, Ed.)
         ASME, pp. 107-111.

P-070    "Procedures for Studying Throwing Motion" (with T.P. King) presented at the Third
         Mid-Central Ergonomics/Human Factors Conference, Oxford, OH, 1986.

P-071    "Modelling of a Carpet Layer's Knee-Kicker" (with Y.S. Liu and A. Bhattacharya) presented at
         the Third Mid-Central Ergonomics/Human Factors Conference, Oxford, OH, 1986.

P-072    "A New Approach to the Control of Redundant Space Manipulators" presented at the AIAA
         11th Annual Mini-Symposium on Aerospace Science and Technology, Wright-Patterson
         Air Force Base, OH, 1986.

P-073    "China Reconstructs," presented at the Economic Development Conference, Cincinnati, OH,
         1986.

P-074    "A New Approach to Swimming Analysis" (with M. Khaledi) presented at the 1986 Ohio
         Academy of Science Meeting, Toledo, OH, April, 1986.

P-075    "Biodynamic Modelling of Carpetlayer Dynamics" (with A. Bhattacharya, T.P. King, and P.B.
         Patel) presented at the Annual International Industrial Ergonomics and Safety Conference
         '86, Louisville, KY, 1986, published in *Trends in Ergonomics/Human Factors III* (W.
         Karwaski, Ed.) Elsevier Science Publishers B.V. (North Holland), 1986, pp. 759-764.

P-076    "A Modified Form of Kane's Equations for Automated Analyses of Multibody Systems" (with
         J.T. Wang) U.S. Army Workshop on Kinematics, Dynamics and Control of Mechanisms
         and Manipulators, Troy, NY, 1986.

P-077    "New Directions in Redundant Robot Dynamics," SME Robotics International Conference,
         Scotsdale, AZ, 1986.

P-078    "Analysis of Sulky Dynamics: Implications in Harness Racing" (with R.A. Adelman) SAE
         Paper No. 861385, presented at the Society of Automotive Engineers Passenger Car
         Meeting and Exposition, Dearborn, Michigan, 1986.