P-079    "Parametric and Nonparametric Methods for System Dynamic Analysis" (with Y. Liu and L. Li) presented at the Ninth International Conference on Production Research, Cincinnati, OH, 1987: published in the *Proceedings*, pp. 785-881.

P-080    "Determination of Cutting Tool Wear Using Pattern Recognition Technology" (with L. Li, Y. Liu, and Z. Chen) presented at the Ninth International Conference on Production Research, Cincinnati, OH, 1987; published in the *Proceedings*, pp. 516-521.

P-081    "Modal Analysis Investigation of Robot Manipulators" (with Y. Liu, T. Zang, and R. Kim) presented at the Ninth International Conference on Production Research, Cincinnati, OH, 1987; published in the *Proceedings*, pp. 1081-1086.

P-082    "Design and Analysis of Double Circular Arc Profile Spiral Bevel Gears" (with J. Li) presented at the Ninth International Conference on Production Research, Cincinnati, OH, 1987; published in the *Proceedings*, pp. 1551-1557.

P-083    "Kane's Equations with Undetermined Multipliers -Application to Constrained Multibody Systems" (with J.T. Wang) presented at ASME Applied Mechanics, Bioengineering and Fluids Engineering Summer Conference, Cincinnati, OH, 1987.

P-084    "Fundamentals of Throwing Analyses" (with T.P. King) presented at ASME Applied Mechanics, Bioengineering and Fluids Engineering Summer Conference, Cincinnati, OH, 1987.

P-085    "Application of Passerello-Huston's Equations to the Dynamic Analysis of Constrained Redundant Robots" (with G. Kan) presented at the 1987 Symposium on Advanced Manufacturing, Lexington, KY. Published in the *Proceedings*, pp. 91-94.

P-086    "Kinematic and Kinetic Patterns of Carpet Stretching Task" (with A. Bhattacharya, B. Clayton, H.K. Ramakrishanan, V. Srivastava, and T.P. King), presented at the ASME Applied Mechanics, Bioengineering and Fluids Engineering Summer Conference, Cincinnati, OH, 1987.

P-087    "Redundant and Constrained Multibody Systems: Modeling and Computational Methods," SDIO/NASA Workshop on Multibody Simulation, Pasadena, CA, 1987.

P-088    "Optimization of Basketball Foul Shot Technique" (with T.R. King) presented at the Biomechanics in Sport Conference, ASME Winter Annual Meeting, Boston, 1987, published in *Biomechanics in Sport -A 1987 Update*, BED Vol. 6, pp. 101-106.

P-089    "Analysis of the 3-Point Restraint Systems," (with T.P. King) presented at the 1988 Society of Automotive Engineers Annual Congress and Exposition, Detroit, MI, published in *Automatic Occupant Protection Systems*, SP-736, pp. 55-60, 1988.

P-090    "Analysis of Nonlinearly Constrained Nonholonomic Multibody Systems" (with M. Xu and C. Liu) presented at the second Conference on Non-Linear Vibrations, Stability, and Dynamics of Structures and Mechanics, Army Research Office, Virginia Polytechnic Institute and State University, Blacksburg, VA, 1988.

P-091    "Procedures for the Analysis of Constrained Multibody Systems" (with Y. Liu) presented at the International Conference of Machine Dynamics and Engineering (ICMDEA), Xi'an,

People's Republic of China, 1988. Published in *Proceedings ICMDEA*, Xi'an Jiaotong University Press, 1988, pp. F6-F8.

P-092 "The Use of Kane's Method in the Modelling and Simulations of Robotic Systems," presented at the IMACS Symposium on System Modelling and Simulation, Cetraro, Italy, 1988.

P-093 "Dynamic Analysis of Elastic Beam Like Mechanism Systems (with W. Ying) presented at the 1988 ASME Design Technology Conferences, Orlando, FL, 1988, published in *Trends and Developments in Mechanisms, Machines and Robotics*, 1988, ASME, DE-Vol. 15-2, pp. 457-460.

P-094 "Research Needs and Opportunities in Machine Dynamics -An NSF-ASME Study" (with A.H. Soni, E.J. Haug, B. Paul, K.J. Waldron, T. Bejezy, and A.G. Erdman), 1988 ASME Design Technologies Conferences, Orlando, FL, 1988, Published in *Trends and Developments in Mechanism Machines and Robotics*, 1988, ASME, DE-Vol 15-1, pp. 15-26.

P-095 "Design and Manufacture of Gear Teeth Using I-DEAS" (with D. Mavriplis) SDRC 1988 I-DEAS/CAEDS User's Conference Series *Instructional Proceedings*, pp. 47-56.

P-096 "Computer Aided Design of Bevel Gear Tooth Surface" (with S.H. Chang and J.J. Coy) ASME 5th International Power Transmission and Gearing Conference, Chicago, IL, April, 1989, published in *Proceedings* (ASME), pp. 585-592.

P-097 "Effect of Fitting Parameters on Spur Gear Stresses" (with P. Somprakit and M. Pourazady) ASME 5th International Power Transmission and Gearing Conference, Chicago, IL, April, 1989, published in *Proceedings* (ASME), pp. 815-821.

P-098 "Comparison of Boundary Element and Finite Element Methods in Spur Gear Root Stress Analysis" (with H. Sun, D. Mavriplis, and F.B. Oswald) ASME 5th International Power Transmission and Gearing Conference, Chicago, IL, April, 1989, published in *Proceedings* (ASME), pp. 163-166.

P-099 "Computer Aided Design of Spur Gear Teeth" (with D. Mavriplis and F.B. Oswald) ASME 5th International Power Transmission and Gearing Conference, Chicago, IL, April, 1989, published in *Proceedings* (ASME), pp. 539-545.

P-100 "Analysis of Impact in Multibody Systems" (with C.C. Chang) 1989 Modeling and Simulation Conference, Pittsburgh, PA, May, 1989.

P-101 "Computer Graphic Simulation of Industrial Accident Victim Dynamics" (with J.K. Tzou) Annual Industrial Ergonomics and Safety Conference '89, Cincinnati, OH, 1989 published in *Advances in Industrial Ergonomics and Safety I* (A. Mital, Ed.) Taylor & Francis, 1989, pp. 133-150.

P-102 "Use of Kane's Equations in Multibody Dynamics" Twenty-first Midwestern Mechanics Conference, Houghton, Michigan, 1989, published in *Developments in Mechanics*, Vol. 15, (Ed. by J.B. Ligon, et al.), Michigan Technological University, 1989, pp. 95-101.

P-103 "How to Use an Expert and Win in Product Liability Litigation," Cincinnati Bar Association Seminar on Product Liability, Cincinnati, OH, 1989.

P-104   "Multibody Dynamics Formulation via Kane's Equations" AIAA Dynamics Specialist
            Conference Paper No. AIAA-90-1134, Long Beach, CA, 1990, published in *Proceedings*,
            Publication CP903, American Institute of Aeronautics and Astronautics, Washington,
            D.C., 1990, pp. 424-430.

P-105   "Engineering Perspective:  Defective Seatbelts and Seatbelt Defense," Northern Kentucky
            Bar Association Seminar, Northern Kentucky University, Covington, KY, 1990.

P-106   "How Does the Waiter Hold the Tray -Optimal Human Posture and Motion" (with Y. S. Liu)
            Fifth Mid-Central Ergonomics and Human Factors Meeting, University of Dayton, Dayton,
            OH, 1990.

P-107   "Recent Computational Advances in Multibody Dynamics," International Conference on
            Dynamics, Vibrations and Control, Beijing, P. R. China, 1990.

P-108   "A Study on Finite Segment Modelling in Flexible Multibody Systems" (with D. Zhang and Y.
            Liu) International Conference on Dynamics Vibration and Control, Beijing, P. R. China,
            1990.

P-109   "An Automatic Incrementation Technique of the Boundary Element Method for Two-
            Dimensional Contact Problems with Friction" (with H. Sun)  *Computational Engineering
            with Boundary Elements* (A.H.D. Chang, C.A. Brebbia, S. Grilli, Eds.) Computational
            Mechanics Publishers, Boston, 1990, pp. 19-35.

P-110   "Monitoring of Contact Stresses in Advanced Propulsion Systems" (with P. Somprakit and
            J.E. Wade, II), Second Annual Health Monitoring for Space Propulsion Systems,
            Cincinnati, Ohio, 1990, *Proceedings*, pp. 334-360.

P-111   "Control of Redundant Robot Manipulators" (with T.P. King) Twenty-Second Annual Modeling
            and Simulation Conference, Pittsburgh, 1991, Published in *Modeling and Simulation* (with
            W.G. Vogt and M.H. Mickle Eds.) Part 4, University of Pittsburgh Press, 1991, pp 1888-
            1894.

P-112   "A Personal Computer Software for Dynamic Modeling of Crash" (with S.C. Huang)
            presented at the Eighth International Conference on Mathematical  and Computer
            Modeling, College Park, Maryland, 1991.

P-113   "Contact Stresses in Gear Teeth -A New Method of Analysis" (with P. Somprakit and F.B.
            Oswald) presented at the AIAA 27th Joint Propulsion Conference, Sacramento, CA, 1991.

P-114   "Finite Element Modelling of Pedestrian Head Impact onto Automobile Hoods" (with D.R.
            Lemmon, R.S. Ballinger, J. Kessler, J. Elias, and D. Zuby) Thirteenth International
            Technical Conference on Experimental Safety Vehicles, Paris, France, 1991.

P-115   "Automobile Crash-Victim Modelling and Simulation -A Comprehensive Analysis," (with Ming-
            Yi Wu) presented at the Twenty-Third Annual Pittsburgh Conference on Modelling and
            Simulation, Pittsburgh, Pennsylvania, 1992.  Published in *Proceedings*, pp 1001-1008.

P-116   "Kinematic Synthesis of Gripper Jaws Profile for the Cylindrical Components," (with M.Y. Wu
            and C.H. Li) Second National Applied Mechanics and Robotics Conference, Cincinnati,
            Ohio, 1991.

P-117   "Optimization of Involute Gear Tooth Profile Modifications for Tooth Scaring Reduction" (with P. Sroda and S. Arand) ASME 1992 Design Technical Conferences, Scotsdale Arizona, 1992.

P-118   "Effects of Helmet Mass on Neck Dynamics During Impact in Sports," (with G.A. Khader), ASTM Symposium on Head and Neck Injuries in Sports, Atlanta, GA, 1993.

P-119   "Passive Restraint Litigation: Issues, Analysis and Action" (with L.E. Coben and R.C. Roberts) Kentucky Academy of Trial Attorneys Annual Convention, Louisville, 1993.

P-120   "Flexibility Effects in Multibody Systems" (with Y. Wang) NATO Advanced Study Institute on Computer Aided Analysis of Rigid and Flexible Mechanical Systems, Troia, Portugal, July 1993 published in *Proceedings*, Vol. I, pp 261-286 (M.S. Pereira and J.A.C. Ambro'sio-Editors).

P-121   "Human Factors and Affordances in Product Design -Implications for System Safety" (with B. Huston), Eleventh International System Safety Conference, Cincinnati, OH, July, 1993, *Proceedings*, pp. 2-A-2-1.

P-122   "Analysis of Locking Dynamics of 'Windowshade' Comfort Retractors in Three-Point Automobile Seat Belts," Eleventh International System Safety Conference, Cincinnati, OH, July 1993, *Proceedings*, pp. 3-B-2-1.

P-123   "Analysis of Vehicle Dynamics in Side Impact Collisions -Occupant Safety Considerations," Eleventh International System Safety Conference, Cincinnati, OH, July 1993, *Proceedings*, pp. 3-B-3-1.

P-124   "Automobile Hood Design for Pedestrian Safety" (with D. Lemmon), Eleventh International System Safety Conference, Cincinnati, OH, July 1993, *Proceedings*, pp. 3-B-4-1.

P-125   "Computational Methods for Studying Impact in Multibody Systems," (with C.C. Chang), Second U.S. National Congress on Computational Mechanics, Washington, D.C., 1993.

P-126   "Optimal Configuration of Multiarm Robots" (with G.A. Khader) ISRAM '94 Conference, Maui, Hawaii, 1994, published in: *Intelligent Automation and Soft Computing*, Vol. 2 (Edited by M. Jamshidi, et al.) TSI Press, 1994, pp. 247-255.

P-127   "On the Dynamics of Multiarm Robots" (with Y. Liu, S. Wang, and D. Zhang) ISRAM '94 Conference Proceedings, 1994.

P-128   "Analysis of Temporomandibular Joint Forces During Whiplash" (with D.R. Lemon and C. Brady) ASME Winter Annual Meeting, Chicago, 1994.

P-129   "SUPERCRASH–A Three-dimensional Crash Victim Simulation Program" (with D.R. Lemmon and M.Y. Wu) ASME Winter Annual Meeting, Chicago, 1994.

P-130   "Recent Advance in Modeling Flexible Multibody Systems" (with D. Zhang) AAS/AIAA Dynamic Specialists Meeting, Halifax, Nova Scotia, 1995.

P-131   "Motion Trajectory of Space Robots with Nonholonomic Constraints" (with X. Wang, D.Zhang, and C. Li) International Conference on Intelligent Autonomous Control in Aerospace 95, Beijing, P R China, 1995, published in *Proceedings* (L. Liu, Editor) pp. 29-35.

P-132   "Dynamic Stiffness Model of Flexible Structures and Variable Structure Control" (with D. Zhang, X. Wang, C. Li, and Y. Liu) International Conference on Intelligent Autonomous Control in Aerospace 95, Beijing, P R China, 1995, published in *Proceedings* (L. Liu, Editor) pp 348-355.

P-133   "Fundamentals of Motor Vehicle Accident Reconstruction and Analysis", Canadian Society of Medical Evaluators Conference, Toronto, Ontario, March, 1996.

P-134   "Impact Responses of Lower-Limbs of Vehicle Occupants in Frontal Crashes" (with D. Zhang and C. Li) International Conference on Pelvic and Lower Extremity Injuries, National Highway Traffic Safety Administration (NHTSA) Washington, D.C., December, 1995.

P-135   "Design Paramters for Comfortable and Safe Vehicle Seats", (with A. Genaidy and W.A. Shapton), SAE International Congress and Exposition, Detroit, 1997, published in *Progress with Human Factors in Automated Design, Seating Comfort, Visibility and Safety*, Society of Automotive Engineers, Warrendale, PA, SP-1242, pp 179, SAE Paper 771132.

P-136   "Optimal Posture for Burden Bearing – Geometric Limitations", 1997 Joint ASME, ASCE, and SES Summer Meeting, Northwestern University, Evanston, IL, 1997.

P-137   "Optimal Basketball Strategies from a Mechanics Perspective:, 1997 Joint ASME, ASCE, and SES Summer Meeting, Northwestern University, Evanston, IL, 1997.

P-138   "Validation of a Mathematical Model of a Right-Angle, Side-Impact Collision", (with C.A. Grau),Ohio Academy of Sciences Annual Meeting, Middleton, Ohio, 1998.

P-139   "On the Computational Mechanics of Crash Victim Simulation" (with F. El-Khatib) Society of Experimental Mechanics Annual Conference and Exposition on Theoretical, Experimental and Computational Mechanics, Cincinnati, Ohio 1999

P-140   "Spine Implants: Transverse Rod Connectors: A Delicate Balance Between Stability and Fatigue Performance" (with H.A. Serhou, F. El-Khatib, J.L. Stambough, A.M. Genaidy, and M. Funk) 1998 Annual Fall Meeting of the Biomedical Engineering Society, Cleveland, OH, October 1998.

P-141   "Development of the Quantitative Model for Application of Workers' Expertise in Evaluating Manual Lifting Tasks" (with W. Karwowski, A. Genaidy, S. Yeung, and J. Beltram) Human Factors and Ergonomics Society 43rd Annual Meeting, Houston, TX, 1999 published in Proceedings, pp 647-655.

P-142   "Optimal Basketball Strategies for the Free Throw, the Layup and the Rebound", (with C. Grau) Ohio Academy of Sciences Annual Meeting, Ada, Ohio 2000

P-143   "University/Industry Design Clinic - A Report of Over a Decade of Experience with an Innovative Capstone Design Course" (with S. Anand and G.E. Seidman) Sixth Interamerican Conferences on Engineering and Technology Education (INTERTECH 2000), Cincinnati, Ohio, 2000 Published on Proceedings Disk.

P-144    "Musculoskeletal Dynamics of Heavy Equipment Operators" (with F. Li and T. Waters) International Conference on Computer-Aided Ergonmics and Safety CAES 2001, Maui, Hawaii, 2001.

P-145    "Simulation of Accident Vehicle Occupant Motion Under Varying Constraint Conditions" (with F. El-Khatib) International Conference on Computer-Aided Ergonomics and Safety CAES 2001, Maui, Hawaii, 2001.

P-146    "Multibody Dynamics" (a short course), CDC-NIOSH, Morgantown, WV, 2001.

P-147    "The Teacher and the Book: Teaching in the English Language Department of Engineering of the Technical University of Sofia;" (with L. Dimitrov) Bulgarian Fulbright Commission Conference on Knowledge, Power, and Freedom in a Changing World, Sofia, Bulgaria, May, 2002.

P-148    "Biomechanical Modeling of Spinal Loading Due to Jarring and Jolting for Heavy Equipment Operators" with T.R. Waters, F. Li, and N.K. Kittusamy) XV[th] Congress of International Ergonomics Association,Seoul, Korea, August 2003.

## Books:

B-001  *Aircraft Crashworthiness* (Editor with co-Editors, K. Saczalski, G.T. Singley, III, W. Pilkey) University Press of Virginia, 1975.

B-002  *Dynamics of Wheeled Recreational Vehicles* (Editor) Society of Automotive Engineers, SP-443, Warrendale, PA, 1979.

B-003  *Recreational Vehicle Dynamics* (Editor) Society of Automotive Engineers, SP-463, Warrendale, PA, 1980.

B-004  *Introduction to Finite Element Methods* (with C.E. Passerello), Marcel Dekker, NY, 1984.

B-005  *Ergonomics and Human Factors* (Editor with L. Mark and J. Warm) Springer-Verlag, NY, 1987.

B-006  *Multibody Dynamics Part 1* (with Y. Liu), Tianjin University Press, Tianjin, People's Republic of China, 1988.

B-007  *Multibody Dynamics*, Butterworth-Heinemann, Stoneham, MA, 1990.

B-008  *Multibody Dynamics* (with S. Huang), National Institute for Compilation and Translation, Taipei, TAIWAN, R.O.C., 1995.

B-009  *Formulas for Dynamic Analysis* (with C.Q. Liu) Marcel Dekker, NY, 2001.

B-010  *Dynamics of Mechanical Systems* (with H. Josephs) CRC Press, Boca Raton, FL, 2002.

## Published Book Reviews:

V-001  *Numerical Solutions of Elliptic Problems* by G. Birkoff and R.E. Lynch, SIAM Studies in Applied Mathematics, Philadelphia, PA, 1984.  Review to be published in *Applied Mechanics Reviews*, 1985.

V-002  *Developments in Thin-Walled Structures 1 and 2*, Edited by J. Rhodes and A.C. Walker, Applied Science Publishers, London, 1982 and 1984.  Review published in *Experimental Techniques*, Vol. 9, No. 9, 1985, p. 18.

V-003  *Behavior of Thin Walled Structures*, Edited by J. Rhodes and J. Spence, Elsevier Applied Science Publishers, London, 1984.  Review published in *Experimental Techniques*, Vol. 9, No. 8, 1985, p. 11.

V-004  Thin-Walled Structures, Edited by J. Rhodes, Applied Science Publishers, Ltd., London, 1983.  Review published in *Experimental Techniques*, Vol. 9, No. 8, 1985, p. 11.

V-005  *Applied Finite Element Analysis* by L.J. Segerlind, Second Edition, John Wiley and Sons, Inc., New York, 1984.  Review published in *Finite Elements in Analysis and Design*, Vol. 1, No. 2, 1985.

V-006  *The Engineering of Numerical Software* by W. Miller, Prentice Hall Series in Computational Mathematics, Englewood Cliffs, NJ, 1984.  Review published in *Applied Mechanics Reviews*, Vol. 38, No. 5, 1985, p. 548.

V-007  *Computer Aided Analysis and Optimization of Mechanical System Dynamics*, Edited by E.J. Haug, Verlog, New York, 1984.  Review published in *Journal of Applied Mechanics*, Vol. 52. No. 1, 1985, p. 243.

V-008  *Space Dynamics* by T.R. Kane, P.W. Likins, and D.A. Levinson, McGraw Hill, New York, 1982.  Review published in *Journal of Applied Mechanics*, Vol. 50, No. 2, 1983, p. 477.

V-009  *Kinematics and Dynamics of Planer Machinery*, by B. Paul, Prentice Hall, Inc., Englewood Cliffs, NJ, 1979.  Review published in *Journal of Applied Mechanics*, Vol. 47, No. 2, p. 459.

V-010  *Theoretical Kinematics*, O. Bottema and B. Roth, North Holland Publishing Co., Amsterdam, Netherlands, 1979.  Review published in, *Applied Mechanics Reviews*, Vol. 32, No. 11, p. 1369, 1979.

V-011  *Principles of Structural Stability*, by H. Ziegler, Second Edition, Birkhauser Verlog, Basel and Stuttgart, 1977.  Review published in *Zentralblatt fur Mathematik*.

V-011  *Constitutive Laws for Engineering Materials with Emphasis on Geologic Materials*, Prentice Hall, Inc. Englewood Cliffs, NJ, 1984.  Review published in *Zentralblatt fur Mathematik*.

V-013  *Mathematical Theory of Nonlinear Elasticity*, by A. Hanyga, Ellis Horwood, Ltd. Publishers, Chichester, 1985.  Review to be published in *Zentralblatt-fur-Mathematik*.

V-013  *Finite Element Primer* by B. Irons and N. Shrive, John Wiley & Sons, Halsted Press, 1983.  Review published in *Experimental Techniques*, Vol. 8, No. 11, p. 16, 1984.

V-015  *Introduction to the Theory of Thin Shells* by H. Molkman, John Wiley & Sons, Ltd., 1981.  Review published in *Experimental Techniques*, Vol. 8, No. 11, p. 16.

V-016   *Mathematical Theory of Elasticity*, 2nd Ed. by I.S. Sokolnikoff (Reprint of the 1956 Original
        Publication by McGraw Hill) Robert E. Kieger Publishing Co., Malabar, Florida, 1983.
        *Zentralblatt fur Mathematik*, 1983.

V-017   *Numerical Solutions of Elliptic Problems* by G. Birkoff R.E. Lynch, SIAM Studies in Applied
        Mathematics, 1984.  Review published in *Applied Mechanics Reviews*, Vol. 39, No. 3, p.
        380, 1986.

V-018   *Human Reliability with Human Factors* by B.S. Dhillon, Permagon Press 1986. Published in
        *Applied Mechanics Reviews*, Vol. 40, No. 2, 1987, p. 192.

V-019   *Human Factors Design Handbook* by Wesley E. Woodson, McGraw Hill, 1981.  Published in
        *Applied Mechanics Reviews*, Vol. 40, No. 4, 1987, p. 474.

V-020   *Engineered Work Measurement* by Delmar W. Karger and Franklin H. Bayha 4th Edition,
        Industrial Press Inc., 1987.  Review to be published in *Applied Mechanics Reviews*, Vol.
        40, No. 8., 1987, pp. 1968-69.

V-021   *Designing the User Interface - Strategies for Effective Human Computer Interaction* by B.
        Shneiderman, Addison Wesley, 1987.  Published in *Applied Mechanics Reviews*, Vol. 40,
        No.7, 1987, p. 909.

V-022   *Theory of Asymmetric Elasticity* by W. Nowacki, Permagon Press PWN-Polish Scientific
        Publishers, 1986.  Review to be published in *Zentralblatt fur Mathematik*, 1987.

V-023   *Finite Element Methods in CAD: Electrical and Magnetic Fields*, by J.C. Sabonnadiere and
        J.L. Coulomb, Springer Verlag, 1987, Review to be published in *Applied Mechanics
        Reviews*, 1988.

V-024   *Designing for Humans: The Human Factors in Engineering*, by J.H. Burgess, Petrocelli,
        1986, *Applied Reviews*, Vol. 41, No. K, 1988, p. B73.

V-025   *Introduction to Sobolev Spaces and Finite Element Solution of Elliptic Boundary Value
        Problems* by J.T. Matri, Academic Press 1986.  *Applied Mechanics Reviews*, Vol. 41, No.
        7, 1988, p. B113.

V-026   *Transforms for Engineers -A Guide to Signal Processing* by K.G. Beauchamp, Oxford, 1987.
        *Applied Mechanics Reviews*, Vol. 41, No. 8, 1988, p. B137.

V-027   *Boundary Element Methods in Mechanics* edited by D.E. Beskos, Elsevier Science
        Publishers, 1987.  Review to be published in *Applied Mechanics Reviews*.

V-028   *Mathematical and Physical Aspects of Stochastic Mechanics* by P. Blanchard, P. Combe,
        and W. Zheng, Springer-Verlag, 1987.  *Applied Mechanics Reviews*, 1988, Vol. 41, No.
        10,1988, p. B177.

V-029   *Classical Mechanics of Particles and Rigid Bodies* by K.P. Gupta, Wiley, 1988 *Applied
        Mechanics Reviews*, Vol. 42, No. 4, 1989, pp. B50-B51.

V-030   *Dynamics of Multibody Systems* by R.E. Roberson and R. Schwertassek Springer-Verlag,
        1988. *Journal of Applied Mechanics*, Vol. 56 1989, pp. 235-236.

V-031   *Finite Element Approximation for Optimal Shape Design* by J. Haslinger and P. Neittaanmaki,
        Wiley, 1988, *Applied Mechanics Reviews*, Vol. 42, No.11, 1989, pp. B207-B208.

V-032    *Concepts and Applications of Finite Element Analysis* by R.D. Cook, D.S. Malkus, and M.E.
         Plesha, Wiley, 1989, *Applied Mechanics Reviews*, Vol. 42, No. 10, 1989, pp. B169-B170.

V-033    *Mechanical Vibration Analysis and Computations* by D.E. Newland, Wiley, 1989, *Applied
         Mechanics Reviews*, Vol. 43, No. 6, 1990, p. B131.

V-034    *Biomechanics and Motor Control of Human Movement*, 2nd Edition by D.A. Winter, Wiley,
         1990, *Applied Mechanics Review*, Vol. 43, No. 9, 1990, p. B240.

V-035    *Human Factors Handbook*, 2nd Edition, by W. E. Woodson, B. Tillman, and P. Tillman,
         McGraw Hill, 1992, *Applied Mechanics Review*, Vol. 45, No. 3, 1992, P. B39.

V-036    *Finite Element Method: Basic Concepts and Applications* by Darrell Pepper and Juan
         Heinrich, Hemisphere Publishing, 1992, *Applied Mechanics Reviews*, Vol. 45, No. 8,
         1992, pp. B103.

V-037    *Solving Geometric Constraint Systems: A Case Study in Kinematics* by Glenn A. Kramer,
         MIT Press, 1992, *Applied Mechanics Reviews*, Vol. 45, No. 11, 1992, pp. B152.

V-038    *Industrial Brake and Clutch Design* by Alan K. Baker, Pentech Press, London, 1992, *Applied
         Mechanics Reviews*, Vol. 46, No. 4, 1993, pp. B61.

V-039    *The Measure of Man and Woman-Human Factors in Design* by Alvin R. Tilley, Whitney
         Library of Design, New York, 1993, *Ergonomics in Design*, 1994, pp. 37, 39.

V-040    *Manufacturing Facilities: Location, Planning, and Design*-Second Edition by D.R. Suk, PWS
         Publishing, Boston, MA, 1994 review to be published in *International Journal of Industrial
         Engineering*, 1994.

V-041    *Discrete Systems Simulations* by B. Khoshnevis, McGraw Hill, 1994 *International Journal of
         Industrial Engineering*, Vol. 1., Nov. 2, 1994, pp. 175.

V-042    *Essential Engineering Equations* by S.A. Nasar and C.R. Paul, CRC Press, Boca Raton, FL,
         1991, *Applied Mechanics Reviews*, Vol. 47, No. 10, 1994, P. B100,

V-043    *Robot Evaluation: The Development Arthrobotics* by M.E. Rosheim, Wiley, NY, 1994,
         *Applied Mechanics Reviews*, Vol. 48, No. 1, 1995, P. B4.

V-044    *Anthropometric Methods: Designing to fit the Human Body*, by J. A. Roebuck, Jr. Human
         Factors and Ergonomics Society 1995, *Ergonomics in Design*, July 1995, pp. 29-30.

V-045    *Engineering Vibration* by D. J. Inman, Prentice-Hall, 1994, *Applied Mechanics Reviews*, Vol.
         48,. No. 6., 1995, pp. B73-74.

V-046    *Introduction to Simulation Using Siman (2nd Ed.)*, by C. D. Pegden, R. E. Shannon, and R. P.
         Sadowski, McGraw Hill, 1995, *International Journal of Industrial Engineering*, Vol. 2., No.
         1, 1995, p. 65.

V-047    *Advanced Theories of Hypoid Gears* by X. C. Wang and S. K. Ghosh, Elsevier, 1994, *Applied
         Mechanics Reviews*, Vol. 48, No. 10, 1995, p. B144.

V-048    *Ergonomics in Back Pain-A Guide to Prevention and Rehabilitation* by T.M. Khalil, E.M.
         Abdel-Moty, R.S. Rosomoff and H.L. Rosomoff, Van Nostrand, 1995, *International
         Journal of Industrial Engineering*, Vol. 17, 1996, p. 299.

V-049   *Managing Scientists - Leadership Strategies in Research and Development* by A.M.
            Sapienza, Wiley 1995, *International Journal of Industrial Engineering*, Vol. 3, 1996, p. 67.

V-050   *Precision Manufacturing Costing* by E. Ralph Sims, Marcel Dekker, 1995, *International
            Journal of Industrial Engineering*, Vol. 3, 1996, pp. 67-68.

V-051   *Green's Functions in Applied Mechanics* by U.A. Melnikau, Comput. Mech., Billerica, MA,
            1995, *Applied Mechanics Review*, Vol. 49, No. 2, 1996, p. B19.

V-052   *Project Management in Manufacturing and High Technology Operations* by A.B. Badira,
            Wiley-Interscience, 1996, *International Journal of Industrial Engineering*, Vol. 3, No. 3,
            1996, pp. 208.

V-053   *Vibration for Engineers* by A. Dimarogonas, Prentice Hall, 1996, *Applied Mechanics Reviews*,
            Vol. 49, No. 10, 1996, p. B107.

V-054   *Fundamentals of Robotic Mechanical Systems: Theory, Methods and Algorithms*, Springer,
            New York, 1997, *Applied Mechanics Reviews*, Vol. 50, No. 7, 1997, p. B69.

V-055   *Achieving Stretch Goals - Best Practices for the New Millennium*, by J. J. Golovin, Prentice
            Hall, 1997, *International Journal of Industrial Engineering*, Vol. 4, 1997, p. 284.

V-056   *System Engineering Management*, by B.S. Blanchard, John Wiley, 1998, *International
            Journal of Industrial Enginnering*, Vol. 5, 1998, p. 176.

V-057   *Force Control of Robotics Systems* by D.M. Gorinevsky, A.M. Formalksy, andA.Y.Schneider,
            CRC Press, 1997, to be published in *Zentralblatt fur Mathmatik*, 1998.

V-058   *TETROBOT. A Modular Approach to Reconfigurable Parallel Robotics*, By G.J. Howlin and
            A.C. Sanderson, Klawer International Series in Engineering and Computer Science, 1998,
            to be published in *Zentralblatt fur Mathmatik*, 1999.

V-059   *Statistical Control by Monitoring and Feedback Adjustment* by G. Box and A. Luceno, John
            Wiley, 1997, *International Journal of Industrial Engineering*, Vol. 6, 1999, p.184.

V-060   *Multibody Dynamics with Unilateral Contacts* by F. Pfeiffer and C. Glocker, John Wiley, 1996,
            to be published in *Zentralblatt fur Mathmatik*, 1999.

V-061   *Basics of Robotics – Theory and Components of Manipulators and Robots*, Edited by A.
            Morecki and J. Knapezyk, Springer Wien, New York, 1999 to be published in *Zentralblatt
            fur Mathematik*, 2000.

V-062   *Influence Functions and Matrices*, Y.A., Malnikov, Marcel Debker, NV, 1999, *Applied
            Mechanics Reviews*, Vo. 52, No. 11, 1999, pp B121-B122.

V-063   *Practical Motion Planning in Robotics*, Edited by K. Gupta and a.P. Del Pobil, J. Wiley and
            Sons, NY, 1998, to be published in *Zentralblatt fur Mathematik*, 2000.

V-064   *The Art of Modeling in Science and Engineering*, by D. Basmadjian, Chapman and Hall, NY
            1999, Applied Mechanics Review, Vol. 53, No. 7, 2000, p. 863.

V-065   *Introduction to Composite Materials Design* by E.J. Barbero, Taylor and Francis, 1999,
            *International Journal of Industrial Engineering*, Vol. 9, No. 1, 2001, p. 73

V-066    *Product Design and Development* (Second Edition) by K. T. Ulrich and S.D. Eppinger, McGraw Hill, 2000, *International Journal of Industrial Engineering*, Vol. 8, No. 1, 2001, pp 73-74.

V-067    *Engineering Design - A Materials and Processing Approach* by G.E. Dieter, McGraw Hill, 2000, *International Journal of Industrial Engineering*, Vol. 8, No. 1, 2001, p. 74.

V-068    *The New Dynamics Project Management – Winning Through the Competitive Advantage* by D.S. Kezsbom and K. A. Edward, 2001, *International Journal of Industrial Engineering*, Vol. 8, No. 2, 2001, p 169.

V-069    *Multi-Criteria Decision Making Methods: A Comparative Study* by E. Triantophyllou, 2000, *International Journal of Industrial Engineering*, Vol. 8., No. 3, 2001, p. 264.

V-070    *Dynamics Simulations of Multibody Systems* by M.G. Coutinho, Springer 2001, *Applied Mechanics Reviews*, 2002.

V-071    *Nonlinear Ineraction - Analytical, Computational, and Experimental Methods*, by A.H. Nagfeh, Wiley Interscience, 2002, Zenholblatt for Mathematik, 2002.

V-072    *Models of Oculomotor Control*, by G.K. Hung, World Scientific, 2001, *Applied Mechanics Reviews*, 2002, PB119

V-073    Handbook of Industrial Engineering – Technology and Operation Management, Edited by G. Salvendy, J. Wiley & sons, 2002, *International Journal of Industrial Engineering*, Vol. 9, No.1, 2002, p.104.

V-074    *Fundamentals of Modern Manufacturing – Materials, Processes, and Systems* by M.P. Groover, J. Wiley & Sons, 2002, *International Journal of Industrial Engineering*, Vol.9, No.1, 2002, pp.104-5.

V-075    *Introduction to Bioengineering*, Edited by Y.C. Fang, World Science Publishers, Singapore, 2001, Applied Mechanics Reviews, Vo. 55, No.2, 2002, p.B39.

## Reports:

R-001    "On the Vibrations of Elastic Bodies in the Presence of Rigid Body Motion," PhD Dissertation, 1962, University of Pennsylvania.

R-002    "On the Action of Rubber Covered Rolls - A Review of Technical Literature," Report No. 342, 1960, Scott Paper Company.

R-003    "Circumferential Strains, Roll Slip and Paper Creeping in the Nip Area," Report No. 341, 1960, Scott Paper Company.

R-004    "A Study of Elastic Vibrations of the Outer Race of Rolling Element Bearing,' SKF Industries Report AL61I02, 1961.

R-005    "X-rays Passing Between Two Identical Spheres," SKF Industries Report AK62L0202, 1962.

R-006    "User's Manual for UCIN CRASH Vehicle-Occupant Crash-Study Model," (with C.E. Passerello) ONR-UC-EA-050174-2, 1974.

R-007    "An Analysis of General Chain Systems," (with C.E. Passerello) N72-30532, NASA-CR-1124, 1972.

R-008    "User's Manual for UCIN CRASH Vehicle-Occupant Crash Study Model - Version II," (with C.E. Passerello and M.W. Harlow) ONR-UC-EA-110174, 1974.

R-009    "User's Manual for UCIN-SUPER: CHAIN SYSTEMS," (with C.E. Passerello, M.W. Harlow, J.M. Winget) National Technical Information Service, Report No. PB2459, 1975.

R-010    "Dynamics of General Chain Systems," (with C.E. Passerello) NTIS Report PB257184, Report No. EA-0176-5, August 1976.

R-011    "Multi-Rigid Body System Dynamics with Application to Human-Body Models and Finite-Segment Cable Models," with C.E. Passerello) Report No. ONR-UC-ES-0177-4.

R-011    "Dynamics of Multibody Systems with Translation Between the Bodies," (with C.E. Passerello) National Technical Information Service (NTIS) Report No. PB284711/AS, 1978.

R-013    "Multibody Dynamics Including Translation Between the Bodies -with Application to Head-Neck Systems," (with C.E. Passerello) ONR-UC-ES-091378-7.

R-013    "A Critical Evaluation of Computer Subroutines for Solving Stiff Differential Equations," (with D.C. Krinke) ONR-UC-ES-101578-8.

R-015    "Ideal Spiral Bevel Gears -A New Approach to Surface Geometry," (with J.J. Coy) NASA Technical Memorandum 81346 and AVRADCOM Technical Report 80-C-5, February 1980.

R-016    "Multi-Body Dynamics Including the Effects of Flexibility and Compliance,"  Report No. ONR-UC-ES-040180-8, April 1980.

R-017    "A Representation of Fluid Forces in Finite Segment Models," (with J.W. Kamman) ONR-UC-MIE-090180-10, October, 1980.

R-018   "On Parachutist Dynamics," (with J.W. Kamman) Report No. ONR-UC-MIE-100180-10,
        October, 1980.

R-019   "Surface Geometry of Circular Cut Spiral Bevel Gears," (with J.J. Coy) submitted to NASA
        Lewis Research Center, 1980.

R-020   "A Basis for the Analysis of Surface Geometry of Spiral Bevel Gears," (with J.J. Coy)
        submitted to NASA Lewis Research Center, 1981.

R-021   "Tooth Profile Analysis of Circular-Cut Spiral Bevel Gears," (with Y. Lin and J.J. Coy)
        submitted to Lewis Research Center, 1981.

R-022   "Validation of Finite Segment Cable Models," (with J.W. Kamman) Report No.
        ONR-UC-MIE-041581-11, April 1981.

R-023   "User's Manual for UCIN-CABLE," (with J.W. Kamman) Report No.
        ONR-UC-MIE-101581-13, October 1981.

R-024   "A Finite Element Analysis of Spur Gears Including Fillet Radii and Rim Thickness Effects,"
        (with S.H. Chang and J.J. Coy) NASA Technical Memorandum 82865, AVRADCOM
        Technical Report 82-C-8, 1982.

R-025   "Multibody System Dynamics with Constraints: The 'Closed Loop' Problem" (with J.W.
        Kamman) Report No. ONR-UC-MIE-080181-11, 1981.

R-026   "User's Manual for UCIN-INERTIA, A Computer Program for Computing Inertia Properties of
        Arbitrarily Shaped Robot Links," National Technical Information Service (NTIS) Report
        No. PB82-137885, 1982.

R-027   "On Finite Element Stress Analysis of Spur Gears," (with S.H. Chang) NASA Contractor
        report 167938, July 1982.

R-028   "User's Manual for UCIN-EULER A Multipurpose, Multibody Systems Dynamics Computer
        Program," (with M.W. Harlow and N.L. Gausewitz) ONR-UC-MIE-090182-13, 1982 NTIS
        AD-A110403.

R-029   "User's Manual for CABLE -A Three-Dimensional Finite Segment Computer Code for
        Submerged and Partially Submerged Cable Systems," (with J.W. Kamman)
        ONR-UC-MIE-050183-15.

R-030   "Geometrical Analysis of Circular -Cut Spiral Bevel Gears," NASA Contractor Report, No.
        168226, July 1983.

R-031   "Modelling of Submerged Cable Dynamics," (with J.W. Kamman) Report No.
        ONR-UC-MIE-070183-16, 1983.

R-032   "Modelling of Large Structural Systems," Report No. UC-MIE-041584-17, 1984.

R-033   "User's Manual for UCIN-CABLE III -A Two-Dimensional Finite Segment Computer Code for
        Submerged and Partially Submerged Cable Systems," (with J.W. Kamman) Naval
        Coastal Systems Center Contractor Report 105-84.

R-034   "User's Manual for UCIN DYNOCOMBS" (with J.W. Kamman) NSF-UC-MIE-080585-18,
        NTIS Acc. No. PB85-240075/AS.

R-035    "Dynamic Loading on Parallel Shaft Gears" (with H.H. Lin) NASA Contractor Report 179473
             UC-MIE-051586-19 July, 1986.

R-036    "User's Manual for UCIN DYNOCOMBS -II" (with J.W. Kamman) NTIS Acc. No. PB87-
             216594/A05, 1987.

R-037    "On Dynamic Loads in Parallel Shaft Transmissions I  Modelling and Analysis" (with H.H. Lin
             and J.J. Coy) NASA Technical Memorandum 100180 and AVSCOM  Memorandum
             100255 and AVSCOM Technical Report 87-C-2, 1987.

R-038    "Finite Element Grid Improvement by Minimization of Stiffness Matrix Trace," (with M.G.
             Kittur and F.A. Oswald) NASA Technical Memorandum 100255 and AVSCOM Technical
             Report 87-C-4, 1987.

R-039    "Improvement in Finite Element Meshes:  Heat Transfer in an Infinite Cylinder" (with M.G.
             Kittur and F.A. Oswald) NASA Technical Memorandum 101310 and AVSCOM Technical
             Report 88-C-021, 1988.

R-040    "Computer-Aided Design of Bevel Gear Tooth Surfaces," (with S.H. Chang and J.J. Coy),
             NASA Technical Memorandum 101349 and AVSCOM Technical Memorandum 88-C-005,
             1989.

R-041    "Mesh Refinement in Finite Element Analysis by Minimization of the stiffness Matrix Trace"
             (with M.G. Kittur),  NASA Contractor Report 185170, USAAVSCOM Technical Report 89-
             C-019, November, 1989.

R-042    "Computer Simulation of Gear Tooth Manufacturing Processes" (with D. Mavriplis) NASA
             Contractor Report 185200, AVSCOM Technical Memorandum 90-C003, February 1990.

R-043    "A New Procedure for Calculating Contact Stresses in Gear Teeth" (with P. Somprakit) NASA
             Contract Report187094, U.S. Army AVSCOM Technical Report 91-C-011, April, 1991.

R-044    "Contact Stresses in Gear Teeth--A New Method of Analysis" (with P. Somprakit and F.B.
             Oswald) NASA Technical Memorandum 104397, AVSCOM Technical Report 91-C-001,
             AIAA 91-2022, 1991.

R-045    "A Basis for Solid Modelling of Gear Teeth with Application in Design and Manufacture" (with
             D. Mavriplis, F.B. Oswald, and Y.S. Liu) NASA Technical Memorandum 105392,
             AVSCOM Technical Report 91-C-044, 1992.

R-046    "Contact Stresses in Meshing Gear Spur Gear Teeth: Use of an Incremental Finite Element
             Procedure," NASA Technical Memorandum 105388, AVSCOM Technical Report 90-C-
             029, 1992.

R-047    "Computation of Gearing Mechanics," NASA Contractor Report 191117, Army Research
             Laboratory Contractor Report ARL-CR-43, 1993.

## Research Grants and Contracts:

G-001    Principal Investigator: "On the Attitude, Stability and Control of a Man in Space," University
           of Cincinnati, Institute of Space Sciences, NGR 37-004-013 1968-72. $15,000.

G-002    Administrator: "Multidisciplinary Space Related Research in the Physical, Engineering, Life
           and Social Sciences," National Aeronautics and Space Administration, NGR 36-004-013,
           1970-72. $75,000.

G-003    Principal Investigator: "Investigation into Material Properties and Applications," National
           Aeronautics and Space Administration, NGR-36-004-104, 1971-72. $20,000.

G-004    Principal Investigator: "Dynamics of General Chain Systems," National Science Foundation,
           Grant 41172, 1974-76. $50,000.

G-005    Administrator: "Symposium on Aircraft Crashworthiness," Sponsored by: Office of Naval
           Research-Eustis Directorate, Army Air Mobility Research and Development Lab, Air Force
           6570th Aerospace Medical Research Lab, 1975. $30,000.

G-006    Principal Investigator: "Dynamics Analysis of Complex Mechanical Systems," National
           Science Foundation Grant, ENG 75-21037, 1976-78. $80,000.

G-007    Principal Investigator: "Analysis of Colic Motility Data," Hoffman-LaRoche, Inc., 1976-81.
           $25,000.

G-008    Principal Investigator: "Investigations into the Geometry of Straight and Spiral Bevel Gears,"
           National Aeronautics and Space Administration, NSG 3188,
           1980-88. $300,000.

G-009    Principal Investigator: "Dynamics of General Chain Structural Systems," Office of Naval
           Research, Contract N00013-76C-0134, 1974-83. $308,000.

G-010    Principal Investigator: "Multibody Dynamics Including the Effects of Flexibility and
           Compliance," National Science Foundation Grant MEA 8101110, 1981-83. $100,000.

G-011    Principal Investigator: "Dynamics of Constrained Multibody Systems," National Science
           Foundation, MEA 8313439, 1984-86. $137,000.

G-011    Principal Investigator, "Lower Extremity Joint Forces in Repetitive Occupational Movements,"
           National Institute for Occupational Safety and Health, NIOSH Contract 85-35521, 1985.
           $2200.

G-013    Principal Investigator, "Use of Supercomputers in Constrained Multibody Systems Analysis,"
           National Science Foundation, Grant Supplement MSM-8313439, 1985. $26,400.

G-013    Recipient, "International Travel Grant to Italy," National Science Foundation, Grant No.
           MSM-8513801, 1985. $1750.

G-015    Recipient, "Supplement for Support of Undergraduate Minorities," National Science
           Foundation, Grant No. MSM-8513801, 1986, $10,000.

G-016    Principal Investigator, "Dynamics of Redundant Multibody Systems," National Science
           Foundation, Grant No. MSM-8611970, 1987-89. $150,000.

G-017   Director, "Training Grant for James E. Wade," National Aeronautics and Space
        Administration, NTG-70047, 1987-90, $54,000.

G-018   Director, "Training Grant for Phyllis Majors, Mark Thomas, " National Aeronautics and Space
        Administration, NTG-70048, 1987-90, $54,000.

G-019   Principal Investigator, "Computational Procedures in the Design and Analysis of Gearing
        Systems," NSG 3188, 1988-90, $110,000.

G-020   Unido Grants, $15,000 (for support of Visiting Chinese Scholars (United Nations
        International Development Organization).

G-021   Collaborating Investigator (with T. Kimball), "Ventricular Wall Stress in Oncology Patients,"
        American Heart Association, 1989-90, $20,000.

G-022   Principal Investigator (with R. Ballinger), Automobile Hood, Fender and Cowl Design to
        Reduce Head Impact Injury," Transportation Research Center (NHTSA) 1989-1990,
        $58,500.

G-023   Principal Investigator, "Development of a Nonlinear Dynamic Head/Neck Model," Cray
        Research and Development Grant, Ohio Supercomputer Center, 1989-90, $31,300.

G-024   Principal Investigator, "Computational Methods in Multibody Systems Dynamics," National
        Science Foundation Grant MSS8911521, 1989-1992, $240,000.

G-025   Faculty Coordinator, "Increasing Sensitivity to Cultural Diversity in the Engineering School
        Environment," National Science Foundation Grant EID-9119636, 1992-93 (Grant to
        National Action Council for Minorities in Engineering).

G-026   Co-Administrator "A Workshop on the Role of Ergonomics in Designing for Manufacturability
        and Humans in General in Advanced Manufacturing Technology," National Science
        Foundation, 1993, $10,000.

G-027   Principal Investigator, "Comparative Analysis of Hook/Screw Linkages: Determination of
        Failure Modes and Fatigue Lives," DePuy–Motech Corp., $23,000, 1997..

G-028   Co-Investigator (with A.G. Genaidy), "Additional Job Characterization for Identification of
        Essential Job Elements," Dept. Of Energy (DOE), $25,000, 1997.

G-029   Co-Investigator (with Y. Liu and E. Berger), "Analysis of Shaft Couplings", X-Tek, Inc.
        Cincinnati, OH, $50,000, 1998-99.

G-030   Co-Investigator (with D.B. Melvin), "A Device for Geometric Remodeling of the LeftVentricle",
        Edison BioTechnology Center, $96,000, 1998-99.

G-031   Principal Investigator, "Musculoskeletal Disorders of Heavy Equipment Operators", DHHS
        PHS CDC NIOSH, $25,000, 2000-01.

G-032   Principal Investigator, "Development of a Two-Worker Lifting Model for the Human Body",
        DHHS PHS CDC NIOSH, $10,000, 2001.

## Patents:

PT-1    "Method and Apparatus for Palletizing Randomly Arriving Mixed Size and Content Parcels"
        (with A. K. Mazouz, G.D. Stutzky, E.L. Hall, and R.L. Huston), United States Patent No.
        5,175,692, December 29, 1992.