IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL INNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN<br>    Plaintiffs<br>VS.<br><br><br>FORD MOTOR COMPANY and<br>AUTOMOTRIZ DEL NORESTE, S.A. de C.V.<br>    Defendants | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. B-03-120<br>§<br>§<br>§<br>§<br>§ |

---

**ORDER DENYING DEFENDANT FORD MOTOR COMPANY'S MOTION TO EXCLUDE TESTIMONY OF GERALD ROSENBLUTH**

---

BE IT REMEMBERED that on this day, the Court considered all papers on file herein and argument of counsel and DENIED Defendant Ford Motor Company's Motion to Exclude Testimony of Gerald Rosenbluth.

DONE at Brownsville, Texas, this ___ day of ____, 2005.

Hilda G. Tagle<br>
UNITED STATES DISTICT JUDGE