

**AUTOMOTIVE CONSULTING SERVICES, INC.**
4747 SOUTH LAKESHORE DRIVE, SUITE 101
TEMPE, ARIZONA 85282
(480) 890-1000
FACSIMILE (480) 456-3805

| 01 | ACS 04-0420A | REYNOSO V FORD MOTOR CO. | SURROGATE TESTING | 11/29/04 |
|---|---|---|---|---|

<u>SUBJECT VEHICLE</u>
2000 FORD EXPLORER XLS
SV VIN: 1FMZU62E6YZC13643
DATE OF ACCIDENT: 11/01/03 @ 2000 HRS.

<u>EXEMPLAR VEHICLE BUCK</u>
2000 FORD EXPLORER XLT
EV VIN: 1FMZU63E5YZC42047

<u>PARTIES PRESENT:</u>[A]
GERALD ROSENBLUTH → ACS, INC.
RON HUSTON → PTF BIOMECHANICAL
THOMAS POLLOCK → ACS, INC. TECH
MARK POLLOCK → ACS, INC. TECH

[A]SURROGATE OCCUPANTS LISTED BELOW

<u>LOCATION:</u>  ACS, INC.

SUBJECT VEHICLE SEATING DIAGRAM

FRONT OF VEHICLE

| #1<br>JEAN REYNOSO PAYAN<br>[DRIVER]<br>51 YEARS OLD<br>5'4" – 130 LBS.[1]<br>QUADRIPLEGIA W/ C6-7 SUBLUXATION[2] | #2 | #3 |
|---|---|---|
| SURROGATE: BERNICE RAMIREZ<br>OVERALL HT: 64.90"<br>SEATED HT: 33.50"<br>CLOTHED WT: 132.00 LBS<br>INSEAM MSM'T: 30.00" | | |
| #4 | #5 | #6 |

REAR OF VEHICLE

[1] = OBTAINED FROM MCALLEN MEDICAL CENTER RECORDS & DRIVER'S LICENSE
[2] = OBTAINED FROM VALLEY BAPTIST MEDICAL CENTER RECORDS

#1
BERNICE RAMIREZ[3]
5647 S 7TH PLACE
PHOENIX, AZ 85040
[H] 602-509-4087

[3] = SURROGATE OCCUPANT PROVIDED BY MOVIEWORK NOW PER ACS, INC.

| 02 | ACS 04-0420A | REYNOSO V FORD MOTOR CO. | SURROGATE TESTING | 11/29/04 |

## EXEMPLAR VEHICLE TEST SET-UP:

SEAT ASSEMBLY POSITION #1

| SELECTED QUANTIFICATIONS | SUBJECT VEHICLE | EXEMPLAR VEHICLE |
|---|---|---|
| FLOORBOARD → BENCH HEIGHT VERTICAL | 12.50" | 12.50" |
| FIREWALL → BENCH SEAM LONGITUDINAL | 22.50" | 22.50" |
| BENCH → BACK HYPOTENUSE | 36.75" | 36.75" |
| PILLAR D-RING POSITION | | |
| | MAX HT ADJ DETENT | MAX HT ADJ DETENT |
| (H-POINT) SEAT BENCH → ROOF | 28.50" | 37.50" |
| TOP OF SEAT BACK → ROOF | 04.00" | 09.50" |

| 03 | ACS 04-0420A | REYNOSO V FORD MOTOR CO. | SURROGATE TESTING | 11/29/04 |

## TEST SEQUENCE "A"
### SEATING POSITION #1 → LEFT FRONT

| TEST A-1   OEM → ROLL INDUCED ELR LOCK-UP | | | | |
|---|---|---|---|---|
| EV BUCK CCW ROLL ANGLE | L/P | D/R | H/E[1] VERTICAL | B/S[2] |
| 0° | 37.50" | 71.00" | 05.50" | 00.00" |
| 180° | 38.50" | 72.00" | 02.00" | 02.00" |

| TEST A-2   ETR -3.00" → MECHANICALLY INDUCED LOCK-UP | | | | |
|---|---|---|---|---|
| EV BUCK CCW ROLL ANGLE | L/P | D/R | H/E[1] VERTICAL | B/S[2] |
| 0° | 35.50" | 68.00" | 06.50" | 00.00" |
| 180° | 35.50" | 68.00" | 04.50" | 00.00" |

| TEST A-3   INTEGRATED → ROLL INDUCED ELR LOCK-UP | | | | |
|---|---|---|---|---|
| EV BUCK CCW ROLL ANGLE | L/P | D/R | H/E[1] VERTICAL | B/S[2] |
| 0° | 36.00" | 63.75" | 05.00" | 00.00" |
| 180° | 36.75" | 64.75" | 02.75" | 01.00" |

| TEST A-4   INT/ETR -3.00" → MECHANICALLY INDUCED LOCK-UP | | | | |
|---|---|---|---|---|
| EV BUCK CCW ROLL ANGLE | L/P | D/R | H/E[1] VERTICAL | B/S[2] |
| 0° | 35.00" | 60.75" | 05.75" | 00.00" |
| 180° | 35.00" | 61.50" | 03.50" | 00.00" |

| TEST A-5 → SUBJECT VEHICLE "D" RING LOCK-UP [WITNESS MARK] = 73.00-75.00" | | | | |
|---|---|---|---|---|
| EV BUCK CCW ROLL ANGLE | L/P | D/R | H/E[1] VERTICAL | B/S[2] |
| 0° | 39.00" | 74.00" | 06.50" | 00.00" |
| 180° | 39.75" | 74.00" | 00.75" | 02.00" |

[1] = HEAD OUTBOARD/VERTICAL EXCURSION    [2] = BUTTOCKS → SEAT CUSHION CLEARANCE

3