March 29, 2005
Brownsville, Texas 78520

To Whom It May Concern:

Betty Payan was my best friend for forty years. We met when we were 11 years old and immediately became inseparable. We always shared our moments of happiness and our moments of sorrow.

Betty's height was always very similar to mine. During our lifetimes there were times when our weights differed substantially. Other times our weights would be very similar. We were always discussing the similarities or differences of our weights. We were always aware of the other's present weight. In the first week of January 2003, Betty Payan's weight was 130 pounds. We weighed ourselves in her house to compare our weights.

_____
Elsy S. Ibarra

STATE OF TEXAS          §
                        §
COUNTY OF CAMERON       §

The foregoing instrument was acknowledged before me this 29ʰ day of March, 2005, by Elsy S. Ibarra, who is present before me and who has produced her identification.

SAN JUANITA LOPEZ
Notary Public, State of Texas
My Commission Expires
January 14, 2006

_____
Signature of person taking acknowledgment

_____
Name typed, printed, or stamped

