**PIZIALI & ASSOCIATES. 655 SKYWAY ROAD, #202, SAN CARLOS, CALIFORNIA 94079**
**650-802-5930 FAX: 650-802-5949. BIOENGINEERING AND ACCID NT ANALYSIS**

January 20, 2005


Ms. Amy Samberg
Snell & Wilmer
One South Church Avenue, Suite 1500
Tucson, Arizona 85701


**RE:    Reynoso v Ford Motor Company**


Dear Ms. Samberg:

This letter briefly summarizes results of the investigation carried out in the above-referenced litigation. Included in this report are a list of the materials that I have received and reviewed to date, a description of the accident scenario, and a discussion of my analysis and findings in this case.

I am an expert in the areas of mechanical engineering, including mechanics, accident reconstruction, and biomechanics. I received my Bachelor's, Master's, and Ph.D. degrees in mechanical engineering from the University of California at Berkeley. I have been a Professor of Mechanical Engineering at Stanford University.. I am a Registered Professional Engineer in the State of California. I am currently President of Piziali & Associates. My resume is included as Appendix A. I have also enclosed a list of testimony (Appendix B) and a rate schedule (Appendix C).


**Materials Received and Reviewed**

The following list describes materials that were received from your office and subsequently reviewed. It does not include technical literature reviewed in conjunction with this matter.

- Plaintiff's Original Petition
- Plaintiff's Designation of Experts
- Isabel Reynoso's Responses to Ford's 1st Set of Interrogatories
- Enrique Payan's Responses to Ford's 1st Set of Interrogatories & Request for Production
- Federal Highway Patrol report
- Accident scene photographs
- Scene and vehicle photographs
- Scene and vehicle inspection photos

- Scene and vehicle inspection notes
- Videotape of accident site
- Accident site photographs
- Medical records of Juana Margarita Reynoso de Payan
- Maps of the location
- Insurance information
- Subject Vehicle Structural Examination Protocol from Forensic Engineering, Inc.
- Steve Irwin expert report
- Gerald Rosenbluth expert report
- Dean Jacobson expert report
- Ronald Huston expert report

I inspected the subject 2000 Ford Explorer on May 27, 2004, in Harlingen, Texas.


**Accident Description**

The following account is based solely on the documents received and reviewed.

According to the police report, the subject accident occurred on January 11, 2003, at approximately 8:00 p.m. in Nuevo Leon, Mexico. A 2000 Ford Explorer was headed westbound on a four lane road. The vehicle went out of control and rolled over on the roadway. The vehicle came to rest on its roof perpendicular to the road.

The vehicle was driven by Jean Margaret Reynoso de Payan. The right front passenger was Sally Payan.


**Summary of Medical Records**

Spanish translated medical records on Ms. Juana Margarita Reynoso de Payan documented a rollover vehicular accident. Ms. Reynoso de Payan was noted to be conscious and responding. A dislocation of the C6 vertebra with spinal cord damage resulting in paraplegia and no movement or sensation of the arms and legs was documented. Included in the translation of the medical records was a severe cranial contusion with an intense hematoma and a 5 cm laceration in the right frontal region. A thoracic excoriation caused by the seat belt, contusions and minor excoriations on several parts of her body were also documented.


**Discussion**

According to the accident reconstruction of Kevin Granat of Tandy Engineering, the Ford Explorer began the roll sequence with the passenger side leading and rolled at least 2½ times. A

rollover consisting of 2¼ or more rolls represents the top 2%–6%[3,4,5,8] of all rollover accidents in number of rolls.

The subject vehicle was inspected on May 27, 2004. The left front restraint had unusual scratch marks and the webbing was cut. A small indentation was noted on the traveler bar at 4 1/8 inches from the plastic sheath. Parallel scratch marks were observed on the right front restraint. No head contact marks were observed on the roof liner above the left front seating position.

A headliner and restraint removal was performed on October 26, 2004. No head contact marks were observed on the interior roof above the left front seating position.

Experimental studies of the motion of belted occupants in rollover accidents demonstrate that centrifugal acceleration moves the occupant upward and outward relative to the vehicle [1,2,6,7,9]. Numerous static inversion tests performed by Piziali and Associates also demonstrate this tendency towards movement of the head towards the area of the roof rail and window opening at various roll angles under gravitational loading only. Using these inversion test results, we have demonstrated that head impact can occur in the absence of roof crush.

The subject accident involved a passenger-side leading rollover. During the rollover sequence, Juana Reynoso de Payan was belted in the driver's seat on the trailing side of the vehicle. Due to the rolling motion, her head was moved upward and protruded out the driver's side window. Ms. Reynoso de Payan sustained critical cervical injuries as a result of this accident. These critical injuries most likely occurred when the head was positioned out of the driver's side window while the left side and left roof rail area of the vehicle were contacting the ground. Ms. Reynoso de Payan's injuries are consistent with loading due to impact of the head with the ground. There is no evidence to indicate that the injury was caused by contact to the interior of the vehicle. Restraint usage cannot prevent the movement of the head out of the driver's side window and the subsequent contact of the head with the ground, due to the proximity of the occupant to the left side of the vehicle. Head contact is possible in the absence of extensive roof crush or seatbelt malfunction. Modifications to the belt system and roof structure have been proposed in the plaintiff expert reports. There is no basis to support the assertion that the proposed modifications to the restraint system and roof would have eliminated Ms. Reynoso de Payan's critical injuries in the subject accident.

**Findings**

1. The critical cervical injuries to Ms. Reynoso de Payan most likely occurred when her head impacted the ground at approximately the same time as the driver's side roof rail.

2. There is no evidence to indicate that roof deformation contributed to the injury of Ms. Reynoso de Payan.

3. There is no indication of improper restraint performance in this accident.

*Reynoso v. Ford*                                                                                     *page 4*

I may conduct an inversion test with an exemplar vehicle and a surrogate occupant to measure head excursion out of the plane of the driver's side window under gravitational loading at various vehicle orientations.

Please note that this report is based upon information available to me at the time of its preparation. Should substantial additional information that affects the contents of this report become available, an amended or supplementary report may be prepared.

If you have any questions do not hesitate to contact me.


Sincerely,


Robert L. Piziali, Ph.D., P.E.

**References**

1. Bahling, G.S., Bundorf, R.T., Kaspzyk, G.S., Moffatt, E.A., Orlowski, K.F., Stocke, J.E., "Rollover and Drop Tests - The Influence of Roof Strength on Injury Mechanics Using Belted Dummies," *SAE Paper No. 902314,* 1990.

2. Bahling, G. S.; Bundorf, R. T.; Moffatt, E. A., and Orlowski, K. F., "The Influence of Increased Roof Strength on Belted and Unbelted Dummies in Rollover and Drop Tests," *J Trauma*, 38(4), 1995.

3. Hare, B. M.; Lewis, L. K.; Hughes, R. J.; Ishikawa, Y.; Iwasaki, K.; Tsukaguchi, K., and Doi, N., "Analysis of Rollover Restraint Performance With and Without Seat Belt Pretensioner at Vehicle Trip," *SAE Paper No. 2002-01-0941*, 2002.

4. Mackay, G. M.; Parkin, S.; Morris, A. P., and Brown, R. N., "The Urban Rollover: Characteristics, Injuries, Seat-Belts and Ejection," *13th International Technical Conference on Experimental Safety Vehicles*, 1991.

5. McGuigan, R. and Bondy, N., "A Descriptive Study of Rollover Crashes," 1980.

6. Moffatt, E. A.; Cooper, E. R.; Croteau, J. J.; Parenteau, C., and Toglia, A., "Head Excursion of Seat Belted Cadaver, Volunteers and Hybrid III ATD in a Dynamic/Static Rollover Fixture," *SAE Paper No. 973347*, 1997.

7. Orlowski, Kenneth F., Bundorf, Thomas, Moffatt, Edward A., "Rollover Crash Tests - The Influence of Roof Strength on Injury Mechanics," *SAE Paper No. 851734,* 1985.

8. Padmanaban, J. and Davis, M. S., "Examination of Rollover Accident Characteristics, Using Field Performance Data," *SAE Paper No. 2002-01-2056*, 2002.

9. Pywell, J. F.; Rouhana, S. W.; McCleary, J. D., and DeSaele, K. H., "Characterization of Belt Restraint Systems in Quasistatic Vehicle Rollover Tests," *SAE Paper No. 973334*, 1997.

# ROBERT L. PIZIALI

## PERSONAL

Birthday: September 3, 1942

## EDUCATION

University of California at Berkeley

> B.S. in Mechanical Engineering, January 1965
> M.E. in Mechanical Engineering, June 1966
> Ph.D. in Mechanical Engineering, September 1970

## EMPLOYMENT

Piziali and Associates, 1995-Present
Failure Analysis Associates, Vice President, 1990-1994, Principal Engineer, 1987-1990, Managing Engineer, 1985-1987
Phase 2 Automation, Vice President, Engineering, 1983-1985
Veterans Administration Medical Center, Rehabilitation Engineering Research and Development Center, Palo Alto, California, Associate Director for Orthopaedic Biomechanics, 1979-1982
Technical Advisors, Inc., Vice President, 1982-1983
Stanford University, Professor, 1982-1984
Stanford University, Associate Professor, 1976-1982
Stanford University, Assistant Professor, 1970-1976
IBM, San Jose, California, part-time Summer 1974 in conjunction with the Engineering Case Program of Stanford University
Lawrence Radiation Laboratory, Livermore, California, Summer 1964, 1966, 1968, part-time October 1967 to June 1968
Goddard Space Flight Center, Greenbelt, Maryland, Summer 1964
Jet Propulsion Laboratory, Pasadena, California, Summer 1963

**PROFESSIONAL AND HONOR SOCIETIES**

American Society of Mechanical Engineers (ASME)
American Society for Testing Materials (ASTM)
Society of Automotive Engineers
Tau Beta Pi
Pi Tau Sigma
Eta Kappa Nu
Orthopaedic Research Society

Registered Professional Mechanical Engineer, California MO26849

**PATENTS**

Medical Ventilator Device Parametrically Controlled for Patient Ventilation, U.S. Patent
    No. 4,448,192, filed May 15, 1984 with Stawitcke, Frederick A., Sunnyvale,
    California; Mordan, William J., Sunnyvale, California; Jimison, Holly B., Palo
    Alto, California; Ream, Allen, K., Woodside, California.
Articulated Prosthetic Knee and Method for Implanting Same, U.S. Patent No. 4,358,859,
    filed November 16, 1982 with Schurman, David J., Stanford, California.
Tennis Ball Collection, Pickup and Propelling System, U.S. Patent Application No.
    4,108,432, filed August 22, 1978 with Clark, Thomas S., Monte Sereno,
    California; Kennedy, William S., San Jose, California.
Method for Treating Premature Infants, U.S. Patent No. 4,088,124, filed May 9, 1978
    with Korner, Anneliese, F., Palo Alto, California; Ellsworth, Orval T., Palo Alto,
    California.
Infant Waterbed, U.S. Patent No. 4,048,684, filed September 20, 1977 with Korner,
    Anneliese, F., Palo Alto, California; Ellsworth, Orval T., Palo Alto, California.
Tennis Ball Collection, Pickup and Propelling System, U.S. Patent No. 4,046,131, filed
    September 6, 1977 with Kennedy, William S., San Jose, California.

**PRODUCTS AND SYSTEMS LICENSED TO INDUSTRY**

The Stanford Transport Incubator, Cavitron Corporation.
Oscillating Waterbed for Infant Therapy, Air Shields Corp.

**HONORS AND AWARDS**

Otto Aufrank Award, 1978, presented by the Hip Society of the American Association of
    Orthopaedic Surgeons, with D.J. Schurman and L.W. Swenson.
Stanford University, Fellow, 1977/78, 1978/79.
Keynote Speaker, 4th Annual Meeting of the American Society of Biomechanics.
NSF Traineeship, University of California at Berkeley, 1966-1969.

2

## FUNDED RESEARCH PROJECTS

"Structural Dynamic Analysis of the Human Anatomical Structure," $10,077, 1 year,
Stanford University Research Development Fund, 11/71 - 10/72.
"Collaborative Research in the Mechanics and Biomechanics of Skiing Injuries," 50,000,
2 years, National Science Foundation Grant NSF0-GK-40182, 10/73 - 6/75.
"Establishment of a Medical Design Center," $10,007, 1.5 years, Stanford University
Research Development Fund, 2/75 - 8/76.
"Experimental and Analytical Mechanics of Human Injury," $111,865, 2 years, National
Science Foundation Grant No. NSF-3567, 4/76 - 7/78.
"Structural Characteristics of the Human Knee," $111,430 plus overhead, 3 years.
National Institute of Health Grant No. R01-18181, 6/76 - 5/79.
"Structural Characteristics of the Human Lumbar Spine," $197,291 plus overhead, 3
years. National Institute of Health, Grant No. AM019737, 1/77 - 12/79.
"Mechanics of Dorsal-Lumbar Spinal Injury and Stabilization," $23,000, 2.5 years,
Veterans' Hospital, Palo Alto, California, 7/75 - 12/77.
"External and Internal Stabilization of the Disrupted Lumbo-Dorsal Spine," $171,500, 4
years, Veterans Administration Hospital Grant, 7/78 - 6/82.
"A Pilot Study Regarding Structures Properties of the Fracture Dislocated Spine in
Rehabilitation Medicine," $15,000. Veterans Administration Hospital, Palo Alto,
California, 10/78 - 9/79.
"A Pilot Study Regarding Structural Properties of Bone and Connective Tissue in
Rehabilitation Medicine," $16,500. Veterans Administration Hospital, Palo Alto,
California, 10/79 - 9/80.
"A Pilot Study of Human Knee Mechanics Associated with Gait and Support Problems,"
$16,500. Veterans Administration Hospital, Palo Alto, California, 10/79 - 9/80.

## PUBLIC SERVICE

Member and past secretary of ASTM Committee F.27.50, Snow Skiing, Subcommittee
on Shop Practices.
Former member of NEW Food and Drug Administration Task Advisory Group on
Electric Spirometer Standards.

## UNIVERSITY ADMINISTRATIVE ACTIVITIES (PAST)

Past Chairman, School of Engineering Advisory Committee on Engineering in Medicine
and Biology.
Co-Director, Institute for Engineering Design in Medicine.
Past Chairman, Curriculum Committee, School of Engineering, Undergraduate Council.
Past member of Faculty Senate.
Past Co-Editor, The Biomaterials, Biomechanics and Prosthetic Devices Division,
"Annals of Biomedical Engineering".
Past Reviewer for Applied Mechanics Review.

3

## PROFESSIONAL ACTIVITIES

Chairman, Solid Mechanics Subcommittee, Division of Bioengineering, American
Society of Mechanical Engineers.
Co-Chairman of NSF Workshop on "The Mechanics of Human Injury," Stanford, CA,
April 1976.
Ad Hoc Reviewer, Applied Physiology and Orthopaedics Study Group, NIH.
Research Proposal Reviewer for NSF, Veterans Administration.
Co-Chairman, Conference on Trauma and Rehabilitation in Orthopaedics, Snowmass,
CO, Mar 21 - Apr 1, 1978.
Reviewer for Journal Biomechanics and Journal Biomechanical Engineering.
Session Chairman at various ASME and ACEMB conferences.
Program coordinator and reviewer for Biomechanics sessions for the 28th Annual
ACEMB Conference, New Orleans, Sep 1975.
Associate Director of Orthopedic Biomechanics at the Palo Alto Veterans Administration
Rehabilitative Engineering Research and Development Center.


## INVITED SEMINARS AND LECTURES

University of California, Berkeley, "The Dynamic Characterization of Snow Skis," Jan
1971.
American Association of Orthopaedic Surgeons Postgraduate Course on Skiing Injuries,
Aspen, Colorado, "The Biomechanics of Skiing Injuries," Feb 1973,
Sierra Traumatalogical Society, Jan 1975, "The Biomechanics of Snow Skiing."
2nd International Forum on Skiing and Safety II, Forum Davos, Davos, Switzerland,
September 1976, "The Biomechanics of Lower Limb Response and Injury."
Northwestern University, "The Dynamic Response of the Human Leg in Snow Skiing,"
May 1977.
Sierra Traumatalogical Society, "The Biomechanics of Snow Skiing," Jan 1978.
Acoustical Society of America, Hawaii, "The Dynamic Response of the Human Leg in
Snow Skiing," Nov 1978.
Keynote speaker, 4th Annual Meeting of the American Society of Biomechanics, "The
Heisenberg Principle in Biomechanics," Oct 1980.
Association for the Advancements of Automotive Medicine, Orlando, FL, Crash
Reconstruction: Purpose and Principles, "Computer Programs for Occupant
Kinematics," Mar 12-15, 1990.
Xerox, PARC Forum, "Accident Reconstruction," Jan 1990.
Stanford Applied Mechanics Seminar, "Biomechanics and Accident Reconstruction," Fall
1991.
Stanford Design Division Graduate Course, "Design and Product Liability," Fall 1991.
Stanford Department of Aeronautics and Astronautics Course, Techniques of Failure
Analysis, "Biomechanics and Litigation," Spring 1992.
1999 Emerging Issues in Motor Vehicle Product Liability Litigation, "Vehicle
Aggressivity" Phoenix, AZ, Apr 7-9, 1999.

4

## ARTICLES IN REFEREED JOURNALS

Dekker, D., Piziali, R.L., and Dong, E., Jr., "Effect of Boundary Conditions on the Ultrasonic-Beam Characteristics of Circular Disks," *Journal of Acoustical Society of America*, pp. 87-93, Jul 1974.

Dekker, D., Piziali, R.L., and Dong, E., Jr., "A System for Ultasonically Imaging the Human Heart in Three Dimensions," *Computers and Biomedical Research*, Dec 1974.

Piziali, R.L. and Nagel, D.A., "Modeling of the Human Leg in Ski Injuries: Putting It All Together," *Clinical Orthopaedics in North America*, Jan 1976.

Mancini, L.J. and Piziali, R.L., "Optimal Design of Helical Springs by Geometrical Programming," *Engineering Optimization*, Vol. 2, pp. 73-81, 1976.

Piziali, R.L., Hight, T.K. and Nagel, D.A., "An Extended Structural Analysis of Long Bones - Application to the Human Tibia," *Journal Biomechanics*, Vol. 9, pp. 695-701, 1976.

Piziali, R.L., Whitcher, C., Sher, R., and Moffat, R.J., "Distribution of Waste Anesthetic Gases in the Operating Room Air," *Anesthesiology*, Vol. 45, No. 5, 487-494, Nov 1976.

Piziali, R.L., Rastegar, J.C., and Nagel, D.A., "Measurement of the Nonlinear Coupled Stiffness Characteristics of the Human Knee," *Journal Biomechanics*, Vol. 10, pp. 45-51, 1977.

Koogle, T.A., Piziali, R.F., Nagel, D.A., and Perkash, I., "A Motion Transducer for Use in the Intact In Vitro Human Lumbar Spine," *Journal of Biomechanical Engineering*, pp. 160-165, Aug 1977.

Whitcher, C.E., Zimmerman, D.C., Tonn, E.M., and Piziali, R.L., "Control of Occupational Exposure to Nitrous Oxide in the Dental Operatory," *Journal of American Dental Association*, Vol. 95, pp. 763-776, Oct 1977.

Whitcher, C., Zimmerman, D.C., and Piziali, R.L., "Control of Occupational Exposure to $N_2O$ in the Oral Surgery Office," *Journal of Oral Surgery*, 1978.

Hight, T.K., Piziali, R.L., and Nagel, D.A., "A Dynamic Non-Linear Large Displacement Model of a Human Leg," *Journal of Biomechanical Engineering*, Vol. 101, pp. 176-184, Aug 1979.

Hight, T.K., Piziali, R.L., and Nagel, D.A., "A Dynamic Nonlinear Finite Element Model of a Human Leg," *Journal of Biomechanical Engineering*, Vol. 101, Aug 1979.

Rastegar, J., Piziali, R.L., Nagel, D.A., and Schurman, D.J., "Effects of Fixed Axes of Rotation on the Varus-Valgus and Torsional Load-Displacement Characteristics of the In Vitro Human Knee," *Journal of Biomechanical Engineering*, Vol. 101, pp. 134-140, May 1979.

Hight, T.K., Piziali, R.L., and Nagel, D.A., "Natural Frequency Analysis of a Human Tibia," *Journal of Biomechanics*, Vol. 13, No. 2, pp. 139-148, 1980.

Rastegar, J., Piziali, R.L., Nagel, D.A., and Schurman, D.J., "The Contribution of the Cruciate Ligaments to the Load-Displacement Characteristics of the Human Knee Joint," *Journal of Biomechanical Engineering*, Vol. 102, pp. 277-283, Nov 1980.

Seering, W., Piziali, R.L., Nagel, D.A., and Schurman, D.J., "The Function of the Primary Ligaments of the Knee in Anterior-Posterior and Medial-Lateral Motions," *Journal of Biomechanics*, Vol. 13, No. 9, pp. 777-784, 1980.

5

Piziali, R.L., Seering, W., Nagel, D.A., and Schurman, D.J., "The Function of the Primary Ligaments of the Knee in Varus-Valgus and Axial Rotations," *Journal of Biomechanics*, Vol. 13, No. 9, pp. 785-794, 1980.

Piziali, R.L., Hight, T.K., and Nagel, D.A., "Geometric Properties of Human Leg Bones," *Journal of Biomechanics*, Vol. 13, No. 10, pp. 881-886, 1980.

Nagel, D.A., Koogle, T.A., Piziali, R.L., and Perkash, I., "Stability of the Upper Lumbar Spine Following Progressive Disruptions and the Application of Individual Internal and External Fixation Devices," *Journal of Bone and Joint Surgery*, pp. 62-70, Jan 1981.

Piziali, R.L., Nagel, D.A., Koogle, T., and Whalen, R., "Knee and Tibia Strength in Snow Skiing, " *Proceedings, Ski Trauma and Skiing Safety IV, International Society for Skiing Safety*, Italy, 1981; Editors: W. Hauser, J. Karlsson, and M. Magi, Munich: TUEV-Edition, 1982.

Mahanian, S., and Piziali, R.L., "Finite Element Evaluation of the AIA Shear Specimen for Bone, " *Journal of Biomechanics*, Vol. 21, No. 5, pp. 347-356, 1988.

Kim, K.S., and Piziali, R.L., "Continuum Models of Materials with Beam-Microstructure," *International Journal of Solids and Structures*, Vol. 23, No.11, pp.1563-1578, 1985.

Swenson, L.W., Schurman, D.J., and Piziali, R.L., "Finite Element Temperature Analysis of a Total Hip Replacement and Measurement of PMMA Curing Temperatures," *Journal of Biomedical Materials Research*, Vol. 15, pp. 83-96, 1981.

Kim, K.S., and Piziali, R.L., "Harmonic Wave Propagation in Materials with Periodic Beam-Structure," *Journal of Sound and Vibration*, Vol. 107, No. 1, pp. 59-70, 1986.

Stawitcke, F.A., Ream, A.K., and Piziali, R.L., "Pressure Control to Accommodate Patient Breathing Efforts During Volume Ventilation," *Journal of Clinical Monitoring*, Vol. 3, No. 2, Apr 1987.

Piziali, R.L., Paver, J.G., Khatua, T.P., Whitestone, J., Kaleps, I., and Taylor, C., "The Prediction of Hybrid III Manikin Head-Neck Kinematics and Dynamics," *SAE 1990 Transactions, Journal of Passenger Cars*, Section 6, Vol. 99, pp. 669-676, 1990.

Piziali, R.L., Phillips, E.S., Khatua, T.P., and Kost, G., "Vision and Visibility in Vehicular Accident Reconstruction," *SAE 1990 Transactions, Journal of Passenger Cars*, Section 6, Vol. 99, pp. 547-561, 1990.

Merala, R., and Piziali, R.L., "Water Ski Binding Release Loads: Test Method and Results," *Skiing Trauma and Safety: Tenth Volume*, ASTM STP 1266, C.D. Mote, Jr., Robert L. Johnson, Wolfhart Hauser, and Peter S. Schaff, Editors, American Society for Testing and Materials, Philadelphia, pp. 361-379, 1996.

Ebi, K.L., Piziali, R.L., Rosenberg, M., Wachob, H.F., "Evidence Against Tailstrings Increasing the Rate of Pelvic Inflammatory Disease Among IUD Users," *Contraception*, Vol. 53, No. 1, pp. 25-32, Jan 1996.

## ARTICLES IN PROCEEDINGS

Piziali, R.L., "The Dynamic Torsional Response of the Human Leg Relative to Skiing Injuries," *ASME, Proceedings of the Symposium "Mechanics and Sports*," pp. 305-315, Nov 1973.

Nagel, D.A., Perkash, I., Piziali, R.L., and Hayes, W.C., "Mechanics of Dorsal Lumbar Spine Injury: A Preliminary Report," *Proceedings of 19th Conference of the American Association for Automotive Medicine*, 1975.

Kienholz, D., and Piziali, R.L., "A Finite Element Analysis of Torsion in Axisymmetric Solids," *ASME Paper No., 76-WA/Aut-9.*

Mote, C.D., Jr., Hull, M.L., Piziali, R.L., and Nagel, D.A., "Experimental Measurements of Forces and Moments During Downhill Skiing," *Proceedings of the 2nd International Forum on Skiing and Safety II*, Davos, Sep 1976.

Piziali, R.L., Mote, C.D., Jr., Nagel, D.A., Hight, T.K., and Rastegar, J.C., "The Biomechanics of Lower Limb Response and Injury," *Proceedings of the 2nd International Forum on Skiing and Safety II*, Davos, Sep 1976.

Kienholz, D.A. and Piziali, R.L., "Analysis of Torsional Vibration in a High Bandwidth Angular Position Servo," *Proceedings of American Society of Mechanical Engineers*, Dec 1976.

Schurman, D.J., Swenson, L.W., Jr., and Piziali, R.L., "Bone Cement With and Without Antibiotics: A Study of Mechanical Properties," *The Hip, Proceedings of the 67th Open Scientific Meeting of the Hip Society*, 1978.

Piziali, R.L., "Cervical Spine Injuries in Sports, " *Winter Annual Meeting, American Society of Mechanical Engineers*, Editors: Rekow, E.D., Thacker, J.G., and Erdman, A.G., Boston, MA, Dec 1987.

Piziali, R.L., Cheng, L.Y., and Khatua, T.P., "ATB Simulation of Hybrid III Dummy in Sled Tests," *Society of Automotive Engineers International Congress and Exposition, Paper No. 880646*, Detroit, MI, Feb 29-Mar 4, 1988.

Piziali, R.L., and Khatua, T.P., "Emergency Management Technology: Technology for Predicting the Past-Emergency Reconstruction," *1989 Society of Computer Science Western Multiconference*, San Diego, CA, Jan 5, 1989.

McCarthy, R.L., Kost, G., Piziali, R.L., Khatua, T., Werner, S., and Phillips, E., "Technical Aspects of Complex Accident Reconstruction," *1989 Practicing Law Symposium*, Oct 1989.

Cheng, L., Rifai, S., Khatua, T., and Piziali, R.L., "Finite Element Analysis of Diffuse Axonal Injury, " *Vehicle Crashworthiness and Occupant Protection in Frontal Collisions, Society of Automotive Engineers*, pp. 141-154, Feb 1990.

Piziali, R.L., Khatua, T.P., and Merala, R., "The Application of Biomechanics to the Analysis of Automotive and Skiing Accident Injuries," *Proceedings of the 4th International Conference on Structural Failure, Product Liability and Technical Insurance*, Vienna, AUS, Jul 6-9, 1992.

Piziali, R.L., Ayres, T.J., Paver, J.G., Fowler, G., and McCarthy, R.L., "Investigation of the Net Safety Impact of an Occupant Protection System From All-Terrain Vehicles," *Society of Automotive Engineers International Congress and Exposition, Paper No. 930208*, Detroit, MI, Mar 1-5, 1993.

Piziali, R.L., Khatua, T.P., Cheng, L.Y., Girvan, D.S., and Fijan, R.S., "Use of Computer Simulations in Support of Litigation," *5th International MADYMO Users' Meeting*, Fort Lauderdale, FL, Nov 3-4, 1994.

Piziali, R.L., Hopper, R.H., Girvan, D., and Merala, R., "Injury Causation in Rollover Accidents and the Biofidelity of Hybrid III Data in Rollover Tests," Paper No. 980362, *Society of Automotive Engineers International Congress and Exposition*, Detroit, Michigan, Feb 23-26, 1998.

## PROCEEDINGS, ABSTRACTS AND PRESENTATIONS

Dekker, D.L., Piziali, R.L., and Dong, E., Jr., "An Analysis of Ultrasound Characteristics Related to Computerized Echo Cardiology," *Proceedings of the Annual Conference on Engineering in Medicine and Biology*, 1972.

Piziali, R.L. and Nagel, D.A., "Dynamic Model of the Human Leg Applied to Ski Injuries," *Proceedings of the Annual Conference on Engineering in Medicine and Biology*.

Dekker, D., Dong, E., Jr., and Piziali, R.L., "A System for Ultrasonically Producing Time-Varying Cross Sections of the Human Heart," *Proceedings of the 26th Annual Conference on Engineering in Medicine and Biology*, Sep-Oct 1973.

Piziali, R.L., Sher, R., Moffat, R.J., and Whitcher, C.E., "Distribution of Inhalation Anesthetics in the Operating Room Atmosphere," *American Society of Anesthesiologists Annual Meeting*, Washington, D.C., Oct 1974.

Piziali, R.L. and Nagel, D.A., "Structural Properties for a Mathematical Model of Lower Extremity Dynamic Response," *The Orthopaedic Research Society Meeting*, San Francisco, CA., Feb 1975.

Piziali, R.L. and Mancini, L.J., "Optimal Design of Helical Springs by Geometric Programming," *Mathematical Optimization and Engineering Design Symposium sponsored by the Operations Research Society of America and the Institute of Management Sciences, with support from the Office of Naval Research*, Chicago, IL., Apr-May 1975.

Piziali, R.L., Hight, T.K., and Nagel, D.A., "A Detailed Structural Analysis of the Human Tibia," *ASME Symposium on Biomechanics - Summer Applied Mechanics Conference at Rensselaer Polytechnic Institute*, Troy, NY, Jun 1975.

Rastegar, J.C., Piziali, R.L., Seering, W.P., and Nagel, D.A., "Coupled Stiffness Coefficients of the Human Knee," *28th Annual Conference on Engineering in Medicine and Biology*, New Orleans, LA, Sep 1975.

Piziali, R.L., Hight, T.K., and Nagel, D.A.," Finite Element Analysis of Stresses in the Tibia Arising from Dynamic Loading," *28th Annual Conference on Engineering in Medicine and Biology*, New Orleans, LA, Sep 1975.

Piziali, R.L., Seering, W.P., Rastegar, J.C., and Nagel, D.A., "The Function of Passive Knee Structures in Anterior-Posterior Tibial Displacement," *28th Annual Conference on Engineering in Medicine and Biology*, New Orleans, LA, Sep 1975.

Piziali, R.L., Hight, T.K., and Nagel, D.A., "Dynamic Structural Analysis of the Human Tibia," *Proceedings of the Orthopaedic Research Society*, New Orleans, LA, Jan 1976.

Piziali, R.L., Schurman, D.J., and McDonald, A., "The Effects of Gentamicin on the Material Properties of PMMA," *Proceedings of the Orthopaedic Research Society*, New Orleans, LA, Jan 1976.

Rastegar, J.C., Piziali, R.L., and Nagel, D.A., "Varus-Valgus Stiffness of the In Vitro Human Knee," *ASME Winter Annual Meeting, Advances in Bioengineering*, p. 5, 1976.

Koogle, T.A., Piziali, R.L., Nagel, D.A., and Perkash, I., "A Motion Transducer for Use in the Intact In Vitro Human Lumbar Spine," *Proceedings of the 97th Winter Annual Meeting of the ASME*, New York, NY, Dec 1976.

Koogle, T.A., Piziali, R.L., Nagel, D.A., and Perkash, I., "A Motion Transducer for Use in the Intact In Vitro Human Lumbar Spine," *1976 Advances in Bioengineering, ASME Press*, New York, NY, 1976.

Hight, T.K., Piziali, R.L., and Nagel, D.A., "The Effect of Modeling Techniques on Natural Frequencies of a Human Tibia," *Transactions of the 23rd Annual Meeting of the Orthopaedic Research Society*, Vol. 2, Las Vegas, NV, Feb 1-3, 1977.

Koogle, T.A., Piziali, R.L., Nagel, D.A., and Perkash, I., "A Six Degree of Freedom Motion Transducer for Use in the Intact In Vitro Human Lumbar Spine," *Transactions of the 23rd Annual Meeting of the Orthopaedic Research Society*, Las Vegas, NV, Feb 1977.

Koogle, T.A., Piziali, R.L., Nagel, D.A., and Perkash, I., "A Motion Transducer for Use in the Intact In Vitro Human Lumbar Spine," *Proceedings of the 1977 Joint Applied Mechanical Fluids Engineering and Bioengineering Conference*, Yale University, New Haven, CT, Jun 1977. (Printed in "*1977 Biomechanics Symposium*," Richard Skalak and Albert B. Schultz, Editors, ASME Press, New York, NY, pp. 103-105, 1977.)

Rastegar, J.C., Piziali, R.L., and Nagel, D.A., "Torsional Load-Displacement Characteristics of the In Vitro Human Knee," *Proceedings of the 30th Annual Conference on Engineering in Medicine and Biology*, p. 235, Nov 5-9, 1977.

Nagel, D.A., Koogle, T.A., Perkash, I., and Piziali, R.L., "External and Internal Stabilization of the Disrupted Lumbodorsal Spine," *Transactions of the 24th Annual Meeting of the Orthopaedic Research Society*, Vol. 3, p. 18, Dallas, TX, Feb 21-23, 1978.

Swenson, L.W., Jr., Schurman, D.J., and Piziali, R.L., "A Mattice Theory for a Continuum Representation of Cancellous Bone," *Transactions of the 24th Annual Meeting of the Orthopaedic Research Society*, Vol. 3, p. 96, Dallas, TX, Feb 21-23, 1978.

Swenson, L.W., Jr., Piziali, R.L., and Schurman, D.J., "Fundamental Mechanics of Articular Cartilage Revisited," *Transactions of the 24th Annual Meeting of the Orthopaedic Research Society*, Vol. 3, p. 203, Dallas, TX, Feb 21-23, 1978.

Seering, W.P., Hirshman, P., Piziali, R.L., and Nagel, D.A., "A Method for Preserving the Mechanical Properties of Ligaments During Testing," *Transactions of the 24th Annual Meeting of the Orthopaedic Research Society*, Vol. 3, p. 237, Dallas, TX, Feb 21-23, 1978.

Rastegar, J.C., Piziali, R.L., and Nagel, D.A., "The Contribution of the Cruciate Ligaments and Condular Interference to Medial-Lateral and Anterior-Posterior Stiffness of the In Vitro Human Knee Joint," *Transactions of the 24th Annual*

*Meeting of the Orthopaedic Research Society*, Vol. 3, p. 238, Dallas, TX, Feb 21-23, 1978.

Piziali, R.L., Rastegar, J.C., and Nagel, D.A., "The Axis of Varus-Valgus Rotation of the In Vitro Human Knee Joint," *Transactions of the 24th Annual Meeting of the Orthopaedic Research Society*, Vol. 3, p. 239, Dallas, TX, Feb 21-23, 1978.

Hight, T.K., Piziali, R.L., and Nagel, D.A., "Dynamic Non-Linear Large Displacement Model of Human Leg," *Transactions of the 24th Annual Meeting of the Orthopaedic Research Society*, Vol. 3, p. 240, Dallas, TX, Feb 21-23, 1978.

Seering, W.P., Piziali, R.L., and Nagel, D.A., "The Effect of Strain Rate on the Mechanical Properties of Human Ligaments," *Transactions of the 24th Annual Meeting of the Orthopaedic Research Society*, Vol. 3, p. 241, Dallas, TX, Feb 21-23, 1978.

Nagel, D.A., Koogle, T.A., Piziali, R.L., and Perkash, I., :"Contribution of the Posterior Ligaments, Annulus Fibrosis, and Facet Joints to the Stability of the Dorsal-Lumbar Spine and Evaluation of Various External and Internal Means of Restoring Stability," *Proceedings of the International Research Society for Orthopaedics and Traumatology*, Tokyo, JPN, Oct 1978.

Schurman, D.J., Swenson, L.W., Jr., and Piziali, R.L., "Bone Cement With and Without Antibiotics: A Study of Mechanical Properties," *The Hip, Proceedings of the Sixth Open Scientific Meeting of the Hip Society*, 1978.

Seering, W.P., Piziali, R.L., Nagel, D.A., and Schurman, D.J., "Measuring the Primary and Coupled Loads Transmitted by the Various Ligaments of the Human Knee," *1978 Advances in Bioengineering*, ASME Press, New York, NY, 1978.

Eibeck, P.A., Swenson, L.W., Schurman, D.J., and Piziali, R.L., "Finite Element Stress Analysis of Hinged Tibial Component Total Replacements," *Transactions of the 25th Annual Meeting of the Orthopaedic Research Society*, Vol. 4, San Francisco, CA, Feb 1979.

Seering, W.P., Nagel, D.A., Piziali, R.L., and Schurman, D.J., "Measuring the Principal and Coupled Loads Transmitted by Each of the Ligaments of the Knee," *Transactions of the 25th Annual Meeting of the Orthopaedic Research Society*, Vol. 4, San Francisco, CA, Feb, 1979.

Seering, W.P., Piziali, R.L., Nagel, D.A., and Schurman, D.J., "Load Transmissions Characteristics of Knee Ligaments During Axial Tibial Rotations," *1979 Advances in Bioengineering*, ASME Press, New York, NY, 1979.

Swenson, L.W., Jr., Piziali, R.L., and Schurman, D.J., "An Electromechanical Model for Human Cartilage," *1979 Advances in Bioengineering*, ASME Press, New York, NY, 1979.

Koogle, T.A., Swenson, L.W., and Piziali, R.L., "Dynamic Three Dimensional Modeling of the Human Lumbar Spine," *1979 Advances in Bioengineering*, ASME Presentation, New York, NY, 1979.

Schurman, D.J., Piziali, R.L., Swenson, L.W., Jr., Rinsky, L., and Kajiyama, G., "Shortwave Diathermy and Fracture Healing in Rabbit Fibula Model - Preliminary Report," *Transactions of the 26th Annual Meeting of the Orthopaedic Research Society*, Vol. 5, p. 160, Atlanta, GA, Feb 1980.

Koogle, T.A., Swenson, L.W., Jr., and Piziali, R.L., "A Large Displacement Dynamic Model of the Lumbar Spine with Experimentally Determined Material

Properties," *Transactions of the 26th Annual Meeting of the Orthopaedic Research Society*, Vol. 5, p. 276, Atlanta, GA, Feb 1980.

Swenson, L.W., Piziali, R.L., and Schurman, D.J., "An Electromechanical Model for Human Articular Cartilage," *Transactions of the 26th Annual Meeting of the Orthopaedic Research Society*, Vol. 5, p. 277, Atlanta, GA, Feb 1980.

Piziali, R.L., Koogle, T.A., Swenson, L.W., Jr., Kim, K.S., and Nagel, D.A., "On the Flexibility of Vertebrae," *ASME Advances in Bioengineering*, 1980.

Piziali, R.L., "Investigation of Racquetball Eye Injury Re:  Stephen Herskovitz v. Richcraft," *Failure Analysis Associates Report No. FaAA-PA-R-86-09-12*.

Martin, K.F., Banister, J.A., and Piziali, R.L., "Engineering Visualization of Vehicle Accidents: Data Sources and Methods of Production," *International Congress and Exposition*, Detroit, MI, Feb 25-Mar 1, 1991.

Piziali, R.L., Paver, J.G., Merala, R., Ayres, T.J., Fowler, G., and McCarthy, R.L., "Evaluation of an Occupant Protection System for All-Terrain Vehicles," *ASME Presentation*, Anaheim, CA, Nov 8-13, 1992.

Piziali, R.L., Fowler, G.F., Merala, R., Grewal, D.S., and McCarthy, R.L., "Evaluation of a Proposed ATV Design Modification, " *International Congress and Exposition*, Detroit, MI, Feb 28-Mar 3, 1994.

Piziali, R.L., Merala, R., Hopper, R.H., and Girvan, D., "The Effects of Helmets and Padding on Head Injuries and Falls from Lifts, " *Association of Ski Defense Attorneys Winter Conference*, Taos, NM, Mar 1-4, 1997.

Piziali, R.L., Merala, R., Hopper, R.H., "The Biomechanics of Head and Neck Injuries in Skiing," *Twelfth Symposium on Ski Trauma and Safety*, Whistler, British Columbia, CAN, May 4-10, 1997.

Piziali, R.L., Girvan, D., Hopper, R.H., "Errors in Using MADYMO and Other Computer Models, " *Emerging Issues in Motor Vehicle Product Liability Litigation, American Bar Association*, Phoenix, AZ, May 20-21, 1997.

Piziali, R.L., "Occupant Motion in Rollover Crashes" *Passenger Car Rollover TOPTEC: Cause & Prevention*, San Diego, CA., Jan 1999.

ROBERT PIZIALI
TESTIMONY LIST

| 1/3/2001 | Bailey v Ford Motor Company | Deposition | District Court, Nueces County, Texas |
| | | | 28th Judicial District |
| 2/12/2001 | Pariso v Erler | Deposition | Superior Court of the State of California |
| | | | in and for the County of Santa Clara |
| 2/21/2001 | Pariso v Erler | Trial | Superior Court of the State of California |
| | | | in and for the County of Santa Clara |
| 3/28/2001 | Wooten v Ford Motor Company | Trial | |
| 4/4/2001 | Lillie Mae Williams v Ford Motor Company | Deposition | Circuit Court of the Thirteenth Judicial Circuit |
| | | | in and for Hillsborough County, Florida |
| 4/13/2001 | Fuqua v Ford Motor Company | Deposition | Circuit Court of the County of Jefferson |
| | | | State of Missouri |
| 4/20/2001 | Garcia v State Farm Mutual Automobile | Deposition | Superior Court of Santa Cruz |
| | Insurance Company | | State of California |
| 4/25/2001 | Todecheene v Ford Motor Company | Deposition | District Court of the Navajo Nation |
| | | | Judicial District of Kayenta, Arizona |
| 5/1/2001 | Lewis v Hansen Coupling Division, et al | Deposition | Superior Court of the State of California |
| | | | in and for the County of San Francisco |
| 5/10/2001 | Hodge v Ford Motor Company, et al. | Trial | District Court, Clark County, Nevada |
| 5/14/2001 | Cohn v Ram Racing, Inc., et al. | Deposition | Superior Court for the State of Arizona |
| | | | in and for the County of Pima |
| 5/16/2001 | Reyes v Hyundai Motor America, et al. | Deposition | Superior Court of the State of California |
| | | | for the County of Orange |
| 5/30/2001 | Joel Rodriguez v Ford Motor Company | Deposition | District Court of Hidalgo County, Texas |
| | | | 92nd Judicial District |
| 6/5/2001 | Reyes v Hyundai Motor America, et al. | Trial | Superior Court of the State of California |
| | | | for the County of Orange |
| 6/27/2001 | Mario Gonzalez v Ford Motor Company | Deposition | District Court, 107th Judicial District |
| | | | Cameron County, Texas |
| 7/3/2001 | DeVore v Ford Motor Company | Deposition | District Court of Cloud County, Kansas |
| | | | Twelfth Judicial District |
| 7/9/2001 | Woodman v General Motors Corporation | Deposition | Superior Court of the State of California |
| | | | for the County of Los Angeles |
| 7/12/2001 | Giardino v Ford Motor Company | Deposition | Superior Court of the State of California |
| | | | for the County of Los Angeles |
| 7/26/2001 | Kavanagh v Recaro | Deposition | United States District Court |
| | | | for the District of Delaware |
| 7/26/2001 | Canouse v Keiper Recaro Seating, Inc. | Deposition | District Court of the State of Delaware |
| | | | in and for New Castle County |
| 8/6/2001 | Johnson v Union Pacific Railroad Company | Deposition | United States District Court |
| | | | Eastern District of California |
| 8/9/2001 | Woodman v General Motors Corporation | Deposition | Superior Court of the State of California |
| | | | for the County of Los Angeles |
| 8/15/2001 | Gozukara v Ford Motor Company | Deposition | Superior Court of the State of California |
| | | | for the County of San Bernardino, Barstow Division |
| 10/12/2001 | Lajeunesse v Ford Motor Company | Deposition | Superior court of the State of California |
| | | | in and for the County of San Diego |
| 10/15/2001 | Hussain v SMDS, et al. | Deposition | Superior Court of the State of California |
| | | | for the County of Los Angeles |
| 10/17/2001 | Bell v General Motors | Deposition | Superior Court of the State of California |
| | | | for the County of Los Angeles |
| 11/1/2001 | Hussain v SMDS, et al. | Trial | Superior Court of the State of California |
| | | | for the County of Los Angeles |
| 11/13/2001 | Vonderharr v Ford Motor Company | Deposition | Superior Court of the State of California |
| | | | for the County of Orange - Central District |
| 11/19/2001 | Bradford v Ford Motor Company | Deposition | District Court of Titus County, Texas |

ROBERT PIZIALI
TESTIMONY LIST

| | | | |
|---|---|---|---|
| | | | 76th/276th Judicial District |
| 11/27/2001 | Goff v Ford Motor Company | Deposition | Circuit Court of Jackson County, Missouri |
| | | | at Kansas City |
| 12/6/2001 | Willhelm/Long v Ford Motor Company | Deposition | District Court of Tarrant County, Texas |
| | | | 17th Judicial District |
| 12/11/2001 | Gregory v Ford Motor Company | Deposition | Circuit Court of Ohio County, West Virginia |
| 1/2/2002 | Gozukara v Ford Motor Company | Trial | Superior Court of the State of California |
| | | | for the County of San Bernardino |
| 1/7/2002 | Maben v Union Pacific Railroad | Deposition | United States District Court |
| | | | Eastern District of California |
| 2/8/2002 | Fernandez v Union Pacific Railroad | Deposition | Circuit Court of  St. Louis City |
| | | | State of Missouri |
| 2/12/2002 | Trahan v Ford Motor Company | Deposition | District Court of Harris County, Texas |
| | | | 61st Judicial District |
| 2/13/2002 | McCardle v Greyhound Lines, Inc. | Deposition | Superior Court in the State of California |
| | | | for the County of Los Angeles, Central District |
| 3/1/2002 | Best v Lift Engineering, et al. | Deposition | Superior Court of the State of California |
| | | | for the County of Riverside |
| 3/27/2002 | Ross v Ford Motor Company | Deposition | United States Federal District Court |
| | | | for the Southern District of Illnois |
| 3/29/2002 | Lee v Jefferson School District | Deposition | Superior Court of the State of California |
| | | | in and for the County of San Mateo |
| 4/15/2002 | Bell v General Motors | Trial | Superior Court of the State of California |
| | | | for the County of Los Angeles - Central |
| 4/18/2002 | Meek v Ford Motor Company | Deposition | Superior Court of the State of California |
| | | | for the County of Los Angeles - Central |
| 4/25/2002 | Lee v Jefferson School District | Trial | Superior Court of the State of California |
| | | | in and for the County of San Mateo |
| 6/14/2002 | Pengra v Montana Rail Link | Deposition | Montana Fourth Judicial District Court |
| | | | Missoula County |
| 6/19/2002 | Businelle v Newcor Partners, et al. | Deposition | District Court of Harris County, Texas |
| | | | 334th Judicial District |
| 7/9/2002 | Manuel Garcia v Ford Motor Company | Deposition | District Court of Starr County, Texas |
| | | | 381st Judicial District |
| 7/29/2002 | Erma Williams v Ford Motor Company | Deposition | United States District Court |
| | | | Eastern District of Texas, Marshall Division |
| 8/1/2002 | Espino v White Consolidated | Deposition | Superior Court of the State of California |
| | | | for the County of Los Angeles |
| 8/2/2002 | Perez v Ford Motor Company | Deposition | United States District Court |
| | | | Eastern District of Missouri, Eastern Division |
| 8/4/2002 | LaPlante v Wellcraft | Deposition | Superior Court of the State of California |
| | | | for the County of Los Angeles |
| 8/15/2002 | Reeder v UPRR | Deposition | Circuit Court of Madison County, Illinois |
| | | | Third Judicial Circuit |
| 8/15/2002 | Skidmore v UPRR | Deposition | Circuit Court of the City of St. Louis, State of Missouri |
| | | | Division I |
| 8/19/2002 | Gonos v Bell Sports | Deposition | United States District Court |
| | | | Eastern District of Missouri, Eastern Division |
| 8/27/2002 | Kyle Welsh v Ford Motor Company | Deposition | United States District Court |
| | | | Eastern District of Texas, Marshall Division |
| 9/4/2002 | Saba v Amtrak | Deposition | Circuit Court of the City of St. Louis |
| | | | State of Missouri |
| 9/10/2002 | Espino v White Consolidated | Trial | Superior Court of the State of California |
| | | | for the County of Los Angeles |
| 10/7/2002 | Schmoeckel v Connelly Skis | Deposition | District Court - Fourth Judicial District |

ROBERT PIZIALI
TESTIMONY LIST

| | | | |
|---|---|---|---|
| | | | State of Minnesota, County of Hennepin |
| 10/21/2002 | Daniel v UPRR | Deposition | Circuit Court of the City of St. Louis |
| | | | State of Missouri |
| 11/4/2002 | Acree v Ford Motor Company | Deposition | United States District Court |
| | | | Western District of Louisiana, Monroe Division |
| 11/15/2002 | Daniel v UPRR | Trial | Circuit Court of the City of St. Louis |
| | | | State of Missouri |
| 12/3/2002 | Campos v Ford Motor Company | Deposition | United States District Court |
| | | | Southern District of Indiana, Indianapolis Division |
| 12/5/2002 | Bruno Garcia v Ford Motor Company | Deposition | District Court of Maverick County, Texas |
| | | | 365th Judicial District |
| 12/6/2002 | Higgins v Intex | Deposition | Superior Court, State of Washington |
| | | | County of Spokane |
| 12/9/2002 | Jaramillo v Ford Motor Company | Deposition | United States District Court |
| | | | Western District of Washington at Tacoma |
| 1/9/2003 | Dee Williams v Ford Motor Company | Deposition | Circuit Court of the Second Circuit |
| | | | State of Hawaii |
| 2/12/2003 | Higgins v Intex | Trial | Superior Court, State of Washington |
| | | | County of Spokane |
| 2/25/2003 | Unger v Emerson | Trial | Court of Common Pleas, Montgomery County, Pennsylvania |
| 2/26/2003 | Acree v Ford Motor Company | Trial | United States District Court |
| | | | Western District of Louisiana, Monroe Division |
| 2/27/2003 | Jaramillo v Ford Motor Company | Trial | United States District Court |
| | | | Western District of Washington at Tacoma |
| 3/10/2003 | Anderson v Snow Valley | Deposition | Superior Court of the State of California |
| | | | for the County of San Bernadino - Central |
| 3/14/2003 | Keeley v Ford Motor Company | Deposition | United States District Court |
| | | | Western District of Washington at Tacoma |
| 3/18/2003 | Hill v Ford Motor Company | Deposition | Superior Court of the State of California |
| | | | in and for the County of Tulare |
| 3/24/2003 | Larez v Cedar Fair | Deposition | Superior Court of the State of California |
| | | | for the County of Orange |
| 3/31/2003 | Bressler v Valley Petroleum | Deposition | Superior Court of the State of California |
| | | | in and for the County of Solano |
| 4/2/2003 | Fermy Woods v Ford Motor Company | Deposition | State of New Mexico |
| | | | County of Santa Fe, First Judicial District Court |
| 4/22/2003 | Platte v Ford Motor Company | Deposition | Superior Court of the State of Arizona |
| | | | in and for the County of Maricopa |
| 4/25/2003 | Brymer v Ford Motor Company | Deposition | United States District Court |
| | | | Eastern District of Texas, Marshall Division |
| 6/3/2003 | Lindberg v Dorel | Deposition | Superior Court of the State of Washington |
| | | | in and for the County of Pierce |
| 6/6/2003 | Bradley v Chicago Pneumatic | Trial | United States District Court |
| | | | for the District of Oregon |
| 6/9/2003 | Rutledge v Bell Sports, et al. | Deposition | Superior Court of the State of California |
| | | | for the County of Los Angeles |
| 6/13/2003 | Benton v Ford Motor Company | Deposition | In the Court of Common Pleas |
| | | | Montgomery County, Ohio |
| 6/24/2003 | Berczyk v Emerson | Deposition | United States District Court |
| | | | District of Minnesota, Fourth Division |
| 7/2/2003 | Chevez v Ford Motor Company | Deposition | Superior Court of the State of California |
| | | | for the County of Orange |
| 7/8/2003 | Shipp v White Consolidated | Deposition | State of Illinois, Circuit Court |
| | | | of the 17th Judicial District, Winnebago County |
| 7/11/2003 | Brown v H.B. Climbing | Deposition | United States District Court |

ROBERT PIZIALI
TESTIMONY LIST

| | | | District of Arizona |
|---|---|---|---|
| 7/16/2003 | Shatz v Ford Motor Company | Deposition | United States District Court |
| | | | Southern District of Indiana, Indianapolis Division |
| 8/20/2003 | Winslow v Montana Rail Link | Deposition | Montana Fourth Judicial District Court, Missoula County |
| 9/8/2003 | Retractable Technologies, Inc. | Deposition | United States District Court |
| | v Becton Dickinson & Company, et al. | | Eastern District of Texas, Texarkana Division |
| 9/17/2003 | Bressler v Valley Petroleum, Inc., et al. | Trial | Superior Court of the State of California |
| | | | in and for the County of Solano |
| 10/1/2003 | Becerra v Ford Motor Company | Deposition | Statutory Probate Court Number One |
| | | | Harris County, Texas |
| 10/7/2003 | Buell-Wilson v Ford Motor Company | Deposition | Superior Court of the State of California |
| | | | for the County of San Diego |
| 10/13/2003 | Whyte v Ford Motor Company | Deposition | Superior Court of the State of Arizona |
| | | | in and for the County of Maricopa |
| 10/23/2003 | Floyd v Chan | Deposition | Superior Court of the State of California |
| | | | in and for the County of San Mateo |
| 11/24/2003 | Aguayo v Ford Motor Company | Deposition | Superior Court of the State of California |
| | | | for the County of Los Angeles |
| 12/8/2003 | Ezequiel Castillo v Ford Motor Company | Deposition | United States District Court |
| | | | District Court of Cameron County, Texas |
| 1/5/2004 | Doyle v Nissan North America, Inc. | Deposition | Circuit Court of Jackson County, Missouri |
| | | | at Kansas City |
| 1/6/2004 | Francisco Hernandez v Ford Motor Company | Deposition | Superior Court of the State of California |
| | | | for the County of Los Angeles |
| | | | East District, Pomona Courthouse |
| 1/8/2004 | Szyjewicz v Loe | Deposition | Superior Court of the State of California |
| | | | in and for the County of Santa Clara |
| 2/5/2004 | Guzman v Ford Motor Company | Deposition | District Court for Zapata County, State of Texas |
| | | | 49th Judicial District |
| 2/13/2004 | Kendall v Ford Motor Company | Deposition | State of New Mexico, County of Sandoval |
| | | | 13th Judicial District Court |
| 2/17/2004 | Leachman Woolsey v S.A.C. Industries, Inc. | Deposition | Circuit Court of the 9th Judicial Circuit |
| | | | in and for Orange County, Florida |
| 2/23/2004 | Lancelot Johnson v Ford Motor Company | Deposition | United States District Court |
| | | | for the Northern District of Illinois, Eastern Division |
| 2/27/2004 | Bradford v Ford Motor Company | Deposition | In the Judicial District Court |
| | | | 76th/276th Judicial District, Titus County, Texas |
| 3/29/2004 | Bradford v Ford Motor Company | Trial | In the Judicial District Court |
| | | | 76th/276th Judicial District, Titus County, Texas |
| 4/13/2004 | Guzman v Ford Motor Company | Trial | District Court for Zapata County, State of Texas |
| | | | 49th Judicial District |
| 4/15/2004 | Rodney Anderson v Ford Motor Company | Deposition | Circuit Court of the Eighteenth Judicial Circuit |
| | | | in and for Brevard County, Florida |
| 4/26/2004 | Galvan v Ford Motor Company | Deposition | District Court for Cameron County, State of Texas |
| | | | 138th Judicial District |
| 4/27/2004 | Kaye v Ford Motor Company | Deposition | Circuit Court of Mercer County, West Virginia |
| 4/28/2004 | Floyd v Chan | Trial | Superior Court of the State of California |
| | | | in and for the County of San Mateo |
| 5/5/2004 | Pillado v Ford Motor Company | Deposition | Superior Court of the State of California |
| | | | for the County of San Bernardino |
| 5/6/2004 | Brey v BMW, et al. | Deposition | United States District Court |
| | | | Northern District of Iowa, Cedar Rapids Division |
| 5/14/2004 | Cory v Ford Motor Company | Deposition | Superior Court of the State of California |
| | | | for the County of San Bernardino; Central Court |
| 5/18/2004 | Buell-Wilson v Ford Motor Company | Trial | Superior Court of the State of California |

ROBERT PIZIALI
TESTIMONY LIST

| | | | for the County of San Diego |
|---|---|---|---|
| 6/17/2004 | Colp v Ford | Deposition | State Court of Cobb County |
| | | | State of Georgia |
| 6/23/2004 | Glenn v Hong Jin Crown Corp. | Deposition | Superior Court of the State of California |
| | | | County of Santa Clara |
| 6/24/2004 | Nino v Ford Motor Company | Deposition | District Court of Webb County, Texas |
| | | | 49th Judicial District |
| 7/14/2004 | Yarber v UPRR | Deposition | Circuit Court of St. Louis City |
| | | | State of Missouri |
| 7/15/2004 | Herndon v Parball Corporation | Deposition | United States District Court; District of Nevada |
| 7/16/2004 | Westerly v Ford Motor Company | Deposition | United States District Court |
| | | | Central District of California |
| 7/22/2004 | Yarber v  Union Pacific Railroad Company | Trial | Circuit Court of the City of St. Louis |
| | | | State of Missouri |
| 8/6/2004 | Guerrero v Ford Motor Company | Deposition | Superior Court of the State of California |
| | | | for the County of San Bernardino |
| 8/9/2004 | Aaron Cardenas v Ford Motor Company | Deposition | District Court, 92nd Judicial Court |
| | | | Hidalgo County, Texas |
| 8/13/2004 | O'Dell v Ford Motor Company | Deposition | District Court of San Jacinto County, Texas |
| | | | 258th Judicial District |
| 8/26/2004 | Ellis v Ford Motor Company | Deposition | District Court of Tarrant County, Texas |
| | | | 67th Judicial District |
| 9/1/2004 | Morris v Ford Motor Company | Deposition | Superior Court of the State of Arizona |
| | | | in and for the County of Maricopa |
| 9/7/2004 | Sandoval v Ford Motor Company | Deposition | District Court, Southern District of Indiana |
| | | | Indianapolis Division |
| 9/14/2004 | Ezequiel Castillo v Ford Motor Company | Trial | United States District Court |
| | | | District Court of Cameron County, Texas |
| 9/17/2004 | Macias-Vasquez v Ford Motor Company | Deposition | Superior Court of the State of California |
| | | | for the County of Los Angeles; Central Court District |
| 9/22/2004 | Blakeney v UPRR | Deposition | Circuit Court; City of St. Louis |
| | | | State if Missouri |
| 9/22/2004 | Gibbs v UPRR | Deposition | Circuit Court; City of St. Louis |
| | | | State of Missouri |
| 9/27/2004 | Brey v BMW | Trial | District Court; Northern District of Iowa |
| | | | Cedar Rapids Division |
| 10/5/2004 | Holly Smith v Ford Motor Company | Deposition | Superior Court of the State of California |
| | | | for the County of Orange, Central Justice Center |
| 10/11/2004 | Frede v Ford Motor Company | Deposition | Circuit Court of the City of St. Louis |
| | | | State of Missouri |
| 10/20/2004 | Melquist v Emerson Electric Company | Trial | United States District Court |
| | | | for the Western District of Pennsylvania |
| 11/8/2004 | Holly Smith v Ford Motor Company | Trial | Superior Court of the State of California |
| | | | for the County of Orange, Central Justice Center |
| 11/18/2004 | Gary Olson v MRL | Deposition | United States District Court |
| | | | for the District of Montana, Missoula Division |
| 12/1/2004 | Beachy v Morrice Transportation | Deposition | Circuit Court; County of Wayne |
| | | | State of Michigan |
| 1/7/2005 | Deborah McDonald v Ford Motor Company | Deposition | United States District Court |
| | | | for the Western District of Washington at Seattle |
| 1/11/2005 | Rosario Salgado v Ford Motor Company | Deposition | 70th Judicial District |
| | | | in the District Court of Ector County, Texas |
| 1/19/2005 | Gobert v Ford Motor Company | Deposition | District Court, 332nd Judicial District |
| | | | Hildago County, Texas |

**CONSULTING SERVICES**
**SCHEDULE OF RATES AND CHARGES**
as of January 1, 2005

Rates are computed and billed on a time-expended basis in accordance with the hourly rates assigned to the particular individuals performing the services. Rates are reviewed on an annual basis and may be adjusted at that time. Costs advanced by Piziali & Associates on Client's behalf and other expenses will be billed in addition to fees for services as described below.

**Per Hour Rates**

| | |
|---|---|
| President/Principal Engineer | |
| Robert Piziali, Ph.D., P.E. | $495 |
| | |
| Managing Engineers | |
| Elizabeth H. Raphael, M.D., F.A.C.E.P. | $475 |
| Raymond Merala, M.S., P.E. | $325 |
| Dan Girvan, M.S., P.E. | $310 |
| Erich S. Phillips, Ph.D. | $295 |
| Elaine R. Serina, Ph.D., P.E. | $275 |
| Bradford J. Coburn, M.S. | $275 |
| Matthew Kaplan, Ph.D. | $215 |
| Julia C. Fox, Ph.D. | $195 |
| Hanhtrinh M. Le, M.S. | $195 |
| Tom Daniel, M.S. | $195 |
| Kirsty White, M.S. | $195 |
| | |
| Marie Lomas, B.S., R.N. | $170 |
| Medical Specialists | $160 |
| | |
| Technical Associates | $150 |
| | |
| Technical Assistants | $85 |

**TERMS AND CONDITIONS**

**Fixed Price Services**
When the services required or the character of the final work product are sufficiently defined, Piziali and Associates may provide such services or deliverables for a fixed price agreed to between Piziali & Associates and the Client.

**Special Products**
Specialized software, methodologies, services, or technical products developed by Piziali & Associates will be charged at rates that reflect development costs and equivalent technical value. Specific prices and terms of agreement will be provided upon request.

**Equipment Charges**

Technical equipment may be used both in-house and in the field to assist Piziali & Associates personnel in their work. A fee will be charged to the Client for selected equipment. Fees may be adjusted, at the discretion of Piziali & Associates, when the equipment is dedicated to a project for an extended period of time.

**Other Project Expenses**

Air travel is charged to the Client at the most effective fare basis for the project involved and will be invoiced to the Client at Piziali & Associates' cost. Local mileage will be charged to the Client in accordance with Internal Revenue Service guidelines.

Some project expenses exceeding $1000.00 that require administrative processing by Piziali & Associates will be charged to the Client at cost plus five percent (5%). These may include, but are not necessarily limited to, equipment, outside laboratory tests, outside computer charges, special printing and reproduction, shipping charges, special fees or supplemental insurance. Consumable materials may be charged to the Client, at the discretion of Piziali and Associates, on an applied rate rather than an incurred cost basis.

Legal expenses related to special negotiation or modification of the terms and conditions of a contract will be charged to the Client. Professional time and expenses related to legal discovery requirements brought about by Piziali & Associates' services will be charged to the Client at the rates set forth above.

**Payment**

**PAYMENT IS DUE WITHIN 30 DAYS AFTER RECEIPT OF AN INVOICE.** The Client shall be responsible for all costs and expenses, including reasonable attorneys' fees, incurred by Piziali & Associates in connection with any action or proceedings brought to recover payment under the contract. Fees and costs are due and payable regardless of whether the services provided by Piziali & Associates results in testimony or other tangible evidence favorable to the Client.

**Books and Records**

Piziali and Associates' technical files and all materials supplied by the Client will be maintained for a period of three months after the close of the case, unless Piziali & Associates is notified by the Client in writing of other arrangements.

**Termination**

Client may terminate the services of Piziali & Associates at any time, subject to payment of fees and other costs incurred to the date of termination. Piziali & Associates may terminate or suspend its services if its statements have not been paid in a timely manner.

**Assignment**

The contract between Piziali & Associates and the Client may not be assigned, by operation of law or otherwise, by the Client without prior written consent of Piziali & Associates. The contract shall be binding upon and inure to the benefit of the permitted successors and assigns of Piziali & Associates and the Client.