UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, <br> SALLY PAYAN, AND <br> ENRIQUE ROBERTO PAYAN <br>       Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY <br>       Defendant. | § § § § § § § § § § | CIVIL ACTION NO. B-03-120 |

## DEFENDANT FORD MOTOR COMPANY'S UNOPPOSED MOTION TO EXCEED 25-PAGE LIMIT FOR REPLIES TO PLAINTIFFS' CONSOLIDATED OPPOSITION TO FORD'S MOTIONS FOR SUMMARY JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Ford Motor Company ("Ford") moves for leave to file replies to Plaintiffs' Consolidated Opposition to Ford's seven motions for summary judgment that, together, exceed the 25 page limit set forth in this Court's Civil Procedures, § 5(H)(1). In support of this Motion, Ford shows as follows:

### I.

On May 13, 2005, Ford filed seven separate Motions for Summary Judgment, as follows:

(1) Defendant Ford Motor Company's Motion For Summary Judgment on Plaintiffs' Handling and Stability Defect Claim;

(2) Defendant Ford Motor Company's Motion For Summary Judgment—Misrepresentation Claims;

(3) Defendant Ford Motor Company's Motion For Summary Judgment—Manufacturing Defect Claims;

(4) Defendant Ford Motor Company's Motion For Summary Judgment—Marketing Defect Claims;

(5) Defendant Ford Motor Company's Motion For Summary Judgment—Personal Injury Claims of Plaintiff Sally Payan;

    (6)    Defendant Ford Motor Company's Motion For Summary Judgment—Deceptive Trade Practices Act Claims; and

    (7)    Defendant Ford Motor Company's Motion For Summary Judgment on Plaintiffs' Defective Seatbelt System Claim.

The Plaintiffs filed their Consolidated Opposition to these motions on June 24, 2005, after several time extensions and a motion to exceed the 25-page limit were granted.

Ford has prepared a separate reply regarding each of the seven Motions for Summary Judgment. The replies that Ford has prepared are short and concise, and have the following page lengths:

1.) Handling and Stability Defect Claim – 4 pages (2 pages of actual argument);

2.) Misrepresentation Claims – 5 pages (4 pages of actual argument);

3.) Manufacturing Defect Claims – 5 pages (4 pages of actual argument);

4.) Marketing Defect Claims – 3 pages (2 pages of actual argument);

5.) Personal Injury Claims of Plaintiff Sally Payan – 4 pages (2 pages of actual argument);

6.) Deceptive Trade Practices Act Claims – 6 pages (5 pages of actual argument);

7.) Defective Seatbelt System Claim – 4 pages (2 pages of actual argument).

The seven replies prepared by Ford total 31 pages, with only 21 pages of actual argument.

Based on the number of summary judgment topics, and the complexity of this case, Ford respectfully requests that it be allowed to file its seven replies regarding its Motions for Summary Judgment, even though they together slightly exceed the 25-page limit set forth in the Court's Civil Procedures.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
    William L. Mennucci (Attorney in Charge)
    State Bar No. 00788042
    Federal Bar I.D. 18172
    bmennucci@thompsoncoe.com
    Michael W. Eady (Of Counsel)
    State Bar of Texas No. 06332400
    Federal Bar I.D.14591
    meady@thompsoncoe.com
    701 Brazos Street
    Suite 1500 Austin Centre
    Austin, Texas 78701
    (512) 708-8200 Telephone
    (512) 708-8777 Fax

OF COUNSEL:

Vaughn Crawford
Matthew Goldstein
SNELL & WILMER, L.L.P.
One South Church Tower
Suite 1500
Tucson, Arizona 85701
(520) 882-1214 (telephone)
(520) 884-1294 (fax)

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Plaintiffs and this motion is unopposed.

_____
William L. Mennucci

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been forwarded by facsimile to the following attorney(s) on this ___13___ day of July, 2005:

Benigno (Trey) Martinez
Tony Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

_____
William L. Mennucci