UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, | § | |
| SALLY PAYAN, AND | § | |
| ENRIQUE ROBERTO PAYAN | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-120 |
| | § | |
| FORD MOTOR COMPANY | § | |
| Defendant. | § | |

### ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S UNOPPOSED MOTION TO EXCEED 25-PAGE LIMIT FOR REPLIES TO PLAINTIFFS' CONSOLIDATED OPPOSITION TO FORD'S MOTIONS FOR SUMMARY JUDGMENT

On this day, the Court considered Defendant Ford Motor Company's Unopposed Motion To Exceed 25-Page Limit For Replies To Plaintiffs' Consolidated Opposition To Ford's Motions For Summary Judgment. After considering the Motion, the Court has determined that the Motion should be GRANTED.

It is, therefore, ORDERED, that Ford Motor Company is granted leave to file its Replies to Plaintiffs' Consolidated Opposition to Ford's seven previously-filed Motions for Summary Judgment, in excess of the 25-page limit set forth in the Court's Civil Procedures, with the understanding that Ford's Replies collectively total approximately 31 pages.

SIGNED this _____ day of _____, 2005

_____
UNITED STATES DISTRICT COURT PRESIDING