UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, | § | |
| SALLY PAYAN, AND | § | |
| ENRIQUE ROBERTO PAYAN | § | |
|     Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-120 |
| | § | |
| FORD MOTOR COMPANY | § | |
|     Defendant. | § | |

**DEFENDANT FORD MOTOR COMPANY'S REPLY TO PLAINTIFFS' OPPOSITION
TO FORD MOTOR COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT--
PERSONAL INJURY CLAIMS OF PLAINTIFF SALLY PAYAN**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Ford Motor Company ("Ford") replies as follows to Plaintiffs' Opposition
(Docket Entry No. 82) to Ford's Motion for Partial Summary Judgment—Personal Injury Claims
of Plaintiff Sally Payan (Docket Entry No. 52);

Plaintiffs tacitly concede in their opposition that Sally Payan suffered no personal injuries
in the accident, and she is therefore not entitled to recover any type of damages allegedly
stemming from her alleged personal injuries, namely (1) physical pain, (2) mental anguish
*resulting from her personal injuries*, (3) disfigurement, (4) physical impairment, (5) medical
expenses, and (6) loss of earning capacity.  Thus, Ford is entitled to partial summary judgment
on her personal injury claims.

Plaintiffs argue instead that Sally Payan is entitled to recover *mental anguish damages*
under (1) her DTPA claim, and (2) her wrongful death claim for the death of her mother, Betty
Payan.

Regarding her DTPA claim, Sally Payan is not entitled to recover mental anguish damages because she has no valid DTPA claim, as set forth in Ford's Motion for Partial Summary Judgment—Deceptive Trade Practices Act Claim.  Even if she had a valid DTPA claim, mental anguish under the DTPA is recoverable only if the defendant acted knowingly or intentionally.  *See* TEX. BUS. & COM. CODE § 17.50(b)(1); *Gulf States Utils. Co. v. Low*, 79 S.W.3d 561, 564 (Tex. 2002); *City of Tyler v. Likes*, 962 S.W.2d 489, 498 n.1 (Tex. 1997). Plaintiffs have provided no summary judgment evidence that any violation of the DTPA was knowing or intentional.

Regarding her wrongful death claim, Ford *agrees* with the Plaintiffs that Sally Payan is entitled to recover mental anguish damages under her wrongful death claim, if she can so prove them.  It is clearly stated in Ford's Motion that Ford seeks summary judgment on Sally Payan's claims and damages arising from *her own alleged personal injuries only*, which are set forth in Plaintiffs' Original Petition, paragraph XI, under the heading "Sally Payan;" Ford *does not* seek summary judgment on Sally Payan's claims and damages recoverable under her wrongful death claim, which are set forth in Plaintiffs' Original Petition, paragraph XI, under the heading "Surviving Children."  Plaintiffs' attempt to obfuscate the purpose of Ford's motion in hopes of saving Sally Payan's personal injury claims should be disregarded by the Court.

WHEREFORE, Ford prays that its motion be granted and that Plaintiff Sally Payan take nothing on all alleged *personal injury* claims and damages, *i.e.*, those claims and damages set forth in Plaintiffs' Original Petition, paragraph XI, under the heading "Sally Payan."  Ford further prays for such other and further relief to which it may be justly entitled.

2

Doc ID MENNB-117649
08423-071

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____

William L. Mennucci (Attorney in Charge)
State Bar No. 00788042
Federal Bar I.D. 18172
bmennucci@thompsoncoe.com
Michael W. Eady (Of Counsel)
State Bar of Texas No. 06332400
Federal Bar I.D.14591
meady@thompsoncoe.com
701 Brazos Street
Suite 1500 Austin Centre
Austin, Texas 78701
(512) 708-8200 Telephone
(512) 708-8777 Fax


OF COUNSEL:

Vaughn Crawford
Matthew Goldstein
SNELL & WILMER, L.L.P.
One South Church Tower
Suite 1500
Tucson, Arizona 85701
(520) 882-1214 (telephone)
(520) 884-1294 (fax)

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

3

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been forwarded by certified mail, return receipt requested, to the following attorney(s) on this ___14___ day of July, 2005:


Benigno (Trey) Martinez
Tony Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520


_____
William L. Mennucci

4