UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY Defendant. | § § § | |

**DEFENDANT FORD MOTOR COMPANY'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT FORD'S MOTION FOR PARTIAL SUMMARY JUDGMENT – MARKETING DEFECT CLAIMS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Ford Motor Company ("Ford") replies as follows to Plaintiffs' Opposition (Docket entry # 82) to Ford's Motion for Partial Summary Judgment – Marketing Defect Claims (Docket entry # 51).

1.  No genuine issue of material fact.

There is no proof attached to plaintiffs' response. There is no expert testimony on the issue of warnings and instructions, no criticism of any instruction on use of the vehicle, no evidence of alternative warnings or instructions, much less proof on the essential element of causation – why any change in the warnings or instructions would have prevented this accident. There is not even evidence of the warnings and instructions that were given with the vehicle. Plaintiffs/non-movants have failed to carry their burden.

2.  <u>Ford is entitled to a partial summary judgment on plaintiffs' pled theory of recovery based upon a claimed failure to warn or instruct a/k/a a "marketing defect."</u>

With respect to this case, plaintiffs' response on this issue contains but a singular statement –

> In essence, Ford failed to warn the end consumer of the 2000 Explorer's propensity to rollover. Ford had a duty to warn its customers of that propensity.

(Plaintiffs' Opposition at page 10).

The order from Judge Samuel Kent, U.S. District Judge, Southern District of Texas, attached to Ford's original motion, analyzes and rejects this same argument albeit in a slightly different context. The "risk" of which plaintiffs complain is that of an alleged "design defect." Ford denies the existence of any design defect. In fact, a finding of no design defect disposes of plaintiffs' warning claims, which exposes why this case does not involve a "marketing defect."

A "marketing defect" posits the existence of some warning or instruction which would make the product "reasonably safe," irrespective of the product's design. Plaintiffs do not concede that such a warning even exists. Their claim is for "design defect" and nothing more.

WHEREFORE, PREMISES CONSIDERED, Ford prays that its motion be granted and that plaintiffs take nothing on all pled claims for recovery based upon alleged marketing defect claims. Ford further prays for such other and further relief to which it may be justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
William L. Mennucci (Attorney in Charge)
State Bar No. 00788042
Federal Bar I.D. 18172
bmennucci@thompsoncoe.com

2

Doc ID EADYM-117328
08423-071

Michael W. Eady (Of Counsel)
State Bar of Texas No. 06332400
Federal Bar I.D.14591
meady@thompsoncoe.com
701 Brazos Street
Suite 1500 Austin Centre
Austin, Texas 78701
(512) 708-8200 Telephone
(512) 708-8777 Fax


OF COUNSEL:

Vaughn Crawford
Matthew Goldstein
SNELL & WILMER, L.L.P.
One South Church Tower
Suite 1500
Tucson, Arizona 85701
(520) 882-1214 (telephone)
(520) 884-1294 (fax)

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been forwarded by certified mail, return receipt requested, to the following attorney(s) on this ___14___ day of July, 2005:

Benigno (Trey) Martinez
Tony Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

_____
William L. Mennucci

Doc ID EADYM-117328
08423-071