Gerald Rosenbluth Vol. 1

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE SOUTHERN DISTRICT OF TEXAS
 3                       BROWNSVILLE DIVISION
 4
 5   ISABEL ENNIS REYNOSO, SALLY PAYAN,)
     and ENRIQUE ROBERTO PAYAN,        )
 6                                     )
                      Plaintiffs,      )
 7                                     )
              -vs-                     )  Civil Action
 8                                     )  No. B-03-120
     FORD MOTOR COMPANY,               )
 9                                     )
                      Defendant.       )
10   _____)
11
12
13                       Tempe, Arizona
                         May 9, 2005
14                       10:00 a.m.
15
                DEPOSITION OF GERALD ROSENBLUTH
16
17
18
19
20   REPORTED BY:
     CATHY E. HOFF, RPR, CSR, CCR
21   Certified Court Reporter           (COPY)
     CCR No. 50101
22                              HOLIDAY & ASSOCIATES
                          Registered Professional Reporters
23                       2025 North Third Street, Suite B-173
                              Phoenix, Arizona 85004
24                        (602) 712-9700  Fax (602) 712-9701
     PREPARED FOR:
25   ASCII/CONDENSED
```


EXHIBIT A

Gerald Rosenbluth Vol. 1

Page 17

```
 1   this vehicle --
 2        A.   Correct.
 3        Q.   -- whether it should have had a rollover
 4   sensor or whether it should have an electronic
 5   stability control system?
 6        A.   The portion of the electronic stability
 7   control that would prevent the rollover or reduce or
 8   minimize or eliminate the propensity of a rollover
 9   event would be part and parcel a function of accident
10   reconstruction.
11             The portion of the stability control system
12   that would address whether a vehicle is addressing an
13   impending rollover event would then signal the roll
14   sensor, A, there's a potential problem, such as the
15   Mercedes Pre-Safe system in where it senses an
16   impending rollover or accident event.  In that sensing,
17   it pre-pretensions the seat belt, among other things.
18   It moves the seat back, it moves the steering wheel
19   forward, and, in addition, it moves the headrests up.
20   In addition, it moves the front bumper forward several
21   inches.
22        Q.   In what model year was the Pre-Safe system
23   being used for the Mercedes?
24        A.   Pre-Safe came in about -- I believe it's
25   around 2001, something like that.  I'd say the early
```

Gerald Rosenbluth Vol. 1

Page 18

1  2000s.
2  Q. What I'm trying to draw the distinction is is
3  just figuring out where this electric stability control
4  system fits into your opinions and just make sure that
5  I understand.
6      Now, as far as the electronic stability
7  control system, the only part that you would look to
8  and perhaps testify about at trial is the extent to
9  which that system could be used to deploy a
10 pretensioner, for instance; is that fair?
11 A. Correct.
12 Q. As to whether an electronic stability control
13 system that was available in model year 2000 that would
14 have prevented the accident from ever happening, you
15 would defer to an accident reconstruction or handling
16 stability expert on that; is that fair?
17 A. Precisely.
18 Q. And you won't be testifying as a handling
19 stability expert in this case, fair?
20 A. Correct. That's a function of accident
21 reconstruction.
22 Q. Okay. I know I'm not going in numerical
23 order here, but I am going in order of your file. So
24 I'm going to hit Exhibit 16, which I believe is the
25 next number.

Gerald Rosenbluth Vol. 1

Page 19

```
 1           Exhibit 16, is that your section of the file
 2   that has all of your deposition summaries?
 3        A.   Yes.
 4        Q.   And those are summaries that your office
 5   prepared of the depositions that you were provided in
 6   this case; is that right?
 7        A.   That's correct.
 8        Q.   It looks like you have Steve Irwin, Dean
 9   Jacobson and Enrique Payan, Sally Payan, Don Tandy and
10   Ed Paddock?
11        A.   Correct.
12        Q.   And Robert Piziali?
13        A.   Correct.
14        Q.   And Ron Huston?
15        A.   Correct.
16        Q.   Those are all the depositions that you were
17   provided in this case?
18        A.   Correct.
19        Q.   Have you spoken with any of these
20   individuals?
21        A.   There should be eight depositions.
22        Q.   As listed on page 13 of your case summary?
23        A.   Yes, sir.
24        Q.   Have you spoken with any of these individuals
25   personally about this case?
```