IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN AND ENRIQUE ROBERTO PAYAN | § § § | |
| *Plaintiffs* | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V., MEXICO | § § § | |
| *Defendant* | § | |

| PLAINTIFFS' EXHIBIT LIST | | | |
|---|---|---|---|
| **No.** | **Description** | **ADM** | **EXD** |
| 1 | Scene Photographs - Inbursa - Jan. 11, 2003 | | |
| 2 | VI Photographs - The Irwin Company - July 27, 2004 | | |
| 3 | Scene Photographs - The Irwin Company - Nov. 22, 2004 | | |
| 4 | Drop Test Photographs - The Irwin Company - Dec. 7, 2004 | | |
| 5 | VI Photographs - The Irwin Company - Dec. 22, 2004 | | |
| 6 | Reynoso Inspection performed at 8:15 a.m. | | |
| 7 | Reynoso - July 14, 2004 | | |
| 8 | Reynoso - July 14, 2005 (5 minutes) | | |
| 9 | Reynoso Destructive Inspection - Oct. 26, 2004 | | |
| 10 | Reynoso @ 8:30 a.m., - May 27, 2004 | | |
| 11 | Medical Records from Clinica Materno Infantil/China NL, Mex., pertaining to deceased Betty Payan | | |
| 12 | Medical Records from Rio Grande Regional Hospital pertaining to Betty Payan | | |

385240

| | | | |
|---|---|---|---|
| 13 | Medical Records from McAllen Medical Center pertaining to Betty Payan | | |
| 14 | Medical Records from Valley Baptist Medical Center pertaining to Betty Payan | | |
| 15 | Medical Records from TIRR pertaining to Betty Payan | | |
| 16 | Medical Records from Memorial Hermann Hospital pertaining to Betty Payan | | |
| 17 | Billing Records from Clinica Materno Infantil / China NL, Mex, pertaining to Betty Payan | | |
| 18 | Billing Records from Rio Grande Regional Hospital pertaining to Betty Payan | | |
| 19 | Billing Records from McAllen Medical Center pertaining to Betty Payan | | |
| 20 | Billing Records from TIRR pertaining to Betty Payan | | |
| 21 | Billing Records from Memorial Hermann Hospital pertaining to Betty Payan | | |
| 22 | Birth Certificate of Betty Payan | | |
| 23 | Death Certificate of Betty Payan | | |
| 24 | Family Photographs | | |
| 25 | Home Video | | |
| 26 | Bill of Sale 6/23/00 | | |
| 27 | Vehicle registration 6/23/00 | | |
| 28 | Maintenance records of 2000 Ford Explorer -11/2/00, 2/6/01, 4/24/01, 11/27/01, 1/9/02, 7/11/01 | | |
| 29 | Driving Record of Betty Payan | | |
| 30 | Mexican Police Report | | |
| 31 | Affidavit of Tow Truck Driver - Oscar Hernandez Escobedo | | |
| 32 | Owners' Manual | | |
| 33 | Affidavit of Dr. Julio Cesar Ruiz Rivera from Clinica Materno Infantil in China, NL MX | | |
| 34 | Affidavit of Elsy S. Ibarra, best friend to the deceased | | |
| 35 | Steve Irwin's Reconstruction Report done on Dec. 9, 2004 | | |

| | | | |
|---|---|---|---|
| 36 | Accident Scene Diagram | | |
| 37 | Coordinate Points done Nov. 11, 2004 | | |
| 38 | Calculations done on June 11, 2004 | | |
| 39 | 2000 Explorer FMVSS 216 Compliance (10/28/97) and 10/21/99) | | |
| 40 | 1965-66 Roof Collapse Evaluation, Bates No. BRII 73327-69 | | |
| 41 | Roof Strength Study, Safety Engineering Evaluation Dated 7/8/68, Bates No. 0073410-0073428 | | |
| 42 | Drop Test of Volvo S80 Bates No VLVI 0229-0262 (4/10/00) Rept. 260663 | | |
| 43 | Volvo Crashworthiness "FKB" Report for P28/XC90 Bates No. VLV1 0346-0437 | | |
| 44 | Volvo Dolly Report No. 256272, Bates No. VLV10253-0274 | | |
| 45 | Volvo Sedan Dolly Rollover Video Test No. 256272, Bates No. VLV1 0598 | | |
| 46 | Volvo Belt Test Report Bates No. VLV1 0203-0228 (12/6/00) | | |
| 47 | Volvo Rollover Test Report No. 258834 (S80 sedan with pretensioner and reinforced roof), Bates No. VLV1 0275-291 | | |
| 48 | Volvo Rollover Test Video for Test Report No. 258834 (S80 Sedan with pretensioner and reinforced roof) Bates No. ULV10604 | | |
| 49 | Volvo Rollover Test Report No. 262279 (S80 Sedan with pretensioners, no roof reinforcement), Bates No. VLV1 0292-313 | | |
| 50 | 003048 LM262279:3 - Views 5 & 6, Bates No. VLV30016 (View 6 shown) | | |
| 51 | 003048 LM262279-4 - Views 7 & 8, Bates No. VLV3 0017 (View 7 shown) | | |
| 52 | Clarie Duncan Photo | | |
| 53 | Attachment XIV Roof Intrusion Protection for Passenger Cars - Proposed Motor Vehicle Safety Standard 3/22/71; Bates No. EAA-1801-1803 | | |
| 54 | Correspondence from J.C. Eckhold to NHTSA; 12/12/77 re a Study of the Effects of Extension of Certain Passenger Car Safety Standards to Light Trucks 12/1/77; Bates No. RGRU 1470-1501 | | |
| 55 | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED) pgs. 11038-11052 (global test) | | |

385240

| | | | |
|---|---|---|---|
| 56 | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED), pgs. 11034-11035 (roof crush test) | | |
| 57 | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED) , pgs. 111019 (note to Bill Reypka) | | |
| 58 | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED), pgs. 11007-11010 (left front 2000 Explorer 10/22/99) | | |
| 59 | Chen Notebook of FMVSS 216 Tests (1999)); Bates No. EXPU 10987-11137 (REDACTED), pgs. 10993-10998 (e-mail to Dave Shockling) | | |
| 60 | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED), pgs. 10991-10992 (roof crush verification for maskless windshield frame) | | |
| 61 | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED), pgs. 11053-11054 (recall; original reason for test, from Russ Smith) | | |
| 62 | Standard Deviation Document Bates No. EXPD 0293 (fm Bahling Depo) | | |
| 63 | Standard Deviation Document Bates No. EXPO 0010 (fm Bahling Depo) | | |
| 64 | FMVSS 216 4-door Explorer test chart - strength to Weight Ratio (Stilson chart) | | |
| 65 | FMVSS 216 Explorer test bar graph (from Stilson chart, Ex. 918) | | |
| 66 | Volvo Report TF Rollover MU 1997 (English Translation of Exhibit 807) Bates No. VLV4 0001-0026 | | |
| 67 | FMVSS 216 | | |
| 68 | Accident Vehicle Seatbelt | | |
| 69 | **Dr. Dean Jacobson's** Expert Report - Dec. 22, 2004 | | |
| 70 | Dr. Dean Jacobson's Continuing Conclusions and Opinions (July 8, 2005) | | |
| 71 | 2000 Ford Explorer Inverted Drop Test Report - Dec. 6, 2004 | | |
| 72 | Vehicle Inspection - April 20, 2004 | | |
| 73 | Vehicle Digitization - July 26, 2004 | | |
| 74 | Test Vehicle Information | | |

| 75 | Data Plots | | |
|---|---|---|---|
| 76 | Roof Crash Analysis | | |
| 77 | Pre-Test Arrival Photographs | | |
| 78 | Pre-Test Interior Photographs | | |
| 79 | Pre-Test Drop Orientation Photographs | | |
| 80 | Post-Test Inverted at Rest Photographs | | |
| 81 | Post-Test Upright Photographs | | |
| 82 | Post-Test Departure Photographs | | |
| 83 | **Gerald Rosenbluth's** Expert Report - Dec. 23, 2004 | | |
| 84 | Surrogate Testing - Vehicle Seating Diagram  - Dec. 26, 2004 | | |
| 85 | Photographic Sequence - Exemplar Models - Jan. 7. 2005 | | |
| 86 | Vehicle Seat Belt Examination - Oct. 26, 2004 | | |
| 87 | SV - 2000 Ford Explorer - Photographs - April 24, 2004 | | |
| 88 | Exemplar Vehicle/Surrogate Occupant Analysis - Nov. 29, 2004 | | |
| 89 | Pre-Test Arrival Photos | | |
| 90 | Pre-Test Intention Photos | | |
| 91 | Pre-Test Drop Orientation Photos | | |
| 92 | Post-Test Inverted at Rest Photos | | |
| 93 | Post-Test Upright Photos | | |
| 93 | Post-Test Departure Photos | | |
| 94 | Post-Test Comparison Photos | | |
| 95 | Roof Reinforcement Procedure Interior Removal Photos | | |
| 96 | Roof Reinforcement Procedure Interior Sheet Metal Removal Photos | | |
| 97 | Roof Reinforcement Procedure Steel Application Photos | | |
| 98 | Roof Reinforcement Procedure Interior Sheet Metal Re-Welded Photos | | |
| 99 | Roof Reinforcement Procedure Foam Application Photos | | |
| 100 | Roof Reinforcement Procedure Modification Completed with Interior Photos | | |

385240

| 101 | **Ronald Huston, Ph.D.'s** Expert Report - June 30, 2004 | | |
|---|---|---|---|
| 102 | Vehicle Inspection Photographs - June 17, 2004 | | |
| 103 | Surrogate Test performed on Nov. 29, 2004 (done w/Rosenbluth) | | |
| 104 | Surrogate Test performed photographs - Nov. 29, 2004 | | |
| 105 | Resume of Ron Huston | | |
| 106 | File Notes | | |
| 107 | Forms Standards / Anthropometic Source Book | | |
| 108 | **Steve Irwin's** Reconstruction Report - Dec. 9, 2004 | | |
| 109 | Accident Scene Diagram | | |
| 110 | Coordinate Points - Nov. 11, 2004 | | |
| 111 | Calculations - June 11, 2004 | | |
| 112 | Scene Inspection Photographs - Nov. 22, 2004 | | |
| 113 | Vehicle Diagram | | |
| 114 | Vehicle Inspection Photographs - July 27, 2004 | | |
| 115 | Drop Test - Dec. 7, 2004 | | |
| 116 | Vehicle Inspection - Dec. 23, 2004 | | |