IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN, <br><br> v <br><br> FORD MOTOR COMPANY. | CASE NO. B-03-120 |
|---|---|
| | **WITNESS LIST** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos <br> Court Reporter: Breck Record |
| | Proceeding           Date |

Ford Motor Company hereby identifies those persons they will or may call as witnesses at the trial of this matter.

Defendant Ford Motor Company reserves the right to decline to produce one or more of the following witnesses, depending on the development of Plaintiffs' case-in-chief:

*WILL CALL*

**Kevan Granat** *(Defense expert - accident reconstruction)*
TANDY ENGINEERING & ASSOCIATES
25003 Pitkin Road
Suite F-100
The Woodlands, TX 77386

**Donald F. Tandy, Jr.** *(Defense expert - Handling and Stability)*
TANDY ENGINEERING & ASSOCIATES
25003 Pitkin Road
Suite F-100
The Woodlands, TX 77386

**Robert Piziali, Ph.D.** *(Defense expert - Biomechanics)*
PIZIALI & ASSOCIATES
655 Skyway Road
Suite 202
San Carlos, CA 94070

369536

**Larry Ragan** (*Defense expert - Roof*)
*RAGAN RESEARCH CORPORATION*
45150 Polaris Court
Plymouth, MI 48170

**Edward Paddock** (*Defense expert - vehicle restraints*)
*DESIGN RESEARCH ENGINEERING*
46475 DeSoto Court
Novi, MI 48377

## *MAY CALL*

**Officer Officer Enrique de la Rosa Gonzalez** (*Investigating Officer*)

**Officer Hunac Merino** (*Investigating Officer*)

**Rosalio Flores Martinez** (*Monterrey EMS Paramedic*)

**Dr. Julio Cesar Ruiz Rivera** (*Plaintiff, Betty Payan (deceased) treating physician*)

**Enrique Roberto Payan** (*Party - Plaintiff*)

**Sally Payan** (*Party - Plaintiff*)

## *MAY CALL BY DEPOSITION*

**Susana Reynoso** (*Daughter of Decedent-Plaintiff Isabel Ennis Reynoso)*

Any and all other investigating officers and witnesses involved in this matter.

All other witnesses, experts, Ford employees, or parties involved in any matter referred to by Plaintiffs' counsel and/or their experts.

Any and all witnesses listed on Plaintiffs' Witness List.

Any and all treating physicians and/or nurses, emergency, medical personnel.

Any and all rebuttal witnesses.

Any and all custodian of records for any and all records in question, who may testify as to the authenticity of any and all such records.

369536

RESPECTFULLY SUBMITTED this ____ day of September 2005.

SNELL & WILMER L.L.P.

By_____
Vaughn Crawford, Esq.
Amy M. Samberg, Esq.
Matthew A. Goldstein, Esq.
One South Church Avenue
Suite 1500
Tucson, AZ  85701-1630
(520) 882-1200

THOMPSON COE
William L. Mennucci, Esq.
701 Brazos
Suite 1500
Austin, TX 78701
(512) 708-8200
**Attorneys for Defendant
Ford Motor Company**

369536

CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of this document has been served on all counsel of record via facsimile on this _____ day of September, 2005.

Tony Martínez, Esq.
Martínez, Barrera & Martínez, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

**Attorneys for Plaintiffs**

_____

369536