IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ESTATE OF ISABEL ENNIS REYNOSO, } | |
| BY HER REPRESENTATIVE OF HER } | |
| ESTATE, SUSANNA REYNOSO, SALLY } | |
| PAYAN, AND ENRIQUE ROBERTO } | |
| PAYAN, } | |
| *Plaintiffs* } | |
| } | CIVIL ACTION NO. B-03-120 |
| VS. } | |
| } | (JURY REQUESTED) |
| FORD MOTOR COMPANY } | |
| *Defendants* } | |

## PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

Plaintiffs propose that the voir dire questions listed on the attached Appendix "C-1" be asked of potential jurors.

Respectfully submitted,

**Martinez, Barrera y Martinez, L.L.P.**
1201 E. Van Buren
Brownsville, TX 78520
(956) 546-7159
(956) 544-0602 - Fax

By:_____
Tony Martinez
State Bar No. 1313900
Federal I.D. No. 1943
Benigno "Trey" Martinez
State Bar No. 00797011
Federal I.D. No. 23945

**Attorneys in Charge for Plaintiffs**

**Randolph Kimble Whittington**

"C-1"

      2014 East Harrison Street
      Harlingen, TX 78550
      (956) 423-7200
      (956) 423-7999 - Fax

By:_____
      R.K. Whittington
      State Bar No. 21404500
      Federal I.D. No. 1091

**Carla M. Saenz & Associates**
20 Hibiscus Ct
Brownsville, TX 78520
(956) 541-2862
(956) 541-2864 - Fax

By:_____
      Carla Saenz Martinez
      State Bar No. 17514595
      Federal I.D. No. 7994

      **Attorneys for Plaintiffs**

APPENDIX "C-1"

1. The attorneys for the defendants in this case include _____ of the firm of _____ in _____. Have you or any members of your family ever been represented by any of these attorneys or any other attorneys in any of those law firms? Have you or any members of your family ever been employed by any of these attorneys or any of those law firms? Are you acquainted with any of these attorneys or any other attorneys or employees of any of those law firms?

2. Do any of you or members of your immediate family currently drive a sport utility vehicle, an SUV, or have you or members of your immediate family driven an SUV in the past? Do any of you or members of your immediate family currently drive a Ford automobile or have you or members of your immediate family driven a Ford automobile in the past? Do any of you or members of your immediate family currently drive a Ford Explorer or have you or members of your immediate family driven a Ford Explorer in the past? Do any of you or members of your immediate family currently drive a 2000 Ford Explorer or have you or members of your immediate family driven a 2000 Ford Explorer in the past?

3. Are any of you or members of your immediate family employees of Ford Motor Company or any other automobile manufacturer or any automobile dealership? Have any of you or immediate family members been an employee in the past of Ford Motor Company or any other automobile manufacturer or any automobile dealership?

4. Do any of you or members of your immediate family currently own or have owned stock in Ford Motor Company?

5. Do any of you have any strong positive feelings or allegiance to Ford products in general?

6. Have any of you ever been involved in the design of products as an engineer or in any other capacity?

7. Do any of you feel that money damages for the loss of a parent or an adult child are somehow inappropriate or improper in a wrongful death case since an award of damages will not bring back the deceased person?

8. Do any of you have an opinion that there have just been too many large jury verdicts or settlements in lawsuits and that something should be done about that?

9. Do any of you feel that an award of damages for the loss of a parent or an adult child in an amount over a million dollars would not be justified even if the evidence supported such an award?

10. Do any of you believe that money damages should not be awarded under any circumstances for mental anguish or emotional suffering as the result of a death of a family member?

11. Have any of you ever lost a close family member, such as a spouse, parent, child or sibling, as the result of a sudden and unexpected death?

12. Do any of you believe that an automobile cannot be defective or unreasonably dangerous if it complies with all federal motor vehicle minimum safety standards?

13. Have any of you or members of your family been in an automobile accident that involved a rollover of the vehicle?

14. Would any of you have a problem with the idea that an automobile manufacturer could be liable for damages from an injury or death sustained in an accident and caused by a defective design even if the accident was not caused by that defective design?

15. Would any of you have a problem with the idea that an automobile manufacturer could be liable for damages from an injury or death sustained in an accident and caused by a defective design even if the accident was caused by the driver of the vehicle and not the defective design?

16. How many of you believe that an automobile manufacturer has an obligation to design a vehicle so that the occupants are protected from unnecessary injuries in an accident? How many of you disagree that an automobile manufacturer has such an obligation?

17. Do any of you believe that an award of exemplary or punitive damages against a manufacturer of a defective product is somehow inappropriate or improper no matter what the evidence might be as to the conduct of that manufacturer?

18. Do any of you believe that it is somehow inappropriate or improper for an award of exemplary or punitive damages in a lawsuit to be paid in addition to compensatory damages to the persons bringing the suit?

19. Have any of you ever been involved in a lawsuit either as the person making a claim or the person against whom a claim was being made?

20. Do any of you believe that a citizen of Mexico should not be able to bring an action for damages against a United States automobile manufacturer as the result of an accident that occurred in Mexico?

21. Do any of you believe that a citizen of Mexico should not be able to bring an action for damages against a United States automobile manufacturer just because the vehicle was purchased from a dealer in Mexico instead of in the United States?