# DEFENDANT FORD MOTOR COMPANY'S PROPOSED *VOIR DIRE* QUESTIONS

Defendants submit the following proposed general questions to be asked of the jury pool during *voir dire* in this matter:

1. Are you employed?

    a. What is your present occupation?

    b. What generally are your job responsibilities?

2. If you are married, what is the current occupation of your spouse?

3. What is your educational background?

4. What are the years, makes, and models of motorcycles, cars, trucks, vans or SUVs that are currently owned or driven by people in your household?

5. This case involves claims regarding a Ford Explorer, which as you know is a specific model of sport utility vehicle, or SUV. Other than what you may have just listed, has anyone owned or driven a SUV of any make and model?

    a. If so, what is the year, make and model?

    b. How long did you drive it?

    c. Is there anything about your experience with that vehicle that would prevent you from being a fair and impartial juror in this case?

6. Has anyone who owns or has owned or leased a Ford Motor Company Product (Ford, Lincoln, Mercury, Volvo, Land Rover, Jaguar, or Mazda) had a serious problem involving their vehicle?

    a.    If so, was the problem resolved to your satisfaction?

    b.    Was there anything about that experience that would influence your ability to serve as a fair and impartial juror in this case?

7. Has anyone <u>never</u> owned a car, truck, van, or SUV manufactured by Ford?

    a.    If not, is there a particular reason?

8. Do any of you have negative feelings about Ford based on what you know about its products?

9. Is there anyone who does not know how to drive an automobile?

10. Is there anyone who knows how, but does not currently drive an automobile?

11. Do you regularly maintain your vehicle and tires?

    a.    Do you do the work yourself?

    b.    Do you take it to a service station?

12. Do you agree with the following statement: Safety is the most important aspect of my decision to buy or lease a new vehicle?

13. When you buy or lease a vehicle, do you read the owner's manual, supplemental guides, or any warnings that may accompany it?

14. Have you or an immediate family member ever been employed by an automobile manufacturer, dealer, or maintenance facility?

    a.    If so, please describe that experience.

15. Have you or an immediate family member ever been employed in any other business that involves automobiles or automotive components?

      a.    If so, please describe that experience.

16. Do you or an immediate family member have any knowledge, experience or expertise in automobile engineering or mechanics?

      a.    If so, please describe that experience.

17. Do you or an immediate family member have any experience in the medical, hospital or legal profession?

      a.    If so, please describe that experience.

18. Do you or an immediate family member know any of the participants in this trial, including, the witnesses who will be called to testify or the attorneys or anyone who works at the attorney's firms?

      a.    Witnesses:

      b.    Attorneys:

19. Do you know any of the other prospective jurors?

20. Has anyone ever served on a jury before?

      a.    If so, was it a civil case or a criminal case?

      b.    Do you remember the verdict and, if so, what was it?

      c.    Was there anything about that experience that would influence your ability to serve as a fair and impartial juror in this case?

21. Have you or an immediate family member ever been a party (either as a plaintiff or a defendant) in a lawsuit?

      a.    If so, please describe the lawsuit in general terms.

22. Have you or an immediate family member ever made a claim against a company asserting that one of its products was not safe?

    a. If so, please briefly explain.

23. Because this case involved claims regarding a sport utility vehicle, it is important for the Parties to know whether any of you have strong feelings about the safety of SUVs that would make it difficult for you to be a fair and impartial juror in this case? Do you have strong feelings that would make it difficult to be fair and impartial?

24. Does anyone believe – without hearing any evidence in this case – that an SUV is <u>less</u> safe than a passenger car, taking into consideration all possible accident scenarios.

25. Has anyone <u>not</u> heard about the recall of Firestone Wilderness and ATX tires that were equipped on some Ford Explorers?

    a. This case does not involve Firestone tires or a tire failure of any kind. Is there anyone who can set aside what they have heard about the Firestone tire recall and be a fair and impartial juror in this case?

    b. Has anyone read or heard anything else about Ford or automobile manufacturers in the press or on TV, radio, or internet, or from family or friends, that would prevent them from being a fair and impartial juror in this case?

26. Do any of you feel that you would be inclined to favor the Plaintiffs just because Ford Motor Company is a large corporation?

27. Do you agree with the following statement: American car companies do not try hard enough to build cars and trucks that are safe during accidents?

28. Do you agree with the following statement: Cars, trucks, vans, and SUVs today are less safe than they were in the past?

29. Do you agree with the following statement: Government agencies are not doing enough to make sure that car companies design vehicles that protect people during accidents?

30. Do you agree with the following statement: If there is even the slightest chance that a product could hurt people, we should eliminate the product?

31. Do you agree with the following statement: "Big business" and large corporations do not care about the safety of their customers?

32. Do any of you agree with the following statement: American car companies do not spend enough time and money testing the safety of their vehicles before selling them to the public?

33. Do you believe that "big business" and large corporations are too often sued simply because they have "deep pockets"?

34. Without knowing anything about this case, do any of you believe that Ford would knowingly sell unsafe vehicles?

35. Have you or an immediate family member or a close friend ever been involved in a serious automobile accident?

    a.  If so, please briefly explain?

    b.  Was anyone injured?

36. Have any of you been seriously injured or suffered a permanent disability in some way other than a car accident?

37. Have you or an immediate family member or a close friend ever been seriously injured because of an unsafe product?

    a. If so, please briefly explain.

38. This case involves claims that a Ford Explorer was defective in its [INSERT THOSE REMAINING AFTER SUMMARY JUDGMENT RULINGS] [stability], [restraint system] and [roof structure]. It involves a rollover accident. Have you or an immediate family member or a close friend ever been involved in a rollover accident?

    a. If so, please briefly explain.

    b. Was anyone injured

39. When you are driving, do you often find yourself thinking about how easy it would be to get hurt in a car accident?

40. Do any of you blame yourself for an accident in which you have been involved?

41. Do any of you believe that you have had more than your fair share of all types of accidents and injuries?

42. Is there anyone who thinks that if a person dies or is seriously injured in a car accident, then there must have been something wrong with the car?

43. Do any of you believe that just about everyone will be involved in a serious traffic accident someday no matter how careful the person is?

44. Do any of you believe that just because a person is wearing a properly functioning seatbelt, that they cannot be seriously injured or killed in a crash?

45. Do any of you agree with the following statement: Automobile manufacturers could design cars, trucks, vans and SUVs guaranteed to protect all belted occupants from death or serious injury in rollover accidents, no matter how severe the rollover accident is?

46. Do any of you believe that traffic accidents are a serious problem in this country?

47. This case includes claims for the death of a parent. Have any of you had experiences that would make it especially difficult to sit on this jury and to be fair and impartial to both sides?

48. The way the trial works, Plaintiffs go first and present their evidence and then the Defendants follow. Is there anyone who thinks that they generally make up their mind too quickly and will have a problem waiting to hear all of the evidence before making decisions about the case?

49. If Plaintiffs fail to meet their burden and prove their case, is there anyone who believes that they could not send them home with no money even though you feel sorry for them and their loss?

50. Is there anything that you think is important for the Parties to know about you in considering you as a potential juror in this particular case?

51. If you were being sued, would you rather not have someone decide your case who is in the same frame of mind you are in right now?

52. Do any of you have health concerns that you believe might make it difficult for you to be here everyday or to concentrate while you are here everyday for the next several weeks?

53. Does anyone know of any reason why he or she could not be a fair and impartial juror in this case?

54. Are there any of you who are simply just not sure whether they could be a fair and impartial juror in this case given what limited information you know about the Parties and the accident involved?