IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN, | § § § § § § | |
| Plaintiffs | § § | |
| v. | § | C.A. No. B-03-120 |
| FORD MOTOR COMPANY, Defendant | § § § § § | |

### ORDER

BE IT REMEMBERED that on September 16, 2005, the Court **DENIED AS MOOT** Plaintiffs' Opposed Motion to Exclude the Testimony of Ford's Proffered Expert Michelle Vogler [Dkt. No. 56]. Both Ford Motor Company's Notice of De-Designation of Expert Witness Dr. Michelle Vogler [Dkt. No. 61] and Defendant Ford Motor Company's Response in Opposition to Plaintiffs' Motion to Exclude the Testimony of Ford's Proffered Expert Michelle Vogler [Dkt. No. 64] state that Ford de-designated Michelle Vogler as an expert on May 16, 2005 and that she will not be offered as a witness at trial.

DONE this 16th day of September, 2005, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

1