United States District Court
Southern District of Texas
ENTERED

SEP 1 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN<br>    Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V.<br>    Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-120 |

## ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS AND SEPARATELY FILE SUPPORTING BRIEFS

On the date indicated below, came on for consideration the unopposed motion of defendant Ford Motor Company for leave to file its Motion *in* Limine (Docket No. 69 ), and supporting briefs (Docket Nos. 70, 71, 72, 73, 74, 75 ). The Court finds that the motion is well taken, and should be granted.

It is accordingly ORDERED that leave be, and is hereby GRANTED, for defendant Ford Motor Company to file its Motion *in Limine* and supporting briefs. The Clerk of this Court is directed to file Defendant Ford Motor Company's Motion *in* Limine (Docket No. 69 ), and supporting briefs (Docket Nos. 70, 71, 72, 73, 74, 75 ).

ENTERED this 16th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE