IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

SEP 2 0 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN, | § § § § § | |
| Plaintiffs | § § | |
| v. | § § | C.A. No. B-03-120 |
| FORD MOTOR COMPANY, Defendant | § § § § | |

## ORDER

BE IT REMEMBERED that on September 20, 2005, the Court **GRANTED** Defendant's Motion to Exclude Testimony of Gerald Rosenbluth Under Rules 402, 403, and 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals* [Dkt. No. 57].

Plaintiffs designated Gerald Rosenbluth as a "seat belt analyst expert" [Dkt. No. 26]. In his report and his deposition, Rosenbluth defers to Dr. Ronald Huston on matters other than analysis of the seatbelt system used in the 2000 Ford Explorer and its reaction to an accident similar to that in the present case.

Evidence which is not relevant is not admissible. Fed. R. Evid. 402. Defendant Ford Motor Company moved for summary judgment "on Plaintiffs' products liability, negligence, misrepresentation, breach of warranty, and Texas Deceptive Trade Practices Act ("DTPA") claims insofar as these claims are based on an allegedly defective seatbelt system in the 2000 Ford Explorer" [Dkt. No. 55]. The Court granted summary judgment on the defective seatbelt system claim because Plaintiffs did not establish that a different seatbelt system would have prevented or significantly reduced the injuries to Betty Payan [Dkt. No. 96]. As a result of the summary judgment, no

claims based on the seatbelt system remain. Therefore, the testimony of a seatbelt system expert is no longer relevant to this case. The Court **GRANTS** Defendant's Motion to Exclude Testimony of Gerald Rosenbluth Under Rules 402, 403, and 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals.*

DONE this 20th day of September, 2005, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge