UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN<br>　　　　Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-120<br>(JURY) |

### DEFENDANT FORD MOTOR COMPANY'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT MOTION IN LIMINE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, Ford Motor Company ("Ford"), moves the Court for leave to supplement its Motion *in Limine*, and as grounds therefor shows –

1.  Ford Motor Company filed its Motion *in Limine* (Docket Nos. 69 and 76) on June 10 and June 13, 2005, in accordance with the pretrial deadlines imposed by this Court.

2.  The remaining design defect theory in this case involves automobile roof strength. Federal Motor Vehicle Safety Standard (FMVSS) 216 governs the minimum requirements necessary to "meet the need for motor vehicle safety" with respect to roof strength.

3.  On September 10, 2005, a date subsequent to the preparation and filing of Ford's motion in limine, the National Highway Transportation Safety Administration ("NHTSA") issued a notice of proposed rulemaking (NPRN) wherein NHTSA proposed to *upgrade* FMVSS 216 for future model years.

4.  The September 10, 2005 NPRN was not known, nor could it have been known when Ford filed its Motion *in Limine*. Ford respectfully moves this Court for leave to

supplement its Motion *in Limine* to raise the question of the admissibility of the recent NPRN.

5. Ford's Supplemental Motion *in Limine*, with supporting memoranda of law, is attached hereto as Exhibit "A."

WHEREFORE, defendant, Ford Motor Company, prays that this Court grant leave for Ford to file Ford's Supplemental Motion *in Limine* and that this Court direct the Clerk to file Exhibit "A" attached hereto.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
William L. Mennucci (Attorney in Charge)
State Bar No. 00788042
Federal Bar I.D. 18172
bmennucci@thompsoncoe.com
Michael W. Eady (Of Counsel)
State Bar of Texas No. 06332400
Federal Bar I.D.14591
meady@thompsoncoe.com
701 Brazos Street
Suite 1500 Austin Centre
Austin, Texas 78701
(512) 708-8200 Telephone
(512) 708-8777 Fax

OF COUNSEL:

Vaughn Crawford
Matthew Goldstein
SNELL & WILMER, L.L.P.
One South Church Tower
Suite 1500
Tucson, Arizona 85701
(520) 882-1214 (telephone)
(520) 884-1294 (fax)

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

## CERTIFICATE OF CONFERENCE

Counsel for Ford Motor Company, hereby certifies that a copy of this motion was sent to Plaintiffs' counsel, Tony Martinez, on September 20, 2005, and Mr. Martinez indicated that he did not oppose the filing.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21 day of September, 2005, I electronically filed the foregoing Ford Motor Company's Requested Jury Instructions on Exemplary Damages with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following parties:

Benigno (Trey) Martinez
Tony Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

William L. Mennucci

3

Doc ID EADYM-122077
08423-071