UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN | § § § § § | |
| Plaintiffs, | § | |
| vs. | § § | CIVIL ACTION NO. B-03-120 (JURY) |
| FORD MOTOR COMPANY Defendant. | § § § | |

## ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL MOTION *IN LIMINE*

On this date came on for consideration the unopposed motion of defendant Ford Motor Company for leave to file its Supplemental Motion *in Limine*. The Court finds that the motion is well taken, and should be granted.

It is accordingly ORDERED that leave be, and is hereby GRANTED, for defendant Ford Motor Company to file its Supplemental Motion in Limine. The Clerk of this Court is directed to file Defendant Ford Motor Company's Supplemental Motion *in Limine*.

SIGNED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE