IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 22 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN,** | § § § § § | |
| **Plaintiffs** | § § | |
| v. | § § | C.A. No. B-03-120 |
| **FORD MOTOR COMPANY,**     **Defendant** | § § § § | |

## ORDER

BE IT REMEMBERED that on September 21, 2005, the Court **ORDERED** the parties to submit a revised Joint Pretrial Order by Monday, September 26 at 2:00 P.M. in light of the partial summary judgment granted by the Court on September 12, 2005 [Dkt. No. 96].

DONE this 21st day of September, 2005, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

1