# INDEX

| | |
|---|---|
| 1. | Defendant Ford Motor Company's Motion for Summary Judgment on Plaintiffs' Defective Seatbelt System Claim, and Supporting Brief |
| 2. | Order and Opinion on Defendant Ford Motor Company's Motion for Summary Judgment on Plaintiff's Defective Seatbelt System Claim |
| 3. | Defendant Ford Motor Company's Opposed Motion to Exclude Testimony of Gerald Rosenbluth Under Rules 402, 403, And 702 of the Federal Rules Evidence and Daubert v. Merrell Dow Pharmaceuticals |
| 4. | Order on Defendant's Motion to Exclude Testimony of Gerald Rosenbluth Under Rules 402, 403, and 702 of the Federal Rules of Evidence and Daubert v. Merrell Dow Pharmaceuticals |
| 5. | Piziali Deposition, p. 56 |
| 6. | Piziali Deposition, p. 74 |
| 7. | Piziali Deposition, p. 79 |
| 8. | Huston Deposition, p. 35 |
| 9. | Huston Deposition, p. 50 |
| 10. | Rosenbluth Deposition, pp. 72-74 |
| 11. | Rosenbluth Deposition, pp. 78-79 |