ATTACHMENT

**Piziali Deposition p.56**

p. 54

...

25  Q. Cervical, I'm sorry, does that indicate that

p. 55

1  it would have been in the neck area?
2    A. Yes.
3    Q. Now, at that particular point, I think, in
4  your report you indicated that her head struck the
5  ground, correct?
6    A. Yes.
7    Q. To get a dislocated -- what is it, C?
8    A. C6-7.
9    Q. -- C6-7, how would that impact have to have
10  had occurred?
11    A. Well, it can happen lots of ways, but what I
12  found since I got the additional medicals is exactly
13  how -- a much more exact description of her cervical
14  spine injury. And her cervical spine injury -- and I
15  also got some additional bruising and marks on her
16  body.
17      Given what I found in the additional
18  medicals, I think it's more likely that her head was
19  inside the vehicle as opposed to outside. The outside
20  evidence was on the right side of her head. To get a
21  pretty bad skin injury, it's much more likely the
22  head's out, okay?
23      But the neck injury, because it's symmetric,
24  and given her size, I don't think that I could locate
25  her head outside the window and get a symmetric

p. 56

1  injury.
2      So now that I've got more medicals, I would
3  say that the neck injury, which is the critical injury
4  that we're worried about, most likely happened with
5  her head somewhere inside the vehicle as opposed to
6  outside the vehicle....
7  MR. MARTINEZ: Can we take just a two-minute
8  break?
9    MS. SAMBERG: Sure.