**Piziali Deposition p.74**

p. 74

13    A. So we can't say. We don't have any
14  information on which one of the contacts with the
15  ground it was, but it's -- but the mechanism is clear.
16  And I disagree with your expert's explanation of the
17  mechanism.
18    Q. Okay.
19    A. Yeah.
20    Q. But let me make sure that I understand. Your
21  opinion when you go to trial in Brownsville is you're
22  going to say this lady's head hit the roof?
23    A. It was -- I think it **was actually probably on**
24  **the roof before the roof hit the ground. When the**
25  **roof hit the ground, the head stopped because the roof**

p. 75

1  stopped.
2    Q. Okay.
3    A. And then **the torso kept going**. And the torso
4  loading the neck is what caused the injury.