**Piziali Deposition p.79**
...
18    It's probably not too likely that it happened
19  at two and a half, because usually everything's kind
20  of slowing down at that point; but, again, sometimes
21  you get almost two and three-quarters and it comes
22  back, so you could get a significant impact at two and
23  a half.
24    Now, I would say that given the nature of her
25  injury and the characteristics of that roof and what

                            79
1  we see, it probably occurs before there's the major
2  roof deformation. So, obviously, it wouldn't be at
3  two and a half, okay? So therefore I'm either at a
4  half or one and a half.
5   Q. Okay.
6   A. And I don't know any particular way to say
7  which it is.
8    I mean, Dr. Huston opines one and a half. I
9  can't say he's wrong, but I can't figure out why he's
10  right.