**Huston Deposition, at p. 35, lines 6-25.**

```
 6     Q.  Are you prepared to give me all your
 7  opinions today, Dr. Huston?
 8     A.  I believe so. I feel a little
 9  disadvantaged in that I learned last evening that I
10  am the first of the experts to be deposed and I'm
11  therefore not sure what others may say. And so not
12  knowing what they may say that may stimulate that
13  I'll want to enhance or change my opinions, but aside
14  from that I have no plans to do any further work. I
15  have no plans to do anything and I don't expect or
16  anticipate that my opinions will change and to that
17  extent they'll be final.
18     Q.  So as you sit here today, you're prepared
19  to give me all the opinions that you've formulated up
20  until this point, correct?
21     A.  Yes. Yes, I can do that.
22     Q.  And you may have some additional comment
23  related to the opinions expressed by others as the
24  depositions progress?
25     A.  Yes, of course.
```