**Huston Deposition, at p. 50, lines 20-25.**
  Q. And what were the results of that test
5  again? I'm sorry.
6    A. Oh, I'm sorry. Yeah, there the headroom
7  was reduced to three quarters of an inch.
8    Q. So if it was reduced to three quarters of
9  an inch and it started at 5 1/2, you had about what,
10  four --
11    A. Four and three-quarter inch of headroom
12  was consumed.
13    Q. Okay. Just slightly above the two to four
14  range we've been talking about --
15    A. Right.
16    Q. -- that's commonly found in all vehicles?
17    A. Yes, that's right.
18    Q. What conclusions do you draw from the
19  surrogate testing that was conducted?
20    A. Well, the conclusions that I made were
21  that with a restraint system that keeps the occupant
22  away from the roof, and without the roof of course
23  coming toward the occupant, that then the significant
24  loading which was experienced in this accident would
25  have been avoided.