**Rosenbluth Depostion at pp72-74**

p. 72

9   ... It's your opinion that the
10  2000 Ford Explorer is defective in its design for the
11  driver's side seat belt and seat assembly, right?
12      A.  Essentially.  The seat belt as designed is
13  ineffective in an accident foreseeable on the part of a
14  manufacturer.
15      Q.  In this case, in this accident, everything
16  else remaining equal, if we simply used your
17  alternative design, a seat-integrated restraint coupled
18  with a rollover sensor and a pretensioner, would that
19  change, everything else being equal, have saved
20  Ms. Payan from getting a serious neck injury?
21      A.  Would it have made a difference relative to
22  her C6-7 subluxation injury mechanism?
23      Q.  Sure.
24      A.  And that's primarily a question that should
25  be addressed to Dr. Huston.  I would defer to

p. 73

1   Dr. Huston's answer to that question, was that he
2   thought it would make a significant difference, but he
3   couldn't quantify it.
4       Q.  You don't have an opinion yourself as to
5   whether simply replacing the seat belt and seat system
6   in this Explorer with your reasonably safe alternative
7   design would have prevented the paralysis injury in
8   this case?  You don't have an opinion on that today,
9   fair?
10      A.  To a point I have an opinion, just short of a
11  biomechanical analysis, and that it would have at least
12  reduced or minimized the propensity for the
13  incapacitating C6-C7 injury mechanism.
14      Q.  What's the basis for that opinion?
15      A.  We have a roof collapse of approximately
16  9 inches, somewhat less, toward the B-pillar.  And I
17  can do that and probably give you the exact numbers,
18  but let's just say approximately -- we have 5 inches at
19  the -- directly above the H point, and what we did do
20  was measure -- what we did was measure at that H point.
21          And you're getting somewhat less than
22  9 inches, but let's just go -- as we keep the occupant
23  just a little further back, as you get to the B-pillar,
24  you're probably at 5 inches, 6 inches, something like
25  that, in that order.

p. 74

1    We know that if we pretension, as we have
2    done so, statically, integrated EOR with an ETR
3    lock-up, and we're roughly with an ETR, at 180 we have
4    4-1/2 inches. Therefore, we have an inch or two of
5    displacement, which probably could be absorbed by the
6    human body, but, again, now we're teetering on the
7    biomechanical. I can only give you the measurements
8    and the data. I can't interpret that data
9    biomechanically, or at least I shouldn't. And I should
10   rely on Dr. Huston.
11       But when Dr. Huston stated that if we reduce
12   the roof crush, and we don't have to reduce that roof
13   collapse 100 percent, the further back we keep the
14   occupant toward the B-pillar, the less roof crush we
15   have to deal with.
16       In this instance, test A-2 with the ETR, we
17   had 4-1/2 inches of clearance. So if you get an inch,
18   2 inches, even, you may have a headache, but you're
19   surely not going to have a C6-C7 subluxation. So the
20   answer to your question is probably yes, with that
21   explanation.