**Rosenbluth Depostion at pp78-79**

78

22   Q. Assume that I asked you that question,
23 Mr. Rosenbluth. I mean, what you're saying is that if
24 you put this surrogate in a perfectly stiff roof with
25 the original equipment manufactured belt and did a

79

1 static three to five G roll event, her head is going to
2 be in touch with that roof liner without any roof
3 deformation at all, right?
4   A. It's going to make contact, but not impact,
5 and I think there's a difference there.
6   Q. Tell me what you think the difference is
7 between contact and impact.
8   A. Contact is a headache. Impact is a broken
9 neck.