IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 3 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SUSANA REYNOSO, REPRESENTATIVE OF THE ESTATE FOR ISABEL ENNIS REYNOSO | § § § § | |
| *Plaintiff* | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY, | § § § | |
| *Defendant* | § | |

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PROPER PARTIES

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

COMES NOW, Susana Reynoso, natural daughter of the decedent Isabel Ennis Reynoso and as Representative/Executor of the Estate of Isabel Ennis Reynoso and requests this Honorable court to substitute the Estate of Isabel Ennis Reynoso as a proper party to this cause of action as opposed to Isabel Ennis Reynoso in her individual capacity.

Wherefore, based on this finding, that Isabel Ennis Reynoso is now deceased, movant prays that the Estate of Isabel Ennis Reynoso now be substituted as the proper party.

1

Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Tony Martinez
State Bar No. 1313900
Federal ID: 1943

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been forwarded to counsel of record on this the 23rd day of September 2005.

_____
Tony Martinez

3