IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUSANA REYNOSO, REPRESENTATIVE OF THE ESTATE FOR ISABEL ENNIS REYNOSO  *Plaintiff*  VS.  FORD MOTOR COMPANY,  *Defendant* | § § § § § § § § § § § | CIVIL ACTION NO. B-03-120 |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF PROPER PARTIES**

BE IT REMEMBERED that on this day, the Court considered Plaintiff's Motion To Substitute Proper Parties. Having considered the motion and arguments therein, the Court hereby **GRANTS** the motion.

DONE at Brownsville, Texas, on this _____ day of September 2005.

_____
Hilda G. Tagle
United States District Judge

4