IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 3 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, | § | |
| SALLY PAYAN, AND | § | |
| ENRIQUE ROBERTO PAYAN | § | |
| | § | |
| *Plaintiffs* | § | |
| VS. | § | CIVIL ACTION NO. B-03-120 |
| | § | |
| FORD MOTOR COMPANY, AND | § | (JURY REQUESTED) |
| AUTOMOTRIZ DEL NORESTE, S.A. DE | § | |
| C.V. | § | |
| | § | |
| *Defendants* | § | |

**PLAINTIFFS' MOTION FOR LEAVE TO TAKE DEPOSITIONS OF FACT/FORD EMPLOYEE DEPOSITIONS**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Comes now Plaintiffs in the above captioned and numbered cause and moves this Court for an extension of the discovery deadline only as to the following witnesses:

Hunac Gonzalez a Mexican police officer at the scene of the incident made basis of this suit. Oscar Hernandez Escobedo a tow truck driver who actually uprighted the overturned Ford Explorer being driven by Betty Reynoso de Payan. Dr.Julio C. R. Rivera who attended to Betty Reynoso de Payan shortly after the incident and took her to the United States. Attorneys for both parties had originally attempted to take these depositions but were subsequently cancelled. Due to the fact that they are located in China, Nuevo Leon, Mexico and due to the possible difficulties in obtaining the proper

permits to come into the United States, Plaintiffs respectfully request leave to take their depositions.

Additionally Defendant's have designated two Ford employees, Dr. Robert McCoy and Dr. Debra Marth as possible witnesses and/or in rebuttal. Plaintiffs' would respectfully request leave to take their depositions in order to fully prepare for the entire trial. All other deadlines have been met and these witnesses will not trigger the need for any additional discovery.

WHEREFORE premises considered Plaintiffs pray that this motion be in all things granted.

Respectfully submitted,
MARTINEZ, BARRERA Y MARTINEZ L.L.P.
1201 E. Van Buren Street
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Tony Martinez
State Bar No. 1313900
Federal ID: 1943


## CERTIFICATE OF CONFERENCE

Pursuant to the Southern District of Texas Local Rules, I hereby certified that I conferred with opposing counsel and they are opposed to the foregoing.

_____
Tony Martinez

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been forwarded to counsel of record on this the 23rd day of September, 2005.

_____
Tony Martinez