IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, <br> SALLY PAYAN, AND <br> ENRIQUE ROBERTO PAYAN <br><br> *Plaintiffs* <br> VS. <br><br> FORD MOTOR COMPANY, AND <br> AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. <br><br> *Defendants* | § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-120 <br><br> (JURY REQUESTED) |

**ORDER GRANTING PLAINTIFFS MOTION FOR LEAVE TO TAKE
DEPOSITIONS OF FACT/FORD EMPLOYEE DEPOSITIONS**

BE IT REMEMBERED that on this day, the Court considered Plaintiffs' Motion For Leave to Take Depositions of Fact/Ford Employee Depositions. Having considered the motion and arguments therein, the Court hereby **GRANTS/DENIES** the motion.

DONE at Brownsville, Texas, on this _____ day of September 2005.

                                                               _____
                                                               Hilda G. Tagle
                                                               United States District Judge