IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 3 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § |
| Plaintiffs, | § § |
| VS. | §   CIVIL ACTION NO. B-03-120 § |
| FORD MOTOR COMPANY | § § |
| Defendants. | § |

## NOTICE OF INTENTION TO TAKE ORAL AND VIDEOTAPED DEPOSITION AND SUBPOENA DUCES TECUM OF DR. DEBRA MARTH

TO:   Defendant, **FORD MOTOR COMPANY**, by and through its attorney of record,

Ms. Amy M. Samberg
**SNELL & WILMER**
One South Church Ave. Ste. 1500
Tucson, AZ 85701

Mr. Bill Mennucci
**THOMPSON COE**
701 Brazos Ste. 1500
Austin, TX 78701

You are hereby given notice that Plaintiff, Isabel Ennis Reynoso, Sally Payan and Enrique Roberto Payan, will take the oral and videotaped deposition of **Defendant's, FORD MOTOR COMPANY, DR. DEBRA MARTH, expert relating to 2000 Ford Explorer Vehicle** on a date and time agreeable by both parties. Said deposition will be taken at The Westin Detroit Metropolitan Airport, 2501 Worldgateway Place, Detroit, MI 48242, telephone number (734) 942-6500, before a certified court reporter from Carlisle Reporting and will be videotaped by Hanson-Renaissance Court Reporters. Said deposition may be used in the trial of this cause. You are cordially invited to attend and cross-examine the witness.

Pursuant to the Texas Rules of Civil Procedure, Plaintiff herewith issues a Subpoena Duces Tecum and requests that Dr. Debra Marth, will bring with her and produce the items requested in the attached at the time of deposition. The witness is instructed to bring with her any and all records, documents, correspondence, invoices, orders, memoranda, photographs, brochures, and any other tangible objects of any kind, nature or description (see attached Exhibit "A") relating to any of the matters set forth in this Subpoena Duces Tecum.

Respectfully submitted,
**MARTINEZ, BARRERA Y MARTINEZ L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Tony Martinez
State Bar No. 1313900
Federal ID: 1943

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been forwarded to counsel of record on this the _23_ day of September, 2005.

Tony Martinez

## **DUCES TECUM**

1. A curriculum vitae, personal history other similar documents of the witness;

2. All documents and tangible things, including reports, physical models, compilations of data, photographs, notes and other material prepared by the witness, or for the witness, or which forms the basis of any opinion of the witness, or which have been reviewed by the witness in preparation for his expert testimony in this case;

3. The witness' entire file pertaining to this lawsuit;

4. Any learned treatises or other documents upon which the expert relies;

5. The billing file of the witness for this case;

6. A list of all cases in which the witness has testified as an expert within the last four (4) years;

7. A list of all cases in which he has testified on behalf of this Defendant and/or has been retained by the law firm of Snell & Wilmer, L.L.P.

## EXHIBIT "A"

"Document" shall mean the original and any non-identical copy of all written, printed, electronically recorded, recorded graphic or photographic matter or sound reproduction, however produced or reproduced, and any tangible thing in the actual or constructive possession, custody, care or control of the deponent, including, but not limited to, tests or crash tests, whether computer-aided or actual static or dynamic tests; letters; reports; contracts; drafts of contracts; agreements; drafts of agreements; journals; minutes; insurance policies; communications; telegrams; telexes; cables; facsimiles; microfilm; studies; surveys; notices; schedules; bulletins; inter-office communications; records of telephone or personal conversations or conferences; software; analyses; price sheets; any and all other written communications; memoranda; summaries; notations or records of personal conversation; logs; notes; diaries; calendars; appointment books; day books; books; charts; tape recordings; pamphlets; monthly, quarterly and annual statements; checks; vouchers; newspapers; notebooks; reports; annual reports; advertisements; commercials (however recorded); circulars; trade letters; press releases; resumes; drafts of any documents; revisions of drafts of any documents; purchase orders; catalogs; invoices; receipts; financial statements; accounting work papers; work sheets; promissory notes; news articles; ordinances; resolutions; statutes; photographs; slides; videotapes and/or films; including all video and film out-takes; or any other information or data, records, summaries or compilations (including all underlying, supporting or preparatory materials and drafts thereof) from which information can be obtained, or translated, if necessary, into reasonably usable form; and any and all papers and documents similar to any of the foregoing, however denominated or classified. If you have the right to secure the document or a copy from any person or public or private entity having possession (including your attorney), it is considered within your control and should be produced. The document is to be produced for inspection, examination and copying, together with the appropriate devices which will enable Plaintiffs to translate the information they contain into useable information. Handwritten, stamped, typed or any other notations of any kind on any copy of a document render it non-identical.