IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 3 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § | |
| **Plaintiffs,** | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY | § § | |
| **Defendants.** | § | |

## NOTICE OF INTENTION TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF DR. JULIO C. R. RIVERA

TO:   Defendant, **FORD MOTOR COMPANY**, by and through its attorney of record,

| | |
|---|---|
| Ms. Amy M. Samberg<br>**SNELL & WILMER**<br>One South Church Ave. Ste. 1500<br>Tucson, AZ 85701 | Mr. Bill Mennucci<br>**THOMPSON COE**<br>701 Brazos Ste. 1500<br>Austin, TX 78701 |

You are hereby given notice that Plaintiff, Isabel Ennis Reynoso, Sally Payan and Enrique Roberto Payan, will take the oral and videotaped deposition of **Witness, DR. JULIO C. R. RIVERA, Treating Physician,** on a date and time agreeable by the parties in China, Nuevo Leon, Mexico, and continuing from day to day thereafter. Said deposition will be before a certified court reporter from Carlisle Reporting and will be videotaped. Said deposition may be used in the trial of this cause. You are cordially invited to attend and cross-examine the witness.

Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Tony Martinez
State Bar No. 13139000
Federal ID: 1943


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been forwarded to counsel of record on this the 23rd day of September, 2005.

_____
Tony Martinez