United States District Court
Southern District of Texas
FILED

SEP 2 3 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUSANA REYNOSO, REPRESENTATIVE OF THE ESTATE FOR ISABEL ENNIS REYNOSO | § § § § | |
| *Plaintiff* | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY, | § § § | |
| *Defendant* | § | |

## SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25 (a) (1)

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

COMES NOW, Susana Reynoso, as a a representative of the estate/executor of Isabel Ennis Reynoso suggests upon the record, pursuant to Rule 25 (a) (1), the death of Isabel Ennis Reynoso during the pendency of this action. Attached herewith as Exhibit A is a copy of the death certificate.

Respectfully submitted,
**MARTINEZ, BARRERA Y MARTINEZ L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Tony Martinez
State Bar No. 1313900
Federal ID: 1943

1