CASE NO. B-03-120
INSTRUMENT NO. _____

# SEALED RECORD

DESCRIPTION OF CONTENTS: Plaintiff's Exhibit A - Certificate of Death

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT.