IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ESTATE OF ISABEL ENNIS REYNOSO, BY HER REPRESENTATIVE OF HER ESTATE, SUSANNA REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN,<br>*Plaintiffs*<br><br>VS.<br><br>FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V.<br>*Defendants* | CIVIL ACTION NO. B-03-120<br><br>(JURY REQUESTED) |

## ORDER

**BE IT REMEMBERED THAT** on the _____ day of _____, 2005, the Court considered Plaintiffs' *Motion to Reconsider Orders Granting Defendant's Motion for Partial Summary Judgment as to Defective Seatbelt System and Granting Defendant's Motion to Exclude Testimony of Gerald Rosenbluth*, together with the deposition testimony and authorities in support thereof, and determined that said motion should be granted.

Therefore, the Court **GRANTS** Plaintiffs' *Motion to Reconsider Orders Granting Defendant's Motion for Partial Summary Judgment as to Defective Seatbelt System and Granting Defendant's Motion to Exclude Testimony of Gerald Rosenbluth* and **DENIES** Defendant Ford Motor Company's *Motion for Summary Judgment on Plaintiffs' Defective Seatbelt System Claim*

[Dkt. No. 55] and **DENIES** *Defendant's Motion to Exclude Testimony of Gerald Rosenbluth* [Dkt. No. 57].

      **DONE** this \_\_\_\_\_ day of _____, 2005, at Brownsville, Texas.

                                                              _____
                                                              Hilda G. Tagle
                                                              United States District Judge