United States District Court
Southern District of Texas
FILED

SEP 2 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, | § | |
| SALLY PAYAN, AND | § | |
| ENRIQUE ROBERTO PAYAN | § | |
| | § | |
| *Plaintiffs* | § | |
| VS. | § | CIVIL ACTION NO. B-03-120 |
| | § | |
| FORD MOTOR COMPANY, AND | § | |
| | § | |
| | § | |
| | § | |
| *Defendants* | § | |

**PLAINTIFFS' MOTION FOR CONTINUANCE**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Comes now Plaintiffs in the above numbered cause and files this their First Motion for Continuance and would respectfully request this honorable Court to continue this case for a reasonable period of time for the following reasons:

During the pending of this action counsel for both Plaintiffs and Defendants have been able to agree on the majority of scheduling matters regarding witnesses and procured an agreement to enter the Ford document website in order to avoid unnecessary time and expense in written discovery matters which might not be relevant to fully develop the case.

In good faith, most of these efforts proved successful; however, it is counsel's belief that an additional witness or witnesses -- more specifically a Ford representative most knowledgeable with regards to the design, development and testing

1

of the 2000 Ford Explorer roof structure who can provide information pertinent and relevant to the case -- is now needed. Ford has disclosed two Ford representatives who they might call in rebuttal but who were not listed in the pre-trial order. Counsel would like the opportunity to take depositions of the two individuals or a Ford representative as described above specifically dealing with the roof structure of the 2000 Ford Explorer model involved in the present case. At this juncture, due to the imminent trial date, although we had worked in securing other matters by agreement, now we cannot get this matter resolved between the parties. (Attached Notice Of Deposition as Exhibit A).

Subject to the court's ruling on Plaintiff's Motion for Reconsideration, Plaintiff would further request a Ford representative most knowledgeable in the design, development and testing of the seatbelt restraint system utilized in the 2000 Ford Explorer vehicles like the one involved in the instant case. (Attached Notice Of Deposition as Exhibit B).

In further consideration for additional time, lead counsel would advise the court that he has been involved in what is commonly referred to as the diet-drug litigation. Counsel has been managing and acting as the attorney in charge in approximately twelve hundred cases in the MDL docket no. 1203 and styled IN RE DIET DRUGS (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation in the United States District Court For The Eastern District of Pennsylvania. Presently, we are preparing all of those cases for trial; however, within the last 30 days there have been settlement negotiation talks that have proved to be more substantial than any previous negotiations. Consequently, the undersigned is engaging in such negotiations in the best interest of his clients. Lastly, defendant Ford has been involved in numerous cases

involving Ford products of similar nature as the present case in South Texas and, although counsel has had access to various counsel for the defendant, time has become of the essence in obtaining agreements to conduct what I believe to be the final piece of discovery in this case.

WHEREFORE, premises considered, Plaintiffs pray that this motion be granted, that the motion is not sought for the purpose of delay but, as a just remedy to fully obtain any and all relevant facts that are pertinent to this case in the interest of justice.

Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Tony Martinez
State Bar No. 1313900
Federal ID: 1943

3

## CERTIFICATE OF CONFERENCE

Pursuant to the Southern District of Texas Local Rules, I hereby certified that I conferred with opposing counsel and they are opposed to the foregoing.

_____
Tony Martinez

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been forwarded to counsel of record on this the 26th day of September, 2005.


_____
Tony Martinez