IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ENNIS REYNOSO, <br> SALLY PAYAN, AND <br> ENRIQUE ROBERTO PAYAN <br><br> *Plaintiffs* <br> VS. <br><br> FORD MOTOR COMPANY, <br><br><br> *Defendants* | § § § § § § § § § § § § § |

CIVIL ACTION NO. B-03-120

---

**ORDER GRANTING PLAINTIFFS MOTION FOR CONTINUANCE**

---

BE IT REMEMBERED that on this day, the Court considered Plaintiffs' Motion for CONTINUANCE. Having considered the motion and arguments therein, the Court hereby **GRANTS/DENIES** the motion.

DONE at Brownsville, Texas, on this _____ day of September 2005.

_____
Hilda G. Tagle
United States District Judge

5