**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | **CIVIL ACTION NO. B-03-120** |
| FORD MOTOR COMPANY, et al. | § § | |
| Defendants. | § § § | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, FORD MOTOR COMPANY, hereby gives notice to all parties the following have appeared as additional counsel for said Defendant in the above-entitled and numbered cause:

> **Timothy O'Neill**
> USDC Southern District No. 18694
> SNELL & WILMER L.L.P.
> 1200 Seventeenth Street, Suite 1900
> Tabor Center
> Denver, Colorado 80202,
> TEL: 303.634.2000
> FAX: 303.634.2020;
>
> and
>
> **David Prichard**
> USDC Southern District No. 0616
> Prichard, Hawkins & Young, L.L.P.
> 10101 Reunion Place, Suite 600
> San Antonio, TX 78216,
> TEL: (210) 477-7401
> FAX: (210) 477-7450

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
    William L. Mennucci, Esq.
    State Bar No. 00788042
    USDC Southern District No. 18172
    Michael W. Eady, Esq.
    State Bar No. 06332400

    701 Brazos Street
    Suite 1500 Austin Centre
    (512) 708-8200 Telephone
    (512) 708-8777 Fax

    -and-

    Amy M. Samberg, Esq.
    Matthew A. Goldstein, Esq.
    SNELL & WILMER L.L.P.
    One South Church Avenue
    Suite 1500
    Tucson, AZ  85701-1630
    (520) 882-1200

    Timothy O'Neill
    SNELL & WILMER L.L.P.
    1200 Seventeenth Street
    Suite 1900, Tabor Center
    Denver, Colorado 80202
    TEL: 303.634.2000
    FAX: 303.634.2020

    David Prichard
    Prichard, Hawkins & Young, L.L.P.
    10101 Reunion Place
    Suite 600
    San Antonio, TX  78216
    TEL: (210) 477-7401
    FAX: (210) 477-7450

    ATTORNEYS FOR DEFENDANT
    FORD MOTOR COMPANY

Doc ID TOMPE-122473
08423-071

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been forwarded to all counsel of record at the addresses listed below via the method indicated on this ___26___ day of September, 2005.

## VIA FACSIMILE

Tony Martinez, Esq.
Martinez, Barrera & Martinez, L.L.P.
1201 East Van Buren
Brownsville, Texas  78520

Randolph Kimble Whittington, Esq.
Law Office of Randolph Kimble Whittington
2014 East Harrison Street
Harlingten, Texas 78550

Carla Saenz, Esq.
GRIFFITH SAENZ & HILL
1325 Palm Blvd # A
Brownsville, Texas 78520
(956) 541-2864 Telephone

**Attorneys for Plaintiffs**

_____
William L. Mennucci

Doc ID TOMPE-122473
08423-071