| | | Exhibit |
|---|---|---|
| NI | 2000 Ford Explorer referred as the Payan vehicle involved in a rollover on January 11, 2003 | 1 |
| HC | Four scene photographs taken by Inbursa on January 11, 2003 | 2 |
| CD | Two hundred photographs taken by The Irwin Company on July 27, 2004 during a vehicle inspection | 3 |
| | Sixty nine photographs taken by The Irwin Company on November 22, 2004 during a vehicle inspection | 4 |
| CD | Eighty five photographs taken by The Irwin Company on December 7, 2004 during a vehicle inspection | 5 |
| | Two hundred forty five photographs taken by The Irwin Company on December 22, 2004 during a vehicle inspection | 6 |
| VD | A VHS tape including inspections done on March 4, 2004, May 27, 2004, July 14, 2004 and October 26, 2004 | |
| HC | Medical records from Clinica Materno Infantil in China, NL, MX | 12 |
| | PLEASE OMIT # 13 | |
| CD | Medical records from McAllen Medical Center for January 11, 2003 | 14 |
| | Medical records from Valley Baptist Medical Center | 15 |
| | Medical records from TIRR | 16 |
| | Medical records from Memorial Hermann Hospital | 17 |
| HC | Billing records from Clinica Materno Infantil in China, NL, MX | 18 |
| HC | Please substitute with Exhibit 123 - Billing records for Valley Baptist Medical Center | 19 |
| HC | Billing records from McAllen Medical Center | 20 |
| HC | Billing records from TIRR | 21 |
| HC | Billing records from Memorial Hermann Hospital | 22 |
| HC | Birth Certificate of Betty Payan | 23 |
| HC | Death Certificate of Betty Payan | 24 |
| HC | Family Photographs | 25 |
| VD | Home Video | 26 |
| HC | Bill of Sale dated June 23, 2000 | 27 |
| HC | Vehicle Registration dated June 23, 2000 | 28 |
| HC | Maintenance records of 2000 Ford Explorer dated 11/2/00, 2/6/01, 4/24/01, 11/27/01, 1/9/02 and 7/11/01 | 29 |
| HC | Driving records for Betty Payan | 30 |
| HC | Mexican Police Report (Translation will be supplemented) | 31 |
| HC | Affidavit of Tow Truck Driver-Oscar Hernandez Escobedo | 32 |
| HC | Owner's Manual | 33 |
| HC | Sworn Statement of Dr. Julio Cesar Ruiz from Clinica Materno Infantil in China, NL, MX | 34 |
| HC | Affidavit of Elsy S. Ibarra, best friend to Betty Payan | 35 |
| HC | Steve Irwin's Reconstruction Report done on December 9, 2004 | 36 |
| HC | Accident Scene Diagram by The Irwin Company | 37 |
| HC | Coordinate Points done on November 11, 2004 by The Irwin Company | 38 |
| HC | Calculations done on June 11, 2004 by The Irwin Company | 39 |
| | PLEASE OMIT # 40 | |
| HC | 1965-66 Roof Collapse Evaluation, Bates No. BRII 73327-69 | 41 |

PLAINTIFF'S AMENDED EXHIBIT LIST
APPENDIX A-1

| | | |
|---|---|---|
| HC | Roof Strength Study, Safety Engineering Evaluation dated 7/8/6/, Bates No. 0073410-0073428 | 42 |
| HC | Drop Test of Volvo S80) Bates No VLVI 0229-0262 (4/10/00) Rept. 260663 | 43 |
| HC | Volvo Crashworthiness "FKB" Report for P28/XC90 Bates No. VLVI 0346-0437 | 44 |
| HC | Volvo Dolly Report No. 256272, Bates No. VLVI 10253-0274 | 45 |
| CD | CD containing a Volvo Sedan Dolly Rollover Video Test No. 256272, Bates VLVI 0598 | 46 |
| HC | Volvo Belt Test Report Bates No. VLVI 0203-0228 (12/6/00) | 47 |
| NI | Volvo Rollover Test Report No. 258834 (S80 sedan with pretensioner and reinforced roof), Bates No. VLVI 0275-291 | 48 |
| CD | CD containing a Volvo Rollover Test Video for Test Report No. 258834 (S80 Sedan with pretensioner and reinforced roof) Bates No. ULV 10604 | 49 |
| HC | Volvo Rollover Test Report No. 262279 (S80 sedan with pretensioner, no reinforced roof), Bates No. VLVI 0292-313 | 50 |
| | PLEASE OMIT # 51 | |
| | PLEASE OMIT # 52 | |
| | PLEASE OMIT # 53 | |
| HC | Attachment XIV Roof Intrusion Protection for Passenger Cars-Proposed Motor Vehicle Safety Standard 3/22/71; Bates No. EAA-1801-1803 | 54 |
| HC | Correspondence from J.C. Eckhold to NHTSA; 12/12/77 re a Study of the Effects of Extension of Certain Passenger Car Safety Standards to Light Trucks 12/1/77; Bates No. RGRU 1470-1501 | 55 |
| HC | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED) pgs. 11038-11052 (global test) | 56 |
| HC | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED) pgs. 11034-11035 (roof crush test) | 57 |
| HC | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED) pgs. 11019 (note to Bill Reypka) | 58 |
| HC | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED) pgs. 11007-11010 (left front 2000 Explorer 10/22/99) | 59 |
| HC | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED) pgs. 10993-10998 (e-mail to Dave Shockling) | 60 |
| HC | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED) pgs. 10991-10992 (roof crush verification for maskless windshield frame) | 61 |
| HC | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED) pgs. 11053-11054 (recall; original reason for test, from Russ Smith) | 62 |
| HC | Standard Deviation Document Bates No. EXPD 0293 (fm Bahling Depo) | 63 |
| HC | Standard Deviation Document Bates No. EXPD 0010 (fm Bahling Depo) | 64 |
| HC | FMVSS 216 4-door Explorer test chart-strength to Weight Ratio (Stilson chart) | 65 |
| HC | FMVSS 216 Explorer test bar graph (from Stilson chart, Ex. 918) | 66 |
| NI | Volvo Report TF Rollover MU 1997 (English Translation of Exhibit 807) Bates VLVI 0001-0026 | 67 |
| HC | FMVSS 216 | 68 |
| NI | Accident Vehicle Seatbelt | 69 |

PLAINTIFF'S AMENDED EXHIBIT LIST
APPENDIX A-1

| | | |
|---|---|---|
| HC | Dr. Dean Jacobson's Expert Report dated December 22, 2004 | 70 |
| HC | Dr. Dean Jacobson's Continuing Conclusions and Opinions with graphs dated July 8, 2005 | 71 |
| HC | Dr. Dean Jacobson's Inverted Drop Test Report dated December 6, 2004 | 72 |
| NI | Vehicle Inspection dated April 20, 2004 | 73 |
| NI | Vehicle Digitization dated July 26, 2004 | 74 |
| HC | Dr. Dean Jacobson's Test Vehicle Information | 75 |
| HC | Dr. Dean Jacobson's Data Plots | 76 |
| HC | Dr. Dean Jacobson's Roof Crash Analysis | 77 |
| HC | 12 Pre-Test Arrival Photographs | 78 |
| HC | 36 Pre-Test Interior Photographs | 79 |
| HC | 17 Pre-Test Drop Orientation Photographs | 80 |
| HC | 21 Post-Test Inverted at Rest Photographs | 81 |
| HC | 20 Post-Test Upright Photographs | 82 |
| HC | 10 Post-Test Departure Photographs | 83 |
| HC | Gerald Rosenbluth's Expert Report dated December 23, 2004 | 84 |
| NI | Gerald Rosenbluth's Surrogate Testing- Vehicle Seating Diagram dated December 26, 2004 | 85 |
| HC | Gerald Rosenbluth's Photographic Sequence Exemplar Models dated January 7, 2005 with 66 photographs | 86 |
| HC | Gerald Rosenbluth's Vehicle Seat Belt Examination dated October 26, 2004 with 220 photographs | 87 |
| HC | Gerald Rosenbluth's SV- 2000 Ford Explorer Photographs dated April 24, 2004 (232 photographs) | 88 |
| HC | Gerald Rosenbluth's Exemplar Vehicle/Surrogate Occupant Analysis dated November 29, 2004 | 89 |
| HC | Pre-Test Arrival Photographs | 90 |
| HC | Pre-Test Interior Photographs | 91 |
| HC | Pre-Test Drop Orientation Photographs | 92 |
| HC | Post-Test Inverted at Rest Photographs | 93 |
| HC | 6 Post-Test Upright Photographs | 94 |
| HC | 14 Post-Test Departure Photographs | 95 |
| HC | Post-Test Comparison Photograph | 96 |
| HC | 24 Roof Reinforcement Procedure Interior Removal Photographs | 97 |
| HC | 7 Roof Reinforcement Procedure Interior Sheet Metal Removal Photographs | 98 |
| HC | 26 Roof Reinforcement Procedure Steel Application Photographs | 99 |
| HC | 17 Roof Reinforcement Procedure Interior Sheet Metal Re-Welded Photographs | 100 |
| HC | 9 Roof Reinforcement Procedure Rigid Polyurethane Application Photographs | 101 |
| HC | 19 Roof Reinforcement Procedure Modification completed with Interior Photographs | 102 |
| HC | Ronald Huston, Ph.D.'s Expert Report dated June 30, 2004 | 103 |
| HC | Ronald Huston's Vehicle Inspection Photographs dated June 17, 2004 | 104 |
| HC | Ronald Huston's Surrogate Test performed on November 29, 2004 (done with Rosenbluth) | 105 |
| HC | Ronald Huston's Surrogate Test Photographs taken on November 29, 2004 (26 photographs) | 106 |
| HC | Ronald Huston's Resume | 107 |

PLAINTIFF'S AMENDED EXHIBIT LIST
APPENDIX A-1

| | | |
|---|---|---|
| HC | Ronald Huston's file notes | 108 |
| HC | Ronald Huston's forms standards / anthropometric source book | 109 |
| HC | Steve Irwin's Reconstruction Report done on December 9, 2004 | 110 |
| HC | Accident Scene Diagram by The Irwin Company | 111 |
| HC | Coordinate Points done on November 11, 2004 by The Irwin Company | 112 |
| HC | Calculations done on June 11, 2004 by The Irwin Company | 113 |
| HC | Scene Inspection Photographs taken on November 22, 2004 | 114 |
| HC | Vehicle Diagram done by The Irwin Company | 115 |
| HC | 33 Vehicle Inspection photographs taken on July 27, 2004 by The Irwin Company | 116 |
| CD | Drop Test photographs taken on December 7, 2004 by The Irwin Company (please refer to exhibit 5) | 117 |
| HC | Vehicle Inspection photographs taken on December 22, 2004 by The Irwin Company | 118 |
| NI | Any and all impeachment exhibits | 119 |
| NI | Any and all rebuttal exhibits | 120 |
| NI | And all deposition transcripts and exhibits | 121 |
| NI | Any exhibits listed by the Defendant | 122 |
| HC | Substitution for Exhibit 19 - Billing records for Valley Baptist Medical Center | 123 |
| HC | Steve Irwin's Vehicle Inspection Notes date 7/24/04 | 124 |
| HC | 2 Modification Report Figures | 125 |
| HC | Illustration of Amputation of the Right Leg | 126 |
| HC | Illustration of Post-Op Condition 2/2/03 | 127 |
| HC | Illustration of Pre-Op Condition of Cervical Spine 1/12/03 | 128 |
| NI | Vehicle Exemplars | 129 |

LEGEND

NI - Not Included
HC - Hard Copy
CD - Compact Disc
VD - VHS Tape

PLAINTIFF'S AMENDED EXHIBIT LIST
APPENDIX A-1