IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN, <br><br> v <br><br> FORD MOTOR COMPANY. | CASE NO. B-03-120 <br><br> **AMENDED EXHIBIT LIST** |
| Judge Hilda G. Tagle | Case Manager:  Stella Cavazos <br> Court Reporter:  Breck Record |
| List of: <br> Ford Motor Company | Proceeding: Trial    Date: 10/12/05 |

| New Exhibit No. | Exhibit No. | Description | Adm | Exd |
|---|---|---|---|---|
| | | **DEFINITIONS** | | |
| 1 | 45 | Definition of Passenger Automobile from 49 C.F.R. Section 523.4 | | |
| 2 | 46 | Definition Of Light Truck 49 C.F.R. Section 523.5 | | |
| 3 | 47 | Definition of Multipurpose Passenger Vehicle from 49 C.F.R. Section 571.3 | | |
| 4 | 156 | Chart - Fatal Vehicle Rates Passenger Cars & Light Trucks, Fatal Vehicles Per 10,000 Vehicle Years, Model year 1991-1997 Vehicles in FARS 1991-1997 and Polk NVPP 1991-1997 | | |
| 5 | 157 | Chart - Fatal Vehicle Rates Passenger Cars & Light Trucks, Fatal Vehicles Per 10,000 Vehicle Years,  Model year 1991-1998 vehicles in FARS 1991-1998 and Polk NVPP 1991-1998 | | |
| 6 | 158 | Fatal Vehicle Rates graph  (Grush Exhibit A3 taken May 21, 2002) | | |
| 7 | 159 | Fatal Vehicle Rates graph  (Grush Exhibit A4 taken May 21, 2002) | | |
| 8 | 160 | Fatal Vehicle Rates graph  (Grush Exhibit A5 taken May 21, 2002) | | |
| 9 | 161 | Fatal Vehicle Rates graph  (Grush Exhibit A6 taken May 21, 2002) | | |
| | | **NHTSA BLUE RIBBON DOCS** | | |
| 10 | 198 | 49 CFR Part 575, Docket No. NHTSA-98-3381, Notice 1, Consumer Information Regulations; Utility Vehicle Label, Federal Register Vol. 63, NO.70, April 13, 1998 | | |
| 11 | 203 | 49 CFR Part 571, Docket NO. NHTSA-1999-5572; Notice 2, Federal Motor Vehicle Safety Standards; Roof Crush Resistance, Federal Register, Vol. 66, No. 204, October 22, 2001 | | |
| | | | | |
| 12 | 219 | Rollover Occupant Kinematics & Roof/Pillar Deformation (Powerpoint Presentation) | | |
| 13 | 220 | Autoliv Final Reports of Rollover Crash Testing on 1996 & 1997 Lincoln Town Cars - Tests B170001; B170003 (RC025417- RC025556) | | |
| 14 | 221 | Videotape- Test B170001 (RC027022) (VHS tape located in redrope expando) | | |
| 15 | 222 | Videotape- Test B170003 (RC027023) (VHS tape located in redrope expando) | | |
| 16 | 223 | CD- Rollover Testing Data- B170001; B170003 (RC027020) | | |

**EXHIBIT**

A-2

| 17 | 224 | CD- Rollover Testing Data- B170001; B170003 (RC027021) | | |
| 18 | 225 | Autoliv Final Reports of Rollover Crash Testing on Ford Lincoln Town Cars - Tests B170082; B170084; B170086; B170087 (RC027137-RC027191) | | |
| 19 | 226 | Videotape- Test B170082 (RC027206) (VHS tape located in redrope expando) | | |
| 20 | 227 | Videotape- Test B170084 (RC027207) (VHS tape located in redrope expando) | | |
| 21 | 228 | Videotape- Test B170086 (RC027208) (VHS tape located in redrope expando) | | |
| 22 | 229 | Videotape- Test B170087 (RC027209) (VHS tape located in redrope expando) | | |
| 23 | 230 | CD- Rollover Testing Data and Stills- B170082; B170084; B170086; B170087 (RC027216) | | |
| 24 | 231 | Autoliv Final Report of Rollover Crash Testing on Ford Lincoln Town Cars - Tests B180026; B180027 (RC027085-RC027136) | | |
| 25 | 232 | Videotape- Test B180026 (RC027212) (VHS tape located in redrope expando) | | |
| 26 | 233 | Videotape- Test B180027 (RC027213) (VHS tape located in redrope expando) | | |
| 27 | 234 | CD- Rollover Testing Data and Stills- B180026; B180027 (RC027215) | | |
| 28 | 235 | Videotape- Test B180121 re Escort (RC027763) (VHS tape located in redrope expando) | | |
| 29 | 236 | Videotape- Test B180133 re Escort (RC027764) (VHS tape located in redrope expando) | | |
| 30 | 237 | CD- Rollover Testing Data and Stills re Escort- B180121; B180133 (RC027765) | | |
| 31 | 238 | Autoliv Final Report of FMVSS 208 Rollover Crash Testing on Mercury Mountaineer - Test B180219 (RC027257-RC027289) | | . |
| 32 | 239 | Videotape- Test B180219 (RC027515) (VHS tape located in redrope expando) | | |
| 33 | 240 | CD- Rollover Testing Data- B180219 (RC027522) | | |
| 34 | 241 | Autoliv Final Report of FMVSS 208 Rollover Crash Testing on Ford Explorer - Test B180220 (RC027768-RC027802) | | |
| 35 | 242 | Videotape- Test B180220 (RC027509) (VHS tape located in redrope expando) | | |
| 36 | 243 | CD- Rollover Testing Data- B180220 (RC027523) | | |
| 37 | 244 | Autoliv Final Report of SAE J2114 Rollover Crash Testing on Ford Explorer - Test B190042 (EXPW4523-EXPW4553) | | |
| 38 | 245 | Videotape- Test B190042, Reel 1 of 2 (EXPW4554) (VHS tape located in redrope expando) | | |
| 39 | 246 | Videotape- Test B190042, Reel 2 of 2 (EXPW4555) (VHS tape located in redrope expando) | | |
| 40 | 247 | CD- Test Data and Stills- B190042 (EXPW9432) | . | |
| 41 | 248 | Autoliv Final Report of SAEJ2114 Rollover Crash Testing on Ford Explorer - Test B190043 (EXPW5012-EXPW5043) | . . | |
| 42 | 249 | Videotape- Test B190043, Reel 1 of 2 (EXPW5045) (VHS tape located in redrope expando) | | |
| 43 | 250 | Videotape- Test B190043, Reel 2 of 2 (EXPW5046) (VHS tape located in redrope expando) | | |
| 44 | 251 | CD- Test Data and Stills- B190043 (EXPW5044) | | |
| 45 | 252 | Autoliv Final Repot of SAE J2114 Rollover Crash Testing on Ford Explorer - Test B190049 (EXPW5084-EXPW5115) | | . |
| 46 | 253 | Videotape- Test B190049 (EXPW5117) (VHS tape located in redrope expando) | | |
| 47 | 254 | CD- Test Data and Stills- B190049 (EXPW5116) | | |
| 48 | 255 | Autoliv Final Report of SAEJ2114 Rollover Crash Testing on Ford Explorer - Test B190050 (EXPW4556-EXPW4588) | | |
| 49 | 256 | Videotape- Test B1990050, Part 1 of 2 (EXPW4589) (VHS tape located in redrope expando) | | |

Doc ID TOMPE-122517
08423-071

| 50 | 257 | Videotape- Test B1990050, Part 2 of 2 (EXPW4590) (VHS tape located in redrope expando) | | |
|---|---|---|---|---|
| 51 | 258 | CD- Test Data and Stills- B190050 (EXPW9431) | | |
| 52 | 259 | Videotape- Test B180197 re Ford Escort Curb Trip (RC027760) (VHS tape located in redrope expando) | | |
| 53 | 260 | CD- Test Data- B180197 (RC027767) | | |
| 54 | 261 | Autoliv Final Repot of Curb Trip Testing on Ford Explorer- Test B180196 (RC027442-RC027469) | | |
| 55 | 262 | Videotape- Test B180196 (RC027512) (VHS tape located in redrope expando) | | |
| 56 | 263 | CD- Test Data- B180196 (RC027531) | | |
| 57 | 264 | Autoliv Final Report of Curb Trip Testing on+B211 Ford Explorer - Test B190039 (EXPW4780-EXPW4813) | | |
| 58 | 265 | Videotape- Test B190039 (EXPW4814) (VHS tape located in redrope expando) | | |
| 59 | 266 | CD- Test Data and Stills- B190039 (EXPW4815) | | |
| 60 | 267 | Autoliv Final Report of Curb Trip Testing on Ford Explorer - Test B190015 (RC027325-RC027361) | | |
| 61 | 268 | Videotape- Test B190015 (RC027521) (VHS tape located in redrope expando) | | |
| 62 | 269 | CD- Rollover Test Data- B190015 (RC027524) | | |
| 63 | 270 | Autoliv Final Report of Curb Trip Testing on Ford Explorer - Test B190044 (EXPW5047-5081) | | |
| 64 | 271 | Videotape- Test B190044 (EXPW5083) (VHS tape located in redrope expando) | | |
| 65 | 272 | CD- Test Data and Stills- B190044 (EXPW5082) | | |
| 66 | 273 | Videotape- Test B180195 dated 10/12/98 re Curb Trip (RC027622) (VHS tape located in redrope expando) | | |
| 67 | 274 | Autoliv Final Report of Curb Trip Testing on Ford U152 - Test B1010152 (EXPW18810-EXPW18829) | | |
| 68 | 275 | Autoliv Final Report of Critical Sliding Velocity Testing on Ford U231- Test B1010153 (EXPW18830-EXPW18849) | | |
| 69 | 276 | Videotape - Tests B1010152; 1010153 (EXPW18850) (VHS tape located in redrope expando) | | |
| 70 | 277 | CD- Autoliv Test Info- B1010152; B1010153 (EXPW18851) | | |
| | | **RAGAN** | | |
| 71 | 510 | Curriculum Vitae of Larry Ragan | | |
| 77 | 512 | Ford Test Report, ROF-30868: 1992 4-Dr, R Front | | |
| 78 | 513 | Ford Test Report, ROF-31107: 1995 4-Dr, R Front | | |

3

| | | | | |
|---|---|---|---|---|
| 79 | 514 | Ford Test Report, ROF-30938: 1993 4-Dr, R Front - (4) Tests | | |
| 80 | 515 | Ford Test Report, ROF-31899: 1995 4-Dr, R Front | | |
| 81 | 516 | Ford Test Report, ROF-32120: 1995 4-Dr, R Front | | |
| 82 | 517 | Ford Test Report, ROF-32164: 1995 4-Dr, R Front - (2) Tests | | |
| 87 | 518 | Ford Test Report, K-50654: 1996 4-Dr, R Front | | |
| 88 | 519 | Ford Test Report, K-50655: 1996 4-Dr, R Front | | |
| 89 | 520 | Ford Test Report, K-50656: 1996 4-Dr, R Front | | |
| 90 | 521 | Table of Explorer Test Results, Above FMVSS 216 Tests | | |
| 91 | 522 | Exponent Test Report  DT51677.000/R0F0/1098/R148 Horizontal Platen Roof Crush Test (1992 4-Dr) | | |
| 92 | 523 | Exponent Test Video DT51677.000/R0F0/1098/R148 Horizontal Platen Roof Crush Test (1992 4-Dr.) | | |
| 93 | 524 | FaAA Test Report, FaAA-AZ-R-97-8-10, Inverted Drop Test-1994 Ford Explorer-Production, w/Dummy | | |
| 94 | 525 | FaAA Test Video, FaAA-AZ-R-97-8-10,Inverted Drop Test-1994 Ford Explorer-Production, w/Dummy | | |
| 95 | 526 | Exponent Test Report, PH07470.000/IDF0/0902/R359, Inverted Drop Test-1994 Ford Explorer-Roll Cage Vehicle, w/Dummy (9/24/02) | | |
| 96 | 527 | Exponent Test Video,PH07470.000/IDF0/0902/R359, Inverted Drop Test-1994 Ford Explorer-Roll Cage Vehicle, w/Dummy | | |
| 97 | 528 | Exponent Test Report, TEC7008, FMVSS 216-1996 Ford Explorer (11/15/01) | | |
| 98 | 529 | Exponent Test Video, TEC 7008, FMVSS216-1996 Ford Explorer | | |
| 99 | 530 | Exponent Test Report, TEC 7009, FMVSS 216-1996 Chevrolet Blazer (11/16/01) | | |
| 100 | 531 | Exponent Test Video, TEC7009, FMVSS 216-1996 Chevrolet Blazer | | |
| 101 | 532 | Exponent Test Report, TEC7010, FMVSS 216-1995 Jeep Grand Cherokee  (11/19/01) | | |
| 102 | 533 | Exponent Test Video, TEC7010, FMVSS 216-1996 Jeep Grand Cherokee | | |
| 103 | 534 | Exponent Test Report, TEC7011, FMVSS 216-1995 Isuzu Rodeo  (11/19/01) | | |
| 104 | 535 | Exponent Test Video, TEC7011, FMVSS 216-1995 Isuzu Rodeo | | |
| 105 | 536 | Exponent Test Report, TEC7012, FMVSS 216-1996 Toyota 4Runner | | |
| 106 | 537 | Exponent Test Video, TEC7012, FMVSS 216-1996 Toyota 4Runner | | |
| 107 | 538 | Exponent Test Report, TEC7384, FMVSS 216-1996 Ford Explorer  (8/26/02) | | |
| 108 | 539 | Exponent Test Video, TEC7384, FMVSS 216-1996 Ford Explorer | | |
| 109 | 540 | Exponent Test Report, TEC63013, FMVSS 216-1997 Ford Explorer 4-Dr (2 Tests) - 8/5/03 | | |
| 110 | 541 | Exponent Test Video, TEC63013, FMVSS 216-1997 Ford Explorer 4-Dr | | |
| 111 | 548 | Exponent Test Report, Econoline Van, Dolly Rollover  (12/24/2000) | | |
| 112 | 549 | Exponent Test Video, Econoline Van, Dolly Rollover | | |
| 113 | 550 | Exponent Test Data, Econoline Van, CRIS Rollover  (3/16/01) | | |
| 114 | 551 | Exponent Test Video, Econoline Van, CRIS Rollover | | |
| 115 | 546 | Roof Crush Test Line Graph 96 Explorer 4-Dr by Ford-Load (3 tests) FMVSS 216 | | |
| 116 | 547 | Roof Crush Test Line Graph 96 Explorer 4-Dr by Ford-Load (3 Tests & Test Avg.) FMVSS 216 | | |
| 117 | 548 | Roof Crush Test Line Graph 96 Explorer 4-Dr by Ford-Load (Test Avg.) FMVSS 216 | | |
| 118 | 549 | Roof Crush Test Line Graph 96 Explorer 4-Dr by Ford-Load (Avg. vs. 216) FMVSS 216 | | |
| 119 | 550 | Roof crush Test Line Graph 96 Explorer 4-Dr by Ford-Load (Avg vs. Blazer by NHTSA) FMVSS 216 | | |
| 120 | 551 | Roof Crush Test Line Graph 96 Explorer 4-Dr by Ford-Load (Avg. vs. Comp Veh by NHTSA) FMVSS 216 | | |

4

| 121 | 552 | Roof Crush Test Bar Graph 96 Explorer 4-Dr by Ford-Load (96 Avg. vs. Comp) @ 1" FMVSS 216 | | |
| 122 | 553 | Roof Crush Test Bar Graph 96 Explorer 4-Dr by Ford-Load (96 Avg. vs. Comp) @ 1.5" FMVSS 216 | | |
| 123 | 554 | Roof Crush Test Bar Graph 96 Explorer 4-Dr by Ford-Load (96 Avg. vs. Comp) @ 2" FMVSS 216 | | |
| 124 | 555 | Roof Crush Test Line Graph  96 Explorer 4-Dr by Ford-Energy (3 Tests) CMVSS 216 | | |
| 125 | 794 | Roof Crush Test Line Graph 96 Explorer 4-Dr by Ford-Energy (3 Tests Avg.) FMVSS 216 | | |
| 126 | 795 | Roof Crush Test Line Graph 96 Explorer 4-Dr by Ford-Energy (3 Tests Avg. vs. 216) FMVSS 216 | | |
| 127 | 796 | Roof Crush Test Line Graph 96 Explorer 4-Dr by Ford-Energy (3 Tests vs. 216) FMVSS 216 | | |
| 128 | 797 | Roof Crush Test Line Graph 96 & 97 Explorer 4-Dr by Exponent-Load (2 Tests) FMVSS 216 | | |
| 129 | 798 | Roof Crush Test Line Graph 96 & 97 Explorer 4-Dr by Exponent-Load (3 Tests) FMVSS 216 (96 & 97, plus full stroke 96) | | |
| 130 | 799 | Roof Crush Test Line Graph 96 & 97 Explorer 4-Dr by Exponent-Load (3 Tests vs. 216) FMVSS 216 96 & 97 plus full stroke 96 | | |
| 131 | 800 | Roof Crush Test Line Graph 96 & 97 Explorer 4-Dr by Exponent-Load (2 Tests) FMVSS 216 | | |
| 132 | 801 | Roof Crush Test Line Graph 97 & 97 Explorer 4-Dr by Exponent-Energy (3 Tests) FMVSS 216 (96 & 97 plus full stroke 96) | | |
| 133 | 802 | Roof Crush Test Line Graph 97 & 97 Explorer 4-Dr by Exponent-Energy (3 Tests vs. 216) FMVSS 216 (96 & 97, plus full stroke 96) | | |
| 134 | 803 | Roof Crush Test Line Graph 96 Explorer 4-Dr by Exponent-Load FMVSS 216 (full stroke) | | |
| 135 | 804 | Roof Crush Test Line Graph 96 Explorer 4-Dr & 96 Blazer by Exponent-Load FMVSS 216 (full stroke) | | |
| 136 | 805 | Roof Crush Test Line Graph 96 Explorer 4-Dr & Comp Vehicles by Exponent-Load FMVSS 216(full stroke) | | |
| 137 | 806 | Roof Crush Test Line Graph 96 Explorer 4-Dr by Exponent-Energy FMVSS 216 (full stroke) | | |
| 138 | 807 | Roof Crush Test Line Graph 96 Explorer 4-Dr & 96 Blazer by Exponent-Energy FMVSS 216 (full stroke) | | |
| 139 | 808 | Roof Crush Test Line Graph 96 Explorer 4-Dr & coComp Vehicles by Exponent-Energy FMVSS 216 (full stroke) | | |
| 140 | 809 | Roof Crush Test Line Graph 96 Explorer 4-Dr by Exponent-Load, w/Glass Breakage (FMVSS 216 full stroke) | | |
| 141 | 810 | Roof Crush Test Line Graph 96 Blazer 4-Dr By Exponent-Load, w/Glass Breakage FMVSS 216 (full stroke) | | |
| 142 | 811 | Roof Crush Test Line Graph 95 Grand Cherokee 4-Dr by Exponent-Load, w/Glass Breakage FMVSS 216 (full stroke) | | |
| 143 | 812 | Roof Crush Test Line Graph 95 Rodeo 4-Dr by Exponent-Load, w/Glass Breakage FMVSS 216 (full stroke) | | |
| 144 | 813 | Roof Crush Test Line Graph 95 4-Runner 4-Dr by Exponent-Load, w/Glass Breakage FMVSS 216 (full Stroke) | | |
| 145 | 814 | Roof Crush Test Line Graph 92 Explorer 4-Dr by Exponent-Load Horizontal Platen (full stroke) | | |

Doc ID TOMPE-122517
08423-071

| 146 | 815 | Roof Crush Test Line Graph 92 Explorer 4-Dr by Exponent-Load (vs. 220) Horizontal Platen (full stroke) | | |
| 147 | 816 | Roof Crush Test Line Graph 92 Explorer 4-Dr by Exponent-Energy Horizontal Platen (full stroke) | | |
| 148 | 817 | Roof Crush Test Line Graph 92 Explorer 4-Dr by Exponent-Energy (vs. 220) Horizontal Platen (full stroke) | | |
| 149 | 818 | NHTSA FMVSS 216 Test Report, 95 Chevrolet Blazer, NHTSA # CS0124 | | |
| 150 | 819 | NHTSA FMVSS 216 Test Report, 95 Nissan Quest, NHTSA # CS5210 | | |
| 151 | 820 | NHTSA FMVSS 216 Test Report, 94 Dodge pickup, NHTSA # CR0311 | | |
| 152 | 821 | NHTSA FMVSS 216 Test Report, 96 Plymouth Voyager, NHTSA # CT0302 | | |
| 153 | 822 | NHTSA FMVSS 216 Test Report, 95 Honda Passport, NHTSA # CS5303 | | |
| 154 | 823 | NHTSA FMVSS 216 Test Report, 92 Volvo 740 NHTSA #CN5901 | | |
| 155 | 824 | NHTSA FMVSS 216 Test Report, 92 Mercedes 190E, NHTSA # CN0504 | | |
| 156 | 825 | Roof Deformation Photos (Selected inspection photos from above with roof deformation dimensions added) | | |
| 157 | 826 | Roof Dimension Photos (Selected exemplar vehicle photos with measurements) | | |
| 158 | 827 | 2000 NASCAR Winston Cup Car, Photos @ Roush Racing | | |
| 159 | 828 | 2001 NASCAR Winston Cup Car, Vehicle & Photos | | |
| 160 | 829 | National Traffic and Motor Vehicle Safety Act of 1966 | | |
| 161 | 830 | 49 CFR 571.216, Federal Motor Vehicle Safety Standard No. 216, Roof Crush Resistance | | |
| 162 | 831 | 49 CFR 571.220, Federal Motor Vehicle Safety Standard No. 220, School Bus Rollover Protection | | |
| 163 | 832 | Rollover Crash Tests-The Influence of Roof Strength on Injury Mechanics, Orlowski, K.O., Bundorf, R.T. and Moffatt, E.A., SAE 851734, Washington, D.C., 1985 | | |
| 164 | 833 | Video Tape: Rollover Crash Tests-The Influence of Roof Strength on Injury Mechanics; Scenes from GM Crash Tests, 83 & 84 Chevrolet Malubus (Malibu I), Orlowski, Moffatt, et al., 1985 | | |
| 165 | 834 | Rollover and Drop Tests - The influence of Roof Strength on Injury Mechanics Using Belted Dummies, Bahling, G.S., Bundorf, R.T., Kaspzyk, G.S., Moffatt, E.A., Orlowski, K.O. and Stocke, J.E., SAE 902314, 34th Stapp Conference, Orlando, 1990 | | |
| 166 | 835 | Video Tape: Rollover and Drop Tests-The Influence of Roof Strength on Injury Mechanics Using Belted Dummies; GM 1983 Malibu Tests, 1990 Stapp Car Conference (Malibu II), Orlowski, Moffatt, et al, 1990 | | |
| 167 | 836 | The Relationship Between Roof Strength and Occupant Injury in Rollover Accident Data, Moffatt, E.A. and Padmanaban, J., FaAA-SF-R-95-05-37 | | |
| 168 | 837 | Quasi-Static and Dynamic Roof Crush Testing, Rains, G.C. and Van Voorhis, M.A., Report #DOT HS 808 873 by Vehicle Research & Test Center, under NHTSA sponsorship, 1998 | | |
| 169 | 838 | A Comparison of the Controlled Rollover Impact System (CRIS) with the J114 Rollover Dolly, Carter, J.W., Habberstad, J.L. and Croteau, J., SAE 2002-01-0694, 2002 SAE World Congress, Detroit, MI | | |
| 170 | 839 | Submission to NHTSA docket 1999-5572: Evaluation of SAE paper 2001-01-0176, Padmanaban, J. | | |
| 171 | 840 | Factors Influencing the Likelihood of Fatality and Serious/Fatal Injury in Single-Vehicle Rollover Crashes, Padmanaban, J., Moffatt, E.A. and Marth, D.R., February 7, 2004 | | |

Doc ID TOMPE-122517
08423-071

| | 841 | Matched-Pair Rollover Impacts of Rollcaged and Production Roof Cars Using the Controlled Impact System (CRIS), Moffatt, E.A., Cooper, E.R., Croteau, J. J., Orlowski, K.F., Marth, D.R. and Carter, J.W. SAE 2003-01-0172 | | |
| 172 | | | | |
| 173 | 842 | Powerpoint Presentation summarizing results from Paper "Matched-Pair Rollover Impacts of Rollcaged and Production Roof Cars Using the Controlled Rollover Impact System (CRIS)" Moffatt, E.A., Cooper, E.R., Croteau, J. J., Orlowski, K.F., Marth, D.R. and Carter, J.W. SAE 2003-01-0172 | | |
| | | **GRANAT** | | |
| 174 | 605 | Curriculum Vitae of Kevan Granat | | |
| 175 | 606 | Kevan Granat's Report | | |
| 176 | 607 | Overview Scene Diagram | | |
| 177 | 608 | Medium Profile Diagram | | |
| 178 | 609 | Vehicle Damage Templates | | |
| 179 | 610 | Scale Vehicle Model | | |
| | | **PIZIALI** | | |
| 180 | 611 | Curriculum Vitae of Dr. Robert Piziali | | |
| 181 | 612 | Dr. Robert Piziali's Report | | |
| 182 | 613 | External injuries to Betty Payan | | |
| 183 | 614 | Internal injuries to Betty Payan | | |
| 184 | 615 | Cervical spine anatomy | | |
| 185 | 616 | Radiology of Betty Payan's injury- Anterior Displacement of C6 on C7 | | |
| 186 | 617 | Radiology of Betty Payan's injury Cervical Injury | | |
| 187 | 618 | Height documentation for Betty Payan | | |
| 188 | 619 | Weight documentation for Betty Payan | | |
| 189 | 620 | 3D model of the cervical spine | | |
| 190 | 621 | Biomechanics of cervical dislocation "ducking" injury mechanism (Bauze) | | |
| 191 | 622 | Biomechanics of cervical injuries due to "ducking" motion (Nightingale et al) | | |
| 192 | 623 | Buckling of the cervical spine under axial load (Winkelstein) | | |
| 193 | 624 | Buckling modes in the cervical spine (Nightingale et al.) | | |
| 194 | 625 | Biomechanics of cervical hyperflexion (Nightingale et al.) | | |
| 195 | 626 | Biomechanics of cervical injuries due to hyperflexion (Pintar) | | |
| 196 | 627 | Relationship of head motion to cervical injury (Myers) | | |
| 197 | 628 | Sequence for neck loading and roof crush (Bahling et al.) | | |
| 198 | 629 | Average neck fracture or injury load in N | | |
| 199 | 630 | Average neck fracture or injury load in lbs. | | |
| 200 | 631 | Average neck fracture or injury load references | | |
| 201 | 632 | Comparison of neck stiffness data for cadaver and hybrid III dummy (Piziali et al) | | |
| 202 | 633 | Occupant kinematics in rollover accidents1 (driver) | | |
| 203 | 634 | Occupant kinematics in rollover accidents2 (driver)- vehicle removed | | |
| 204 | 635 | Occupant kinematics in rollover accidents3 (passenger) | | |
| 205 | 636 | Occupant kinematics in rollover accidents4 (passenger)- vehicle removed | | |
| 206 | 637 | Exemplar model measurements from spit test 3-22-05 | | |
| 207 | 638 | Exemplar inversion test photos 3-22-05 | | |
| 208 | 639 | Inversion test results summary 3-22-05 | | |
| 209 | 640 | Occupant and roof movement | | |
| 210 | 641 | Assumed estimates for typical excursion of a belted occupant | | |
| 211 | 642 | Volvo pretensioner studies (Moffatt) | | |
| 212 | 643 | Gerald Rosenbluth's spit test results | | |
| 213 | 644 | Gerald Rosenbluth's spit test results2 | | |

Doc ID TOMPE-122517
08423-071

| 214 | 645 | Injury factors for serious/fatal injuries to belted drivers (Padmanaban et al) | | |
|---|---|---|---|---|
| 215 | 646 | Vertical head excursions for hybrid III dummies (Moffatt) | | |
| 216 | 647 | Static and dynamic excursion of volunteers and hybrid III dummy (Arndt) | | |
| 217 | 648 | Difference in static and dynamic excursion of hybrid III dummy (Arndt) | | |
| 218 | 649 | Comparison of vertical velocity | | |
| 219 | 650 | Vertical velocity of torso at impact 10 degrees | | |
| 220 | 651 | Vertical velocity of torso at impact 20 degrees | | |
| 221 | 652 | Velocity of roof rail at impact 10 degrees | | |
| 222 | 653 | Velocity of roof rail at impact 20 degrees | | |
| 223 | 654 | Change in velocity of roof rail at impact 10 degrees | | |
| 224 | 655 | Change in velocity of roof rail at impact 20 degrees | | |
| 225 | 656 | Rollover sequence 10 degrees | | |
| 226 | 657 | Rollover sequence 20 degrees | | |
| 227 | 658 | Centrifugal acceleration of occupant 25 mph, 360 degrees | | |
| 228 | 659 | Impact velocity for cervical spine injury (McElhaney, Myers, Nusholtz, Sances) | | |
| 229 | 660 | Paper- Inverted drop testing and neck injury potential (Forrest, Herbst, Meyer, Sances, Kumaresan | | |
| 230 | 661 | Association vs. causality | | |
| 231 | 662 | Association between injury and roof crush (trucks) small drop height | | |
| 232 | 663 | Association between injury and roof crush (trucks) large drop height | | |
| 233 | 664 | Elevator car drop and impact | | |
| 234 | 665 | Roof strength and injury in rollover accidents (Huelke, Mackay, Strother | | |
| 235 | 666 | Roof strength and injury in rollover accidents (Bahling, Hight, Mackay, Moffatt, Orlowski) | | |
| 236 | 667 | Paper- Analysis of structural deformation in vehicular drop studies (Herbst, Meyer, Syson, Sances, Kumaresan) | | |
| 237 | 668 | CRIS tests:  Dummy data - peak compressive neck load tests 5 and 6 | | |
| 238 | 669 | CRIS tests:  Dummy data - peak compressive neck load tests 1 to 6 | | |
| 239 | 670 | CRIS tests:  Dummy data - neck injury tests 5 and 6 | | |
| 240 | 671 | CRIS tests:  Dummy data - neck injury tests 1 to 6 | | |
| 241 | 672 | CRIS powerpoint presentation | | |
| 242 | 673 | CD- Rollover Animations | | |
| 243 | 674 | CD- Rollover animations at 10 and 20 degree impact angles | | |
| 244 | 675 | DVD- Crown Victoria CRIS & Head Impact Tests Videos | | |
| 245 | 676 | DVD Video- Evaluation of Experimental Restraints by Arndt, et al. | | |
| 246 | 677 | DVD Video- Surrogate A Inversion Tests 0-135 deg., & 135-180 deg. | | |
| 247 | 678 | DVD Video- Richard Petty Slo-motion Rollover | | |
| 248 | 679 | CD Video- Malibu II Ground-based Rollover Tests | | |
| 249 | 680 | CD Video- Malibu II Test #SP890309 (for 7L4 Impact) | | |
| 250 | 681 | DVD Video- XC-90 Spit Tests 12/2/04 On-Board Camera View | | |
| 251 | 682 | DVD Video- XC-90 Spit Tests 12/2/04 Ground Camera View | | |

Doc ID TOMPE-122517
08423-071

| 252 | 683 | Model car with miniature mounted camera | | |
|---|---|---|---|---|
| | | **PHOTOGRAPHS** | | |
| 253 | 705 | Vehicle Inspection Photographs taken by R. Chen | | |
| 254 | 706 | Scene Inspection Photographs taken by K. Granat | | |
| 255 | 707 | Scene Inspection Notes by K. Granat | | |
| 256 | 708 | Vehicle Inspection Photographs taken by K. Granat | | |
| 257 | 709 | Vehicle Inspection Notes taken by K. Granat | | |
| 258 | 710 | Vehicle Inspection Photographs taken by Dr. Robert Piziali | | |
| 259 | 711 | Photographs of Protocol Inspection taken by T. Daniel on October 26, 2004 | | |
| 260 | 712 | Videotape of Protocol Inspection (VHS tape located in redrope expando) | | |
| 261 | 713 | Photographs of SPIT Test taken by Piziali and Associates on March 22, 2005 | | |
| 262 | 714 | Vehicle Inspection Photographs taken by E. Paddock | | |
| 263 | 715 | Vehicle Inspection Photographs taken by L. Ragan | | |
| 264 | 716 | Roof Dimension Photographs of Exemplar Vehicle | | |
| 265 | 717 | Roof Deformation Photographs by L. Ragan | | |
| 266 | 718 | Vehicle Inspection Photographs taken by D. Tandy | | |
| 267 | 719 | Vehicle Inspection Notes by D. Tandy | | |
| 268 | 720 | Photographs of the scene taken by Investigator Castillo on September 16, 2003 | | |
| 269 | 721 | Video of accident scene taken by Investigator Castillo on September 16, 2003 (VHS tape located in redrope expando) | | |
| 270 | 722 | Photographs of subject vehicle taken by Inbursa Insurance, Adjuster Jose Alvarado | | |
| 271 | 723 | Photographs of the subject vehicle taken by R. Huston | | |
| 272 | 724 | Surrogate Photographs taken by R. Huston | | |
| 273 | 725 | Photographs of the scene taken by S. Irwin | | |
| 274 | 726 | Photographs of the subject vehicle taken by S. Irwin | | |
| 275 | 727 | Photographs of the subject vehicle taken by D. Jacobson | | |
| 276 | 728 | Photographs of exemplar vehicles taken by D. Jacobson | | |
| 277 | 729 | Photographs of seat belt examination taken by G. Rosenbluth | | |
| 278 | 730 | Photographs of the subject vehicle taken by G. Rosenbluth | | |
| 279 | 731 | Photographs of surrogate and exemplar models taken by G. Rosenbluth | | |
| 280 | 732 | Photographs of the subject vehicle and scene produced by Plaintiffs, taken on January 30, 2003, by Filzola | | |
| | | **CASE SPECIFIC** | | |
| 281 | 733 | Owners Guide | | |
| 282 | 734 | 4-Wheeling Owners Guide Supplement | | |
| 283 | 735 | Factory Invoice | | |
| 284 | 737 | Safety Certification Label for Subject Vehicle | | |
| 285 | 738 | Sunvisor Warning Label | | |
| 286 | 739 | FMVSS 208 Certification File for Subject Vehicle | | |
| 287 | 740 | FMVSS 209 Certification File for Subject Vehicle | | |
| 288 | 741 | FMVSS 210 Certification File for Subject Vehicle | | |
| 289 | 742 | FMVSS 216 Certification File for Subject Vehicle | | |
| 290 | 743 | Accident Report (A- Translated Version; B- Spanish Version) | | |
| 291 | 744 | Attorney General's Report (A- Translated Version; B- Spanish Version) | | |
| 292 | 745 | Driver Record History | | |

Doc ID TOMPE-122517
08423-071

| | | | | |
|---|---|---|---|---|
| 293 | 747 | Records from Inbursa Auto Insurance<br>(A- Translated Version; B- Spanish Version) | | |
| 294 | 748 | Exhibit number not used | | |
| 295 | 749 | Traffic Citation re E. Payan, Jean Margaret<br>(A- Translated Version; B- Spanish Version) | | |
| 296 | 750 | Medical Notes/Report by Dr. Ruiz re Juana Margaret Reynoso de Payan<br>(A- Translated Version; B- Spanish Version relied upon by Dr. Piziali | | |
| 297 | 751 | Hand Drawing of Accident Scene (Sally Payan Depo Ex. 1) | | |
| 298 | 752 | Service, Maintenance and Repair Records produced by Plaintiff<br>(A- Translated Version; B- Spanish Version) | | |
| 299 | 753 | Purchase, Registration and Title Documents produced by Plaintiff<br>(A- Translated Version; B- Spanish Version) | | |
| | | **THOMPSON COL's DAMAGES EXHIBITS** | | |
| 300 | 759 | Susana Reynoso's deposition transcript and exhibits | | |
| 301 | 760 | Sally Payan's deposition transcript and exhibits | | |
| 302 | 761 | Enrique Payan's deposition transcript and exhibits | | |
| 303 | 762 | Medical records from Valley Baptist Medical Center pertaining to Betty Payan relied upon by Dr. Piziali | | |
| 304 | 763 | Medical records from Memorial Hermann Hospital pertaining to Betty Payan relied upon by Dr. Piziali | | |
| 305 | 764 | Medical records from McAllen Medical Center pertaining to Betty Payan relied upon by Dr. Piziali | | |
| 306 | 765 | The Institute for Rehab and Research pertaining to Betty Payan relied upon by Dr. Piziali | | |
| 307 | 766 | Medical records from Cruz Roja Mexicana/Clinica Materno Infantil Conception pertaining to Betty Payan relied upon by Dr. Piziali | | |
| 308 | 767 | Medical records from Clinica Materno Infantil Concepcion pertaining to Sally Payan Reynoso relied upon by Dr. Piziali | | |
| | | **CATCH ALL** | | |
| 309 | 768 | The subject 2000 Ford Explorer, including all component parts | | |
| 310 | 769 | Explorer 1/4 passenger compartment vehicle buck on a spit | | |
| 311 | | Any exhibits listed by Plaintiffs | | |
| 312 | | Any discovery responses by Plaintiffs | | |
| 313 | | Any materials produced by Plaintiffs in response to Defendant Ford's discovery requests | | |
| 314 | | Any and all impeachment exhibits | | |
| 315 | | Any and all rebuttal exhibits | | |
| 316 | | Any and all Deposition transcripts and exhibits | | |

Doc ID TOMPE-122517<br>08423-071

DATED this 26 day of September, 2005

         Respectfully submitted,

         THOMPSON, COE, COUSINS & IRONS, L.L.P.


By: _____

         William L. Mennucci, Esq.
         State Bar No. 00788042
         Michael W. Eady, Esq.
         State Bar No. 06332400

         701 Brazos Street
         Suite 1500 Austin Centre
         (512) 708-8200 Telephone
         (512) 708-8777 Fax

         -and-

         Amy M. Samberg, Esq.
         Matthew A. Goldstein, Esq.
         SNELL & WILMER L.L.P.
         One South Church Avenue
         Suite 1500
         Tucson, AZ  85701-1630
         (520) 882-1200

         Timothy O'Neill
         SNELL & WILMER L.L.P.
         1200 Seventeenth Street
         Suite 1900, Tabor Center
         Denver, Colorado 80202
         TEL: 303.634.2000
         FAX: 303.634.2020

         David Prichard
         Prichard, Hawkins & Young, L.L.P.
         10101 Reunion Place
         Suite 600
         San Antonio, TX  78216
         TEL: (210) 477-7401
         FAX: (210) 477-7450

         ATTORNEYS FOR DEFENDANT
         FORD MOTOR COMPANY

Doc ID TOMPE-122517
08423-071

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the foregoing has been served on all counsel of record via facsimile and certified mail on this 26th day of September, 2005:

Tony Martinez, Esq.
Martinez, Barrera & Martinez, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

Randolph Kimble Whittington, Esq.
Law Office of Randolph Kimble Whittington
2014 East Harrison Street
Harlingten, Texas 78550

Carla Saenz, Esq.
GRIFFITH SAENZ & HILL
1325 Palm Blvd # A
Brownsville, Texas 78520
(956) 541-2864 Telephone

Attorneys for Plaintiffs


_____
William L. Mennucci, Esq.

Doc ID TOMPE-122517
08423-071