IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN, | CASE NO. B-03-120 |
|---|---|
| v<br>FORD MOTOR COMPANY. | **AMENDED WITNESS LIST** |
| Judge Hilda G. Tagle | Case Manager:   Stella Cavazos<br>Court Reporter:  Breck Record |
| | Proceeding                    Date |

Pursuant to the Court's Order dated September 21, 2005, Ford Motor Company hereby identifies those persons they will or may call as witnesses at the trial of this matter.

Defendant Ford Motor Company reserves the right to decline to produce one or more of the following witnesses, depending on the development of Plaintiffs' case-in-chief:

### WILL CALL

**Kevan Granat** *(Defense expert - accident reconstruction)*
*TANDY ENGINEERING & ASSOCIATES*
25003 Pitkin Road
Suite F-100
The Woodlands, TX 77386

**Robert Piziali, Ph.D.** *(Defense expert - Biomechanics)*
*PIZIALI & ASSOCIATES*
655 Skyway Road
Suite 202
San Carlos, CA 94070

**Larry Ragan** *(Defense expert - Roof)*
*RAGAN RESEARCH CORPORATION*
45150 Polaris Court
Plymouth, MI 48170

**Debora R. Marth, M.D.** *(Former Ford Employee - Roof)*

EXHIBIT B-2

*SAFETY FORENSICS, PLLC*
25770 East Huron Rive Drive
Flat Rock, MI  48134

## MAY CALL

**Officer Officer Enrique de la Rosa Gonzalez** (*Investigating Officer*)

**Officer Hunac Merino** (*Investigating Officer*)

**Rosalio Flores Martinez** (*Monterrey EMS Paramedic*)

**Dr. Julio Cesar Ruiz Rivera** (*Plaintiff, Betty Payan (deceased) treating physician*)

**Enrique Roberto Payan** (*Party - Plaintiff*)

**Sally Payan** (*Party - Plaintiff*)

Any and all other investigating officers and witnesses involved in this matter.

All other witnesses, experts, Ford employees, or parties involved in any matter referred to by Plaintiffs' counsel and/or their experts.

Any and all witnesses listed on Plaintiffs' Witness List.

Any and all treating physicians and/or nurses, emergency, medical personnel.

Any and all rebuttal witnesses.

Any and all custodian of records for any and all records in question, who may testify as to the authenticity of any and all such records.

## MAY CALL BY DEPOSITION

**Susana Reynoso** (*Daughter of Decedent-Plaintiff Isabel Ennis Reynoso*)

RESPECTFULLY SUBMITTED this 26 day of September 2005.

Doc ID FORD-122463
08423-071

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
William L. Mennucci, Esq.
State Bar No. 00788042
Michael W. Eady, Esq.
State Bar No. 06332400

701 Brazos Street
Suite 1500 Austin Centre
(512) 708-8200 Telephone
(512) 708-8777 Fax

-and-

Amy M. Samberg, Esq.
Matthew A. Goldstein, Esq.
SNELL & WILMER L.L.P.
One South Church Avenue
Suite 1500
Tucson, AZ  85701-1630
(520) 882-1200

Timothy O'Neill
SNELL & WILMER L.L.P.
1200 Seventeenth Street
Suite 1900, Tabor Center
Denver, Colorado 80202
TEL: 303.634.2000
FAX: 303.634.2020

David Prichard
Prichard, Hawkins & Young, L.L.P.
10101 Reunion Place
Suite 600
San Antonio, TX  78216
TEL: (210) 477-7401
FAX: (210) 477-7450

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

Doc ID FORD-122463
08423-071

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of this document has been served on all counsel of record via facsimile on this ___26___ day of September, 2005.

Tony Martinez, Esq.
Martinez, Barrera & Martinez, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

Randolph Kimble Whittington, Esq.
Law Office of Randolph Kimble Whittington
2014 East Harrison Street
Harlingten, Texas 78550

Carla Saenz, Esq.
GRIFFITH SAENZ & HILL
1325 Palm Blvd # A
Brownsville, Texas 78520
(956) 541-2864 Telephone

ATTORNEYS FOR PLAINTIFFS

_____
William L. Mennucci

Doc ID FORD-122463
08423-071