IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 26 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| ISABEL ENNIS REYNOSO, § <br> SALLY PAYAN, AND § <br> ENRIQUE ROBERTO PAYAN § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> FORD MOTOR CO., AND § <br> AUTOMOTRIZ DEL NORESTE, S.A. § <br> DE C.V. § <br> § <br> Defendants. § | CIVIL ACTION NO. B-03-120 |

### ORDER

BE IT REMEMBERED that on September 26, 2005, the Court considered the Plaintiffs' Motion for Continuance. Dkt. No. 114. The Court finds that this motion is essentially a second motion by Plaintiffs for extension of the discovery deadline. Dkt. No. 106. Plaintiffs seek a scheduling amendment from this Court, and apparently they do not believe that their previous motion will be granted. This belief is correct. The Court adopts the same reasoning as in its order regarding Plaintiffs' Motion for Leave to Take Depositions of Fact/Ford Employee Depositions. Thus, the Court **DENIES** Plaintiffs' Motion for Continuance. Dkt. No. 114.

DONE at Brownsville, Texas, this 26th day of September 2005.

_____
Hilda G. Tagle
United States District Judge

1