IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 27 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, <br> SALLY PAYAN, AND <br> ENRIQUE ROBERTO PAYAN <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR CO., AND <br> AUTOMOTRIZ DEL NORESTE, S.A. <br> DE C.V. <br><br> Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-120 |

### ORDER

BE IT REMEMBERED that on September 26, 2005, the Court **GRANTED** the Plaintiffs' Motion for Substitution of Proper Parties. Dkt. No. 105.

DONE at Brownsville, Texas, this 26th day of September 2005.

_____
Hilda G. Tagle
United States District Judge

1