```
                                                    United States District Court
                                                    Southern District of Texas
                                                              FILED

                                                         SEP 2 6 2005
         UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF TEXAS                    Michael N. Milby
             BROWNSVILLE DIVISION                        Clerk of Court
```

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN　　Plaintiffs, | § § § § § |
| vs. | § §　CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V.　　Defendants. | § § § § § |

### DEFENDANT FORD MOTOR COMPANY'S SUPPLEMENTAL MOTION *IN LIMINE*

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Ford Motor Company files this Supplemental Motion *in Limine*. Ford moves *in limine*, before the *voir dire* examination of the jury panel has begun, before any opening statements are made to the jury, and before any evidence is introduced, for an order instructing plaintiffs and all of plaintiffs' witnesses to refrain from making any mention through interrogation, *voir dire* examination, opening statement, arguments or otherwise, either directly or indirectly, concerning any of the matters hereinafter set forth, without first approaching the bench and obtaining a ruling from the Court, outside the presence and hearing of all prospective jurors and the jurors ultimately selected to try this case. These matters are as follows:

EXHIBIT "A"

## 1.
## POST-SALE CHANGES OR PROPOSED RULE-MAKING
## TO FEDERAL MOTOR VEHICLE SAFETY STANDARD 216

Ford moves *in limine* to exclude evidence of any changes or notices of proposed rule-making for purposes of upgrading FMVSS 216. The vehicle in this case was sold in the year 2000. It met all Federal Motor Vehicle Safety Standards for the year 2000.

Under Texas law, whether the theory of recovery is negligence, strict liability or warranty, the relevant focus is on the condition of the product and/or the conduct of the manufacturer *at the time of the product's manufacture or sale*, "Whether a product was defectively designed must be judged against the technological context existing at the time of the manufacture." *McCants v. Salameh*, 608 S.W.2d 307 (Tex.Civ.App. 1980), *citing Boatland of Houston, Inc. v. Bailey et al.*, 609 S.W.2d 743 (1980) (emphasis added); *See also, General Motors Corp. v. Sanchez*, 997 S.W.2d 584, 592 (Tex.1999).

Moreover, it is well-settled in Texas that, as a general rule, post-event regulations are inadmissible. *Steenbergen v. Ford Motor Company*, 814 S.W.2d 755, 760 (Tex. App.—Dallas 1991, no writ); *Turner v. General Motors Corp.*, 584 S.W.2d 844, 852 (Tex., 1979); *See also Simms v. Southwest Texas Methodist Hospital*, 535 S.W.2d 192 (Tex.Civ.App.1976, writ ref'd n. r. e.), and *Bell v. Buddies Super-Market*, 516 S.W.2d 447 (Tex.Civ.App.1974, writ ref'd n. r. e.).

Evidence of what NHTSA may require for future model year vehicles has no relevance to this 2000 model year vehicle and such evidence should be excluded for lack of probative value. Moreover, any minimal relevance that the revised FMVSS 216 NPRM may have is substantially outweighed by the danger of unfair prejudice, and confusion of the issues. FED. R. EVID. 403.

Agreed _____   Granted _____   Denied _____

2

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
William L. Mennucci (Attorney in Charge)
State Bar No. 00788042
Federal Bar I.D. 18172
bmennucci@thompsoncoe.com
Michael W. Eady (Of Counsel)
State Bar of Texas No. 06332400
Federal Bar I.D.14591
meady@thompsoncoe.com
701 Brazos Street
Suite 1500 Austin Centre
Austin, Texas 78701
(512) 708-8200 Telephone
(512) 708-8777 Fax

OF COUNSEL:

Gerald Giordano
SNELL & WILMER, L.L.P.
One South Church Tower
Suite 1500
Tucson, Arizona 85701
(520) 882-1214 (telephone)
(520) 884-1294 (fax)

Jaime A. Saenz
State Bar No. 17514859
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

3

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been forwarded as set forth below to the following attorney(s) on this ___21___ day of September, 2005:

Benigno (Trey) Martinez
Tony Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

_____
Michael W. Eady