## CAUSE NO. 2003-05-2715-E

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN | § § § | IN THE 357th JUDICIAL |
| VS. | § § | DISTRICT COURT OF |
| FORD MOTOR COMPANY, USA, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V., MEXICO | § § § § | CAMERON COUNTY, TEXAS |

### PLAINTIFF'S, ISABEL ENNIS REYNOSO, RESPONSES TO DEFENDANT, FORD MOTOR COMPANY'S, REQUEST FOR DISCLOSURES

TO:    Defendant, **FORD MOTOR COMPANY**, by through it's attorney of record:

Mr. Chris A. Blackerby
**BROWN McCARROLL, L.L.P.**
111 Congress Avenue, Ste. 1400
Austin, Texas 78701

COMES NOW, **ISABEL ENNIS REYNOSO**, Plaintiff herein and pursuant to the Texas

Rules of Civil Procedure, files this her Answers to Defendant, Ford Motor Company's, Request for

Disclosures, as attached hereto.    Plaintiff reserves the right to timely supplement all responses

herein.

---

*Isabel Ennis Reynoso's Responses to Request for Disclosures*                                        Page 1



EXHIBIT

A

Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Benigno (Trey) Martinez
State Bar No. 00797011


## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of October, 2003 a copy of the foregoing document was forwarded to all counsel of record.

_____
Benigno (Trey) Martinez

## PLAINTIFF'S, SALLY PAYAN, RESPONSES TO DEFENDANT, FORD MOTOR COMPANY'S, REQUEST FOR DISCLOSURES

(A)    the correct names of the parties to the lawsuit;

ANSWER:    The correct names of the parties to the lawsuit are as they appear on Plaintiffs' Original Petition. However, should it become necessary to include additional parties over the course of the discovery period, Plaintiffs will do so.

(B)    the name, address, and telephone number of any potential parties;

ANSWER:    To Plaintiffs' knowledge, the correct names of the parties to the lawsuit are as they appear on Plaintiffs' pleadings. However, Plaintiffs are still conducting an investigation as to additional parties. Plaintiffs will supplement this request in accordance with the Texas Rules of Civil Procedure.

(C)    the legal theories and, in general, the factual bases of the responding party's claims or defenses (the responding parties need not marshall all evidence that *may* be offered at trial);

ANSWER:    On or about June 23, 2000, Betty Payan, purchased her 2000 Explorer, Ford, four-door sport utility vehicle, from Ford Automotriz del Noreste, S.A. de C.V. On January 11, 2003 at approximately 6:20 p.m. Betty Payan and her daughter, Sally Payan, were driving her 2000 Ford Explorer on a toll highway from Monterrey headed towards Reynosa and McAllen, Texas, when Betty Payan lost control of the vehicle. This caused the Explorer to go off of the highway and then roll several times before coming to a stop. As a result Betty Payan was seriously injured and subsequently died two months later after a lengthy battle with her injuries. Sally Payan suffered only minor physical injuries.

(D)    the amount and any method of calculating economic damages;

ANSWER:    Plaintiff will supplement at a later time.

(E)    the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;

ANSWER:    Plaintiff will supplement at a later date.

---

(F)     for any testifying expert:
    (1)     the expert's name, address, and telephone number;
    (2)     the subject matter on which the expert will testify;
    (3)     the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information;
    (4)     if the expert is retained by, employed by, or otherwise subject to the control of the responding party;

        (a)     all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and
        (b)     the expert's current resume and bibliography;

ANSWER:     Plaintiff will supplement at a later time.


(G)     any indemnity and insuring agreements;

ANSWER:     There are none.

(H)     any settlement agreements;

ANSWER:     There are none.

(I)     any witness statements;

ANSWER:     Plaintiff will supplement at a later date.

(J)     in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;

ANSWER:     Plaintiff will supplement at a later date.

(K)     in a suit alleging physical or mental injury and damages from the occurrence that is the subject other case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party.

ANSWER:     Plaintiff will supplement at a later date.

---

CAUSE NO. 2003-05-2715-E

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN | § § § | IN THE 357th JUDICIAL |
| VS. | § § | DISTRICT COURT OF |
| FORD MOTOR COMPANY, USA, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V., MEXICO | § § § § | CAMERON COUNTY, TEXAS |

**PLAINTIFF'S, ISABEL ENNIS REYNOSO, RESPONSES TO DEFENDANT, FORD MOTOR COMPANY'S, FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION**

TO:    Defendant, **FORD MOTOR COMPANY,** by through it's attorney of record:

Mr. Chris A. Blackerby
**BROWN McCARROLL, L.L.P.**
111 Congress Avenue, Ste. 1400
Austin, Texas 78701

COMES NOW, **ISABEL ENNIS REYNOSOS,** Plaintiff herein and pursuant to the Texas

Rules of Civil Procedure, files this her Answers to Defendant, Ford Motor Company's, First Set of

Interrogatories and Request for Production, as attached hereto.   Plaintiff reserves the right to timely

supplement all responses herein.

Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Benigno (Trey) Martinez
State Bar No. 00797011

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of October, 2003 a copy of the foregoing

document was forwarded to all counsel of record.

**VIA CMRRR#7002 2030 0007 0887 6978**
Mr. Chris A. Blackerby
**BROWN McCARROLL, L.L.P.**
111 Congress Avenue, Ste. 1400
Austin, Texas 78701

Benigno (Trey) Martinez

---

*Isabel's Responses to Ford's First Set of Interrogatories and Request for Production*          **Page 2**

**PLAINTIFF'S, ISABEL ENNIS REYNOSO, RESPONSES TO DEFENDANT, FORD MOTOR COMPANY'S, FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION**

**INTERROGATORY NO.1:**    Please state your full name, date of birth, current address, social security number, driver's license number, and identify the state that issued such license. ("Name" is intended to be all names or aliases you may have used at any time during your lifetime.)

**RESPONSE:**    Isabel Ennis Reynoso a/k/a Betty Reynoso
D.O.B. : 10/31/1922
S.S.#: 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
D.L. : None

**REQUEST FOR PRODUCTION NO.1:**    Please produce a copy of your social security card and driver's license.

**RESPONSE:**    Please see attached.

**INTERROGATORY NO.2:**    Please identify every person to whom you have ever been married, including marriages by common law, and identify each of your natural or adopted children, including each child's date of birth.

**RESPONSE:**

| | | |
|---|---|---|
| Husband: | Pedro Reynoso | |
| Children: | Pedro Reynoso | 10/07/1944 |
| | R. Tomas Reynoso | 10/07/1945 |
| | Estella Filizola | 08/21/1948 |
| | Betty Payan | 11/17/1951 |
| | Susana Reynoso | 01/28/1955 |

**INTERROGATORY NO.3:**    Please identify each crime with which you have ever been charged, including the date, state and county, and cause number of each charge.

**RESPONSE:**    None.

**INTERROGATORY NO.4:**    Please identify, by stating the style, cause number and court in which it was filed, each lawsuit or legal proceeding (whether civil, criminal or administrative) in which you have been involved, except this case.

**RESPONSE:**    None.

**INTERROGATORY NO.5:**     If you have ever been involved in any type of accident where you or anyone else were injured, please identify the circumstances surrounding the accident including date, location, and parties involved.

**RESPONSE:**     None.

**INTERROGATORY NO.6:**     Please identify each person you expect to call to testify at the trial of this case pursuant to TRCP 192.3(d).

**RESPONSE:**     Plaintiff will supplement.

**INTERROGATORY NO.7:**     Please identify each doctor, clinician, therapist, hospital, clinic, pharmacy, or other health care provider who has examined, evaluated, treated or otherwise cared for you in connection with physical and/or mental/psychological injuries, allegedly sustained as a result of the accident, and the total expenses incurred to each for which you contend defendant is liable, in whole or in part.

**RESPONSE:**     Please see attached authorization.

**INTERROGATORY NO.8:**     Please identify each physician, medical care provider, psychiatrist, psychologist, psychotherapist, physician, social workers, counselor, or other mental health professional from whom you have sought or obtained treatment or counseling in the past ten years.

**RESPONSE:**     Please see attached authorization.

**REQUEST FOR PRODUCTION NO. 2:**   Please produce copies of all medical records reflecting treatment of any physical and/or mental/psychological injuries, if any, allegedly sustained by you as a result of the accident or in the alternative execute the authorization attached hereto.

**RESPONSE:**     Please see attached authorization.

**REQUEST FOR PRODUCTION NO.3:**   Please produce all documents evidencing medical expenses incurred in the treatment of your physical and/or mental/psychological injuries, if any allegedly sustained as a result of the accident.

**RESPONSE:**     Please see attached authorization.

**REQUEST FOR PRODUCTION NO.4:**   Please produce copies of all of your medical record for the seven years prior to the accident. In the alternative, please execute the attached release for such records.

*10/16*

*d ise*

## CAUSE NO. 2003-05-2715-E

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, | § | IN THE 357th JUDICIAL |
| AND ENRIQUE ROBERTO PAYAN | § | |
| | § | |
| VS. | § | DISTRICT COURT OF |
| | § | |
| FORD MOTOR COMPANY, USA, AND | § | |
| AUTOMOTRIZ DEL NORESTE, S.A. DE C.V., | § | |
| MEXICO | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S, SALLY PAYAN, RESPONSES TO DEFENDANT, FORD MOTOR COMPANY'S, REQUEST FOR DISCLOSURES

TO:    Defendant, **FORD MOTOR COMPANY**, by through it's attorney of record:

Mr. Chris A. Blackerby
**BROWN McCARROLL, L.L.P.**
111 Congress Avenue, Ste. 1400
Austin, Texas 78701

COMES NOW, **SALLY PAYAN**, Plaintiff herein and pursuant to the Texas Rules of Civil

Procedure, files this her Answers to Defendant, Ford Motor Company's, Request for Disclosures,

as attached hereto.    Plaintiff reserves the right to timely supplement all responses herein.

---

Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Benigno (Trey) Martinez
State Bar No. 00797011


## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of October, 2003 a copy of the foregoing document was forwarded to all counsel of record.

_____
Benigno (Trey) Martinez

**PLAINTIFF'S, SALLY PAYAN, RESPONSES TO DEFENDANT, FORD MOTOR COMPANY'S, REQUEST FOR DISCLOSURES**

(A)     the correct names of the parties to the lawsuit;

ANSWER:     The correct names of the parties to the lawsuit are as they appear on Plaintiffs' Original Petition.  However, should it become necessary to include additional parties over the course of the discovery period, Plaintiffs will do so.

(B)     the name, address, and telephone number of any potential parties;

ANSWER:     To Plaintiffs' knowledge, the correct names of the parties to the lawsuit are as they appear on Plaintiffs' pleadings.  However, Plaintiffs are still conducting an investigation as to additional parties.  Plaintiffs will supplement this request in accordance with the Texas Rules of Civil Procedure.

(C)     the legal theories and, in general, the factual bases of the responding party's claims or defenses (the responding parties need not marshall all evidence that *may* be offered at trial);

ANSWER:     On or about June 23, 2000, Betty Payan,  purchased her 2000 Explorer, Ford, four-door sport utility vehicle, from Ford Automotriz del Noreste, S.A. de C.V.  On January 11, 2003  at approximately 6:20 p.m.  Betty Payan and her daughter, Sally Payan, were driving her 2000 Ford Explorer  on a  toll highway from Monterrey headed towards Reynosa and McAllen, Texas, when Betty Payan lost control of the vehicle.  This caused the Explorer  to go off of the highway and then roll several times before coming to a stop.  As a result Betty Payan was seriously injured and subsequently died two months later after a lengthy battle with her injuries.  Sally Payan suffered only minor physical injuries.

(D)     the amount and any method of calculating economic damages;

ANSWER:     Plaintiff will supplement at a later time.

(E)     the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;

ANSWER:     Plaintiff will supplement at a later date.

---

(F)    for any testifying expert:

    (1)    the expert's name, address, and telephone number;

    (2)    the subject matter on which the expert will testify;

    (3)    the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information;

    (4)    if the expert is retained by, employed by, or otherwise subject to the control of the responding party;

        (a)    all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

        (b)    the expert's current resume and bibliography;

**ANSWER:**    Plaintiff will supplement at a later time.

(G)    any indemnity and insuring agreements;

**ANSWER:**    There are none.

(H)    any settlement agreements;

**ANSWER:**    There are none.

(I)    any witness statements;

**ANSWER:**    Plaintiff will supplement at a later date.

(J)    in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;

**ANSWER:**    Plaintiff will supplement at a later date.

(K)    in a suit alleging physical or mental injury and damages from the occurrence that is the subject other case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party.

**ANSWER:**    Plaintiff will supplement at a later date.



CAUSE NO. 2003-05-2715-E

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, | § | IN THE 357th JUDICIAL |
| AND ENRIQUE ROBERTO PAYAN | § | |
| | § | |
| VS. | § | DISTRICT COURT OF |
| | § | |
| FORD MOTOR COMPANY, USA, AND | § | |
| AUTOMOTRIZ DEL NORESTE, S.A. DE C.V., | § | |
| MEXICO | § | CAMERON COUNTY, TEXAS |

**PLAINTIFF'S, SALLY PAYAN, RESPONSES TO DEFENDANT, FORD MOTOR COMPANY'S, FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION**

TO:    Defendant, **FORD MOTOR COMPANY**, by through it's attorney of record:

Mr. Chris A. Blackerby
**BROWN McCARROLL, L.L.P.**
111 Congress Avenue, Ste. 1400
Austin, Texas 78701

COMES NOW, **SALLY PAYAN**, Plaintiff herein and pursuant to the Texas Rules of Civil

Procedure, files this her Answers to Defendant, Ford Motor Company's, First Set of Interrogatories

and Request for Production, as attached hereto.    Plaintiff reserves the right to timely supplement

all responses herein.

Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Benigno (Trey) Martinez
State Bar No. 00797011


## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of October, 2003 a copy of the foregoing document was forwarded to all counsel of record.

**VIA CMRRR#7002 2030 0007 0887 6978**
Mr. Chris A. Blackerby
**BROWN McCARROLL, L.L.P.**
111 Congress Avenue, Ste. 1400
Austin, Texas 78701

_____
Benigno (Trey) Martinez

**PLAINTIFF'S, SALLY PAYAN, RESPONSES TO DEFENDANT, FORD MOTOR
COMPANY'S, FIRST SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION**

**INTERROGATORY NO.1:**        Please state your full name, date of birth, current address, social
security number, driver's license number, and identify the state that issued such license. ("Name"
is intended to be all names or aliases you may have used at any time during your lifetime.)

**RESPONSE:**        Sally Payan
D.O.B: 09/07/1978
S.S.#: 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
D.L.:   Texas - 17636478

**REQUEST FOR PRODUCTION NO.1:**    Please produce a copy of your social security card and
driver's license.

**RESPONSE:**        Please see attached.

**INTERROGATORY NO.2:**        Please identify every person to whom you have ever been
married, including marriages by common law, and identify each of your natural or adopted children,
including each child's date of birth.

**RESPONSE:**        None.

**INTERROGATORY NO.3:**        Please identify each crime with which you have ever been
charged, including the date, state and county, and cause number of each charge.

**RESPONSE:**        None.

**INTERROGATORY NO.4:**        Please identify, by stating the style, cause number and court
in which it was filed, each lawsuit or legal proceeding (whether civil, criminal or administrative) in
which you have been involved, except this case.

**RESPONSE:**        None.

**INTERROGATORY NO.5:**        If you have ever been involved in any type of accident where
you or anyone else were injured, please identify the circumstances surrounding the accident
including date, location, and parties involved.

**RESPONSE:**        None.

**INTERROGATORY NO.6:**        Please identify each person you expect to call to testify at the trial of this case pursuant to TRCP 192.3(d).

**RESPONSE:**        Plaintiff will supplement.

**INTERROGATORY NO.7:**        Please identify each doctor, clinician, therapist, hospital, clinic, pharmacy, or other health care provider who has examined, evaluated, treated or otherwise cared for you in connection with physical and/or mental/psychological injuries, allegedly sustained as a result of the accident, and the total expenses incurred to each for which you contend defendant is liable, in whole or in part.

**RESPONSE:**        None.

**INTERROGATORY NO.8:**        Please identify each physician, medical care provider, psychiatrist, psychologist, psychotherapist, physician, social workers, counselor, or other mental health professional from whom you have sought or obtained treatment or counseling in the past ten years.

**RESPONSE:**        Please see attached authorization.

**REQUEST FOR PRODUCTION NO. 2:**        Please produce copies of all medical records reflecting treatment of any physical and/or mental/psychological injuries, if any, allegedly sustained by you as a result of the accident or in the alternative execute the authorization attached hereto.

**RESPONSE:**        Please see attached authorization

**REQUEST FOR PRODUCTION NO.3:**        Please produce all documents evidencing medical expenses incurred in the treatment of your physical and/or mental/psychological injuries, if any allegedly sustained as a result of the accident.

**RESPONSE:**        Please see attached authorization.

**REQUEST FOR PRODUCTION NO.4:**        Please produce copies of all of your medical record for the seven years prior to the accident. In the alternative, please execute the attached release for such records.

**RESPONSE:**        Please see attached authorization.

**REQUEST FOR PRODUCTION NO.5:**        Please produce all your psychological therapy or emotional counseling records for the past ten years.

**RESPONSE:**        Please see attached authorization.

*d.sc*

## CAUSE NO. 2003-05-2715-E

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, | § | IN THE 357th JUDICIAL |
| AND ENRIQUE ROBERTO PAYAN | § | |
| | § | |
| VS. | § | DISTRICT COURT OF |
| | § | |
| FORD MOTOR COMPANY, USA, AND | § | |
| AUTOMOTRIZ DEL NORESTE, S.A. DE C.V., | § | |
| MEXICO | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S, ENRIQUE PAYAN, RESPONSES TO DEFENDANT, FORD MOTOR COMPANY'S, REQUEST FOR DISCLOSURES

TO:    Defendant, **FORD MOTOR COMPANY**, by through it's attorney of record:

Mr. Chris A. Blackerby
**BROWN McCARROLL, L.L.P.**
111 Congress Avenue, Ste. 1400
Austin, Texas 78701

COMES NOW, **ENRIQUE PAYAN**, Plaintiff herein and pursuant to the Texas Rules of Civil Procedure, files this his Answers to Defendant, Ford Motor Company's, Request for Disclosures, as attached hereto.    Plaintiff reserves the right to timely supplement all responses herein.

Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Benigno (Trey) Martinez
State Bar No. 00797011

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16TH day of October, 2003 a copy of the foregoing document was forwarded to all counsel of record.

_____
Benigno (Trey) Martinez

## PLAINTIFF'S, ENRIQUE PAYAN, RESPONSES TO DEFENDANT, FORD MOTOR COMPANY'S, REQUEST FOR DISCLOSURES

(A)   the correct names of the parties to the lawsuit;

ANSWER:   The correct names of the parties to the lawsuit are as they appear on Plaintiffs' Original Petition. However, should it become necessary to include additional parties over the course of the discovery period, Plaintiffs will do so.

(B)   the name, address, and telephone number of any potential parties;

ANSWER:   To Plaintiffs' knowledge, the correct names of the parties to the lawsuit are as they appear on Plaintiffs' pleadings. However, Plaintiffs are still conducting an investigation as to additional parties. Plaintiffs will supplement this request in accordance with the Texas Rules of Civil Procedure.

(C)   the legal theories and, in general, the factual bases of the responding party's claims or defenses (the responding parties need not marshall all evidence that *may* be offered at trial);

ANSWER:   On or about June 23, 2000, Betty Payan, purchased her 2000 Explorer, Ford, four-door sport utility vehicle, from Ford Automotriz del Noreste, S.A. de C.V. On January 11, 2003 at approximately 6:20 p.m. Betty Payan and her daughter, Sally Payan, were driving her 2000 Ford Explorer on a toll highway from Monterrey headed towards Reynosa and McAllen, Texas, when Betty Payan lost control of the vehicle. This caused the Explorer to go off of the highway and then roll several times before coming to a stop. As a result Betty Payan was seriously injured and subsequently died two months later after a lengthy battle with her injuries. Sally Payan suffered only minor physical injuries.

(D)   the amount and any method of calculating economic damages;

ANSWER:   Plaintiff will supplement at a later time.

(E)   the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;

ANSWER:   Plaintiff will supplement at a later date.

---

*Enrique Payan's Responses to Request for Disclosures*                                    Page 3

(F)    for any testifying expert:
    (1)    the expert's name, address, and telephone number;
    (2)    the subject matter on which the expert will testify;
    (3)    the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information;
    (4)    if the expert is retained by, employed by, or otherwise subject to the control of the responding party;

        (a)    all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and
        (b)    the expert's current resume and bibliography;

ANSWER:    Plaintiff will supplement at a later time.


(G)    any indemnity and insuring agreements;

ANSWER:    There are none.

(H)    any settlement agreements;

ANSWER:    There are none.

(I)    any witness statements;

ANSWER:    Plaintiff will supplement at a later date.

(J)    in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;

ANSWER:    Plaintiff will supplement at a later date.

(K)    in a suit alleging physical or mental injury and damages from the occurrence that is the subject other case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party.

ANSWER:    Plaintiff will supplement at a later date.

---

*disc /ΠP*
*A—*

## CAUSE NO. 2003-05-2715-E

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, | § | IN THE 357th JUDICIAL |
| AND ENRIQUE ROBERTO PAYAN | § | |
| | § | |
| VS. | § | DISTRICT COURT OF |
| | § | |
| FORD MOTOR COMPANY, USA, AND | § | |
| AUTOMOTRIZ DEL NORESTE, S.A. DE C.V., | § | |
| MEXICO | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S, ENRIQUE PAYAN, RESPONSES TO DEFENDANT, FORD MOTOR COMPANY'S, FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION

TO:    Defendant, **FORD MOTOR COMPANY**, by through it's attorney of record:

    Mr. Chris A. Blackerby
    **BROWN McCARROLL, L.L.P.**
    111 Congress Avenue, Ste. 1400
    Austin, Texas 78701

    COMES NOW, **ENRIQUE PAYAN**, Plaintiff herein and pursuant to the Texas Rules of

Civil Procedure, files this his Answers to Defendant, Ford Motor Company's, First Set of

Interrogatories and Request for Production, as attached hereto.   Plaintiff reserves the right to timely

supplement all responses herein.

---

Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Benigno (Trey) Martinez
State Bar No. 00797011

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of October, 2003 a copy of the foregoing document was forwarded to all counsel of record.

**VIA CMRRR#7002 2030 0007 0887 6978**
Mr. Chris A. Blackerby
**BROWN McCARROLL, L.L.P.**
111 Congress Avenue, Ste. 1400
Austin, Texas 78701

Benigno (Trey) Martinez

---

**PLAINTIFF'S, ENRIQUE PAYAN, RESPONSES TO DEFENDANT, FORD MOTOR COMPANY'S, FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION**

**INTERROGATORY NO.1:**        Please state your full name, date of birth, current address, social security number, driver's license number, and identify the state that issued such license. ("Name" is intended to be all names or aliases you may have used at any time during your lifetime.)

**RESPONSE:**        Enrique R. Payan
            D.O.B: 01/25/80
            S.S.#: 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
            D.L.:   Texas - 19256049

**REQUEST FOR PRODUCTION NO.1:**   Please produce a copy of your social security card and driver's license.

**RESPONSE:**        Please see attached.

**INTERROGATORY NO.2:**        Please identify every person to whom you have ever been married, including marriages by common law, and identify each of your natural or adopted children, including each child's date of birth.

**RESPONSE:**        None.

**INTERROGATORY NO.3:**        Please identify each crime with which you have ever been charged, including the date, state and county, and cause number of each charge.

**RESPONSE:**        None.

**INTERROGATORY NO.4:**        Please identify, by stating the style, cause number and court in which it was filed, each lawsuit or legal proceeding (whether civil, criminal or administrative) in which you have been involved, except this case.

**RESPONSE:**        None.

**INTERROGATORY NO.5:**        If you have ever been involved in any type of accident where you or anyone else were injured, please identify the circumstances surrounding the accident including date, location, and parties involved.

**RESPONSE:**        None.

**INTERROGATORY NO.6:**    Please identify each person you expect to call to testify at the trial of this case pursuant to TRCP 192.3(d).

**RESPONSE:**    Plaintiff will supplement.

**INTERROGATORY NO.7:**    Please identify each doctor, clinician, therapist, hospital, clinic, pharmacy, or other health care provider who has examined, evaluated, treated or otherwise cared for you in connection with physical and/or mental/psychological injuries, allegedly sustained as a result of the accident, and the total expenses incurred to each for which you contend defendant is liable, in whole or in part.

**RESPONSE:**    None.

**INTERROGATORY NO.8:**    Please identify each physician, medical care provider, psychiatrist, psychologist, psychotherapist, physician, social workers, counselor, or other mental health professional from whom you have sought or obtained treatment or counseling in the past ten years.

**RESPONSE:**    Please see attached authorization.

**REQUEST FOR PRODUCTION NO. 2:**    Please produce copies of all medical records reflecting treatment of any physical and/or mental/psychological injuries, if any, allegedly sustained by you as a result of the accident or in the alternative execute the authorization attached hereto.

**RESPONSE:**    Please see attached authorization.

**REQUEST FOR PRODUCTION NO.3:**    Please produce all documents evidencing medical expenses incurred in the treatment of your physical and/or mental/psychological injuries, if any allegedly sustained as a result of the accident.

**RESPONSE:**    Please see attached authorization.

**REQUEST FOR PRODUCTION NO.4:**    Please produce copies of all of your medical record for the seven years prior to the accident.  In the alternative, please execute the attached release for such records.

**RESPONSE:**    Please see attached authorization.

**REQUEST FOR PRODUCTION NO.5:**    Please produce all your psychological therapy or emotional counseling records for the past ten years.

**RESPONSE:**    Please see attached authorization.