# Brown McCarroll L.L.P.

111 Congress Avenue, Suite 1400, Austin, Texas 78701-4043
512-472-5456 fax 512-479-1101

direct (512) 479-9782  e-mail: cblackerby@mailbmc.com

February 7, 2005

**VIA FACSIMILE**

Mr. Tony Martinez
Martinez, Barrera, & Martinez, L.L.P.
1201 E. Van Buren
Brownsville, TX 78520

Re: **RULE 11 AGREEMENT**
Civil Action No. B-03-120; *Isabel Reynoso, et. al. v. Ford Motor Company, et. al.*; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Martinez:

This letter will confirm the following agreed scheduling changes made in the above-styled case:

- June 1, 2005:    Discovery cut-off
- June 15, 2005:   Dispositive motions deadline

In addition, Ford agrees to make a good faith effort to mediate this case in late April or early May after all the experts have been deposed. An exception will be made for Donald Tandy's deposition, however, as he will not be available for deposition until June 10, 2005.

This letter agreement is intended to comply with the requirements of Rule 11 of the Texas Rules of Civil Procedure.

If the foregoing accurately sets forth our agreement, please sign this letter and return it to me via facsimile for filing with the Court. Thank you for your courtesy in this regard.

Sincerely yours,

Chris A. Blackerby w/ permission *T. Greene*
Chris A. Blackerby

cc: Amy Samberg

AUS:2540754.1
13486.95678    Austin • Dallas • Houston • Longview • El Paso

**EXHIBIT B**

Mr. Tony Martinez
February 7, 2005
Page 2

**AGREED TO:**

**MARTINEZ, BARRERA, & MARTINEZ, L.L.P.**

_____  Date: 2-10-05
Tony Martinez
Attorney for Plaintiffs

AUS:2540754.1
13486.95678