IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN AND ENRIQUE ROBERTO PAYAN<br>*Plaintiffs*<br><br>VS.<br><br>FORD MOTOR COMPANY AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V., MEXICO<br>*Defendant* | CIVIL ACTION NO. B-03-120 |

## PLAINTIFFS' WITNESS LIST

| No | Name | | Brief Statement of Facts |
|---|---|---|---|
| 1 | Sally Payan | Plaintiff | Relationship with her mother, her recollection as passenger during Jan. 11, 2003. Last 37 days of her mother's life. |
| 2 | Enrique Roberto Payan | Plaintiff | Relationship with mother; being with mother the last 37 days of her life |
| 3 | Susana Reynoso | Sister | Background and family relationship; what her sister was like last part of her life. |
| 4 | Estella Filizola | Sister | Her involvement after the accident; Life with her sister before Jan. 11, 2003 |
| 5 | Dean Jacobson | Plaintiff's Expert | Testimony, observations and opinions regarding roof strength |
| 6 | Gerald Rosenbluth | Plaintiff's Expert | Testimony; observations and opinions regarding restraint system |
| 7 | Dr. Ronald Huston | Plaintiff's Expert | Bio mechanical opinion regarding Payan/Ford Explorer rollover Jan. 11, 2003 |
| 8 | Steve Irwin | Plaintiff's Expert | Accident reconstruction of Payan 2000 Ford Explorer - Jan 11, 2003 |

385241



EXHIBIT D

| 9 | Mary Church | Nurse | Review and explanation of injuries and procedures Mrs. Payan endured based on medical records |
|---|---|---|---|
| 10 | Julio Cesar Ruiz Rivera | Medical Witness | First to observe Mrs. Payan after rollover |
| 11 | Elsa S. Ybarra | Friend | Betty Reynoso de Payan's lifelong friend |
| 12 | Claudia Sandoval | Secretary | Betty Reynoso de Payan's secretary |
| 13 | Irv Downing | Colleague | Betty Reynoso de Payan's co-worker |
| 14 | Tom Flory | Supervisor | Betty Reynoso de Payan's supervisor |
| 15 | Oscar Hernandez Escobedo | Tow Truck Driver | Regarding the Ford Explorer on Jan. 11, 2003 |
| 16 | Deposition of Edward Paddock | Defense Expert | |
| 17 | Deposition of Kevin Granant | Defense Expert | |
| 18 | Deposition of Larry Ragan | Defense Expert | |
| 19 | Deposition of Robert Piziale | Defense Expert | |
| 20 | All treating physicians, personnel and staff of McAllen Medical Center | Betty Reynoso de Payan's medical provider | Treated and/or examined Betty Payan for injuries she sustained as a result of the incident in question. |
| 21 | Custodian of Medical and Billing Records for McAllen Medical Center | Betty Reynoso de Payan's medical provider | May have knowledge of the medical and billing records pertaining to Betty Payan. |
| 22 | All treating physicians, personnel and staff of Memorial Hermann Hospital | Betty Reynoso de Payan's medical provider | Treated and/or examined Betty Payan for injuries she sustained as a result of the incident in question. |
| 23 | Custodian of Medical and Billing Records for Memorial Hermann Hospital | Betty Reynoso de Payan's medical provider | May have knowledge of the medical and billing records pertaining to Betty Payan. |
| | | | |
| 24 | All treating physicians, personnel and staff of Valley Baptist Medical Center | Betty Reynoso de Payan's medical provider | Treated and/or examined Betty Payan for injuries she sustained as a result of the incident in question. |
| 25 | Custodian of Medical and Billing Records for Valley Baptist Medical Center | Betty Reynoso de Payan's medical provider | May have knowledge of the medical and billing records pertaining to Betty Payan. |

| 26 | All treating physicians, personnel and staff of TIRR | Betty Reynoso de Payan's medical provider | Treated and/or examined Betty Payan for injuries she sustained as a result of |
| --- | --- | --- | --- |
| 27 | Custodian of Medical and Billing Records for TIRR | Betty Reynoso de Payan's medical provider | May have knowledge of the medical and billing records pertaining to Betty Payan. |

385241