IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, and ENRIQUE ROBERTO PAYAN. | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY and AUTOMOTRIZ DEL NORESTE, S. A. DE C.V. | § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN, Plaintiffs in the above-entitled and number cause and files their Designation of Expert and furnished reports, in support thereof would show this Honorable Court the following:

I.

Plaintiffs hereby designates the following experts who may be called to testify at trial, and attached are their reports hereto:

       Dr. Dean Jacobson
       **Forensic Engineering, Inc.**
       4747 South Lakeshore Drive, Suite 203
       Tempe, Arizona 85282
       Tel: (480) 491-1291
       Fax: (480) 491-2622

Dr. Jacobson examined the structure components of the vehicle.


EXHIBIT F

Mr. Stephan Irwin
**The Irwin Company**
5746 Richmond Avenue
Dallas, Texas 75206
Tel: (214) 320-8686
Fax: (214) 320-1007

Mr. Irwin is the Accident Reconstruction Expert for this case.

Mr. Gerald Rosenbluth
**Automotive Consulting Services, Inc.**
4747 South Shoreline Drive, Suite 101
Tempe, Arizona 85208
Tel: (480) 890-1000
Fax: (480) 456-3805

Mr. Rosenbluth is the Seat Belt Analyst Expert for this case.

Dr. Ronald L. Huston
**R.L. Huston & Associates, Inc.**
6242 Savannah Avenue
Cincinnati, Ohio 45224
Tel: (513) 542-1921
Fax: (513) 542-1919

Dr. Huston is the Bio Mechanic Expert for this case. Dr. Huston was designated as our Bio Mechanic Expert on August 13, 2004.

Respectfully Submitted,

**MARTINEZ Y BARRERA Y MARTINEZ L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520
Tel: (956) 546-7159
Fax: (956) 544-0602

Antonio Martinez
State Bar No. 13139000
Federal Admission No. 1943

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2004 a copy o f the foregoing document was forward to counsel of record.

**VIA CERTIFIED MAIL**
Chris Blackerby
**BROWN McCARROLL L.L.P.**
111 Congress Avenue, Suite 1400
Austin, TX 78701

**VIA HAND DELIVER**
Jaime Saenz
**Rodriguez, Colvin, Chaney & Saenz**
1201 E. Van Buren Street
Brownsville, TX 78520

_____
Antonio Martinez



# Martinez, Barrera y Martinez, L.L.P.
*Attorneys at Law*

Tony Martinez *

Horacio L. Barrera

Benigno (Trey) Martinez

1201 E. Van Buren
Brownsville, TX 78520
(956) 546-7159
Fax (956) 544-0602

December 23, 2004

**VIA HAND DELIVERY**
Mr. Michael N. Milby
United States District Clerk
United States Courthouse
600 E. Harrison Street
Brownsville, Texas 78520


RECEIVED
DEC 27 2004

Re:    Civil Action No. B-03-120; Isabel Ennis Reynoso, Sally Payan and Enrique Roberto Payan vs. Ford Motor Company and Automotriz del Noreste, S.A. de C.V.

Mr. Milby:

Enclosed please find the original and two copies of Plaintiff's Designation of Experts to be filed along with the reports from Dr. Dean Jacobson, Mr. Stephan Irwin, and Mr. Gerald Rosenbluth in the above style cause in compliance with the scheduling order.

With regards to the report from Dr. Dean Jacobson the following must be noted:

A.   The report although extensive is not the original form nor, are the attachments which are referenced to the report attached. Due to the fact that although it was over nighted via Federal Express to Brownsville on December 22, 2004 the Federal Express service was unable to deliver due to the weather. Attached as exhibit A is a letter from a representative from FedEx indicating that the weather prevented such package to be delivered.

B.   The report of Dr. Dean Jacobson is being filed in a sealed envelope as there is reference to Ford documents, which were not found in the MDL documents. The Ford documents were subject to a Protective Order and due to the holiday schedule undersign counsel was unable to obtain a full and complete agreement as to the use of these documents. The only agreement that we reached was that they can be filed in a sealed form, that such agreement do not constitute a waiver of any other rights or objections, and if unable to reach an agreement we would request the courts assistance in resolving this matter. Thus, the report complies with the scheduling order and is not in any violation of any Protective Order.

www.martinezybarrera.com

* Board Certified Personal Injury Law Texas Board Of Legal Specialization

98678

If you have any questions or concerns please do not hesitate to contact our office at 546-7159. Thanking you for your kind attention to this matter, I remain,

Sincerely,

Tony Martinez

TM/mp
enclosures

cc.   **VIA CERTIFIES MAIL**                **VIA HAND DELIVER**
      Chris A. Blackerby                    Jaime Saenz
      **BROWN, McCARROLL, L.L.P.**          **Rodriguez, Colvin, Chaney & Saenz**
      111 Congress Avenue, Suite 1400       1201 E Van Buren
      Austin, Texas 78701                   Brownsville, TX 78520