**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | |
| | § | **CIVIL ACTION NO. B-03-120** |
| FORD MOTOR COMPANY, et al. | § § | |
| Defendants. | § § | |

**ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S OPPOSED MOTION**
**TO EXCLUDE UNDISCLOSED FACT AND EXPERT WITNESSES**

On this day, the Court considered Defendant Ford Motor Company's Opposed Motion to Exclude Undisclosed Fact and Expert Witnesses, namely the following witnesses identified by Plaintiffs for the first time in their Witness List filed on September 13, 2005 as part of the Joint Pretrial Order: Estella Filizola, Elsa Ybarra, Claudia Sandoval, Irv Downing, Tom Flory, Ricardo Filizola, and Mary Church. After considering the arguments, authorities, and evidence submitted by the parties, the Court determines that these witnesses should be excluded from testifying at trial, hearing, or on motion.

The Court finds that Plaintiffs have, without substantial justification, failed to disclose the identity and area of knowledge of these witnesses as required by FRCP 26(a) and 26(e). The Court finds that Plaintiffs' failure to disclose these witnesses is not harmless, and prejudices the rights of Defendant Ford Motor Company. Accordingly, the Court finds that, pursuant to FRCP 37(c)(1), the Plaintiffs are not permitted to use as evidence at trial, hearing, or on motion, the testimony of the undisclosed witnesses.

As for witness Mary Church, the Court further finds that Mary Church has been untimely identified as an expert witness by the Plaintiffs, purporting to testify regarding her "review and explanation of injuries and procedures [Betty Payan] endured based on medical records," and her purported testimony does not satisfy FRE 702, and must be excluded independently under FRE 702 as well.

It is, therefore, ORDERED that Defendant Ford Motor Company's Opposed Motion to Exclude Undisclosed Fact and Expert Witnesses is GRANTED, and that Plaintiffs are not permitted to use as evidence at trial, hearing, or on motion the testimony of undisclosed witnesses Estella Filizola, Elsa Ybarra, Claudia Sandoval, Irv Downing, Tom Flory, Ricardo Filizola, and Mary Church.

SIGNED this _____ day of _____, 2005.


_____
HONORABLE HILDA G. TAGLE
United States District Judge

Doc ID FORD-122458
08423-071