IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN, <br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.<br><br>Defendants. | § § § § § § § § § § § CIVIL ACTION NO. B-03-120 |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, FORD MOTOR COMPANY, hereby gives notice to all parties that Alison D. Kennamer, Texas State Bar No. 11280400, United States District Court Admission No. 12023, Rodriguez, Colvin, Chaney & Saenz, L.L.P., 1201 E. Van Buren Street, Brownsville, Texas 78520, telephone (956) 542-7441, facsimile (956) 541-2170, has appeared as additional counsel for said Defendant in the above-entitled and numbered cause.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
William L. Mennucci, Esq.
State Bar No. 00788042
USDC Southern District No. 18172
Michael W. Eady, Esq.
State Bar No. 06332400
701 Brazos Street
Suite 1500 Austin Centre
(512) 708-8200 Telephone
(512) 708-8777 Fax

-and-

Amy M. Samberg, Esq.
Matthew A. Goldstein, Esq.
SNELL & WILMER L.L.P.
One South Church Avenue
Suite 1500
Tucson, AZ 85701-1630
(520) 882-1200

Timothy O'Neill
SNELL & WILMER L.L.P.
1200 Seventeenth Street
Suite 1900, Tabor Center
Denver, Colorado 80202
TEL: 303.634.2000
FAX: 303.634.2020

David Prichard
Prichard, Hawkins & Young, L.L.P.
10101 Reunion Place
Suite 600
San Antonio, TX 78216
TEL: (210) 477-7401
FAX: (210) 477-7450

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

Doc ID TOMPE-122606
08423-071

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this document has been forwarded to all counsel of record at the addresses listed below via the method indicated on this __27__ day of September, 2005.

### VIA FACSIMILE

Tony Martinez, Esq.
Martinez, Barrera & Martinez, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

Randolph Kimble Whittington, Esq.
Law Office of Randolph Kimble Whittington
2014 East Harrison Street
Harlingten, Texas 78550

Carla Saenz, Esq.
GRIFFITH SAENZ & HILL
1325 Palm Blvd # A
Brownsville, Texas 78520
(956) 541-2864 Telephone

**Attorneys for Plaintiffs**

_____
William L. Mennucci

Doc ID TOMPE-122606
08423-071