IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY, et al. | § § § | |
| Defendants. | § | |

**DEFENDANT FORD MOTOR COMPANY'S OPPOSED MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE CLAIMS OF THE ESTATE OF ISABEL ENNIS REYNOSO**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Ford Motor Company ("Ford"), moves the Court for leave to file its Motion for Partial Summary on the Claims of The Estate of Isabel Ennis Reynoso, and as grounds therefore shows:

**I.**

On September 23, 2005, Plaintiffs filed (1) a Suggestion of Death of one of the Plaintiffs, Isabel Ennis Reynoso, informing the Court and all parties that Isabel Ennis Reynoso died on May 3, 2005; and (2) a Motion for Substitution of The Estate of Isabel Ennis Reynoso as a proper party for Isabel Ennis Reynoso in her individual capacity.

**II.**

On September 26, 2005, the Court granted Plaintiffs' Motion for Substitution.

**III.**

Because the Plaintiffs have only within the last few days provided proper notice to the Court and to Ford of the death of Plaintiff Isabel Ennis Reynoso, Ford seeks leave to file its

Motion for Partial Summary Judgment on the Claims of The Estate of Isabel Ennis Reynoso. Ford's motion for partial summary judgment, in essence, alleges that Isabel Ennis Reynoso's claims, all of which flow through the Texas Wrongful Death Statue, are extinguished by her death and neither her Estate nor its representative have standing to continue to assert those claims.

### IV.

Ford had no basis upon which to file its Motion for Partial Summary Judgment on these grounds until Plaintiffs filed the Suggestion of Death and Motion for Substitution and until the Court granted the Motion for Substitution. Ford has prepared its Motion for Partial Summary and seeks to file it expeditiously, now that the Plaintiff have filed the Suggestion of Death and the Motion for Substitution.

### V.

Ford's Motion for Partial Summary Judgment on the Claims of The Estate of Isabel Ennis Reynoso is attached hereto as Exhibit 1.

WHEREFORE, Ford prays that this Court grant leave for Ford to file its Motion for Partial Summary Judgment on the Claims of The Estate of Isabel Ennis Reynoso and that this Court direct the Clerk to file Exhibit 1 attached hereto.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
William L. Mennucci, Esq.
State Bar No. 00788042
Michael W. Eady, Esq.
State Bar No. 06332400

701 Brazos Street
Suite 1500 Austin Centre
(512) 708-8200 Telephone
(512) 708-8777 Fax

-and-

Amy M. Samberg, Esq.
Matthew A. Goldstein, Esq.
SNELL & WILMER L.L.P.
One South Church Avenue
Suite 1500
Tucson, AZ  85701-1630
(520) 882-1200

Timothy O'Neill
SNELL & WILMER L.L.P.
1200 Seventeenth Street
Suite 1900, Tabor Center
Denver, Colorado 80202
TEL: 303.634.2000
FAX: 303.634.2020

David Prichard
Prichard, Hawkins McFarland & Young, L.L.P.
10101 Reunion Place
Suite 600
San Antonio, TX  78216
TEL: (210) 477-7401
FAX: (210) 477-7450

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 26, 2005, I conferred by telephone with Plaintiffs' counsel Tony Martinez and was told that any Ford motion filed after September 26, 2005 would be opposed by Plaintiffs. Therefore, Ford submits this Motion for Leave as opposed.

_____
William L. Mennucci

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which sent notification of such filing to counsel for Plaintiffs.

_____
William L. Mennucci