IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN, | § § § § |
| Plaintiffs, | § |
| vs. | § § **CIVIL ACTION NO. B-03-120** |
| FORD MOTOR COMPANY, et al. | § § § |
| Defendants. | § |

**ORDER GRANTING LEAVE TO FILE
MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE CLAIMS OF
THE ESTATE OF ISABEL ENNIS REYNOSO**

On this date came on for consideration the opposed motion of defendant Ford Motor Company for leave to file its motion for partial summary judgment on the claims of the estate of Isabel Ennis Reynoso. The Court finds that the motion is well taken and should be granted.

It is accordingly, ORDERED that leave be, and is hereby GRANTED, for Ford Motor Company to file its Motion for Partial Summary Judgment on the Claims of The Estate of Isabel Ennis Reynoso. The Clerk of this Court is directed to file Defendant Ford Motor Company's Motion for Partial Summary Judgment on the Claims of The Estate of Isabel Ennis Reynoso.

SIGNED this _____ day of _____, 2005.

_____
HONORABLE HILDA G. TAGLE
United States District Judge