IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN,** | § § § § § | |
| Plaintiffs | § § | |
| v. | § | C.A. No. B-03-120 |
| **FORD MOTOR COMPANY,** | § § | |
| Defendant | § § § | |

## ORDER

BE IT REMEMBERED that on September 28, 2005, the Court **DENIED** Defendant Ford Motor Company's Opposed Motion for Leave to File Motion for Partial Summary Judgment on the Claims of the Estate of Isabel Ennis Reynoso [Dkt. No. 128]. The deadline for filing dispositive motions was May 13, 2005. The final pretrial conference is scheduled for September 28, 2005. Jury selection is scheduled for October 12, 2005. Defendant has not shown good cause for the Court to grant leave to file an untimely dispositive motion. Without a showing of good cause and in order to maintain this schedule, the Court **DENIES** Defendant Ford Motor Company's Opposed Motion for Leave to File Motion for Partial Summary Judgment on the Claims of the Estate of Isabel Ennis Reynoso.

DONE this 28th day of September, 2005, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge