IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTATE OF ISABEL ENNIS REYNOSO, BY HER REPRESENTATIVE OF HER ESTATE, SUSANNA REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN,<br>*Plaintiffs*<br><br>VS.<br><br>FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V.<br>*Defendants* | } } } } } } } } } } } } } } | CIVIL ACTION NO. B-03-120<br><br>(JURY REQUESTED) |

## ORDER

BE IT REMEMBERED that on this _____ day of October, 2005, after consideration of Item No. 12 of Defendant Ford Motor Company's *Motion in Limine* and *Plaintiffs' Submission and Response to Item No. 12 of Defendant's Motion in Limine Relating to Confidentiality and Relevance of Volvo Documents*, the Court determined that said motion should be denied. It is, accordingly, ORDERED that Item No. 12 in Defendant's *Motion in Limine* should be and is hereby DENIED.

DONE at Brownsville, Texas on this _____ day of October, 2005.

Hilda G. Tagle
United States District Judge