Dean Jacobson, Ph. D.
FORENSIC ENGINEERING, INC.
4747 S. Lakeshore Drive, Suite 203
Tempe, Arizona 85282
480.491.1291
FAX 480.491.2622
forensiceng@att.biz

Date: December 22, 2004
Case Name: Payan v FMC
Case No.: FE04-1302
Attorney: Mr. Tony Martinez
Martinez, Barrera y Martinez, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

Subject: **PRELIMINARY REPORT**

### 1. INTRODUCTION

On February 13, 2004, Forensic Engineering, Inc. (FEI) was retained by Mr. Tony Martinez to provide engineering expertise in regard to the above captioned matter. FEI was specifically requested to examine and analyze the subject vehicle, in particular the roof structure and its relationship to the rollover accident involving Betty Payan. In addition, FEI was requested to formulate opinions and conclusions in regard to the structure based upon inspections, testing, analyses, discovery and supplemental documentation and testimony generated in the case. This report is preliminary until final discovery is completed and all pertinent information is integrated into the analyses. The writer reserves the right to modify or add conclusions and opinions until complete information has been obtained.

### 2. ACCIDENT SCENARIO AND CONDITIONS

On January 11, 2003, Betty Payan and her daughter, Sally Payan, were traveling in a 2000 Ford Explorer, VIN #1FMZU62E6YZC13643, on a toll highway from Monterey headed towards Reynosa and McAllen, Texas, when Betty Payan lost control of her vehicle. This caused



FE04-1302    Payan v FMC    Preliminary Report    12/22/04    Page 43

side of the vehicle would have contributed to the reduction the left side deformation. The major energy absorbing pillar hinge points were limited to the immediate area of impact at the A and B pillars, roof rail and windshield header.

22.4 The windshield header panel is an open structure which has very minimal strength compared to a closed box structure. This part connects the left "A" pillar top to the right "A" pillar top along the roof over the windshield. The attachment details show that this part is made of extremely thin material (0.034" as opposed to 0.050 or 0.064" for the thicker reinforcing members in the pillar) that is of inferior strength (yield strength of only 25 to 26 ksi as opposed to 37 to 45 ksi for the side panel). Because of the lack of adequate interconnection between the A pillars and across the roof between the B pillars, each pillar acts as in independent unit that must sustain approximately the full load of the forces applied to it. The windshield header, side rail and their interconnections should be strong continuous box structures for energy transmittals and crush resistance.

22.5 An indication of the subject vehicle roof structure defects is seen in the extreme deformation in the left roof rail where it joins the windshield panel and the A pillar. The amount of collapse in this area indicates a very weak structure in the windshield header panel and side rails that are incapable of properly transmitting and distributing forces.

22.6 There is a critical section in the exemplar "A" pillar structure that has a reduced plastic modulus (Z) resulting in reduced strength due to the termination of reinforcing layers. The lower and upper sections of the "A" pillar consist of three metal layers, but the center section has only two layers. The lower "A" pillar cross-section third layer is 0.048" thick. The upper "A" pillar cross-section third layer is 0.050" thick. However, the 0.048" thick lower reinforcement ends approximately six inches above the base of the "A" pillar; and the 0.050" thick inner roof rail ends about 4" below the top of the "A" pillar. This leaves a 14-inch central "A" pillar section consisting of only two parts. The 0.048" reinforcement and the 0.050" rail do not extend into this area. . The A pillar is an example of the lack of critical strength in the roof structure. If the A pillar is weak with a small section modulus, the entire roof structure will be inadequate to resist foreseeable rollover forces. An analysis of this portion of the "A" pillar was conducted including calculation of the plastic

| FE04-1302 | Payan v FMC | Preliminary Report | 12/22/04 | Page 44 |

modulus (Z), and the moment and force required to bend the two-layer cross-section. These values were compared to those for several other vehicles including a 1989 Honda Accord, a 1974 Volvo 145, a Mercedes 280SE, a Mercedes 190 and the Cayenne/Touareg A-pillar sections. The results of the analysis and comparison are provided in Appendix 25 and in the bar chart, below.



22.7  The subject vehicle A-pillar is vastly inferior to the other vehicles in the bar chart comparison, above. Based upon this information, the subject vehicle A-pillar is not designed to withstand, nor could it be expected to individually withstand rollover forces without distribution of those forces to other roof and pillar structures. However, the A-pillar and the connecting structural members are not designed to distribute the crush forces to other roof and pillar structural members. The subject A-pillar is much weaker than A-pillars designed for lighter vehicles.

22.8  Appendix 12 tensile test data indicates that the average yield strength of the sections tested for the subject vehicle is 36,217 psi. This compares with the average of the Volvo XC-90 of 58,550 psi, as shown in Appendix 26 Volvo tensile test data. The subject vehicle average yield strength is only 62% of that of the Volvo. Individual applications of the high strength steel in the inner panels of the A pillar, B pillar and windshield header

FE04-1302        Payan v FMC        Preliminary Report        12/22/04        Page 45

can create an even stronger overall structure by selectively improving the critical locations with high strength steel. Appendix 27 contains the Volvo photographic set from 05/13/03, photo numbers 610-685, showing the new pillar and roof section purchased for testing. The photographs also show the samples removed for tensile testing. Appendix 26 also contains the hardness test data and compositional data from the 8 Volvo sections purchased. Touareg/Cayenne tensile data is shown in Appendix 28. Appendix 12 tensile test line graphs and Appendix 18 cross-section drawings show Explorer yield stress data. Table 14, below, summarizes the structural sections and the yield strength test results for the Explorer, XC-90 and Touareg/Cayenne. Appendix 29.1 and Appendix 29.2 are publications of the Volvo XC-90 that show the results of a 30 mph dolly rollover test in which the roof impacts concrete during the rollover but does not crush to any appreciable degree. Appendix 29.3 shows the use of high strength boron steel in the Volvo roof structure. Appendix 29.4 is an SAE paper related to Dolly rollover testing. The Volvlo dolly rollover test is available on CD. Appendix 30 contains VW Touareg literature which includes curb weight data (5,300 pounds). Appendix 29.2 provides an SAE paper on Dolly Rollover testing. The Volvo curb weight data is found in Appendix 25 (4,450 pounds). The Explorer curb weight is 4,768 pounds. The vehicle weights and the metal strength are critical components of the A-pillar effectiveness discussed in Paragraph 22.6, above.

Table 14
VOLVO XC-90, CAYENNE YIELD STRENGTH Y.S. KSI

| Component | Explorer | XC-90 | Cayenne |
|---|---|---|---|
| B Pillar Inner Upper | 37.4 | 66.0 | 58.4 |
| B Pillar Inner Lower | 37.4 | 44.8 | 96.6 |
| B Pillar Outer | 44.5 | 42.3 | 54.1 |
| A Pillar Inner | 37.4 | 102.0 | 84.1 |
| A Pillar Outer | 44.5 | 43.3 | 54.1 |
| Windshield Header Inner | 25.4 | 43.6 | 52.6 |
| Windshield Header Outer | n/a | 79.5 | 58.4 |
| Roof Rail | 44.5 | 46.9 | 57.4 |

FE04-1302       Payan v FMC       Preliminary Report       12/22/04       Page 46

22.10 Reasons for the lack of structural integrity in the roof are clearly noted in the strength and design parameters and dimensions of the structures. The following list contains factors which are relevant to most of the structure and when addressed properly could provide significant methods of structural improvements.
- Thin metal sections
- Low yield strength steel
- Small pillar cross-sections producing low section modulus
- Discontinuities in layers of sheet metal forming structural cross-sections
- Poor intersections of pillars, headers and rails
- Lack of strong interconnections between pillars
- Lack of stiffeners in critical areas where bending would be obvious
- Lack of use of available technology such as HSLA, Boron steels, Ultra High Strength steels, Structural Foam filled structures
- Lack of spot welds in critical areas where mating steel sections bend as individual pieces instead of 3-dimensional interlocking structures
- Lack of seam welds for improved strength and sectional stability in critical areas where spot welding is inadequate.

## 23. DESIGN IMPROVEMENTS

There are a number of ways to improve the force and energy capabilities of the current roof structure design. Combinations of the following can significantly improve the Explorer and result in a crashworthy roof structure.

23.1 The voids in the pillars, rails and windshield panel can be filled with lightweight structural foam or syntactic epoxy fillers. This type of foam significantly improves the stiffness and strength of the entire structure.

23.2 The A-pillar strength can be increased by use of high strength steel, or by increasing the plastic modulus by increasing dimensions or adding reinforcements.