Dean Jacobson Vol. 1

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE SOUTHERN DISTRICT OF TEXAS
 3                      BROWNSVILLE DIVISION
 4
 5   ISABEL ENNIS REYNOSO, SALLY PAYAN,)
     and ENRIQUE ROBERTO PAYAN,        )
 6                                     )
                  Plaintiffs,          )
 7                                     )
         -vs-                          ) Civil Action
 8                                     ) No. B-03-120
     FORD MOTOR COMPANY,               )
 9                                     )
                  Defendant.           )
10   _____)
11
12
13                      Phoenix, Arizona
                        March 25, 2005
14                       10:00 a.m.
15
                 DEPOSITION OF DEAN JACOBSON
16
17
18
19
20   REPORTED BY:
     CATHY E. HOFF, RPR, CSR, CCR
21   Certified Court Reporter            (COPY)
     CCR No. 50101
22                              HOLIDAY & ASSOCIATES
                          Registered Professional Reporters
23                      2025 North Third Street, Suite B-173
                              Phoenix, Arizona 85004
24                      (602) 712-9700   Fax (602) 712-9701
     PREPARED FOR:
25   ASCII/CONDENSED
```



EXHIBIT 13

Page 2

1                   I N D E X

2 EXAMINATION                                    PAGE

3 Examination by Mr. Giordano .................... 4

4

5 EXHIBIT    DESCRIPTION                           PAGE

6    1   Defendant Ford Motor Company's Notice .... 4
       of Intention to Take Oral Deposition of
7       Dr. Dean Jacobson with Duces Tecum

8    2   Inverted Vehicle Drop Test Procedure - .. 70
       SAE J996
9

  * 3   General file binder ...................... 75
10
  * 4   Preliminary report files ................. 75
11
  * 5   Preliminary report files ................. 75
12
  * 6   Preliminary report files ................. 75
13
  * 7   Photo file ............................... 75
14
  * 8   CD ....................................... 75
15
  * 9   CD ....................................... 75
16
  * 10 CD ....................................... 75
17
  * 11 Videotape ................................ 75
18
  * 12 Binder ................................... 102
19
    13 Dealer invoice ........................... 117
20
    14 Newspaper article ........................ 158
21
    15 Document dated October 25, 1993, to    . 181
22       C. Brewer from Jessy Li
23
  *   EXHIBITS TO BE SUPPLIED BY WITNESS
24

25

```
 1              DEPOSITION OF DEAN JACOBSON,
 2   taken at 10:00 a.m. on March 25, 2005 at the law
 3   offices of Snell & Wilmer, L.L.P., One Arizona Center,
 4   400 East Van Buren, Phoenix, Arizona, before CATHY E.
 5   HOFF, a Certified Court Reporter in and for the County
 6   of Maricopa, State of Arizona.
 7
 8   APPEARANCES:
 9        For the Plaintiffs:
10             Martinez, Barbera & Martinez, L.L.P.
               by TONY MARTINEZ, ESQ.
11             1201 East Van Buren
               Brownsville, Texas 78520
12
13        For the Defendant Ford Motor Company:
14             Snell & Wilmer, L.L.P.
               by GERALD GIORDANO, ESQ.
15             One Arizona Center
               400 East Van Buren
16             Phoenix, Arizona 85004
17
          Also Present:
18
               CARLA MARTINEZ, ESQ.
19
20
21
22
23
24
25
```

Dean Jacobson Vol. 1

Page 91

1    A.    Okay.

2    Q.    Do you know of any production vehicle that
3    would meet the requirements of the modified 216 test
4    that we've been talking about?  And I'm talking about
5    an unmodified production vehicle.

6    A.    The ones that I have examined, I haven't
7    actually been able to do a 216 test on them, but I have
8    analyzed the Volvo XC90, the Touareg and the Cayenne,
9    which is basically the same SUV.  So those are three
10   SUVs.  I have actually gone to the dealers, bought all
11   the metal parts and done the cross-sections, tested the
12   metal, and done an analytical study of the basic
13   characteristics of those vehicles.

14        And I've also been able to obtain data -- or
15   not data, but I've seen testing done, for example, on
16   the XC90 where it's undergone a 30-mile-an-hour dolly
17   rollover.  I think I have that data in the file.  I
18   don't know that I have the video.  I do have a video
19   which should go with it, but it shows the roll.  I have
20   pictures of the roll, and following the roll there is
21   very, very minimal damage.  It looks like sheet metal
22   wrinkling in the area where it actually hit on the
23   roof.

24   Q.    Have you -- let me back up, though.  The
25   question I was asking had to do with whether you've

1  poor header in this case.  The windshield header is
2  critical.
3         So I do some comparisons by putting in a
4  better header.  I do foam filling and some other things
5  that show you how you can get to 6 or 7.  I'm showing
6  here that there are vehicles that go a long way towards
7  doing exactly what I'm trying to do.  I can't tell you
8  if these vehicles meet 6 or 7 Gs or 5-1/2 Gs or what
9  they're actually going to meet, because that test
10 hasn't been done.
11     Q.   And that's what I was trying to ask.  Right
12 now for the Cayenne/Touareg, in your opinion from a
13 roof strength standpoint, is it defective, is it
14 nondefective, or do you not know yet?
15         MR. MARTINEZ:  I'm going to object to the
16 form.
17     A.   I can't tell you what it is relative to 6 or
18 7 Gs.
19     Q.   BY MR. GIORDANO:  Okay.
20     A.   The only thing I can tell you is that I have
21 seen, at least in the case of the XC90, which I don't
22 think is any better than the Touareg and maybe not
23 quite as good, the dolly rollover onto its roof on a
24 concrete surface with -- in fact, the glass -- there
25 wasn't broken glass in the vehicle, I don't think.

1   Almost no damage to the roof at all.
2       Q.   Same question for the XC90.  As you sit here
3   today, can you tell me from a roof strength standpoint
4   whether it's defective, nondefective, or do you not
5   know?
6       A.   I don't know what G level it would meet, but
7   I know that it is significantly improved over the
8   subject vehicle.
9       Q.   And in the Platte test, you told my partner,
10  Suzanne McCann, that you had not yet had an opportunity
11  to do a complete series of tests regarding whether the
12  XC90 is nondefective?
13      A.   Sure.
14      Q.   Does that remain the case today?
15      A.   Yeah.  I haven't done a 216 test or a drop
16  test on either of those two vehicles.
17      Q.   At the time that you testified in the Platte
18  case back in -- I think it was May of 2003, had you
19  already seen the dolly rollover video of the XC90 that
20  we've talked about?
21      A.   I believe so.
22      Q.   If you could take a look at your report on
23  page 60, there's a table 18 in there I want to talk to
24  you about briefly.
25          MR. MARTINEZ:  What page?