IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN | § § § § | |
| Plaintiffs | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-120 |
| FORD MOTOR COMPANY | § § § | |
| Defendant. | § § | |

**DEFENDANT FORD MOTOR COMPANY'S NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF DR. DEAN JACOBSON WITH DUCES TECUM**

TO: Plaintiffs Isabel Ennis Reynoso, Sally Payan, and Enrique Roberto Payan, by and through their counsel of record, Tony Martinez, Esquire Martinez, Barbera & Martinez, L.L.P., 1201 East Van Buren, Brownsville, Texas 78520

*PLEASE TAKE NOTICE* the oral deposition of Dr. Dean Jacobson will be taken on Friday, March 25, 2005, beginning at 10:00 a.m., at the *LAW OFFICES OF* **SNELL & WILMER,** *L.L.P.,* One Arizona Center, 400 East Van Buren, Phoenix, Arizona 85004, (602) 382-6000, before a notary public or some other officer authorized to administer oaths for the use at the trial herein.

At the time of the deposition, the witness will bring with him and produce the items requested in the attached Exhibit A.



EXHIBIT C

DATED this <u>1st</u> day of March 2005

                        Respectfully submitted,

                        SNELL & WILMER, L.L.P.

                        By _____
                        Amy M. Samberg, Esquire
                        One South Church Avenue
                        Suite 1500
                        Tucson, AZ 85701-1630
                        (520) 882-1200

                        THOMPSON COE
                        Ronald Wamsted, Esquire
                        701 Brazos
                        Suite 1500
                        Austin, TX 78701
                        (512) 708-8200

                        **ATTORNEYS FOR DEFENDANT**
                        **FORD MOTOR COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify by my signature below that a true and correct copy of the foregoing document has been served on all counsel of record via facsimile and Regular Mail on this **1st** day of March 2005:

Tony Martinez, Esquire
Martinez, Barrera & Martinez, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

**Attorneys for Plaintiffs**

Esquire Deposition Services
Fax: (888) 486-6007
(888) 486-4044

_____

**EXHIBIT A**

Dr. Dean Jacobson is requested to bring with him at the time of his deposition, his complete file compiled with regard to his work in this case including, but not limited to, all reports, notes, formulas, statistical charts and other data, statistics utilized by him, literature, computations, photographs, test data, raw test data on computer diskettes, films and videotapes including all out takes, and all other materials in his possession or control concerning the Ford 2000 Explorer and other vehicles that he intends to use for comparison purposes and concerning his investigation of the matters which are the subject matter of this litigation. This request includes all documents and all tests and test data (including films, videotapes and out takes) relied upon by him in forming any of his opinions and conclusions.

Dr. Dean Jacobson is requested to bring with him any demonstrative exhibits that he will use at the time of trial with regard to any of his opinions and conclusions and any other documents or things that he will use or rely upon during his testimony at trial, including the following with regard to any testing on which he intends to rely:

1. A professional resume summarizing his educational, employment, and professional qualifications.

2. Copies of any and all scientific and technical publications authored, in whole or in part, by him which in any way pertain to the topics about which he expects to testify.

3. All time records, diaries, and bills prepared or rendered in connection with his investigation and evaluation of any issue involved in this lawsuit. Also, include records of payment by Plaintiffs.

4. His complete file in connection with the investigation and evaluation of the issues involved in this lawsuit, including but not limited to:

a. any and all documents, diagrams, drawings, photos, reports or tangible things furnished to him by anyone;
b. any and all documents, diagrams, drawings, photos, or reports or tangible things obtained or created by him;
c. Any and all documents or writings of any kind that he reviewed, referred to in his investigation, or relied upon in arriving at his opinions or conclusions concerning the issues involved in this lawsuit, including but not limited to all scientific and technical articles, publications, codes, standards, specifications and other literature;
d. all models, illustrations, photographs, or other exhibits or documents of any kind he intends or contemplates using to explain, illustrate or support his testimony at trial; and
e. all computer files in electronic format, inputs, and outputs used and/or relied upon in this case.

4

5.  Any and all facts, data, documents, or things which he relies upon in forming or supporting his opinions;

6.  A listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding five (5) years.

360530.3