

# Snell & Wilmer
### L.L.P.
LAW OFFICES

One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200
Fax: (520) 884-1294
www.swlaw.com

TUCSON, ARIZONA

PHOENIX, ARIZONA

IRVINE, CALIFORNIA

SALT LAKE CITY, UTAH

DENVER, COLORADO

LAS VEGAS, NEVADA

Amy Samberg (520) 882-1266
asamberg@swlaw.com

June 7, 2005

*VIA FACSIMILE & MAIL*

Tony Martinez, Esq.
Martinez, Barrera & Martinez, L.L.P.
1201 East Van Buren
Brownsville, TX 78520

　　　　Re:　*Reynoso v. Ford Motor Company*

Dear Tony:

　　It is our understanding that both Jerry Rosenbluth and Dean Jacobson have Volvo documents and testing in their possession which they are relying in support of their opinions. There have been no Volvo materials requested or produced in this case. Any Volvo materials in these experts' possession have been produced in other litigation under Protective Order. Please immediately provide us with a copy of the Protective Order under which Mr. Rosenbluth and Mr. Jacobson acquired the Volvo documents and tests in their possession.

　　On a separate note, while the Court never ordered that the parties exchange Rule 26 disclosures, the Federal Rules of Civil Procedure require that disclosure statements be exchanged. Ford provided its Disclosure Statement in compliance with Rule 26, Fed. R. Civ. Proc. on June 1, 2005. Please promptly provide us with Plaintiffs' Disclosure Statement.

　　If you have any questions, or wish to discuss these matters further, please do not hesitate to contact me.



EXHIBIT
5

373193.1　　Snell & Wilmer is a member of LEX MUNDI, a leading association of independent law firms.

# Snell & Wilmer
L.L.P.

June 7, 2005
Page 2

                                  Very truly yours,

                                  Snell & Wilmer

                                  Amy Samberg

AYS:srh

cc:    William L. Mennucci, Esq. (via email)
       Vaughn Crawford, Esq. (via email)

373193.1