EX. 71

Dean Jacobson, Ph.D.
**FORENSIC ENGINEERING, INC.**
4747 S. Lakeshore Drive, Suite 203
Tempe, Arizona 85282-7196
480.491.1291
FAX 480.491.2622
forensiceng@att.biz

Date:          June 20, 2005
Case Name:     Payan v FMC
Case No.:      FE04-1302
Attorney:      Tony Martinez

Subject:       Conference call with Mr. Martinez

1.  Volvo documents issues.

2.  Send email to Tony regarding Volvo.

3.  Tony will include Volvo documents for trial.

4.  Ron Houston cannot testify to the cause of death.

5.  Send foam filled testing to Tony.


EXHIBIT
E