IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.: 01-7230-CA
DIVISION: CV-F

GREGORY SCOTT DUNCAN,
MARLYN J. SOMERA, and
GREGORY SCOTT DUNCAN, as
Personal Representative of the Estate
of CLAIRE SOMERA DUNCAN, deceased,

        Plaintiffs,

vs.

FORD MOTOR COMPANY,
a foreign corporation; MIKE SHAD
FORD, INC., a Florida corporation.

        Defendants.
_____/

### ORDER GRANTING FORD MOTOR COMPANY'S MOTION TO ENFORCE PROTECTIVE ORDER AND SUPPLEMENTAL MOTION TO ENFORCE PROTECTIVE ORDER

This cause having come before the Court on Ford Motor Company's Motion to Enforce Protective Order (dated April 22, 2005), and Supplemental Motion to Enforce Protective Order (dated May 13, 2005), and the Court having heard argument and being otherwise advised in the premises, finds as follows:

    1.    On February 24, 2004, the Court signed a Stipulated Sharing Confidentiality Protective Order.

    2.    Pursuant to that Protective Order, it was the Court's intent that all documents that were sealed prior to trial were to remain sealed, notwithstanding their introduction into evidence at trial.


EXHIBIT G

CASE NO.: 01-7230-CA
DIVISION: CV-F

Based on the foregoing, it is

ORDERED and ADJUDGED that Ford's Motion and Supplemental Motion to Enforce Protective Order are granted. Pursuant to paragraph 6 of the Protective Order, Plaintiffs' counsel is directed to turn over their logs indicating the names and addresses of those persons to whom confidential discovery material have been furnished, within 3 business days of the date of this Order.

Order Entered

DONE and ORDERED in Chambers at Duval County, Jacksonville, Florida, MAY 2 7, 2005 day of June, 2005.

/s/ Charles O. Mitchell, JR.

HONORABLE CHARLES O. MITCHELL, JR.
Circuit Court Judge

Copies to:

Robert J. Link, Esq.
Gary C. Pajcic, Esq.
One Independent Drive, Suite 1900
Jacksonville, FL 32202
(904) 358-8881

Francis M. McDonald, Jr., Esq.
Wendy Mia Pardew, Esq.
Carlton Fields, P.A.
P.O. Box 1171
Orlando, FL 32802-1171
(407) 849-0300

Warren Platt, Esq.
Snell & Wilmer, LLP
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004-2202

2