| | |
|---|---|
| **From:** | Samberg, Amy |
| **Sent:** | Monday, October 03, 2005 5:06 PM |
| **To:** | tony@martinezybarrera.com; delores@martinezybarrera.com |
| **Cc:** | zMennucci; O'Neill, Tim |
| **Subject:** | Reynoso - Volvo materials |

Tony - I received your letter today enclosing materials related to the protective orders for Volvo documents. First, I note that you have not provided the Gobert Protective Order - only the certificate you signed. Please promptly provide the complete PO. Second, with regard to Duncan PO, the certificate you provided is not dated. Please advise the date on which the certificate was executed. Finally, please advise under which case's order you acquired the Volvo materials that appear on Plaintiff's exhibit list. Thank you.

Snell & Wilmer
\_\_\_\_L.L.P.\_\_\_\_
Amy M. Samberg
One South Church Ave, Suite 1500
Tucson, Arizona  85701
Office:  (520) 882-1266
Fax:  (520) 884-1294
Cell:  (520) 275-0572
E-mail:  asamberg@swlaw.com



10/4/2005