JAN 24 2005 14:06 FR SNELL WILMER PHX 3 602 382 6070 TO 913618870055    P.20/21

### EXHIBIT A

### CAUSE NO. C-933-03-F

| | | |
|---|---|---|
| MATTHEW GOBERT and RHONDA GOBERT, Individually and as Representatives of The Estate of DUSTIN GOBERT, DECEASED; and ERNEST MOORE and VALERIE MOORE, Individually and as Representatives of The Estate of KIMPER MOORE, DECEASED, | § § § § § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | 332nd JUDICIAL DISTRICT |
| VS. | § § | |
| FORD MOTOR COMPANY; KEN STOEPEL FORD, INC.; TRW VEHICLE SAFETY SYSTEMS, INC.; and TRW, INC. | § § § § | |
| Defendants. | § § | HIDALGO COUNTY, TEXAS |

AFFIDAVIT OF __TONY MARTINEZ_____, being duly sworn and personally appearing before the undersigned attesting officer, duly authorized by law to administer oaths, deposes and says that the within statements are true and correct:

1.

I have read the Stipulated Protective Order attached hereto and I understand its terms and meanings.

2.

I agree that my signature below submits me to the jurisdiction of the 332nd Judicial District Court, Hildalgo County, Texas, in which the action of <u>Matthew Gobert, et. al. v. Ford Motor Company, et. al.</u>, Cause No. C-933-03-F, is pending, and binds me to the provisions of the


EXHIBIT K

Stipulated Protective Order, including to all promises undertaken in the Order, as if originally agreed by me.

Further Affiant sayeth not.

This 24 day of May, 2005

_____
AFFIANT

SUBSCRIBED AND SWORN to before me this 24 day of May, 2005

_____
NOTARY PUBLIC

SAN JUANITA LOPEZ
Notary Public, State of Texas
My Commission Expires
January 14, 2006

My Commission Expires: 1/14/06

35577.1672\PETERSB\PHX\1624804.1

-9-

ATLANTA:4699437.1

** TOTAL PAGE.21 **