02/25/2005 13:14 FAX  361 887 0055     WATTS LAW FIRM                    ⌀003/022
JAN 24 2005 14:02 FR SNELL WILMER PHX 3 602 382 6070 TO 913618870055     P.03/21

CAUSE NO. C-933-03-F

| | | |
|---|---|---|
| MATTHEW GOBERT and RHONDA GOBERT, Individually and as Representatives of The Estate of DUSTIN GOBERT, DECEASED; and ERNEST MOORE and VALERIE MOORE, Individually and as Representatives of The Estate of KIMBER MOORE, DECEASED, | § § § § § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | 332nd JUDICIAL DISTRICT |
| VS. | § § | |
| FORD MOTOR COMPANY; KEN STOEPEL FORD, INC.; TRW VEHICLE SAFETY SYSTEMS, INC.; and TRW, INC. | § § § § | |
| Defendants. | § § | HIDALGO COUNTY, TEXAS |

### STIPULATED PROTECTIVE ORDER

Upon agreement of counsel for Plaintiffs and Ford Motor Company ("Ford") to a protective order regarding the production and use of confidential, commercial and proprietary documents in this action, the Court ORDERS AS FOLLOWS:

1. Documents to be produced by Ford during discovery in this litigation via www.forddocs.com, which contains confidential information shall hereafter be referred to "Protected Documents." Any document or any information designated as "Subject to Protective Order" in accordance with the provisions of this Order shall only be used, shown or disclosed as provided in this Order.

2. As used in this Order, the term "documents" means all written material, videotapes and all other tangible items, whether produced electronically or as hard copy, computer diskette, CD-ROM or otherwise via www.forddocs.com, as well as any information contained in or derived from such document.

35577.1672\BUTNERJ\PHX\1607857


EXHIBIT L

02/25/2005 13:15 FAX 361 887 0055    WATTS LAW FIRM    ⌀004/022

JAN 24 2005 14:02 FR SNELL WILMER PHX 3 602 382 6070 TO 913618870055    P.04/21

3. The designation of Protected Documents may be made by marking or placing the notice "Subject to Protective Order" or substantially similar notice, on the document, or, where a copy of the original document is to be produced, on that copy. The notice shall be placed in such a manner as will not interfere with the legibility of the contents of the document.

4. Protected Documents and any copies thereof received pursuant to paragraph 5 below shall be maintained confidential by the receiving party, his attorney, other representatives, and expert witnesses, and shall be used only for preparation for the trial of this matter. Protected Documents shall be disclosed only to "Qualified Persons." Qualified Persons are limited to:

   a. Counsel of Record for the parties;
   b. Non-technical and clerical staff employed by Counsel of Record and involved in the preparation and trial of this action;
   c. Independent personnel retained by Counsel of Record and involved in the preparation and trial of this action;
   d. Personnel employed by a party, where genuinely needed for preparation for the trial of this action;

5. Before any Qualified Person may obtain Protected Documents, such person shall execute a "Written Assurance" in the form contained in Exhibit A, attached hereto. Counsel for the plaintiffs or co-defendant, as applicable, will retain the Written Assurance and will keep a list of all persons who have received Confidential Material for inspection by the Court and, upon order of the Court, counsel for Ford.

6. Nothing contained in this Order shall prevent the use of Protected Documents at trial or at depositions, with appropriate safeguards. If Protected Documents are used or referred to during depositions, counsel for Ford may request that only Qualified Persons, the deponent, and the reporter present. Ford shall, either at the deposition or within ten (10) days of receipt of the transcript thereof, notify counsel for plaintiff and the deponent as to what information is considered confidential. Counsel for Ford should designate those portions of the transcript for which the claim of confidentiality is made. Those portions of the testimony, including exhibits,

35577.1672\BUTNER\PHX\1607857

02/25/2005 13:15 FAX  361 887 0055         WATTS LAW FIRM                    ⌀005/022
JAN 24 2005 14:02 FR SNELL WILMER PHX 3 602 382 6070 TO 913618870055    P.05/21

shall be bound separately under seal and prominently marked "Protected Documents Subject to Protective Order." The deponent shall be instructed in advance that he may not disclose Protected Documents or the information contained therein, except as provided by this Order, and the deponent shall sign a Written Assurance to that effect.

7. Any Protected Documents filed with the Court shall be filed under seal and prominently marked: "Protected Documents Subject to Protective Order."

8. In the event any party hereto disagrees as to any claim of confidentiality, counsel for that party shall notify counsel for Ford in writing. If the dispute cannot be resolved by agreement, such Protected Documents shall be kept confidential until Ford has an opportunity with reasonable notice to the objecting party, to file promptly an appropriate motion with the Court regarding the claim of confidentiality.

9. Upon final determination of this action, all Protected Documents, including any copies thereof, and any other document or copy thereof that incorporates any information designated as confidential, shall be retrieved from all Qualified Persons by counsel for the plaintiffs and maintained in accordance with the terms of this Order.

10. To the extent Ford is requested to produce documents it feels should not be subject to the sharing provisions of this protective order, Ford does not waive its right to subsequently request that the parties enter into a non-sharing protective order prior to the production of any such documents.

AGREED AND APPROVED this _____ day of ~~January~~ February, 2005:

PATTERSON & ASSOCIATES

By _____
Robert J. Patterson
101 North Shoreline Blvd., Suite 210
Corpus Christi, TX 78401
*Attorney for Plaintiffs*

35577.1672\DUTNER\VPHX\1607157

02/25/2005 13:16 FAX 361 887 0055        WATTS LAW FIRM                                    ☒006/022
02-24-2005 08:50am  From-SORRELL ANDERSON LEHRMAN & RIDULFO, LLP  +9618848618   T-191  P.003/003  F-869
JAN 24 2005 14:03 FR SNELL WILMER PHX 3 602 382 6070 TO 913618870055        P.06/2:

SORRELL ANDERSON, LEHRMAN & RIDULFO, L.L.P.

By _____
Robert Anderson
Gaslight Square
1001 Third Street, Suite 1
Corpus Christi, TX 78404
*Attorney for Intervenors Bill and Dixie Dean,
Guardians of Chance and Somers Dean*


PILLSBURY WINTHROP LLP


By _____
Jack E. Little
2 Houston Center
909 Fannin, 22nd Floor
Houston, TX 77020
*Attorneys for Co-Defendants TRW, Inc.
and TRW Vehicle Safety Systems, Inc.*


BROWN McCARROLL, L.L.P.


By _____
Ronald D. Wamsted
Brown McCarroll, L.L.P.
111 Congress Ave., Suite 1400
Austin, TX 78701

and

Warren Platt
Bradley W. Petersen
SNELL & WILMER L.L.P.
One Arizona Center
Phoenix, AZ 85004-2202
*Attorneys for Defendant Ford Motor Company
and Ken Stoepel Ford, Inc.*

02/25/2005 13:16 FAX  361 887 0055        WATTS LAW FIRM                    ☒007/022
JAN 24 2005 14:03 FR SNELL WILMER PHX 3 602 382 6070 TO 913618870055    P.07/21

              LAW OFFICES OF STEPHEN C. HAYNES

By _____
Stephen C. Haynes
P.O. Box 6207
909 N. Jackson Rd., Ste. 101 (78501)
McAllen, Texas 78502-6207
*Attorneys for Counter-Defendant Chance Dean*

So Ordered, this ___ day of _____, 2005.

_____
Presiding Judge

35577.1672\BUTNER\V\MX\1607857