EXHIBIT A

CAUSE NO. 2003-CVE-000801-D1

| | | |
|---|---|---|
| CLAUDIA MORALES, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JUAN SANCHEZ MORALES, DECEASED, AND AS NEXT OF FRIEND OF JUAN ARNOLDO MORALES, QUESANDRA MORALES AND EDGAR ALEJANDRO MORALES, MINORS, | § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § | WEBB COUNTY, TEXAS |
| VS. | § | |
| MAXWELL AUTOMOTIVE INC. D/B/A MAXWELL FORD, LTD., MAXWELL FORD, LTD.; FORD MOTOR COMPANY, INC.; and HENRY POTTIN, D/B/A D&H AUTO REPAIR, | § | |
| Defendants. | § | 49TH JUDICIAL DISTRICT |

I certify that I have read the attached "Protective Order" entered in this case entitled *Claudia Morales, Individually and as Personal Representative of the Estate of Juan Sanchez Morales, Deceased, and as Next Friend of Juan Arnoldo Morales, Quesandra Morales and Edgar Alejandro Morales, Minors v. Maxwell Automotive Inc. D/B/A Maxwell Ford, Ltd.; Ford Motor Company, Inc.; and Henry Pottin, D/B/A D&H Auto Repair*; Cause No. 2003-CVE-000801-D1. Before reviewing and receiving access to the contents of any of the documents, materials and/or contents of any of the documents, materials and/or discovery subject to the protection of that Order and as a condition for such review or access, I understand and agree that I am personally bound by and subject to all the terms and provisions of the Order.

I agree that my signature below submits me to the jurisdiction of the 49th Judicial District Court, Webb County Texas; Cause No. 2003-CVE-000801-D1, in which the action of *Claudia*

EXHIBIT
M

*Morales, Individually and as Personal Representative of the Estate of Juan Sanchez Morales, Deceased, and as Next Friend of Juan Arnoldo Morales, Quesandra Morales and Edgar Alejandro Morales, Minors v. Maxwell Automotive Inc. D/B/A Maxwell Ford, Ltd.; Ford Motor Company, Inc.; and Henry Pottin, D/B/A D&H Auto Repair* is pending, and binds me to the provisions of the Protective Order, including to all promises undertaken in the Order, as if originally agreed by me.

FURTHER AFFIANT SAYETH NOT.

Affiant:

Sworn and subscribed to before me this 27th day of September, 2005.

Notary Public

My Commission Expires: 1/14/2006

SAN JUANITA LOPEZ
Notary Public, State of Texas
My Commission Expires
January 14, 2006

Doc ID HENSB-118715
08428-008

EXHIBIT A

CAUSE NO. 2003-CVE-000801-D1

| | | |
|---|---|---|
| CLAUDIA MORALES, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JUAN SANCHEZ MORALES, DECEASED, AND AS NEXT OF FRIEND OF JUAN ARNOLDO MORALES, QUESANDRA MORALES AND EDGAR ALEJANDRO MORALES, MINORS, | § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § | |
| VS. | § | WEBB COUNTY, TEXAS |
| MAXWELL AUTOMOTIVE INC. D/B/A MAXWELL FORD, LTD., MAXWELL FORD, LTD.; FORD MOTOR COMPANY, INC.; and HENRY POTTIN, D/B/A D&H AUTO REPAIR, | § | |
| Defendants. | § | 49TH JUDICIAL DISTRICT |

I certify that I have read the attached "Protective Order" entered in this case entitled *Claudia Morales, Individually and as Personal Representative of the Estate of Juan Sanchez Morales, Deceased, and as Next Friend of Juan Arnoldo Morales, Quesandra Morales and Edgar Alejandro Morales, Minors v. Maxwell Automotive Inc. D/B/A Maxwell Ford, Ltd.; Ford Motor Company, Inc.; and Henry Pottin, D/B/A D&H Auto Repair*; Cause No. 2003-CVE-000801-D1. Before reviewing and receiving access to the contents of any of the documents, materials and/or contents of any of the documents, materials and/or discovery subject to the protection of that Order and as a condition for such review or access, I understand and agree that I am personally bound by and subject to all the terms and provisions of the Order.

I agree that my signature below submits me to the jurisdiction of the 49th Judicial District Court, Webb County Texas; Cause No. 2003-CVB-000801-D1, in which the action of *Claudia*

*Morales, Individually and as Personal Representative of the Estate of Juan Sanchez Morales, Deceased, and as Next Friend of Juan Arnoldo Morales, Quesandra Morales, and Edgar Alejandro Morales, Minors v. Maxwell Automotive Inc. D/B/A Maxwell Ford, Ltd.; Ford Motor Company, Inc.; and Henry Fortin, D/B/A D&H Auto Repair* is pending, and binds me to the provisions of the Protective Order, including to all promises undertaken in the Order, as if originally agreed by me.

FURTHER AFFIANT SAYETH NOT.

Affiant

Sworn and subscribed to before me this 30th day of September 2005.

Notary Public

My Commission Expires: 6/2/06

PATRICIA SIMMES
Notary Public - Arizona
Maricopa County
My Commission Expires
June 2, 2006

EXHIBIT A

CAUSE NO. 2003-CVB-000801-D1

| | | |
|---|---|---|
| CLAUDIA MORALES, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JUAN SANCHEZ MORALES, DECEASED, AND AS NEXT OF FRIEND OF JUAN ARNOLDO MORALES, QUESANDRA MORALES AND EDGAR ALEJANDRO MORALES, MINORS, | § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § | |
| VS. | § | WEBB COUNTY, TEXAS |
| MAXWELL AUTOMOTIVE INC. D/B/A MAXWELL FORD, LTD., MAXWELL FORD, LTD.; FORD MOTOR COMPANY, INC.; and HENRY POTTIN, D/B/A D&H AUTO REPAIR, | § | |
| Defendants. | § | 49TH JUDICIAL DISTRICT |

I certify that I have read the attached "Protective Order" entered in this case entitled *Claudia Morales Individually and as Personal Representative of the Estate of Juan Sanchez Morales, Deceased, and as Next Friend of Juan Arnoldo Morales, Quesandra Morales and Edgar Alejandro Morales, Minors v. Maxwell Automotive Inc. D/B/A Maxwell Ford, Ltd.; Ford Motor Company, Inc.; and Henry Pottin, D/B/A D&H Auto Repair*, Cause No. 2003-CVB-000801-D1. Before reviewing and receiving access to the contents of any of the documents, materials and/or contents of any of the documents, materials and/or discovery subject to the protection of that Order and as a condition for such review or access, I understand and agree that I am personally bound by and subject to all the terms and provisions of the Order.

I agree that my signature below submits me to the jurisdiction of the 49th Judicial District Court, Webb County Texas, Cause No. 2003-CVB-000801-D1, in which the action of *Claudia*

*Morales, Individually and as Personal Representative of the Estate of Juan Sanchez Morales, Deceased, and as Next Friend of Juan Arnoldo Morales, Quesandra Morales, and Edgar Alejandro Morales, Minors v. Maxwell Automotive Inc. D/B/A Maxwell Ford, Ltd.; Ford Motor Company, Inc.; and Henry Pottin, D/B/A D&H Auto Repair* is pending, and binds me to the provisions of the Protective Order, including to all promises undertaken in the Order, as if originally agreed by me.

FURTHER AFFIANT SAYETH NOT.

______________________
Affiant

Sworn and subscribed to before me this
____5 day of ______________, 2005.

______________________
Notary Public

My Commission Expires:

Doc ID [illegible]

EXHIBIT A

CAUSE NO. 2003-CVE-000801-D1

| | | |
|---|---|---|
| CLAUDIA MORALES, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JUAN SANCHEZ MORALES, DECEASED, AND AS NEXT OF FRIEND OF JUAN ARNOLDO MORALES, QUESANDRA MORALES AND EDGAR ALEJANDRO MORALES, MINORS, | § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § | WEBB COUNTY, TEXAS |
| VS. | § | |
| MAXWELL AUTOMOTIVE INC. D/B/A MAXWELL FORD, LTD., MAXWELL FORD, LTD.; FORD MOTOR COMPANY, INC.; and HENRY POTTIN, D/B/A D&H AUTO REPAIR, | § | |
| Defendants. | § | 49TH JUDICIAL DISTRICT |

I certify that I have read the attached "Protective Order" entered in this case entitled *Claudia Morales; Individually and as Personal Representative of the Estate of Juan Sanchez Morales, Deceased, and as Next Friend of Juan Arnoldo Morales, Quesandra Morales and Edgar Alejandro Morales, Minors v. Maxwell Automotive Inc. D/B/A Maxwell Ford, Ltd.; Ford Motor Company, Inc.; and Henry Pottin, D/B/A D&H Auto Repair*; Cause No. 2003-CVE-000801-D1. Before reviewing and receiving access to the contents of any of the documents, materials and/or contents of any of the documents, materials and/or discovery subject to the protection of that Order and as a condition for such review or access, I understand and agree that I am personally bound by and subject to all the terms and provisions of the Order.

I agree that my signature below submits me to the jurisdiction of the 49th Judicial District Court, Webb County Texas; Cause No. 2003-CVE-000801-D1, in which the action of *Claudia*

OCT/04/2005/TUE 01:27 PM MARTINEZ & BARRERA FAX No. 956 544 0602 P. 025
10/03/2005 13:03 5125421919 RL HUSTON PAGE 02/04
SEP-30-2005 FRI 07:44 AM MARTINEZBARRERAYMARTINEZ FAX NO. 19565440602 P. 09/26

Morales, Individually and as Personal Representative of the Estate of Juan Sanchez Morales, Deceased, and as Next Friend of Juan Arnoldo Morales, Quasandra Morales, and Edgar Alejandro Morales, Minors v. Maxwell Automotive Inc. D/B/A Maxwell Ford, Ltd.; Ford Motor Company Inc.; and Henry Potts, D/B/A D&H Auto Repair is pending, and binds me to the provisions of the Protective Order, including to all promises undertaken in the Order, as if originally agreed by me.

FURTHER AFFIANT SAYETH NOT.

(R. Huston)
Affiant

Sworn and subscribed to before me this 1 day of October, 2005.

Rebecca M Chouteau
Notary Public

My Commission Expires:

NOTARY PUBLIC STATE OF OHIO

REBECCA M. CHOUTEAU
Notary Public, State of Ohio
My Commission Expires
March 5, 2008

EXHIBIT A

CAUSE NO. 2003-CVE-000801-D1

| | | |
|---|---|---|
| CLAUDIA MORALES, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JUAN SANCHEZ MORALES, DECEASED, AND AS NEXT OF FRIEND OF JUAN ARNOLDO MORALES, QUESANDRA MORALES AND EDGAR ALEJANDRO MORALES, MINORS, | § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § | WEBB COUNTY, TEXAS |
| VS. | § | |
| MAXWELL AUTOMOTIVE INC. D/B/A MAXWELL FORD, LTD., MAXWELL FORD, LTD.; FORD MOTOR COMPANY, INC.; and HENRY POTTIN, D/B/A D&H AUTO REPAIR, | § | |
| Defendants. | § | 49TH JUDICIAL DISTRICT |

I certify that I have read the attached "Protective Order" entered in this case entitled *Claudia Morales, Individually and as Personal Representative of the Estate of Juan Sanchez Morales, Deceased, and as Next Friend of Juan Arnoldo Morales, Quesandra Morales and Edgar Alejandro Morales, Minors v. Maxwell Automotive Inc. D/B/A Maxwell Ford, Ltd.; Ford Motor Company, Inc.; and Henry Pottin, D/B/A D&H Auto Repair*; Cause No. 2003-CVE-000801-D1. Before reviewing and receiving access to the contents of any of the documents, materials and/or contents of any of the documents, materials and/or discovery subject to the protection of that Order and as a condition for such review or access, I understand and agree that I am personally bound by and subject to all the terms and provisions of the Order.

I agree that my signature below submits me to the jurisdiction of the 49th Judicial District Court, Webb County Texas; Cause No. 2003-CVE-000801-D1, in which the action of *Claudia*

Morales, Individually and as Personal Representative of the Estate of Juan Sanchez Morales, Deceased, and as Next Friend of Juan Arnoldo Morales, Cassandra Morales, and Edgar Alejandro Morales, Minors v. Missell Automotive Inc. D/B/A Missell Ford, Ltd.; Ford Motor Company, Inc.; and Henry Perez, D/B/A D&H Auto Repair is pending, and binds me to the provisions of the Protective Order, including to all provisions undertaken in the Order, as if originally agreed by me.

FURTHER AFFIANT SAYETH NOT.

[signature]
Affiant

Sworn and subscribed to before me this 3rd day of October, 2005.

Patricia A. Simmes [signature]
Notary Public

My Commission Expires: 6/2/06

PATRICIA SIMMES
Notary Public - Arizona
Maricopa County
My Commission Expires
June 2, 2006