```
NVNM510                    NAVIS  Vehicle  Inquiry              06/16/03 11:09:17
==> _____
  VEHICLE ID: 1FYZC13643 (WWYPBBBBBB) Vin: 1FMZU62E6YZC13643 Div: 6 Status: 800
Vehicle Line: TU3     Convy Deliv:           Orig P-Lvl: 031   Selling Dlr: M3D204
Order Recpt: 031100  ShipTo Stat:            Curr P-Lvl: 032    Sale Date: 062300
 Orig Sched: 051500  Rls-To Stat: CU        Order Dlr/Reg: M3447/M2 Demo Dt:
   Inv Prep: 060600  Orig Int St:            Orig Rls Dlr: M3447 Deliv Type: 0
  Prod Date: 051000  Curr Int St:            Rls Dlr P&A: M3447   Sales Prd: 000063
   Rls Date: 051000  Dlrfin Ext:             Warr Start: 062300 Cancel Sl:
Memo Consgn: 051000      P&C Ext:            WarrS-Ind:          Sale Status: G
Orig Pltbus: 051100   Advert Ext:                                -Date-  -Dealer- -Region-
Curr Pltbus: 060600  Slspsn SS#: ANO 840306  Shipped: 052600
T/Name: 2 ISABEL      ENNIS DE REYNOS  Curr Stock: 062300  M3D204    M2
Addr: AV. CD. DE MEXICO      State: TM       1st-Prior: 051100  M3447
City: H. MATAMOROS      N/A-Rcpt: 062600     2nd-Prior: 051000  M3447
Zip: 87330         Warr-Ins-Ind:             3rd-Prior:
V.O.:1         2         3         4         5         6         7         8
123452345678901234567890123456789012345678901234567890123456789012345678901234
U62YZ1123C 2AN 2 15EE106      BC E48 DD4 7R     2K5 5G 45S    M3D447 31 1YZ
8         9         0         1         2         3         4         5         6
567890123456789012345678901234567890123456789012345678901234567890123456789 0
   Y23 D   5   E1FMZ6 5              9EDMX       M
F1=Help  F3=Exit F4=Primary Menu F5=Financial Screen F9=Screen #3
                                                                       OGDB191
```



EXHIBIT R