IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN, § § § § Plaintiffs, § § vs. § § CIVIL ACTION NO. B-03-120 FORD MOTOR COMPANY, et al. § § Defendants. § § | |

## DEFENDANT FORD MOTOR COMPANY'S OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST

TO THE HONORABLE JUDGE OF THE COURT:

Defendant Ford Motor Company hereby submits its Objections to Plaintiffs' Exhibit List.

DATED this _6_ day of October, 2005

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
William L. Mennucci, Esq.
State Bar No. 00788042
Michael W. Eady, Esq.
State Bar No. 06332400

701 Brazos Street
Suite 1500 Austin Centre
(512) 708-8200 Telephone
(512) 708-8777 Fax

-and-

Amy M. Samberg, Esq.
Matthew A. Goldstein, Esq.
SNELL & WILMER L.L.P.
One South Church Avenue
Suite 1500
Tucson, AZ 85701-1630
(520) 882-1200

Timothy O'Neill
SNELL & WILMER L.L.P.
1200 Seventeenth Street
Suite 1900, Tabor Center
Denver, Colorado 80202
TEL: 303.634.2000
FAX: 303.634.2020

David Prichard
Prichard, Hawkins McFarland & Young, L.L.P.
10101 Reunion Place
Suite 600
San Antonio, TX 78216
TEL: (210) 477-7401
FAX: (210) 477-7450

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

Doc ID TOMPE-123308
08423-071

| EXHIBIT | PLAINTIFFS' DESCRIPTION | OBJECTIONS |
|---|---|---|
| 1 | 2000 Ford Explorer referred to as Payan vehicle involved in rollover on January 11, 2003 | --------------------- |
| 2 | Four scene photographs taken by Inbursa on January 11, 2003<br><br>**NOTE: Copies of photographs contain written descriptions.** | • FRE 901 Authenticity<br>• FRE 802 Hearsay |
| 3 | Two hundred photographs taken by The Irwin Company on July 27, 2004 during a vehicle inspection | --------------------- |
| 4 | Sixty nine photographs taken by The Irwin Company on November 22, 2004 during a vehicle inspection | --------------------- |
| 5 | Eighty five photographs taken by The Irwin Company on December 7, 2004 during a vehicle inspection | --------------------- |
| 6 | Two hundred forty five photographs taken by The Irwin Company on December 22, 2004 during a vehicle inspection | --------------------- |
| 7, 8, 9, 10, 11 | A VHS tape including inspections done on March 4, 2004, May 27, 2004, July 14, 2004 and October 26, 2004<br><br>**NOTE: At beginning, video includes footage of another Ford Explorer that has been involved in an accident.** | • FRE 901 Authenticity<br>• Rule 402 Relevance<br>• Rule 403 Cumulative |
| 12 | Medical records from Clinica Materno Infantil in China, NL, Mx | --------------------- |
| 13 | PLEASE OMIT #13 | --------------------- |
| 14 | Medical records from McAllen Medical Center for January 11, 2003 | --------------------- |
| 15 | Medical records from Valley Baptist Medical Center | --------------------- |
| 16 | Medical records from TIRR | --------------------- |
| 17 | Medical records from Memorial Hermann Hospital | --------------------- |
| 18 | Billing records from Clinica Materno Infantil in China, NI, MX | • FRE 901 Authenticity<br>• Rule 402 Relevance<br>• FRE 802 Hearsay<br>• All other objections reserved as to un-translated documents |
| 19 | Please substitute with Exhibit 123 – Billing records for Valley Baptist Medical Center | • FRE 901 Authenticity<br>• Rule 402 Relevance<br>• FRE 802 Hearsay |
| 20 | Billing records from McAllen Medical Center | • Rule 402 Relevance<br>• FRE 802 Hearsay |

Doc ID TOMPE-123308
08423-071

| | | |
|---|---|---|
| 21 | Billing records from TIRR | • Rule 402 Relevance<br>• FRE 802 Hearsay |
| 22 | Billing records from Memorial Hermann Hospital | • Rule 402 Relevance<br>• FRE 802 Hearsay |
| 23 | Birth Certificate of Betty Payan | -------------------------------- |
| 24 | Death Certificate of Betty Payan | -------------------------------- |
| 25 | Family Photographs | • Rule 403 Cumulative |
| 26 | Home Video<br><br>**NOTE: Following gap at end, video includes footage of elderly lady stating: "My name is Betty Reynoso and I am the mother of Betty Payan. Because of special circumstances, I cannot be in Corpus Christi… I'd like to make two points. The first one is that I hope you are responsible for the suffering and death of my daughter…. The second, my other two daughters… have the authority to represent me there in Corpus Christi."** | • FRE 901 Authenticity<br>• Rule 802 Hearsay<br>• Rule 403<br>• Not produced during discovery |
| 27 | Bill of Sale dated June 23, 2000 | • All objections reserved as to un-translated documents |
| 28 | Vehicle Registration dated June 23, 2000 | • All objections reserved as to un-translated documents |
| 29 | Maintenance records of 2000 Ford Explorer dated 11/2/00, 2/6/01, 4/24/01, 11/27/01, 1/9/02 and 7/11/01 | • Rule 402 Relevance<br>• FRE 901 Authenticity<br>• All other objections reserved as to un-translated documents |
| 30 | Driving records for Betty Payan | • Rule 402 Relevance<br>• FRE 802 Hearsay |
| 31 | Mexican Police Report (Translation will be supplemented) | -------------------------------- |
| 32 | Affidavit of Tow Truck Driver – Oscar Hernandez Escobedo | • FRE 901 Authenticity<br>• FRE 802 Hearsay<br>• Rule 403<br>• Not produced during discovery<br>• All other objections reserved as to un-translated documents |
| 33 | Owner's Manual<br><br>**NOTE: As produced by Plaintiffs, this exhibit is** | • FRE 901 Authenticity<br>• FRE 802 Hearsay<br>• Rule 402 Relevance |

Doc ID TOMPE-123308<br>08423-071

| | **only a one page printout of a website link.** | • All other objections reserved as to copy of exhibit(s) not produced |
|---|---|---|
| 34 | Sworn Statement of Dr. Julio Cesar Ruiz from Clinica Materno Infantil in China, NL, MX | • FRE 802 Hearsay<br>• Rule 403<br>• Not produced during discovery |
| 35 | Affidavit of Elysa S. Ibarra, best friend to Betty Payan | • FRE 802 Hearsay<br>• Rule 403<br>• Not produced during discovery<br>• Excluded by Ford's Motion to Exclude Undisclosed fact and Expert Witnesses, granted in part on September 28, 2005 |
| 36 | Steve Irwin's Reconstruction Report done on December 9, 2004 | • FRE 802 Hearsay |
| 37 | Accident Scene Diagram by The Irwin Company | • FRE 802 Hearsay |
| 38 | Coordinate Points done on November 11, 2004 by The Irwin Company | • FRE 802 Hearsay |
| 39 | Calculations done on June 11, 2004 by The Irwin Company | • FRE 802 Hearsay |
| 40 | PLEASE OMIT #40 | • All objections reserved as to copy of exhibit(s) not produced |
| 41 | 1965-66 Roof Collapse Evaluation, Bates No. BRII 73327-69 | • FRE 901 Authenticity FRE 802 Hearsay<br>• Illegible in part<br>• Excluded by Ford's MIL No. 19, granted September 28, 2005 |
| 42 | Roof Strength Study, Safety Engineering Evaluation dated 7/8/6/, Bates No. 0073410-0073428<br><br>**NOTE: Contains markings of unknown origin.** | • FRE 901 Authenticity<br>• FRE 802 Hearsay<br>• Illegible in part<br>• Excluded by Ford's MIL No. 19, granted September 28, 2005 |
| 43 | Drop Test of Volvo S80, Bates No. VLVI 0229-0262 (4/10/00) Rept. 260663 | • FRE 901 Authenticity<br>• FRE 402 Relevance<br>• Rule 403<br>• FRE 802 Hearsay<br>• Violation of protective |

Doc ID TOMPE-123308
08423-071

| | | |
|---|---|---|
| | | order; Exclusion under Ford's pending Motion to Exclude |
| 44 | Volvo Crashworthiness "FKB" Report for P28/XC90 Bates No. VLVI 0346-0437 | <ul><li>FRE 901 Authenticity</li><li>FRE 402 Relevance</li><li>Rule 403</li><li>FRE 802 Hearsay</li><li>Violation of protective order; Exclusion under Ford's pending Motion to Exclude</li></ul> |
| 45 | Volvo Dolly Report No. 256272, Bates No. VLVI 10253-0274 | <ul><li>FRE 901 Authenticity</li><li>FRE 402 Relevance</li><li>Rule 403</li><li>FRE 802 Hearsay</li><li>Violation of protective order; Exclusion under Ford's pending Motion to Exclude</li></ul> |
| 46 | CD containing a Volvo Sedan Dolly Rollover Video Test No. 256272, Bates VLVI 0598 | <ul><li>FRE 901 Authenticity</li><li>FRE 402 Relevance</li><li>Rule 403</li><li>FRE 802 Hearsay</li><li>Violation of protective order; Exclusion under Ford's pending Motion to Exclude</li></ul> |
| 47 | Volvo Belt Test Report Bates No. VLVI 0203-0228 (12/6/00) | <ul><li>FRE 901 Authenticity</li><li>Illegible in part</li><li>FRE 402 Relevance</li><li>Rule 403</li><li>FRE 802 Hearsay</li><li>Violation of protective order; Exclusion under Ford's pending Motion to Exclude</li></ul> |
| 48 | Volvo Rollover Test Report No. 258834 (S80 sedan with pretensioner and reinforced roof), Bates No. VLVI 0275-291 | <ul><li>FRE 901 Authenticity</li><li>FRE 402 Relevance</li><li>Rule 403</li><li>FRE 802 Hearsay</li><li>Violation of protective order; Exclusion under Ford's pending Motion to Exclude</li><li>All other objections</li></ul> |

Doc ID TOMPE-123308
08423-071

| | | |
|---|---|---|
| | | reserved as to copy of exhibit(s) not produced |
| 49 | CD containing a Volvo Rollover Test Video for Test Report No. 258834 (S80 Sedan with pretensioner and reinforced roof), Bates No. ULV 10604 | • FRE 901 Authenticity<br>• FRE 402 Relevance<br>• Rule 403<br>• FRE 802 Hearsay<br>• Violation of protective order; Exclusion under Ford's pending Motion to Exclude |
| 50 | Volvo Rollover Test Report No. 262279 (S80 sedan with pretensioner, no reinforced roof), Bates No. VLVI 0292-313 | • FRE 901 Authenticity<br>• Illegible in part<br>• FRE 402 Relevance<br>• Rule 403<br>• FRE 802 Hearsay<br>• Violation of protective order; Exclusion under Ford's pending Motion to Exclude |
| 51 | PLEASE OMIT #51 | • All objections reserved as to copy of exhibit(s) not produced |
| 52 | PLEASE OMIT #52 | • All objections reserved as to copy of exhibit(s) not produced |
| 53 | PLEASE OMIT #53 | • All objections reserved as to copy of exhibit(s) not produced |
| 54 | Attachment XIV Roof Intrusion Protection for Passenger Cars-Proposed Motor Vehicle Safety Standard 3/22/71; Bates No. EAA-1801-1803 | • FRE 901 Authenticity<br>• Illegible in part<br>• FRE 802 Hearsay<br>• Excluded by Ford's MIL Nos. 16 and 19, granted September 28, 2005 |
| 55 | Correspondence from J.C. Eckhold to NHTSA; 12/12/77 re a Study of the Effects of Extension of Certain Passenger Car Safety Standards to Light Trucks 12/1/77; Bates No. RGRU 1470-1501 | • FRE 901 Authenticity<br>• FRE 802 Hearsay<br>• Excluded by Ford's MIL No. 23, granted September 28, 2005 |
| 56 | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED) pgs. 11038-11052 (global test) | • FRE 901 Authenticity<br>• FRE 802 Hearsay<br>• FRE 403 |
| 57 | Chen Notebook of FMVSS 216 Tests (1999); Bates | • FRE 901 Authenticity |

Doc ID TOMPE-123308
08423-071

| | | |
|---|---|---|
| | No. EXPU 10987-11137 (REDACTED) pgs. 11034-11035 (roof crush test) | • FRE 802 Hearsay<br>• FRE 403 |
| 58 | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED) pgs. 11019 (note to Bill Reypka) | • FRE 901 Authenticity<br>• FRE 802 Hearsay<br>• FRE 403 |
| 59 | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED) pgs. 11007-11010 (left front 2000 Explorer 10/22/99) | • FRE 901 Authenticity<br>• Incomplete document<br>• FRE 802 Hearsay<br>• FRE 403 |
| 60 | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED) pgs. 10993-10998 (e-mail to Dave Schockling) | • FRE 901 Authenticity<br>• RE 802 Hearsay<br>• FRE 403 |
| 61 | Chen Notebook of FMBSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED) pgs. 10991-10992 (roof crush verification for maskless windshield frame) | • FRE 901 Authenticity<br>• FRE 802 Hearsay<br>• FRE 403 |
| 62 | Chen Notebook of FMVSS 216 Tests (1999); Bates No. EXPU 10987-11137 (REDACTED) pgs. 11053-11054 (recall; original reason for test, from Russ Smith) | • FRE 901 Authenticity<br>• FRE 802 Hearsay<br>• FRE 403 |
| 63 | Standard Deviation Document Bates No. EXPD 0293 (fm Bahling Depo) | • FRE 901 Authenticity<br>• FRE 402 Relevance<br>• Rule 403 Foundation<br>• FRE 802 Hearsay |
| 64 | Standard Deviation Document Bates No. EXPD 0010 (fm Bahling Depo) | • FRE 901 Authenticity<br>• FRE 402 Relevance<br>• Rule 403 Foundation<br>• FRE 802 Hearsay |
| 65 | FMVSS 216 4-door Explorer test chart-strength to Weight Ratio (Stilson chart) | • FRE 901 Authenticity<br>• FRE 403 Foundation<br>• FRE 802 Hearsay |
| 66 | FMVSS 216 Explorer test bar graph (from Stilson chart, Ex. 918) | • FRE 901 Authenticity<br>• FRE 403 Foundation<br>• FRE 802 Hearsay |
| 67 | Volvo Report TF Rollover MU 1997 (English Translation of Exhibit 807) bates VLVI 0001-0026 | • FRE 901 Authenticity<br>• FRE 802 Hearsay<br>• Violation of protective order<br>• All other objections reserved as to copy of exhibit(s) not produced |
| 68 | FMVSS 216 | ---------------------------------- |
| 69 | Accident Vehicle Seatbelt | • FRE 901 Authenticity as to any change in |

| | | |
|---|---|---|
| | | condition from time of accident<br>• FRE 402 Relevance<br>• FRE 403<br>• All other objections reserved as to exhibit not produced and/or not recently inspected |
| 70 | Dr. Dean Jacobson's Expert Report dated December 22, 2004 | • FRE 802 Hearsay<br>• Violation of protective order; Exclusion under Ford's pending Motion to Exclude |
| 71 | Dr. Dean Jacobson's Continuing Conclusions and Opinions with graphs dated July 8, 2005 | • FRE 901 Authenticity<br>• FRE 802 Hearsay<br>• Foundation<br>• Not produced during discovery<br>• Excluded by Ford's Motion In Limine Nos. 16 and 23, granted September 28, 2005 |
| 72 | Dr. Dean Jacobson's Inverted Drop Test Report dated December 6, 2004 | • FRE 802 Hearsay |
| 73 | Vehicle Inspection dated April 20, 2004 | • FRE 802 Hearsay<br>• All other objections reserved as to exhibit not produced |
| 74 | Vehicle Digitization dated July 26, 2004 | • FRE 802 Hearsay<br>• All other objections reserved as to exhibit not produced |
| 75 | Dr. Dean Jacobson's Test Vehicle information<br><br>**NOTE: Form with no entries.** | • FRE 802 Hearsay<br>• All other objections reserved as to exhibit not produced |
| 76 | Dr. Dean Jacobson's Data Plots | • FRE 802 Hearsay<br>• Illegible in part |
| 77 | Dr. Dean Jacobson's Roof Crash Analysis | • FRE 802 Hearsay<br>• All other objections reserved as to exhibit not produced |
| 78 | 12 Pre-Test Arrival Photographs | ---------------------------------- |
| 79 | 36 Pre-Test Interior Photographs | ---------------------------------- |
| 80 | 17 Pre-Test Drop Orientation Photographs | ---------------------------------- |

Doc ID TOMPE-123308
08423-071

| 81 | 21 Post-Test Inverted at Rest Photographs | --------------------------------- |
|---|---|---|
| 82 | 20 Post-Test Upright Photographs | --------------------------------- |
| 83 | 10 Post-Test Departure Photographs | --------------------------------- |
| 84 | Gerald Rosenbluth's Expert Report dated December 23, 2004 | • FRE 802 Hearsay<br>• FRE 402 Relevance<br>• FRE 403 |
| 85 | Gerald Rosenbluth's Surrogate Testing – Vehicle Seating Diagram dated December 26, 2004 | • FRE 802 Hearsay<br>• FRE 402 Relevance<br>• All other objections reserved as to exhibit not produced. |
| 86 | Gerald Rosenbluth's Photographic Sequence Exemplar Models dated January 7, 2005 with 66 photographs | • FRE 802 Hearsay<br>• FRE 402 Relevance<br>• FRE 403 |
| 87 | Gerald Rosenbluth's Vehicle Seat Belt Examination dated October 26, 2004 with 220 photographs | • FRE 802 Hearsay<br>• FRE 402 Relevance<br>• FRE 403 |
| 88 | Gerald Rosenbluth's SV-2000 Ford Explorer Photographs dated April 24, 2004 (232 photographs) | • FRE 802 Hearsay<br>• FRE 402 Relevance<br>• FRE 403 |
| 89 | Gerald Rosenbluth's Exemplar Vehicle/Surrogate Occupant Analysis dated November 29, 2004 | • FRE 802 Hearsay<br>• FRE 402 Relevance<br>• FRE 403 |
| 90 | Pre-Test Arrival Photographs | --------------------------------- |
| 91 | Pre-Test Interior Photographs | --------------------------------- |
| 92 | Pre-Test Drop Orientation Photographs | --------------------------------- |
| 93 | Post-Test Inverted at Rest Photographs | --------------------------------- |
| 94 | 6 Post-Test Upright Photographs | --------------------------------- |
| 95 | 14 Post-Test Departure photographs | --------------------------------- |
| 96 | Post-Test Comparison Photograph | --------------------------------- |
| 97 | 24 Roof Reinforcement Procedure Interior Removal Photographs | --------------------------------- |
| 98 | 7 Roof Reinforcement Procedure Interior Sheet Metal Removal Photographs | --------------------------------- |
| 99 | 26 Roof Reinforcement Procedure Steel Application Photographs | --------------------------------- |
| 100 | 17 Roof Reinforcement Procedure Interior Sheet Metal Re-Welded Photographs | --------------------------------- |
| 101 | 9 Roof Reinforcement Procedure Rigid Polyurethane Application Photographs | --------------------------------- |
| 102 | 19 Roof Reinforcement Procedure modification completed with Interior Photographs | --------------------------------- |
| 103 | Ronald Huston, Ph.D.'s Expert Report dated June 30, 2004 | • FRE 802 Hearsay |
| 104 | Ronald Huston's Vehicle Inspection Photographs dated | --------------------------------- |

| # | Description | Objections |
|---|---|---|
|   | June 17, 2004 |   |
| 105 | Ronald Huston's Surrogate Test performed on November 29, 2004 (done with Rosenbluth) | • FRE 802 Hearsay |
| 106 | Ronald Huston's Surrogate Test Photographs taken on November 29, 2004 (26 photographs) | -------------------------------- |
| 107 | Ronald Huston's Resume | • FRE 802 Hearsay |
| 108 | Ronald Huston's file notes | • FRE 802 Hearsay |
| 109 | Ronald Huston's forms standards/anthropometric source book<br><br>**NOTE: This exhibit contains documents differing in description from the above, to include: SAE Paper 950655, "Determination of the Significance of Roof Crush on Head and Neck Injury to Passenger Vehicle Occupants in Rollover Crashes"; SAE Paper 890859, "Development of Tumble Number for Use in Accident Reconstruction"; "The Relationship Between Vehicle Roof Strength and Occupant Injury in Rollover Crash Data"; 49 CFR 571; "The cause of Injury in Rollover Accidents"; SAE Paper 950654, "Occupant to Roof Contact"; SAE Paper 900104, "Engineering Parameters Related to Rollover Frequency"; "More Evidence on VehicleStatis Stability and Rollovers" unpublished opinion article by Leon Robertson; SAE Paper 900127, "Field Testing and Computer Simulation Analysis"** | • FRE 901 Authenticity<br>• FRE 802 Hearsay<br>• FRE 402 Relevance<br>• FRE 403<br>• Excluded by Ford's MIL Nos., 15, 16, and 19, granted September 28, 2005 |
| 110 | Steve Irwin's Reconstruction Report done December 9, 2004 | • FRE 802 Hearsay |
| 111 | Accident Scene Diagram by The Irwin Company | • FRE 802 Hearsay |
| 112 | Coordinate Points done on November 11, 2004 by The Irwin Company | • FRE 802 Hearsay |
| 113 | Calculations done on June 11, 2004 by The Irwin Company | • FRE 802 Hearsay |
| 114 | Scene Inspection Photographs taken on November 22, 2004 | -------------------------------- |
| 115 | Vehicle Diagram done by The Irwin Company | • FRE 802 Hearsay |
| 116 | 33 Vehicle Inspection photographs taken on July 27, 2004 by The Irwin Company | -------------------------------- |
| 117 | Drop Test photographs taken on December 7, 2004 by The Irwin Company (please refer to exhibit 5) | • All objections reserved as to exhibit not produced. |
| 118 | Vehicle Inspection photographs taken on December 22, 2004 by The Irwin Company | -------------------------------- |
| 119 | Any and all impeachment exhibits | • All objections reserved as to copy of exhibit(s) |

| | | |
|---|---|---|
| | | not produced |
| 120 | Any and all rebuttal exhibits | • All objections reserved as to copy of exhibit(s) not produced |
| 121 | And all deposition transcripts and exhibits | • All objections reserved as to copy of exhibit(s) not produced |
| 122 | Any exhibits listed by Defendant | • All objections reserved as to copy of exhibit(s) not produced |
| 123 | Substitution for Exhibit 19 – Billing records for Valley Baptist Medical Center | • Rule 402 Relevance |
| 124 | Steve Irwin's Vehicle Inspection Notes date 7/24/04 | • FRE 802 Hearsay<br>• Rule 402 Relevance |
| 125 | 2 Modification Report Figures | • FRE 901 Authenticity<br>• FRE 802 Hearsay<br>• Rule 402 relevance |
| 126 | Illustration of Amputation of the Right Leg | • FRE 901 Authenticity<br>• FRE 802 Hearsay<br>• Rule 402 Relevance<br>• Rule 403 |
| 127 | Illustration of Post-Op Condition 2/2/03 | • FRE 901 Authenticity<br>• FRE 802 Hearsay<br>• Rule 402 Relevance |
| 128 | Illustration of Pre-Op Condition of Cervical Spine | • FRE 901 Authenticity<br>• FRE 802 Hearsay<br>• Rule 402 Relevance |
| 129 | Vehicle Exemplars to include vehicle bucks | • All objections reserved as to copy of exhibit(s) not produced |

Doc ID TOMPE-123308
08423-071

## CERTIFICATE OF SERVICE

      I hereby certify by my signature below that a true and correct copy of the foregoing has been served on all counsel of record certified mail and electronic filing on this 6 day of October, 2005:

Tony Martinez, Esq.
Martinez, Barrera & Martinez, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

Randolph Kimble Whittington, Esq.
Law Office of Randolph Kimble Whittington
2014 East Harrison Street
Harlingten, Texas 78550

Carla Saenz, Esq.
GRIFFITH SAENZ & HILL
1325 Palm Blvd # A
Brownsville, Texas 78520
(956) 541-2864 Telephone

**Attorneys for Plaintiffs**

_____
William L. Mennucci, Esq.

Doc ID TOMPE-123308
08423-071