United States District Court
Southern District of Texas
FILED

OCT 0 7 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTATE OF ISABEL ENNIS REYNOSO, BY HER REPRESENTATIVE OF HER ESTATE SUSANNA REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN | § § § § § § | |
| *Plaintiffs* | § § | CIVIL ACTION NO. B-03-120 |
| VS. | § § | |
| FORD MOTOR COMPANY, AND AUTOMOTRIZ DEL NORESTE, S.A. DE C.V. | § § § § | (JURY REQUESTED) |
| *Defendants* | § | |

## STIPULATION OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

COME NOW, Plaintiffs, Estate of Isabel Ennis Reynoso, Sally Payan, and Enrique Roberto Payan and Defendant, Ford Motor Company and file this *Stipulation of Settlement* and would respectfully show the Court that the parties have reached a compromise and settlement of all claims and matters in dispute in the above styled and numbered action, jury selection and trial on the merits will be unnecessary, and, upon execution of appropriate settlement documents, the parties will file a motion and order of dismissal with the Court.

1

Respectfully submitted,

| MARTINEZ, BARRERA Y MARTINEZ, L.L.P. | PRICHARD, HAWKINS MCFARLAND & YOUNG, L.L.P. |
|---|---|
| Attorneys for Plaintiffs | Attorneys for the Defendant Ford Motor Company |

By: _____  
Tony Martinez, Esq.  
1201 East Van Buren  
Brownsville, TX 78520  
(956) 546-7159 Telephone  
(956) 544-0602 Fax

By: _____  
David Prichard, Esq.  
State Bar No. 16317900  
10101 Reunion Place Blvd. Ste. 600  
San Antonio, Texas 78216  
(210) 477-7401 Telephone  
(210) 477-7451 Fax

2