

# Martinez, Barrera y Martinez, L.L.P.
### Attorneys at Law

*Tony Martinez* *
*Horacio L. Barrera*
*Benigno (Trey) Martinez*

1201 E. Van Buren
Brownsville, TX 78520
(956) 546-7159
fax (956) 544-0602

October 11, 2005

**United States District Court
Southern District of Texas
FILED

OCT 1 2 2005

Michael N. Milby
Clerk of Court**

Estella Cavazos,
Court Manager
United State Courthouse
600 E. Harrison Street
Brownsville, Texas 78520

Re: CV No. B-03-120 Reynoso, et al. vs Ford

Ms. Cavazos,

    This letter is to confirm the telephone conversation you had with Dolores where we confirmed that we do not need to make an appearance for Jury Selection on Wednesday, October 12, 2005 on the above referenced case.

Thank you for cooperation in this matter.

Sincerely,

*[signature]*
Tony Martinez

TM/dg

www.martinezybarrera.com
*Board Certified Personal Injury Law Texas Board Of Legal Specialization

2005/10/11/X 12:07 PM     MARTINEZ & BARRERA     FAX番号:956 544 0602     P. 001



# Martinez, Barrera y Martinez, L.L.P.
## Attorneys at Law

Tony Martinez *

Horacio L. Barrera

Benigno (Trey) Martinez

1201 E. Van Buren
Brownsville, TX 78520
(956) 546-7159
Fax (956) 544-0602

## FACSIMILE COVER SHEET

United States District Court
Southern District of Texas
RECEIVED
OCT 1 1 2005
12:18p
Michael N. Milby, Clerk

DATE: 10/11/05

NO. OF PGS.: 2

FOR: Estella Cavazos
Court Manager

FAX NO. 574-7416

FROM: Tony Martinez

RE: CV No. B-03-120 Reynoso, et al vs Ford.

MESSAGE: Please see attached letter.

SENT BY: [signature]

IF YOU HAVE ANY QUESTIONS REGARDING THIS MATERIAL OR DID NOT
RECEIVE ALL OF THE PAGES INDICATED, PLEASE CONTACT OUR OFFICE
IMMEDIATELY AT (956) 546-7159 OR AT 1-800-243-4529.

### NOTICE OF CONFIDENTIALITY

ALL INFORMATION CONTAINED IN AND TRANSMITTED WITH THIS FACSIMILE IS CONFIDENTIAL INFORMATION WHICH IS LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS. YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE OF THE CONTENTS OF THIS TELECOPY INFORMATION IS STRICTLY PROHIBITED. THANK YOU.

www.martinezybarrera.com

* Board Certified Personal Injury Law Texas Board Of Legal Specialization