```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                       BROWNSVILLE DIVISION
```

ESTATE OF ISABEL REYNOSO, BY HER    )
REPRESENTATIVE OF HER ESTATE,       )
SUSANA REYNOSO, SALLY PAYAN AND     )
ENRIQUE ROBERTO PAYAN               )
                                    )  CIVIL ACTION NO.
VS.                                 )  B-03-120
                                    )
FORD MOTOR COMPANY                  )
                                    )

United States District Court
Southern District of Texas
FILED

OCT 2 0 2005

Michael N. Milby
Clerk of Court

```
                      PRETRIAL CONFERENCE
             BEFORE THE HONORABLE HILDA G. TAGLE
                      SEPTEMBER 28, 2005
```

APPEARANCES:

For the Plaintiffs:     MR. TONY MARTINEZ
                        Martinez & Barrera LLP
                        1201 East Van Buren Street
                        Brownsville, Texas   78520
                        (956)546-7159
                            - AND -
                        MR. RANDOLPH KIMBEL WHITTINGTON
                        Attorney at Law
                        2014 East Harrison
                        Harlingen, Texas   78550
                        (956)423-7200

For the Defendant:      MR. WILLIAM LEONARD MENNUCCI
                        Thompson, Coe, Cousins & Irons, LLP
                        701 Brazos
                        1500 Austin Centre
                        Austin, Texas   78701
                        (512)703-5085
                            - AND -
                        MR. TIMOTHY O'NEILL
                        Snell & Wilmer, LLP
                        1200 Seventeenth Street
                        Suite 1900, Tabor Center
                        Denver, Colorado   80202
                        (303)634-2000

ORIGINAL