United States District Court
Southern District of Texas
FILED

OCT 2 8 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN<br>　　　　Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY<br>　　　　Defendant. | § § § § § § § § § § | CIVIL ACTION NO. B-03-120<br>(JURY) |

## UNOPPOSED AGREED MOTION TO DISMISS ALL CLAIMS

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, ISABEL REYNOSO, now represented by Susanna Reynoso as personal representative of her Estate pursuant to this Court's Order; Sally Payan; and Enrique Roberto Payan; Plaintiffs; and FORD MOTOR COMPANY, Defendant; and file this Unopposed Agreed Motion to Dismiss All Claims, as follows:

I.

The parties note for the Court that all matters in controversy between the parties have been resolved and ask that the Court enter an Order of Dismissal of all claims herein.

WHEREFORE, all parties request this Court sign an Order dismissing all claims by any party herein with prejudice, with costs of court to be taxed against the party incurring same.

        Respectfully submitted,

Benigno (Trey) Martinez, Esq.
State Bar No. 13134000
S.D. Fed. I.D. No. _____
~~Tony Martinez, Esq.~~
~~State Bar No.~~ _____
S.D. Fed. I.D. No. _____
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
Attorneys for Plaintiffs
1201 East Van Buren
Brownsville, TX 78520
(956) 546-7159 Telephone
(956) 544-0602 Fax

ATTORNEYS FOR PLAINTIFFS

*[signature]*

William L. Mennucci, Esq.
Attorney-in-Charge
State Bar No. 00788042
Fed. I.D. No. 18172
Michael W. Eady, Esq.
State Bar No. 06332400
S. D. Fed. I.D. No.
THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos Street, Suite 1500 Austin Centre
Austin, Texas 78701
(512) 708-8200 Telephone
(512) 708-8777 Fax

Alison D. Kennamer
State Bar No. 11280400
S. D. Fed I.D. No. 12023
Jaime A. Saenz
State Bar No. 17514859
S. D. Fed. I.D. No. 7630
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
P.O. Box 2155
Brownsville, Texas 78522
(956)542-7441
(956)541-2170

Vaughn Crawford (Admitted Pro Hac Vice)
Amy M. Samberg (Admitted Pro Hac Vice)
SNELL & WILMER, L.L.P.
One South Church Avenue, Suite 1500
Tuscon, Arizona 85701-1630
(520)882-1200
Fax (520)884-1294