UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ENNIS REYNOSO, SALLY PAYAN, AND ENRIQUE ROBERTO PAYAN<br>    Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. B-03-120<br>§            (JURY)<br>§<br>§ |

### ORDER GRANTING UNOPPOSED AGREED
### MOTION TO DISMISS ALL CLAIMS

CAME ON BEFORE THE COURT ISABEL REYNOSO, now represented by Susanna Reynoso as personal representative of her Estate pursuant to this Court's Order; Sally Payan; and Enrique Roberto Payan; Plaintiffs; and FORD MOTOR COMPANY, Defendant; who are all the parties in this case, by and through their attorneys of record, having informed the Court that neither party wishes to pursue its claims any longer, and these parties pray that the claims be dismissed with prejudice, and it appearing to the Court that the dismissal with prejudice should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED, that all claims asserted in this cause be dismissed with prejudice, all costs taxed against the party incurring same.

SIGNED AT BROWNSVILLE, TEXAS this _____ day of _____, 2005.

_____
United States District
Court Judge

APPROVED AS TO CONTENT AND FORM:

_____
COUNSEL FOR PLAINTIFFS

_____
COUNSEL FOR DEFENDANT